IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Finjan Software Ltd. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-369 (GMS) |
| v. ) | |
| ) | |
| Secure Computing Corporation, Cyberguard ) | |
| Corporation, Webwasher AG and Does 1 through ) | |
| 100 ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF APPEARANCE

TO:   Phillip A. Rovner
      Potter Anderson & Corroon, LLP
      1313 N. Market Street, Hercules Plaza, 6th Floor
      P. O. Box 951
      Wilmington, DE  19899-0951

   Please enter the appearance of Frederick L. Cottrell, III and Matthew W. King of

Richards, Layton & Finger as counsel to defendant, Secure Computing Corporation.

| Of Counsel: | Frederick L. Cottrell, III (#2555) |
|---|---|
| Ronald J. Schutz | Cottrell@rlf.com |
| Jake M. Holdreith | Matthew W. King (#4566) |
| ROBINS, KAPLAN, MILLER & CIRESI | King@rlf.com |
| L.L.P. | Richards, Layton & Finger, P.A. |
| 2800 LaSalle Plaza | One Rodney Square |
| 800 LaSalle Avenue | 920 North King Street |
| Minneapolis, MN 55402-2015 | Wilmington, DE 19801 |
| | 302-651-7700 |
| | *Attorneys for Defendant* |
| | *Secure Computing Corporation* |

Dated:  June 15, 2006

RLF1-3026068-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com

RLF1-3024943-1