IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Finjan Software Ltd. )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 06-369 (GMS)<br>v. )<br>)<br>Secure Computing Corporation, Cyberguard )<br>Corporation, Webwasher AG and Does 1 through )<br>100 )<br>)<br>Defendants. )<br>) | |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Secure Computing Corporation may move, answer or otherwise respond to the Complaint is extended through and including July 26, 2006.

*/s/ Philip A. Rovner (#3215)*
Philip A. Rovner (#3215)
provner@potteranderson.com
Hercules Plaza
P.O. Box 951
1313 North Market Street
Wilmington, Delaware 19899
302.984.6000
Attorneys for *Plainitff*
*Finjan Software Ltd.*

*/s/ Frederick L. Cottrell, III (#2555)*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for *Defendant*
*Secure Computing Corporation*

Dated: June 20, 2006