# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

June 21, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   **Finjan Software Ltd. v. Secure Computing Corporation, et al.,**
      **C.A. No. 06-369 (GMS)**

Dear Judge Sleet:

I would like to apologize to the Court for not complying with the Court's standing order on stipulations for extension of time. I have contacted plaintiff's attorney, Phil Rovner, and have received approval from him for the revised stipulation and order for extension of time filed today. I enclose a courtesy copy herewith. As always, if the Court has any questions, please do not hesitate to contact me. Thank you.

Respectfully,

Frederick L. Cottrell, III

FLC:mxk
Enclosures

cc:   Philip A Rovner, Esquire
      Matthew W. King, Esquire

RLF1-3028441-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Finjan Software Ltd.,<br><br>    Plaintiff,<br><br>v.<br><br>Secure Computing Corporation, Cyberguard Corporation, Webwasher AG and Does 1 through 100<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 06-369 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REVISED STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Secure Computing Corporation must move, answer or otherwise respond to the Complaint is extended through and including July 26, 2006. Due to the schedules of Delaware counsel and co-counsel for Secure Computing Corporation in late June and early July 2006, an additional 30 days is needed for counsel to review the complaint and consult with their client on a response.

RLF1-3028433-1

| | |
|---|---|
| /s/ Philip A. Rovner (#3215) | /s/ Frederick L. Cottrell, III (#2555) |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| provner@potteranderson.com | Cottrell@rlf.com |
| Hercules Plaza | Matthew W. King (#4566) |
| P.O. Box 951 | King@rlf.com |
| 1313 North Market Street | Richards, Layton & Finger, P.A. |
| Wilmington, Delaware 19899 | One Rodney Square |
| 302.984.6000 | 920 North King Street |
| Attorneys for *Plainitff* | Wilmington, DE 19801 |
| *Finjan Software Ltd.* | 302-651-7700 |
| | Attorneys for *Defendant* |
| | *Secure Computing Corporation* |

Dated: June 21, 2006


SO ORDERED this _____ day of _____, 2006.


_____
Judge