IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Finjan Software Ltd. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-369 (GMS) |
| v. | ) | |
| | ) | |
| Secure Computing Corporation, Cyberguard Corporation, Webwasher AG and Does 1 through 100 | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REVISED STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Secure Computing Corporation must move, answer or otherwise respond to the Complaint is extended through and including July 26, 2006. Due to the schedules of Delaware counsel and co-counsel for Secure Computing Corporation in late June and early July 2006, an additional 30 days is needed for counsel to review the complaint and consult with their client on a response.

RLF1-3028433-1

| | |
|---|---|
| /s/ Philip A. Rovner (#3215) | /s/ Frederick L. Cottrell, III (#2555) |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| provner@potteranderson.com | Cottrell@rlf.com |
| Hercules Plaza | Matthew W. King (#4566) |
| P.O. Box 951 | King@rlf.com |
| 1313 North Market Street | Richards, Layton & Finger, P.A. |
| Wilmington, Delaware 19899 | One Rodney Square |
| 302.984.6000 | 920 North King Street |
| Attorneys for *Plainitff* | Wilmington, DE 19801 |
| *Finjan Software Ltd.* | 302-651-7700 |
| | Attorneys for *Defendant* |
| | *Secure Computing Corporation* |

Dated: June 21, 2006

SO ORDERED this _____ day of _____, 2006.

_____
Judge