IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, <br><br> Plaintiff, <br><br> v. <br><br> SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, <br><br> Defendants. | Civil Action No. 06-369-GMS <br><br> **DEMAND FOR JURY TRIAL** |

## PRAECIPE

PLEASE ISSUE an alias summons for service of the Complaint upon the defendant as follows:

> Webwasher AG
> Subsidiary of CyberGuard
> Adriana Kovalovska
> Vice President of Legal Affairs
> 350 SW 12th Avenue
> Deerfield Beach, FL 33442

The Alias Summons is requested because a new address has been obtained for Webwasher AG.

                **POTTER ANDERSON & CORROON LLP**

OF COUNSEL

| | |
|---|---|
| Paul J. Andre<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, California  94025-1114<br>(650) 838-4300<br><br>Dated:  June 22, 2006<br><br>738070 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Potter Anderson & Corroon LLP<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>Attorneys for Plaintiff<br>Finjan Software, Ltd. |