IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Finjan Software Ltd. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-369 (GMS) |
| v. | ) |
| | ) |
| Secure Computing Corporation, Cyberguard | ) |
| Corporation, Webwasher AG and Does 1 through | ) |
| 100 | ) |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the time within which Cyberguard Corporation and Webwasher AG must move, answer or otherwise respond to the Complaint is extended through and including July 26, 2006. Due to the schedules of Delaware counsel and co-counsel for Cyberguard Corporation and Webwasher AG in early July 2006, additional time is needed for counsel to review the complaint and consult with their clients.

RLF1-3033570-1

| | |
|---|---|
| /s/ Philip A. Rovner (#3215) | /s/ Frederick L. Cottrell, III (#2555) |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| provner@potteranderson.com | Cottrell@rlf.com |
| Hercules Plaza | Matthew W. King (#4566) |
| P.O. Box 951 | King@rlf.com |
| 1313 North Market Street | Richards, Layton & Finger, P.A. |
| Wilmington, Delaware 19899 | One Rodney Square |
| 302.984.6000 | 920 North King Street |
| Attorneys for *Plaintiff* | Wilmington, DE 19801 |
| *Finjan Software Ltd.* | 302-651-7700 |
| | Attorneys for *Defendants* |
| | *Secure Computing Corporation, Cyberguard* |
| Dated: July 7, 2006 | *Corporation and Webwasher AG* |

SO ORDERED this _____ day of _____, 2006.

_____
                                                                Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951

Matthew W. King (#4566)
king@rlf.com