AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

FINJAN SOFTWARE, LTD., an Israel corporation,

V.

SECURE COMPUTING CORPORATION, a Delaware
corporation; CYBERGUARD CORPORATION, a Delaware
corporation, WEBWASHER AG, a German corporation and
DOES 1 THROUGH 100,

ALIAS    **SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-369-GMS

*Suzanne Zaralban*
*6:16 06*
*1:30pm*

TO: (Name and address of Defendant)

WEBWASHER AG
Subsidiary of CyberGuard
Adriana Kovalovska
Vice President of Legal Affairs
350 SW 12th Avenue
Deerfield Beach, FL 33442

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip A. Rovner, Esq. (#3215)
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

STATE SERVICE

an answer to the complaint which is served on you with this summons, within __twenty (20)_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## PETER T. DALLEO

CLERK                                     DATE    6/22/06

(By) DEPUTY CLERK


STATE SERVICE
746494

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6 16 06   1 30 Pm | |
| NAME OF SERVER *(PRINT)*   JACK LIPPMAN | TITLE   Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  350 SW 12 Ave   Deerfield Beach FL 33442

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6 -16 06
_____
Date

Signature of Server

4030 Powerline RD
_____
Address of Server

Ft Lauderdale FL 33309

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# VERIFIED RETURN OF SERVICE

| | |
|---|---|
| Insert name of court, judicial district or branch court, if any: | |
| **United States District Court, District of Delaware** | |

| DEPOSITION/COURT DATE: | CASE NUMBER: |
|---|---|
| | **06-369-GMS** |

PLAINTIFF/PETITIONER:

**Finjan Software, Ltd.**

DEFENDANT/RESPONDENT:

**Secure Computing Corporation, et al**

DOCUMENTS SERVED:

**20 Day Alias Summons, Notice of Availability of a US Magistrate Judge to Exercise Jurisdiction, Complaint with Exhibits**

Received on **06/26/2006** at **10:30 AM** to be served on:

**Webwasher, AG c/o Adriana Kovalovska**

I do hereby affirm that on **06/26/2006** at **1:30 PM** I served this process by:

**XXX** CORPORATE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me. a copy of the complaint. petition. or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **Suzanne Zaralban**   TITLE: **Employee**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: | FOR(Client): |
|---|---|
| **350 SW 12th Avenue**<br>**Deerfield Beach, FL 33442** | **Paul J. Andre, Esq.**<br>**Perkins Cole, LLP**<br>**101 Jefferson Drive**<br>**Menlo Park, CA  94025**<br>**650-838-4300** |

COMMENTS:

AUTHORIZATION:

I AM APPOINTED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

| DECLARATION: | SIGNATURE: |
|---|---|
| *UNDER PENALTIES OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.*<br><br>NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2). | X_____<br>Jack Lippman - Cert/Appt#: 284-Broward County<br>State Service Corporation<br>4030 Powerline Rd.<br>Ft. Lauderdale, FL  33309<br>OUR FILE#: 74644 |