IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-369-GMS |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Paul J. André, Esq., Lisa Kobialka, Esq. and Radhika Tandon, Esq., Perkins Coie,

LLP, 101 Jefferson Drive, Menlo Park, CA 94025, to represent Plaintiff Finjan Software Ltd. in this

matter.

POTTER ANDERSON & CORROON LLP


By:  /s/ Philip A. Rovner
             Philip A. Rovner (#3215)
             Hercules Plaza
             P.O. Box 951
             Wilmington, DE  19899
             (302) 984-6000
             provner@potteranderson.com

Dated:  July 10, 2006
736133

Attorneys for Plaintiff
Finjan Software Ltd.

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____

                                   _____

                                   United States District Judge

CERTIFICATION

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date:  6/8/06

Paul J. Andre
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300
pandre@perkinscoie.com

<u>CERTIFICATION</u>

<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

        ☐ has been paid to the Clerk of the Court; or

        ☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date:  June 8, 2006

Lisa Kobialka
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300
pandre@perkinscoie.com

CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.


Date:  June 8, 2006

Radhika Tandon
Perkins Coie, LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300
pandre@perkinscoie.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 10, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY

Frederick L. Cottrell, III, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801


    /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com