

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

October 31, 2006

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

      Re:    Finjan Software Ltd. v. Secure Computing Corporation, et al.,
              D. Del., C.A. No. 06-369-GMS

Dear Judge Sleet:

      On behalf of the parties in the above-captioned action, I submit the Joint Status Report in anticipation of the November 7, 2006 Status and Scheduling Conference.

                           Very truly yours,

                           Philip A. Rovner
                           provner@potteranderson.com

PAR:mes/758571
Enclosure
cc:  Frederick L. Cottrell, III, Esq. – by E-file and hand delivery