# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | )<br>)<br>) |
| Plaintiff-Counterdefendant, | ) C. A. No. 06-369 GMS<br>)<br>) |
| v. | )<br>) |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants-Counterclaimants. | )<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 9, 2006, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF FINJAN SOFTWARE, LTD.'S FIRST SET OF
INTERROGATORIES TO DEFENDANTS SECURE COMPUTING CORPORATION,
CYBERGUARD CORPORATION AND WEBWASHER AG

PLAINTIFF FINJAN SOFTWARE, LTD.'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS TO DEFENDANTS SECURE COMPUTING
CORPORATION, CYBERGUARD CORPORATION AND WEBWASHER AG

| BY HAND DELIVERY AND E-MAIL | BY E-MAIL |
|---|---|
| Frederick L. Cottrell, III, Esq.<br>Matthew W. King, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>king@rlf.com | Christopher A. Seidl, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>caseidl@rkmc.com |

OF COUNSEL

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated: November 9, 2006
761163

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on November 9, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Matthew W. King, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
king@rlf.com

I hereby certify that on November 9, 2006 I have sent by E-mail the foregoing document to the following non-registered participants:

Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com