IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, ) ) ) | |
| Plaintiff, ) | Civil Action No. 06-00369 GMS |
| ) | |
| v. ) | DEMAND FOR JURY TRIAL |
| ) | |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, ) ) ) ) ) ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

TO:  Philip A. Rovner
 Potter Anderson & Corroon LLP
 1313 N. Market Street
 Hercules Plaza, 6th Floor
 P. O. Box 951
 Wilmington, DE  19899-0951

PLEASE TAKE NOTICE that true and correct copies of Defendants' Initial Disclosures were caused to be served on November 14, 2006 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

RLF1-3082046-1

|  |  |
|---|---|
| Of Counsel: | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
| Ronald J. Schutz | Cottrell@rlf.com |
| Jake M. Holdreith | Matthew W. King (#4566) |
| Christopher A. Seidl | king@rlf.com |
| Trevor J. Foster | Richards, Layton & Finger, P.A. |
| ROBINS, KAPLAN, MILLER & | One Rodney Square |
| CIRESI L.L.P. | P.O. Box 551 |
| 2800 LaSalle Plaza | Wilmington, DE 19899 |
| 800 LaSalle Avenue | (302) 651-7700 |
| Minneapolis, MN 55402 | *Attorneys For Defendants* |
| (612) 349-8500 |  |

Dated: November 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE   19899-0951

Matthew W. King (#4566)
King@rlf.com

RLF1-3024943-1