

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

November 14, 2006

<u>**BY E-FILE**</u>

The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

       Re:   Finjan Software Ltd. v. Secure Computing Corporation, et al.,
               D. Del., C.A. No. 06-369-GMS

Dear Judge Sleet:

      On behalf of the parties, I am enclosing a proposed Scheduling Order for Your Honor's review and approval. The proposed order incorporates the directives that Your Honor provided during the scheduling conference held on November 7, 2006.

      Counsel are available at the Court's convenience should Your Honor have any questions.

                      Respectfully,

                      Philip A. Rovner
                      provner@potteranderson.com

PAR:mes/761889
Enclosure
cc:  Frederick L. Cottrell, III, Esq. – by E-file and hand delivery