IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-00369 GMS |
| v. | ) ) ) | DEMAND FOR JURY TRIAL |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

TO:     Philip A. Rovner
        Potter Anderson & Corroon LLP
        1313 N. Market Street
        Hercules Plaza, 6th Floor
        P. O. Box 951
        Wilmington, DE  19899-0951

PLEASE TAKE NOTICE that true and correct copies of Defendants' First Supplemental Initial Disclosures Pursuant To Rule 26(a)(1) were caused to be served on December 8, 2006 on counsel of record in the manner indicated:

| **BY HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Philip A. Rovner | Paul J. Andre |
| Potter Anderson & Corroon LLP | Perkins Coie LLP |
| 1313 N. Market Street | 101 Jefferson Drive |
| Hercules Plaza, 6th Floor | Menlo Park, CA  94025-1114 |
| P. O. Box 951 | |
| Wilmington, DE  19899-0951 | |

RLF1-3091123-1

|  |  |
|---|---|
| Of Counsel: | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
|  | Cottrell@rlf.com |
| Ronald J. Schutz | Gregory E. Stuhlman (#4765) |
| Jake M. Holdreith | stuhlman@rlf.com |
| Christopher A. Seidl | Richards, Layton & Finger, P.A. |
| Trevor J. Foster | One Rodney Square |
| ROBINS, KAPLAN, MILLER & | P.O. Box 551 |
| CIRESI L.L.P. | Wilmington, DE 19899 |
| 2800 LaSalle Plaza | (302) 651-7700 |
| 800 LaSalle Avenue | *Attorneys For Defendants* |
| Minneapolis, MN 55402 |  |
| (612) 349-8500 |  |

Dated: December 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, I served the foregoing on the following as noted:

| BY HAND | BY FEDERAL EXPRESS |
|---|---|
| Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19899-0951 | Paul J. Andre<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025-1114 |

Gregory E. Stuhlman (#4765)
Stuhlman@rlf.com

RLF1-3089454-1