IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | C. A. No. 06-369 GMS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 14, 2006, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

> PLAINTIFF FINJAN SOFTWARE, LTD.'S RESPONSES TO DEFENDANTS'
> FIRST SET OF INTERROGATORIES
>
> PLAINTIFF FINJAN SOFTWARE, LTD.'S RESPONSES TO
> DEFENDANTS' FIRST SET OF REQUESTS FOR DOCUMENTS AND
> THINGS

- 2 -

| BY HAND DELIVERY | BY FEDERAL EXPRESS |
|---|---|
| Frederick L. Cottrell, III, Esq.<br>Gregory E. Stuhlman, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>stuhlman@rlf.com | Jake M. Holdreith, Esq.<br>Christopher A. Seidl, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>jmholdreith@rkmc.com<br>caseidl@rkmc.com |

OF COUNSEL

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated: December 14, 2006
767684

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on December 14, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esq.
Gregory E. Stuhlman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com;
stuhlman@rlf.com

I hereby certify that on December 14, 2006 I have sent by Federal Express the foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com
caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com