

**Potter
Anderson
& Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

December 19, 2006

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Court
   for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

      Re:  Finjan Software Ltd. v. Secure Computing Corporation, et al.,
            D. Del., C.A. No. 06-369-GMS

Dear Judge Sleet:

      In accordance with Section 6 of the Scheduling Order (D.I. 29), the parties jointly submit the enclosed Stipulated Protective Order for Your Honor's review and approval.

      Counsel are available at the Court's convenience should Your Honor have any questions.

                                  Respectfully,

                                  Philip A. Rovner
                                  provner@potteranderson.com

PAR:mes/768237
Enc.
cc: Frederick L. Cottrell, III, Esq. – by E-file and hand delivery