

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

April 24, 2007

**BY E-FILE**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
U.S. Courthouse
844 N. King Street
Lockbox 19
Wilmington, DE 19801

      Re:    Finjan Software Ltd. v. Secure Computing Corporation, et al.,
              D. Del., C.A. No. 06-369-GMS

Dear Judge Sleet:

      In anticipation of the discovery teleconference scheduled for April 26, 2007 at 3:00 p.m. EST in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiff's Issues:**

- Plaintiff seeks access to the entire source code for specifically identified alleged infringing products and the ability to print relevant sections of source code necessary for proving infringement.

- Defendants' production of documents in response to Finjan's First Set of Requests for Production of Documents and a date certain for the production of such documents.

**Defendants' Issues:**

- Defendants' proposal for inspection of portions of source code that perform the functions identified by the other side as embodiments of asserted claims.

- Motion for new schedule to address four new patents added to lawsuit.

- Service of Plaintiff's inventors, including Shlomo Touboul.

The Honorable Gregory M. Sleet
April 24, 2007
Page 2

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR/mes/791273
cc: Frederick L. Cottrell, Esq. (by E-file, E-mail and hand delivery)