IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, <br><br> Defendants-Counterclaimants. | ) <br> ) <br> )    C. A. No. 06-369 GMS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 30, 2007, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF FINJAN SOFTWARE, LTD.'S THIRD SET OF
INTERROGATORIES TO DEFENDANTS SECURE COMPUTING CORPORATION,
CYBERGUARD CORPORATION, AND WEBWASHER AG (NOS. 22-29)

PLAINTIFF FINJAN SOFTWARE, LTD.'S THIRD SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO
DEFENDANTS SECURE COMPUTING CORPORATION,
CYBERGUARD CORPORATION, AND WEBWASHER AG
(NOS. 53-98)

PLAINTIFF FINJAN SOFTWARE, LTD.'S FIRST SET OF REQUESTS
FOR ADMISSION TO DEFENDANTS SECURE COMPUTING
CORPORATION, CYBERGUARD CORPORATION, AND
WEBWASHER AG (NOS. 1-138)

- 2 -

| | |
|---|---|
| BY HAND DELIVERY AND E-MAIL | BY FEDERAL EXPRESS AND E-MAIL |
| Frederick L. Cottrell, III, Esq.<br>Gregory E. Stuhlman, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>stuhlman@rlf.com | Jake M. Holdreith, Esq.<br>Christopher A. Seidl, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>jmholdreith@rkmc.com<br>caseidl@rkmc.com |

OF COUNSEL

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
(650) 838-4300

Dated: April 30, 2007
792418

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 30, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**
Frederick L. Cottrell, III, Esq.
Gregory E. Stuhlman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com; stuhlman@rlf.com

I hereby certify that on April 30, 2007 I have sent by Federal Express and E-mail the foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com; caseidl@rkmc.com

_____
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com