

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140  Direct Phone
(302) 658-1192  Fax

May 3, 2007

**BY E-FILE**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

        Re:    Finjan Software Ltd. v. Secure Computing Corporation, et al.,
              D. Del., C.A. No. 06-369-GMS

Dear Judge Sleet:

       On behalf of the parties, I am enclosing the proposed First Amended Scheduling Order for the Court's review and approval.  The proposed order has been agreed to by the parties based on the directives provided by Your Honor during the April 26, 2007 teleconference.

                                            Respectfully,

                                            Philip A. Rovner
                                            provner@potteranderson.com

PAR/mes/793192
Enc.
cc:  Frederick L. Cottrell, III, Esq. – (w/encl.) - by ECF and E-mail
      Christopher A. Seidl, Esq. – (w/encl.) - by E-mail
      Paul J. Andre, Esq. – (w/encl.) – by E-mail