IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, </br></br> Plaintiff, </br></br> v. </br></br> SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation; WEBWASHER AG, a German corporation; and DOES 1 THROUGH 100, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 06-369 GMS </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of:

(1) Responses to Plaintiff Finjan Software, Ltd's Second Set of Requests For Production of Documents To Defendants Secure Computing Corporation, Cyberguard Corporation, and Webwasher (Nos. 43-52);

(2) Answers to Plaintiff Finjan Software, Ltd.'s Second Set of Interrogatories to Defendants Secure Computing Corporation, Cyberguard Corporation, and Webwasher (Nos. 10-21);

(3) Defendants' Third Set of Interrogatories to Plaintiff; and

(4) Defendants' Third Set of Requests For Documents and Things to Plaintiff

were caused to be served on May 16, 2007 on counsel of record in the manner indicated:

RLF1-3091123-1

| **BY HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Philip A. Rovner | Paul J. Andre |
| Potter Anderson & Corroon LLP | Perkins Coie LLP |
| 1313 N. Market Street | 101 Jefferson Drive |
| Hercules Plaza, 6th Floor | Menlo Park, CA 94025-1114 |
| P. O. Box 951 | |
| Wilmington, DE 19899-0951 | |

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys For Defendants*

Of Counsel:

Ronald J. Schutz
Jake M. Holdreith
Christopher A. Seidl
Trevor J. Foster
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: May 16, 2007

RLF1-3091123-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### HAND DELIVERY

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951

I further certify that on May 16, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Rory J. Radding
Colette A. Reiner
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10101-0050

_____
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com

RLF1-3139747-1