IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>Plaintiff,<br><br>v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation; WEBWASHER AG, a German corporation; and DOES 1 THROUGH 100,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-369 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (i) Responses to Plaintiff Finjan Software, Ltd.'s First Set of Requests for Admissions to Defendants Secure Computing Corporation, Cyberguard Corporation and Webwasher (Nos. 1-138); (ii) Secure Computing's Responses to Finjan's Third Set of Requests for Production of Documents; and (iii) Secure Computing's Answers to Finjan's Third Set of Interrogatories were caused to be served on May 16, 2007 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

**BY FEDERAL EXPRESS**
Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114

RLF1-3162884-1

|  |  |
|---|---|
| Of Counsel: | */s/ Kelly E. Farnan*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| Ronald J. Schutz | Kelly E. Farnan (#4395) |
| Jake M. Holdreith | farnan@rlf.com |
| Christopher A. Seidl | Richards, Layton & Finger, P.A. |
| Trevor J. Foster | One Rodney Square |
| Robins, Kaplan, Miller & Ciresi L.L.P. | P.O. Box 551 |
| 2800 LaSalle Plaza | Wilmington, DE 19899 |
| 800 LaSalle Avenue | (302) 651-7700 |
| Minneapolis, MN 55402 | *Attorneys For Defendants* |
| (612) 349-8500 | |

Dated: June 8, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 8, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY**

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE  19899-0951

I further certify that on June 8, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3155985-1