IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>   Plaintiff-counterdefendant<br><br>  v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>   Defendants-counterclaimants | Civil Action No. 06-00369 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (i) Secure Computing's Fourth Set of Interrogatories; and (ii) Secure Computing's Fourth Set of Requests for Documents and Things were caused to be served on June 20, 2007 on Finjan via the following means:

## VIA FAX AND FEDERAL EXPRESS

Meghan Ashley Wharton
Perkins Coie LLP
Counsel for Finjan
101 Jefferson Drive
Menlo Park, CA 94028-1114

| | |
|---|---|
| OF COUNSEL: | *Kelly E. Farnan* (signature)<br>Fredrick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| Ronald J. Schutz<br>Jake M. Holdreith<br>Christopher A. Seidl<br>Trevor J. Foster<br>ROBINS, KAPLAN, MILLER &<br>CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500 | Kelly E. Farnan (#4395)<br>farnan@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br><br>***ATTORNEYS FOR DEFENDANTS*** |

Dated: June 20, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 20, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY**

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on June 20, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)

RLF1-3155985-1