**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| Plaintiff-Counterdefendant, | ) ) ) | C. A. No. 06-369 GMS |
| v. | ) ) | |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) | |
| Defendants-Counterclaimants. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on June 25, 2007, true and correct copies of the

following documents were served on the following counsel of record at the addresses and

in the manner indicated:

DEPONENT DAVID KROLL'S OBJECTIONS AND RESPONSES TO
DEFENDANTS' SUBPOENA DUCES TECUM DOCUMENT REQUESTS

DEPONENT NIMROD VERED'S OBJECTIONS AND RESPONSES TO
DEFENDANTS' SUBPOENA DUCES TECUM DOCUMENT REQUESTS

DEPONENT YIGAL EDERY'S OBJECTIONS AND RESPONSES TO
DEFENDANTS' SUBPOENA DUCES TECUM DOCUMENT REQUESTS

- 2 -

BY E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Matthew W. King, Esq.
Gregory E. Stuhlman, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
farnan@rlf.com
king@rlf.com
stuhlman@rlf.com

BY E-MAIL

Ronald J. Schutz, Esq.
Jake M. Holdreith, Esq.
Trevor J. Foster, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
rjschutz@rkmc.com
jmholdreith@rkmc.com
tjfoster@rkmc.com
caseidl@rkmc.com

OF COUNSEL

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated: June 28, 2007
803787

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
        Philip A. Rovner (#3215)
        Hercules Plaza
        P. O. Box 951
        Wilmington, DE 19899
        (302) 984-6000
        provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 28, 2007, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com; farnan@rlf.com


I hereby certify that on June 28, 2007 I have sent by E-mail the foregoing

document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com;   caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com