IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>        Plaintiff-Counterdefendant,<br><br>        v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>        Defendants-Counterclaimants. | C. A. No. 06-369 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on July 13, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

FINJAN SOFTWARE, LTD.'S RESPONSES AND OBJECTIONS TO
DEFENDANTS' NOTICE OF DEPOSITION OF FINJAN SOFTWARE, LTD.
PURSUANT TO FED. R. CIV. P. 30(b)(6)

- 2 -

<u>BY HAND DELIVERY AND E-MAIL</u>

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
farnan@rlf.com

<u>BY E-MAIL</u>

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com
caseidl@rkmc.com

OF COUNSEL

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated: July 16, 2007
807140

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 16, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

> Frederick L. Cottrell, III, Esq.
> Kelly E. Farnan, Esq.
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 N. King Street
> Wilmington, DE 19801
> cottrell@rlf.com; farnan@rlf.com

I hereby certify that on July 16, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

> Jake M. Holdreith, Esq.
> Christopher A. Seidl, Esq.
> Robins, Kaplan, Miller & Ciresi L.L.P.
> 2800 LaSalle Plaza
> 800 LaSalle Avenue
> Minneapolis, MN 55402
> jmholdreith@rkmc.com; caseidl@rkmc.com

> /s/ Philip A. Rovner
> Philip A. Rovner (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, Delaware 19899
> (302) 984-6000
> E-mail: provner@potteranderson.com