IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) <br> ) <br> ) |
| Plaintiff-Counterdefendant, | ) C. A. No. 06-369 (GMS) <br> ) <br> ) |
| v. | ) <br> ) |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants-Counterclaimants. | ) <br> ) |

**PLAINTIFF FINJAN SOFTWARE, LTD.'S NOTICE OF DEPOSITION OF ANDREI MARTYNOV**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Finjan Software, Ltd. ("Finjan") will take the deposition, upon oral examination, of Mr. Andrei Martynov.

The deposition will commence on August 20, 2007 at 9:30 a.m. at Potter Anderson Corroon LLP, Hercules Plaza, 1313 North Market Street, 6th Floor, Wilmington, Delaware, 19801, or at a time and place agreed upon by the parties. The deposition will be taken before a notary public or other officer authorized to administer an oath and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be videotaped and/or recorded stenographically.

POTTER ANDERSON & CORROON LLP

OF COUNSEL

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated: July 24, 2007
808832

By: /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Hercules Plaza
     P. O. Box 951
     Wilmington, DE 19899
     (302) 984-6000
     provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 24, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on July 24, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com;  caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com