# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

July 30, 2007

**VIA E-FILE**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801

      Re: **Finjan Software, Ltd. v. Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG, D. Del., C.A. No. 06-369-GMS**

Dear Chief Judge Sleet:

    In anticipation of the discovery teleconference scheduled for July 31, 2007 at 3:00 p.m. in the above-referenced matter, Secure Computing submits the following items to be presented to the Court:

**Secure Computing's Issues:**

- Motion for new schedule due to discovery in Israel relating to Finjan's co-founder, former CEO, and inventor Shlomo Touboul and two inventors Yigal Edery and Nimrod Vered.
- Naming Finjan's parent company, Finjan Software, Inc. (Finjan USA), as a party defendant.

                            Respectfully,

                            Frederick L. Cottrell, III

FLCIII/th
cc: Phillip A. Rovner, Esq.

RLF1-3183574-1