IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Finjan Software Ltd. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-369 (GMS) |
| v. | ) | |
| | ) | |
| Secure Computing Corporation, Cyberguard Corporation, Webwasher AG and Does 1 through 100 | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that the deadline to submit opening claim construction briefs shall be extended from August 31, 2007 to September 7, 2007. The parties are not requesting a change in the deadline for filing answering claim construction briefs.

The reason for the requested one week extension is as follows. In addition to filing opening claim construction briefs on August 31, 2007, the parties have also scheduled interviews of Secure Computing witnesses in Germany that week. Secure Computing has agreed to permit interviews, as opposed to formal depositions, to accommodate Finjan and avoid the need to make the stringent arrangements required under German law. Two attorneys for Secure Computing, Jake Holdreith and Chris Seidl, were scheduled to attend and defend the interviews in Germany to accommodate the schedule requested by Finjan. On August 14, 2007, Chris Seidl suffered two herniated discs and will be unable to travel to Germany to assist with the interviews the week of August 27. As a result, Trevor Foster, the primary drafter of the claim construction brief

RLF1-3190687-1

will need to travel to Germany to defend the interviews and will, therefore, be out of the country until just before the opening claim construction brief is filed. Accordingly, the parties have agreed, subject to the Court's approval, to move the deadline for filing opening claim construction briefs to September 7, 2007.

| | |
|---|---|
| /s/ Philip A. Rovner | /s/ Kelly E. Farnan |
| Philip A. Rovner (#3215) | Frederick L. Cottrell, III (#2555) |
| provner@potteranderson.com | Cottrell@rlf.com |
| Hercules Plaza | Kelly E. Farnan (#4395) |
| P.O. Box 951 | Farnan@rlf.com |
| 1313 North Market Street | Richards, Layton & Finger, P.A. |
| Wilmington, Delaware 19899 | One Rodney Square |
| 302.984.6000 | 920 North King Street |
| Attorneys for *Plaintiff* | Wilmington, DE 19801 |
| *Finjan Software Ltd* | 302-651-7700 |
| | Attorneys for *Defendants* |
| | *Secure Computing Corporation, Cyberguard* |
| Dated: August 17, 2007 | *Corporation and Webwasher AG* |

SO ORDERED this _____ day of August, 2007.

_____
Chief Judge