IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | |
| Plaintiff-Counterdefendant, | |
| v. | C. A. No. 06-369 GMS |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | |
| Defendants-Counterclaimants. | |

**SECURE COMPUTING'S NOTICE OF DEPOSITION
OF EZRA SOFER**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants-Counterclaimants Secure Computing Corporation, Cyberguard Corporation and Webwasher AG ("Secure Computing") will take the deposition, upon oral examination, of Ezra Sofer.

The deposition will commence on September 11, 2007, at 9:30 a.m. at the Law Offices of Perkins Coie, 101 Jefferson Drive, Menlo Park, California 94025, or at a time and place agreed upon by the parties. The deposition will be taken before a notary public or other officer authorized to administer an oath and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE, pursuant to Fed. R. Civ. P. 30(b)(2), the deposition will be videotaped and/or recorded stenographically.

|  |  |
|---|---|
|  | */s/ Kelly E. Farnan* |
|  | Fredrick L. Cottrell, III (#2555) |
|  | cottrell@rlf.com |
|  | Kelly E. Farnan (#4395) |
|  | farnan@rlf.com |
| OF COUNSEL: | Richards, Layton & Finger |
|  | One Rodney Square |
| Ronald J. Schutz | P.O. Box 551 |
| Jake M. Holdreith | Wilmington, DE 19899 |
| Christopher A. Seidl | (302) 651-7700 |
| Trevor J. Foster | *Attorneys For Defendants* |
| Robins, Kaplan, Miller & Ciresi L.L.P. |  |
| 2800 LaSalle Plaza |  |
| 800 LaSalle Avenue |  |
| Minneapolis, MN 55402 |  |
| (612) 349-8500 |  |

Dated: August 20, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**HAND DELIVERY**

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on August 20, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**FEDERAL EXPRESS**

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*Kelly E. Farnan*
Kelly E. Farnan (#4395)