## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

FINJAN SOFTWARE, LTD., an Israel          )
corporation,                              )
                                          )          Civil Action No. 06-369 (GMS)
        Plaintiff,            )
                                          )
        v.                    )
                                          )
SECURE COMPUTING CORPORATION,             )
a Delaware corporation, CYBERGUARD,       )
CORPORATION, a Delaware corporation,      )
WEBWASHER AG, a German corporation        )
and DOES 1 THROUGH 100,                   )
                                          )
        Defendants.           )

## FINAL JOINT CLAIM CONSTRUCTION CHART

Plaintiff Finjan Software Limited ("Finjan") and Defendants Secure Computing

Corporation, Cyberguard Corporation and Webwasher AG (collectively "Secure Computing")

jointly submit their Final Joint Claim Construction Chart for the patents-in-suit:

- U.S. Patent No. 6,092,194 ("the '194 Patent");

- U.S. Patent No. 6,804,780 ("the '780 Patent");

- U.S. Patent No. 7,058,822 ("the '822 Patent");

- U.S. Patent No. 6,357,010 ("the '010 Patent"); and

- U.S. Patent No. 7,185,361 ("the '361 Patent").

After meeting and conferring several times, the parties reached agreement regarding the

construction of some terms found in the '194 Patent, the '822 Patent, the '010 Patent and the '361

Patent. Exhibit A hereto sets forth those terms and the agreed-upon construction.

Exhibit B hereto sets forth the parties' respective construction of disputed claim language with citations to the intrinsic evidence in support of their respective proposed constructions.

Attached as Exhibit C are a number of terms that Secure Computing has identified as indefinite.

Should the Court have any questions regarding the Chart, the parties will make themselves available at a time convenient for the Court.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

Attorneys for Plaintiff
Finjan Software, Ltd.

OF COUNSEL

Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated: August 24, 2007

814958

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Kelly E. Farnan
    Frederick L. Cottrell, III (#2555)
    Kelly E. Farnan (#4395)
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899
    (302) 651-7700
    cottrell@rlf.com
    farnan@rlf.com

Attorneys for Defendants
Secure Computing Corporation, Cyberguard
Corporation, and Webwasher AG

OF COUNSEL:

Ronald J. Schutz
Jake M. Holdreith
Christopher A. Seidl
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

# EXHIBIT A

# EXHIBIT A

## Stipulated Construction of Terms for United States Patent No. 6,092,194

| Terms from United States Patent No. 6,092,194 | Agreed Construction |
| --- | --- |
| access control | criteria indicating whether or not to prevent execution of the Downloadable |

## Stipulated Construction of Terms for United States Patent No. 7,058,822

| Terms from United States Patent No. 7,058,822 | Agreed Construction |
| --- | --- |
| mobile protection code | code capable of monitoring or intercepting potentially malicious code |
| protection policies | rules or policies for causing one or more predetermined operations to be performed if malicious code is intercepted |
| sandboxed package | protective environment |

## Stipulated Construction of Terms for United States Patent No. 6,357,010

| Terms from United States Patent No. 6,357,010 | Agreed Construction |
|---|---|
| authenticates / authenticating | validating the identity of a user |
| authorization | approval for a request |
| data owner interface | an interface that is managed by one or more trusted individuals within an organization |
| external interface | an interface for receiving request from an external network |
| go list | a list which is unique to each role and used by the document control server to determine which documents an authenticated business partner may be allowed to display |

## Stipulated Construction of Terms for United States Patent No. 7,185,361

| Terms from United States Patent No. 7,185,361 | Agreed Construction |
|---|---|
| network resource requests | a request for an application or resource on an external server |

