IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, <br><br>        Plaintiff-Counterdefendant,<br><br>v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>        Defendants-Counterclaimants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-00369 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on September 13, 2007 copies of (i) Secure Computing's Responses to Finjan Software, Ltd.'s Second Set of Requests for Admissions and (ii) Secure Computing's Answers to Finjan Software, Ltd.'s Fourth Set of Interrogatories were served upon the following counsel of record at the addresses and in the manner indicated:

| **BY E MAIL and HAND DELIVERY** | **BY E-MAIL** |
|---|---|
| Philip A. Rovner, Esquire | Paul J. Andre |
| Potter, Anderson & Corroon | Radhika Tandon |
| Hercules Plaza - 6th Floor | Perkins Coie LLP |
| 1313 N. Market Street | 101 Jefferson Drive |
| Wilmington, DE 19899 | Menlo Park, CA 94025-1114 |

OF COUNSEL:
Ronald J. Schutz
Jake M. Holdreith
Christopher A. Seidl
Trevor J. Foster
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Dated: September 14, 2007

*/s/ Kelly E. Farnan*
Fredrick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys For Defendants*

RLF1-3190324-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

### HAND DELIVERY

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on September 14, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

### FEDERAL EXPRESS

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*Kelly E. Farnan*
Kelly E. Farnan (#4395)