IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, <br><br> Plaintiff, <br><br> v. <br><br> SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation; WEBWASHER AG, a German corporation; and DOES 1 THROUGH 100, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 06-369 GMS ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Secure Computing's Second Supplemental Initial Disclosures Pursuant To Rule 26(a)(1) were caused to be served on September 14, 2007 on counsel of record in the manner indicated:

**BY E-MAIL & HAND DELIVERY**
Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951

**BY E-MAIL & FEDERAL EXPRESS**
Paul J. Andre
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

RLF1-3162884-1

|  |  |
|---|---|
| Of Counsel: | */s/ Kelly E. Farnan*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com |
| Ronald J. Schutz | Kelly E. Farnan (#4395)<br>farnan@rlf.com |
| Jake M. Holdreith | Richards, Layton & Finger, P.A. |
| Christopher A. Seidl | One Rodney Square |
| Trevor J. Foster | P.O. Box 551 |
| Robins, Kaplan, Miller & Ciresi L.L.P. | Wilmington, DE 19899 |
| 2800 LaSalle Plaza | (302) 651-7700 |
| 800 LaSalle Avenue | *Attorneys For Defendants* |
| Minneapolis, MN 55402 |  |
| (612) 349-8500 |  |

Dated: September 14, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

HAND DELIVERY & E-MAIL

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on September 14, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

FEDERAL EXPRESS & E-MAIL

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Kelly E. Farnan
Kelly E. Farnan (#4395)