## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| | ) | C. A. No. 06-369 (GMS) |
| Plaintiff-Counterdefendant, | ) ) | |
| v. | ) ) | |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) | |
| Defendants-Counterclaimants. | ) ) | |

## JOINT POST-HEARING CLAIM CONSTRUCTION CHART

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(303) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
Meghan A. Wharton
James R. Hannah
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114
(650) 838-4300

Dated:  October 30, 2007

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Defendants*

OF COUNSEL:

Ronald J. Schutz
Jake M. Holdreith
Christopher A. Seidl
Trevor J. Foster
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

## Post-Hearing
## Disputed Terms In United States Patent No. 6,092,194

| Terms from United States Patent No. 6,092,194 | Finjan's Proposed Construction | Secure Computing's Proposed Construction |
|---|---|---|
| Downloadable | program or document containing mobile code | a program or document containing an executable application program that can be downloaded from one computer to another computer |
| addressed to a client | NEEDS NO CONSTRUCTION - ordinary meaning within the context of the claims | addressed: containing the client computer's network address<br><br>client: the destination computer |
| server that serves as a gateway to the client | NEEDS NO CONSTRUCTION - ordinary meaning within the context of the claims | a computer that receives data from its external communications interface and transfers the data through its internal communications interface to the client |

## Post-Hearing
## Disputed Terms In United States Patent No. 6,804,780

| Terms from United States Patent No. 6,804,780 | Finjan's Proposed Construction | Secure Computing's Proposed Construction |
|---|---|---|
| performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable | NEEDS NO CONSTRUCTION - ordinary meaning within the context of the claims | performing a hashing function on both the Downloadable and the fetched software components together to generate a single Downloadable ID |

**Post-Hearing**
**Disputed Terms In United States Patent No. 7,058,822**

| Terms from United States Patent No. 7,058,822 | Finjan's Proposed Construction | Secure Computing's Proposed Construction |
|---|---|---|
| downloadable-information | program or document that can contain mobile code | data downloaded from one computer to another |
| information-destination | client | a device or process that is capable of receiving and initiating or otherwise hosting a mobile code execution |
| information-recommunicator | server | information supplier or intermediary for servicing one or more further interconnected devices or processes or interconnected levels of devices or processes |
| evaluating the detection indicators | NEEDS NO CONSTRUCTION - ordinary meaning within the context of the claims | analyzing two or more detection indicators to determine whether executable code is detected |
| level of downloadable-information characteristic and executable code characteristic correspondence | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim | a value representing the degree of correspondence between the downloadable-information characteristic and the executable code characteristic |

**Post-Hearing**
**Disputed Terms In United States Patent No. 6,357,010**

| Terms from United States Patent No. 6,357,010 | Finjan's Proposed Construction | Secure Computing's Proposed Construction |
|---|---|---|
| document control server | a mechanism which allows a specified business partner to access documents on another company's non-public internal network | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |
| role | a mechanism which provides access to a list of allowed documents | membership in a group of one or more |

4

## Post-Hearing
## Disputed Terms In United States Patent No. 7,185,361

| Terms from United States Patent No. 7,185,361 | Finjan's Proposed Construction | Secure Computing's Proposed Construction |
|---|---|---|
| firewall | firewall that does not authenticate users using its own database but, rather, information contained within an LDAP directory | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |
| a server having at least one directory that can be accessed using a network protocol | a server having at least one LDAP directory that can be accessed using a network protocol | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |
| authorization filter | a module to determine whether one or more attributes of the client user's LDAP entry is satisfied or whether the client user is a member of a group in the LDAP directory | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |
| directory schema that is predefined by said entity | an authentication scheme specified to interact with an existing LDAP directory that has been uniquely developed for an organization's internal needs | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |
| network protocol | lightweight directory access protocol | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |

5

## Post-Hearing
## Agreed Construction of Terms In United States Patent No. 6,357,010

| Terms from United States Patent No. 6,357,010 | Finjan's Proposed Construction | Secure Computing's Proposed Construction |
|---|---|---|
| fetching the requested document | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |
| proxy | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |

6

## Post-Hearing
## Agreed Construction of Terms In United States Patent No. 7,185,361

| Terms from United States Patent No. 7,185,361 | Finjan's Proposed Construction | Secure Computing's Proposed Construction |
|---|---|---|
| per-service authentication scheme | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |
| per-user authentication scheme | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim | NEEDS NO CONSTRUCTION - ordinary meaning within context of the claim |

828462

7