IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, </br></br>    Plaintiff-Counterdefendant, </br></br> v. </br></br> SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, </br></br>    Defendants-Counterclaimants. | C. A. No. 06-369 GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 21, 2007, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

    EXPERT REPORT OF GIOVANNI VIGNA, PH.D.

    EXPERT REPORT OF TODD HEBERLEIN, M.S.

    EXPERT REPORT OF MATTHEW BISHOP, PH.D.

    EXPERT REPORT OF RUSSELL L. PARR

    EXPERT REPORT OF TRENT JAEGER, PH.D.

| | |
|---|---|
| **BY E-MAIL** | **BY E-MAIL** |
| Kelly E. Farnan, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>farnan@rlf.com | Jake M. Holdreith, Esq.<br>Christopher A. Seidl, Esq.<br>Trevor J. Foster, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>jmholdreith@rkmc.com<br>caseidl@rkmc.com<br>tjfoster@rkmc.com |
| | **BY FEDERAL EXPRESS**<br><br>Jake M. Holdreith, Esq.<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402 |
| OF COUNSEL<br><br>Paul J. Andre<br>Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025-1114<br>(650) 838-4300<br><br>Dated: December 5, 2007<br>834248 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P. O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*Finjan Software, Ltd.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on December 5, 2007, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on December 5, 2007 I have sent by E-mail the foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com ; caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com