

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

December 5, 2007

**BY E-FILE**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

      Re: Finjan Software Ltd. v. Secure Computing Corporation, et al.,
         D. Del., C.A. No. 06-369-GMS

Dear Chief Judge Sleet:

  In anticipation of the discovery teleconference scheduled for December 7, 2007 at 11:00 a.m. Eastern Time in the above-entitled matter, the parties jointly submit the following items to be presented to the Court:

**Finjan's Issues:**

- Prohibition of amendments to the Wallach report served 9 days after the deadline which added invalidity opinion regarding claims not identified in the initial report.
- Compelling supplementation of privilege log to provide details regarding email chains.
- Requesting an *in camera* review of allegedly privileged emails that were produced.

**Secure Computing's Issues:**

- Motion for continuance of trial by two weeks due to unavoidable conflict on Secure Computing's trial counsel's schedule due to trial in another case in Boston, MA.
- Motion to compel Finjan to produce non-privileged, responsive information from SAP accounting system, Salesforce.com, and Finjan budgets.
- Secure Computing's motion re: indefiniteness.

The Honorable Gregory M. Sleet
December 5, 2007
Page 2

Respectfully,

/s/ Philip A. Rovner
Philip A. Rovner
provner@potteranderson.com

PAR:mes/835500
cc: Frederick L. Cottrell, III, Esq. – by E-file and hand delivery
    Christopher A. Seidl, Esq. – by E-mail