IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>        Plaintiff-Counterdefendant,<br><br>       v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>        Defendants-Counterclaimants. | C. A. No. 06-369 GMS |

## SECURE COMPUTING'S NOTICE OF DEPOSITION OF GIOVANNI VIGNA

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants-Counterclaimants Secure Computing Corporation, Cyberguard Corporation and Webwasher AG ("Secure Computing") will take the deposition, upon oral examination, of Giovanni Vigna.

The deposition will commence on December 19, 2007, at 8:00 a.m. at the Pacifica Suites, 5490 Hollister Avenue, Santa Barbara, California 93111, or at a time and place agreed upon by the parties. The deposition will be taken before a notary public or other officer authorized to administer an oath and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Fed.R.Civ.P. 30(b)(2), the deposition will be recorded stenographically.

| | |
|---|---|
| OF COUNSEL: | By: /s/ Kelly E. Farnan |
| | Fredrick L. Cottrell, III (#2555) |
| Ronald J. Schutz | cottrell@rlf.com |
| Jake M. Holdreith | Kelly E. Farnan (#4395) |
| Christopher A. Seidl | farnan@rlf.com |
| Trevor J. Foster | Richards, Layton & Finger |
| ROBINS, KAPLAN, MILLER & | One Rodney Square |
| CIRESI L.L.P. | P.O. Box 551 |
| 2800 LaSalle Plaza | Wilmington, DE 19899 |
| 800 LaSalle Avenue | (302) 651-7700 |
| Minneapolis, MN 55402 | |
| (612) 349-8500 | ***ATTORNEYS FOR DEFENDANTS-*** |
| | ***COUNTERCLAIMANTS*** |

Dated: December 10, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

**BY HAND DELIVERY and E-MAIL**

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on December 10, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS and E-MAIL**

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-3155985-1