IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>        Plaintiff-Counterdefendant,<br><br>      v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>        Defendants-Counterclaimants. | C. A. No. 06-369 GMS |

### SECURE COMPUTING'S NOTICE OF DEPOSITION OF
### <u>TRENT JAEGER</u>

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants-Counterclaimants Secure Computing Corporation, Cyberguard Corporation and Webwasher AG ("Secure Computing") will take the deposition, upon oral examination, of Trent Jaeger, Ph.D.

The deposition will commence on December 14, 2007, at 9:00 a.m. at Comfort Suites, 132 Village Drive, State College, Pennsylvania 16803, or at a time and place agreed upon by the parties. The deposition will be taken before a notary public or other officer authorized to administer an oath and will continue from day to day until concluded, or may be continued until completed at a future date or dates.

**PLEASE TAKE FURTHER NOTICE,** pursuant to Fed.R.Civ.P. 30(b)(2), the deposition will be recorded stenographically.

RLF1-3232678-1

| | |
|---|---|
| OF COUNSEL: | By: /s/ Kelly E. Farnan<br>Fredrick L. Cottrell, III (#2555) |
| Ronald J. Schutz | cottrell@rlf.com |
| Jake M. Holdreith | Kelly E. Farnan (#4395) |
| Christopher A. Seidl | farnan@rlf.com |
| Trevor J. Foster | Richards, Layton & Finger |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | One Rodney Square<br>P.O. Box 551 |
| 2800 LaSalle Plaza | Wilmington, DE 19899 |
| 800 LaSalle Avenue | (302) 651-7700 |
| Minneapolis, MN 55402 | |
| (612) 349-8500 | ***ATTORNEYS FOR DEFENDANTS-COUNTERCLAIMANTS*** |

Dated: December 10, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

BY HAND DELIVERY and E-MAIL

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on December 10, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

BY FEDERAL EXPRESS and E-MAIL

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Kelly E. Farnan (#4395)