# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
|     Plaintiff-Counterdefendant, | ) ) ) | C. A. No. 06-369-GMS |
|             v. | ) ) ) | |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) | |
|     Defendants-Counterclaimants. | ) ) | |

## JOINT PROPOSED FINAL PRETRIAL ORDER

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com

Attorneys for Defendants

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300

Dated: January 7, 2008

OF COUNSEL:

Ronald J. Schutz
Jake M. Holdreith
Christopher A. Seidl
Trevor J. Foster
Robins, Kaplan, Miller & Ciresi L.L.P.
3800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

This matter having come before the Court at a pretrial conference held on February 6, 2008, pursuant to Fed. R. Civ. P. ("Rule") 16, and Paul Andre and Lisa Kobialka of the law firm of Perkins Coie LLP, 101 Jefferson Drive, Menlo Park CA 94025, Phone Number (650) 838-4300, and Philip A. Rovner of Potter Anderson & Corroon LLP, P.O. Box 951, 1313 N. Market Street, Wilmington, DE 19801, Phone Number (302) 984-6000, having appeared as counsel for Plaintiff-Counterdefendant, Finjan Software, Ltd. and Counterdefendant Finjan Software, Inc. ("Finjan"), and Ron Schutz and Jake Holdreith of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402, Phone Number (612) 349-8500, and Frederick L. Cottrell, III of the law firm of Richards Layton & Finger, One Rodney Square, P.O. Box 551, Wilmington, DE 19899, Phone Number (302) 651-7700, having appeared as counsel for Defendants-Counterclaimants, Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG ("Secure Computing"), the following actions were taken:

(1)    This is an action for patent infringement. The jurisdiction of the Court is involved under 28 U.S.C. §§ 1331 and 1338, and under the Federal Declaratory Judgment Act, Title 28, sections 2201 and 2202. Jurisdiction is not disputed.

(2)    The following stipulations and statements were submitted and are attached to and made a part of this Order:[1]

    a.    Attached as Schedule A is a comprehensive stipulation of all uncontested facts, which will become part of the evidentiary record in this case, and may be read to the jury by the Court or any party.

---

[1] Unless expressly modified in the body of this Order, the footnotes from the Court's Form Pre-Trial Order (located at http://www.ded.uscourts.gov/GMS/Forms/Final_Pretrial_Order.pdf) are incorporated herein by reference.

b.  Attached as Schedule B is a statement of contested issues of fact and law.

c.  Attached as Schedule C are:

i.  Three separate exhibits lists: (1) Joint Exhibit List agreed to by the parties; (2) Finjan's Exhibits List; and (3) Secure Computing's Exhibit List. These three lists contain all exhibits, except rebuttal and demonstrative exhibits, that may be offered as evidence at trial. The descriptions of the exhibits in these lists are for identification purposes only and the parties are not agreeing that the descriptions accurately characterize the documents. The descriptions are not admissions as to the content, admissibility or relevance of the documents. The parties reserve the right to offer rebuttal exhibits that are not set forth on their exhibit lists for impeachment purposes or for rebuttal. The parties reserve the right to offer exhibits listed on the opposing party's exhibit list. The parties have further agreed to work together regarding exhibit lists in the event exhibits need to be added or removed, as appropriate.[2]

ii.  Demonstrative exhibits are not included on these lists. The parties agree to exchange a color copy of any demonstrative at least 24 hours before the morning of the day the demonstrative is expected to be used in Court. The parties agree further to meet and confer regarding any demonstrative in an effort to resolve any possible disputes or objections regarding the demonstrative prior to its expected use in Court.

---

[2] The parties agree to provide to the opposing party a binder containing the trial exhibits and color representations of the demonstratives to be used during the direct examination of that specific witness prior to that witness' testimony.

d.  Attached as Schedule D is a witness list of the names and addresses of the potential witnesses to be called by each party, with a statement of any objections to calling, or to the qualifications of, any witness identified on the list.  Objections to testimony of witnesses offered by deposition are listed in the parties' deposition designations.  Each party will provide to the opposing party a written list of witnesses that it intends to call to testify either live or by designation by end of the last day before the morning of the day the witness is expected to testify or 24 hours in advance of Mondays.

e.  Attached as Schedule E are Finjan's and Secure Computing's statements of the qualifications of the parties' respective expert witnesses and summaries of the subject matter of their testimony, where appropriate.  Secure Computing objects to Finjan's Schedule E.  Secure Computing contends that Finjan's Schedule E goes beyond the scope of qualifications, improperly characterizes technology, and would be prejudicial to Secure Computing if read to the jury.  If Finjan's Schedule E will be read to the jury, Secure Computing requests that it be allowed to supplement its Schedule E with additional statements regarding its experts to balance the parties' statements.

f.  Attached as Schedule F is a list of all depositions, or portions thereof, that may be offered into evidence by Finjan and Secure Computing, respectively, as well as statement of the parties' respective objections thereto, exclusive of deposition testimony that may be used during cross examination of live witnesses.  The parties have agreed that they may rely on each other's deposition designations.

3

g.   Statement of Special Damages:

    i.   Finjan intends to seek attorney's fees pursuant to 35 U.S.C. §285.

    ii.   Secure Computing may seek attorney's fee pursuant to 35 U.S.C. §285.

h.   There have been no waivers of any claims or defenses that have been abandoned by Finjan or Secure Computing.

i.   The parties will have submitted the following papers on January 7, 2008:

    i.   trial briefs;

    ii.   proposed jury instructions, in triplicate and on diskette;

    iii.   special verdict forms in triplicate and on diskette; and

    iv.   voir dire questions, in triplicate and on diskette.

j.   Attached as Schedule G is a statement summarizing the history and status of settlement negotiations, indicating whether further negotiations are ongoing and likely to be productive.

k.   Discovery is completed.

l.   Pursuant to the Court's Scheduling Order in this matter, the parties will have filed motions *in limine*, together with briefs in support, in opposition and reply, on January 7, 2008. A list of the motions in limine is attached as Schedule H. No party shall file more than five (5) motions in limine without prior approval of the court. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages.

(3)     Trial of this case is currently set for seven (7) days beginning at 9:00 a.m. on March 3, 2008.

(4)     Type of trial: Jury.

(5)     Finjan requests that 6 jurors plus 2 alternates be selected at the commencement of trial. Secure Computing requests that 8 jurors plus 2 alternates be selected at the commencement of trial. If for some reason one or more jurors are excused before a verdict is received, Secure Computing requests that a minimum of 7 jurors be required to deliberate to verdict.

(6)     This Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by Order of the Court to prevent manifest injustice.

(7)     Possibility of settlement of this case was considered by the parties.

POTTER ANDERSON & CORROON LLP     RICHARDS, LAYTON & FINGER


By: /s/ Philip A. Rovner                                    By: /s/ Kelly E. Farnan
      Philip A. Rovner (#3215)                            Frederick L. Cottrell, III (#2555)
      Hercules Plaza                                        Kelly E. Farnan (#4395)
      P. O. Box 951                                         One Rodney Square
      Wilmington, DE  19899                                 P.O. Box 551
      (302) 984-6000                                        Wilmington, DE  19899
      provner@potteranderson.com                            (302) 651-7700
                                                            cottrell@rlf.com
Attorneys for Plaintiff                                       farnan@rlf.com

Attorneys for Defendants


OF COUNSEL:                                                   OF COUNSEL:

Paul J. Andre                                                 Ronald J. Schutz
Lisa Kobialka                                                 Jake M. Holdreith
Perkins Coie LLP                                              Christopher A. Seidl
101 Jefferson Drive                                           Trevor J. Foster
Menlo Park, CA  94025-1114                                    Robins, Kaplan, Miller & Ciresi L.L.P.
(650) 838-4300                                                3800 LaSalle Plaza
                                                              800 LaSalle Avenue
Dated:  January 7, 2008                                       Minneapolis, MN 55402
                                                              (612) 349-8500


Date:_____          _____
                              Chief Judge Gregory M. Sleet


841133

# EXHIBIT A

## SCHEDULE A

### Stipulation of Uncontested Facts

Finjan Software, Ltd., Finjan Software, Inc. (collectively "Finjan") and Secure
Computing Corporation, Cyberguard Corporation, and Webwasher AG ("Secure Computing")
stipulate to the following uncontested facts, which will become a part of the evidentiary record
in this case, and which may be read to the jury by the Court or any party:

1. Finjan Software, Ltd. is a corporation organized and existing under the laws of Israel,
   with its principal place of business at Hamachshev St. 1, New Industrial Area, Netanya,
   42504, Israel.

2. Finjan Software, Inc. is a corporation organized and existing under the laws of
   Delaware, with its principal place of business at 2025 Gateway Place, San Jose,
   California, 95110.

3. Secure Computing Corporation is a corporation organized and existing under the laws
   of the State of Delaware, with its corporate headquarters at 4810 Harwood Road, San
   Jose, California, 95124. Secure Computing Corporation is in the business of
   developing and distributing network and systems security solutions to organizations.

4. Webwasher AG was a corporation organized and existing under the laws of Germany.
   Webwasher AG was acquired by Cyberguard Corporation in April 2004.

5. Cyberguard Corporation was a corporation organized and existing under the laws of the
   State of Delaware. In January 2006, Cyberguard Corporation, and its then subsidiary
   Webwasher AG, was merged into Secure Computing Corporation.

6. United States Provisional Patent Application No. 60/030,639 was filed on November 8,
   1996.

7. United States Patent Application No. 08/964,388 was filed on November 6, 1997 and
   issued as United States Patent No. 6,092,194 on July 18, 2000.

8. United States Patent Application No. 09/539,667 is a continuation of United States

Patent Application No. 08/964,639.

9. United States Patent Application No. 09/539,667 was filed on March 30, 2000 and issued as United States Patent No. 6,804,780 on October 12, 2004.

10. United States Patent Application No. 09/861,229 is a continuation in part of United States Patent Application No. 09/539,667.

11. United States Patent Application No. 09/861,229 was filed on May 17, 2001 and issued as United States Patent No. 7,058,822.

12. Finjan Software, Ltd. is the assignee of United States Patent Nos. 6,092,194, 6,804,780, and 7,058,822.

13. United States Patent Application No. 09/024,576 was filed on February 17, 1998 and issued as United States Patent No. 6,357,010 on March 12, 2002.

14. United States Patent Application No. 09/495,157 was filed on January 31, 2000 and issued as United States Patent No. 7,185,361 on February 27, 2007.

15. Secure Computing is the assignee of United States Patent No. 6,357,010 and United States Patent No. 7,185,361.

# EXHIBIT B

**SCHEDULE B**

**Stipulation of Contested Issues of Fact and/or Law**

Finjan Software Ltd., Finjan Software, Inc. (collectively "Finjan") and Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG ("Secure Computing") agree to the following statement of contested issues:

1. Whether Secure Computing literally infringes, or in the alternative infringes under the Doctrine of Equivalence,[1] claims 1-14, 24-30, 32-36 and 65 of United States Patent No. 6,092,194 by making, using, selling, offering to sell and importing the Webwasher and Cyberguard TSP products in violation of 35 U.S.C. § 271(a).

2. Whether United States Patent No. 6,092,194 is not infringed by Secure Computing.

3. Whether claims 1-14, 24-30, 32-36 and 65 of United States Patent No. 6,092,194 are invalid for anticipation under 35 U.S.C. § 102(a) and/or § 102(b), or obviousness under 35 U.S.C. § 103.

4. Whether United States Patent No. 6,092,194 is invalid for lack of enablement, indefiniteness, and inadequate written description under 35 U.S.C. § 112.

5. Whether United States Patent No. 6,092,194 is unenforceable due to inequitable conduct by Finjan Software, Ltd. under 37 C.F.R. § 1.27 and 37 C.F.R. § 1.56.

6. Whether Secure Computing literally infringes, or in the alternative infringes under the Doctrine of Equivalence,[2] claims 1-18 of United States Patent No. 6,804,780 by making, using, selling, offering to sell and importing the Webwasher and Cyberguard TSP products in violation of 35 U.S.C. § 271(a).

7. Whether United States Patent No. 6,804,780 is not infringed by Secure Computing.

8. Whether claims 1-18 of United States Patent No. 6,804,780 are invalid for anticipation

---

[1] Subject to Secure Computing's Motion in Limine.

[2] Subject to Secure Computing's Motion in Limine.

under 35 U.S.C. § 102(a) and/or § 102(b), or obviousness under 35 U.S.C. § 103.

9.  Whether United States Patent No. 6,804,780 is invalid for lack of enablement,
    indefiniteness, and inadequate written description under 35 U.S.C. § 112.

10. Whether United States Patent No. 6,804,780 is unenforceable due to inequitable
    conduct by Finjan Software, Ltd. under 37 C.F.R. § 1.27.

11. Whether Secure Computing literally infringes, or in the alternative infringes under the
    Doctrine of Equivalence,[3] claims 1, 2, 4, 6, 8, 9, 12, 13, 15-18, 20-22, 24, 26-29, 31, 32,
    34 and 35 of United States Patent No. 7,058,822 making, using, selling, offering to sell
    and importing the Webwasher and Cyberguard TSP products in violation of 35 U.S.C. §
    271(a).

12. Whether United States Patent No. 7,058,822 is not infringed by Secure Computing.

13. Whether claims 1, 2, 4, 6, 8, 9, 12, 13, 15-18, 20-22, 24, 26-29, 31, 32, 34 and 35 of
    United States Patent No. 7,058,822 are invalid for anticipation under 35 U.S.C. § 102(a)
    and/or § 102(b), or obviousness under 35 U.S.C. § 103.

14. Whether United States Patent No. 7,058,822 is invalid for lack of enablement,
    indefiniteness, and inadequate written description under 35 U.S.C. § 112.

15. Whether any of the asserted claims of United States Patent Nos. 6,092,194 and
    6,804,780 are entitled to the benefit of the filing date of United States Provisional Patent
    Application No. 60/030,639.

16. Whether any of the asserted claims of United States Patent No. 7,058,822 are entitled to
    the benefit of the filing date of United States Provisional Patent Application 60/205,591,
    United States Patent Application No. 09/551,302, or United States Patent Application
    No. 09/539,667.

17. The amount of damages adequate to compensate Finjan Software, Ltd. for alleged

---

[3] Subject to Secure Computing's Motion in Limine.

infringement pursuant to 35 U.S.C. § 284.

18. Whether Secure Computing's alleged infringement of any claim of United States Patent Nos. 6,092,194, 6,804,780 and 7,058,822 was or was not willful in violation of 35 U.S.C. §284.

19. Whether this case is exceptional entitling Finjan Software, Ltd. to an award of attorney fees pursuant to 35 U.S.C. § 285.

20. Whether Finjan Software, Ltd. is entitled to a permanent injunction pursuant to 35 U.S.C. § 283.

21. Whether Finjan Software, Ltd.'s claims are barred and/or limited under 28 U.S.C. § 1498.

22. Whether Finjan Software, Ltd.'s claims that Secure Computing is inducing and/or contributorily infringing is barred because the underlying alleged direct infringement is licensed and/or released.

23. Whether Finjan Software, Ltd.'s claims are barred and/or limited by the doctrine of patent exhaustion.

24. Whether Finjan literally infringes, or in the alternative infringes under the Doctrine of Equivalence, claims 1-5, 7-12 and 14-15 of United States Patent No. 7,185,361 by making, using, selling, offering to sell and importing the Vital Security NG and Internet 1Box products in violation of 35 U.S.C. § 271(a).

25. Whether United States Patent No. 7,185,361 is not infringed by Finjan.

26. Whether Finjan infringes by inducement or contributory infringement claims 1-5, 7-12 and 14-15 of United States Patent No. 7,185,361 with its Vital Security NG and Internet 1Box products.

27. Whether United States Patent No. 7,185,361 is not infringed by Finjan by inducement or contributory infringement.

28. Whether claims 1-5, 7-12 and 14-15 of United States Patent No. 7,185,361 are invalid for anticipation under 35 U.S.C. § 102(a) and/or § 102(b), or obviousness under 35

U.S.C. § 103.

29. Whether Finjan literally infringes, or in the alternative infringes under the Doctrine of Equivalence, claim 37 of United States Patent No. 6,357,010 by making, using, selling, offering to sell and importing the Vital Security™ for Documents (aka Finjan Mirage) product in violation of 35 U.S.C. § 271(a).

30. Whether United States Patent No. 6,357,010 is not infringed by Finjan.

31. Whether Finjan infringes by inducement or contributory infringement claim 37 of United States Patent No. 6,357,010 with its Vital Security™ for Documents (aka Finjan Mirage).

32. Whether United States Patent No. 6,357,010 is not infringed by Finjan by inducement or contributory infringement.

33. Whether claim 37 of United States Patent No. 6,357,010 is invalid for anticipation under 35 U.S.C. § 102(a) and/or § 102(b), or obviousness under 35 U.S.C. § 103.

34. The amount of damages adequate to compensate Secure Computing Corporation for alleged infringement pursuant to 35 U.S.C. § 284.

35. Whether Finjan's alleged infringement of any claim of United States Patent No. 7,185,361 and United States Patent No. 6,357,010 was or was not willful in violation of 35 U.S.C. §284.

36. Whether this case is exceptional entitling Secure Computing Corporation to an award of attorney fees pursuant to 35 U.S.C. § 285.

37. Whether Secure Computing Corporation is entitled to a permanent injunction pursuant to 35 U.S.C. § 283.

# EXHIBIT C, PART 1

## Schedule C

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Finjan Software, Ltd. v. Secure Computing Corp., et al.

CASE NO. 1:06-cv-369 GMS

Trial Date: March 3, 2008

### JOINT TRIAL EXHIBIT LIST

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| JTX-1 | Germany Ex. 10 | 07/18/00 | FIN000001-20 | U.S. Patent No. 6,092,194 | | | |
| JTX-2 | Germany Ex. 11 | 10/12/04 | FIN014439-56 | U.S. Patent No. 6,804,780 | | | |
| JTX-3 | Germany Ex. 13 | 06/06/06 | FIN014734-57 | U.S. Patent No. 7,058,822 | | | |
| JTX-4 | Greve Ex. 2<br>Germany Ex. 14 | 03/12/02 | SC 10694-714 | U.S. Patent No. 6,357,010 | | | |
| JTX-5 | Chew Ex. 2<br>Germany Ex. 12 | 02/27/07 | SC11093-102 | U.S. Patent No. 7,185,361 | | | |
| JTX-6 | Putman Ex. 2 | | | Webwasher and Secure Computing billings and sales reports | HC-AEO | | |
| JTX-7 | | 09/30/05 | FIN011884-914 | Cyberguard Corporation Form 10-Q | | | |
| JTX-8 | | 03/01/06 | FIN012049-80 | Secure Computing Corporation Form S-3 | | | |
| JTX-9 | | 12/31/05 | FIN012081-154 | Secure Computing Corporation Form 10-K | | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| JTX-10 | | 12/06/05 | FIN012155-411 | Secure Computing Corporation Form S-4/A | | | |
| JTX-11 | | | | Secure Computing Corporation Form 10-K (Fiscal year Ending December 31, 2006) | | | |
| JTX-12 | | 08/04/04 | SC187526-85 | Valuation of Certain Intangible Assets Pertaining to the Acquisition of Webwasher AG by Cyberguard Corporation as of April 29, 2004 | HC-AEO | | |
| JTX-13 | | 2005 | FIN015001-266 | Finjan's Vital Security for E-Mail 7.0 Service Pack 3 User Manual | Confidential | | |
| JTX-14 | | 2004 | FIN015267-596 | Finjan's Vital Security for Web 7.0 Service Pack 3 User Manual | Confidential | | |
| JTX-15 | Ben-Itzhak/1001 | 01/23/06 | FIN009696-717 | Consolidated Financial Statements; Finjan Software, Inc and Its Subsidaries as of December 31, 2005 | | | |
| JTX-16 | Polani/2044 | | FIN009002-03 | Financial chart; Finjan Software Inc. - Consolidated Management Reports; Annual Invoiced Sales | | | |
| JTX-17 | Polani/2045 | | FIN012994-95 | Sales Chart | | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| JTX-18 | Polani/2046 | | FIN012992 | Financial Spreadsheet | | | |
| JTX-19 | Polani/2047 | 00/00/05 | FIN018289-303 | Financial Statements for the 3 Months Ended June 30, 2005 | | | |
| JTX-20 | Polani/2048 | 10/27/05 | FIN018304-325 | Financial Statements for the 3 Months Ended Sep. 30th, 2005 | | | |
| JTX-21 | Polani/2049 | 00/00/06 | FIN018326-343 | Financial Statements for the 3 Months Ended Dec. 31, 2005 | | | |
| JTX-22 | Polani/2050 | 00/00/06 | FIN018344-63 | Preliminary Financial Statements for the 3 Months Ended March 31, 2006 | | | |
| JTX-23 | Polani/2051 | 00/00/06 | FIN018364-388 | Preliminary Financial Statements for the 3 Months Ended June 30, 2006 | | | |
| JTX-24 | Polani/2052 | 11/29/06 | FIN018389-434 | Preliminary Financial Statements for the 3 Months Ended September 30, 2006 | | | |
| JTX-25 | Polani/2053 | 02/21/07 | FIN018415-439 | Preliminary Financial Statements for the 3 Months Ended December 31, 2006 | | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| JTX-26 | Polani/2054 | 05/09/07 | FIN018440-462 | Preliminary Financial Statements for the 3 Months Ended March 31, 2007 | | | |
| JTX-27 | Polani/2055 | 07/09/07 | FIN018267-288 | Preliminary Financial Statements for the 3 Months Ended June 30, 2007 | | | |
| JTX-28 | Sofer/1034 | 06/03/07 | | Consolidated Financial Statements for Finjan Software, Inc. and its Subsidaries as of December 31, 2006 | | | |
| JTX-29 | Sofer/1035 | 02/28/05 | FIN009718-38 | Consolidated Financial Statements for Finjan Software, Inc. and its Subsidaries as of December 31, 2004 | | | |
| JTX-30 | Sofer/1036 | 03/16/04 | FIN009739-61 | Consolidated Financial Statements for Finjan Software, Inc. and its Subsidaries as of December 31, 2005 | | | |
| JTX-31 | Sofer/1037 | | FIN009772-80 | Notes to Consolidated Financial Statements (pages 12-20) for Finjan Software and its Subsidaries | | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| JTX-32 | Sofer/1038 | 07/03/02 | FIN009781-99 | Consolidated Financial Statements for Finjan Software, Inc. and its Subsidaries as of December 31, 2001 | | | |
| JTX-33 | Sofer/1039 | 02/15/01 | FIN009800-20 | Consolidated Financial Statements for Finjan Software, Inc. and its Subsidaries as of December 31, 2000 | | | |
| JTX-34 | Sofer/1040 | 06/30/00 | FIN009821-36 | Consolidated Financial Statements for Finjan Software, Inc. and its Subsidaries as of December 31, 1999 | | | |
| JTX-35 | Sofer/1041 | 09/01/99 | FIN009837-52 | Consolidated Financial Statements for Finjan Software, Inc. as of December 31, 1998 | | | |
| JTX-36 | Sofer/1049 | | FIN001613 | Chart; Finjan - Management Matrix 1997 - Consolidated | | | |
| JTX-37 | Stecher/1 | | | Handwritten Notes | | | |
| JTX-38 | Stecher/2 | 01/12/06 | | Handwritten Notes | | | |
| JTX-39 | | 07/31/07 | SC072749-94 | Webwasher overview | | | |
| JTX-40 | | 12/31/02 | FIN009762-80 | Consolidated Financial Statements | | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Marked | Admitted |
|---|---|---|---|---|---|---|---|
| JTX-41 | | 10/01/01 | SC024519-40 | Bulletin: Worldwide Security 3As Software Market Forecast and Analysis, 2001-2005 | | | |
| JTX-42 | | 09/13/05 | FIN011781-83 | Cyberguard Form 10-K | | | |
| JTX-43 | | 06/30/05 | FIN011915-017 | Cyberguard Form 10-K | | | |
| JTX-44 | | 12/03/05 | FIN012421-98 | Secure Computing's Form 10-K | | | |
| JTX-45 | | | | Secure Computing's 2006 Annual Report | | | |
| JTX-46 | | 08/04/06 | SC170610-12 | Email re Guidelines for Webwasher Support in TSP v6.4 | | | |
| JTX-47 | | 12/12/07 | | Exhibit C from the Rebuttal Expert Report of Dan Wallach | | | |
| JTX-48 | | 12/12/07 | | Exhibit D from the Rebuttal Expert Report of Dan Wallach | | | |
| JTX-49 | | 12/12/07 | | Exhibit E from the Rebuttal Expert Report of Dan Wallach | | | |

