IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-00369 GMS |
| v. | ) ) ) | |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## SECURE COMPUTING CORPORATION'S
## PROPOSED SPECIAL JURY VERDICT FORM

ANSWER ALL OF THE FOLLOWING QUESTIONS:

## INFRINGEMENT

**1.    HAS FINJAN PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SECURE COMPUTING HAS DIRECTLY INFRINGED ANY CLAIM OF U.S. PATENT NO. 6,092,194 ('194 PATENT)?**

*Answer the following question regarding infringement of the '194 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

(A)    Claim 1    Yes_____    No_____

(B)    Claim 2    Yes_____    No_____

(C)    Claim 3    Yes_____    No_____

(D)    Claim 4    Yes_____    No_____

(E)    Claim 5    Yes_____    No_____

(F)    Claim 6    Yes_____    No_____

(G)    Claim 7    Yes_____    No_____

(H)    Claim 8    Yes_____    No_____

(I)     Claim 9      Yes_____    No_____

(J)     Claim 10     Yes_____    No_____

(K)     Claim 11     Yes_____    No_____

(L)     Claim 12     Yes_____    No_____

(M)     Claim 13     Yes_____    No_____

(N)     Claim 14     Yes_____    No_____

(O)     Claim 24     Yes_____    No_____

(P)     Claim 25     Yes_____    No_____

(Q)     Claim 26     Yes_____    No_____

(R)     Claim 27     Yes_____    No_____

(S)     Claim 28     Yes_____    No_____

(T)     Claim 29     Yes_____    No_____

(U)     Claim 30     Yes_____    No_____

(V)     Claim 32     Yes_____    No_____

(W)     Claim 33     Yes_____    No_____

(X)     Claim 34     Yes_____    No_____

(Y)     Claim 35     Yes_____    No_____

(Z)     Claim 36     Yes_____    No_____

(AA)    Claim 65     Yes_____    No_____

**2.    HAS FINJAN PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SECURE COMPUTING HAS DIRECTLY INFRINGED ANY CLAIM OF U.S. PATENT NO. 6,804,780 ('780 PATENT)?**

*Answer the following question regarding infringement of the '780 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

(A)     Claim 1      Yes_____    No_____

(B)     Claim 2      Yes_____    No_____

(C)    Claim 3        Yes_____    No_____

(D)    Claim 4        Yes_____    No_____

(E)    Claim 5        Yes_____    No_____

(F)    Claim 6        Yes_____    No_____

(G)    Claim 7        Yes_____    No_____

(H)    Claim 8        Yes_____    No_____

(I)    Claim 9        Yes_____    No_____

(J)    Claim 10       Yes_____    No_____

(K)    Claim 11       Yes_____    No_____

(L)    Claim 12       Yes_____    No_____

(M)    Claim 13       Yes_____    No_____

(N)    Claim 14       Yes_____    No_____

(O)    Claim 15       Yes_____    No_____

(P)    Claim 16       Yes_____    No_____

(Q)    Claim 17       Yes_____    No_____

(R)    Claim 18       Yes_____    No_____

**3.    HAS FINJAN PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT SECURE COMPUTING HAS DIRECTLY INFRINGED ANY CLAIM OF U.S. PATENT NO. 7,058,822 ('822 PATENT)?**

*Answer the following question regarding infringement of the '822 patent with "Yes" or "No." A "Yes" is a finding for Finjan.  A "No" is a finding for Secure Computing.*

(A)    Claim 1        Yes_____    No_____

(B)    Claim 2        Yes_____    No_____

(C)    Claim 4        Yes_____    No_____

(D)    Claim 6        Yes_____    No_____

(E)    Claim 8        Yes_____    No_____

MP3 20255791.1

(F)    Claim 9        Yes_____    No_____

(G)    Claim 12       Yes_____    No_____

(H)    Claim 13       Yes_____    No_____

(I)    Claim 15       Yes_____    No_____

(J)    Claim 16       Yes_____    No_____

(K)    Claim 17       Yes_____    No_____

(L)    Claim 18       Yes_____    No_____

(M)    Claim 20       Yes_____    No_____

(N)    Claim 21       Yes_____    No_____

(O)    Claim 22       Yes_____    No_____

(P)    Claim 24       Yes_____    No_____

(Q)    Claim 26       Yes_____    No_____

(R)    Claim 27       Yes_____    No_____

(S)    Claim 28       Yes_____    No_____

(T)    Claim 29       Yes_____    No_____

(U)    Claim 31       Yes_____    No_____

(V)    Claim 32       Yes_____    No_____

(W)    Claim 34       Yes_____    No_____

(X)    Claim 35       Yes_____    No_____

**4.    HAS SECURE COMPUTING PROVEN THAT FINJAN'S INFRINGEMENT CLAIMS ARE BARRED BY THE DOCTRINE OF PATENT EXHAUSTION?**

*Answer the following question regarding patent exhaustion with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

