

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302-984-6140   Direct Phone
302-658-1192   Fax

January 8, 2008

**BY E-FILE**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

      Re:   Finjan Software Ltd. v. Secure Computing Corporation, et al.,
            D. Del., C.A. No. 06-369-GMS

Dear Chief Judge Sleet:

      We represent plaintiff Finjan Software Ltd. in the above matter. On Monday, January 7, 2008, pursuant to this Court's Scheduling Order (D.I. 29), the parties filed their Joint Proposed Pretrial Order (D.I. 170). In conjunction with the Pretrial Order, on behalf of the parties, I am enclosing the following documents also filed yesterday, in triplicate with CD (WordPerfect and Word format):

      1.   Joint Proposed Preliminary Jury Instructions (D.I. 175);

      2.   Joint Proposed Final Jury Instructions (D.I. 176);

      3.   Special Verdict Form (Finjan Software Ltd.) (D.I. 173);

      4.   Special Verdict Form (Secure Computing Corporation) (D.I. 174);

      5.   Finjan's Proposed Voir Dire  (D.I. 171); and

      6.   Secure Computing's Proposed Voir Dire (D.I. 172).

The Honorable Gregory M. Sleet
January 8, 2008
Page 2

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR:mes/840754
Enc.
cc: Frederick L. Cottrell, III, Esq. -- by E-file and hand delivery (w/o encl.)
    Christopher A. Seidl, Esq. -- by E-mail (w/o encl.)