IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>        Plaintiff-counterdefendants,<br><br>v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>        Defendants-counterclaimants. | )<br>)<br>)<br>)  Civil Action No. 06-00369-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECURE COMPUTING CORPORATION'S DISCLOSURE OF PRIOR ART PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Secure Computing Corp. (hereafter "Secure Computing") hereby provides the following notice to Finjan Software, Ltd. and Finjan Software, Inc (hereafter collectively "Finjan"). Secure Computing has previously identified prior art patents and publications to Finjan's patent in expert reports and interrogatory responses. Therefore, Secure Computing's notice incorporates by reference the full contents of the expert reports and exhibits of Dr. Dan Wallach and the patents, publications and any other references identified therein. This notice also incorporates by reference all of Secure Computing's Responses to Finjan's Interrogatories.

**A.   PATENTS AND PUBLICATIONS**

In addition to the patents, publications and other prior art previously disclosed in, among other things, Secure Computing's discovery responses, pleadings (including documents submitted therewith), and expert reports, the following patents and publications demonstrate anticipation or obviousness of the Finjan patents in suit, U.S. Patent Nos. 6,092,194; 6,804,780; and 7,058,822, or show the state of the art:

| Patent or Publication | Date | Production Numbers[1] |
|---|---|---|
| U.S. Patent No. 6,571,338 titled "Maintaining Packet Security in a Computer Network" Inventors: Sami Shaio; Arthur Van Hoff | Filed: 12/20/1995<br><br>Issued: 5/27/2003 | SC202564-75 |
| U.S. Patent No. 5,414,833 titled "Network Security Systems and Method Using a Parallel Finite State Machine Adaptive Active Monitor and Responder" Inventors: Paul C. Hershey; Donal B. Johnson; An V. Le; Stephen M. Matyas; John G. Waclawsky; John D. Wilkins | Filed: 10/27/1993<br><br>Issued: 5/9/1995 | SC188684-727 |
| U.S. Patent No. 5,623,600 titled "Virus Detection and Removal Apparatus for Computer Networks" Inventors: Shuang J; Eva Chen | Filed: 9/26/1995<br><br>Issued: 4/22/1997 | SC201471-91 |
| U.S. Patent No. 5,951,698 titled "System, Apparatus and Method for the Detection and Removal of Viruses in Macros" Inventors: Eva Y. Chen; Jonny T. Ro; Ming M. Deng; Leta M. Chi | Filed: 10/2/1996<br><br>Issued: 9/14/1999 | SC189335-53 |
| U.S. Patent No. 5,983,348 titled "Computer Network Malicious Code Scanner" Inventor: Shuang Ji | Filed: 9/10/1997<br><br>Issued: 11/9/1999 | SC201658-66 |
| U.S. Patent No. 6,263,442 titled "System and Method for Securing a Program's Execution in a Network Environment" Inventors: Marianne Mueller; David Connelly | Filed: 5/30/1996<br><br>Issued: 7/17/2001 | SC189596-603 |
| U.S. Patent No. 5,864,683 titled "System for Providing Secure Internetwork by Connecting Type Enforcing Secure Computers to External Network for Limiting Access to Data Based on User and Access Rights" | Filed: 10/19/1994<br><br>Issued: Jan. 26, 1999 | SC200001-37 |
| U.S. Patent No. 5,892,904 titled "Code Certification for Network Transmission" Inventors: Robert G. Atkinson, Robert M. Price, Aaron M. | Filed: 12/6/1996 | SC200038-61 |

---

[1] The production numbers provided are representative only. Secure Computing is providing these numbers for reference and notice purposes only, and is not representing that it will be relying on these particular copies.

