IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-369 GMS |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that the address for Paul J. André, Esq., Lisa Kobialka, Esq., James R. Hannah, Esq., and Meghan Ashley Wharton, Esq., counsel for plaintiff Finjan Software, Ltd., has been changed, effective February 18, 2008 from Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025-1114 to:

        Paul J. Andre, Esq.
        Lisa Kobialka, Esq.
        James R. Hannah, Esq.
        Meghan Ashley Wharton, Esq.
        King & Spalding, LLP
        1000 Bridge Parkway
        Suite 100
        Redwood Shores, CA 94065
        (650) 590-0700
        (650) 590-1900 - Facsimile
        pandre@kslaw.com
        lkobialka@kslaw.com
        jhannah@kslaw.com
        mwharton@kslaw.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
King & Spalding LLP
1000 Bridge Parkway
Suite 100
Redwood Shores, CA 94065

Dated: February 19, 2008

846400

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff
Finjan Software, Ltd.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 19, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on February 19, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com ; caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com