IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 06-369-GMS |
| v. | )<br>) |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the undersigned counsel, subject to the approval of the Court, that Finjan Software, Ltd. ("Finjan") and Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG (collectively, "Defendants") stipulate to the withdrawal of the following claims from this case: Claims 7, 8, 15, 16, and 17 of U.S. Patent No. 6,804,780 ("'780 patent") and Claims 1, 2, 9, 15-18, 20-22, 24, 26-29, 31, 32, 34, and 35 of U.S. Patent No. 7,058,822 ("'822 patent").

Pursuant to the March 2, 2008 agreement made between Finjan and Defendants, Finjan withdraws with prejudice in this action the above-named claims for purposes of narrowing the issues in this case. Defendants stipulate that there is no case in controversy with respect to the withdrawn claims and withdraw any claim of invalidity without prejudice with respect to the withdrawn claims for purposes of narrowing the issues in this case.

Both Finjan and Defendants agree that there is to be no commentary before the jury at trial regarding this agreement and regarding the parties' allegations of infringement and invalidity of the withdrawn claims.

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlh.com<br>farnan@rlh.com |
| OF COUNSEL:<br><br>Paul J. André<br>Lisa Kobialka<br>KING & SPALDING LLP<br>1000 Bridge Parkway<br>Suite 100<br>Redwood Shores, CA 94065<br>(650) 590-0700<br><br>Attorneys for Plaintiff | OF COUNSEL:<br><br>Ronald J. Schutz<br>Jake M. Holdreith<br>Christopher A. Seidl<br>Trevor J. Foster<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br><br>Attorneys for Defendants |

Dated: March 2, 2008

SO ORDERED this ____ day of March, 2008.

_____
Chief Judge