IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., ) | |
| ) | |
| Plaintiff-Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 06-369 (GMS) |
| ) | |
| SECURE COMPUTING ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants- ) | |
| Counterclaimants. ) | |
| _____ ) | |

## **ORDER**

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on March 11, 2008.

Dated: March 11, 2008        /s/ Gregory M. Sleet
                             UNITED STATES DISTRICT CHIEF JUDGE