IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., )<br>)<br>Plaintiff-Counterdefendant, )<br>)<br>v. )<br>)<br>SECURE COMPUTING )<br>CORPORATION, *et al.*, )<br>)<br>Defendants- )<br>Counterclaimants. )<br>_____ ) | Civil Action No. 06-369 (GMS) |

## **ORDER**

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on March 12, 2008.


Dated: March 12, 2008            /s/ Gregory M. Sleet
                                 UNITED STATES DISTRICT CHIEF JUDGE