IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation,<br><br>             Plaintiff,<br><br>             v.<br><br>SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100,<br><br>             Defendants. | )<br>)<br>)<br>)   Civil Action No. 06-369 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT SPECIAL VERDICT FORM

A. **Finjan Software Ltd.'s ("Finjan Software") Patent Infringement Claims Against Secure Computing Corporation, Cyberguard Corporation, Webwasher AG ("Secure Computing")**

**Literal Infringement**

1. Do you find that Finjan Software has proven by a preponderance of the evidence that Secure Computing literally infringes any of the asserted claims of U.S. Patent No. 6,092,194? *Answer this question regarding infringement of the '194 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

    YES ✓             NO ____

    If you answered "NO," please proceed to Question No. 2.

    If you answered "YES," please mark the claims you found to be infringed:

    Claim 1: ✓     Claim 2: ✓     Claim 3: ____    Claim 4: ✓

    Claim 5: ✓     Claim 6: ✓     Claim 7: ✓      Claim 8: ✓

    Claim 9: ✓     Claim 10: ✓    Claim 11: ✓     Claim 12: ✓

    Claim 13: ✓    Claim 14: ✓    Claim 24: ✓     Claim 25: ✓

    Claim 26: ✓    Claim 27: ✓    Claim 28: ✓     Claim 29: ✓

    Claim 30: ✓    Claim 32: ✓    Claim 33: ✓     Claim 34: ✓

    Claim 35: ✓    Claim 36: ✓    Claim 65: ✓

2. Do you find that Finjan Software has proven by a preponderance of the evidence that Secure Computing literally infringes any of the asserted claims of U.S. Patent No. 6,804,780? *Answer this question regarding infringement of the '780 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

    YES ____          NO ✓

    If you answered "NO", please proceed to Question No. 3.

    If you answered "YES," please mark the claims you found to be infringed:

    Claim 1: ____   Claim 2: ____   Claim 3: ____   Claim 4: ____

    Claim 5: ____   Claim 6: ____   Claim 9: ____   Claim 10: ____

    Claim 11: ____  Claim 12: ____  Claim 13: ____  Claim 14: ____

    Claim 18: ____

3. Do you find that Finjan Software has proven by a preponderance of the evidence that Secure Computing literally infringes any of the asserted claims of U.S. Patent No. 7,058,822? *Answer this question regarding infringement of the '822 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

   YES ✓          NO _____

   If you answered "NO," please proceed to Question No. 4.

   If you answered "YES," please mark the claims you found to be infringed:

   Claim 4: ✓   Claim 6: ✓   Claim 8: ✓   Claim 12: ✓

   Claim 13: ✓

**Infringement Under The Doctrine of Equivalents**

**Skip Question 4 if you answered "YES" to Question 1 and found literal infringement of all asserted claims of U.S. Patent No. 6,092,194.**

4. If you did not find that Secure Computing literally infringes some or all of the claims of U.S. Patent No. 6,092,194 under Question 1, do you find that Finjan Software has proven by a preponderance of the evidence that Secure Computing infringes any of those claims under the doctrine of equivalents? *Answer this question regarding infringement of the '194 patent under the doctrine of equivalents with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

    YES __✓__    NO_____

If you answered "NO", please proceed to Question No. 5.

If you answered "YES," please mark the claims you found to be infringed under the doctrine of equivalents:

| | | | |
|---|---|---|---|
| Claim 1: ____ | Claim 2: ____ | Claim 3: __✓__ | Claim 4: ____ |
| Claim 5: ____ | Claim 6: ____ | Claim 7: ____ | Claim 8: ____ |
| Claim 9: ____ | Claim 10: ____ | Claim 11: ____ | Claim 12: ____ |
| Claim 13: ____ | Claim 14: ____ | Claim 24: ____ | Claim 25: ____ |
| Claim 26: ____ | Claim 27: ____ | Claim 28: ____ | Claim 29: ____ |
| Claim 30: ____ | Claim 32: ____ | Claim 33: ____ | Claim 34: ____ |
| Claim 35: ____ | Claim 36: ____ | Claim 65: ____ | |

**Skip Question 5 if you answered "YES" to Question 2 and found literal infringement of all asserted claims of U.S. Patent No. 6,804,780.**

5.   If you did not find that Secure Computing literally infringes some or all of the claims of U.S. Patent No. 6,804,780 under Question 2, do you find that Finjan Software has proven by a preponderance of the evidence that Secure Computing infringes any of those claims under the doctrine of equivalents? *Answer this question regarding infringement of the '780 patent under the doctrine of equivalents with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

YES __✓__          NO _____

If you answered "NO," please proceed to Question No. 6.

