IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-369-GMS |
| v. | ) ) ) | |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION REGARDING POST-TRIAL BRIEFING

The parties hereto, by and through their undersigned attorneys, subject to the approval of the Court, stipulate and agree that any post-verdict motions filed by the parties under Fed.R.Civ.P. 50(b), 54, or 59, and briefing on those motions, shall conform to the following schedule:

Motions under Fed.R.Civ.P. 50(b), 54, or 59, shall be served and filed not later than **March 27, 2008**;

Opening Briefs in support of any such motions shall be served and filed not later than **April 25, 2008**;

Answering Briefs in opposition to any such motions shall be served and filed not later than **May 9, 2008**;

Reply Briefs, if any, shall be served and filed not later than **May 16, 2008**.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Paul J. André<br>Lisa Kobialka<br>KING & SPALDING LLP<br>1000 Bridge Parkway<br>Suite 100<br>Redwood Shores, CA 94065<br>(650) 590-0700 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br><br>Attorneys for Plaintiff |
| OF COUNSEL:<br><br>Ronald J. Schutz<br>Jake M. Holdreith<br>Christopher A. Seidl<br>Trevor J. Foster<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br><br>Dated: March 26, 2008 | RICHARDS, LAYTON & FINGER<br><br>By: /s/ Kelly E. Farnan<br>    Frederick L. Cottrell, III (#2555)<br>    cottrell@rlf.com<br>    Kelly E. Farnan (#4395)<br>    farnan@rlf.com<br>    One Rodney Square<br>    P.O. Box 551<br>    Wilmington, DE 19899<br>    (302) 651-7700<br><br>*Attorneys for Secure Computing* |

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

857329