IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 06-369-GMS <br> ) |
| v. | ) <br> ) |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

**FINJAN'S AMENDED POST-TRIAL MOTIONS FOR INVALIDITY OF U.S. PATENT NO. 7,185,361**

Finjan Software Ltd. and Finjan Software, Inc. (collectively "Finjan") hereby requests the Court grant a judgment of invalidity of U.S. Patent No. 7,185,361 ("the '361 Patent") as a matter of law. The Court entered judgment on March 28, 2008 (D.I. 242). Under Federal Rule of Civil Procedure 50(b), a court should grant a renewed motion for judgment as a matter of law and overturn the jury verdict when there was no legally sufficient basis for a reasonably jury to find for the nonmoving party on an issue. The jury's verdict returned on March 12, 2008 on the validity of the '361 Patent lacks evidentiary support. Finjan presented conclusive evidence that the '361 Patent is both anticipated and made obvious by the "Check Point Firewall-1 Architecture and Administration Version 4.0" reference under 35 U.S.C. § 102 and § 103, and therefore is invalid. Secure Computing presented no rebuttal to this conclusive evidence.

Therefore, for the foregoing reasons and those that will be set forth in Finjan's briefs to be submitted in accordance with the stipulated briefing schedule, Finjan respectfully requests that the Court grant its Motion.

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA 94065
(650) 590-0700

Dated: April 4, 2008
858698

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Finjan Software, Ltd.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on April 4, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on April 4, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com ; caseidl@rkmc.com

Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com