IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) |
| Plaintiff-counterdefendants, | ) ) ) |
| v. | ) C. A. No. 06-00369-GMS ) |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) ) |
| Defendants-counterclaimants. | ) |

## STIPULATION REGARDING LEAVE TO EXCEED PAGE LIMITATIONS

THE PARTIES IN THE ABOVE ENTITLED ACTION HEREBY STIPULATE, by and through the undersigned attorneys, subject to the Court's approval, as follows:

1. Pursuant to Local Rule 7.1.3(a)(4), no opening or answering brief shall exceed 40 pages, exclusive of any table of contents or table of citations.

2. On March 27, 2008, Defendants-counterclaimants Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG (hereinafter "Secure Computing") filed their motion under Rule 50, for judgment as a matter of law, and under Rule 59, for a new trial or to alter or amend the judgment (remittitur). (D.I. 240.) On April 11, 2008, Secure Computing filed an amended motion under Rule 50, for judgment as a matter of law, and under Rule 59, for a new trial or to alter or amend the judgment (remittitur). (D.I. 253.)

3. The parties stipulated to a briefing schedule for post-trial motions (D.I. 235), and the Court approved of the parties' stipulated briefing schedule. (*See* Docket Text, dated April 2,

2008.) Opening briefs are due April 25, 2008, answering briefs are due May 9, 2008, and reply briefs are due May 16, 2008. *Id.*

4.      Secure Computing will be filing only one brief to address its post-trial motions. Secure Computing believes it will need up to 50 pages for its opening brief to address the issues raised in its post-trial motion. Finjan believes it will need up to 50 pages for its answering brief to address the issues raised in Secure Computing's post-trial motion.

5.      THEREFORE, the parties stipulate and agree that Secure Computing shall have up to 50 pages, exclusive of any table of contents or table of citations, for its opening brief in support of its post-trial motion (D.I. 240, 253), and Finjan shall have up to 50 pages, exclusive of any table of contents or table of citations, for its answering brief in response to Secure Computing's opening brief in support of its post-trial motion.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. André<br>Lisa Kobialka<br>KING & SPALDING LLP<br>1000 Bridge Parkway<br>Suite 100<br>Redwood Shores, CA 94065<br>(650) 590-0700 | */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Plaintiff* |

|  |  |
|---|---|
| OF COUNSEL: | RICHARDS, LAYTON & FINGER |
| Ronald J. Schutz | |
| Jake M. Holdreith | /s/ Kelly E. Farnan |
| Christopher A. Seidl | Frederick L. Cottrell, III (#2555) |
| Trevor J. Foster | cottrell@rlf.com |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P. | Kelly E. Farnan (#4395) |
| 2800 LaSalle Plaza | farnan@rlf.com |
| 800 LaSalle Avenue | One Rodney Square |
| Minneapolis, MN 55402 | P.O. Box 551 |
| (612) 349-8500 | Wilmington, DE 19899 |
| | (302) 651-7700 |
| Dated: April 21, 2008 | |
| | *Attorneys for Secure Computing* |

SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge