IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) |
| Defendants. | ) ) |

C. A. No. 06-369-GMS

### DECLARATION OF KRISTOPHER KASTENS IN SUPPORT OF PLAINTIFF FINJAN SOFTWARE, LTD.'S POST-TRIAL MOTION FOR INVALIDITY OF U.S. PATENT NO. 7,185,361 PURSUANT TO FED. R. CIV. P. 50(b)

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA 94065
(650) 590-0700

Dated: April 25, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff
Finjan Software, Ltd.

I, KRISTOPHER KASTENS, declare:

1. I am an attorney with the law firm of King & Spalding LLP, counsel of record for Finjan Software, Ltd. I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,185,361, trial exhibit JTX-5, bearing bates numbers SC 11093-102.

3. Attached hereto as Exhibit 2 is a true and correct copies of pages 1461-62 and 1493-1513 from the trial transcript in the present case, *Finjan Software, Ltd. v. Secure Computing Corp., et al.*, Civil Action No. 06-369 GMS.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document entitled "Check Point Firewall-1 Architecture and Administration, Version 4.0," trial exhibit PTX-188, bearing bates numbers FIN012499-964.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on April 24, 2008, in Redwood Shores, California.

Kristopher Kastens

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 25, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on April 25, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com; caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com