60644-0002/LEGAL13500149.1

# EXHIBIT B

**EXHIBIT B**

**Proposed Construction and Intrinsic Evidence For Disputed Terms**
**In United States Patent No. 6,092,194**

| Terms from United States Patent No. 6,092,194 | Finjan's Proposed Construction & Intrinsic Evidence | Secure Computing's Proposed Construction & Intrinsic Support |
|---|---|---|
| addressed to a client | ordinary meaning within the context of the claims<br><br>**'194 Patent**<br>col. 1, line 65- col. 2, line 10; col. 2, line 66 – col. 3, line 61; col. 9, line 61 – col. 10, line 6; relevant claims; Office Action mailed July 17, 1999; Response to Office Action mailed June 17, 1999 | addressed: containing the client computer's IP address<br><br>client: the destination computer<br><br>**'194 Patent**<br>col.1 l.67- col.2 l.6; col.10 ll.16-17<br><br>**'520 Patent**<br>fig.2; col.2 ll.56-62; col.3 ll.1-41; col.5 ll.59-60 |
| Downloadable | program or document containing mobile code<br><br>**'194 Patent**<br>abstract; col. 1, lines 37-67 relevant claims; Office Action mailed June 17, 1999; Response to Office Action mailed June 17, 1999<br><br>**'780 Patent**<br>Office Action mailed July 1, 2003; Response to Office Action mailed July 1, 2003<br><br>**'822 Patent** | a program or document containing an executable application program that can be downloaded from one computer to another computer<br><br>**'194 Patent**<br>col.1 ll.44-47 |

| server that serves as a gateway to the client | abstract; col. 1, lines 55-61; col. 2, lines 36-64; col. 3, lines 41-48; col. 5, lines 34-40; col. 6, lines 1-11; col. 7, lines 10-14; col. 9, lines 14-29; col. 12, lines 18-22 relevant claims | |
| | ordinary meaning within the context of the claims<br><br>**'194 Patent**<br>col. 3, lines 23-41; relevant claims; Office Action mailed June 17, 1999; Response to Office Action mailed June 17, 1999 | a computer that receives data from its external communications interface and transfers the data through its internal communications interface to the client<br><br>**'194 Patent**<br>fig.2; col.3 ll.27-41 |

## Proposed Construction and Intrinsic Evidence For Disputed Terms In United States Patent No. 6,804,780

| Terms from United States Patent No. 6,804,780 | Finjan's Proposed Construction & Intrinsic Evidence | Secure Computing's Proposed Construction & Intrinsic Support |
|---|---|---|
| performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable | ordinary meaning within the context of the claims<br><br>**'780 Patent**<br>abstract; col. 2, lines 12-16; col. 4, lines 54-66; col. 7, lines 63-67; col. 9, lines 62-67; relevant claims; Office Action mailed July 1, 2003; Response to Office Action mailed July 1, 2003 | performing a hashing function on both the Downloadable and the fetched software components together to generate a single Downloadable ID<br><br>**'780 Patent**<br>fig.8; col.9 ll.58-67; File history, July 31, 2003 Amendment and Response to Office Action at 7 |

## Proposed Construction and Intrinsic Evidence For Disputed Terms
## In United States Patent No. 7,058,822

| Terms from United States Patent No. 7,058,822 | Finjan's Proposed Construction & Intrinsic Evidence | Secure Computing's Proposed Construction & Intrinsic Support |
|---|---|---|
| downloadable-information | program or document that can contain mobile code<br><br>**'194 Patent**<br>abstract; col. 1, lines 37-67 relevant claims; Office Action mailed June 17, 1999; Response to Office Action mailed June 17, 1999<br><br>**'780 Patent**<br>Office Action mailed July 1, 2003; Response to Office Action mailed July 1, 2003<br><br>**'822 Patent**<br>abstract; col. 1, lines 55-61; col. 2, lines 36-64; col. 3, lines 41-48; col. 5, lines 34-40; col. 6, lines 1-11; col. 7, lines 10-14; col. 9, lines 14-29; col. 12, lines 18-22 relevant claims | data downloaded from one computer to another<br><br>**'822 Patent**<br>col.6 ll.1-12; col.14 l.64-col.15 l.4; col.9 ll.14-29;fig.3 |
| evaluating the detection indicators | ordinary meaning within the context of the claims<br><br>**'822 Patent**<br>col. 12, lines 56-61; col. 16, lines 51-56; col. 19, line 40 - col. 20, line 3; relevant | analyzing two or more detection indicators to determine whether executable code is detected<br><br>**'822 Patent**<br>col.16 ll.31-50 |