**FINJAN'S PROPOSED TRIAL EXHIBIT LIST AND SECURE COMPUTING'S OBJECTIONS**

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-6 | Greve Ex. 3 | 2005 | SC187686-706 | Secure Computing Analysis & Estimation for Virus Harvesting & Autorating | HC-AEO[2] | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-9 | Germany Ex. 4 | | SC023430-67 | Secure Computing Webwasher Proactive Scanning presentation | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 FRE 403 (marginalia on SC 023446) Lack of Foundation Lack of Foundation (marginalia on SC 023446) | | |

[1] Secure Computing sets forth its objections to Finjan's Proposed Trial Exhibit List by abbreviation.  The Reference Key for Secure Computing's Objections to Finjan's Proposed Trial Exhibits is attached hereto at Schedule C(1).
[2] Documents designated "Highly Confidential – Attorneys' Eyes Only"

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-10 | Germany Ex. 5 | 07/05/04 | SC 01360-86 | Webwasher white paper entitled "Webwasher Monile Code Filter – Detection and Classification of Malicious Mobile Code" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-11 | Germany Ex. 6 | 2007 | | Secure Computing white paper entitled "Webwasher Proactive Scanning – Step-By-Step Guide" | | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-12 | Germany Ex. 7 | 2005 | SC066232-63 | Webwasher white paper entitled "Webwasher Proactive Scanning – Step-By-Step Guide" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-13 | Germany Ex. 8 | 2005 | SC071937-67 | Webwasher white paper entitled "Webwasher Proactive Scanning – Step-By-Step Guide" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-14 | Germany Ex. 9 | 07/19/06 | SC032421-24 | Webwasher document entitled "Webwasher Proactive Scanning – Visible new features in release 6.0" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-15 | Germany Ex. 15 | 08/29/07 | | Drawing by Christoph Alme | | FRE 802 FRE 901 FRE 106 (partial document) | | |
| PTX-16 | Germany Ex. 16 | 05/28/04 | SC166301-02 | Email from Alme to Stecher | HC-AEO | All objections reserved pending translation of foreign language. FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-17 | Germany Ex. 17 | 04/14/05 | SC166653-59 | Email from Alme to checkin | Confidential | All objections reserved pending translation of foreign language. FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-18 | Germany Ex. 18 | 12/29/05 | SC145290-306 | Email from Alme to Stecher & Borgolte | HC-AEO | All objections reserved pending translation of foreign language. FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-19 | Germany Ex. 19 | 03/01/05 | SC077266-74 | Webwasher 5 Training Proactive Security presentation | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-20 | Germany Ex. 20 | 04/04/05 | SC02099-163 | Webwasher Product Roadmap presentation | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-21 | Germany Ex. 21 | | SC066200-21 | Webwasher SCM 6.0 – Anti-Malware presentation | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-22 | Germany Ex. 22 | | SC 03501-628 | Webwasher From Secure Computing presentation | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-23 | Germany Ex. 23 Gallagher Ex. 14 | 08/2003 | SC072833-68 | IDC Market Analysis – Worldwide Antivirus Software Forecast & Analysis 2003-2007 | Confidential | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-24 | Germany Ex. 24 Gallagher Ex. 15 | 07/2004 | SC023181-231 | IDC Market Analysis – Worldwide Secure Content Management 2004-2008 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-25 | Germany Ex. 25 Gallagher Ex. 16 | 09/2005 | SC076359-440 | IDC Market Analysis – Worldwide Secure Content Management 2006-2009 | Confidential | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-26 | Germany Ex. 26 | 09/08/04 | SC145463-90 | Webwasher white paper entitled "Webwasher CSM Suite: Proactive Security" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-27 | Germany Ex. 27 | 02/28/05 | SC022423-36 | Webwasher Anti Spam & Webwasher Anti Virus 5 Head to Head Against Finjan Vital Security for E-mail | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-28 | Germany Ex. 28 | 06/06/05 | SC 03318-33 | Webwasher URL Filter 5.2 and Webwasher Anti Virus 5.2 Head To Head vs. Finjan Vital Security for Web 8 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-29 | Germany Ex. 29 | 2006 | SC011759-62 | Secure Computing Web Gateway Security Product Overview | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-30 | Germany Ex. 30 | 08/28/06 | SC072063-83 | Webwasher 6.0.0 Product Requirements Document | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-31 | Germany Ex. 31 | 09/16/02 | SC077630-31 | Email from Stecher to Joepen et al. | HC-AEO | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 105<br>Lack of Foundation | | |
| PTX-32 | Germany Ex. 32 | 05/23/03 | SC077723-25 | Email from Friedrich to Berzau et al. | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 105<br>Lack of Foundation | | |
| PTX-33 | Germany Ex. 33 | 05/20/03 | SC153656-63 | Finjan SurfinGate Web 7.0 Competitive Analysis | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 105<br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-34 | Germany Ex. 34 | 09/16/03 | SC077703-05 | Product Meeting Minutes | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-35 | Germany Ex. 35 | 04/19/04 | SC030765-66 | Email from Cuny to Shuman et al. | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-36 | Germany Ex. 36 | 06/18/04 | SC166304-18 | Email from Joepen to Stecher et al. | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-37 | Germany Ex. 37 | 07/01/04 | SC075235-36 | Email from Berzau to Friedrich et al. | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-38 | Germany Ex. 38 | | SC155173-81 | Proactive Security Patent Lists | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 106 Lack of Foundation | | |
| PTX-39 | Germany Ex. 39 | | SC077768-69 | Martin Stecher email notes | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-40 | Germany Ex. 40 | 03/03/05 | SC153611-12 | Weekly Status Report / Feb. 28 – Mar. 3, 2005 (Roland Cuny) | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-41 | Germany Ex. 41 | 04/07/06 | SC074938-39 | Email from Bugreport to Ismer | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-42 | Germany Ex. 42 | 2006 | SC067894-905 | Secure Computing Overcoming Addiction to Signatures | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-43 | Gateway Ex. 43 | 04/14/05 | SC146034-62 | Webwasher Quotation – UBS Group Antri Virus Gateway Project | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-44 | Germany Ex. 45 | 09/06/06 | SC 01335-40 | Email from Peterson to SCC-Global with attachments | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-45 | Germany Ex. 46 | 08/04/06 | SC 10247 | Email from Monk to Thompson | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-46 | Germany Ex. 47 | | SC020500 | Patente (Ablage Vorstand) | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 106<br>Lack of Foundation | | |
| PTX-47 | Germany Ex. 48 | 01/12/06 | SC074980-83 | Email from Lamar to Elbaz | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>Lack of Foundation<br>FRE 105 | | |
| PTX-48 | Germany Ex. 49 | 10/04/04 | SC028994-96 | Email from Lawson to Joepen | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>Lack of Foundation<br>FRE 105 | | |
| PTX-49 | Germany Ex. 50 | 11/26/04 | SC031938-39 | Meeting Protocol – Threat Prevention Team | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 105<br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-50 | Germany Ex. 51 | 10/20/06 | SC114086-87 | Secure Computing Corporation Q4 2006 Objectives & Key Results | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-51 | Germany Ex. 52 | 06/22/07 | SC145492-96 | Webwasher - Finjan Vital Security for Web | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-52 | Germany Ex. 53 | 08/04/06 | SC029007-08 | Email from Borgolte to prodmeeting | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-53 | Lally Ex. 2 | 11/07/06 | SC170299-316 | Reseller Agreement between ImmixTechnology and Secure Computing Corporation | HC-AEO | No objection. | | |
| PTX-54 | Lally Ex. 3 | 10/24/02 | SC170200-12 | Cisco AVVID Partner Program Agreement between Cisco Systems, Inc. and webwasher.com, AG | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-55 | Lally Ex. 4 | 08/19/05 | SC115251-63 | Webwasher 5.2 Pricing Model and Explanations - August 2004 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-56 | Lally Ex. 5 | 01/19/07 | SC170317-53 | Solicitation / Contract / Order for Commercial Items | HC-AEO | No objection. | | |
| PTX-57 | Lally Ex. 6 | 11/16/00 | SC170123-30 | Co-Marketing and Sales Agreement between Network Appliance, Inc. and webwasher.com, AG | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-58 | Germany Ex. 44 Lally Ex. 7 | 03/30/05 | SC080499-523 | Web Filtering OEM Agreement between Secure Computing Corporation and Blue Coast Systems, Inc. | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-59 | Lally Ex. 8 | 03/30/05 | SC170394-96 | Amendment One to Web Filtering OEM Agreement between Secure Computing Corporation and Blue Coast Systems, Inc. | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-60 | Putman Ex. 1 | 09/08/06 | SC187456-674 | Various emails and financial information | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 FRE 106  Lack of Foundation | | |
| PTX-62 | Putman Ex. 3 | | SC072295-327 | Secure Computing presentation | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105  Lack of Foundation | | |
| PTX-96 | | | FIN011883 | Cyberguard and Secure Computing revenue ratio estimates | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105  FRE 106 | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-112 | | 08/2003 | SC 01305 | Webwasher AG Statement Of Income | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation FRE 106 | | |
| PTX-113 | | 2005 | SC 01387-418 | Webwasher Proactive Scanning – Step-By-Step Guide | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-114 | | 12/17/04 | SC 02164-95 | Cyberguard "Introduction to Prospective Board Member" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-115 | | 09/12/06 | SC 02247-58 | Webwasher 6.0 and New Appliance Launch Positioning Document | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-116 | | | SC 02370-71 | Webwasher brochure entitled "Webwasher Hot Sheet" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-117 | | 2005 | SC 02553-58 | Webwasher Quarterly Growth Year Over Year | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 FRE 106 Lack of Foundation | | |
| PTX-118 | | 12/06/06 | SC 02676-770 | Webwasher Sales Manual | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-119 | | | SC 02962-64 | Webwasher sales report | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-120 | | 11/24/03 | SC 05090-96 | Webwasher document entitled "Why Companies Choose WebWasher EE Over Finjan" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-121 | | 11/2006 | SC011844-68 | Secure Computing white paper entitled "Webwasher Proactive Scanning – Step-By-Step Guide" | Confidential | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-122 | | 05/06/05 | SC031809-50 | Cyberguard Corporation Form 10-Q | | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-123 | | | SC031851-87 | Webwasher project comparison | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-124 | | 03/31/06 | SC070311-21 | Secure Computing SSL Scanner Market Analysis and Business Care | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-125 | | 02/03/06 | SC075628-30 | Secure Computing SCC Sales Communique | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-126 | | 04/29/04 | SC155808-23 | RBC Capital Markets Cyberguard Corporation Initiating Coverage report | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-127 | | 04/25/04 | SC170556-609 | Stock Purchase & Sale Agreement between Cyberguard Corporation, Webwasher AG and The Shareholders Named Herein – Acquisition of the Capital Stock of Webwasher AG | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-129 | | 06/07/06 | SC170950-1006 | Craig-Hallum Capital Group "Valuation of the Intangible Assets of Cyberguard Corporation as of January 11, 2006" | HC-AEO | No objection. | | |
| PTX-130 | | 02/25/05 | SC171075-99 | Cyberguard Official Cyberguard International Price List | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-131 | | 2005 | SC171337-38 | Cyberguard 2005 TSP Release Schedule | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-132 | | | SC185786-804 | Webwasher CSM Sales report | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-134 | | | SC187601 | Operating Plan – 2006 Macro Plan | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 FRE 106 Lack of Foundation | | |
| PTX-135 | | 2006 | SC187604 | Secure Computing - Cyberguard Intangible Valuation – Cyberguard Revenue Projections | HC-AEO | FRE 106 | | |
| PTX-136 | | | SC187606-07 | Webwasher Revenue Chart | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-137 | | 11/03/06 | SC187258-63 | Webwasher Appliance SKU Change Requests for Q1 Price List Web Gateway Product Marketing | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-138 | | 06/30/06 | SC187707-09 | Webwasher AG Profit & Loss and Balance Sheet | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation FRE 106 | | |
| PTX-139 | | 05/28/04 | SC188640-54 | Annual Financial Statements as of December 31, 2003 and 2002 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-140 | | 2007 | SC189203 | Webwasher Billings By Product Report Category | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation FRE 106 FRE 403 (marginalia) Lack of Foundation (marginalia) | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-141 | | 2005 | SC189205-06 | Cyberguard Budget vs. Actual for the Year Ended June 30, 2005 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 106 FRE 105 | | |
| PTX-142 | | 01/23/07 | SC189209 | Secure Computing Corporation - Gross Margin Report – Product: Webwasher – For the Month Ending December 31, 2006 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 106 FRE 105 | | |
| PTX-143 | | 2005 | SC189210-12 | Cyberguard Quarterly Results by Product Line (FY 2005) | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-144 | | 2006 | SC189213 | Secure Computing Corporation – Gross Margin Report – Product: Webwasher – For the Month Ending December 31, 2006 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-145 | | 09/10/07 | SC189214-18 | Cyberguard Corporation Consolidated Budget – Consolidated Summary | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-146 | | 10/03/07 | SC189225-26 | Cyberguard Corporation - Consolidated Financial Statements – December 31, 2005 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-147 | | | | Goldscheider, Jarosz and Mulhern, "Use of the 25 Percent Rule in Valuing IP, les Nouvelles (December 2002) | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-148 | | | SC224648-90 | Secure Computing UTM/Firewalls – Q2 Portfolio Analysis | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-149 | | | SC210735-43 | Product bookings report | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-150 | | | SC211771-92 | Product comparison | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-151 | | 07/31/03 | SC139900-13 | Malicious Code Scanning – Requirements Criteria | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-152 | | 2004 | SC 07795-925 | Webwasher User's Guide – Webwasher Anti Virus 5.1 | Confidential | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |

# EXHIBIT C, PART 2

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-153 | | 2006 | SC141340-556 | Webwasher User's Guide – Webwasher Anti-Malware Version 6.0 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-154 | | 02/22/05 | SC160685-713 | Cyberguard white paper entitled "Cyberguard Webwasher CSM Suite: Proactive Security" | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-155 | | 03/02/98 | FIN011068-100 | Patent Application Serial No. 60/030,639 | HC-AEO | No objection if certified version agreed to by the parties. | | |
| PTX-156 | | | FIN013022-28 | Provisional Application for U.S. Patent for Computer Network Malicious Code Run-Time Monitoring | | No objection if certified version agreed to by the parties. | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-157 | | 06/04/07 | FIN014888-901 | Gartner Research paper – "Magic Quadrant for Secure We Gateway, 2007" | Confidential | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation FRE 106 | | |
| PTX-158 | | 10/29/07 | FIN020236-53 | Conference Call Transcript from SCUR – Q3 2007 Secure Computing Corporation Earnings Conference Call | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-166 | | 10/12/04 | | Patent File History for U.S. Patent No. 6,804,780 | | No objection if certified version agreed to by the parties. | | |
| PTX-167 | | 06/06/06 | | Patent File History for U.S. Patent No. 7,058,822 | | No objection if certified version agreed to by the parties. | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-168 | | 07/18/00 | | Patent File History for U.S. Patent No. 6,092,194 | | No objection if certified version agreed to by the parties. | | |
| PTX-169 | | 03/12/02 | | Patent File History for U.S. Patent No. 6,357,010 | | No objection if certified version agreed to by the parties. | | |
| PTX-170 | | 02/27/07 | | Patent File History for U.S. Patent No. 7,185,361 | | No objection if certified version agreed to by the parties. | | |
| PTX-171 | | 10/2004 | FIN000298-326 | Cyberguard White Paper entitled "Webwasher CSM Suite: Proactive Security" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-172 | | 2004 | FIN000245-62 | Webwasher White Paper entitled "Webwasher CSM Suite: Adware Prevention" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-173 | | 2004 | FIN000817-47 | NetApp Cyberguard White Paper entitled "Proactive Security" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-174 | | 07/1996 | FIN021559-642 | National Institute of Standards and Technology Small Business Innovation Research – A Marketing Survey of Civil Federal Government Organizations to Determine the Need for a Role-Based Access Control (RBAC) Security Product | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-175 | | 05/01/95 | FIN021643-46 | Dr. Dobb's article entitled "Role-Based Network Security" | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-176 | | 07/07/94 | FIN021647-64 | Article entitled "SESAME: The Solution to Security for Open Distributed Systems" | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901<br><br>Lack of Foundation | | |
| PTX-177 | | 02/02/99 | FIN021665-66 | IBM article entitled "Internet Security Systems and Schumann AG Sign OEM Agreement to Integrate Enterprise Security Solutions" | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901<br><br>Lack of Foundation | | |
| PTX-178 | | 12/1995 | FIN021667-71 | NIST/ITL Bulletin entitled "An Introduction to Role-Based Access Control" | | FRE 402 FRE 403 FRE 802 FRE 901<br><br>Lack of Foundation | | |
| PTX-179 | | 1997 | FIN021672-79 | RBAC article entitled "Role Based Access Control with the Security Administration Manager (SAM)" | | FRE 402 FRE 403 FRE 802 FRE 901<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-180 | | 06/28/98 | FIN021680-85 | IEEE article entitled "Authorization and Attribute Certificates for Widely Distributed Access Control" | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901  Lack of Foundation | | |
| PTX-181 | | 03/1998 | FIN021686-703 | Article entitled "RFC 2307 – An Approach for Using LDAP as a Network Information Service" | | FRE 402 FRE 403 FRE 802 FRE 901  Lack of Foundation | | |
| PTX-182 | | 12/1997 | FIN021704-37 | Article entitled "Lightweight Directory Access Protocol (v3)" | | FRE 402 FRE 403 FRE 802 FRE 901  Lack of Foundation | | |
| PTX-183 | | 06/21/99 | FIN021738-47 | Article entitled "Authentication methods for LDAP" | | FRE 402 FRE 403 FRE 802 FRE 901  Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-184 | | 01/30/01 | FIN021764-845 | U.S. Patent No. 6,182,142 | | No objection if certified version agreed to by the parties. | | |
| PTX-185 | | 11/27/01 | FIN021748-63 | U.S. Patent No. 6,324,648 | | No objection if certified version agreed to by the parties. | | |
| PTX-186 | | 10/10/00 | FIN021846-65 | U.S. Patent No. 6,131,120 | | No objection if certified version agreed to by the parties. | | |
| PTX-187 | | 03/28/00 | FIN021866-83 | U.S. Patent No. 6,044,466 | | No objection if certified version agreed to by the parties. | | |
| PTX-188 | | 09/1998 | FIN012499-964 | Finjan's Check Point FireWall-1 Architecture and Administration Version 4.0 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-189 | | 10/1998 | FIN020016-103 | Finjan's Check Point Account Management Client Version 1.1 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 <br><br> Lack of Foundation | | |
| PTX-190 | | 07/1999 | FIN020104-235 | Finjan's Check Point VPN-1/FireWall-1 Reference Guide Version 4.1 | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 <br><br> Lack of Foundation | | |
| PTX-191 | | | FIN024362-63 | Overview of Windows 2000 Active Directory from O'Reilly Ssafari Books Online | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 106 <br><br> Lack of Foundation | | |
| PTX-192 | | | FIN024364-73 | Windows 2000 Active Directory: Chapter 10. Active Directory Security: Permissions and Auditing | | FRE 106 FRE 402 FRE 403 FRE 802 FRE 901 <br><br> Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-193 | | | FIN024374-81 | Windows 2000 Active Directory: 10.3. Designing Permission Schemes | | FRE 106 FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-194 | | | FIN024382-85 | Windows 2000 Active Directory: 10.5 Real-World Examples | | FRE 106 FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-195 | | | FIN024386-99 | Windows 2000 Active Directory: 2.2 A more Detailed View of How it All Works | | FRE 106 FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-199 | | 09/2002 | FIN015621-736 | Check Point User Management Guide NG FP3 | Confidential | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-200 | | | FIN015830-32 | LDAP Authentication | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-201 | | 03/22/99 | FIN015833-34 | Check Point press release entitled "Check Point Software Enables Firewall-1 and VPN-1 for Novell's NDS" | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-202 | | 05/04/98 | FIN015835-37 | Check Point press release entitled "Check Point Firewall-1 Version 4.0 Establishes New Benchmark for Easy Deployment of Virtual Private Networks" | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-203 | | 2007 | FIN015838-41 | Samba "Opening Windows to a Wider World" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-204 | | 09/24/96 | FIN019179-97 | U.S. Patent No. 5,560,008 | | No objection if certified version agreed to by the parties. | | |
| PTX-205 | | 05/05/98 | FIN019166-78 | U.S. Patent No. 5,748,890 | | No objection if certified version agreed to by the parties. | | |
| PTX-206 | | 02/20/01 | FIN019148-65 | U.S. Patent No. 6,192,405 | | No objection if certified version agreed to by the parties. | | |
| PTX-207 | | 09/17/02 | FIN019085-147 | U.S. Patent No. 6,453,353 | | No objection if certified version agreed to by the parties. | | |
| PTX-208 | | 2005 | FIN012965-91 | Finjan's Documents 1Box User Guide | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-209 | | 05/1996 | FIN015773-829 | Article entitled "Hypertext Transfer Protocol – HTTP/1.0" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-210 | | | FIN015757-72 | Apache article entitled "Authentication, Authorization, and Access Control" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-211 | | 1995 | FIN015743-56 | Article entitled "A Capability Based Authorization Model for the World-Wide Web" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-212 | | 10/18/96 | FIN015737-42 | Apache article entitled "Using User Authentication" | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-213 | | | FIN012996 | Sales Report for Finjan Document 1Box | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br><br>Lack of Foundation | | |
| PTX-215 | | 2005 | FIN008703-828 | Finjan's Vital Security Series NG-1000/NG-5000/NG-8000 User Guide | Confidential | No objection. | | |
| PTX-216 | | 09/11/07 | SC-CD 001 | SC-CD 001 containing Excel and TXT documents (Physical Exhibit – CD) | HC-AEO | No objection | | |
| PTX-217 | | 2002 | | "Computer Security: Art and Science" by Matthew Bishop | | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br><br>Lack of Foundation | | |
| PTX-218 | | 2002 | | "Computer Networks" by Andrew Tanenbaum | | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-219 | | | | Webwasher appliance (Physical Exhibit) | | FRE 403 Inadequately idenfied Exhibit | | |
| PTX-220 | | | | Finjan's source code (Physical Exhibit) | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901<br><br>Lack of Foundation<br><br>Violates protective order | | |
| PTX-221 | | | | Webwasher's source code (Physical Exhibit) | HC-AEO | FRE 402 FRE 403 FRE 802 FRE 901<br><br>Lack of Foundation<br><br>Violates protective order | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-222 | | 06/01/04 | SC075246-48 | Product Meeting Minutes | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 105<br><br>Lack of Foundation | | |
| PTX-223 | | | SC075259-60 | Email from Roland Cuny | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br><br>Lack of Foundation | | |
| PTX-224 | | | SC076515-16 | German document | HC-AEO | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 105<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-225 | | 11/25/05 | SC145497-98 | Email from Christoph Alme to Yann Le Borgne | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 105<br><br>Lack of Foundation | | |
| PTX-226 | | | SC146695-715 | Feature Requests 5.0 chart | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 105<br><br>Lack of Foundation | | |
| PTX-227 | | | SC146889-8039 | Feature List 4.3 chart | HC-AEO | FRE 106<br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 105<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-228 | | | SC153640-43 | Comparison of Finjan SurfinGate and Webwasher | HC-AEO | FRE 106<br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 105<br><br>Lack of Foundation | | |
| PTX-229 | | | SC160532-33 | Email | HC-AEO | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 106<br><br>Lack of Foundation | | |
| PTX-230 | | 06/25/04 | SC166330-35 | Email to Martin Stecher, Gary Taggart, Thomas Friedrich, Christian Matzen, Jobst Heinemann and Peter Borgolte | HC-AEO | FRE 106<br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-231 | | 06/22/04 | SC157322-23 | Product Planning Meeting Minutes | | FRE 105 FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 Lack of Foundation | | |
| PTX-232 | | | FIN001779-1807 | White Paper – Webwasher CSM Suite: Proactive Security (2004) | | FRE 105 FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-233 | | | FIN001815-42 | White Paper – Webwasher CSM Suite: Proactive Security (2004) | | FRE 105 FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-234 | | | FIN009038-68 | White Paper – Proactive Security (2004) | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-235 | | | SC10024-51 | White Paper – Webwasher CSM Suite: Proactive Security (2004) | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-236 | | | SC164607-634 | White Paper – Webwasher CSM Suite: Proactive Security (2004) | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 105 | | |
| PTX-237 | | | SC155173-181C | Proactive Security Patent Lists | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 106 - incomplete Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-239 | | 08/23/06 | SC012124 | German email from Google Alerts to Christian Ismer | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 106 - incomplete<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-240 | | 07/26/06 | SC074945 | German email from Micha Pekrul to Christian Ismer | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 106<br><br>Lack of Foundation | | |
| PTX-241 | | 11/22/06 | SC075065 | German email from Micha Pekrul to tpt | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>FRE 106<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-242 | | 03/02/04 | SC075220 | German email from Thomas Friedrich to Regine Peine | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 106<br><br>Lack of Foundation | | |
| PTX-243 | | 10/11/05 | SC075227-228 | German email from Horst Joepen to Tim Lange, Martin Stecher, and Oliver Brakow | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 106<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-244 | | 10/11/05 | SC075229-31 | German email from Martin Stecher to Horst Joepen | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 106<br><br>Lack of Foundation | | |
| PTX-245 | | 10/13/05 | SC075232-34 | German email from Horst Joepen to Martin Stecher | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 805<br>FRE 901<br>FRE 106<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-246 | | 10/27/04 | SC0145410-13 | German email from Christoph Alme to Martin Stecher | | All objections reserved pending translation of foreign language. FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 106 Lack of Foundation | | |
| PTX-247 | | 02/23/06 | SC145499-503 | German email from Oliver Brakow to Peter Borgolte | | All objections reserved pending translation of foreign language. FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 106 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-248 | | 01/21/04 | SC163460 | German email from Heiko Gisselmann to Christopher Hearn | | All objections reserved pending translation of foreign language.<br><br>FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br><br>Lack of Foundation | | |
| PTX-249 | Gallagher Ex. 7 | | SC01082-1109 | Secure Computing Organizational Charts | | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br><br>Lack of Foundation | | |
| PTX-250 | Gallagher Ex. 8 | | SC01080 | Secure Computing Family Tree | | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br><br>Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-251 | Gallagher Ex. 9 | | SC01081 | Secure Computing Subsidiaries Chart | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation | | |
| PTX-252 | Gallagher Ex. 10 | | SC072052-62 | Webwasher CSM 5.3.0.1 Product Requirements Document | | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-253 | Gallagher Ex. 11 | | SC133763-78 | Webwasher CSM 6.0.0 Product Requirements Document | | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-254 | Gallagher Ex. 13 | | SC011732-33 | Webwasher Sales Cheat Sheet | | FRE 402 FRE 403 FRE 802 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-255 | Gallagher Ex. 18 | 06/16/07 | SC072456-544 | Webwasher Sales Manual (Oliver Braekow) | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-256 | Gallagher Ex. 19 | 06/16/07 | SC033700-91 | Webwasher Sales Manual 6.0 (Oliver Braekow) | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |
| PTX-257 | Gallagher Ex. 20 | | SC017900-11 | Finjan Features/Argument document | | FRE 402 FRE 403 FRE 802 FRE 805 FRE 901 FRE 105 Lack of Foundation | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-258 | | 11/21/07 | | Exhibit 1 to the Expert Damages Report of Russell Parr, CFA | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 1006 | | |
| PTX-259 | | 11/21/07 | | Exhibit 2 to the Expert Damages Report of Russell Parr, CFA | | FRE 402 FRE 403 FRE 802 FRE 901 Lack of Foundation FRE 1006 | | |

| Exhibit No. | Deposition Exhibit No. | Date | Bates Nos. | Description | Limitations On Use | Objections[1] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| PTX-260 | | 11/21/07 | | | Exhibit 3 to the Expert Damages Report of Russell Parr, CFA | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901<br>Lack of Foundation<br>FRE 1006<br>FRE 704 | | |

## FINJAN'S RESERVATIONS REGARDING CERTAIN CATEGORIES OF EXHIBITS

Finjan may use exhibits not included on its Proposed Trial Exhibits List for purposes of impeachment.

Finjan may use exhibits that Finjan can not presently anticipate or the need for which otherwise becomes evident in response to developments at trial and are otherwise not included in Finjan's Proposed Trial Exhibit List.

Finjan may use any admissible exhibit identified by Secure Computing.

Finjan may use any admissible exhibit in connection with any deposition testimony that is introduced into evidence.

Finjan may use exhibits not included on its Proposed Trial Exhibits List that Finjan identifies in response to Secure Computing's proposed exhibit list.

Finjan may use Demonstrative Exhibits that will be exchanged with Secure Computing as provided by agreements and/or order of the court.

## SECURE COMPUTING'S GENERAL OBJECTIONS, RESERVATIONS, AND NOTES

Secure Computing objects to all alleged prior art references that are not relied on for alleged anticipation or obviousness in Finjan's expert reports under FRE 402 and 403 on grounds of undue delay, waste of time, and needless presentation of cumulative evidence; Secure Computing reserves the right, however, to offer such references in rebuttal to show that Finjan's primary alleged prior art references are cumulative of art disclosed and considered by the United States Patent and Trademark Office, or to use such references for purposes of impeachment.

Secure Computing reserves its right to assert additional objections on the grounds of Federal Rule of Evidence 602 because Secure Computing is without any information at this time as to how the Finjan will seek to introduce documents on Finjan's Exhibit List.

Secure Computing objects to the admissibility of any and all underlying facts, data, or documents that are inadmissible and should not be disclosed to the jury by the proponent of the opinion or inference under FRE 703 and 705. Secure Computing, however, reserves the right to seek the disclosure of certain facts, data, or documents relied upon by Finjan's experts as permitted by FRE 705.

Secure Computing objects to the admissibility of document excerpts or the admissibility of pages from documents that have been improperly redacted. Secure Computing reserves the right to offer additional evidence pursuant to FRE 106.

Secure Computing objects to all documents that are inadmissible hearsay if offered by Finjan, but which may be admissible if offered by Secure Computing. Secure Computing reserves the right to offer into evidence trial exhibits that are hearsay if offered by Finjan but that are admissible if offered by Secure Computing.

Secure Computing objects to the admissibility of alleged prior art that has been modified in any way. To the extent exhibits are offered as demonstratives, Secure Computing reserves all objections for such exhibits at the time objections to demonstrative exhibits are exchanged or submitted.

Secure Computing reserves its right to assert additional objections on the grounds of relevance, hearsay, and cumulativeness because Secure Computing is without any information at this time as to the purpose for which Finjan will seek to introduce documents on Finjan's Exhibit List.

Secure Computing makes no concessions as to whether any demonstrative exhibits are appropriate for listing on the exhibit list and takes the general position that demonstratives should not go back to the jury room. Secure Computing submits that the parties should meet and confer on this issue.

Secure Computing objects to the offering of documents that are excerpts of complete exhibits.

Secure Computing objects to offering a collection of separate documents as one exhibit, when some or all of the separate documents are inadmissible under FRE 105, 106, 403, 403, 802, 803, or 901.

Secure Computing reserves the right to use any document identified on Finjan's Exhibit List.

Secure Computing maintains its objections under 901 until Finjan presents proper testimony to authenticate the exhibits.

Secure Computing objects to untranslated foreign language exhibits to the extent Finjan has not provided Secure Computing its translation of the same. Further, Secure Computing reserves all objections to untranslated foreign language exhibits.

Subject to and without waiving these general objections and reservations, Secure Computing submits the following objections. Secure Computing reserves the right to amend and/or supplement these objections.

## SECURE COMPUTING'S PROPOSED TRIAL EXHIBIT LIST AND FINJAN'S OBJECTIONS

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1005 | 01/30/07 | | | | U.S. Patent No. 7,171,681 | 402, 403 | | |
| DTX-1006 | | | | | U.S. Patent File History for 6,092,194 | F, 802 | | |
| DTX-1007 | | | | | U.S. Patent File History for 6,804,780 | F, 802 | | |
| DTX-1008 | | | | | U.S. Patent File History for 7,058,822 | F, 802 | | |
| DTX-1009 | | | | | U.S. Patent File History for 6,357,010 | 802 | | |
| DTX-1010 | | | | | U.S. Patent File History for 7,185,361 | 802 | | |
| DTX-1011 | | | | | U.S. Patent File History for 7,171,681 | 402, 403, 802 | | |
| DTX-1012 | 12/26/00 | | JA2000 | JA2012 | U.S. Patent No. 6,167,520 | 402, 403 | | |
| DTX-1013 | | | | | U.S. Patent File History for 6,167,520 | 402, 403, F, 802 | | |
| DTX-1014 | 11/12/02 | | FIN024422 | FIN024436 | U.S. Patent No. 6,480,962 | 402, 403 | | |
| DTX-1015 | | | | | U.S. Patent File History for 6,480,962 | 402, 403, F, 802 | | |
| DTX-1016 | 05/22/98 | | FIN013110 | FIN013150 | PCT 97/01626 File History | 402, 403, F | | |
| DTX-1017 | 04/14/98 | | SC202300 | SC202325 | U.S. Patent No. 5,740,441 | 402, 403 | | |
| DTX-1018 | 12/09/97 | | SC201508 | SC201508 | U.S. Patent No. 5,696,822 | 402, 403 | | |

[3] Finjan sets forth its objections to Secure Computing's Proposed Trial Exhibit List by abbreviation.  The Reference Key for Finjan's Objections to Secure Computing's Proposed Trial Exhibits is attached hereto at Schedule C(2).

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1019 | 04/22/97 | | SC201471 | SC201491 | U.S. Patent No. 5,623,600 | 402, 403 | | |
| DTX-1020 | 05/09/95 | | SC188684 | SC188727 | U.S. Patent No. 5,414,833 | 402, 403 | | |
| DTX-1021 | 05/27/03 | | SC202564 | SC202575 | U.S. Patent No. 6,571,338 | 402, 403 | | |
| DTX-1022 | 09/14/99 | | SC189335 | SC189353 | U.S. Patent No. 5,951,698 | 402, 403 | | |
| DTX-1023 | 07/17/01 | | SC189596 | SC189603 | U.S. Patent No. 6,263,442 | 402, 403 | | |
| DTX-1024 | 09/24/06 | | FIN019179 | FIN019971 | U.S. Patent No. 5,560,008 | 402, 403 | | |
| DTX-1025 | 05/05/98 | | FIN019166 | FIN019178 | U.S. Patent No. 5,758,890 | 402, 403 | | |
| DTX-1026 | 02/20/01 | | FIN019148 | FIN019165 | U.S. Patent No. 6,192,405 | 402, 403 | | |
| DTX-1027 | 09/17/01 | | FIN019085 | FIN019147 | U.S. Patent No. 6,453,353 | 402, 403 | | |
| DTX-1028 | 11/27/01 | | FIN021748 | FIN021763 | U.S. Patent No. 6,324,648 | 402, 403 | | |
| DTX-1029 | 01/30/01 | | FIN021764 | FIN021845 | U.S. Patent No. 6,182,142 | 402, 403 | | |
| DTX-1030 | 10/10/00 | | FIN021846 | FIN021865 | U.S. Patent No. 6,131,120 | 402, 403 | | |
| DTX-1031 | 03/28/00 | | FIN021866 | FIN021883 | U.S. Patent No. 6,044,466 | 402, 403 | | |
| DTX-1032 | 11/09/99 | | SC202542 | SC202575 | U.S. Patent No. 5,983,348 | 402, 403 | | |
| DTX-1033 | 01/26/99 | | JA2365 | JA2401 | U.S. Patent No. 5,864,683 | 402, 403 | | |
| DTX-1034 | | | | | U.S. Provisional Patent Application No. 60/030,639 | F, 402, 403 | | |
| DTX-1035 | 05/17/00 | | | | U.S. Provisional Patent Application No. 60/205,591 | F, 402, 403 | | |
| DTX-1036 | 12/11/07 | | | | Markman Order | 403, 704 | | |
| DTX-1037 | 00/00/97 | | JA1228 | JA1232 | Zhang, X.N. Secure Code Distribution | F, 402, 403, 802 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1038 | 00/00/96 | | JA2038 | JA2072 | McDaniel, George, IBM Dictionary of Computing (10th ed) | F, 402, 403, 802 | | |
| DTX-1039 | 00/00/96 | | JA2073 | JA2076 | Downing, Douglas A. et al, Dictionary of Computer and Internet Terms (5th ed) | F, 402, 403, 802 | | |
| DTX-1040 | 06/17/95 | | JA2077 | JA2079 | Dictionary of Computer Words: An A to Z Guide to Today's Computers (Revised Edition) | F, 402, 403, 802 | | |
| DTX-1041 | 01/00/97 | | JA2159 | JA2162 | Chappell, David. Introducing Active X | F, 402, 403, 802 | | |
| DTX-1042 | 09/07/07 | | JA2163 | JA2164 | Search Result from USPTO Trademark Electronic Search System (TESS) | F, 402, 403, 802 | | |
| DTX-1043 | | | JA2165 | JA2190 | '361 Patent, Appellants' Brief on Appeal | F, 402, 403, 802 | | |
| DTX-1044 | 00/00/93 | | JA2348 | JA2350 | Webster's New World Dictionary of Computer Terms (5th ed) | F, 402, 403, 802 | | |
| DTX-1045 | 00/00/03 | | JA2351 | JA2353 | Garner, Bryan A. Modern American Usage, Oxford University Press | F, 402, 403, 802 | | |
| DTX-1046 | 00/00/07 | | JA2354 | JA2360 | Secure Computing - Company Fact Sheet | 802 | | |
| DTX-1047 | 09/28/07 | | JA2361 | JA2364 | Secure Computing - "Sidewinder-The Origin of Sidewinder G2 Security Appliance | 402, 403, 802 | | |