Yes_____    No_____

**5.    HAS SECURE COMPUTING PROVEN THAT FINJAN'S INFRINGEMENT CLAIMS ARE BARRED BY LICENSE OR RELEASE?**

*Answer the following question regarding license or release with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

Yes_____    No_____

**6.    HAS SECURE COMPUTING PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT FINJAN HAS DIRECTLY INFRINGED ANY CLAIM OF U.S. PATENT NO. 7,185,361 ('361 PATENT)?**

*Answer the following question regarding infringement of the '361 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1      Yes_____    No_____

(B)    Claim 2      Yes_____    No_____

(C)    Claim 3      Yes_____    No_____

(D)    Claim 4      Yes_____    No_____

(E)    Claim 5      Yes_____    No_____

(F)    Claim 7      Yes_____    No_____

(G)    Claim 8      Yes_____    No_____

(H)    Claim 9      Yes_____    No_____

(I)    Claim 10     Yes_____    No_____

(J)    Claim 11     Yes_____    No_____

(K)    Claim 12     Yes_____    No_____

(L)    Claim 14     Yes_____    No_____

(M)    Claim 15     Yes_____    No_____

**7.    HAS SECURE COMPUTING PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT FINJAN HAS DIRECTLY INFRINGED ANY CLAIM OF U.S. PATENT NO. 6,357,010 ('010 PATENT)?**

*Answer the following question regarding infringement of the '010 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 37     Yes_____    No_____

**8.    HAS SECURE COMPUTING PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT FINJAN HAS CONTRIBUTORILY INFRINGED OR INDUCED INFRINGEMENT OF ANY CLAIM OF U.S. PATENT NO. 7,185,361 ('361 PATENT)?**

*Answer the following question regarding infringement of the '361 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1      Yes_____    No_____

(B)    Claim 2      Yes_____    No_____

(C)    Claim 3      Yes_____    No_____

(D)    Claim 4      Yes_____    No_____

(E)    Claim 5      Yes_____    No_____

(F)    Claim 7      Yes_____    No_____

(G)    Claim 8      Yes_____    No_____

(H)    Claim 9      Yes_____    No_____

(I)    Claim 10     Yes_____    No_____

(J)    Claim 11     Yes_____    No_____

(K)    Claim 12     Yes_____    No_____

(L)    Claim 14     Yes_____    No_____

(M)    Claim 15     Yes_____    No_____

**9.    HAS SECURE COMPUTING PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT FINJAN HAS CONTRIBUTORILY INFRINGED OR INDUCED INFRINGEMENT OF ANY CLAIM OF U.S. PATENT NO. 6,357,010 ('010 PATENT)?**

*Answer the following question regarding infringement of the '010 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 37     Yes_____    No_____

10.    **IF YOU FOUND THAT SECURE COMPUTING INFRINGED ANY CLAIM OF ANY OF THE PATENTS-IN-SUIT, HAS FINJAN PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT SECURE COMPUTING'S INFRINGEMENT WAS WILLFUL?**

*Answer the following question regarding willful infringement with a "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

Yes_____    No_____

11.    **IF YOU FOUND THAT FINJAN INFRINGED ANY CLAIM OF ANY OF THE PATENTS-IN-SUIT, HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT FINJAN'S INFRINGEMENT WAS WILLFUL?**

*Answer the following question regarding willful infringement with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

Yes_____    No_____

## INVALIDITY

12.    **HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,092,194 ('194 PATENT) ARE INVALID ON THE GROUND OF ANTICIPATION?**

*Answer the following question regarding validity of the '194 Patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1    Yes_____    No_____