| | | |
|---|---|---|
| Contorer | Issued: Apr. 6, 1999 | |
| The Firewall Toolkit (FWTK) 2.0 Beta release | Revised March 1996 - September 1996 | |
| "Towards a Testbed for Malicious Code Detection," Raymond W. Lo et al., Compcon Spring '91 Digest of Papers at 160-66 (IEEE) | 25 Feb. – 1 Mar. 1991 | SC189227-33 |
| "Towards a Testbed for Malicious Code Detection," Raymond W. Lo, et al. from the Lawrence Livermore National Laboratory | 1991 | SC189650-58 |
| "MCF: A Malicious Code Filter," Raymond W. Lo et al. | May 4, 1994 | SC189272-98 |
| Microsoft Corp., "Microsoft Authenticode Technology: Ensuring Accountability and Authenticity for Software Components on the Internet," | Oct. 1996 | SC000749-63 |
| "Combating Viruses Heuristically," Franz Veldman, Virus Bulletin Conference 67-76 | Sept. 1993 | SC200423-32 |
| W. Timothy Polk et al., Anti-Virus Tools and Techniques For Computer Systems, pp. 12-27 | 1995 | SC189299-316 |
| Rasmusson, et al., "Personal Security Assistance for Secure Internet Commerce (position paper)," available as dvi, ps, html, at http://www.sics.se/~ara/papers/NSP96.html | 1996 | |
| David Marcionek, A Complete ActiveX Web Control Tutorial, available at http:www.codeproject.com/KB/COM/CompleteActiveX.aspx | 2006 | SC189609-32 |
| David M. Martin Jr., Blocking Java Applets at the Firewall, available at http://www.cs.bu.edu/techreports/pdf/1996-026-java-firewalls.pdf | 1997 | SC200386-96 |
| Rune Skardhamar, VIRUS: Detection and Elimination, p.33-48 | 1996 | SC189317-34 |
| Jan Hruska, Computer Viruses And Anti-Virus Warfare (Second Revised Edition), p.87-95 | 1992 | SC189354-64 |
| IS Tutorial Group, Active Content Security | Dec. 13, 1999 | SC200287-321 |
| David J. Stang, Computer Viruses and Artificial Intelligence, Virus Bulleting Conference | 1995 | SC200433-55 |
| Raymond Lo, Static Analysis of Programs With Application to Malicious Code Detection, Dissertation | 1992 | SC189404-594 |
| Baudouin Le Charlier et al, Dynamic Detection and Classification of Computer Viruses Using General Behaviour Patterns, | July 2, 1996 | SC200484-505 |
| Magnus Johannsen, Java Security and a Firewall Extension For Authenticity Control of Java Applets | Jan. 29, 1997 | SC200851-55 |

B. **WITNESSES**

In addition to the persons previously disclosed in, among other things, Secure Computing's discovery responses, pleadings (including documents submitted therewith), and expert reports, Secure Computing also discloses the following names and addresses of persons who may be relied upon as the prior inventor or as having prior knowledge of or as having previously used or offered for sale the invention of the patent in suit:

| | |
|---|---|
| Shlomo Touboul, alleged inventor, and former CEO and Founder of Finjan | Yoggie Security Systems Ltd. Beit Halevy, Israel 42870 |
| David Kroll, alleged inventor | Address unknown |
| Yigal Edery, alleged inventor | Address unknown |
| Nimrod Vered, alleged inventor | Address unknown |
| Dan Frommer, former VP of Products at Finjan | Address unknown |
| Professor Dan Wallach, Expert | Rice University P.O. Box 1892 Houston, TX 77251-1892 |
| Giovanni Vigna, Expert | Department of Computer Science University of California Santa Barbara, CA 93106-5110 |
| Todd Heberlein, Expert | 39427 Spanish Bay Place Davis, CA 95616 |
| Trent Jaeger, Expert | 153 Brothers Court Port Matilda, PA 16870 |
| Matt Bishop, Expert | Department of Computer Science University of California, Davis One Shields Ave. Davis, CA 95616-8562 |

Secure Computing also identifies persons with knowledge of the following products:

Trusted Information Systems, Firewall Toolkit (FWTK);

Finjan Surfinshield;

Finjan SurfinGuard;

Finjan SurfinBoard;

Finjan SurfinGate.

| OF COUNSEL: | *Kelly E. Farnan* (signature) |
|---|---|
| Ronald J. Schutz | Frederick L. Cottrell, III (#2555) |
| Jake M. Holdreith | cottrell@rlf.com |
| Christopher A. Seidl | Kelly E. Farnan (#4395) |
| Trevor J. Foster | farnan@rlf.com |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | Richards, Layton & Finger |
| 2800 LaSalle Plaza | One Rodney Square |
| 800 LaSalle Avenue | P.O. Box 551 |
| Minneapolis, MN 55402 | Wilmington, DE 19899 |
| (612) 349-8500 | (302) 651-7700 |

***ATTORNEYS FOR SECURE COMPUTING***

February 1, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the addresses and in the manner indicated below:

E-MAIL AND HAND DELIVERY

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on February 1, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

E-MAIL

Paul J. Andre
Radhika Tandon
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Kelly E. Farnan (#4395)

RLF1-3155985-1