If you answered "YES," please mark the claims you found to be infringed under the doctrine of equivalents:

Claim 1: __✓__    Claim 2: __✓__    Claim 3: __✓__    Claim 4: __✓__

Claim 5: __✓__    Claim 6: __✓__    Claim 9: __✓__    Claim 10: __✓__

Claim 11: __✓__   Claim 12: __✓__   Claim 13: __✓__   Claim 14: __✓__

Claim 18: __✓__

**Skip Question 6 if you answered "YES" to Question 3 and found literal infringement of all asserted claims of U.S. Patent No. 7,058,822.**

6.   If you did not find that Secure Computing literally infringes some or all of the claims of U.S. Patent No. 7,058,822 under Question 3, do you find that Finjan Software has proven by a preponderance of the evidence that Secure Computing infringes any of those claims under the doctrine of equivalents? *Answer this question regarding infringement of the '822 patent under the doctrine of equivalents with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

YES _____          NO _____

If you answered "NO," please proceed to Question No. 7.

If you answered "YES," please mark the claims you found to be infringed under the doctrine of equivalents:

Claim 4: ____    Claim 6: ____    Claim 8: ____    Claim 12: ____

Claim 13: ____

**Willful Infringement**

7. If your answer was "YES" for any of Questions 1, 2, 3, 4, 5, or 6, was Secure Computing's infringement willful?

   YES __✓__          NO_____

B. **Secure Computing's Patent Invalidity Claims Against Finjan Software**

**Anticipation**

8. Do you find that Secure Computing has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,092,194 are invalid because they are anticipated by prior art? *Answer this question regarding validity of the '194 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

    YES _____                    NO __✓__

    If you answered "NO," please proceed to Question No. 9.

    If you answered "YES," please mark the claims you found to be anticipated by prior art:

    | Claim 1: ___ | Claim 2: ___ | Claim 3: ___ | Claim 4: ___ |
    |---|---|---|---|
    | Claim 5: ___ | Claim 6: ___ | Claim 7: ___ | Claim 8: ___ |
    | Claim 9: ___ | Claim 10: ___ | Claim 11: ___ | Claim 12: ___ |
    | Claim 13: ___ | Claim 14: ___ | Claim 24: ___ | Claim 25: ___ |
    | Claim 26: ___ | Claim 27: ___ | Claim 28: ___ | Claim 29: ___ |
    | Claim 30: ___ | Claim 32: ___ | Claim 33: ___ | Claim 34: ___ |
    | Claim 35: ___ | Claim 36: ___ | Claim 65: ___ | |

9. Do you find that Secure Computing has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,804,780 are invalid because they are anticipated by prior art? *Answer this question regarding validity of the '780 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

    YES _____                    NO __✓__

    If you answered "NO," please proceed to Question No. 10.

    If you answered "YES," please mark the claims you found to be anticipated by prior art:

    | Claim 1: ___ | Claim 2: ___ | Claim 3: ___ | Claim 4: ___ |
    |---|---|---|---|
    | Claim 5: ___ | Claim 6: ___ | Claim 9: ___ | Claim 10: ___ |
    | Claim 11: ___ | Claim 12: ___ | Claim 13: ___ | Claim 14: ___ |
    | Claim 18: ___ | | | |

10. Do you find that Secure Computing has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 7,058,822 are invalid because they are anticipated by prior art? *Answer this question regarding validity of the '822 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

YES _____          NO __✓__

If you answered "NO," please proceed to Question No. 11.

If you answered "YES," please mark the claims you found to be anticipated by prior art:

Claim 4: ____     Claim 6: ____     Claim 8: ____     Claim 12: ____

Claim 13: ____

**Obviousness**

11. Do you find that Secure Computing has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,092,194 are obvious in light of the prior art? *Answer this question regarding validity of the '194 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

YES _____          NO __✓__

If you answered "NO", please proceed to Question No. 12.