| | claims | |
|---|---|---|
| information-destination | client<br><br>**'822 Patent**<br>col. 2, lines 42-53; col. 3, lines 41-48; col. 4, lines 11-27; col. 6, line 59 – col. 7, line 28; col. 7, lines 39-64; col. 11, lines 10-33; col. 17, lines 34-40; relevant claims | a device or process that is capable of receiving and initiating or otherwise hosting a mobile code execution<br><br>**'822 Patent**<br>Col. 7 ll.60-64 |
| information-recommunicator | server<br><br>**'822 Patent**<br>col. 2, lines 56-64; col. 6, line 59 - col. 7, line 28; col. 7, lines 49-56; col. 8 line 64 – col. 9, line 13; col. 19, lines 5-11; relevant claims | information supplier or intermediary for servicing one or more further interconnected devices or processes or interconnected levels of devices or processes<br><br>**'822 Patent**<br>col.7 ll.49-56 |
| level of downloadable-information characteristic and executable code characteristic correspondence | ordinary meaning within context of the claim<br><br>**'822 Patent**<br>col. 19, line 40 – col. 20, line 3; relevant claims | a value representing the degree of correspondence between the downloadable-information characteristic and the executable code characteristic<br><br>**'822 Patent**<br>col.19 ll.62-67 |

# Proposed Construction and Intrinsic Evidence For Disputed Terms
## In United States Patent No. 6,357,010

| Terms from United States Patent No. 6,357,010 | Finjan's Proposed Construction & Intrinsic Evidence | Secure Computing's Proposed Construction & Intrinsic Support |
|---|---|---|
| document control server | a mechanism which allows a specified business partner to access documents on another company's non-public internal network<br><br>**'010 Patent**<br>abstract; col. 1, line 65 – col. 2, line 1; col. 2, lines 23-30; col. 3, lines 6-16; col. 4, lines 42-65; col. 6, lines 8-9; col. 13, lines 16-19; col. 14, lines 63-67; col. 16, lines 1-19; relevant claims; Office Action mailed June 1, 2000; Response to Office Action mailed June 1, 2000; Office Action mailed January 17, 2001; Response to Office Action mailed January 17, 2001 | ordinary meaning within context of the claim |
| fetching the requested document | obtaining, parsing, and cleaning the document<br><br>**'010 Patent**<br>col. 3, lines 45-50; relevant claims; Office Action mailed June 1, 2000; Response to Office Action mailed June 1, 2000; Office Action mailed January 17, 2001; Response to Office Action mailed January 17, 2001 | ordinary meaning within context of the claim |

| proxy | a process performed by a firewall in which the actual destination on the internal network is hidden from the business partner who is requesting the connection from an external network<br><br>**'010 Patent**<br>col. 13, lines 51-67; relevant claims; Office Action mailed June 1, 2000; Response to Office Action mailed June 1, 2000; Office Action mailed January 17, 2001; Response to Office Action mailed January 17, 2001 | ordinary meaning within context of the claim |
|---|---|---|
| role | an alias which provides access to a list of allowed documents<br><br>**'010 Patent**<br>col. 2, lines 2-3; col. 4, lines 11-35; col. 6, lines 19-54; relevant claims; Office Action mailed June 1, 2000; Response to Office Action mailed June 1, 2000; Office Action mailed January 17, 2001; Response to Office Action mailed January 17, 2001 | membership in a group of one or more<br><br>**'010 Patent**<br>col.4 ll.19-34; col.12 ll.45-59 |

## Proposed Construction and Intrinsic Evidence For Disputed Terms
## In United States Patent No. 7,185,361

| Terms from United States Patent No. 7,185,361 | Finjan's Proposed Construction & Intrinsic Evidence | Secure Computing's Proposed Construction & Intrinsic Support |
|---|---|---|
| a server having at least one directory that can be accessed using a network protocol | an internal server having an LDAP directory that stores information about users, offers a static view of information and allows simple updates without transactions<br><br>**'361 Patent**<br>col. 2, lines 17-27; col. 2, lines 62-67; col. 4, lines 17-19; relevant claims; Office Action mailed September 10, 2003; Response to Office Action mailed September 10, 2003; Office Action mailed February 18, 2004; Response to Office Action mailed February 18, 2004; Notice of Appeal filed July 19, 2004; Appeal Brief filed February 28, 2005; Office Action mailed May, 16, 2005; Response to Office Action mailed May 16, 2005; Office action mailed June 14, 2006; Response to Office Action Mailed June 14, 2006 | ordinary meaning within context of the claim |