# EXHIBIT C, PART 3

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections³ | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1048 | 07/03/06 | | | | Committee Membership Information: Technical Privacy Dimensions of Information for Terrorism Prevention and Other National Goals | F, 402, 403, 802 | | |
| DTX-1049 | 09/28/07 | | JA2402 | JA2413 | Affidavit of Paul Judge | 402, 403, 802, F, 901 | | |
| DTX-1050 | | | | | Cisco 1997 Annual Report from Cisco's website | 402, 403, 802, 901, F, NP | | |
| DTX-1056 | 06/01/04 | | SC075246 | SC075248 | Email re Product Meeting Minutes | F, 402, 403 | | |
| DTX-1057 | | Alme/4 | SC003430 | SC003467 | Webwasher Proactive Scanning | | | |
| DTX-1058 | 07/05/04 | Alme/5 | SC001360 | SC001386 | Webwasher Mobile Code Filter | | | |
| DTX-1059 | 00/00/07 | Alme/6 | | | White Paper; Webwasher Proactive Scanning Step-by-Step Guide | | | |
| DTX-1060 | 00/00/05 | Alme/7 | SC066232 | SC066263 | Webwasher CSM Suite; Webwasher Proactive Scanner Step-by-Step Guide | | | |
| DTX-1061 | 00/00/05 | Alme/8 | SC071937 | SC071967 | Webwasher CSM Suite; Webwasher Proactive Scanner Step-by-Step Guide | | | |
| DTX-1062 | 07/19/06 | Alme/9 | SC032421 | SC032424 | Webwasher Proactive Scanning - Visible new features in version 6.0 | | | |
| DTX-1063 | | Alme/15 | | | Handwritten Drawing | | | |
| DTX-1064 | 05/28/04 | Alme/16 | SC166301 | SC166302 | Email re: proactive security | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1065 | 04/14/05 | Alme/17 | SCI66653 | SCI66659 | Email re: ww Proactive Scanning database | | | |
| DTX-1066 | 12/29/05 | Alme/18 | SCI45290 | SCI45306 | Email re: Ideen / Plane fur den nachsten Proactive Scanning Milestone | | | |
| DTX-1068 | 00/00/05 | Ben-Itzhak/1002 | FIN003541 | FIN003542 | Brochure; Documents 1-Box | F, 402, 403 | | |
| DTX-1069 | 00/00/05 | Ben-Itzhak/1003 | FIN008703 | FIN008828 | Vital Security Appliance Series NG 1000/NG-5000/NG-8000 - User Guide | F, 402, 403 | | |
| DTX-1070 | 00/00/06 | Ben-Itzhak/1004 | SCO11267 | SCO11453 | Management Console Reference Guide - Vital Security Web Appliances NG1100/NG-5100/NG-8100 | F, 402, 403 | | |
| DTX-1071 | 04/00/06 | Ben-Itzhak/1005 | FIN014850 | FIN014887 | Finjan / Webwasher Competitive Analysis | F, 402, 403 | | |
| DTX-1072 | 07/00/04 | Ben-Itzhak/1009 | SCO23181 | SCO23231 | Market Analysis - Worldwide Secure Content Management 2004-2008 Forecast Update and 2003 Vendor Shares: A Holistic View of Antivirus, Web Filtering, and Messaging Security | | | |
| DTX-1073 | 06/24/05 | Ben-Itzhak/1010 | FIN000878 | FIN000896 | Confidential Patent License Agreement between Finjan Software and Microsoft | F | | |
| DTX-1074 | 06/23/05 | | FIN000897 | FIN000903 | Resolution of Board of Finjan Software Ltd. For Grant of License | F | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1075 | 01/26/01 | Ben-Itzhak/1011 | FIN009694 | FIN009695 | Letter re: Finjan Software Technology | F, 402, 403, 802 | | |
| DTX-1076 | 06/06/06 | Ben-Itzhak/1012 | | | Finjan Press Release | 402, 403, 802, F | | |
| DTX-1077 | 01/01/06 | Ben-Itzhak/1013 | FIN003147 | FIN003148 | Email re: question | 802, 402, 403 | | |
| DTX-1078 | 02/20/06 | Ben-Itzhak/1014 | FIN009004 | | Email re: Microsoft agreement | 402, 403, F, 802 | | |
| DTX-1079 | 02/17/05 | Ben-Itzhak/1015 | | | US Patent Application Publication; US2005/0038881 A1- Method for the Automatic Setting and Updating of a Security Policy | 402, 403 | | |
| DTX-1080 | 06/14/07 | Ben-Itzhak/1016 | | | US Patent Application Publication; US2007/0136811 A1 - System and Method for Inspecting Dynamically Generated Executable Code | 402, 403 | | |
| DTX-1081 | 06/21/07 | Ben-Itzhak/1017 | | | US Patent Application Publication; US2007/0143270 A1 - System and Method for Appending Security Information to Search Engine Results | 402, 403 | | |
| DTX-1082 | 06/21/07 | Ben-Itzhak/1018 | | | US Patent Application Publication; US2007/0143271 A1 - System and Method for Appending Security Information to Search Engine Results | 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1083 | 08/02/07 | Ben-Itzhak/1019 | | | US Patent Application Publication; US2007/0033256 A1 - System and Method for the Prevention of Unsolicited Calls and Contacts | 402, 403 | | |
| DTX-1084 | 10/30/03 | Ben-Itzhak/1020 | | | US Patent Application Publication; US2003/0204719 A1 - Application Layer Security Method and System | 402, 403 | | |
| DTX-1085 | 01/30/03 | Ben-Itzhak/1021 | | | US Patent Application Publication; US2003/00 | 402, 403 | | |
| DTX-1086 | 04/03/97 | | FIN009693 | | Invoice No. 30002 | 402, 403 | | |
| DTX-1087 | 01/12/98 | Ben-Itzhak/2072 | FIN001550 | FIN001565 | Finjan Board Meeting Q4 1997 | F | | |
| DTX-1088 | 11/02/07 | Ben-Itzhak/2073 | | | Web Pages from Finjan.com; Finjan Competitive Intelligence | F, 402, 403, 802, 901 | | |
| DTX-1089 | 06/04/07 | Ben-Itzhak/2074 | | | Press Release from Web at Finjan.com from Gartner IT Security Summit in Washington, D.C. | F, 402, 403, 802, 901 | | |
| DTX-1090 | 03/00/07 | Ben-Itzhak/2075 | | | Executive Summary - Cisco-Finjan Enhanced Content Security Solutions | F, 402, 403, 802, 901 | | |
| DTX-1091 | 11/26/04 | Berzau/50 | SC031938 | SC031939 | Meeting Minutes; Meeting Protocol | | | |
| DTX-1092 | 10/20/06 | Berzau/51 | SC114086 | SC114087 | Outline; Q4 Objectives & Key Results | 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1093 | 06/22/07 | Berzau/52 | SC145492 | SC145496 | Finjan Vital Security for Web | | | |
| DTX-1094 | 08/04/06 | Borgolte/53 | SC029007 | SC029008 | Email re: minutes product meeting August 1, 2006 | | | |
| DTX-1095 | | Edery/2017 | FIN006546 | FIN006652 | The Finjan Surfin Console | F, 402, 403 | | |
| DTX-1096 | 08/29/02 | Edery/2018 | FIN007944 | FIN007959 | Script Scanning Engine | F, 402, 403 | | |
| DTX-1097 | 05/00/02 | Edery/2019 | FIN007854 | FIN007897 | Surfin Gate 7.0 White Paper | F, 402, 403 | | |
| DTX-1098 | 08/00/02 | Edery/2020 | FIN007898 | FIN007943 | Surfin Gate for E-Mail; White Paper | F, 402, 403 | | |
| DTX-1099 | 09/07/01 | Edery/2021 | | | Web pages from computerworld.com; re Finjan | F, 402, 403, 802 | | |
| DTX-1100 | 00/00/04 | Edery/2022 | FIN008356 | FIN008392 | Vital Security for Web - Technical White Paper | 402, 403, 901, F | | |
| DTX-1101 | 00/00/03 | Edery/2023 | | | SurfinGate for WebTM Service Pack 1 For Windows/Solaris | F, 402, 403 | | |
| DTX-1102 | 03/31/05 | Edery/2024 | | | Patent Application: Aggregating the Knowledge Base of Computer Systems to Proactively Protect a Computer from Malware | F, 402, 403 | | |
| DTX-1103 | 03/29/05 | Edery/2026 | | | Patent Application; Latency Free Scanning of Malware at a Network Transit Point | F, 402, 403 | | |
| DTX-1104 | | Elbaz/1022 | | | Finjan Web Page, "Management Team Biography of Limor Elbaz" | F, 402, 403 | | |
| DTX-1106 | 06/11/03 | Elbaz/1024 | | | Finjan Press Release | F, 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1107 | 01/00/07 | Elbaz/1025 | SC011456 | SC011469 | Technical Brief - Authentication / Identification and Transparent Mode; Vital Security Release Version 4.3 | F, 402, 403 | | |
| DTX-1108 | 03/10/05 | Elbaz/1026 | FIN009255 | FIN009257 | Email thread re: Finjan SDK | F, 402, 403 | | |
| DTX-1109 | 01/16/05 | Elbaz/1027 | FIN009224 | FIN009229 | Email thread re: Finjan SDK | F, 402, 403 | | |
| DTX-1110 | 04/18/05 | Elbaz/1028 | FIN009272 | FIN009275 | Email thread re: pricing | F, 402, 403 | | |
| DTX-1111 | 02/28/05 | Elbaz/1029 | FIN009340 | FIN009342 | Email thread re: Secure Computing proposition | F, 402, 403 | | |
| DTX-1112 | 07/25/05 | Elbaz/1030 | FIN009471 | FIN009472 | Email thread re: 5100 box | F, 402, 403 | | |
| DTX-1113 | 10/00/00 | Elbaz/1031 | | | Discretix Technologies White Paper; Strength Assessment of Encryption Algorithms | F, 402, 403 | | |
| DTX-1114 | 03/00/07 | Elbaz/1032 | | | Malicious Page Under Benchmark | F, 402, 403 | | |
| DTX-1115 | 03/28/07 | Elbaz/1033 | | | Finjan Press Release | F, 402, 403 | | |
| DTX-1116 | 11/06/03 | Frommer/ 2036 | | | Finjan Press Release | F, 402, 403 | | |
| DTX-1118 | 10/11/07 | Frommer/ 2038 | FIN018223 | FIN018262 | Chart - salesforce.com | F | | |
| DTX-1119 | 10/11/07 | Frommer/ 2039 | FIN018263 | FIN018266 | Chart - salesforce.com | F | | |
| DTX-1121 | 01/08/06 | Gallagher/7 | SC001082 | SC001109 | Organization Charts | | | |
| DTX-1122 | 01/07/06 | Gallagher/8 | SC001080 | SC001081 | Organizational Flowchart | | | |
| DTX-1123 | | Gallagher/9 | | | Company Subsidiary Flowchart | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1124 | | Gallagher/ 10 | SC072052 | SC072062 | Webwasher CSM 5.3.0.1 - Product Requirements Document | | | |
| DTX-1125 | 05/15/06 | Gallagher/ 11 | SC133763 | SC133778 | Webwasher CSM 6.0.0. - Product Requirements Document | | | |
| DTX-1127 | | Gallagher/ 13 | SC011732 | SC011733 | Webwasher Sales Cheat Sheet | | | |
| DTX-1128 | 08/00/04 | Gallagher/ 14 | SC072833 | SC072868 | Market Analysis: Worldwide Antivirus Software Forecast and Analysis, 2003-2007: Return of the Consumer | | | |
| DTX-1129 | 07/00/04 | Gallagher/ 15 | SC023181 | SC023231 | Market Analysis: Worldwide Secure Content Management 2004-2008; Forecast Update and 2003 Vendor Shares: A Holistic View of Antivirus, Web Filtering, and Messaging Security | Duplicate | | |
| DTX-1130 | 09/00/05 | Gallagher/ 16 | SC076359 | SC076440 | Market Analysis: Worldwide Secure Content Management 2005-2009 Forecast Update and 2004 Vendor Shares: Spyware, Spam, and Malicious Code Continue to Wreak Havoc | | | |
| DTX-1131 | | Gallagher/ 17 | SC011759 | SC011762 | Product Overview - Webwasher Products | | | |
| DTX-1132 | 06/16/07 | Gallagher/ 18 | SC072456 | SC072544 | Webwasher Sales Manual | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1133 | 06/16/07 | Gallagher/ 19 | SC033700 | SC033791 | Webwasher Sales Manual - Webwasher 6.0 | | | |
| DTX-1134 | | Gallagher/ 20 | SC017900 | SC017911 | Chart; Finjan Feature | 802 | | |
| DTX-1135 | 06/06/05 | Gallagher/ 21 | SC003318 | SC003333 | Webwasher URL Filter 5.2, Webwasher Anti Virus 5.2 vs. Finjan Vital Security for Web 8 | | | |
| DTX-1136 | 07/27/05 | Greve/3 | SC187686 | SC187706 | Analysis & Estimation - Virus Harvesting and Autorating | | | |
| DTX-1139 | 00/00/07 | Kaye/2030 | | | Installation and Setup Guide; Vital Security Appliance Series – NG-1000/NG-5000/NG-6000/NG-8000; Software Release 8.5.0 | 402, 403, F | | |
| DTX-1140 | 00/00/06 | Kaye/2031 | SC011260 | SC011266 | Brochure; Vital Security Appliance NG 1100; All-in-One Proactive Web Security Solution for SMBs | 402, 403, F | | |
| DTX-1141 | 00/00/06 | Kaye/2032 | SC011470 | SC011475 | Brochure; Vital Security Web Appliance | 402, 403, F | | |
| DTX-1142 | 00/00/05 | Kaye/2033 | FIN008011 | FIN008338 | User Manual; Vital Security for Web 7.0 Service Pack 4 | F, 402, 403 | | |
| DTX-1144 | 00/00/06 | Kaye/2035 | FIN017335 | FIN017453 | Security Policies In-Depth; Vital Security Web Appliances NG-1100/NG-5100/NG8100 | F, 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1145 | | Kroll/2 | FIN013022 | FIN013028 | Provisional Patent Application for United States Patent for Computer Network Malicious Code Run-Time Monitoring | F, 402, 403 | | |
| DTX-1146 | 10/01/98 | Kroll/3 | | | Finjan Press Release re: IBM | 402, 403 | | |
| DTX-1147 | 01/19/99 | Kroll/4 | | | Finjan Press Release re: IBM | 402, 403 | | |
| DTX-1148 | 05/18/99 | Kroll/5 | | | Finjan Press Release | 402, 403 | | |
| DTX-1149 | 07/31/00 | Kroll/6 | | | Finjan Press Release | 402, 403 | | |
| DTX-1150 | 07/20/99 | Kroll/7 | | | Finjan Press Release | 402, 403 | | |
| DTX-1151 | 05/06/02 | Kroll/8 | | | Finjan web page article | F, 402, 403, 802, 901 | | |
| DTX-1152 | 06/08/00 | Kroll/9 | | | Web pages; The LangaList newsletter | F, 402, 403, 802, 901 | | |
| DTX-1153 | 11/07/06 | Lally/2 | SC170299 | SC170316 | Reseller Agreement between inmixTechnology and Secure Computing Corporation | 402, 403 | | |
| DTX-1154 | 10/24/02 | Lally/3 | SC170200 | SC170212 | Cisco AVVID Partner Program Agreement | | | |
| DTX-1155 | 08/19/05 | Lally/4 | SC115251 | SC115263 | Webwasher 5.2 Pricing Guide | | | |
| DTX-1156 | 01/19/07 | Lally/5 | SC170317 | SC170353 | Invoice; Order for Commercial Items | 402, 403 | | |
| DTX-1157 | 11/16/00 | Lally/6 | SC170123 | SC170130 | Co-Marketing and Sales Agreement between Network Appliance and webwasher.com AG | | | |
| DTX-1158 | | Lally/7 | SC080499 | SC080523 | Blue Coat Web Filtering OEM Agreement | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1159 | 07/01/06 | Lally/8 | SC170394 | SC170396 | Amendment One to the Web Filtering OEM Agreement between Secure Computing and Blue Coat Systems | F, 402, 403 | | |
| DTX-1160 | 10/10/05 | | | | Email re: IPPP status | F, 402, 403 | | |
| DTX-1161 | 01/04/06 | Polani/2042 | FIN009069 | | Meeting notice: Updated - IPPP update prior Board meeting | F, 402, 403 | | |
| DTX-1162 | 01/10/06 | Polani/2043 | FIN014759 | | Email re: Agenda today | F, 402, 403 | | |
| DTX-1176 | 09/08/06 | Putnam/1 | SC187456 | SC187674 | Email with attachments | 402, 403, 802, 901, F | | |
| DTX-1178 | 09/28/07 | Putnam/3 | SC072295 | SC072327 | Web Gateway Security | | | |
| DTX-1188 | 10/03/07 | Sofer/1044 | | | Letter from Holdreith to Hannah | F, 402, 403, 802 | | |
| DTX-1196 | | Stecher/19 | SC077266 | SC077274 | Webwasher 5 Training Proactive Security | | | |
| DTX-1197 | 04/04/05 | Stecher/20 | SC002099 | SC002163 | Webwasher Product Roadmap | 802 | | |
| DTX-1198 | | Stecher/21 | SC066200 | SC066221 | Webwasher SCM 6.0 - Anti-Malware - New Features as of Release 6.0 | | | |
| DTX-1199 | | Stecher/22 | SC003501 | SC003628 | Webwasher Overview Materials | | | |
| DTX-1203 | 08/09/04 | Stecher/26 | SC145463 | SC145490 | White Paper - Webwasher CSM Suite: Proactive Security | | | |
| DTX-1204 | 02/28/05 | Stecher/27 | SC022423 | SC022436 | Webwasher Anti-Spam and Anti-Virus 5; Finjan Vital Security for E-mail; Version 1.0 | | | |
| DTX-1207 | | Stecher/30 | SC072063 | SC072083 | Webwasher 6.0.0; Products Requirement Document | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections³ | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1208 | 09/16/02 | Stecher/31 | SC077630 | SC077631 | Email | 802 | | |
| DTX-1209 | 05/23/03 | Stecher/32 | SC077723 | SC077725 | Email re: Minutes: Product Meeting | | | |
| DTX-1210 | 05/20/03 | Stecher/33 | SC153656 | SC153663 | Finjan SurfinGate Web 7.0 Competitive Analyses | | | |
| DTX-1211 | 09/16/03 | Stecher/34 | SC077703 | SC077705 | Email; Product Meeting Minutes | | | |
| DTX-1212 | 04/19/04 | Stecher/35 | | | Email; meeting minutes - Product Planning September Release Workshop | | | |
| DTX-1213 | 06/18/04 | Stecher/36 | SC166304 | SC166318 | Email re:  Straw Man / Draft Press Release to Announce Proactive Security Feature | | | |
| DTX-1214 | 01/07/04 | Stecher/37 | SC075235 | SC075236 | Email re:  product meeting minutes | | | |
| DTX-1215 | 06/29/04 | Stecher/38 | SC155173 | SC155181 | Report on Proactive Security | | | |
| DTX-1216 | | Stecher/39 | SC077768 | SC077769 | Email re: Webwasher | | | |
| DTX-1217 | 03/03/05 | Stecher/40 | SC153611 | SC153612 | Weekly status report | | | |
| DTX-1218 | 04/07/06 | Stecher/41 | SC074938 | SC074939 | Email | | | |
| DTX-1219 | 00/00/06 | Stecher/42 | SC067894 | SC067905 | "Overcoming addiction to signatures" | | | |
| DTX-1220 | 04/14/06 | Stecher/43 | SC146034 | SC146062 | Quotation - UBS Group; Anti-Virus Gateway Project - version 1.3; revised release | | | |
| DTX-1222 | 06/09/06 | Stecher/45 | SC001335 | SC001340 | Email re: Finjan / SmartFilter OEM Agreement | | | |
| DTX-1223 | 04/08/06 | Stecher/46 | SC010247 | | Email re: Clarification | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1224 | | Stecher/47 | SC020500 | | List; Patents | | | |
| DTX-1225 | 01/12/06 | Stecher/48 | SC074980 | SC074983 | Email thread re: Finjan Web Security SDK | | | |
| DTX-1226 | 10/04/04 | Stecher/49 | SC028994 | SC028996 | Email re: Credit Suisse win | | | |
| DTX-1227 | 06/21/05 | Touboul/2003 | | | Patent Application re: Malicious Mobile Code Runtime Monitoring System and Methods - Request to Correct Inventorship | F, 402, 403 | | |
| DTX-1228 | 02/05/06 | Touboul/2004 | | | Letter re: Separation Agreement | F, 402, 403, | | |
| DTX-1229 | 00/00/96 | Touboul/2005 | FIN008967 | FIN008975 | Finjan Software Ltd. Employment Agreement with Shlomo Touboul | F, 402, 403 | | |
| DTX-1230 | | Touboul/2006 | FIN010489 | FIN010490 | Powerful PC Security for the New World of Java and Downloadables | 402, 403, F | | |
| DTX-1231 | 10/31/96 | Touboul/2007 | FIN010223 | FIN010225 | Finjan Company Profile | 402, 403, F | | |
| DTX-1232 | 02/11/97 | Touboul/2008 | FIN001088 | FIN001090 | Letter to Touboul | F, 402, 403 | | |
| DTX-1233 | | Touboul/2009 | | | Web page; Security Products - The Code Breakers; new hacker methods and motives push need for proactive security solutions | 402, 403, F | | |
| DTX-1234 | 00/00/05 | Touboul/2057 | FIN012965 | FIN012991 | User Guide - Documents 1 Box | F, 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1235 | | Touboul/ 2058 | FIN011347 | FIN011348 | Verified Statement (Declaration) Claiming Small Entity Status (37 CFR 1.9(f) and 1.37(c) - Small Business Concern | F, 402, 403 | | |
| DTX-1237 | 05/06/01 | Touboul/ 2060 | FIN019922 | | Letter re: Aladdin Knowledge Systems Ltd. and Finjan Software | F, 802, 402, 403 | | |
| DTX-1239 | 04/07/98 | Touboul/ 2062 | FIN014942 | FIN014983 | OEM Software License Agreement between Cisco Systems and Finjan Software | 402, 403, F | | |
| DTX-1240 | 01/14/99 | Touboul/ 2063 | FIN014988 | FIN015000 | Licensed Works Agreement - Statement of Work between IBM and Finjan Software | F, 402, 403 | | |
| DTX-1241 | | Touboul/ 2064 | | | Brochure; Yoggie - the Laptop Bodyguard | F, 402, 403 | | |
| DTX-1242 | 07/17/07 | Touboul/ 2065 | | | Notes; Technology: What is Yoggie L-8 security engine? | F, 402, 403 | | |
| DTX-1243 | | Touboul/ 2066 | | | Notes re: downloadable language | 402, 403, F; 901, 704, 701 | | |
| DTX-1244 | 00/00/96 | Touboul/ 2067 | FIN001097 | FIN001100 | Brochure: The Corporate Firewall for Downloadables | F, 402, 403 | | |
| DTX-1245 | 07/22/98 | Touboul/ 2068 | FIN001619 | FIN001622 | Executive Summary | F, 402, 403 | | |
| DTX-1246 | 12/30/03 | Touboul/ 2069 | FIN018946 | FIN018960 | Vital Security - Summary of Content Scanner Meeting | F, 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1247 | 03/14/06 | Touboul/ 2070 | | | Nonprovisional Application for United States Patent in the Name of Shlomo Touboul for System and Method for Providing Network Security to Mobile Devices | F, 402, 403 | | |
| DTX-1248 | 10/17/99 | Vered/2010 | FIN005386 | FIN005396 | Surfinguard 1.0 - Marketing Requirements Document | F, 402, 403 | | |
| DTX-1249 | | Vered/2011 | FIN005475 | FIN005566 | SurfinGuard information | F, 402, 403, 802 | | |
| DTX-1250 | 00/00/99 | Vered/2012 | FIN005439 | FIN005463 | SurfinGuard User Manual and Installation Guide | F, 402, 403 | | |
| DTX-1251 | 05/08/00 | Vered/2013 | FIN003431 | FIN003432 | Press Release - "Free Internet Security Utility 'SurfinGuard' Blocks Trojan Horses and Worms - ideal for DSL and Cable Modem Users" | F, 402, 403 | | |
| DTX-1252 | 05/01/98 | Vered/2014 | FIN003148 | FIN003172 | Technical Overview - Enterprise Security for Mobile Code | F, 402, 403 | | |
| DTX-1253 | 05/17/00 | Vered/2015 | | | Provisional Application for Patent Cover Sheet | F, 402, 403 | | |
| DTX-1254 | 09/08/99 | Vered/2016 | | | Finjan Press Release | F, 402, 403, 802, 901, | | |
| DTX-1256 | 00/00/04 | | SC007795 | SC007925 | Webwasher Anti-Virus 5.1 User's Guide | | | |
| DTX-1257 | 00/00/05 | | SC001387 | SC001418 | Webwasher Proactive Scanning - Step by-step Guide | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1258 | 07/31/03 | | SC139900 | SC139913 | Malicious Code Scanning - Requirements Criteria | | | |
| DTX-1260 | 00/00/06 | | SC141340 | SC141355 | User's Guide - Webwasher Anti-Malware version 6.0 | | | |
| DTX-1261 | 00/00/04 | | SC160685 | SC160713 | White Paper - CyberGuard Webwasher CSM Suite: Proactive Security | | | |
| DTX-1262 | 00/00/04 | | SC164607 | SC164634 | White Paper - Webwasher CSM Suite: Proactive Security | | | |
| DTX-1263 | 00/00/91 | | SC189227 | SC189233 | "Towards a Testbed for Malicious Code Detection," Kerchen, et al. | 802, F | | |
| DTX-1264 | 05/04/94 | | SC189272 | SC189298 | "MCF: A Malicious Code Filter," Lo, et al. | 802, F | | |
| DTX-1265 | 00/00/95 | | SC189299 | SC189316 | Anti-Virus Tools and Techniques for Computer Systems, Polk, et al. Chapter 4 | 802, F | | |
| DTX-1266 | 00/00/05 | | SC011256 | SC011257 | Documents 1Box | F | | |
| DTX-1267 | 00/00/03 | | SC011258 | SC011259 | Vital Security for Enterprise Documents | F | | |
| DTX-1268 | 09/00/93 | | SC200423 | SC200432 | "Combating Viruses Heuristically," Veldman | 802, F, 402, 403 | | |
| DTX-1269 | 09/16/96 | | | | "Personal Security Assistance for Secure Internet Commerce (position paper)," Rasmusson, et al. Available as dvi, ps, html, at http://www.sics.se/~ara/papers/NSP96.html | 802, F, 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1270 | 09/00/96 | | | | Firewall Toolkit "fwtk-2.0beta.tar.z" source code | F, 802, 402, 403, 901 | | |
| DTX-1271 | | | SC189633 | SC189635 | "Finjan : Vital Security for Documents," marketing material found at URL below, hereafter "Presence". http://www.presence-security.co.uk/index.cfm/page/products.details.cfm/id/196 | F, 901, 402, 403 | | |
| DTX-1272 | | | | | "Finjan Software Launches a New Product - Vital Security for SSL", press release dated July 19, 2004 at the URL below. Hereafter "PR". http://www.finjan.com/Pressrelease.aspx?PressLan=329&id=424&lan=3 | F, 402, 403 | | |
| DTX-1273 | | | SC189604 | SC189608 | http://www.finjan.com/content.aspx?id=190 | F, 402, 403 | | |
| DTX-1274 | | | | | Finjan Vital Security Appliance with software | Inadequately identified exhibit-NP, 403 | | |
| DTX-1275 | | | | | Webwasher Appliance with software | Inadequately identified exhibit-NP, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections³ | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1276 | | | | | | | | |
| DTX-1277 | 10/00/96 | | SC000749 | SC000763 | Microsoft Authenticode Technology: Ensuring Accountability and Authenticity for Software Components on the Internet | F, 402, 403, 802 | | |
| DTX-1278 | | | SC189609 | SC189632 | A Complete ActiveX Web Control Tutorial: http:www.codeproject.com/KB/COM/CompleteActiveX.aspx | F, 402, 403, 802, 403 | | |
| DTX-1281 | 06/07/06 | | SC170950 | SC171006 | Valuation of the Intangible Assets of Cyberguard as of Jan 11, 2007 | 402, 403 | | |
| DTX-1282 | 11/24/03 | | SC005090 | SC005096 | WebWasher, Why Companies Choose WebWasher EE Over Finjan | | | |
| DTX-1283 | 12/14/06 | | | | Plaintiff's Responses to Defendants' First Set of Interrogatories | 802, 402, 403 | | |
| DTX-1284 | 05/17/07 | | | | Plaintiff's Responses to Defendants' Second Set of Interrogatories | 802, 402, 403 | | |
| DTX-1285 | 06/29/07 | | | | Plaintiff's Responses to Defendants' Third Set of Interrogatories | 802, 402, 403 | | |
| | 07/20/07 | | | | Plaintiff's Responses to Defendants' Fourth Set of Interrogatories | 802, 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1286 | 09/14/07 | | | | Plaintiff's Responses to Defendants' Fifth Set of Interrogatories | 802, 402, 403 | | |
| DTX-1287 | 11/14/07 | | | | Finjan's Supplemental Responses to Defendants' First Set of Interrogatories | 802, 402, 403 | | |
| DTX-1288 | 11/14/07 | | | | Finjan's Supplemental Responses to Defendants' Second Set of Interrogatories | 802, 402, 403 | | |
| DTX-1289 | 11/14/07 | | | | Finjan's Supplemental Responses to Defendants' Third Set of Interrogatories | 802, 402, 403 | | |
| DTX-1290 | 08/03/07 | | | | Plaintiff's Supplemental Responses to Defendants' Fourth Set of Interrogatories | 802, 402, 403 | | |
| DTX-1291 | 11/14/07 | | | | Finjan's Supplemental Responses to Defendants' Fifth Set of Interrogatories | 802, 402, 403 | | |
| DTX-1292 | 02/10/03 | | FIN000938 | FIN000946 | Invoice #5512 | F, 402, 403 | | |
| DTX-1294 | | | SC-CD001 | | CD ROM containing SWMS search results from Inspection September 11, 2007 | 402, 403, 901, 1006 | | |
| DTX-1295 | 11/09/07 | | | | Letter from Seidl to Hannah | 402, 403, F, 802, 901, | | |
| DTX-1296 | | | | | www.securecomputing.com website excerpts | Inadequately identified Exhibit-402, 403, 802, 901, NP, F | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1297 | | | | | www.finjan.com website excerpts | Inadequately identified exhibit-402, 403, 802, 901, NP, F | | |
| DTX-1305 | 03/05/07 | | FIN024421 | FIN024449 | Letter from Andre to Cooley firm re U.S. Patents '520 and '962 | F, 402, 403, 802 | | |
| DTX-1306 | 03/26/07 | | FIN024420 | | Letter from Cooley firm to Andre re U.S. Patents '520 and '962 | F, 402, 403, 802 | | |
| DTX-1307 | 12/05/07 | | | | Email from Hannah to Seidl | Inadequate identification-402, 403, F, 802, 901 | | |
| DTX-1308 | 11/14/07 | | | | Letter from Hannah to Seidl | Inadequate identification-402, 403, F, 802, 901 | | |
| DTX-1309 | 12/01/05 | | FIN024551 | FIN024563 | Letter from Ernst & Young | F, 802, 402, 403 | | |
| DTX-1310 | | | SCI89649 | | US Federal Gov't Webwasher Sales 1/1/2006 - 9/30/2007 | 402, 403 | | |
| DTX-1312 | 05/28/04 | | SCI88640 | SCI88654 | Webwasher AG Financial Statements as of December 31 2002 and 2003 | | | |
| DTX-1313 | | | FIN003574 | FIN003575 | Brochure: Vital Security Appliance NG - 5300 | F, 402, 403 | | |
| DTX-1314 | | | SCO031851 | SCO031887 | Webwasher spreadsheet | | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1315 | 03/31/06 | | SCO070311 | SCO070321 | SSL Scanner Market Analysis and Business Case | | | |
| DTX-1318 | | | SCI89203 | | Webwasher Billings by Product Report Category | | | |
| DTX-1319 | 06/30/05 | | SCI89204 | SCI89208 | Cyberguard Budget v Actual | | | |
| DTX-1320 | | | SCI89210 | SCI89212 | Cyberguard Quarterly Results for FY 2005 | | | |
| DTX-1321 | 12/31/06 | | SCI89213 | | Secure Gross Margin Report | | | |
| DTX-1322 | 09/10/07 | | SCI89214 | SCI89218 | FY 2006 CGFW Consolidated Budget | | | |
| DTX-1323 | 05/10/06 | | SCI70346 | SCI70353 | Solicitation/Contract/Order for Commercial Items No. 628 | 402, 403 | | |
| DTX-1324 | 01/19/07 | | SCI70324 | SCI70330 | Solicitation/Contract/Order for Commercial Items No. 761 | 402, 403 | | |
| DTX-1325 | 01/19/07 | | SCI70317 | SCI70323 | Solicitation/Contract/Order for Commercial Items No. 760 | Duplicate | | |
| DTX-1326 | 01/10/07 | | SCI70338 | SCI70345 | Solicitation/Contract/Order for Commercial Items | 402, 403 | | |
| DTX-1327 | 01/11/07 | | SCI70331 | SCI70337 | Solicitation/Contract/Order for Commercial Items | 402, 403 | | |
| DTX-1328 | 12/18/04 | | SCI70252 | SCI70289 | Distributor Agreement between Cyberguard Corp. and Fromark Technology | 402, 403 | | |
| DTX-1329 | 03/02/06 | | SCI70290 | SCI70298 | Program Agreement between Secure Computing and Government Channels Group, Inc. | 402, 403 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1330 | 11/07/07 | | | | Email thread between Seidl and Hannah re source code inspection confirmation | Inadequate identification- 402, 403, F, 802, 901 | | |
| DTX-1331 | 11/15/07 | | | | Email thread between Seidl and Kastens re source code review confirmation | Inadequate identification- 402, 403, F, 802, 901 | | |
| DTX-1332 | 12/10/07 | | | | Email thread from Seidl to Hannah re inspection | Inadequate identification- 402, 403, F, 802, 901 | | |
| DTX-1333 | 12/11/07 | | | | Letter from Seidl to Kastens re ".dat" files | Inadequate identification- 402, 403, F, 802, 901 | | |
| DTX-1334 | 00/00/91 | | SCI189650 | SCI189658 | "Towards a Testbed for Malicious Code Detection," Kerchen, et al. from the Lawrence Livermore National Laboratory | 802, 402, 403, F | | |
| DTX-1335 | 12/12/07 | | | | Figure 1 from the Response Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1336 | 12/12/07 | | | | Figure 2 from the Response Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1337 | 12/12/07 | | | | Figure 2A from the Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1338 | 12/12/07 | | | | Figure 3 from the Response Expert Report of Carl Degen | 802, 1006 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1339 | 12/12/07 | | | | Figure 4 from the Response Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1340 | 12/12/07 | | | | Figure 5 from the Response Expert Report of Carl Degen | Inadequate identification- 402, 403, F, 802, 901 | | |
| DTX-1341 | 12/12/07 | | | | Figure 6 from the Response Expert Report of Carl Degen | Inadequate identification- 402, 403, F, 802, 901 | | |
| DTX-1342 | 12/12/07 | | | | Figure 7 from the Response Expert Report of Carl Degen | Inadequate identificaiton- 402, 403, F, 802, 901 | | |
| DTX-1343 | 11/20/07 | | | | Figure 1 from the Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1344 | 11/20/07 | | | | Figure 2 from the Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1345 | 11/20/07 | | | | Figure 2A from the Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1346 | 11/20/07 | | | | Figure 3 from the Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1347 | 11/20/07 | | | | Figure 4 from the Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1348 | 11/20/07 | | | | Figure 4A from the Expert Report of Carl Degen | 802, 1006 | | |
| DTX-1349 | 11/21/07 | | | | Exhibit C from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1350 | 11/30/07 | | | | Supplemental Exhibit C from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1351 | 11/21/07 | Vigna/4 | | | Exhibit D from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1352 | 11/30/07 | | | | Supplemental Exhibit D from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1353 | 11/21/07 | | | | Exhibit E from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1354 | 11/30/07 | | | | Supplemental Exhibit E from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1355 | 11/21/07 | | | | Exhibit F from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1356 | 11/30/07 | | | | Supplemental Exhibit F from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1357 | 11/21/07 | | | | Exhibit G from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1358 | 11/30/07 | | | | Supplemental Exhibit G from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1359 | 11/21/07 | | | | Exhibit H from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1360 | 11/30/07 | | | | Supplemental Exhibit H from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1361 | 11/21/07 | | | | Exhibit I from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1362 | 11/30/07 | | | | Supplemental Exhibit I from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1363 | 11/21/07 | | | | Exhibit J from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1364 | 11/30/07 | | | | Supplemental Exhibit J from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1365 | 11/21/07 | | | | Exhibit K from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1366 | 11/21/07 | | | | Exhibit L from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1367 | 11/21/07 | | | | Exhibit M from the Expert Report of Dan Wallach | 402, 403, 1006, 704 | | |
| DTX-1368 | 11/21/07 | | | | Exhibit N from the Expert Report of Dan Wallach | 402, 403, 1006, 704, NP | | |
| DTX-1375 | | Patr/5 | SC002676 | SC002770 | Webwasher sales manual | Duplicate | | |
| DTX-1379 | 04/10/06 | Patr/9 | SC187586 | | Email from Stevenson to Putman re customers | Duplicate | | |
| DTX-1380 | 04/19/04 | Patr/10 | SC030765 | SC030766 | Email from Cuny re meeting minutes | 402, 403 | | |
| DTX-1383 | | Patr/14 | SC187606 | SC187607 | Financial charts | Duplicate | | |
| DTX-1385 | 00/00/05 | Patr/17 | FIN003559 | FIN003560 | Vital Security SDK brochure | F, 402, 403 | | |
| DTX-1389 | | Patr/13; Degen/5 | SC189203 | SC189218 | Webwasher Billings by Product Report Category | Duplicate | | |
| DTX-1396 | 06/12/98 | Jaeger/8 | | | Web article from Apacheweek: Apache status http://www.apacheweek.com/iss ues/98-06-12 | F, 402, 403, 802 | | |