(B)    Claim 2    Yes_____    No_____

(C)    Claim 3    Yes_____    No_____

(D)    Claim 4    Yes_____    No_____

(E)    Claim 5    Yes_____    No_____

(F)    Claim 6    Yes_____    No_____

(G)    Claim 7    Yes_____    No_____

(H)    Claim 8    Yes_____    No_____

(I)    Claim 9    Yes_____    No_____

(J)    Claim 10    Yes_____    No_____

(K)   Claim 11      Yes_____   No_____

(L)   Claim 12      Yes_____   No_____

(M)   Claim 13      Yes_____   No_____

(N)   Claim 14      Yes_____   No_____

(O)   Claim 24      Yes_____   No_____

(P)   Claim 25      Yes_____   No_____

(Q)   Claim 26      Yes_____   No_____

(R)   Claim 27      Yes_____   No_____

(S)   Claim 28      Yes_____   No_____

(T)   Claim 29      Yes_____   No_____

(U)   Claim 30      Yes_____   No_____

(V)   Claim 32      Yes_____   No_____

(W)   Claim 33      Yes_____   No_____

(X)   Claim 34      Yes_____   No_____

(Y)   Claim 35      Yes_____   No_____

(Z)   Claim 36      Yes_____   No_____

(AA)  Claim 65      Yes_____   No_____

   If you found any claim of the '194 patent invalid by reason of anticipation, state

separately for each claim the specific art you find anticipates_____

_____

**13.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,804,780 ('780 PATENT) ARE INVALID ON THE GROUND OF ANTICIPATION?**

   *Answer the following question regarding validity of the '780 Patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)   Claim 1      Yes_____     No_____

(B)    Claim 2        Yes_____    No_____

(C)    Claim 3        Yes_____    No_____

(D)    Claim 4        Yes_____    No_____

(E)    Claim 5        Yes_____    No_____

(F)    Claim 6        Yes_____    No_____

(G)    Claim 7        Yes_____    No_____

(H)    Claim 8        Yes_____    No_____

(I)    Claim 9        Yes_____    No_____

(J)    Claim 10       Yes_____    No_____

(K)    Claim 11       Yes_____    No_____

(L)    Claim 12       Yes_____    No_____

(M)    Claim 13       Yes_____    No_____

(N)    Claim 14       Yes_____    No_____

(O)    Claim 15       Yes_____    No_____

(P)    Claim 16       Yes_____    No_____

(Q)    Claim 17       Yes_____    No_____

(R)    Claim 18       Yes_____    No_____

If you found any claim of the '780 patent invalid by reason of anticipation, state

separately for each claim the specific art you find anticipates_____

_____

### 14.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 7,058,822 ('822 PATENT) ARE INVALID ON THE GROUND OF ANTICIPATION?

*Answer the following question regarding validity of the '822 Patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1        Yes_____    No_____

(B)    Claim 2     Yes_____    No_____

(C)    Claim 4     Yes_____    No_____

(D)    Claim 6     Yes_____    No_____

(E)    Claim 8     Yes_____    No_____

(F)    Claim 9     Yes_____    No_____

(G)    Claim 12    Yes_____    No_____

(H)    Claim 13    Yes_____    No_____

(I)    Claim 15    Yes_____    No_____

(J)    Claim 16    Yes_____    No_____

(K)    Claim 17    Yes_____    No_____

(L)    Claim 18    Yes_____    No_____

(M)    Claim 20    Yes_____    No_____

(N)    Claim 21    Yes_____    No_____

(O)    Claim 22    Yes_____    No_____

(P)    Claim 24    Yes_____    No_____

(Q)    Claim 26    Yes_____    No_____

(R)    Claim 27    Yes_____    No_____

(S)    Claim 28    Yes_____    No_____

(T)    Claim 29    Yes_____    No_____

(U)    Claim 31    Yes_____    No_____

(V)    Claim 32    Yes_____    No_____

(W)    Claim 34    Yes_____    No_____

(X)    Claim 35    Yes_____    No_____

If you found any claim of the '822 patent invalid by reason of anticipation, state

separately for each claim the specific art you find anticipates_____

---

**15.    HAS FINJAN PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 7,185,361 ('361 PATENT) ARE INVALID ON THE GROUND OF ANTICIPATION?**