If you answered "YES," please mark the claims you found to be obvious in light of the prior art:

| | | | |
|---|---|---|---|
| Claim 1: ____ | Claim 2: ____ | Claim 3: ____ | Claim 4: ____ |
| Claim 5: ____ | Claim 6: ____ | Claim 7: ____ | Claim 8: ____ |
| Claim 9: ____ | Claim 10: ____ | Claim 11: ____ | Claim 12: ____ |
| Claim 13: ____ | Claim 14: ____ | Claim 24: ____ | Claim 25: ____ |
| Claim 26: ____ | Claim 27: ____ | Claim 28: ____ | Claim 29: ____ |
| Claim 30: ____ | Claim 32: ____ | Claim 33: ____ | Claim 34: ____ |
| Claim 35: ____ | Claim 36: ____ | Claim 65: ____ | |

12. Do you find that Secure Computing has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 6,804,780 are obvious in light of the prior art? *Answer this question regarding validity of the '780 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

   YES _____          NO __✓__

   If you answered "NO", please proceed to Question No. 13.

   If you answered "YES," please mark the claims you found to be obvious in light of the prior art:

   Claim 1: _____    Claim 2: _____    Claim 3: _____    Claim 4: _____

   Claim 5: _____    Claim 6: _____    Claim 9: _____    Claim 10: _____

   Claim 11: _____   Claim 12: _____   Claim 13: _____   Claim 14: _____

   Claim 18: _____

13. Do you find that Secure Computing has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 7,058,822 are obvious in light of the prior art? *Answer this question regarding validity of the '822 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

   YES _____          NO __✓__

   If you answered "NO", please proceed to Question No. 14.

   If you answered "YES," please mark the claims you found to be obvious in light of the prior art:

   Claim 4: _____    Claim 6: _____    Claim 8: _____    Claim 12: _____

   Claim 13: _____

9

C.  **Damages for Finjan Software's Patent Infringement Claims Against Secure Computing**

**Webwasher Software**

14. If you have found that one or more of the asserted claims of U.S. Patent No. 6,092,194, U.S. Patent No. 6,804,780, and/or U.S. Patent No. 7,058,822 are valid and infringed by Secure Computing's Webwasher Software, then what is the reasonable royalty rate to which Finjan Software has proven by a preponderance of the evidence and the amount of sales of the Webwasher Software that the royalty rate should be applied to?

    _16_ % $ _49,000,000_

**Webwasher Hardware Appliances**

15. If you have found that one or more of the asserted claims of U.S. Patent No. 6,092,194, U.S. Patent No. 6,804,780, and/or U.S. Patent No. 7,058,822 are valid and infringed by Secure Computing's Webwasher Hardware Appliances, then what is the reasonable royalty rate to which Finjan Software has proven by a preponderance of the evidence and the amount of sales of the Webwasher Hardware Appliances that the royalty rate should be applied to?

    _8_ % $ _3,250,000_

**Cyberguard TSP Hardware Appliances**

16. If you have found that one or more of the asserted claims of U.S. Patent No. 6,092,194, U.S. Patent No. 6,804,780, and/or U.S. Patent No. 7,058,822 are valid and infringed by Secure Computing's Cyberguard TSP Hardware Appliances, then what is the reasonable royalty rate to which Finjan Software has proven by a preponderance of the evidence and the amount of sales of the Cyberguard TSP Hardware Appliances that the royalty rate should be applied to?

    _8_ % $ _13,500,000_

D.     **Secure Computing Corporation's ("Secure Computing") Patent Infringement Claims Against Finjan Software, Ltd. and Finjan Software, Inc. ("Finjan")**

**Literal Infringement**

17. Do you find that Secure Computing has proven by a preponderance of the evidence that Finjan literally infringes any of the asserted claims of U.S. Patent No. 7,185,361? *Answer this question regarding infringement of the '361 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

      YES \_\_\_\_\_             NO __✓__

If you answered "NO," please proceed to Question No. 18.