| authorization filter | a module to determine whether one or more attributes of the client user's LDAP entry is satisfied or whether the client user is a member of a group in the LDAP directory<br><br>**'361 Patent**<br>col. 5, lines 25-27; col. 6, lines 32-45; relevant claims; Office Action mailed September 10, 2003; Response to Office Action mailed September 10, 2003; Office Action mailed February 18, 2004; Response to Office Action mailed February 18, 2004; Notice of Appeal filed July 19, 2004; Appeal Brief filed February 28, 2005; Office Action mailed May, 16, 2005; Response to Office Action Mailed may 16, 2005; Office action mailed June 14, 2006; Response to Office Action Mailed June 14, 2006 | ordinary meaning within context of the claim |
| directory schema that is predefined by said entity | an authentication scheme specified to interact with an existing LDAP directory that has been uniquely developed for an organization's internal needs<br><br>**'361 Patent**<br>abstract; col. 3, lines 1-19; col. 4, lines 56-59; col. 2, lines 62-67; relevant claims; Office Action mailed September 10, 2003; Response to Office Action mailed September 10, 2003; Office Action mailed February 18, 2004; Response to Office Action mailed February 18, 2004; Notice of Appeal filed July 19, 2004; Appeal Brief filed February 28, 2005; Office | ordinary meaning within context of the claim |

| | | | |
|---|---|---|---|
| | Action mailed May, 16, 2005; Response to Office Action mailed May 16, 2005; Office action mailed June 14, 2006; Response to Office Action mailed June 14, 2006 | | |
| firewall | firewall that does not authenticate users using its own database but, rather, information contained within an LDAP directory<br><br>**'361 Patent**<br>col. 2, lines 53-67; col. 4, lines 41-47; relevant claims; Office Action mailed September 10, 2003; Response to Office Action mailed September 10, 2003; Office Action mailed February 18, 2004; Response to Office Action mailed February 18, 2004; Notice of Appeal filed July 19, 2004; Appeal Brief filed February 28, 2005; Office Action mailed May, 16, 2005; Response to Office Action mailed May 16, 2005; Office action mailed June 14, 2006; Response to Office Action mailed June 14, 2006 | ordinary meaning within context of the claim | |
| network protocol | lightweight directory access protocol<br><br>**'361 Patent**<br>abstract; col. 3, lines 1-19; relevant claims; Office Action mailed September 10, 2003; Response to Office Action mailed September 10, 2003; Office Action mailed February 18, 2004; Response to Office Action mailed February 18, 2004; Notice of Appeal filed July 19, 2004; Appeal Brief filed February 28, 2005; Office Action | ordinary meaning within context of the claim | |

| | | |
|---|---|---|
| | Mailed May, 16, 2005; Response to Office Action mailed May 16, 2005; Office action mailed June 14, 2006; Response to Office Action mailed June 14, 2006 | |
| per-service authorization scheme | a scheme in which the authorization module determines whether the user is in one or more groups in the LDAP directory in order to satisfy the authorization filter<br><br>**'361 Patent**<br>col. 4 line 65 – col. 5 line 2; relevant claims; Office Action mailed September 10, 2003; Response to Office Action mailed September 10, 2003; Office Action mailed February 18, 2004; Response to Office Action mailed February 18, 2004; Notice of Appeal filed July 19, 2004; Appeal Brief filed February 28, 2005; Office Action mailed May, 16, 2005; Response to Office Action mailed May 16, 2005; Office action mailed June 14, 2006; Response to Office Action Mailed June 14, 2006 | ordinary meaning within context of the claim |
| per-user authentication scheme | a scheme in which the authorization module determines whether one or more attributes of the client user's LDAP entry satisfies the authorization filter<br><br>**'361 Patent**<br>col. 6, lines 32-45; relevant claims; Office Action mailed September 10, 2003; Response to Office Action mailed September 10, 2003; Office Action mailed February 18, 2004; Response to Office | ordinary meaning within context of the claim |

Action mailed February 18, 2004; Notice of Appeal filed July 19, 2004; Appeal Brief filed February 28, 2005; Office Action mailed May, 16, 2005; Response to Office Action mailed May 16, 2005; Office action mailed June 14, 2006; Response to Office Action Mailed June 14, 2006

60644-0002/LEGAL13501571.1

# EXHIBIT C

# EXHIBIT C

## Terms Identified By Secure Computing as Indefinite

### United States Patent No. 6,092,194

- Java™ applet
- ActiveX™ Control
- JavaScript™ script
- Visual Basic script

### United States Patent No. 6,804,780

- plugin

### United States Patent No. 7,058,822

- information monitor
- content inspection engine
- packaging engine
- inspection controller
- MPC generator
- linking engine
- transfer engine
- policy generator
- destination-characteristics
- mobile code means