| Exhibit No. | Date | Deposition Exhibit | Bates No. Start | Bates No. End | Description | Objections[3] | Marked | Admitted |
|---|---|---|---|---|---|---|---|---|
| DTX-1399 | 00/00/95 | Jaeger/12 | | | "Implementation of a Discretionary Access Control Model for Script-based Systems" from IEEE | F, 402, 403, 802 | | |
| DTX-1400 | 07/00/96 | Jaeger/13 | | | Usenix: Building Systems that Flexibly Control Downloaded Executable Context | F, 402, 403, 802 | | |
| DTX-1401 | 00/00/96 | Jaeger/14 | | | "A System Architecture for Flexible Control of Downloaded Executable Content" from IEEE | F, 402, 403, 802 | | |
| DTX-1403 | 05/00/05 | Jaeger/16 | | | Application for United States Letters Patent "System and Method for Fuzzy Multi-Level Security" | 402, 403 | | |
| DTX-1404 | | Wallach/3 | | | | 402, 403 | | |
| DTX-1410 | | Wallach/14 | | | | Duplicate | | |
| DTX-1412 | | Wallach/16 | | | Drawing | 402, 403 | | |

**SECURE COMPUTING'S RESERVATIONS REGARDING CERTAIN CATEGORIES OF EXHIBITS**

Secure Computing may use exhibits not included on its Proposed Trial Exhibits List for purposes of impeachment.

Secure Computing may use exhibits that Secure Computing can not presently anticipate or the need for which otherwise becomes evident in response to developments at trial and are otherwise not included in Secure Computing's Proposed Trial Exhibit List.

Secure Computing may use any admissible exhibit identified by Finjan.

Secure Computing may use any admissible exhibit in connection with any deposition testimony that is introduced into evidence.

Secure Computing may use exhibits not included on its Proposed Trial Exhibits List that Secure Computing identifies in response to Finjan's proposed exhibit list.

Secure Computing may use Demonstrative Exhibits that will be exchanged with Finjan as provided by agreements and/or order of the court.

## FINJAN'S GENERAL OBJECTIONS, RESERVATIONS, AND NOTES

Finjan objects to all alleged prior art references that are not relied on for alleged anticipation or obviousness in Secure Computing's expert reports under FRE 402 and 403 on grounds of undue delay, waste of time, and needless presentation of cumulative evidence; Finjan reserves the right, however, to offer such references in rebuttal to show that Secure Computing's primary alleged prior art references are cumulative of art disclosed and considered by the United States Patent and Trademark Office, or to use such references for purposes of impeachment.

Finjan reserves its right to assert additional objections on the grounds of Federal Rule of Evidence 602 because Finjan is without any information at this time as to how the Secure Computing will seek to introduce documents on Secure Computing's Exhibit List.

Finjan objects to the admissibility of any and all underlying facts, data, or documents that are inadmissible and should not be disclosed to the jury by the proponent of the opinion or inference under FRE 703 and 705. Finjan, however, reserves the right to seek the disclosure of certain facts, data, or documents relied upon by Secure Computing's experts as permitted by FRE 705.

Finjan objects to the admissibility of document excerpts or the admissibility of pages from documents that have been improperly redacted. Finjan reserves the right to offer additional evidence pursuant to FRE 106.

Finjan objects to all documents that are inadmissible hearsay if offered by Secure Computing, but which may be admissible if offered by Finjan. Finjan reserves the right to offer into evidence trial exhibits that are hearsay if offered by Secure Computing but that are admissible if offered by Finjan.

Finjan objects to the admissibility of alleged prior art or that has been modified in any way. To the extent exhibits are offered as demonstratives, Finjan reserves all objections for such exhibits at the time objections to demonstrative exhibits are exchanged or submitted.

Finjan reserves its right to assert additional objections on the grounds of relevance, hearsay, and cumulativeness because Finjan is without any information at this time as to the purpose for which Secure Computing will seek to introduce documents on Secure Computing's Proposed Trial Exhibit List.

Finjan objects to the offering of documents that are excerpts of complete exhibits.

Finjan objects to offering a collection of separate documents as one exhibit, when some or all of the separate documents are inadmissible under FRE 105, 106, 403, 802, 803, or 901.

Finjan reserves the right to use any document identified on Secure Computing's Proposed Trial Exhibit List.

Finjan maintains its objections under 901 until Secure Computing presents proper testimony to authenticate the exhibits.

Finjan objects to untranslated foreign language exhibits to the extent Secure Computing has not provided Finjan its translation of the same. Further, Finjan reserves all objections to untranslated foreign language exhibits.

Subject to and without waiving these general objections and reservations, Finjan submits the following objections. Finjan reserves the right to amend and/or supplement these objections.

841281

# Schedule C(1)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### Finjan Software, Ltd. v. Secure Computing Corp., et al.

CASE NO. 1:06-cv-369 GMS                                Trial Date: March 3, 2008

### REFERENCE KEY FOR SECURE COMPUTING'S OBJECTIONS TO FINJAN'S PROPOSED TRIAL EXHIBITS

| Rule | Basis for Objection |
|------|---------------------|
| 402 | The evidence in the exhibit is not relevant and is not admissible. |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste of confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 408 | Evidence of conduct or statements made in compromise negotiations is not admissible. |
| 611 | The exhibit is not effective for the ascertainment of the truth and avoids the needless consumption of time. |
| 703 | Facts or data that are otherwise inadmissible shall not be disclosed to the jury. |
| 802 | The exhibit contains or is hearsay and no exception applies. |
| 805 | The exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | Lack of authentication. |
| 1002 | The original is required to prove the content of a writing, recording, or photograph. |
| 1006 | Improper summary of evidence. |
| 105 | The exhibit may be admissible as to one party for one purpose, but is not admissible as to another party for another purpose. |
| 106 | Fairness requires admission of other exhibits and documents or the remainder of the document. |

# Schedule C(2)

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## Finjan Software, Ltd. v. Secure Computing Corp., et al.

CASE NO. 1:06-cv-369 GMS                    Trial Date: March 3, 2008

### REFERENCE KEY FOR FINJAN'S OBJECTIONS TO SECURE COMPUTING'S PROPOSED TRIAL EXHIBITS

| Abbreviation | Description of Objection |
|---|---|
| 402 | Not relevant |
| 403 | Probative value outweighed by prejudice, confusion, waste of time |
| 704 | Calls for legal conclusion |
| 802 | Hearsay not within any exception including Fed. R. Evid. 805 hearsay within hearsay |
| 901 | Lacks authentication |
| 1006 | Improper Summary |
| B | Best evidence Fed. R. Evid. 1001 and 1002 |
| F | Lacks foundation Fed. R. Evid. 602, 901, 1002, 1003, 1005 and 1006 |
| NP | Not produced during discovery although requested. Fed. R. Civ. P. 37(c) |
| P | Privilege (attorney-client communications or attorney work product) |

# EXHIBIT D

**SCHEDULE D**

**Finjan's List of Potential Witnesses**

The following is the list of witnesses that Finjan Software Ltd. and Finjan Software,

Inc. (collectively "Finjan") will call to testify at its case-in-chief, in person:

| Witness Name and Title | Address | Secure Computing's Objections |
|---|---|---|
| Giovanni Vigna, Expert | Department of Computer Science<br>University of California<br>Santa Barbara, CA 93106-5110 | <u>See</u> Motion in Limine To Preclude Finjan From Asserting Infringement Under the Doctrine of Equivalents.<br><br><u>See</u> Motion to Exclude Expert Testimony of Giovanni Vigna Regarding Alleged Infringement of Patent Claims Not Addressed in Vigna's Opening Expert Report.<br><br>Secure Computing reserves all other objections to Giovanni Vigna's testimony for trial. |
| Matt Bishop, Expert | Department of Computer Science<br>University of California, Davis<br>One Shields Ave.<br>Davis, CA 95616-8562 | FRE 403; FRE 702; and Final Pretrial Order (Cumulative, Not Helpful to Jury; Prejudicial – <u>See</u> Motion in Limine To Exclude Cumulative Expert Testimony of Matthew Bishop and Todd Herberlein).<br><br>Secure Computing reserves all other objections to Matt Bishop's testimony for trial. |
| Russell Parr, Expert | IPRA, Inc.<br>1004 Buckingham Way<br>Yardley, PA 19067 | Secure Computing reserves all objections to Russell Parr's testimony for trial. |

| Witness Name and Title | Address | Secure Computing's Objections |
|---|---|---|
| Todd Herberlein, Expert | 39427 Spanish Bay Place Davis, CA 95616 | FRE 403; FRE 702; and Final Pretrial Order (Cumulative, Not Helpful to Jury; Prejudicial – See Motion in Limine To Exclude Cumulative Expert Testimony of Matthew Bishop and Todd Herberlein). Secure Computing reserves all other objections to Todd Herberlein's testimony for trial. |
| Trent Jaeger, Expert | 153 Brothers Court Port Matilda, PA 16870 | Secure Computing reserves all objections to Trent Jaeger's testimony for trial. |
| Yuval Ben-Itzhak | Finjan Hamachshev St. 1, New Industrial Area Netanya, Israel 42504 | Secure Computing reserves all objections to Yuval Ben-Itzhak's testimony for trial. |

In addition, the following is the list of witnesses that Finjan may call to testify at their case-in-chief, in person or by deposition (transcript and/or videographic):

| Witness Name and Title | Address | Secure Computing's Objections |
|---|---|---|
| Asher Polani, Director | Finjan Hamachshev St. 1, New Industrial Area Netanya, Israel 42504 | Secure Computing reserves all objections to Asher Polani's testimony for trial. |
| Christoph Alme, Engineer | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn/Germany | Secure Computing reserves all objections to Finjan's examination of Christoph Alme for trial. |

| Witness Name and Title | Address | Secure Computing's Objections |
|---|---|---|
| (Cont.) Christoph Alme, Engineer | | Secure Computing reserves all of its objections to Finjan's deposition designations of Christoph Alme's deposition. |
| Dan Frommer, Former VP Products | Address unknown | Secure Computing reserves all objections to Dan Frommer's testimony for trial. |
| David Kroll, Inventor | Address unknown | Secure Computing reserves all objections to David Kroll's testimony for trial. |
| Elizabeth Lally, Director of Legal Affairs | Secure Computing Corporation 2340 Energy Park Drive St. Paul, MN 55108 | Secure Computing reserves all objections to Finjan's examination of Elizabeth Lally for trial. |
| Ezra Softer, CFO | Finjan Chrysler Building, 405 Lexington Avenue, 35th Floor New York, NY 10174 | Secure Computing reserves all objections to Ezra Sofer's testimony for trial. |
| Frank Berzau, Technical Evangelist | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn/Germany | Secure Computing reserves all objections to Finjan's examination of Frank Berzau for trial.\n\nSecure Computing reserves all of its objections to Finjan's deposition designations of Frank Berzau's deposition. |

| Witness Name and Title | Address | Secure Computing's Objections |
|---|---|---|
| Jan Schnellbacher, Engineer | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn/Germany | Secure Computing reserves all objections to Finjan's examination of Jan Schnellbacher for trial.<br><br>Secure Computing reserves all of its objections to Finjan's deposition designations of Jan Schnellbacher's deposition. |
| Jill Putnam, Finance | Secure Computing Corporation 2340 Energy Park Drive St. Paul, MN 55108 | Secure Computing reserves all objections to Finjan's examination of Jill Putman at trial.<br><br>Secure Computing reserves all of its objections to Finjan's deposition designations of Jill Putman's deposition. |
| John Vigourouz, CEO | Finjan 2025 Gateway Place, Suite 180 San Jose, CA 95110 | Secure Computing objects to Finjan calling Mr. Vigourouz. Mr. Vigourouz was not disclosed to Secure Computing during discovery and Secure Computing had no opportunity to take Mr. Vigourouz's deposition. See Fed. R. Civ. P. 26(a). |

| Witness Name and Title | Address | Secure Computing's Objections |
|---|---|---|
| Limor Elbaz, VP Business Development | Finjan Chrysler Building, 405 Lexington Avenue, 35th Floor, New York, NY 10174 | Secure Computing reserves all objections to Limor Elbaz's testimony for trial. |
| Martin Stecher, VP | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn/Germany | Secure Computing reserves all objections to Finjan's examination of Martin Stecher for trial. Secure Computing reserves all of its objections to Finjan's deposition designations of Martin Stecher's deposition. |
| Michael Gallagher, VP | Secure Computing Corporation 2340 Energy Park Drive St. Paul, MN 55108 | Secure Computing reserves all objections to Finjan's examination of Michael Gallagher for trial. |
| Nimrod Vered, Inventor | Moshav Mishemeret Israel, 40695 | Secure Computing reserves all objections to Nimrod Vered's testimony for trial. |
| Paula Greve, Inventor | Secure Computing Corporation 2340 Energy Park Drive St. Paul, MN 55108 | Secure Computing reserves all objections to Finjan's examination of Ms. Greve at trial. |
| Peter Borgolte, Engineer | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn/Germany | Secure Computing reserves all objections to Finjan's examination of Mr. Borgolte at trial. |

| Witness Name and Title | Address | Secure Computing's Objections |
|---|---|---|
| (Cont.) Peter Borgolte, Engineer | | Secure Computing reserves all of its objections to Finjan's deposition designations of Mr. Borgolte's deposition. |
| Roland Scholz, Engineer | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn/Germany | Secure Computing reserves all objections to Finjan's examination of Roland Scholz at trial. |
| Ron Kraistman, VP Finance | Finjan Hamachshev St. 1, New Industrial Area Netanya, Israel 42504 | Secure Computing reserves all objections to Ron Kraitsman's testimony for trial. |
| Shlomo Touboul, Inventor | Kefar-Haim, Israel | Secure Computing reserves all objections to Shlomo Touboul's testimony for trial. |
| Steven Chew, Inventor | Secure Computing Corporation 135 Woodland Drive Pittsburgh, PA 15228 | Secure Computing reserves all objections to Finjan's examination of Mr. Chew at trial. Secure Computing reserves all of its objections to Finjan's deposition designations of Mr. Chew's deposition. |
| Yigal Edery, Inventor | Address unknown | Secure Computing reserves all objections to Yigal Edery's testimony for trial. |

841260

## SCHEDULE D

## Secure Computing's List of Potential Witnesses

The following is the list of witnesses that Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG ("Secure Computing") will call to testify at its case-in-chief, in person or by deposition (transcript and/or videographic)::

| Witness Name and Title | Address | Finjan's Objections |
|---|---|---|
| Michael Gallagher, Senior VP of Product Development and Support | Secure Computing Corporation 2340 Energy Park Drive St. Paul, MN 55108 | Finjan reserves all objections to Michael Gallagher's testimony for trial. |
| Martin Stecher, VP of Product Development, Webwasher | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn, Germany | Finjan reserves all objections to Martin Stecher's testimony for trial. |
| Christoph Alme, Principal Engineer and Team Lead | Secure Computing Corporation Vattmannstrasse 3 D-33100 Paderborn, Germany | Finjan reserves all objections to Christoph Alme's testimony for trial. |
| Shlomo Touboul, alleged inventor, and former CEO and Founder of Finjan | Yoggie Security Systems Ltd. Beit Halevy, Israel 42870 | Finjan reserves all objections to Mr. Touboul's testimony for trial.