*Answer the following question regarding validity of the '361 Patent with a "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

| (A) | Claim 1 | Yes_____ | No_____ |
| (B) | Claim 2 | Yes_____ | No_____ |
| (C) | Claim 3 | Yes_____ | No_____ |
| (D) | Claim 4 | Yes_____ | No_____ |
| (E) | Claim 5 | Yes_____ | No_____ |
| (F) | Claim 7 | Yes_____ | No_____ |
| (G) | Claim 8 | Yes_____ | No_____ |
| (H) | Claim 9 | Yes_____ | No_____ |
| (I) | Claim 10 | Yes_____ | No_____ |
| (J) | Claim 11 | Yes_____ | No_____ |
| (K) | Claim 12 | Yes_____ | No_____ |
| (L) | Claim 14 | Yes_____ | No_____ |
| (M) | Claim 15 | Yes_____ | No_____ |

**16.    HAS FINJAN PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,357,010 ('010 PATENT) ARE INVALID ON THE GROUND OF ANTICIPATION?**

*Answer the following question regarding validity of the '010 Patent with a "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

| (A) | Claim 37 | Yes_____ | No_____ |

- 11 -

**17.     HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,092,194 ('194 PATENT) ARE INVALID ON THE GROUND OF OBVIOUSNESS?**

*Answer the following question regarding validity of the '194 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

    (A)    Claim 1    Yes_____    No_____

    (B)    Claim 2    Yes_____    No_____

    (C)    Claim 3    Yes_____    No_____

    (D)    Claim 4    Yes_____    No_____

    (E)    Claim 5    Yes_____    No_____

    (F)    Claim 6    Yes_____    No_____

    (G)    Claim 7    Yes_____    No_____

    (H)    Claim 8    Yes_____    No_____

    (I)    Claim 9    Yes_____    No_____

    (J)    Claim 10    Yes_____    No_____

    (K)    Claim 11    Yes_____    No_____

    (L)    Claim 12    Yes_____    No_____

    (M)    Claim 13    Yes_____    No_____

    (N)    Claim 14    Yes_____    No_____

    (O)    Claim 24    Yes_____    No_____

    (P)    Claim 25    Yes_____    No_____

    (Q)    Claim 26    Yes_____    No_____

    (R)    Claim 27    Yes_____    No_____

    (S)    Claim 28    Yes_____    No_____

    (T)    Claim 29    Yes_____    No_____

    (U)    Claim 30    Yes_____    No_____

MP3 20255791.1

(V)   Claim 32   Yes_____   No_____

(W)   Claim 33   Yes_____   No_____

(X)   Claim 34   Yes_____   No_____

(Y)   Claim 35   Yes_____   No_____

(Z)   Claim 36   Yes_____   No_____

(AA)   Claim 65   Yes_____   No_____

If you found any claim of the '194 patent invalid by reason of obviousness, state

separately for each claim the specific art you find invalidates_____

_____

**18.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,804,780 ('780 PATENT) ARE INVALID ON THE GROUND OF OBVIOUSNESS?**

*Answer the following question regarding validity of the '780 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)   Claim 1   Yes_____   No_____

(B)   Claim 2   Yes_____   No_____

(C)   Claim 3   Yes_____   No_____

(D)   Claim 4   Yes_____   No_____

(E)   Claim 5   Yes_____   No_____

(F)   Claim 6   Yes_____   No_____

(G)   Claim 7   Yes_____   No_____

(H)   Claim 8   Yes_____   No_____

(I)   Claim 9   Yes_____   No_____

(J)   Claim 10   Yes_____   No_____

(K)   Claim 11   Yes_____   No_____

(L)   Claim 12   Yes_____   No_____

(M)    Claim 13    Yes_____    No_____

(N)    Claim 14    Yes_____    No_____

(O)    Claim 15    Yes_____    No_____

(P)    Claim 16    Yes_____    No_____

(Q)    Claim 17    Yes_____    No_____

(R)    Claim 18    Yes_____    No_____

If you found any claim of the '780 patent invalid by reason of obviousness, state

separately for each claim the specific art you find invalidates_____

_____

**19.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 7,058,822 ('822 PATENT) ARE INVALID ON THE GROUND OF OBVIOUSNESS?**

*Answer the following question regarding validity of the '822 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1    Yes_____    No_____