If you answered "YES," please mark the claims you found to be infringed:

| Claim 1: \_\_\_\_ | Claim 2: \_\_\_\_ | Claim 3: \_\_\_\_ | Claim 4: \_\_\_\_ |
|---|---|---|---|
| Claim 5: \_\_\_\_ | Claim 7: \_\_\_\_ | Claim 8: \_\_\_\_ | Claim 9: \_\_\_\_ |
| Claim 10: \_\_\_\_ | Claim 11: \_\_\_\_ | Claim 12: \_\_\_\_ | Claim 14: \_\_\_\_ |
| Claim 15: \_\_\_\_ | | | |

18. Do you find that Secure Computing has proven by a preponderance of the evidence that Finjan literally infringes Claim 37 of U.S. Patent No. 6,357,010? *Answer this question regarding infringement of the '010 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

      YES \_\_\_\_\_             NO __✓__

**Inducing Infringement**

**Skip Question 19 if you answered "NO" to Question 17 and did not find literal infringement of the '361 patent.**

19. Do you find that Secure Computing has proven by a preponderance of the evidence that Finjan has induced infringement of any of the asserted claims of U.S. Patent No. 7,185,361? *Answer this question regarding inducing infringement of the '361 patent with "Yes" or "No." A "Yes" is a finding for Secure Computing. A "No" is a finding for Finjan.*

    YES _____          NO _____

    If you answered "NO," please proceed to Question No. 20.

    If you answered "YES," please mark the claims you found to be infringed by inducement:

    Claim 1: _____    Claim 2: _____    Claim 3: _____    Claim 4: _____

    Claim 5: _____    Claim 7: _____    Claim 8: _____    Claim 9: _____

    Claim 10: _____   Claim 11: _____   Claim 12: _____   Claim 14: _____

E.  **Finjan's Patent Invalidity Claims Against Secure Computing**

    **Anticipation**

20. Do you find that Finjan has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 7,185,361 are invalid because they are anticipated by prior art? *Answer this question regarding validity of the '361 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

    YES _____          NO __✓___

    If you answered "NO," please proceed to Question No. 21.

    If you answered "YES," please mark the claims you found to be anticipated by prior art:

    Claim 1: _____    Claim 2: _____    Claim 3: _____    Claim 4: _____

    Claim 5: _____    Claim 7: _____    Claim 8: _____    Claim 9: _____

    Claim 10: _____   Claim 11: _____   Claim 12: _____   Claim 14: _____

    Claim 15: _____

21. Do you find that Finjan has proven by clear and convincing evidence that Claim 37 of U.S. Patent No. 6,357,010 is invalid because it is anticipated by prior art? *Answer this question regarding validity of the '010 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

    YES _____          NO __✓__

    If you answered "NO", please proceed to Question No. 22.

**Obviousness**

22. Do you find that Finjan has proven by clear and convincing evidence that any of the asserted claims of U.S. Patent No. 7,185,361 are obvious in light of the prior art? *Answer this question regarding validity of the '361 patent with "Yes" or "No." A "Yes" is a finding for Finjan. A "No" is a finding for Secure Computing.*

    YES _____          NO __✓__

    If you answered "NO," please proceed to Question No. 23.

    If you answered "YES," please mark the claims you found to be obvious in light of the prior art:

    Claim 1: _____    Claim 2: _____    Claim 3: _____    Claim 4: _____

    Claim 5: _____    Claim 7: _____    Claim 8: _____    Claim 9: _____

    Claim 10: _____   Claim 11: _____   Claim 12: _____   Claim 14: _____

    Claim 15: _____

23. Do you find that Finjan has proven by clear and convincing evidence that Claim 37 of U.S. Patent No. 6,357,010 is invalid because it is obvious in light of the prior art?

    YES _____          NO __✓__

F.  **Damages for Secure Computing's Patent Infringement Claims Against Finjan**

    24.  If you have found that one or more of the asserted claims of U.S. Patent No. 7,185,361 are valid and infringed by Finjan's Vital Security NG Appliances, then what is the reasonable royalty rate to which Secure Computing has proven by a preponderance of the evidence and the amount of sales that the royalty rate should be applied to?

        _____% $_____

    25.  If you have found that Claim 37 of U.S. Patent No. 6,357,010 is valid and infringed by Finjan's Vital Security for Documents, then what is the reasonable royalty rate to which Secure Computing has proven by a preponderance of the evidence and the amount of sales that the royalty rate should be applied to?

        _____% $_____