Finjan reserves all objections to Secure Computing's deposition designation of Mr. Touboul's deposition. |
| David Kroll, alleged inventor | Address unknown | Finjan reserves all objections to Secure Computing's deposition designations of Mr. Kroll's deposition. |
| Yigal Edery, alleged inventor | Address unknown | Finjan reserves all objections to Secure Computing's deposition designation of Mr. Edery's |

| | | deposition. |
|---|---|---|
| Nimrod Vered, alleged inventor | Address unknown | Finjan reserves all objections to Secure Computing's deposition designation of Mr. Vered's deposition. |
| Yuval Ben-Itzhak, CTO | Finjan<br>Hamachshev St. 1,<br>New Industrial Area<br>Netanya, Israel 42504 | Finjan reserves all objections to Secure Computing's examination of Mr. Ben-Itzhak at trial.<br><br>In the event that Secure Computing makes deposition designation of Mr. Ben-Itzhak's deposition, Finjan reserves all objections to such designation. |
| Asher Polani, former CEO of Finjan | Address unknown | Finjan reserves all objections to Secure Computing's deposition designation of Mr. Polani's deposition. |
| Professor Dan Wallach, Expert | 1435 Kentfield Avenue<br>Redwood City, CA 94061 | See Finjan's Motion in Limine to exclude testimony of Dan Wallach's Invalidity Opinion Regarding Finjan's Three Patents in Suit.<br><br>See Finjan's Motion in Limine to exclude Expert Opinion and Testimony of Dan Wallach Regarding Alleged Infringement of Secure Computing Patents.<br><br>Finjan reserves all other objections to Dan Wallach's testimony for trial. |
| Carl Degen, Expert | Christensen Associates<br>4610 University Avenue, Ste. 700 | See Finjan's Motion in Limine to Exclude Expert Opinion and Testimony of Carl G. Degen Relating to |

2

|  | Madison, WI 53705 | Infringement of Finjan's Patents.<br><br>Finjan reserves all other objections to Carl Degen's testimony for trial. |
| Limor Elbaz, VP, Business Development | Finjan<br>New York, NY | Finjan reserves all objections to Secure Computing's examination of Ms. Elbaz at trial.<br><br>Finjan reserves all objections to Secure Computing's deposition designation of Ms. Elbaz's deposition. |

In addition, the following is the list of witnesses that Secure Computing may call to testify at its case-in-chief, in person or by deposition (transcript and/or videographic):

| Witness and Title | Address | Finjan's Objections |
|---|---|---|
| Dan Frommer, former VP of Products at Finjan | Address unknown | Finjan reserves all objections to Secure Computing's deposition designation of Mr. Frommer's deposition. |
| Paula Greve, Co-Inventor of Secure Computing's Patent-in-suit 6,357,010 | Secure Computing Corporation<br>2340 Energy Park Drive<br>St. Paul, MN 55108 | Finjan reserves all objections to Paula Greve's testimony for trial. |
| Steve Chew, Co-Inventor of Secure Computing's Patent-in-suit 7,185,361 | Secure Computing Corporation<br>135 Woodland Drive<br>Pittsburgh, PA 15228 | Finjan reserves all objections to Steve Chewr's testimony for trial. |
| Sarah Kaye, Documentation Manager | Finjan Software, Ltd.<br>Hamachshev St. 1,<br>New Industrial Area<br>Netanya, Israel 42504 | Finjan reserves all objections to Secure Computing's examination of Ms. Kaye at trial.<br><br>Finjan reserves all objections to Secure |

| | | Computing's deposition designation of Ms. Kaye's deposition. |
|---|---|---|
| Matt Galligan, VP Federal Sales | Secure Computing Corporation 12010 Sunset Hills Rd. Suite 300 Reston, VA 20190 | Finjan objects to Secure Computing calling Mr. Galligan. Mr. Galligan was not disclosed to Finjan during discovery and Finjan had no opportunity to take Mr. Gallilgan's deposition. <u>See</u> Fed. R. Civ. P. 26(a). |
| Jill Putman, VP of Finance | Secure Computing Corporation 2340 Energy Park Drive St. Paul, MN 55108 | Finjan reserves all objections to Jill Putman's testimony for trial. |
| Rick Kruse, VP Firewall Development | Secure Computing Corporation 2340 Energy Park Drive St. Paul, MN 55108 | Finjan objects to Secure Computing calling Mr. Kruse. Mr. Kruse was not disclosed to Finjan during discovery and Finjan had no opportunity to take Mr. Kruse's deposition. <u>See</u> Fed. R. Civ. P. 26(a). |
| Ezra Sofer, CFO | Finjan New York, NY | Finjan reserves all objections to Secure Computing's examination of Mr. Softer at trial.<br><br>Finjan reserves all objections to Secure Computing's deposition designation of Mr. Sofer's deposition. |

<u>Reservations:</u>

Secure Computing may seek to exclude certain evidence as inadmissible under the Federal Rules of Evidence consistent with the Court's Final Pretrial Order, or other pretrial and trial proceedings. The Court's rulings may render the need for testimony on certain witnesses identified unnecessary. Secure Computing reserves the right to call individuals listed on Finjan's Witness List, rebuttal witnesses, witnesses needed for impeachment or foundation and witnesses

identified in response to Finjan's identification of witnesses or in response to developments at trial. Secure Computing also reserves the right to add additional deposition designations in the event that any of the individuals listed above as witnesses that Secure Computing intends to call or may call later become unable to attend the trial or are otherwise unable to provide live testimony.

841012

# EXHIBIT E

<div style="text-align:center">

**SCHEDULE E**

**Finjan's Statement of Expert Witness Qualifications**

</div>

Finjan Software Ltd. and Finjan Software, Inc. (collectively "Finjan") intend to call the following expert witnesses at trial:

1.    **Giovanni Vigna**

      a.    <u>Statement of Qualifications</u>

Giovanni Vigna has been an Associate Professor in the Department of Computer Science at the University of California in Santa Barbara since 2000. He received his M.S. cum laude and Ph.D. from Politecnico di Milano, Italy, in 1994 and 1998, respectively. From 1998 to 2000, Dr. Vigna was a post doctoral researcher at the Department of Computer Science at UCSB. His current research interests include web security, intrusion detection, vulnerability assessment, and the security of mobile code systems.

Dr. Vigna's recent research work focused on the design of frameworks for the modular development of both anomaly-based and misuse-based intrusion detection systems. In particular, he developed novel techniques for the characterization of malware and for the detection of attacks against web-based services and applications. He actively participated in evaluations of intrusion detection systems sponsored by the Defense Advanced Research Projects Agency ("DARPA"). He also edited a book on Security and Mobile Agents and authored another book on Intrusion Correlation. He has been the Program Chair of the International Symposium on Recent Advances in Intrusion Detection (RAID 2003). He is also known for organizing and running the world's largest inter-university international Capture the Flag hacking contest.

Dr. Vigna served on a number of program committees for international conferences. He is also a member of four editorial boards, namely, the Journal of Computer Security, the IEEE Security & Privacy Magazine, the Institute of Electrical and Electronics Engineers ("IEEE") Transactions on Dependable and Secure Computing, and the Association for Computing Machinery ("ACM") Transactions on Information and System Security.

Dr. Vigna is a member of several professional organizations including the ACM, the IEEE, the IEEE Computer Society, and the USENIX Association.

Dr. Vigna has made important contributions in the areas of web security, vulnerability testing, and malware detection, with papers appearing in various international journals and conference proceedings. Some details on his main research activities follow.

*Detection of Web-based Attacks*

Web-based systems are a composition of infrastructure components, such as web servers and databases, and of application-specific code, such as HTML-embedded scripts and server-side applications. While the infrastructure components are usually developed by experienced programmers with solid security skills, the application-specific code is often developed under strict time constraints by programmers with little security training. As a result, vulnerable web-applications are deployed and made available to the whole Internet, creating easily-exploitable entry points to entire networks.

Dr. Vigna's research in this area concentrated on the anomaly-based detection of web-based attack. The use of anomaly-based techniques is motivated by the custom, ad hoc nature of web applications, which makes learning-based anomaly detection systems a suitable method for warning the exploitation of novel vulnerabilities. Dr. Vigna developed a novel intrusion detection system that uses a number of different anomaly detection techniques to detect attacks against web servers and web-based applications. The system correlates the server-side programs referenced by client queries with the parameters contained in these queries. The application-specific characteristics of the parameters allow the system to perform focused analysis while reducing the number of false positives.

Dr. Vigna's system automatically derives the parameter profiles associated with web applications (e.g., length and structure of parameters) from the analyzed data. Therefore, it can be deployed in very different application environments without time-consuming tuning and configuring. The system developed by Dr. Vigna was successfully tested on real-world data collected at three Universities (UCSB, State University of Milan, and Technical University of

Vienna) as well as at Google.

*Testing of Network-based Intrusion Detection Systems*

Misuse-based intrusion detection systems rely on models of attack to identify intrusive behavior. Therefore, whether these systems can reliably detect attacks is fundamentally relies on the quality of the relevant models, often referred to as "signatures." Unfortunately, writing good models/signatures is hard. Attacks that exploit a specific vulnerability may do so in completely different ways, and writing models that take into account all possible variations is a difficult task. For this reason, it would be beneficial to have testing tools that could evaluate the "goodness" of detection signatures.

Dr. Vigna developed a novel technique to test and evaluate misuse-detection models for network-based intrusion detection systems. The testing technique is based on a mechanism that generates a large number of variations of one exploit by applying mutant operators to an exploit template. These mutant exploits are then ran against a victim host protected by a network-based intrusion detection system. The results of testing the variations provide a quantitative basis for the evaluation of the quality of the corresponding detection model.

Dr. Vigna created a tool, named Sploit, that can generate mutants of network attacks. Using this tool, he was able to demonstrate that a number of the signatures used by the two major intrusion detection tools, namely Snort and ISS RealSecure, could be easily evaded.

*Malware Detection*

In the past five years, malicious software ("malware") has evolved and diversified. Simple viruses that attach to existing programs and need user-activation have evolved into autonomous programs that can infect thousands of hosts and disrupt entire networks. In addition, other types of malicious software, such as spyware, Trojan horses, and kernel-level rootkits are becoming common items in the attacker's toolbox. Unfortunately, the explosion of malware has not been matched by a corresponding evolution in defense tools. Most malware detection tools are syntax-based and use relatively simple pattern matching techniques. These techniques can only recognize known malware, and, in addition, they can be easily fooled by

sophisticated obfuscation and polymorphic protection techniques.

Dr. Vigna's research on malware focuses on two main directions. The first research direction focuses on techniques to analyze malware that has been obfuscated to evade detection. The second direction focuses on detecting malware using a composition of static and dynamic analysis to derive malware-based characterizations. In particular, Dr. Vigna developed a tool to detect kernel-level rootkits, which are programs that modify the kernel of a compromised host to make an attacker invisible to intrusion detection systems. His technique operates on binary code and is able to determine if a program has rootkit-like behavior.

In addition, Dr. Vigna developed a novel approach that uses a composition of static and dynamic analyses to characterize spyware-like patterns. In particular, he worked on characterizing the patterns of spyware based on Internet Explorer's Browser Helper Object ("BHO") interface, which accounts for the vast majority of spyware. The technique creates a shell around the BHO that simulates the events that would normally be generated by the browser.

      b.    <u>Subject Matter of Testimony</u>

Dr. Vigna will testify on the issue of infringement, both literally and under the doctrine of equivalents. In particular, Dr. Vigna will testify that the Webwasher and Cyberguard TSP products have features that fall within the scope of the asserted claims in patents ending in 194, 780, and 822. Dr. Vigna testimony will include testimony on scientific and technical issues concerning the Webwasher and Cyberguard TSP products and the plain and ordinary meaning of certain claim terms. Dr. Vigna will respond to any testimony provided by Secure Computing's experts on those topics.

Dr. Vigna's testimony is set forth in greater detail in his expert report of November 21, 2007 and his deposition of December 19, 2007.

2.    **Matt Bishop**

a.    Statement of Qualifications

Dr. Bishop is currently a professor in the Department of Computer Science at the University of California, Davis. He is also one of the co-directors of the Computer Security Laboratory in the department. He received an A.B. degree in Astronomy and Applied Mathematics and a M.A. degree in Mathematics from the University of California, Berkeley in 1976 and 1978 respectively, and a M.S. and Ph.D in computer science from Purdue University in 1981 and 1984 respectively. His thesis topic focused on computer security.

During the last year of his graduate studies, Dr. Bishop worked at Megatest Corp. Shortly after getting obtaining his doctorate, Dr. Bishop became a Research Scientist at the Research Institute for Advanced Computer Science at NASA Ames Research Center, where he researched in the area of computer security and computer graphics.  In 1987 he joined the faculty in the Department of Mathematics and Computer Science at Dartmouth College, and in 1993 began teaching at Davis.

Dr. Bishop has been working in the computer security field since the late 1970s. He has specialized in the study of computer systems and networks vulnerabilities (e.g. how to define, detect, and eliminate such vulnerabilities). He has investigated formal models of access control, particularly information flow in the Take-Grant Protection Model, and how to analyze software for vulnerabilities, especially a class of problems known as "time of check to time of use race conditions". He has also worked on correlating notices of attacks produced by network-based intrusion detection systems to understand how many small attacks can combine to compromise a system.

Much of Dr. Bishop's work has useful and immediate applications. For example, a formal model of electronic recordation provided input to the California Attorney General's regulations controlling the use of electronic recordation in the state of California. His work in electronic voting, especially in analyzing electronic voting systems in Maryland (the RABA study in 2004) and California (working with Yolo County in 2003-2004 and 2006-2007) and the standards

controlling their certification led to his leadership role on the "red team" of the California Secretary of State's Top-To-Bottom Review for all certified Californian electronic voting systems. This study provided technical information that the Secretary of State relied on to determine necessary changes to the systems before continuing their use.

In 1984, Dr. Bishop was invited to join the Internet Privacy and Security Research Group. This group developed standards for privacy-enhanced electronic mail and its supporting certificate-based infrastructure. As a member of the group, he also analyzed several Internet protocols for security, and his review of version 2 of the Network Time Protocol (NTP) suggested several changes to improve its resistance to attack, many of which appeared in the next version of the protocol. Dr. Bishop is also on several advisory boards, including the distinguished External Advisory Board of the TRUST (Team for Research in Ubiquitous Secure Technology) NSF Science and Technology Center, and the National Visiting Committee for the Oklahoma Center for Information Assurance and Forensics Education, a regional center funded by the NSF's Advanced Technological Education program. He also sits on the Technical Advisory Boards of Fortify Software, Inc. and Cranium. He served on the California Secretary of State's Voting Systems Technology Assessment Advisory Board and the California Attorney General's Electronic Recording Delivery Act Advisory Committee. He is also the UC Davis institutional representative to the Institute or Information Infrastructure Protection and a member of the group's Executive Committee. He has been on many conference program committees and chaired several conferences and workshops, notably several of the Computer Misuse and Anomaly Detection workshops that accelerated the development of intrusion detection systems in the 1990's. Currently, he is the general chair of the 2008 New Security Paradigms Workshop. He is also on the editorial board of the *Journal of Computer Security*, one of the two top technical journals in the field of computer security, and the editorial board of the *IEEE Security and Privacy* magazine.

Dr. Bishop's textbook *Computer Security: Art and Science* is widely used as a textbook in both graduate and advanced undergraduate classes. He has been active in computer security

education, giving the keynote address at the first Colloquium for Information Systems Security Education in 1997 and was awarded the CISSE Academic Award in 2006. He has presented tutorials at many professional conferences such as SANS and USENIX, and is a co-editor of the Education Department in the *IEEE Security and Privacy* magazine.

      b.      b. <u>Subject Matter of Testimony</u>

      Dr. Bishop will testify on matters of basic networking, specifically on how web traffic flows through the Internet and how security technology such as firewalls and anti-virus tools work and affect this flow.

      Dr. Bishop's testimony is set forth in greater detail in his expert report of November 21, 2007.

3.    **Russell Par**

   a.    Statement of Qualifications

Russell L. Parr is a consultant, author, lecturer and publisher specializing in intellectual property. He has practiced as an intellectual property valuation and royalty rate consulting professional for over 25 years. His clients include multinational corporations, universities, individual inventors, and United States government agencies. Some of the corporations and universities for which he has conducted valuations and royalty rate studies include AT&T, Baxter International, IBM, Rockwell International, Mott's, Mead-Johnson, Hewlett-Packard Corporation, Dr. Seuss, Princeton University, Carnegie Mellon University, Rutgers University, Edwards, LifeSciences, Inc. and Bayer. The work he has performed for these and other entities include valuations, infringement litigation testimony, and royalty rate analyses used in license negotiations.

For example, Mr. Parr provided royalty rate analyses to AT&T to calculate the rates at which it would charge for transferring patented technology to third parties. His royalty rate opinion for Baxter was used for patent licensing negotiations in the medical products industry. He provided royalty rate opinions to IBM and Rockwell International for negotiating licenses in the telecommunication industry. He provided Mott's with a royalty rate analyses for patent license negotiations in the beverage industry. Hewlett-Packard and Mead-Johnson hired him to provide strategic planning advice about intellectual property management. For Dr. Seuss, he provided the estate of Theodor Geisel with a copyright valuation opinion for use in estate tax filings. For Princeton, Rutgers, and Carnegie Mellon, he provided royalty rate analyses for patent license negotiations. Edwards and Bayer hired him to provide patent infringement litigation support, analysis and expert testimony.

In addition, Mr. Parr personally owns intellectual property and has engaged in successful negotiations for his personal assets.

Mr. Parr's education includes a Masters in Business Administration and a Bachelor of

Science in Electrical Engineering from Rutgers University. He has also been awarded the professional designations of Chartered Financial Analyst (CFA) from the CFA Institute and Accredited Senior Appraiser from the American Society of Appraisers, both of which required the successful completion of coursework, examinations, and work experience.

In addition to his consulting practice at IPRA, Inc., Mr. Parr published three books regarding royalty rates for licensing intellectual property. These books are sold worldwide and are also used by Mr. Parr's customers to reach intellectual valuations and license agreements. The titles of the books are *Royalty Rates for Pharmaceuticals & Biotechnology*, 6th Edition, *Royalty Rates for Technology*, 3rd Edition, and *Royalty Rates for Trademarks & Copyrights*, 3rd Edition.

Mr. Parr is the author or co-author of additional books on the valuation and management of intellectual property published by John Wiley & Sons, Inc. These books are entitled: *Royalty Rates for Licensing Intellectual Property, Intellectual Property – Licensing & Joint Venture Profit Strategies, Intellectual Property Infringement Damages, Investing in Intellectual Property, Technology Licensing, Investing in Intangible Assets*, and *Intellectual Property – Valuation, Exploitation & Infringement Damages*. Some of these books are translated into foreign languages including Italian, Japanese, Chinese, Russian and Korean.

In addition to his activities as a consultant, author and publisher, Mr. Parr has been a guest speaker regarding intellectual property matters at over forty professional conferences including some sponsored by the American Intellectual Property Law Association, Licensing Executives Society, and the World Intellectual Property Organization.

      b.   <u>Subject Matter of Testimony</u>

Russell Parr will testify on the issues of the damages that would be adequate to compensate Finjan for the infringement by Secure Computing Corporation ("Secure Computing"), CyberGuard Corporation ("CyberGuard"), and Webwasher AG ("Webwasher") (collectively referred to as "Defendants") of United States Patent No. 6,092,194 ("'194 Patent"), United States Patent No. 6,804,780 ("'780 Patent"), and United States Patent No.