(B)    Claim 2    Yes_____    No_____

(C)    Claim 4    Yes_____    No_____

(D)    Claim 6    Yes_____    No_____

(E)    Claim 8    Yes_____    No_____

(F)    Claim 9    Yes_____    No_____

(G)    Claim 12    Yes_____    No_____

(H)    Claim 13    Yes_____    No_____

(I)    Claim 15    Yes_____    No_____

(J)    Claim 16    Yes_____    No_____

(K)    Claim 17    Yes_____    No_____

(L)    Claim 18    Yes_____    No_____

(M)    Claim 20    Yes_____    No_____

(N)    Claim 21    Yes_____    No_____

(O)    Claim 22    Yes_____    No_____

(P)    Claim 24    Yes_____    No_____

(Q)    Claim 26    Yes_____    No_____

(R)    Claim 27    Yes_____    No_____

(S)    Claim 28    Yes_____    No_____

(T)    Claim 29    Yes_____    No_____

(U)    Claim 31    Yes_____    No_____

(V)    Claim 32    Yes_____    No_____

(W)    Claim 34    Yes_____    No_____

(X)    Claim 35    Yes_____    No_____

If you found any claim of the '822 patent invalid by reason of obviousness, state

separately for each claim the specific art you find invalidates_____

_____

**20.    HAS FINJAN PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 7,185,361 ('361 PATENT) ARE INVALID ON THE GROUND OF OBVIOUSNESS?**

*Answer the following question regarding validity of the '361 patent with a "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

(A)    Claim 1    Yes_____    No_____

(B)    Claim 2    Yes_____    No_____

(C)    Claim 3    Yes_____    No_____

(D)    Claim 4    Yes_____    No_____

(E)    Claim 5    Yes_____    No_____

(F)    Claim 7    Yes_____    No_____

- 15 -

(G)     Claim 8       Yes_____     No_____

(H)     Claim 9       Yes_____     No_____

(I)     Claim 10      Yes_____     No_____

(J)     Claim 11      Yes_____     No_____

(K)     Claim 12      Yes_____     No_____

(L)     Claim 14      Yes_____     No_____

(M)     Claim 15      Yes_____     No_____

If you found any claim of the '361 patent invalid by reason of obviousness, state

separately for each claim the specific art you find invalidates_____

_____

**21.     HAS FINJAN PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,357,010 ('010 PATENT) ARE INVALID ON THE GROUND OF OBVIOUSNESS?**

*Answer the following question regarding validity of the '010 patent with a "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

(A)     Claim 37      Yes_____     No_____

If you found any claim of the '010 patent invalid by reason of obviousness, state

separately for each claim the specific art you find invalidates_____

_____

**22.     HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,092,194 ('194 PATENT) ARE INVALID FOR LACK OF ENABLEMENT?**

*Answer the following question regarding validity of the '194 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)     Claim 1       Yes_____     No_____

(B)     Claim 2       Yes_____     No_____

- 16 -

(C)   Claim 3        Yes_____     No_____

(D)   Claim 4        Yes_____     No_____

(E)   Claim 5        Yes_____     No_____

(F)   Claim 6        Yes_____     No_____

(G)   Claim 7        Yes_____     No_____

(H)   Claim 8        Yes_____     No_____

(I)   Claim 9        Yes_____     No_____

(J)   Claim 10       Yes_____     No_____

(K)   Claim 11       Yes_____     No_____

(L)   Claim 12       Yes_____     No_____

(M)   Claim 13       Yes_____     No_____

(N)   Claim 14       Yes_____     No_____

(O)   Claim 24       Yes_____     No_____

(P)   Claim 25       Yes_____     No_____

(Q)   Claim 26       Yes_____     No_____

(R)   Claim 27       Yes_____     No_____

(S)   Claim 28       Yes_____     No_____

(T)   Claim 29       Yes_____     No_____

(U)   Claim 30       Yes_____     No_____

(V)   Claim 32       Yes_____     No_____

(W)   Claim 33       Yes_____     No_____

(X)   Claim 34       Yes_____     No_____

(Y)   Claim 35       Yes_____     No_____

(Z)   Claim 36       Yes_____     No_____

(AA)  Claim 65       Yes_____     No_____

MP3 20255791.1

**23.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,804,780 ('780 PATENT) ARE INVALID FOR LACK OF ENABLEMENT?**

*Answer the following question regarding validity of the '780 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1        Yes_____    No_____

(B)    Claim 2        Yes_____    No_____

(C)    Claim 3        Yes_____    No_____

(D)    Claim 4        Yes_____    No_____

(E)    Claim 5        Yes_____    No_____

(F)    Claim 6        Yes_____    No_____

(G)    Claim 7        Yes_____    No_____

(H)    Claim 8        Yes_____    No_____

(I)    Claim 9        Yes_____    No_____

(J)    Claim 10       Yes_____    No_____

(K)    Claim 11       Yes_____    No_____

(L)    Claim 12       Yes_____    No_____

(M)    Claim 13       Yes_____    No_____

(N)    Claim 14       Yes_____    No_____

(O)    Claim 15       Yes_____    No_____

(P)    Claim 16       Yes_____    No_____

(Q)    Claim 17       Yes_____    No_____

(R)    Claim 18       Yes_____    No_____

**24.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 67,058,822 ('822 PATENT) ARE INVALID FOR LACK OF ENABLEMENT?**