7,058,822 ("'822 Patent) (collectively the "Finjan Patents"). Mr. Parr will also testify as to the damages set forth by the Defendants for Finjan's alleged infringement of United States Patent Nos. 7,185,361 and 6,357,010.  He will discuss damages measured by a theory of reasonable royalty. Mr. Parr's testimony is set forth in greater detail in his expert reports of November 21 and December 12, 2007, as well as his deposition of December 17, 2007.

4.    **Todd Heberlein**

    a.    <u>Statement of Qualifications</u>

    Todd Heberlein is the President of Net Squared, Inc. based in Davis, California, and a post graduate researcher at UC Davis. At UC Davis, Mr. Heberlein received a B.S. degree in Computer Science and Math and a M.S. degree in Computer Science in 1988 and 1991, respectively. In addition to his coursework, Mr. Heberlein co-founded the UC Davis Computer Security Lab which, during his tenure, developed the first network-based intrusion detection system, the first integrated host and network based intrusion detection system, and the first intrusion detection system designed to support several thousand hosts.

    Mr. Heberlein played a key role in several government-sponsored network security projects for agencies including the Air Force, the DARPA, and the Department of Energy. For example, Mr. Heberlein developed the original network sensor for the Air Force's Automated Security Incident Measurement global sensor grid. Mr. Heberlein was also the principal developer of the intelligence community Advanced Research Development Activity Environment Aware project, an effort to identify changes to a network that optimizes overall security. In addition, Mr. Heberlein served on a DARPA panel that created an information video on the threat to the nation's critical infrastructure and recently participated in a joint European Union and United States summit to coordinate cyber security research across the Atlantic Ocean.

    Mr. Heberlein also authored numerous network security publications dating back as early as 1990. His publications have been noted with awards such as the distinction of best paper for "Attack Class: Address Spoofing" and "DIDS (Distributed Intrusion Detection System) – Motivation, Architecture, and an Early Prototype."

    In 2005, Mr. Heberlein lent his technical expertise to the legal world by serving as an expert witness in a patent lawsuit between SRI and Symantec Corporation. The case centered around four intrusion detection patents and Mr. Heberlein's role as an expert witness spanned

from early 2005 to October of 2006.

        b.    <u>Subject Matter of Testimony</u>

      Mr. Heberlein will testify with regard to the evolution of the World Wide Web and the rise in Internet-borne threats to businesses operating in today's marketplace; the historic and current approaches to network security issues and related trends; and the Webwasher product's current approach to network security (including the use of Finjan's patented technology) as a means of meeting consumer demand and keeping pace with market trends. He will also testify as to the validity of the Finjan Patents, including secondary considerations of non-obviousness. Mr. Heberlein's testimony is set forth in greater detail in his expert reports of November 21 and December 12, 2007, as well as his deposition of December 17, 2007.

5.    **Trent Jaeger**

    a.    <u>Statement of Qualifications</u>

Dr. Trent Jaeger is an Associate Professor of Computer Science and Engineering and

Co-Director of the Systems and Internet Infrastructure Security Lab at The Pennsylvania State

University. Prior to this position, which he has held since 2005, Dr. Jaeger was a Research Staff

Member at the IBM Thomas J. Watson Research Center, beginning in 1996. He earned M.S.E

and Ph.D. degrees in Computer Science and Engineering from the University of Michigan, Ann

Arbor in 1993 and 1997, respectively. Prior to that, Dr. Jaeger worked as a Systems Engineer

for Electronic Data Systems starting in 1986. Dr. Jaeger holds an undergraduate degree in

Chemical Engineering from the California State Polytechnic University, Pomona.

Dr. Jaeger has co-directed the Systems and Internet Infrastructure Security (SIIS) Lab

since 2005. The SIIS Lab is one of the largest academic security research labs in the United

States, with over twenty-five graduate students focusing on security research. Dr. Jaeger

focuses his work on operating systems security, but his work also includes programming

language security and network security. He has investigated mechanisms for ensuring the

integrity of computing systems, the application of trusted computing hardware to measure the

system integrity, virtual machine security architectures for distributed computing, the

integration of security-typed language programs with operating systems security, security

architectures for mobile phone systems, and policy models and analysis tools for verifying the

enforcement of security goals. Dr. Jaeger's work in these areas began in 1994, and has

continued since then.

Dr. Jaeger is also an active contributor to the Linux security community and the

computer security community at large. His Linux work includes contributions to the Linux

Security Modules framework, Security-enhanced Linux, and Labeled IPsec, which are all part

of the current Linux operating system. He is an active member of the computer security

research community, having participated in the organizing committees of all the major

computer security conferences. Dr. Jaeger serves as the associate editor for the ACM
Transactions on Internet Technology, and has served on numerous review panels for the
National Science Foundation and Natural Sciences and Engineering Research Council
(Canada).

Dr. Jaeger is also the author of over sixty original publications in computer science
research and is currently in the process of writing on a book on operating systems security to be
published in 2008. Dr. Jaeger's research expertise spans a variety of areas in computer security
ranging from operating systems security, security policy models and technologies, distributed
systems security architectures, virtual machine security, the application of trusted computing
hardware to security, and source code analysis for security. His research has been supported by
a variety of agencies, both governmental, such as the National Science Foundation and the
Intelligence Advanced Research Projects Activity, and several industrial sponsors.

      b.    <u>Subject Matter of Testimony</u>

Dr. Jaeger will testify that the asserted claims of the '361 patent, specifically Claims 1-
5, 7-12, and 14-15, are anticipated and/or obvious in light of the prior art. He will also testify
that the asserted claim of the '010 patent, specifically Claim 37, is anticipated and/or obvious in
light of the prior art.

Dr. Jaeger will also testify on the issues of infringement. In particular, Dr. Jaeger will
testify that Finjan's NG-1100, NG-5100, NG-6100, and NG-8100 products (hereafter
collectively referred to as the "Finjan Security Products") do not infringe any asserted claims of
the '361 patent, specifically Claims 1-5, 7-12, and 14-15, and that Finjan's Vital SecurityTM
for Documents and Documents 1BoxTM products (hereafter collectively referred to as the
"Finjan Document Products") do not infringe any asserted claims of the '010 patent,
specifically Claim 37.

Dr. Jaeger's testimony is set forth in greater detail in his expert reports of November 21
and December 12, 2007, as well as his deposition of December 14, 2007.

### SCHEDULE E

### Secure Computing's Statement of Expert Witness Qualifications

Defendants-Counterclaimants, Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG ("Secure Computing"), propose the following as a statement of qualifications and subject matters of Secure Computing's expert witnesses Dan Wallach and Carl Degen, whom Secure Computing intends to call at trial, for purposes of section 2(e) of the Finjan Pretrial Order. A more detailed statement of Dr. Wallach's and Mr. Degen's qualifications and testimony are found in the expert reports served on Finjan and in the depositions taken by Finjan.

1.      Professor Dan Wallach will testify on behalf of Secure Computing on the subjects of: (1) the validity of Secure Computing's patents; (2) Finjan's infringement of Secure Computing's patents; (3) non-infringement by Secure Computing of Finjan's patents; and (4) invalidity of Finjan's patents.

Professor Wallach is an Associate Professor in the Department of Computer Science at Rice University in Houston, Texas. He earned his doctorate degree at Princeton University in 1999 and his master of arts at Princeton in 1995. He earned his bachelor's of science degree in electrical engineering and computer science at the University of California, Berkeley in 1993. Professor Wallach's specialty is computer security.

After receiving his doctorate, Professor Wallach accepted the position of assistant professor at Rice University in the Department of Computer Science. He currently is an associate professor with tenure. While at Rice, the focus of Professor Wallach's research has been on a number of different topics in computer security, including mobile code security and the security of peer-to-peer networking systems.

1

Professor Wallach has served on a number of program committees for research conferences in computer security. He was also honored to serve as the program chair for the USENIX Security Symposium in 2001 and the track co-chair for the International World Wide Web Conference's Security and Privacy Track in 2007 and 2008.

2.     Carl Degen will testify on behalf of Secure Computing on the subject of damages. Mr. Degen is the President of Christensen Associates, an economic research and consulting firm located in Madison, Wisconsin. Mr. Degen has been with Christensen Associates since 1980, and has been President of Christensen Associates since 2005. Mr. Degen received a bachelor of science degree, in Mathematics and Economics, from the University of Wisconsin-Parkside, a master's degree in economics from the University of Wisconsin-Madison.

2

# EXHIBIT F

**SCHEDULE F**

**Deposition Designations**

## PLAINTIFF'S DEPOSITION DESIGNATIONS

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| **Christoph Alme testimony** | | | |
| 5:23; 6:8; 16:22-17:21; 36:20-39:3; 55:22-61:4; 62:1-12; 62:23-63:15; 64:8-65:5; 69:11-25; 82:22-83:5; 89:23-90:13; 93:3-94:9; 98:1-100: 23; 105:15-23; 107:6-12; 109:6-110:20; 111:5-13; 114:8-116:11 | 98:1-100: 23; FRE 402, 403 (lack of relevance, prejudice), Calls for Legal Conclusion/Claims Construction | 19:1-5; 19:10-14;19:16-21; 19:23-21:6; 39:4-12; 39:14-40:9; 40:11-12; 40:18-20; 63:16-18; 65:6-16; 111:14-16; 111:18-112:4; 112:23-113:14 | No objections |
| **Peter Borgolte testimony** | | | |
| 5:2-10; 12:3-19; 16:25-17:6; 18:19-19:2; 21:21-23:5 | 18:19-FRE 402, 403 (lack of relevance, prejudice), Lack of Foundation, Calls for Legal Conclusion/Claims Construction | 13:8-20; 17:13-15 | No objections |
| **Jan Schnellbacher testimony** | | | |
| 4:11-25; 10:11-12:18; 18:6-25; 26:16-27:17 | Object to all designations-FRE 402, 403 (Lack of Relevance, Prejudicial), Lack of Foundation, Calls for Legal Conclusion/Claims Construction | | No objections |

1

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| **Steven Chew testimony** | | | |
| 4:10-21; 6:7-12; 8:2-9:16; 10:19-11:10; 11:18-16:1; 16:22-18:24; 22:12-23:5; 44:23-45:14; 60: 4-63:14; 64:5-68:13; 77:21-78:22 | 10:19-11:10; FRE 402, 403 (Lack of Relevance, Prejudicial) | 16:2-14; 77:9-12; 77:15-20; 79:17-24; 80:1-6; 80:9-10 | 79:17-22; F 79:23-24, 80:1-6, 80:9-10; 402 |
| | 11:18-16:1; FRE 402, 403 (Lack of Relevance, Prejudicial) | | |
| | 16:22-18:24; FRE 402, 403 (Lack of Relevance, Prejudicial) | | |
| | 22:12-23:5; FRE 402, 403 (Lack of Relevance, Prejudicial) | | |
| | 60: 4-63:14; FRE 402, 403 (Lack of Relevance, Prejudicial) | | |
| | 64:5-68:13; FRE 402, 403 (Lack of Relevance, Prejudicial, Legal Conclusion) | | |
| | 77:21-78:22; FRE 402, 403 (Lack of Relevance, Prejudicial, Legal Conclusion) | | |
| **Frank Berzau testimony** | | | |

2

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| 5:1-9; 8:13-10:18; 13:19-14:10; 15:22-16:3; 21:21-22:25; 23:24-24:2; 25:20-28:9; 34:1-35:11; 37:17-39:18 | 8:16-23; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous<br><br>8:24-9:3; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous<br><br>9:4-10; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous<br><br>9:11-18; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous<br><br>9:19-23; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous<br><br>9:24-10:1; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous<br><br>14:6-10; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous | 8:6-12; 13:5-6; 13:8-18; 23:8-16; 24:3-6; 24:10-20; 33:10-13; 36:22-24; 37:7-9; 43:18-20 | No objections |

3

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| | 15:22-16:3; FRE 403 (Prejudicial); Lack of Foundation; Vague/Ambiguous<br><br>23:24-24:2; Lack of Foundation; Calls for Speculation<br><br>26:15-27:4; Lack of Foundation; Calls for Speculation<br><br>35:3-5; Lack of Foundation; Calls for Speculation<br><br>35:6-11; FRE 403 (Prejudicial); Lack of Foundation<br><br>37:25-38:16; FRE 802 (Hearsay); Ambiguous and mistranslated-see objection on the record at 38:11-16 | | |
| **Jill Putnam testimony** | | | |
| 4:8-15; 23:6-12; 43:19-44:5; 46:12-47:8; 49:8-22; 50:15-51:7; 54:15-55:22; 71:21-74:22; 83:20-84:10; 86:7-17; | General Objection-Secure Computing objects to Finjan's designations to the extent they are beyond scope of Finjan | 4:1-4; 19:4-19; 20:3-16; 20:22-23; 21:10-25; 22:15-23:1; 42:13-43:18; 51:11- | 101:12-13, 101:15; F |

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| 89:8-92:21; 97:2-20; 98:21-99:12; 100:15-21; 101:24-102:7; 103:22-104:2; 104:18-24; 105:18-107:1; 116:3-12; | Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602), and specifically questions relating to "sales" as Finjan purports to interpret that term for this deposition.<br><br>4:8-15; FRE 402, 403 (Lack of Relevance, Prejudicial, and privacy, to the extent the answer reveals Ms. Putman's home address)<br><br>46:12-47:8-Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation<br><br>49:8-22; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the | 12; 51:15-16; 51:19-21; 68:15-25; 69:5-15; 71:17-20; 79:9-11; 79:16-18; 80:8-21; 84:12-14; 84:16-18; 84:23-85:7; 86:19-87:3; 88:23-89:7; 101:12-13; 101:15; 101:17-18; 101:20-22; 102:9-103:9; 115:7-25; | |

5

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| | witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 50:15-51:7; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 54:15-55:22; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 72:21-73:23; FRE 611 (Leading); Improper Characterization; FRE 403 (Prejudicial) | | |
| | 73:24-74:9-FRE 611 (Leading); Improper Characterization; FRE | | |

6

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| | 403 (Prejudicial) | | |
| | 74:10-22; FRE 611 (Leading); Improper Characterization; FRE 403 (Prejudicial); Lack of Foundation; Calls for Speculation | | |
| | 83:20-84:10; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 86:7-17; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 89:8-92:21; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing | | |

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| | witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 97:2-20; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 98:21-99:12; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 100:15-21; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); | | |

8

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| | Lack of Foundation; Calls for Speculation | | |
| | 101:24-102:7; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 103:22-104:2; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| | 104:18-24; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |

9

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| | 116:3-12; Beyond scope of Finjan Rule 30(b)(6) notice and Secure Computing witness designation and the witness' personal knowledge (FRE 602); Lack of Foundation; Calls for Speculation | | |
| **Martin Stecher testimony** | | | |
| 7:6-14; 22:5-23:4; 24:5-27:18; 28:1-29:19; 30:5-32:9; 34:4-36:24; 46:20-52:7; 55:22-56:9; 57:6-61:2; 61:25-62:8; 62:22-68:4; 69:7-22; 70:16-71:16; 72:11-73:1; 74:12-75:3; 75:13-76:20; 77:25-81:6; 81:20-83:6; 84:24-86:10; 87:8-88:6; 89:12-90:11; 91:1-20; 92:19-93:4; 94:16-95:14; 99:21-100:1; 101:1-17; 103:9-105:20; 117:8-119:20; 121:21-122:22; 128:9-129:7; 132:12-18; 135:3-136:16; 137:3-18; 155:9-20; 156:20-158:17; 163:3-165:6; 167:18-173:9; 176:6-177:21; 181:6-182:25; | 72:11-73:1;  Ambiguous and mistranslated-see objection on the record at 73:2-11

75:13-76:20; FRE 402 and 403 (Lack of Relevance, Prejudicial, colloquy/speech by counsel; see objection and counsel's response at 75: 23-76:1)

117: 8-119:20; FRE 402 and 403 (Lack of Relevance and Prejudicial-119:1-20)

128:9-129:7; FRE 402, 403 (Lack of Relevance, | 19:18-21:25; 29:20-30:4; 33:12-17; 34:2-3; 37:17-39:17; 52:16-53:1; 54:6-21; 62:9-19; 101:20-103:8; 122:23-123:8; 127:19-128:8; 136:22-137:2; 212:21-213:19; 219:25-220:6; | 33:12-17; 106 52:16-53:1; 106 119:25-220:6; 402 |

10

**SCHEDULE F**

**Deposition Designations**

| Finjan's Designations | Secure's Objections | Secure's Counterdesignations | Finjan's Objections to Counterdesignations |
|---|---|---|---|
| 184:17-186:9; 187:16-25; 188:19-195: | Prejudicial) | | |
| 5; 196:4-25; 206:13-212:20; 213:25- | 137:3-18; FRE 402, 403 | | |
| 215:14; 216:2-219:3; 220:7-222:6; | (Lack of Relevance, | | |
| 223:22-225:14; 233:18-234:3 | Prejudicial) | | |
| | 184:17-186:9; FRE 402, 403 (Lack of Relevance); Lack of Foundation | | |

11

**SCHEDULE F**

**Deposition Designations**

**DEFENDANTS DEPOSITION DESIGNATIONS**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| **Sarah Kaye testimony** | | | |
| 4:22-25; 5:3-7; 14:11-20; 17:6-16; 76:21-78:3; 78:18-19; 78:22-24; 79:7-19; 79:21-80:5; 80:12-13; 80:22-81:2 | 77:9-24; 402, 403<br>78:18-19, 22-24; 402<br>79:7-19, 79:21-80:5; F, 402, 802, 403<br>80:12-13, 80:22-81:2; F, 402, 403 | 11:2-9; 17:17-18:1; 78:4-17; 78:20-21; 78:25-79:6; 80:6-11; 81:3-10 | 78:25-79:6; FRE 402 and 403 (Lack of Relevance, Prejudicial, colloquy/speech by counsel) |
| **Limor Elbaz testimony** | | | |
| 5:7-9; 6:17-7:2; 9:3-5; 17:13-16; 17:21-25; 18: 7-12; 22:22-23:2; 23:13-15; 29:13-20; 43:3-5; 43:7-11; 43:13-16; 43:18; 58:6-24; 60:6-7; 60:9-12; 60:14-19; 61:13-20; 61:22-25; 88:10-14; 88:16-22; 89:8-10; 25; 89:12-15; 89:17; 102:9-11; 102:13; 108:2-3; 108:5-7; 108:9-11; 108:13-15; 108:17; 111:2-7; 111:9; 112:18-20; 112:22-113:8; 113:10-15; 119:3-5; 119:7-18; 145:6-8; 145:10-13; 145:15-22; 148:17-22; 148:24- | 17:13-16; V<br>43:3-11, 43:13-16; V, 402, 403<br>58:6-24; 402, 403<br>60:6-7, 60:9-12, 60:14-19; 402, 403<br>60:6-7, 60:9-10; A, M<br>61:13-20, 61:22-25; 402, 403<br>61:18-20, 61:22-25; F<br>88:10-14, 88:16-22, 89:8-10, 89:12-15, 89:17; F, V, 402, 403<br>102:9-11, 102:13; F, 701, V | 22:11-21; 23:16-19; 29:21-30:5; 43:19-44:9; 58:25-60:5; 61:5-12; 107:15-25; 110:19-25; 111:13-112:17; 117:19-119:2; 145:23-146:9; 149:7-16 | 117:19-119:2; Lack of Foundation; Beyond the scope of original designation |

---

[1] Finjan sets forth its objections to Defendants' deposition designations and counterdesignations by abbreviation. A key to the abbreviations can be found attached hereto at Schedule F(1).