*Answer the following question regarding validity of the '822 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1      Yes_____    No_____

(B)    Claim 2      Yes_____    No_____

(C)    Claim 4      Yes_____    No_____

(D)    Claim 6      Yes_____    No_____

(E)    Claim 8      Yes_____    No_____

(F)    Claim 9      Yes_____    No_____

(G)    Claim 12     Yes_____    No_____

(H)    Claim 13     Yes_____    No_____

(I)    Claim 15     Yes_____    No_____

(J)    Claim 16     Yes_____    No_____

(K)    Claim 17     Yes_____    No_____

(L)    Claim 18     Yes_____    No_____

(M)    Claim 20     Yes_____    No_____

(N)    Claim 21     Yes_____    No_____

(O)    Claim 22     Yes_____    No_____

(P)    Claim 24     Yes_____    No_____

(Q)    Claim 26     Yes_____    No_____

(R)    Claim 27     Yes_____    No_____

(S)    Claim 28     Yes_____    No_____

(T)    Claim 29     Yes_____    No_____

(U)    Claim 31     Yes_____    No_____

(V)    Claim 32      Yes_____    No_____

(W)    Claim 34      Yes_____    No_____

(X)    Claim 35      Yes_____    No_____

**25.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,092,194 ('194 PATENT) ARE INVALID FOR INDEFINITENESS?**

*Answer the following question regarding validity of the '194 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 8      Yes_____    No_____

(B)    Claim 9      Yes_____    No_____

(C)    Claim 10      Yes_____    No_____

(D)    Claim 11      Yes_____    No_____

**26.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 67,058,822 ('822 PATENT) ARE INVALID FOR INDEFINITENESS?**

*Answer the following question regarding validity of the '822 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 9      Yes_____    No_____

(B)    Claim 12      Yes_____    No_____

(C)    Claim 13      Yes_____    No_____

(D)    Claim 28      Yes_____    No_____

**27.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,092,194 ('194 PATENT) ARE INVALID FOR INADEQUATE WRITTEN DESCRIPTION?**

*Answer the following question regarding validity of the '194 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

(A)    Claim 1      Yes_____    No_____

(B)    Claim 2      Yes_____    No_____

(C)    Claim 3      Yes_____    No_____

MP3 20255791.1

| (D) | Claim 4 | Yes_____ | No_____ |
| (E) | Claim 5 | Yes_____ | No_____ |
| (F) | Claim 6 | Yes_____ | No_____ |
| (G) | Claim 7 | Yes_____ | No_____ |
| (H) | Claim 8 | Yes_____ | No_____ |
| (I) | Claim 9 | Yes_____ | No_____ |
| (J) | Claim 10 | Yes_____ | No_____ |
| (K) | Claim 11 | Yes_____ | No_____ |
| (L) | Claim 12 | Yes_____ | No_____ |
| (M) | Claim 13 | Yes_____ | No_____ |
| (N) | Claim 14 | Yes_____ | No_____ |
| (O) | Claim 24 | Yes_____ | No_____ |
| (P) | Claim 25 | Yes_____ | No_____ |
| (Q) | Claim 26 | Yes_____ | No_____ |
| (R) | Claim 27 | Yes_____ | No_____ |
| (S) | Claim 28 | Yes_____ | No_____ |
| (T) | Claim 29 | Yes_____ | No_____ |
| (U) | Claim 30 | Yes_____ | No_____ |
| (V) | Claim 32 | Yes_____ | No_____ |
| (W) | Claim 33 | Yes_____ | No_____ |
| (X) | Claim 34 | Yes_____ | No_____ |
| (Y) | Claim 35 | Yes_____ | No_____ |
| (Z) | Claim 36 | Yes_____ | No_____ |
| (AA) | Claim 65 | Yes_____ | No_____ |

**28.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 6,804,780 ('780 PATENT) ARE INVALID FOR INADEQUATE WRITTEN DESCRIPTION?**

*Answer the following question regarding validity of the '780 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan*