12

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 149:6 | 108:2-3, 108:5-7, 108:9-11, 108:13-15, 108:17; 402, V, 403<br><br>111:2-7, 111:9; C, V, 402, 403<br><br>112:18-20, 112:22-113:8, 113:10-15; F, V, 402, 403<br><br>119:3-5, 119:7-18; F, 402, 403, V<br><br>145:6-8, 145:10-13, 145:15-22; 701, F, V<br><br>148:17-22, 148:24-149:6; 701, F, V, C, 802 | | |
| **Shlomo Touboul testimony 10/23/07** | | | |
| 5:14-17; 6:3; 13:2-6; 16:11-19; 16:21-23; 18:16-19:3; 43:18-44:5; 44:7-45:8; 46:11-18; 46:20-47:11; 70:24-71:7; 74:20-22; 75:3-11; 82:13-15; 93:9-14; 93:16; 97:16-98:5; 117:15-17; 126:18-22; 126:24; 126:25-127:3; 127:5-18; 127:25-128:3; 128:5-7; 128:8-10; 128:12-14; 128:15-16; 128:18-19; 128:22-129:1; 131:19-22; 131:24; 131:25- | 6:3; 402<br><br>13:2-6; 402, 403<br><br>16:11-19, 16:21-23; 402<br><br>18:16-19; 402<br><br>70:24-71:7; 402, 403<br><br>82:13-15; 402, F, V<br><br>93:11-14, 93:16; 402, 403, F<br><br>97:16-98:5; 402, 403, 802<br><br>117:15-17; F, 701, 402, 403<br><br>126:18-22, 126:24; M, 701, V | 19:4-9; 43:15-17; 45:17-46:10; 47:12-18; 74:23-75:2; 98:6-13; 117:18-24; 125:11-126:17; 127:19-24; 129:2-131:18; 132:10-15; 132:23-133:1; 142:7-14; 155:3-12; 155:19-156:7 | 74:23-75:2; FRE 402 and 403 (Lack of Relevance, prejudicial); incomplete<br><br>127:19-24; FRE 402 and 403 (Lack of Relevance, Prejudicial, colloquy/speech by counsel)<br><br>132:10-15; FRE 402 and 403 (Lack of Relevance, Prejudicial, colloquy/speech by counsel)<br><br>132:23-133:1; FRE 402 and |

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 132:9; 132:16-22; 133:2-3; 139: 21-140:6; 140:10-141:18; 141:20-142:6; 148:9-12; 148:14-17; 149:4-9; 149:11, 155:13-15; 155:17-18 | 126:25-127:3, 127:5-18, 127:25-128:3, 128:5-7; F, 701, V | | 403 (Lack of Relevance, Prejudicial, colloquy/speech by counsel) |
| | 128:8-10, 128:12-14, 128:15-16, 128:18-19, 128:22-129:1; F, V | | |
| | 131:19-22, 131:24, 131:25-132:9, 132:16-22, 133:2-3; 402, 403, 704, AG | | |
| | 139:21-142:6; F | | |
| | 141:17-18 to 142:6; M, AG, 148:9-12, 148:14-17, 149:4-9, 149:8-11; 704, V, F | | |
| | 155:13-15, 155:17-18; 701, V, F | | |
| **Shlomo Touboul testimony 11/1/07** | | | |
| 4:5-7; 16:24-17:24; 18:1; 59:3-5; 59:7-10, 59:12-15; 59:17-60:1; 60:3-9, 60:11-22; 60:24-61:12; 112:6-9; 112:11;112:12-13; 112:15-18; 112:20-25; 113:1-2; 113:4-5; 113:6-7; 113:9-10; 113:12-13; 113:14-16; 113:18-114:6; 114:8; 114:9-16; 114:19-25; 115:1-4; 115:6-116:15; 116:17-22 | 16:24-17:24, 18:1; V, 402, 403, F | 58:12-59:2; 61:13-62:6 | No objections |
| | 59:3-5, 59:7-10, 59:12-15, 59:17-60:1, 60:3-9, 60:11-22, 60:24-61:12; 701, V, AG | | |
| | 112:6-9, 112:11; 701, V | | |
| | 112:12-13, 112:15-18, 112:20-25, 113:1-2, 113:4-5; 701, V | | |
| | 113:6-7, 113:9-10, 113:12-13; 701, V | | |

14

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| | 113:14-16, 113:18-114:6, 114:8; 701, AA, 704, V, AG<br><br>114:9-16, 114:19-25; 701, AA, 704, V, AG<br><br>115:1-4, 115:6-116:15, 116:17-22; 701, AA, 704, V, AG | | |
| **Vigal Edery testimony**<br>4:21-23; 5:3-5; 11:23-12:14; 14:9-21; 14:23; 15:18; 15:20-16:11;<br>29:22-30:2; 30:24-31:16; 31:18-21;<br>34:7-19; 34:21-35:2; 35:4-8; 37:22-23; 37:25-38:9; 38:11-12; 39:18-19;<br>38:21-24; 40:19-21; 40:23-25; 41:2-8; 42:2-4; 42:6-14; 42:16-19; 42:21-25; 43:2-4; 45:18-20; 45:22-46:2;<br>46:4-11; 46:13-17; 46:19-20; 48:1-5; 48:7-9; 48:11-13; 48:15-25; 49:2-8; 49:10-14; 49:16-18; 49:20-24;<br>50:1-4; 50:6-7; 51:1-3; 51:5-8;<br>51:10-14; 51:16; 59:6-19; 59:21;<br>68:2-9; 68:11-13; 68:15-25; 69:3-6; | 14:9-21, 14:23; V<br>15:25-16:3; A<br>31:15-16, 31:18-21; V<br>34:14-15; 704, F<br>37:22-23, 37:25-38:9, 38:11-12; 704, V<br>39:18-19, 38:21-24; 106, incoherent citation, if second reference is meant to be 39:21-24 then 402, V<br>40:19-21, 40:23-25, 41:2-8; V, 704<br>42:2-4, 42:6-7; V, 704<br>42:8-12; 402<br>42:13-14, 42:16; V<br>42:17-19, 42:21-22; V<br>42:24-25, 43:2-4; V | 35:9-17; 40:12-18; 41:9-42:1; 43:5-44:24; 46:21-47:25; 50:8-25; 64:2-68:1; 100:3-20 | No objections. |

15

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 69:8-11; 69:13-17; 69:19; 84:3-9; | 45:18-20, 45:22-46:2, 46:4-6; 701, 704, V | | |
| 84:11-16; 84:18-22; 84:24-25; | 48:1-5, 48:7; 402, F | | |
| 100:21-23; 100:25-101:4; 101:6-10; | 48:8-9, 48:11-13, 48:15-25, 49:2-8, 49:10-14, 49:16-18, 49:20; 402, F, 701, 704 | | |
| 101:12-18; 101:20-24: 102:1-3; | | | |
| 102:5-7; 102:9-16; 102:18-22; | | | |
| 102:24-103:4; 103:6; 114:3-10; | 50:3-4, 50:6-7; 402, 701, 704 | | |
| 114:12-14; 116:9-117:3; 117:5-8; | 51:1-3, 51:5-8, 51:10-14, 51:16; F, 701, V, 704 | | |
| 117:10-25; 118:2-3; 119:13-21; | 59:6-19, 59:21; 701, F, 704 | | |
| 119:23-120:1; 120:3-4; 122:11-12; | 68:2-6; 402 | | |
| 122:14-18; 122:20-23; 122:25- | 68:8-9, 68:11-13, 68:15-22; 701, V | | |
| 123:2; 123:4-8; 123:10-12; 123:14- | 68:24-25, 69:3; 701, V, AA | | |
| 18; 123:20-23; 123:25-124:2; | 69:4-6, 69:8-11, 69:13-17, 69:19; 701, V | | |
| 124:4-7; 124:9-11; 124:14-15; | 84:3-9, 84:11-16, 84:18-22, 84:24-25; 701, V | | |
| 124:17-19; 124:21-23; 124:25- | | | |
| 125:3; 125:5-7; 125:9-14; 125:16- | 100:21-23, 100:25-101:4, 101:6-10, 101:12-18, 101:20-24: 102:1-3; F, 701, | | |
| 20; 125:22-24; 126:1-2; 128:6-9; | | | |
| 128:11-18 | 102:5-7, 102:9-16, 102:18-22, 102:24-103:4, 103:6; 402, 701, V, 704 | | |
| | 114:9-10, 114:12-14; V | | |

16

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| | 116:9-117:3, 117:5-8, 117:10-25, 118:2-3; 402, 403 117:2-3, 117:10-11; 701 119:13-21, 119:23-120:1, 120:3-4; 402, V 122:11-12, 122:14-18, 122:20-23, 122:25-123:2, 123:4-8, 123:10-12, 123:14-18, 123:20-23, 123:25-124:2, 124:4-7, 124:9-11, 124:14-15, 124:17-19, 124:21-23, 124:25-125:3, 125:5-7, 125:9-14, 125:16-20, 125:22-24, 126:1-2; 402, 701, F, 704 128:6-9, 128:11-18; 402, 403, duplicative testimony | | |
| **David Kroll testimony** | | | |
| 5:8-12; 5:16-20; 13:16-21; 20:17-19; 20:21-21:3; 21:5-10; 21:12-14; 30: 3-7; 30:9-31:8; 37:10-16; 39:1-2; 39:4-9; 39:11-18; 39:20-40:2; 40:4-9; 40:12-19; 40:21; 46:20-24; 47:1-17; 47:19-25; 48:2-7; 48:9-12; | 30:6-7, 30:9; C 31:8; 106 39:1-2, 39:4-5; C 47:23-25, 48:2-4; M 48:17-21; F 49:12-13; 402 50:6-8, 50:10-13, 50:15-50:18; AA | 21:16-25; 31:9; 120:15-121:13 | 31:9; incomplete designation |

17

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 48:14-18; 48:20-49:2; 49:4-5; 49:8; 49:11-22; 50:1-3; 50:5-8; 50:10-13; 50:15-23; 64:4-6; 64:8-13; 64:15-23; 64:25-65:4; 65:6-13; 65:15; 74:21-75:3; 75:5-8; 75:10-18; 79:11-13; 79:15-17; 79:19-25; 80:2-6; 80:8-9; 82:10-16; 82:18-21; 82:23-83:5; 83:10-16; 83:18-25; 84:2-7; 84:9-14; 84:16-23; 84:25-85:13; 85:15-86:1; 86:3-8; 86:10-16; 86:18-20; 86:22-25; 87:2; 109:3-5; 109:7-11; 109:13-16; 119:17-120:5; 120:7-13 | 65:2-4, 65:6; C<br>65:7-13, 65:15; M<br>75:3, 75:5; C<br>75:6-75:8, 75:7-8, 75:10-18; F, 402, 403<br>79:23-25, 79:2-6, 79:8-9; F, 402, 403<br>82:10-16, 82:18-21, 82:23-83:5; F, 402, 403<br>84:9-14, 84:16-19; 704, 802<br>84:21-23, 84:25; F, 802, 704<br>85:16-86:1, 86:3-8, 86:10-16, 86:18-20; 86:22-25, 87:2; F, 802, 704<br>109:3-5, 109:7-11, 109:13-16; V<br>119:17-120:5, 120:7-13; 701, 704 | | No objections |
| **Nimrod Vered testimony**<br>5:1-3; 5:7-8; 13:10-12; 21:24-22:1; 22:3-13; 29:13-15; 29:17-23; 29:25-30:4; 30:6-10; 30:12-20; 30:22-24; 31:1-8; 31:10-21; 31:23-32:2; 32:4-7; 32:13-15; 44:21-23; 45:1-5; 45:7-17; 45:19-46:21; 46:23; 46:25- | 21:24-22:1, 22:3-13; 701, F, V<br>29:13-15, 29:17-23, 29:25-30:4, 30:6-10, 30:12-20, 30:22-24, 31:1-8, 31:10-21, 31:23-32:2, 32:4-7; 701, V<br>31:11-21, 31:23-32:2, 32:4-7; F | 20:7-21:23; 22:14-20; 29:4-12; 44:12-20; 95:10-17 | |

SCHEDULE F

Deposition Designations

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 47:19; 47:22-48:9; 48:11-21; 48:23-49:2; 49:4-14; 49:16-50:16; 50:18-22; 50:24-51:5; 51:7-24; 52:1-5; 52:7-8; 52:10-16; 52:18-21; 52:23-53:7; 53:9-54:12; 54:14-18; 54:20-55:2; 55:4; 63:15-19; 63:21-64:9; 64:11-20; 64:22-65:8; 65:10-15; 65:17-18; 65:20-24; 66:9-18; 66:20-67:14; 67:16-68:4; 69:13-70:18; 70:21-71:14; 71:16-19; 71:21; 71:22-72:1; 72:3-5; 72:8-11; 80:2-4; 87:19-20; 87:22-24; 88:1; 91:17-20; 91:23-25; 93:9-21; 93:23-94:1; 94:3-17; 94:19-23; 95:1-3; 95:5-9; 95:18-23; 95:25; 97:12-14; 97:16-21; 97:23-25; 98:2-6; 98:8-10; 98:12-14; 98:16-18; 98:20-24; 99:1-4; 99:6-8; 99:10-12; 99:14-16; 99:18-20; 99:22-25; 100:2 | 44:21-23;45:1-5, 45:7-17, 45:19-46:21, 46:23, 46:25-47:19, 47:22-48:9, 48:11-21, 48:23-49:2, 49:4-11; 701, 704<br>44:21-23, 45:1-4 ; C<br>49:4-14, 49:16-50:2; 402, F, 701<br>44:21-23, 45:1-4, C<br>50:3-16, 50:18, 402, 701, 704<br>50:18-22, 50:24-51:5, 51:7-24, 52:1; 701, V<br>52:2-5, 52:7-8, 52:10-16, 52:18-21, 52:23-53:7, 53:9-54:1; 701, 704, F<br>54:2-12, ; C, V<br>54:14-18, 54:20-55:2, 55:4; F, 701, V<br>63:15-19, 63:21; F, V, B, 802<br>63:15-19, 63:21-64:9, 64:11-20, 64:22-65:8, 65:10-15, 65:17-18, 65:20-24; F, 701, B, 802<br>66:18, 66:20, 67:15, 67:16-18; F<br>67:24-68:4; V, 402, 403 | | |

19

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| | 70:17-18, 70:21-23; M, 701, F<br><br>71:14, 71:16-19, 71:21, 71:25-72:1, 72:3-4; F<br><br>72:5-6, 72:8; 701, V<br><br>87:19-20, 87:22-24, 88:1; 402, 403, 704, 701, F<br><br>91:17-20, 91:23-25; 402, 701, F<br><br>93:9-21, 93:23-94:1, 94:3-17, 94:19-23, 95:1-3, 95:5-9, 95:18-23, 95:25, 97:12-14, 97:16-21, 97:23-25, 98:2-6, 98:8-10, 98:12-14, 98:16-18, 98:20-24, 99:1-4, 99:6-8, 99:10-12, 99:14-16, 99:18-20, 99:22-25, 100:2; 701, F, 402, 704 | | |
| **Dan Frommer testimony** | | | |
| 4:24-5:2; 5:6-7; 19:7-8; 19:10-17; 19:19-23; 19:25-20:5; 20:7-11; 20:13-19, 20:21-21:8; 21:10-11; 31:16-19; 31:21-24; 32:1-4; 32:6-14; 32:16-33:16; 33:18; 34:7-15; 34:17-24; 35:1, 43:1-9; 43:11-21; 43:23-44:25; 55:13-18; 87:18-20; | 5:6-7; 402<br><br>19:7-8, 19:10-17, 19:19-23, 19:25-20:5, 20:7-11, 20:13-19, 20:21-21:8, 21:10-11; 701, 704, V<br><br>19:16-14, 19:19; 402<br><br>31:16-19, 31:21-24, 32:1-4, 32:6; 402, 701, 704 | 21:12-22:4; 33:19-34:6;<br><br>39:2-17; 40:13-42:25;<br><br>105:19-108:4; 115:15-25; 187:18-23; 191:9-21 | 105:19-108:4; Lack of Foundation; Beyond the scope of original designation; FRE 402, 403 (lack of relevance, prejudice), Calls for Legal Conclusion/Claims Construction<br><br>191:9-21; Beyond the scope of original designation; |

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 87:22-88:10; 88:12-14; 88:16-23; | 32:12-14, 32:16; V | | incomplete; misleading |
| 88:25-89:16; 89:18-22; 89:24- | 33:9-16, 33:18; 402, V, M, AG, 704 | | |
| 90:12; 90:14-18; 90:20-91:4; 91:6- | 34:10-15, 34:17-24, 35:1; 402, V, AG, 704 | | |
| 18; 91:20-92:24; 93:1-17; 93:19- | 43:9, 43:11-12; 402, 403 | | |
| 94:1; 94:3-7; 94:9-12; 94:14-95:2; | 43:18-21, 43:23; V | | |
| 95:4-11; 95:13-16; 95:18; 108:5-9; | 87:18-20, 87:22-88:10, | | |
| 108:11-17; 108:19-21; 108:23- | 88:12-14, 88:16; V, 402, 403 | | |
| 109:6; 109:8-19; 109:21-24; 110:1- | 89:3-10; 402, 403 | | |
| 4, 110:7-13; 110:16-19; 110:21- | 88:23, 88:25-2, 89:11-13; V, 402, 403 | | |
| 111:1; 111:3-11; 111:13-19; | | | |
| 111:21-25; 112:2-4; 112:6-10; | 89:14-16, 89:18-22, 89:24-90:8; F, V, 402, 403 | | |
| 112:12-14; 112:16-17; 114:8-10; | 90:9-90:12, 90:14-18, 90:20; 403, V, M | | |
| 114:12-13; 114:15-20; 114:22- | 90:24-91:4, 91:6-15; F, 402, 403 | | |
| 115:5; 115:7-15; 115:17; 118:23- | | | |
| 119:13; 119:15-17; 119:19-23; | 91:16-18, 91:20--92:24, 93:1-5; V, 402, 403 | | |
| 119:25-120:12; 120:14-20; 120:22- | 95:1-2, 95:4-5; F, 402, 403 | | |
| 121:1; 121:3-12; 121:14; 149:23; | 108:5-9, 108:11-17; V | | |
| 149:25-150:8; 150:10-22; 150:24- | | | |
| 151:8; 151:10-16; 151:18-152:4; | | | |
| 152:6-8; 152:10-14; 152:16-17; | | | |
| 188:12-16; 188:18-189:4; 189:6-13; | | | |

21

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 189:15-24; 190:1-9; 190:11-16; 190:18-24; 191:1-6; 191:8 | 108:5-9, 108:11-17, 108:19-21, 108:23-109:6, 109:8-19, 109:21-24, 110:1-4, 110:7-13, 110:16-19, 110:21-111:1, 111:3-11, 111:13-19, 111:21-25, 112:2-4, 112:6-10, 112:12-14, 112:16-17; F, 701, V, S<br><br>114:8-10, 114:12-13, 114:15; F<br><br>114:8-10, 114:12-13, 114:15-20, 114:22-115:5, 115:7-15, 115:17; 701<br><br>119:11-119:13, 119:15-17, 119:19-23, 119:25-120:12, 120:14-15, 120:23-121:1, 121:3-12, 121:14; V, F<br><br>119:9-14; F<br><br>119:11-13, 119:15-17, 119:19; F, C<br><br>120:23-121:1, 121:3-12, 121:14; 701<br><br>150:18-22, 150:24-151:8, 151:10-14; V | | |

22

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| | 188:12-16, 188:18-189:4, 189:6-13, 189:15-24, 190:1-9, 190:11-16, 190:18-24, 191:1-6, 191:8; 701, 704 189:12-13, 189:15; C | | |
| **Ezra Sofer testimony** | | | |
| 5:5-7; 5:10-11; 6:19-23; 19:20-22; 19:24-20:6; 20:11; 20:13-21:4; 24:6-25:20; 26:9-12; 26:14-15; 28:18-29:2; 31:24-32:8; 34:25-35:18; 36:14-18; 37:6-10; 38:5-8; 38:12-14; 54:3-8; 54:16-19; 65:19-66:7; 66:9; 77:10-22; 77:24; 102:5-24; 105:6-8; 105:10-14; 111:5-112:15; 112:20-114:19; 131:8-11; 131:13; 173:8-10; 173:12-20; 173:22-174:17; 174:19-22; 175:11-18; 180:9-12; 180:14-15; 180:23-25; 181:4 | 5:10-11; 402 19:20-22, 19:24-20:6, 20:11, 20:13-14; V 20:1-6, 20:11, 20:13-14; C 20:13-21:4, 24:6-25:20; 402, 403 34:25-35:18; 402 38:5-8, 38:12-14; C 77:20-22, 77:24; F 102:10-20; 402, 403 173:8-10, 173:12-15; V 173:12-20, 173:22-174:5; C, 402, 403 175:11-18; 106 180:9-12, 180:14-15; C, V 180:23-25, 181:4; 106 | 19:13-19; 20:12 | 19:13-19; Colloquy/speech by counsel 20:12; Colloquy/speech by counsel |
| **Asher Polani Testimony** | | | |
| 5:1-4; 5:8-9; 32:6-11; 32:24-33:6; 33:18-34:2; 76:14-77:2; 84:9-85:21; | 5:8-9; 402 84:9-85:21; 106 232:20-233:22; 106 | 32:12-23 | No objections. |

23

**SCHEDULE F**

**Deposition Designations**

| Secure Computing's Designations | Finjan's Objections[1] | Finjan's Counterdesignations | Secure's Objections to Counterdesignations |
|---|---|---|---|
| 100:11; 100:13-14; 101:22-102:24; 105:6-12; 121:4-7; 206:13-207:1; 211:1-212:9; 232:20-233:22; 255:21-256:2; 265:10-266:8; | | | |

24

## SCHEDULE F

### Deposition Designations

## RESERVATIONS AND NOTATIONS

- The parties reserve the right to amend and/or supplement these designations, counterdesignations and objections.

- The parties' Counterdesignations are made subject to objections to the original designation. If an objection to the original designation is withdrawn, the parties reserve the right to withdraw the counterdesignation. If an objection is sustained, the parties reserve the right to withdraw the counterdesignation.

- The parties objections to exhibits mentioned in a designation will be made separately as part of the objections to exhibits.

- Secure Computing objects to the reading of any attorney colloquy or objections.

- Secure Computing reserves the right to designate deposition testimony of Yuval Ben-Itzhak if Mr. Ben-Itzhak is taken off Finjan's "will call" witness list.

- Secure Computing objects to the offering of any testimony by deposition of a witness who is available to testify live at trial.

- Secure Computing proposes that where the interpreter has accepted a correction of the translation, the original translation and objection should not be read, but only the corrected translation.

25

841259

# EXHIBIT G

## SCHEDULE G

### Finjan's and Secure Computing's Statement
### Regarding Settlement Discussions

Plaintiff-Counterdefendant Finjan Software, Ltd. and Counterdefendant Finjan Software, Inc. (collectively "Finjan"), and Defendants-Counterclaimants, Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG ("Secure Computing"), submit the following statement summarizing the history and status of settlement negotiations between the parties, for purposes of section 2(j) of the Finjan Pretrial Order:

On October 25, 2007, the parties participated in a mediation conference with The Honorable Magistrate Judge Mary Pat Thynge. The mediation did not result in settlement of any claims. The mediation was the first time the parties had a substantive discussion regarding settlement. The CEO's of Secure Computing and Finjan have continued to discuss settlement directly with each other since the October 25th mediation.

# EXHIBIT H

## SCHEDULE H

### List of *Motions in Limine*

1.  Finjan's Motion *in Limine* No. 1 to Exclude Testimony of Dan Wallach's Invalidity Opinion Regarding Finjan's Three Patents in Suit

    a.  Finjan's Motion In Limine (D.I. 147) and Affidavit of Meghan Ashley Wharton (D.I. 148)

    b.  Secure Computing's Opposition (D.I. 159)

    c.  Finjan's Reply (D.I. 162)

2.  Finjan's Motion *in Limine* No. 2 to Exclude Expert Opinion and Testimony of Dan Wallach Regarding Alleged Infringement of Secure Computing's Patents

    a.  Finjan's Motion In Limine (D.I. 149) and Affidavit of Meghan Ashley Wharton (D.I. 150)

    b.  Secure Computing's Opposition (D.I. 160)

    c.  Finjan's Reply (D.I. 163)

3.  Finjan's Motion *in Limine* No. 3 to Exclude Expert Opinion and Testimony of Carl G. Degen Relating to Infringement of Finjan's Patents

    a.  Finjan's Motion In Limine (D.I. 151) and Affidavit of Meghan Ashley Wharton (D.I. 152)

    b.  Secure Computing's Opposition (D.I. 161)

    c.  Finjan's Reply (D.I. 164)

4.  Secure Computing Corporation's Motion to Exclude Cumulative Expert Testimony of Matthew Bishop and Todd Heberlein

    a.  Secure Computing's Motion In Limine (D.I. 154)

    b.  Finjan's Opposition (D.I. 158)

    c.  Secure Computing's Reply (D.I. 167)

5.   Secure Computing Corporation's Motion to Exclude Expert Testimony of Giovanni Vigna Regarding Alleged Infringement of Patent Claims Not Addressed in Vigna's Opening Expert Report

    a.   Secure Computing's Motion In Limine (D.I. 153)

    b.   Finjan's Opposition (D.I. 157)

    c.   Secure Computing's Reply (D.I. 166)

6.   Secure Computing Corporation's Motion to Preclude Finjan From Asserting Infringement Under the Doctrine of Equivalents

    a.   Secure Computing's Motion In Limine (D.I. 155)

    b.   Finjan's Opposition (D.I. 156)

    c.   Secure Computing's Reply (D.I. 165)