(A)    Claim 1        Yes_____    No_____

(B)    Claim 2        Yes_____    No_____

(C)    Claim 3        Yes_____    No_____

(D)    Claim 4        Yes_____    No_____

(E)    Claim 5        Yes_____    No_____

(F)    Claim 6        Yes_____    No_____

(G)    Claim 7        Yes_____    No_____

(H)    Claim 8        Yes_____    No_____

(I)    Claim 9        Yes_____    No_____

(J)    Claim 10      Yes_____    No_____

(K)    Claim 11      Yes_____    No_____

(L)    Claim 12      Yes_____    No_____

(M)    Claim 13      Yes_____    No_____

(N)    Claim 14      Yes_____    No_____

(O)    Claim 15      Yes_____    No_____

(P)    Claim 16      Yes_____    No_____

(Q)    Claim 17      Yes_____    No_____

(R)    Claim 18      Yes_____    No_____

**29.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT THE FOLLOWING CLAIMS OF U.S. PATENT NO. 67,058,822 ('822 PATENT) ARE INVALID FOR INADEQUATE WRITTEN DESCRIPTION?**

*Answer the following question regarding validity of the '822 patent with a "Yes" or "No." A "Yes" is a finding for Secure Computing.  A "No" is a finding for Finjan.*

(A)    Claim 1        Yes_____    No_____

(B)    Claim 2        Yes_____    No_____

(C)    Claim 4        Yes_____    No_____

(D)    Claim 6        Yes_____    No_____

(E)    Claim 8        Yes_____    No_____

(F)    Claim 9        Yes_____    No_____

(G)    Claim 12       Yes_____    No_____

(H)    Claim 13       Yes_____    No_____

(I)    Claim 15       Yes_____    No_____

(J)    Claim 16       Yes_____    No_____

(K)    Claim 17       Yes_____    No_____

(L)    Claim 18       Yes_____    No_____

(M)    Claim 20       Yes_____    No_____

(N)    Claim 21       Yes_____    No_____

(O)    Claim 22       Yes_____    No_____

(P)    Claim 24       Yes_____    No_____

(Q)    Claim 26       Yes_____    No_____

(R)    Claim 27       Yes_____    No_____

(S)    Claim 28       Yes_____    No_____

(T)    Claim 29       Yes_____    No_____

(U)    Claim 31       Yes_____    No_____

(V)    Claim 32    Yes_____    No_____

(W)    Claim 34    Yes_____    No_____

(X)    Claim 35    Yes_____    No_____

**30.    HAS SECURE COMPUTING PROVEN BY CLEAR AND CONVINCING EVIDENCE THAT U.S. PATENT NO. 6,092,194 ('194 PATENT) IS UNENFORCEABLE DUE TO INEQUITABLE CONDUCT BY FINJAN?**

*Answer the following question regarding unenforceability with a "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

Yes_____    No_____

## DAMAGES

**31.    IF YOU FIND ANY OF THE CLAIMS OF ANY OF THE FINJAN PATENTS IN SUIT ARE INFRINGED, VALID, AND ENFORCEABLE, WHAT IS THE REASONABLE ROYALTY RATE TO WHICH FINJAN IS ENTITLED?**

_____%

**32.    IF YOU FIND ANY OF THE CLAIMS OF ANY OF THE SECURE COMPUTING PATENTS IN SUIT ARE INFRINGED AND VALID, WHAT IS THE REASONABLE ROYALTY RATE TO WHICH SECURE COMPUTING IS ENTITLED?**

_____%

**33.    IF YOU FIND ANY OF THE CLAIMS OF ANY OF THE FINJAN PATENTS IN SUIT ARE INFRINGED, VALID, AND ENFORCEABLE, WHAT IS THE AMOUNT OF REVENUE RECEIVED BY SECURE COMPUTING TO WHICH THE ROYALTY RATE SHOULD BE APPLIED?**

$_____

**34.    IF YOU FIND ANY OF THE CLAIMS OF ANY OF THE SECURE COMPUTING PATENTS IN SUIT ARE INFRINGED AND VALID, WHAT IS THE AMOUNT OF REVENUE RECEIVED BY FINJAN TO WHICH THE ROYALTY RATE SHOULD BE APPLIED?**

$ _____

Dated: _____

_____
Jury Foreperson

840936

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 7, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on January 7, 2008 I have sent by E-mail the

foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com ; caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com