# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, <br><br> Plaintiff, <br><br> v. <br><br> SECURE COMPUTING CORPORATION, a Delaware corporation, CYBERGUARD, CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

C. A. No. 06-369-GMS

**APPENDIX OF EXHIBITS TO DECLARATION OF KRISTOPHER KASTENS IN SUPPORT OF PLAINTIFF FINJAN SOFTWARE, LTD.'S POST-TRIAL MOTION FOR INVALIDITY OF U.S. PATENT NO. 7,185,361 PURSUANT TO FED. R. CIV. P. 50(b)**

**VOLUME 1 – EXHIBITS 1-3 (PART 1)**

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA 94065
(650) 590-0700

Dated: April 25, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff
Finjan Software, Ltd.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 25, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on April 25, 2008 I have sent by E-mail the foregoing

document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com; caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

# EXHIBIT 1



US007185361B1

(12) **United States Patent**
Ashoff et al.

(10) Patent No.: US 7,185,361 B1
(45) Date of Patent: Feb. 27, 2007

(54) SYSTEM, METHOD AND COMPUTER PROGRAM PRODUCT FOR AUTHENTICATING USERS USING A LIGHTWEIGHT DIRECTORY ACCESS PROTOCOL (LDAP) DIRECTORY SERVER

(75) Inventors: **Thomas D. Ashoff**, Mt. Airy, MD (US); **Steve O. Chew**, Pittsburgh, PA (US); **Jeffrey J. Graham**, Olney, MD (US); **Andrew J. Mullican**, Columbia, MD (US)

(73) Assignee: **Secure Computing Corporation**, St. Paul, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/495,157

(22) Filed: Jan. 31, 2000

(51) Int. Cl.
H02H 3/05 (2006.01)

(52) U.S. Cl. .................... 726/4; 713/151; 713/154; 707/1; 726/2; 726/8; 726/11; 726/12; 726/13; 726/14

(58) Field of Classification Search ............. 713/201, 713/151–154; 707/1; 726/4, 8, 11–14
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,657,390 A | * | 8/1997 | Elgamal et al. ............ 713/151 |
| 5,898,830 A | * | 4/1999 | Wesinger, Jr. et al. ...... 713/201 |
| 6,047,322 A | * | 4/2000 | Vaid et al. ............... 709/224 |
| 6,131,120 A | * | 10/2000 | Reid ...................... 709/225 |

| | | | |
|---|---|---|---|
| 6,182,142 B1 | * | 1/2001 | Win et al. ............... 709/229 |
| 6,212,558 B1 | * | 4/2001 | Antur et al. ............. 709/221 |
| 6,233,688 B1 | * | 5/2001 | Montenegro .............. 713/201 |
| 6,324,648 B1 | * | 11/2001 | Grantges, Jr. ........... 713/201 |
| 2003/0126468 A1 | * | 7/2003 | Markham ................ 713/201 |

OTHER PUBLICATIONS

Microsoft Corporation, Microsoft Computer Dictionary, Microsoft Press, Third edition, p. 197.*
Definition of application gateway, Webopedia computer dictionary, http://www.webopedia.com/TERM/A/application_gateway.html.*
Definition of firewall, Webopedia computer dictionary, http://www.webopedia.com/TERM/F/firewall.html.*
Netegrity, SiteMinder 3.5 Architecture.
How to Securely Manage and Control User Access to E-Commerce Web Sites, Netegrity White Paper, Jul. 1999.
Check Point Account Management Client, Version 1.0, Sep. 1998.
FireWall-1 Architecture and Administration; Chapter 4, pp. 135-154, Sep. 1998.
Howes et al., The LDAP Application Program Interface, University of Michigan, Aug. 1995.

* cited by examiner

Primary Examiner—Taghi T. Arani
(74) Attorney, Agent, or Firm—Schwegman, Lundberg, Woessner & Kluth, P.A.

(57) **ABSTRACT**

A system, method and computer program product for providing authentication to a firewall using a lightweight directory access protocol (LDAP) directory server is disclosed. The firewall can be configured through a graphical user interface to implement an authentication scheme. The authentication scheme is based upon a determination of whether at least part of one or more LDAP entries satisfy an authorization filter.

15 Claims, 5 Drawing Sheets



Joint Trial Exhibit
**JTX-5**
Case No. 06-369 GMS



EXHIBIT
12
GERMANY

**SC 11093**



Fig. 1 (Prior Art)



Fig. 2

SC 11095

U.S. Patent    Feb. 27, 2007    Sheet 3 of 5    US 7,185,361 B1



*Fig. 3*

SC 11096



*Fig. 4*

SC 11097

U.S. Patent          Feb. 27, 2007          Sheet 5 of 5          US 7,185,361 B1



*Fig.5*

SC 11098

US 7,185,361 B1

1

SYSTEM, METHOD AND COMPUTER
PROGRAM PRODUCT FOR
AUTHENTICATING USERS USING A
LIGHTWEIGHT DIRECTORY ACCESS
PROTOCOL (LDAP) DIRECTORY SERVER

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to user authentication mechanisms and more particularly to user authentication mechanisms for firewalls.

2. Related Art

Control over access to information technology (IT) resources is a common need today. A firewall can be used to protect IT resources behind the firewall. Network firewalls can enforce a site's security policy by controlling the flow of traffic between two or more networks. For example, a company might encourage file transfers to the company's network that assist employees, but might discourage file transfers of potentially sensitive company confidential information from the company network to external destinations. Firewalls often are placed between a corporate network and an external network such as, e.g., the Internet, or a partnering company's network. Firewalls can also be used to segment parts of a corporate network. A firewall system can provide both a perimeter defense to, e.g., an internal network, and a control point for monitoring access to and from specific networks such as, e.g., an external network.

Firewalls can control access at a network level, an application level, or both. At the network level, a firewall can restrict packet flow based on protocol attributes. For example, the packet's source address, destination address, originating transmission control protocol/user datagram protocol (TCP/UDP) port, destination port, and protocol type can be used for the control decisions. At an application level, a firewall can participate in communications between the source and destination applications with the firewall's control decisions being based on details of the conversation and other available information such as, e.g., previous connectivity or user identification. Thus, a firewall can authenticate users to control access to and from IT resources behind and before the firewall.

Firewalls can be packaged as system software, combined hardware and software, and, more recently, dedicated hardware appliances (e.g., embedded in routers, or easy-to-configure integrated hardware and software packages that can run on dedicated platforms). An example of an application-based firewall is the Gauntlet™ firewall available from Network Associates, Inc.

Firewalls can defend against attacks ranging from, e.g., unauthorized access, IP address "spoofing" (i.e., a technique by which hackers disguise traffic as coming from a trusted address to gain access to a protected network or resource), buffer overrun attacks, session hijacking, viruses and rogue applets, and rerouting of traffic. However, inherent limitations exist in certain services and protocols that conventional firewalls cannot remedy.

Conventionally, when software application programs sought to restrict what a user could do with the programs, the programs required identification of the user. For example, if a user desires access to sensitive corporate financial data in an accounting program, access to the data can be restricted by means of authentication mechanisms such as, e.g., a password. The application program therefore requires a list of users and identification information for the user for use in authenticating the user.

2

Early software application programs often included their own integrated authentication mechanisms. Users often use a variety of software application programs, each possibly having its own authentication mechanism. Users find it cumbersome to remember different passwords associated with each of the multiple software application programs.

IT resources used by companies today can include access to multiple software application programs and Internet based applications. For example, employees at a given company can use e-mail and groupware applications, and other office automation programs including, e.g., to spreadsheets, word-processors and presentation programs. As every application program conventionally has its own authentication mechanism, a separate database is initialized and updated for each application.

Authentication mechanisms can use a query to a database known as a directory that can store information about users. A directory is similar to a database in that one can store information in a directory and later retrieve the information from it. However, a directory is specialized in that a directory is typically designed for reading more than writing. A directory offers a static view of the information and allows simple updates without transactions. Thus, while a database is typically written to and read from frequently, a directory by comparison is primarily read from and is infrequently updated.

A directory service includes all the functions of a directory and adds a network protocol that can be used to access the directory. Standardization is desirable in implementing a directory service.

An early standard for directory service was the directory access protocol (DAP), which originated in the European standards organization. DAP although specifying a vast, feature-rich protocol for storing and encoding directory information, was unwieldy in size.

Today, a new protocol, lightweight directory access protocol (LDAP), is gaining wide acceptance in business. The LDAP standard defines an information model for a directory, a namespace for defining how directory information is referenced and organized, and a network protocol for accessing information in the directory. LDAP can also include an application programming interface (API). The LDAP protocol mandates how client and server computers can communicate with a LDAP directory. However, LDAP does not mandate how data should be stored. More and more companies today use an LDAP directory server to store a database of employees. The LDAP directory generally can store an employee name, phone number, address and other information about the employee, and a password for modifying the employee's information.

Firewalls also maintain a database of users and are operative to prompt users for an identifying user identifier and password. These conventional firewalls require that employee names and passwords be entered into a firewall authentication database. Maintenance of the firewall authentication database is especially burdensome where there are a large number of employees that are frequently leaving or joining a company or when a company has a large number of firewalls. Accordingly, what is needed is a mechanism for reducing this administrative burden. More specifically, what is needed is a mechanism for leveraging an existing LDAP directory server as part of a firewall's authentication process. In this manner, an existing LDAP directory server can be used as a central directory that stores the data used by all applications.

SC 11099

US 7,185,361 B1

3

## SUMMARY OF THE INVENTION

A system, method and computer program product for enabling the authentication of users to a firewall using a lightweight directory access protocol (LDAP) directory server is provided by the present invention. The firewall can be configured through a graphical user interface to implement an authentication scheme. The authentication scheme is based upon a determination of whether information contained in one or more LDAP entries satisfy an authorization filter. It is a feature of the present invention that the authentication scheme can be configured independently of specifically stated field requirements or schema of the firewall. In accordance with the present invention, the authentication scheme can be flexibly specified to interact with an LDAP directory that has been uniquely developed for a company's internal needs. The company's investment in its existing administrative infrastructure can therefore be leveraged to a greater degree.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other features and advantages of the invention will be apparent from the following, more particular description of a preferred embodiment of the invention, as illustrated in the accompanying drawings.

FIG. 1 illustrates a communications network including a firewall.

FIG. 2 illustrates a communications network including a lightweight directory access protocol (LDAP) directory server and an authentication module within a firewall.

FIG. 3 illustrates the authentication of a client user through a firewall.

FIG. 4 illustrates an example embodiment of an LDAP directory tree.

FIG. 5 illustrates an embodiment of a graphical user interface for configuring the LDAP authentication feature.

## DETAILED DESCRIPTION OF THE INVENTION

A preferred embodiment of the invention is discussed in detail below. While specific implementations are discussed, it should be understood that this is done for illustration purposes only. A person skilled in the relevant art will recognize that other components and configurations may be used without parting from the spirit and scope of the invention.

FIG. 1 illustrates an example embodiment of a communications network 100 including client computers 102a and 102b coupled via an internal network 104 to an internal server computer 106 and a firewall 110. Communications network 100 also includes a client computer 102c coupled via an internal network 112 to firewall 110. Finally, communications network 100 includes client computers 116a and 116b coupled via an external network 114 to an external server computer 118 and firewall 110. External network 114 can represent, e.g., the Global Internet, or a partnering company's network.

Network firewall 110 can enforce a business's security policy by controlling the flow of traffic between two or more networks such as, e.g., internal networks 104 and 112 and external network 114. In general, firewall 110 serves to isolate internal networks 104 and 112 from one another and also from external network 114.

As illustrated in FIG. 1, firewall 110 can be used to segment parts of a corporate network. For example, firewall

4

110 can be used to control information flow between a corporation's internal networks 104, 112. Firewall 110 can also provide a perimeter defense between an internal network 104, 112 and an external network 114.

FIG. 2 illustrates an example embodiment of a communications network 200 that includes client computer 102a coupled via an internal network 104 to internal server 106 and to firewall 210. Firewall 210 is also coupled via external network 114 to external server 118.

As shown, client computer 102a includes a browser 202. Browser 202 can in one embodiment be an Internet browser that provides a graphical user interface to network resources. Browser 202 is generally operative to parse and make requests to network resources such as, e.g., external server 118, and present the results of the request to a client user viewing client computer 102a.

Internal server 106 is shown including a lightweight directory access protocol (LDAP) directory 204, which can be configured to store employee information. For example, a human resources database could be stored as an LDAP directory having a directory structure such as that illustrated in FIG. 4. As illustrated, LDAP directory tree 400 includes country 402 set in this example to US, organization 404 set to NAI, location 406 set to Rockville and location 408 set to Santa Clara, department 410 set to engineering and department 412 set to sales, and username 414 set to mmillian and username 416 set to jgraham.

External server 118 can include an Internet server application. In one embodiment, the Internet server application supports the transfer protocol (FTP) communication. As would be apparent to those skilled in the relevant art, other types of server applications can be included on external server 118 including, e.g., databases, and electronic mail.

Firewall 210 is shown including an authorization module 206. Authorization module 206 is used to authenticate a client user (e.g., client computer 102a) to determine if the client user's communication is authorized to pass through firewall 110. Conventional firewalls 110 included their own database having a list of users and passwords, to enable authentication through firewall 110.

In accordance with the present invention, firewall 210 does not authenticate users using its own database. Rather, firewall 210 authenticates users using information contained within LDAP directory 204. As will be described in greater detail below, firewall 210 can authenticate users through an authentication scheme that can be based upon the unique composition of an organization's LDAP directory 204.

It is a feature of the present invention that the authentication scheme of the present invention can operate independently of specifically stated field requirements or schema of the firewall 210. In other words, an organization's LDAP directory 204 need not be modified to conform to a schema imposed by the firewall 210. Moreover, resistance to such a modification will not result in the maintenance of multiple directories.

In accordance with the present invention, the authentication scheme can be flexibly specified to interact with an existing LDAP directory that has been uniquely developed for a organization's internal needs. This framework enables a firewall administrator to seamlessly integrate a firewall product into an existing administrative infrastructure. The organization's investment in the existing administrative infrastructure can therefore be leveraged to a greater degree.

FIG. 3 illustrates the authentication process that is implemented by firewall 210. In the illustrated example, firewall 210 authenticates a client user at client computer 102a running a browser 202 that is attempting to access an

SC 11100

US 7,185,361 B1

5

application or resource on external server 118. This access path is illustrated by path 302.

This authentication process begins when client computer 102a initiates a network resource request 304 from browser 202. The network resource request 304 is intercepted by firewall 210. Authentication module 206 within firewall 210 challenges the client user to identify himself or herself. A challenge could in one embodiment include a request for entry of a username and password. Upon receipt of the identification information, authorization module 206 searches an authentication database (not shown) to identify an authentication method (e.g., LDAP authentication). If no entry in the authentication database is found for the client user, then a default authentication method can be used. In the LDAP authentication process, authorization module 206 binds to LDAP directory 204 and uses the userPassword attribute for authentication.

After authorization module 206 authenticates the client user, authorization module 206 then determines whether the client user is authorized to have his access request fulfilled. The LDAP authorization process is illustrated as communications 306 and 308. Communications 306 and 308 are facilitated using the LDAP protocol and may utilize the secure sockets layer.

If per-user authorization is configured, authorization module 206 determines whether one or more attributes of the client user's LDAP entry satisfies an authorization filter. If the one or more attributes of the client user's LDAP entry does not satisfy the authorization filter, then authorization module 206 determines that the authorization fails. If the authorization filter is satisfied, then the client user's network resource request is allowed through firewall 210. This allowed connection is illustrated in FIG. 3 as path 310.

To support per-user authorization, an administrator configures an authorization filter to use when authenticating users. One or more attributes in the client user's LDAP directory entry and associated values can be selected for the authorization filter. Once configured, authorization module 206 can verify that the LDAP entry used in the bind call satisfies the authorization filter before allowing the user access to/through the firewall.

FIG. 5 illustrates an example embodiment of a graphical user interface (GUI) 500 of a firewall systems administrator application screen. As shown by a selected radio button, LDAP authentication 502 has been selected. GUI 500 includes a primary LDAP server settings area 510, a secondary LDAP server settings area 520, an authentication settings area 530, and a per-user authorization settings area 540.

The primary LDAP server settings area 510 includes a host field 512 and a port field 514. The host field 512 can be used to enter an IP address or host name of a primary LDAP server. The port field 514 can be used to enter the port to be used on the primary LDAP server.

The secondary LDAP server settings area 520 also includes a host field 522 and a port field 524. The host field 522 can be used to enter an IP address or host name of a secondary LDAP server. The port field 524 is used to enter the port to be used on the secondary LDAP server. Fields 522, 524 can be left blank if no secondary LDAP server is being used.

The authentication settings area 530, can include search-base field 532 and a username attribute field 534. The searchbase field 532 can be used to indicate the top of the directory tree 400 such as, e.g., country 402, organization 404, location 406, and department 410, so that a lookup can be within that portion of the directory tree. For example, a

6

set of attribute pairs such as, e.g., o=NAI, c=US to append to all requests to the LDAP server can be entered. The username attribute field 534 can include a default username attribute such as, e.g., uid. The username attribute field 534 can be used in performing per-user authorization.

The per-user authorization settings area 540 includes a search filter field 542 and a timeout field 544. The timeout field 544 can include a default value such as, e.g., 60 seconds. For example, timeout field 544 can be used to limit the amount of time the authorization filter query can take. If the time is exceeded, the authorization fails.

The search filter field 542 is used by firewall 210 in identifying the appropriate fields that are the subject of the LDAP directory authentication query. Upon receipt of a response from the LDAP directory 204, firewall 210 can then determine whether the client user is authorized to authenticate through the firewall 210.

In general, the authorization filter can contain any LDAP-valid combination of attributes and values, including object classes. At its simplest, the authorization filter specifies a single attribute and value pair. For example, the search filter field 542 can be used to enter a search filter expression such as "objectclass=gauntletUser."

Consider another example where LDAP directory 204 is configured by the company to include a field that would provide an access code level for each user. For example a "1" could correspond to only e-mail access, while a 5 could mean full access to all Internet services including world wide web browsing. In this environment, an authorization filter can be specified as "(&(objectclass=gUser)(status=5))".

It should be noted that the authorization process need not be based on per-user authorization. In another embodiment, the authorization process can be based on a per-service authorization. In this embodiment, the per-service authorization can include an authorization for protocol services. Examples of protocol services include FTP, simple mail transport protocol (SMTP) e-mail, hypertext transport protocol (HTTP), etc. The per-service authorization can also be based on LDAP directory information. For example, authorization module 206 can use group memberships to determine whether a client user can use HTTP through firewall 210. To satisfy this authorization process, the authenticated user must be a member of the "web-users" group in the LDAP directory.

In one embodiment, the per-service authorization process uses the standard groupOfNames and groupOfUniqueNames object classes for authorization decisions. In general, a mechanism can be included that supports the specification of arbitrary group names for each service to be controlled. Control can then be based on a per-proxy basis or a per-policy basis.

Specification of per-service authorization criteria can also be implemented using the search filter field 542. In general, a different search (or authorization) filter can be provided for each service. For example, a search filter field can be included in GUI 500 to determine whether, e.g., a user is authorized to perform a file transfer, to send e-mail, or to access the world wide web. A search filter field can also be included in GUI 500 to determine whether, e.g., a user is a member of a particular group such as, e.g., engineering department 410, and if so, that particular services can be authorized based on being part of that group.

As noted, it is a feature of the present invention that firewall 210 can support arbitrary LDAP directory schema. Accordingly, firewall 210 does not require additional firewall-specific object classes or attributes in the directory.

**SC 11101**

US 7,185,361 B1

7

Customers can populate the LDAP directories with whatever data they require. This authentication environment can be flexibly applied across multiple organizations each having their own sets of directory information. Indeed, the concepts of the present invention can be used to implement an authorization filter that relies on portions of information that are stored in distinct LDAP directories. This distributed authentication scheme enables an organization to implement segmented management of the user database.

While various embodiments of the present invention have been described above, it should be understood that they have been presented by way of example only, and not limitation. Thus, the breadth and scope of the present invention should not be limited by any of the above-described exemplary embodiments, but should be defined only in accordance with the following claims and their equivalents.

What is claimed is:

1. A system for authorizing client access to a network resource, comprising:

a server having at least one directory that can be accessed using a network protocol, said at least one directory being configured to store information concerning an entity's organization; and

a firewall that is configured to intercept network resource requests from a plurality of client users on an internal network, said firewall being operative to authorize a network resource request based upon a comparison of the contents of at least part of one or more entries in said at least one directory to an authorization filter, wherein said authorization filter is generated based on a directory schema that is predefined by said entity.

2. The system of claim 1, wherein said at least one directory is a lightweight directory access protocol directory.

3. The system of claim 1, wherein said authorization filter is specified using a graphical user interface.

4. The system of claim 1, wherein said authorization filter implements a per-user authentication scheme.

5. The system of claim 1, wherein said authorization filter implements a per-service authentication scheme.

6. The system of claim 1, wherein said firewall and said directory communicate using secure socket layer communication.

7. The system of claim 1, wherein said firewall is configured to query multiple directories.

8. An authentication method at a firewall, comprising the steps of:

(a) receiving a network resource request from a client user at an internal network;

(b) querying, using a network protocol, at least one directory that is configured to store information concerning an entity's organization, wherein said query is based upon an authorization filter that is generated based on a directory schema that is predefined by said entity;

8

(c) determining, based on the results of said query, whether the contents of at least part of one or more entries in said at least one directory satisfy said authorization filter; and

(d) permitting said network resource request through said firewall if said authorization filter is satisfied.

9. The method of claim 8, wherein step (b) comprises the step of querying said at least one directory using a lightweight directory access protocol.

10. The method of claim 8, further comprising the step of specifying an authorization filter using a graphical user interface.

11. The method of claim 10, wherein said specifying step comprises the step of specifying an authorization filter that implements a per-user authentication scheme.

12. The method of claim 10, wherein said specifying step comprises the step of specifying an authorization filter that implements a per-service authentication scheme.

13. The method of claim 8, wherein step (b) comprises the step of querying said directory using secure socket layer communication.

14. The method of claim 8, wherein step (b) comprises the step of querying multiple directories.

15. A computer program product for enabling a processor in a computer system to implement an authentication process, said computer program product comprising:

a computer usable medium having computer readable program code embodied in said medium for causing a program to execute on the computer system, said computer readable program code comprising:

first computer readable program code for enabling the computer system to receive a network resource request from a client user at an internal network;

second computer readable program code for enabling the computer system to query, using a network protocol, at least one directory that is configured to store information concerning an entity's organization, wherein said query is based upon an authorization filter that is generated based on a directory schema that is predefined by said entity;

third computer readable program code for enabling the computer system to determine, based on the results of said query, whether the contents of at least part of one or more entries in said at least one directory satisfy said authorization filter; and

fourth computer readable program code for enabling the computer system to permit said network resource request through a firewall if said authorization filter is satisfied.

* * * * *

SC 11102

# EXHIBIT 2

1435

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        IN AND FOR THE DISTRICT OF DELAWARE
 3              - - -
 4   FINJAN SOFTWARE LTD.,      :  Civil Action
                                :  No. 06-369(GMS)
 5             Plaintiff,       :
 6        v.                    :
 7   SECURE COMPUTING CORPORATION, :
     CYBERGUARD CORPORATION,    :
 8   WEBWASHERE AG and DOES 1   :
     THROUGH 100,               :
 9                              :
               Defendants.      :
10              - - -
11          Wilmington, Delaware
12          Tuesday, March 11, 2008
              8:50 a.m.
13          Day Seven of Trial
14              - - -
15   BEFORE:  HONORABLE GREGORY M. SLEET, Chief Judge,
                              and a Jury
16
     APPEARANCES:
17
             PHILIP A. ROVNER, ESQ.
18           Potter Anderson & Corroon LLP
                    -and-
19           PAUL J. ANDRE, ESQ.,
             LISA KOBIALKA, ESQ.,
20           JAMES HANNAH, ESQ.,
             MEGHAN WARTON, ESQ.,
21           KRIS KASTENS, ESQ., and
             HANNAH LEE, ESQ.
22           King & Spalding
             (Silicon Valley, California)
23
                          Counsel for Plaintiff
24
25
```

1436

```
 1   APPEARANCES (Continued):
 2
 3       FREDERICK R. COTTRELL, III, ESQ., and
         KELLY E. FARNAN, ESQ.
 4       Richards, Layton & Finger
                -and-
 5       RONALD J. SCHUTZ, ESQ.,
         CHRISTOPHER A. SEIDL, ESQ.,
 6       TREVOR J. FOSTER, ESQ., and
         JAKE M. HOLDREITH, ESQ.
 7        Robins, Kaplan, Miller & Ciresi, L.L.P.
          (Minneapolis, MN)
 8
             Counsel for Defendants
```

1437

1  THE COURT: Good morning. Please be seated.
2  All right. Here are the rulings on the
3  remaining jury instruction issues.
4  As to No. 16, I am going to side with Finjan's
5  position on this. I was working from Secure's instruction.
6  I am going to eliminate the entirety of the last paragraph
7  except the last sentence, insert it as the last paragraph in
8  the Finjan, in the proposed 16. You made a bit of a mess,
9  Finjan, of the last sentence. You might want to proofread a
10 little more carefully next time.
11 That means that 19.2 will not be given. That
12 carries forward, the same line, same ruling will carry
13 forward in the damages instruction as well.
14 As to 47, proposed Finjan 48, I am going to
15 strike it. I am going to give Finjan's proposed 70. I
16 don't know why you didn't number them both 47. I guess it
17 was just to pluck my nerves. But we are going to give 48,
18 Secure's instruction. I am rejecting Finjan's 47.
19 I think Secure's position is the better
20 position, based on my reading of the law.
21 And there was a marking. I am going to overrule
22 Secure's objection, go ahead and give the marking
23 instruction. If I am wrong and you convince me I am wrong,
24 I can correct that later on. But you are going to have to
25 deal with that now. Right now, given the amount of time

1438

1  that I had to deal with the issues, that is the best rulings
2  I can -- that is the way I see the rulings at this point.
3  All right. Are you ready for the jury?
4  With that, I expect that we can get the
5  instructions in shape, give them to the other side, and get
6  sufficient copies, and we will instruct them as soon as we
7  are able.
8  The witness can resume the stand.
9  All parties' objections have been acknowledged
10 by the Court and reserved. The Court has ruled as it has.
11 Clearly, in my view, I am going to be very disappointed if
12 either of you goes up to the Federal Circuit on any of these
13 waiver issues. I don't think either party has waived
14 anything. You may have waived the issue of marking. I know
15 that is part of the marking. There is just no evidence.
16 Insofar as preservation of issues for appeal, waivers, I
17 just cannot imagine.
18 But maybe.
19 Again, just to recapitulate, with regard to
20 closings, plaintiffs will have a total of an hour, the
21 defense will have 45. If you want to rebut, you are going
22 to have to reserve a portion of the hour.
23 MR. ANDRE: Thank you, Your Honor.
24 THE COURT: We are still waiting for one. Why
25 don't we just relax for a few moments.

Jaeger - direct

1  A.    I have taught two different graduate classes on
2  computer security. One is relevant to all topics of
3  security, photography, networks, and operating a net
4  security code, operating and network security, that was a
5  little more advanced. I have taught twice an undergraduate
6  class on the broader topics of computer security. In this
7  semester, I am teaching an operating class on computer
8  security.
9              MS. KOBIALKA: Your Honor, at this time we would
10 like to tender Dr. Jaeger as an expert in computer security.
11             MR. SCHUTZ: No objection, Your Honor.
12             THE COURT: He is accepted.
13 BY MS. KOBIALKA:
14 Q.    Were you asked to provide an opinion as to whether
15 Finjan infringed the '361 and '010 patents?
16 A.    Yes, I was.
17 Q.    Before you were asked to be an expert in this case,
18 did you have an opinion on the topic?
19 A.    No, I did not.
20 Q.    Is that also the same with respect to your opinions on
21 whether or not the same patents are valid?
22 A.    That is correct. I had no opinion previously.
23 Q.    Do you have an understanding that Secure Computing is
24 alleging that the NG appliances infringe the '361 patent?
25 A.    That is my understanding, yes.

Jaeger - direct

1  Q.    When we refer to the NG appliances, do you understand
2  that we are referring to the NG 1100, NG 5100, NG 6100 and
3  NG 8100?
4  A.    Yes, I do.
5  Q.    Do you have an understanding of how those units
6  function?
7  A.    My understanding is they all basically have the same
8  function.
9  Q.    So I am just going to refer to them jointly as the NG
10 appliances. Is that okay?
11 A.    That is fine.
12 Q.    We don't need to discuss each one separately?
13 A.    That's right.
14 Q.    Do you have an understanding that Finjan's Vital
15 Security for Documents has been alleged to infringe a
16 certain claim of the '010 patent?
17 A.    That's right.
18 Q.    Now, in forming your opinions with regard to all the
19 things that you are going to discuss today, what did you
20 review?
21 A.    Quite a few things.
22             We have the patents themselves, prior art, the
23 Finjan product documentation, the source code for the NG
24 appliance, the patent prosecution history, the interaction
25 between the inventors and the Patent Office in processing

Jaeger - direct

1  the patent, and some other things you might remind me of
2  here.
3  Q.    Did you review the materials that Dr. Wallach had
4  reviewed with respect to some Vital Security for Documents
5  fliers?
6  A.    Oh, yeah.
7              So I reviewed the documents that were provided,
8  it would be called the claim of infringement or something
9  like this by Dr. Wallach, he provided a report, by Dr.
10 Wallach.
11 Q.    Did you review any deposition testimony?
12 A.    I reviewed Dr. Wallach's testimony, yes.
13 Q.    Are you referring to his trial testimony?
14 A.    Yes.
15 Q.    Did you review the deposition testimony of Mr. Chew?
16 A.    Yes. I reviewed the deposition testimony of Mr. Chew,
17 Ms. Greve, and then the two Finjan -- Mr. Ben-Itzhak and Mr.
18 Frommer.
19 Q.    In forming your opinion, did you use the
20 interpretation of certain terms that the Court had provided
21 regarding the patents?
22 A.    Yes, I did.
23 Q.    Now, are the technologies of the '361 and the '010
24 patent related to each other at all?
25 A.    Not at all.

Jaeger - direct

1  Q.    Let's turn then first to the '361 patent. I would
2  like to pull up GP 361A.
3              Could you describe for the jury what type of
4  technology is involved in the '361 patent?
5  A.    Yes, I can.
6              So the '361 patent is about, it's about a system
7  where you have a firewall and you have a directory server
8  that the firewall uses to help it make its decisions about
9  whether requests from the client computer, in this case
10 individual packets, can be submitted through the firewall to
11 the Internet.
12             So it's for outgoing requests from the client to
13 the Internet. It is going to determine whether you can send
14 something out from your network.
15 Q.    You have a laser pointer, too, if it would help.
16 A.    Okay.
17             So the first step -- I think we have a sequence
18 here. The first step, the client is going to submit the
19 request, and it's going to be broken down into a sequence of
20 packets, and then sent along the network, and it's going to
21 be intercepted by the firewall here.
22             Then we have the second step.
23             The firewall has to make a decision, can this
24 client make this request?
25             The next, it's going to -- in order to make that

Jaeger - direct

1  it may let you go through. It doesn't really talk about --
2  sorry.
3          It will succeed in authenticating and pass the
4  authorization filter and let it go through.
5  Q.    The NG appliances don't utilize an authentication
6  method?
7  A.    They do not implement an authentication method at a
8  firewall consisting of those steps, no.
9  Q.    Okay. So that, then, supports your opinion of
10  noninfringement with regard to Claims 8 through 12 and 14.
11  Correct?
12  A.    Correct.
13  Q.    Why don't we turn to the next slide for Claim 15. I
14  believe this authentication process also appears in the
15  beginning, where it says a computer program product for
16  enabling a processor in a computer system to implement an
17  authentication process.
18  A.    That's correct.
19  Q.    Is that the same type of thing we had just discussed?
20  A.    Yes, it is.
21  Q.    Is it also your opinion that there is no infringement
22  of Claim 15 in connection with the authentication process?
23  A.    That is correct.
24  Q.    There is also some language, per service, that was
25  used, I believe, in Claim 5. What does per service mean?

1492

Jaeger - direct

1  A.    So a service is some, basically, program that is
2  listening on the network. So there are services for logging
3  into computers. There are services for sending e-mail.
4  There are services for using a web. And so these define
5  specific network facing is the term we will use,
6  functionality that you can communicate with over the
7  Internet.
8          So we have in the patent two types of
9  authentication. One is per user, and one is per service.
10  The idea -- the distinction they are making is that, in my
11  opinion, is that you can authenticate as Alice or Bob. You
12  can say, okay, I will be Bob this time. So you are Bob.
13  And I want to gain access to the network. And so the
14  firewall will run some scheme to authenticate that you are
15  really Bob, and then based on determining that you are Bob,
16  it will let you have whatever access that you want, that it
17  will authorize.
18          The other thing is you may ask to authorize for
19  a specific service, maybe for e-mail. So you will just ask
20  to authorize for that particular service. So you are going
21  to say I am going to authorize Bob to use the e-mail
22  service. And that is all.
23  Q.    Dr. Jaeger, do you have an understanding of what is
24  meant by inducing infringement?
25  A.    Yes.

1493

Jaeger - direct

1  Q.    Do you have an opinion regarding whether Finjan has
2  induced infringement of the asserted claims of the '361
3  patent as a result of its NG appliances?
4  A.    My opinion is they have not induced infringement, the
5  NG appliance has not induced infringement of the '361
6  claims.
7  Q.    Has there been any evidence of any inducing
8  infringement that you were able to read in Dr. Wallach's
9  testimony?
10  A.    I saw no specific case.
11  Q.    Do you have any other bases for your opinion regarding
12  no inducing of infringement by Finjan?
13  A.    Yes, I do.
14  Q.    Are those the same as you have discussed already this
15  morning?
16  A.    Yes.
17  Q.    Why don't we turn to now the assertion of invalidity
18  with regard to the '361 patent.
19          What was your determination regarding whether or
20  not the asserted claims of the '361 patent were valid?
21  A.    So my determination was that the claims of the '361
22  patent are invalid.
23  Q.    Was it based on your theory of anticipation and
24  obviousness?
25  A.    Yes. It was based on both.

1494

Jaeger - direct

1  Q.    What is your understanding of what we mean them by
2  anticipation?
3  A.    So by anticipating, my understanding is that this
4  requires one reference to disclose or one system to disclose
5  all of the elements of all the claims in the patent, in this
6  case the '361 patent.
7  Q.    And what is your understanding of obviousness?
8  A.    So my understanding of obviousness is that obviousness
9  requires that one obtain one or more references, and these
10  references, with some -- if you have more than one you have
11  to show motivation. Would it be sufficient for someone
12  skilled in the state of the art to be able to fulfill all
13  the elements of all the claims in the patent?
14  Q.    What reference did you rely upon to form your opinion
15  regarding invalidity?
16  A.    So I used the Check-Point Firewall 1, its architecture
17  and the administration document.
18  Q.    It's PTX-188.
19          Is this the document that you are referring to?
20  A.    Yes, it is.
21  Q.    Do you refer to it sometimes as the Check-Point
22  reference or the CP reference?
23  A.    I think usually the CP reference.
24  Q.    Now, was this particular reference cited to the Patent
25  Office during the time that they were applying for a patent

Jaeger - direct

1  in connection with the '361 patent?

2  A.   Yes, it was.

3  Q.   Was the entire reference cited?

4  A.   No. Just, you probably have the page number, I think

5  it was 135 to 154.

6  Q.   Why don't we show JTX-5.

7       On the right-hand column, under other

8  publications, could you blow that up, please. Do you see

9  the Check-Point reference here?

10  A.   Yes, I do.

11  Q.   Is it the Check-Point account management client

12  Version, it continues on?

13  A.   Yes, it is.

14  Q.   Let's talk about this Check-Point reference. PTX-188.

15  What is it about?

16  A.   So the Check-Point is a firewall. It looks at

17  individual packets, and so this reference describes how this

18  particular firewall works, to authorize, a Check-Point

19  authorizes both outgoing packets. We talked in the patent,

20  the patent talks about outgoing packets. The Check-Point

21  firewall also authorizes patents that will come from the

22  external network into your network.

23       And the Check-Point firewall has rules which

24  determine, in this case what the rules do is they describe

25  for a particular entity or group of entities what the

Jaeger - direct

1  authentication requirements are for that entity to enter the

2  system.

3       So if Alice made a request, she may correspond

4  to some group of users, and that will match a rule in the

5  firewall. And then based on the authentication requirements

6  in that rule, if Alice can prove that she is really Alice,

7  then she can perform the request specified.

8  Q.   Is it your understanding that this Check-Point

9  reference is prior art to the '361 patent?

10  A.   Yes, it is.

11  Q.   If we could highlight the date, enlarge it, I believe

12  it says September 1998 on the front page?

13  A.   Yes, it does.

14  Q.   Now, how does the Check-Point reference anticipate the

15  elements of Claim '361? Maybe it would be easier if we go

16  through each of the elements. Is the Check-Point reference

17  a system for authorizing client access to a network

18  resource?

19  A.   I was expecting it to be put up. Sorry. Can you

20  repeat it?

21       Thanks.

22       Yes, it is.

23  Q.   Does it also have the next element, which reads, A

24  server having at least one directory that can be accessed

25  using a network protocol, said at least one directory being

Jaeger - direct

1  configured to store information concerning an entity's

2  organization?

3  A.   The Check-Point reference discloses a server for that

4  purpose, yes.

5  Q.   Why don't we turn to PTX-188 at 12633. What does this

6  page tell you with regard to the particular element a

7  server?

8  A.   So this page begins a chapter describing how you can

9  use the Check-Point firewall to leverage the information in

10  a directory server, in this case this LDAP, or lightweight

11  directory access protocol server, this board chart like

12  directory server that we talked about before.

13  Q.   And if we turn three pages later to 12636, what does

14  this tell you about the Check-Point reference in connection

15  with this element we are talking about, a server having one

16  directory?

17  A.   You might want to blow up the firewall. So this

18  London component represents the Check-Point firewall.

19  Q.   When you say London component, what are you referring

20  to?

21  A.   The component with the word London above it.

22       So in order to determine whether you are going

23  to be authenticated, it may look at an LDAP server. In this

24  case the LDAP server is called BigBen. It's to the right of

25  the London server.

Jaeger - direct

1  Q.   So are these just a few examples that support your

2  opinion that this first element regarding a server found in

3  Claim 1 are found in this Check-Point reference?

4  A.   Yes.

5  Q.   I would like to turn to the next element, G-121, of

6  Claim 1, it starts out, A firewall, and continues all the

7  way to the end of that claim. Do you see that element?

8  A.   Yes, I can.

9  Q.   Does the Check-Point reference disclose this element

10  regarding a firewall?

11  A.   Yes, it does, in my opinion.

12  Q.   Why don't we turn to PTX-188, at 12530.

13       What does this page tell you in connection with

14  the firewall element?

15  A.   Basically, what this page is telling me, you can

16  picture -- where did it go?

17  Q.   I think this is the right page here.

18  A.   Okay.

19       I think there was something useful in that other

20  page. But what the --

21  Q.   Why don't I highlight the beginning portion of that

22  page, Under this rule?

23  A.   Okay. Thank you.

24       So this is saying that a user who is trying to

25  use this particular service called TELLNET, -- this is for

1499

Jaeger - direct

1  logging into a computer -- is going to be intercepted by the
2  firewall module, which is this entity called London that we
3  took down.
4  Q.    Why don't we turn to 12640 of the same document.
5        Does this document also support your opinion
6  with regard to the disclosure of the server element in the
7  Check-Point reference?
8  A.    Yes, it does.
9  Q.    Can you point out where exactly in the document?
10 A.    Well, the servers, the LDAP servers are these
11 unfortunately gray and hard to read, especially from this
12 distance, boxes, that the Check-Point firewall calls account
13 units.
14 Q.    Did you cover everything?
15 A.    I was just going to say that each of these account
16 units is an LDAP database. So the idea is, you have part of
17 your company, if you will, part of your user base is
18 captured in each of these account unit directories.
19 Q.    I would like to show you, then, the next page, 12641.
20 Let's highlight Steps 6 through 10. Is there anything on
21 this page that describes to you or supports your opinion
22 regarding this element about the said firewall being
23 operative to authorize a network resource request?
24 A.    So this is describing the process of the firewall
25 using the LDAP directory to authorize such a request, yes.

Jaeger - direct

1  in Check-Point are written in terms of groups. And so they
2  will determine what group Jim belongs to. And then the LDAP
3  entry also contains information about how to authenticate
4  that Jim is really Jim. So will use that then to determine
5  whether Jim is going to get access through an authorization
6  code.
7  Q.    Let's turn to the next claim, which the Claim 2.
8  G-121.
9        The additional element here is that one
10 directory is a lightweight directory, access protocol
11 directory. Does the Check-Point reference anticipate Claim
12 2?
13 A.    Yes, it does.
14 Q.    Does it disclose and describe the lightweight
15 directory access protocol directory?
16 A.    Yes, that is the account units.
17 Q.    Let's turn to the next claim, Claim 3, Wherein said
18 authorization filter is specified using a graphical user
19 interface.
20       Does the Check-Point reference anticipate Claim
21 3?
22 A.    Yes, it does. It does provide something for defining
23 its authorization filters.
24 Q.    PX-1288 at 12639.
25       You found that in the Check-Point reference

1500

Jaeger - direct

1  Q.    So does this also further support that the Check-Point
2  reference discloses this entire firewall element that we are
3  talking about in Claim 1?
4  A.    Yes. The whole -- the long element, yes.
5  Q.    How does the comparison work in the Check-Point
6  reference?
7  A.    So -- are you talking about the comparison of what's
8  in the directory to the authorization filter?
9  Q.    That's correct.
10 A.    So what's going to happen, they use the user name Jim
11 in this example.
12       So what's going to happen is, in the earlier
13 steps, Jim made a network request that was intercepted by
14 the firewall module. So the firewall module had looked in
15 its local database, but it didn't see anything about Jim in
16 its local database.
17       So it will go out to these account units and see
18 if there is an account unit that knows something about Jim.
19 If there is an account unit that knows something about Jim,
20 it will then, and for the particular request Jim is asking
21 for, it will return a -- I am sorry. If there is an account
22 unit that knows something about Jim, it will return Jim's
23 directory entry from that account unit.
24       So based on that directory entry, it will then
25 determine what group Jim belongs to. So most of the rules

1502

Jaeger - direct

1  itself?
2  A.    Yes, I did.
3  Q.    On this page here?
4  A.    So this, under No. 5, this is showing how you are
5  using, so these account units will define groups that you
6  may not have known about, they may have been at another part
7  of your company or something like this. They are
8  administered perhaps by somebody else. And up above we
9  defined that we will work with that particular group. But
10 this particular gooey here shows how you use the group to
11 write an authorization filter. So basically defining what
12 group you belong to, which is the source, and then there is
13 information about what kind of network request you can
14 perform.
15 Q.    So let's turn them to Claims 4 and 5, which are
16 dependent on Claim 1. Claim 4 has the additional element
17 wherein said authorization filter implements a per-user
18 authentication scheme. And 5 implements a per-service
19 authentication scheme. Is it your opinion that the
20 Check-Point reference anticipates these claims?
21 A.    Yes, it is my opinion that the Check-Point reference
22 does anticipate these two claims.
23 Q.    Why don't we turn to PTX at 12526.
24       What does the Check-Point reference describe in
25 connection with the per-user and per-service authentication

1503

Jaeger - direct

1  scheme?

2  A.    So the Check-Point firewall provides actually three

3  schemes, two of which are important to us in this context.

4  One is the first one, called user authentication. And this

5  corresponds to a per-user authentication scheme. And then

6  the third one at the bottom is called session

7  authentication.

8         So in this case, what they are talking about is

9  a particular session with a particular service.

10        So you are going to TELLNET. You are going to

11  log into a computer and you will authenticate for the

12  duration of that particular session of that service. These

13  services, you may have to send multiple messages to them in

14  order to use them. This session authentication will support

15  you communicating multiple messages through the firewall to

16  the service. But you only have to authenticate once.

17  Q.    Are there other places that describe this

18  authentication throughout the Check-Point reference? Are

19  there additional references within the Check-Point reference

20  to the different types of authentication?

21  A.    Well, there are major subsections of this document

22  that describe in detail how these particular authentication

23  mechanisms work.

24  Q.    You didn't just rely on this particular page? There

25  is actually a lot more in the reference that discloses --

1504

Jaeger - direct

1  A.    That's correct.

2  Q.    Why don't we turn, then, next, to Claim 7, which has

3  this additional element, wherein said firewall is configured

4  to query multiple directories. What is your opinion

5  regarding Claim 7?

6  A.    My opinion is that that is anticipated by the

7  Check-Point firewall.

8  Q.    Show PTX at 12637.

9  A.    In this picture we have the four gray boxes, the four

10  account units, these are all LDAP directories. The

11  Check-Point is showing us that we can have more than one

12  LDAP directory.

13  Q.    That relates to the firewall being configured

14  according to multiple directories. Is that correct?

15  A.    That's correct.

16  Q.    Let's turn then to Claim 8. Is it your opinion that

17  the Check-Point reference does disclose an authentication

18  method at a firewall?

19  A.    Yes, it is.

20  Q.    Then turning to 8(a), does it disclose this step in

21  8(a)?

22  A.    Yes, it does. The firewall can intercept requests

23  emanating from inside the network or from outside the

24  network, as we discussed.

25  Q.    We previously discussed some of the pages from the

1505

Jaeger - direct

1  reference regarding this network request. Is that correct?

2  A.    Yes.

3  Q.    Then turning to 8(b), the element starting Querying,

4  does the Check-Point reference disclose 8(b)?

5  A.    Yes, it does.

6         So it'll -- as we discussed in the case with

7  Jim, when Jim submits a network request, at least that's I

8  guess an incoming request from the external network, but the

9  idea would be the same. If Jim were inside the network and

10  submitting a request, the firewall would intercept that

11  request and look for information about Jim if it didn't know

12  him in the local database.

13  Q.    And did we talk about some of the pages from the

14  Check-Point reference earlier in connection with this

15  element?

16  A.    Yes, we did.

17  Q.    Let's turn to the next -- actually, why don't we turn

18  to PTX at 12525. Actually, let's go to 12643.

19        My questions are going to be directed at this

20  particular page regarding the element that the query is

21  based upon authorization filter that is generated based upon

22  a directory schema that is predefined by said entity. What

23  does this particular page tell you in connection with those

24  elements, that element of the claims?

25  A.    So this page and subsequent pages describe the LDAP

1506

Jaeger - direct

1  schema, that is the structure, the form of the information

2  stored in the LDAP directory for the Check-Point firewall.

3  Q.    Can we show 12641. This one, I have a question in

4  connection with determining -- this is the element,

5  determining based on the results of said query whether the

6  content of at least one or more directories -- it continues

7  on, satisfy the authorization filter.

8         Looking at Steps 8 through 12, what does that

9  tell you about this reference?

10  A.    So we found an LDAP entry for Jim, from some account

11  unit somewhere. So this LDAP entry has information

12  describing what groups Jim belongs to, and the firewall is

13  going to determine based on these groups what the

14  authentication requirements are for Jim.

15        I think we will see that in the LDAP scheme

16  later. There will be specific authentication requirements

17  for Jim in order to satisfy gaining entry through the

18  request that he made. So Jim has to prove that he is Jim.

19  And he will use this LDAP entry in order to -- the system

20  will use the LDAP entry in order to describe what Jim has to

21  do to prove that he is Jim so he can submit this request.

22        So 11 says that the firewall is going to

23  implement the authentication scheme. So it is going to use

24  this information that it found in its LDAP entry in order to

25  determine how to authenticate Jim, and if Jim successfully

Jaeger - direct

1  authenticates, then the connection will be allowed it says
2  at the bottom.
3  Q.    So based on these pages that we have looked at,
4  turning to Claim 8 again, is it your opinion that all of the
5  elements, that includes (c) and (d) as well are anticipated
6  by the Check-Point reference?
7  A.    Yes, that is my opinion.
8  Q.    What about Claim 9? Is it your opinion that Claim 9
9  is anticipated?
10 A.    Yes, it is. We use that LDAP data -- directory, I
11 should say. LDAP directory.
12 Q.    So just like Claim 2 it has this element?
13 A.    That's correct.
14 Q.    So we previously discussed the support in the
15 Check-Point reference for the LDAP directory. Correct?
16 A.    That's correct.
17 Q.    Let's turn to Claim 10. Is it your opinion that Claim
18 10 anticipates?
19 A.    Yes, it is.
20 Q.    Sorry. Let me try that question again. Is it your
21 opinion that the Check-Point reference anticipates Claim 10?
22 A.    '361. Yes.
23 Q.    And this also relates to the graphical user interface
24 like Claim 3. Correct?
25 A.    That's correct.

Jaeger - direct

1  Q.    Basically, based on the information we have looked at
2  already, is it your opinion it anticipates?
3  A.    That's correct.
4  Q.    Turning to Claim 11 and 12, these appear to
5  corresponds to Claims 4 and 5 previously?
6  A.    That's correct.
7  Q.    Based on the same reasons, are these claims
8  anticipated by the Check-Point reference?
9  A.    That is correct.
10 Q.    Then we need to turn to Claim 14. I believe this is
11 also similar to Claim 7?
12 A.    That's right.
13 Q.    And for the same reasons is Claim 14 anticipated by
14 the Check-Point reference?
15 A.    Yes. Claim 14 of '361 is anticipated for the same
16 reasons as Claim 7 of the '361.
17 Q.    We are saying for the same reasons, what we are
18 referring to is just the last new element that is added to
19 the dependent claim?
20 A.    Well, we are saying that it queries multiple
21 databases.
22 Q.    Then for the reasons we had talked about in connection
23 with the dependent claim, for example, in Claim 14, it
24 relies on Claim 8, we are referring to all of those reasons
25 that you discussed in connection with the dependent claim.

Jaeger - direct

1  Correct?
2  A.    That's right. So, yes, also the reasons that Claim 8
3  is anticipated.
4  Q.    Let's turn to the last claim of the '361 patent, Claim
5  15.
6        Is it your opinion that Claim 15 is anticipated
7  by the Check-Point reference?
8  A.    Yes, it is. My opinion is that it is anticipated as
9  well.
10 Q.    And the preamble, a computer program product for
11 enabling a processor in a computer system to implement an
12 authentication process. Do you see that?
13 A.    Yes, I do.
14 Q.    That particular element is disclosed in the
15 Check-Point reference. Is that correct?
16 A.    Yes, it is.
17 Q.    Turning to the next element, the computer-usable
18 medium. Then it continues onward. Is it your opinion that
19 that particular element is also discussed in the Check-Point
20 reference?
21 A.    Yes. The Check-Point is a computer-usable medium
22 meeting these requirements.
23 Q.    Then turning to the first computer-readable program
24 code element, referring to that entire element, is that also
25 disclosed in this Check-Point reference?

Jaeger - direct

1  A.    Yes, it is.
2  Q.    Is this similar to Element 8(a) that we talked about
3  before?
4  A.    Yes, it is.
5  Q.    So --
6  A.    That is why it has program code, to receive a network
7  request, as we discussed, 8(a).
8  Q.    So based on the same reference that we had looked at
9  earlier?
10 A.    Yes.
11 Q.    This element is anticipated?
12 A.    Yes, it is.
13 Q.    Then turning to the next element, I am not reading the
14 whole thing, it starts out, Second computer-readable program
15 and ends, predefined by said entity, does that element
16 appear in the Check-Point reference?
17 A.    Yes, that element appears also in the Check-Point
18 reference.
19 Q.    Have we discussed all of these, the elements found in
20 that particular element of Claim 15, previously?
21 A.    Yes, we have.
22 Q.    Does that correspond to 8(b)?
23 A.    Yes, it does.
24 Q.    Then let's turn to the next element, which I believe
25 is the third computer readable program code. It finishes

Jaeger - direct

1  off satisfy said authorization filter.  Do you see that

2  reference?

3  A.    Yes, I do.

4  Q.    Was that particular element disclosed in the

5  Check-Point reference?

6  A.    That particular element is also disclosed in the

7  Check-Point reference.

8  Q.    Can we turn to PTX-188 at 12634.

9        We have looked at this page previously in

10  connection with your discussion of some other claim

11  elements?

12  A.    Yes, we have.

13  Q.    Does this particular page also support your opinion

14  with regard to that element regarding the third computer

15  readable program, as it relates to the passwords?

16  A.    Yes.  So, can you bring up the claim again?  Sorry.

17  Make sure I get this right.

18  Q.    We are looking at the third computer readable program

19  code?

20  A.    Right.  So the account units store these LDAP entries

21  about the individual.  So it will store an entry about Jim.

22  And the authorization filter says that Jim has to

23  authenticate, if in that case it does, then the Check-Point

24  firewall will look at the authentication information in

25  Jim's entry in order to determine whether Jim really is Jim.

1512

Jaeger - direct

1  It's the one thing that you could look at, is Jim's

2  password.  That is how we normally authenticate these days.

3  So the Check-Point firewall has that password as saw in the

4  other picture, it actually has a hash of the password,

5  typically.

6        So what the firewall can do is it can use the

7  value that Jim provided for his password, compute what's

8  called the cryptographic hash.  Basically, we don't want to

9  store the passwords in the clear on the directory because if

10  someone, you know, gets in there and sees it, they will have

11  your password.  So they will store it in a form that is hard

12  to predict in advance.

13        But basically what this is is information

14  sufficient for the firewall to determine that you possess

15  that secret, that Jim possesses that secret.  So then Jim,

16  if he possesses the secret, he is authenticated, then he

17  can -- the Check-Point system will allow him to enter the

18  network.

19  Q.    Let's just turn to the last element of Claim 15, which

20  reads fourth computer readable program, and it ends said

21  authorization filter is satisfied.

22        Is it your opinion that that element is

23  disclosed in the Check-Point reference?

24  A.    Yes, it is.

25  Q.    And is this similar to the 8(d) element that we

1514

Jaeger - direct

1  discussed previously?

2  A.    Yes, it is.

3  Q.    For the same reasons you are basing your opinion?

4  A.    Yes, I am.

5  Q.    So I just want to be clear.  Is it your opinion then

6  the Check-Point reference disclosed all the elements of the

7  asserted claims of the '361?

8  A.    It is my opinion that the Check-Point reference

9  asserts all of the elements of this claim, yes.

10  Q.    Is it your opinion that one of ordinary skill in the

11  art would find the '361 patent obvious in light of the

12  Check-Point reference?

13  A.    So it is my opinion that someone skilled in the state

14  of the art would also find the patent obvious given the

15  Check-Point reference.

16  Q.    Now, you say one of ordinary skill in the art.  What

17  do you mean by that?

18  A.    So what I mean by that would be either someone with,

19  you know, like a computer science degree, or maybe, you

20  know, about three, four years of professional computer

21  science experience without a degree.  That person,

22  additionally, having maybe a couple of years in networking

23  and security.  About that level.  It would be someone at

24  that level.

25  Q.    For your opinion regarding obviousness of the '361

1514

Jaeger - direct

1  patent, are you basing it on the same things that we have

2  already discussed previously with regard to the Check-Point

3  reference?

4  A.    Yes, I am.

5  Q.    Now, it's your opinion that the Check-Point reference

6  anticipates and also renders obvious the claim.  What is

7  your understanding of the difference between the two?

8  A.    Well, my opinion is that the Check-Point reference

9  anticipates the '361.  So, by anticipates, the Check-Point

10  reference discloses all of the elements, it's a single

11  reference and it discloses all of the elements of all of the

12  claims in the '361 patent.

13        Additionally, I am asserting that the

14  Check-Point reference also renders the '361 patent obvious

15  in the sense that someone of ordinary skill in the state of

16  the art would be able to take this reference and fulfill,

17  understand how to fulfill each of the elements.

18        MS. KOBIALKA:  Your Honor, at this time it might

19  be good to take a break, because we are coming to a good

20  breaking point.

21        THE COURT:  Okay.  Let's take our morning break.

22        (Jury leaves courtroom at 10:55 a.m.)

23        (Recess taken.)

24        THE COURT:  Counsel, we are going to have to

25  order lunch for the jury.  How are we doing?

1    instructions that you read when I get back to the office.

2    They have not been filed.

3            THE COURT:  I have the originals.  We will scan

4    them in.

5            MR. ROVNER:  That is fine.

6            THE COURT:  Thank you, counsel.

7            (Court recessed.)

8                - - -

9

10   Reporter:  Kevin Maurer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 3
## PART 1

# Check Point FireWall-1™ Architecture and Administration

*Version 4.0*

Part No.: 71300001400
September 1998



*FireWall-1*

Plaintiff's Trial Exhibit

**PTX-188**

Case No. 06-369 GMS

© Copyright 1994–1998 Check Point Software Technologies Ltd.

All rights reserved. This product and related documentation are protected by copyright and distributed under licensing restricting their use, copying, distribution, and decompilation. No part of this product or related documentation may be reproduced in any form or by any means without prior written authorization of Check Point. While every precaution has been taken in the preparation of this book, Check Point assumes no responsibility for errors or omissions. This publication and features described herein are subject to change without notice.

RESTRICTED RIGHTS LEGEND:

Use, duplication, or disclosure by the government is subject to restrictions as set forth in subparagraph (c)(1)(II) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 and FAR 52.227-19.

TRADEMARKS:

Check Point, the Check Point logo, FireWall-1, FireWall-First!, FloodGate-1, INSPECT, IQ Engine, Open Security Manager, OPSEC, SecuRemote, UAP, VPN-1 and ConnectControl are registered trademarks or trademarks of Check Point Software Technologies Ltd.

All other product names mentioned herein are trademarks of their respective owners.

The products described in this document are protected by U.S. patent no. 5,606,668 and may be protected by other U.S. patents, foreign patents, or pending applications.

THIRD PARTIES:

Entrust is a registered trademark of Entrust Technologies, Inc. in the United States and other countries. Entrust's logos and Entrust product and service names are also trademarks of Entrust Technologies, Inc. Entrust Technologies Limited is a wholly owned subsidiary of Entrust Technologies, Inc. FireWall-1 and SecuRemote incorporate certificate management technology from Entrust.

The following statements refer to those portions of the software copyrighted by University of Michigan.

Portions of the software copyright © 1992-1996 Regents of the University of Michigan. All rights reserved. Redistribution and use in source and binary forms are permitted provided that this notice is preserved and that due credit is given to the University of Michigan at Ann Arbor. The name of the University may not be used to endorse or promote products derived from this software without specific prior written permission. This software is provided "as is" without express or implied warranty.

Copyright © 1996-1998. Internet Security Systems, Inc. All Rights Reserved. RealSecure, SAFEsuite, Intranet Scanner, Internet Scanner, Firewall Scanner, and Web Scanner are trademarks or registered trademarks of Internet Security Systems, Inc.

Copyright © Sax Software (terminal emulation only).

The following statements refer to those portions of the software copyrighted by Carnegie Mellon University.

Copyright 1997 by Carnegie Mellon University. All Rights Reserved.

Permission to use, copy, modify, and distribute this software and its documentation for any purpose and without fee is hereby granted, provided that the above copyright notice appear in all copies and that both that copyright notice and this permission notice appear in supporting documentation, and that the name of CMU not be used in advertising or publicity pertaining to distribution of the software without specific, written permission.

CMU DISCLAIMS ALL WARRANTIES WITH REGARD TO THIS SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS, IN NO EVENT SHALL CMU BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

**Check Point Software Technologies Ltd.**

**International Headquarters:**
3A Jabotinsky Street
Ramat Gan 52520, Israel
Tel:  972-3-753 4555
Fax: 972-3-575 9256

e-mail: info@CheckPoint.com

**U.S. Headquarters:**
Three Lagoon Drive, Suite 400
Redwood City, CA 94065
Tel: 800-429-4391 ; (650) 628-2000
Fax: (650) 654-4233

http://www.checkpoint.com

Please direct all comments regarding this publication to techwriters@checkpoint.com.


Please Recycle


Adobe PostScript

# Contents

Preface  xxiii

  Scope  xxiii

  Who Should Use this User Guide  xxiv

  Summary of Contents  xxiv

  What Typographic Changes Mean  xxv

  Shell Prompts in Command Examples  xxvi

  Network Topology Examples  xxvi

1. Authentication  27

  Overview  27

    FireWall-1 Authentication  27

    Three Kinds of Authentication  28

      Transparent Authentication  28

      Comparison of Authentication Types  29

    How A User Authenticates  29

    Authentication Schemes  30

  User Authentication  31

    User Authentication — Overview  31

    User Authentication — Deployment  32

      Example Configuration  33

      Defining User Authentication  33

  Defining User Properties  34

  Defining the Gateway's Authentication
    Schemes  35

  Tracking and Timeout Parameters  36

  User Authentication Rule Properties  37

How the User Authenticates  39

  Example - FTP Using O/S Password  40

  Entering User Names — FTP  40

  Parsing the Password String — FTP  41

Additional Features — User
  Authentication  41

  Authentication Using GUI Clients  41

  User Name  42

  Password  42

Non-Transparent User Authentication  42

  Non-Transparent User Authentication —
    Example  43

  Enabling Non-Transparent User
    Authentication  43

User Authentication and the HTTP Security
  Server  44

  Overview  44

  HTTP Security Server Configuration  45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012501

HTTP Servers List (Security Servers tab)  46

Controlling Access to HTTP — User Authentication Rules  48

Restricting Incoming HTTP  48

Restricting Internal Users' Access to External HTTP  48

Restricting Incoming and Outgoing HTTP  49

The HTTP Security Server in Proxy Mode  49

The HTTP Security Server as an HTTP Proxy  50

HTTP Security Server as a Security Proxy — Authenticating Outgoing HTTPS  51

Configuring Multiple HTTP Security Servers  54

HTTP Security Server — When the User Connects  55

Password Prompt  55

Multiple Users and Passwords  55

"Reason" Messages  56

Differences Between Clients  57

HTTP Security Server — Security Considerations  57

HTTP Security Server and Non-Transparent Authentication  58

Configuring URLs  58

Configuring a Server for Null Requests  60

Support For HTTPS — Controlling External Access to Internal HTTPS  60

Putting Existing HTTP Servers Behind the HTTP Security Server  64

▼ If you have only one HTTP server, and it is on your gateway  64

▼ If you have only one HTTP server, and it is not on your gateway  64

▼ If you have more than one HTTP server  65

Session Authentication  66

Overview  66

Session Authentication — Deployment  67

Example Configuration  67

Configuring Session Authentication  68

Configuring the Session Authentication Agent  68

Session Authentication Rule Properties  71

Logging and Tracking  73

How the User Authenticates  73

Client Authentication  75

Overview  75

Initiating Client Authentication  76

Sign On Methods  76

How Services are Authorized  77

Timeouts  78

Client Authentication — Deployment  78

Defining Client Authentication  79

Users  79

User Access  80

Supported Authentication Schemes  81

Client Authentication Rule Properties  81

Client Authentication Properties — Rule Base  85

Logging and Tracking  86

How the User Initiates Client Authentication  87

Manual Sign On Using TELNET  87

Manual Sign On — HTTP  91

Partially Automatic Sign On Method  92

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012502

Fully Automatic Sign On Method   93

Encrypted Client Authentication   94

   HTTPS Connections   94

Security Considerations — Client
Authentication   96

Timeouts   95

Client Authentication — Additional
Features   96

   Authorizing All Standard Sign On Rules   96

   Changing the Client Authentication Port
   Number   97

   Single Sign-on System Extension   98

   Example   99

2. Security Servers   101

Overview   101

Security Servers and the Rule Base   104

   The 'Insufficient Information' Problem   104

   The Solution   104

   Examples   105

   Outgoing Connections   107

   FTP Security Server   107

      FTP Resource Matching   108

      Methods   108

      File Names   108

   SMTP Security Server   109

      Functionality   110

      SMTP Security Server Configuration   111

      Alerts   111

   HTTP Security Server   112

      Support for FTP   112

      Support for HTTPS   113

         Security Proxy Mode   113

Non-transparent Mode and HTTPS   116

Interaction with OPSEC Products   120

Defining Security Servers   122

   Security Server Configuration   123

      fwauthd.conf file   123

   Using a Security Server to Authenticate Other
   Services   125

3. Content Security   127

Overview   127

   Resources and Security Servers   127

Web (HTTP)   130

   URL Filtering   130

      Defining a UFP Server   131

      Defining a Resource   131

      Defining Rules   131

Mail (SMTP)   132

FTP   133

CVP Inspection   133

   Implementing CVP Inspection   133

      Defining a CVP Server   133

      Defining Resources   133

      Defining Rules   134

4. Account Management   135

Overview   135

   The LDAP Model   136

   LDAP Servers   137

   LDAP Schema   137

Account Management Configuration   137

   Account Management Components   137

   A Typical Configuration   138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012503

Account Units  139

Defining a Security Policy  140

Enforcing a Security Policy  141

LDAP Schema  143

Proprietary Attributes  144

OID  144

Attributes  145

LDAP Properties  150

Exporting Users from the FireWall-1 User Database  152

Configuring an LDAP Server for FireWall-1  152

LDAP Version  152

Indexing  153

Schema Checking  153

Security Issues  153

Access Control  153

FireWall-1 - LDAP Server Communication  153

Damage Control  154

Troubleshooting  154

5. Network Address Translation  155

Introduction  155

The Need for Address Translation  155

Example  157

Configuring Address Translation  158

Translation Modes  158

Hide Mode  159

Assigning Port Numbers  159

Limitations  159

Example  160

Choosing the Valid External Address for Hide Mode  162

Statically Translating Addresses  162

Static Source Mode  162

Example  162

Static Destination Mode  164

Example  165

Address Translation and Routing  165

Configuring Routing on the Gateway  165

Ensuring That the Packet Reaches the Gateway  166

From the Inside  166

From the Outside  166

Ensuring That the Gateway Forwards the Packet to the Correct Host  168

IANA Recommendations  170

Supported Services  170

New Services  170

Restrictions  170

FTP port command  171

Generating Address Translation Rules Automatically  171

Overview  171

Configuring Address Translation — Windows GUI  173

Overview  173

Structure of an Address Translation Rule  173

Address Translation Rule Base Example  175

Compound Conditions  176

Multiple Translation  176

Defining Address Translation Rules  176

Address Range  177

Defining a Range of Addresses  177

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012504

Port Range  178

Defining a Range of Ports  178

Using the Address Translation Rules
Editor  179

Editing an Address Translation Rule
Base  180

Original Packet — Source  181

Original Packet — Destination  182

Original Packet — Service  182

Translated Packet — Source  184

Translated Packet — Destination  185

Translated Packet — Service  186

Install On  186

Comment  188

Copying, Cutting and Pasting Rules  188

Configuring Address Translation — Command
Line Interface  189

Differences Between the Command Line
Interface and the GUI  190

Address Translation Examples  191

Gateway with Two Interfaces  191

Defining Address Translation  191

Routing  193

Gateway with Three Interfaces  194

Hide Mode and Static Mode  194

Defining Address Translation  195

Communications Between Hosts in
Different Internal Networks  196

Routing  197

Both Networks Statically Translated  197

Communications Between Hosts Behind
the Same Gateway  198

Communications Between Hosts Behind
Different Gateways  199

Managing PIX Address Translation  199

Overview  200

Using PIX in the Address Translation Rule
Base  201

Source  201

Destination  202

Service  202

Install On  202

PIX Address Translation Example  202

Advanced Topics  205

Address Translation and Anti-Spoofing  205

Automatically Generated Rules  205

Hide Mode  206

Original Packet  206

Reply Packet  206

Conclusion  206

Static Source Mode  207

Original Packet  207

Reply Packet  207

Conclusion  207

Static Destination Mode  208

Original Packet  208

Reply Packet  208

Example  209

Defining Valid Addresses  209

Rule Base  210

Frequently Asked Questions  210

6. Routers and Embedded Systems  219

Overview  219

Routers and Blackboxes  220

Embedded Systems  221

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  FIN012505

7. Management Server  223

FireWall-1 Client/Server Structure  223

FireWall-1 Modules  223

Management Module  223

FireWall Module  223

Client/Server  224

Client/Server Interaction  224

Access Control  225

Changing Privileges  225

Concurrent Sessions  225

Read Only Sessions  226

Locking  226

8. Active Network Management  229

FireWall Synchronization  229

Implementation  230

Example  230

Timing Issues  232

Restrictions  232

General  232

Encryption  233

Address Translation  233

Authentication  233

Resources  233

Accounting  234

SecuRemote  234

Troubleshooting  234

Load Balancing  234

The Need for Load Balancing  234

How Load Balancing Works  235

HTTP  235

Non–HTTP  236

Load Balancing Algorithms  236

Logical Servers  237

Rule Base  239

Using HTTP Logical Servers in a Rule  239

Using non-HTTP Logical Servers in a Rule  239

Load Measuring  239

Connection Accounting  240

Active Connections  240

9. SNMP and Network Management Tools  241

Overview  241

FireWall-1 SNMP Agent (daemon)  241

Ports to Which the FireWall-1 SNMP daemon binds  241

Initial Communities ("Keys")  242

Firewall-1 MIB  242

FireWall-1 HP OpenView Extension  243

Installing the FireWall-1 HP OpenView Extension  244

Uninstalling the FireWall-1 HP OpenView Extension  245

Viewing FireWalled Objects  246

Network Submap  246

FireWalls Window  246

FireWall Menu  247

FireWall-1 Management Servers  247

FireWall-1 SNMP Traps  248

Check Point MIB Data  248

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012506

FireWall MIB Source  248

10. Command Line Interface  253
    Unix-NT Syntax Differences  253
    Setup  254
        fwconfig  254
            Windows NT  254
            Unix  255
        fwstart  256
        fwstop  256
        fw  256
    Control  257
        fw load  257
        fw unload  259
        fw fetch  259
        fw logswitch  260
        fw putkey  261
        fw putlic  262
        fw dbload  264
    Monitor  264
        fw stat  264
        fw lichosts  265
        fw log  265
        fw logexport  266
        fw ver  267
        fw printlic  268
        fw sam  269
    Utilities  273
        fwciscoload  273
        fw ctl  275
        fw gen  278
        fw kill  278

fwc  279
fwm  279
fwell  280
fw tab  283
fwxlconf  283
snmp_trap  284
status_alert  284
fw converthosts  285
User Database - Importing and
    Exporting  285
    Importing a User Database  285
    Exporting a User Database  288

11. INSPECT  291
    Introduction  291
    Writing an Inspection Script  292
        A Simple Script  293
        Testing the Script  293
        INSPECT Syntax  293
        Compound Conditions  294
        Elements of a Rule  295
        Track  296
        Scope (Install On)  296
        include Files  298
    INSPECT Reference Manual  298
        Introduction  298
        Lexical Conventions  298
        Reserved Words  299
        Constants  299
            Numeric Constants  299
            Time Specification  299
            Day in Month Specification  300

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012507

Day in week Specification   300
Special FireWall constants   300
Identifiers   300
  Types   300
  Meaning of Identifiers   300
  Names   301
  Name Resolution   301
  Segment Registers   301
Functions   302
Tables   302
  Attributes   303
  Entries   303
  Dynamic Tables   304
  Static Tables   307
Operators   309
  Date and Time   309
  'Current Packet'   310
  INSPECT Commands   310
Big Endian and Little Endian   315
  Big Endian   315
  Little Endian   315
Macros   316
  LOG   316
  TRAP   316
Preprocessor   316
  Pre-processor statements   316
  Conditional Compilation   317
Compiling and Installing   317

12. Miscellaneous Security Issues   319
Default Security Policy   319
  The Period of Vulnerability   319

Protecting the Network   319
Protecting the Gateway   320
  Standard Default Security Policies   320
  User Defined Default Security Policies   320
  Verifying the Default Policy   320
Auxiliary Connections   321
  Overview   321
Established TCP Connections   322
  Overview   322
The Fast Mode Option   325
  Overview   325
Generic User   325
  Overview   325
  Example   325
    Definition   326
    Using the Generic User Feature   326
  Notes   327
Redirecting Logging to Another Master   327
  Masters and Logging Modules   327
    Examples   328
The TCP SYN Flooding Attack   329
  The TCP SYN Handshake   329
  How the Attack Works   329
  FireWall-1 SYNDefender   331
    SYNDefender Gateway   331
    SYNDefender Passive Gateway   333
  Guidelines for Deploying SYNDefender   333
    SYNDefender Gateway   333
    Choosing an Appropriate SYNDefender Method   334

x    FireWall-1 Architecture and Administration • September 1998

13.Troubleshooting   335

  Display   335

  Inspecting   335

     Reconfiguring the External Interface   337

     Extracting the List of Internal Hosts   338

     Monitoring Unknown Hosts   339

  Connectivity   340

  Log   340

  Installing Inspection Code   341

14.FAQ (Frequently Asked
    Questions)   343

  Installing, Upgrading and Reconfiguring   343

     Example   350

     Synchronizing Authentication
     Passwords   351

     "Master" and "Management
     Module"   352

  Defining Objects and Services   352

  Daemons   356

  Security Servers   356

  Logging   362

  Security   363

  FireWall-1/n Issues   364

  Supported Protocols and Interfaces   365

  Inspecting   367

  Administrative Issues   369

  Performance   370

15.Directories and Files   375

   FireWall-1 directories   375

   bin directory   376

   cisco directory   377

   conf directory   377

   conf/lists directory   379

   conf/ahclientd directory   379

   database directory   379

   doc directory   380

   database/lists directory   380

   lib directory   380

   lib/ldap directory   381

   lib/snmp directory   382

   log directory   383

   man directory   383

   modules directory   383

   state directory   384

   tmp directory   384

   well directory   385

16.Services   387

  TCP Services   387

  UDP Services   393

  RPC Services   397

  ICMP Services   398

  Other IP Protocol Services   399

17.FireWall-1 – Windows Interaction   401

  Registry   401

     SOFTWARE\CheckPoint\   401

     SYSTEM\   403

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012509

Windows NT Performance Monitoring   405
Windows NT Event Viewer   407

A. Glossary   409

Master Index    Index-i

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012510

# Figures

FIGURE 1-1   Authentication Rule   27

FIGURE 1-2   User Properties window —
Authentication tab   29

FIGURE 1-3   A connection mediated by the TELNET
Security Server   31

FIGURE 1-4   Example configuration   33

FIGURE 1-5   Example User Authentication Rule   33

FIGURE 1-6   User Properties window -
Authentication tab and Location
tab   34

FIGURE 1-7   Group Properties window -
LocalManagers group   34

FIGURE 1-8   Workstation Properties window —
Authentication tab   35

FIGURE 1-9   Properties Setup window —
Authentication tab   36

FIGURE 1-10   User Authentication Action Properties
window   38

FIGURE 1-11   GUI FTP Authentication   41

FIGURE 1-12   Non–Transparent User
Authentication.   43

FIGURE 1-13   Properties Setup window — Security
Servers and Authentication tabs   45

FIGURE 1-14   HTTP Server Definition window   46

FIGURE 1-15   Defining the gateway as the HTTP proxy
— Netscape 4.0   50

FIGURE 1-16   HTTP Proxy and Security Proxy Settings
— Netscape 4.0x and Internet Explorer
3.0x   52

FIGURE 1-17   HTTPS Service Definition   53

FIGURE 1-18   A Typical User ID and Password
Window   55

FIGURE 1-19   HTTP Servers behind a FireWalled
gateway   59

FIGURE 1-20   HTTP Server Definition — Server for Null
Requests   60

FIGURE 1-21   Example HTTP Server definition   63

FIGURE 1-22   Session Authentication   66

FIGURE 1-23   FireWall-1 Session Authentication
Agent Prompt   67

FIGURE 1-24   Example configuration   67

FIGURE 1-25   Example Session Authentication
Rule   68

FIGURE 1-26   FireWall-1 Session Authentication
window   68

FIGURE 1-27   Configuration window — Password
Caching tab   69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012511

FIGURE 1-28  Configuration window — FireWall-1 IP Addresses List tab  70

FIGURE 1-29  SETUP.INI file  71

FIGURE 1-30  Rule Authentication Properties window for a Session Authentication Rule  71

FIGURE 1-31  Session Authentication window — user prompt  73

FIGURE 1-32  Session Authentication window — password prompt  74

FIGURE 1-33  Example Client Authentication Rule Base  75

FIGURE 1-34  Example configuration — Client Authentication  78

FIGURE 1-35  Example Client Authentication rule  78

FIGURE 1-36  User Properties window — Authentication tab and Location tab  79

FIGURE 1-37  Group Properties window — Defining Permitted Users  79

FIGURE 1-38  User Access window  80

FIGURE 1-39  Workstation Properties window — Authentication tab  81

FIGURE 1-40  Client Authentication Action Properties window — General tab  81

FIGURE 1-41  Client Authentication Action Properties window — Limits tab  84

FIGURE 1-42  Properties Setup window — Authentication tab  85

FIGURE 1-43  Client Authentication Rule  87

FIGURE 1-44  Client Authentication - Standard Sign-On for all Services and Destinations Allowed Under Rule  89

FIGURE 1-45  Client Authentication - Specific Sign-On for two Services (Each One on a Different Host)  90

FIGURE 1-46  Client Authentication - Signing Off  91

FIGURE 1-47  FireWall-1 Session Authentication Agent prompt  94

FIGURE 1-48  Beginning an encrypted Client Authentication Session  96

FIGURE 1-49  $FWDIR/conf/fwauthd.conf file  97

FIGURE 1-50  Single Sign On Extension.  98

FIGURE 2-1  A connection handled by the FireWall-1 Kernel Module  102

FIGURE 2-2  A connection mediated by a FireWall-1 Security Server  102

FIGURE 2-3  Protected FTP Server  104

FIGURE 2-4  Authentication Procedure  106

FIGURE 2-5  FireWall-1 SMTP Security Server  110

FIGURE 2-6  Proxy Configuration — Netscape 4.0 and Internet Explorer 3.0x  112

FIGURE 2-7  HTTP Proxy and Security Proxy Settings — Netscape 4.0x and Internet Explorer 3.0x  114

FIGURE 2-8  HTTPS Service Definition  115

FIGURE 2-9  Example HTTP Server definition  119

FIGURE 2-10  Connection invoking a UFP Server  121

FIGURE 2-11  Properties Setup window - Security Servers tab (Windows) and Control Properties/Security Servers window (OpenLook)  122

FIGURE 2-12  $FWDIR/conf/fwauthd.conf - example  123

FIGURE 3-1  A connection mediated by the HTTP Security Server  128

FIGURE 3-2  Content Vectoring Server  129

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012512

FIGURE 3-3    URI Resource Definition (OpenLook and Windows)  130

FIGURE 3-4    URI Definition window — Match tab (UFP specification)  131

FIGURE 3-5    Rule Base using Resources  132

FIGURE 3-6    SMTP Resource with CVP properties (OpenLook and Windows)  134

FIGURE 4-1    LDAP Tree Example  137

FIGURE 4-2    A typical Account Management configuration  138

FIGURE 4-3    Multiple Account Units - Example Configuration  139

FIGURE 4-4    LDAP Account Unit Properties window — General tab  140

FIGURE 4-5    External User Group (LDAP) window  141

FIGURE 4-6    External User Group in a Rule Base  141

FIGURE 4-7    Enforcing a Security Policy  142

FIGURE 4-8    Properties Setup window — LDAP tab  150

FIGURE 5-1    Example Network Configuration  157

FIGURE 5-2    Address Translation tab for localnet  160

FIGURE 5-3    Hide Mode Address Translation  161

FIGURE 5-4    Hide Mode Automatically Generated Rules  161

FIGURE 5-5    Static Address Translation  163

FIGURE 5-6    Address Translation using Static Source Mode  163

FIGURE 5-7    Automatically Generated Address Translation rules for Static Translation  164

FIGURE 5-8    Address Translation using Static Destination Mode  165

FIGURE 5-9    Hiding a Network  166

FIGURE 5-10    Hiding a Network Behind a Non-Existent IP Address  167

FIGURE 5-11    Hiding a Network Behind a Real IP Address  167

FIGURE 5-12    Static Address Translation  169

FIGURE 5-13    Static Address Translation for mailsrvr  169

FIGURE 5-14    Static Address Translation rules  169

FIGURE 5-15    Automatic Address Translation for a Network  172

FIGURE 5-16    Address Translation Rules in the Windows GUI  174

FIGURE 5-17    Manually Added Address Translation Rules  175

FIGURE 5-18    Multiple Translation rule  176

FIGURE 5-19    Add Network Object menu  177

FIGURE 5-20    Address Range Properties window  177

FIGURE 5-21    Add Service Object menu  178

FIGURE 5-22    Port Range Properties window  178

FIGURE 5-23    Address Translation Rules Editor  179

FIGURE 5-24    Object Manager window  181

FIGURE 5-25    Services window  183

FIGURE 5-26    Select Target window  187

FIGURE 5-27    Comment window  188

FIGURE 5-28    Gateway with Two Interfaces Example - Network  191

FIGURE 5-29    mailserver - static translation  192

FIGURE 5-30    PublicServers Address Range  192

FIGURE 5-31    localnet Network Properties and Address Translation tabs  193

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012513

FIGURE 5-32  Address Translation Rule Base   193

FIGURE 5-33  Gateway with Three Interfaces Example
             - Network   194

FIGURE 5-34  Hiding localnet   195

FIGURE 5-35  Hiding PrivateNet   195

FIGURE 5-36  Translating HTTPServer   196

FIGURE 5-37  Automatically Generated Rules - Three
             Interfaces   196

FIGURE 5-38  Three Interfaces - Both Networks
             Statically Translated   197

FIGURE 5-39  Rule Base - Both Networks Statically
             Translated   198

FIGURE 5-40  Multiple Translation Rules Added to
             Automatically Generated Rules   199

FIGURE 5-41  Example Configuration   202

FIGURE 5-42  Address Range Properties — Inside
             Addresses and Global Addresses   203

FIGURE 5-43  Hide Mode rule   203

FIGURE 5-44  Workstation Properties — Inside Host
             and Corresponding Global
             Address   204

FIGURE 5-45  Address Translation Rule Base with
             Static Address Translation rules   204

FIGURE 5-46  Security Policy Rule Base   205

FIGURE 5-47  Address Translation and Anti-Spoofing
             (Hide Mode)   206

FIGURE 5-48  Address translation and Anti-Spoofing
             (Static Source Mode)   207

FIGURE 5-49  Address translation and Anti-Spoofing
             (Static Destination Mode)   208

FIGURE 5-50  Address Translation and Anti-Spoofing
             (Example)   209

FIGURE 5-51  Hidden Internal Network   212

FIGURE 5-52  Invalid IP Addresses   214

FIGURE 6-1   FireWall and Inspection
             Modules   221

FIGURE 7-1   FireWall-1 Client-Server
             configuration   224

FIGURE 7-2   Login window   226

FIGURE 7-3   Security Policy locked message   227

FIGURE 8-1   Two FireWalls in Synchronized
             Configuration   230

FIGURE 8-2   Load Balancing among several
             servers   235

FIGURE 8-3   Logical Server Properties
             window   238

FIGURE 8-4   Using Logical Servers in a Rule   239

FIGURE 10-1  FireWall-1 Configuration
             window   254

FIGURE 10-2  fwconfig Configuration Options   255

FIGURE 11-1  FireWall Inspection Components - flow
             of information   292

FIGURE 12-1  TCP SYN handshake   329

FIGURE 12-2  SYN Attack   330

FIGURE 12-3  The SYN Attack unsuccessful, because
             Z' is reachable   331

FIGURE 12-4  SYNDefender Gateway   332

FIGURE 12-5  SYNDefender Passive Gateway   333

FIGURE 13-1  Log Printout Showing Truncated
             Fields   340

FIGURE 14-1  Distributed FireWall-1
             Configuration   346

FIGURE 14-2  Example of control.map file   350

FIGURE 14-3  Accessing FTP through an HTTP
             proxy   358

FIGURE 14-4  Authenticating FTP through the HTTP
             Security Server   359

FIGURE 14-5  n FTP authenticating FireWalls   359

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012514

FIGURE 14-6   n HTTP Authenticating FireWalls   360

FIGURE 14-7   "connection to original-MTA
              failed"   361

FIGURE 14-8   Incoming and Outgoing
              Communications   367

FIGURE 14-9   Protecting Internal Hosts   368

FIGURE 17-1   Performance Monitor window   406

FIGURE 17-2   Add to Chart window   406

Figures   xvii

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012516

# Tables

| TABLE P-1 | Typographic Conventions   xxv |
| TABLE P-2 | Shell Prompts   xxvi |
| TABLE 1-1 | Comparison of Authentication Types   29 |
| TABLE 1-2 | Meaning of "No Activity"   36 |
| TABLE 1-3 | Access Possibilities   39 |
| TABLE 1-4 | HTTP Security Server "Reason" messages   56 |
| TABLE 1-5 | Browser Messages   57 |
| TABLE 1-6 | Servers and URLs   59 |
| TABLE 1-7 | HTTPS options   62 |
| TABLE 2-1 | FireWall-1 Security Servers — features   103 |
| TABLE 2-2 | FTP actions and commands   108 |
| TABLE 2-3 | Fields in $FWDIR/conf/smtp.conf   111 |
| TABLE 2-4 | HTTPS options   118 |
| TABLE 2-5 | $FWDIR/conf/fwauthd.conf fields   123 |
| TABLE 2-6 | Security Service binaries   124 |

| TABLE 4-1 | Object Class OIDs   144 |
| TABLE 4-2 | Attributes   145 |
| TABLE 5-1 | Private Networks Address Space   170 |
| TABLE 5-2 | Address Translation — Service Restrictions   171 |
| TABLE 5-3 | Condition vs. Translation   174 |
| TABLE 5-4 | Adding a Rule   180 |
| TABLE 5-5 | Original Packet - Source   181 |
| TABLE 5-6 | Original Packet - Destination   182 |
| TABLE 5-7 | Original Packet - Services   182 |
| TABLE 5-8 | Translated Packet - Source   184 |
| TABLE 5-9 | Translated Packet - Destination   185 |
| TABLE 5-10 | Install On Menu   187 |
| TABLE 5-11 | Copying, Cutting and Pasting Rules   188 |
| TABLE 5-12 | Differences between Command Line and Rule Base expression   190 |
| TABLE 5-13 | Comparison of PIX and FireWall-1 in the Address Translation Rule Base   201 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012517

| | | | | |
|---|---|---|---|---|
| TABLE 5-14 | Original Packet – Source  201 | | TABLE 14-3 | control.map access operations  349 |
| TABLE 5-15 | fwx_translation table – meaning of fields  216 | | TABLE 14-4 | Authentication methods  349 |
| TABLE 6-1 | Routers and Blackboxes – supported FireWall-1 features  220 | | TABLE 14-5 | FireWall-1 distributed configuration – fw putkey  351 |
| TABLE 6-2 | Embedded Systems – supported FireWall-1 feature  222 | | TABLE 14-6 | Services available under both TCP and UDP  353 |
| TABLE 7-1 | Privilege Levels  225 | | TABLE 14-7 | Services available both as RPC and TCP or UDP  353 |
| TABLE 8-1 | Explanation of Rule Base  239 | | TABLE 14-8 | Services Dependent on Other Services  354 |
| TABLE 9-1 | FireWall-1 MIB Variables  243 | | TABLE 14-9 | sdconf.rec directory  357 |
| TABLE 9-2 | Minimum Requirements  244 | | TABLE 14-10 | Gateways – Direction of Enforcement  368 |
| TABLE 9-3 | FireWall Menu Commands  247 | | TABLE 14-11 | Hosts – Direction of Enforcement  368 |
| TABLE 10-1 | Unix-NT Syntax Differences  253 | | TABLE 15-1 | FireWall-1 directories  375 |
| TABLE 10-2 | fwconfig Configuration Options  255 | | TABLE 15-2 | bin directory  376 |
| TABLE 10-3 | File names  261 | | TABLE 15-3 | cisco directory  377 |
| TABLE 10-4 | userc parameters  286 | | TABLE 15-4 | conf directory  377 |
| TABLE 11-1 | FireWall Inspection Components  292 | | TABLE 15-5 | database directory  379 |
| TABLE 11-2 | Scope Elements  297 | | TABLE 15-6 | doc directory  380 |
| TABLE 11-3 | Some Useful include Files  298 | | TABLE 15-7 | lib directory  380 |
| TABLE 11-4 | INSPECT Reserved Words  299 | | TABLE 15-8 | lib\ldap directory  381 |
| TABLE 11-5 | FireWall-1 Table Attributes  303 | | TABLE 15-9 | lib/snmp directory  382 |
| TABLE 11-6 | FireWall-1 Language Operators  309 | | TABLE 15-10 | log directory  383 |
| TABLE 12-1 | Logging a Re-Established TCP Connections  324 | | TABLE 15-11 | modules directory  383 |
| TABLE 12-2 | FireWall-1 Features Incompatible with Fast Mode enabled  325 | | TABLE 15-12 | state directory  384 |
| TABLE 14-1 | Backing Up a Security Policy  344 | | TABLE 15-13 | tmp directory  384 |
| TABLE 14-2 | FireWall-1 Components  346 | | TABLE 15-14 | well directory  385 |
| | | | TABLE 16-1 | TCP Services  387 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012518

TABLE 16-2    UDP Services    393

TABLE 16-3    RPC Services    397

TABLE 16-4    ICMP Services    398

TABLE 16-5    Other IP Protocol Services    399

TABLE 17-1    SOFTWARE\CheckPoint\FireWall-1 GUI    401

TABLE 17-2    FireWall GUI\4.0    402

TABLE 17-3    SOFTWARE\CheckPoint\FW1    402

TABLE 17-4    SOFTWARE\FW1\SnmpAgent    402

TABLE 17-5    SYSTEM\CurrentControlSet\Services\FW1    403

TABLE 17-6    SYSTEM\CurrentControlSet\Services\FW1\Linkage    403

TABLE 17-7    SYSTEM\CurrentControlSet\Services\FW1\Parameters    403

TABLE 17-8    SYSTEM\CurrentControlSet\Services\FW1\Performance values    404

TABLE 17-9    FireWall-1 driver – two stage loading process (NT 4.0)    404

TABLE 17-10    SYSTEM\CurrentControlSet\Services\FW0    404

TABLE 17-11    SYSTEM\CurrentControlSet\Services\FW1SVC    405

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012519

22    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Preface

## Scope

The FireWall-1 User Guide describes all CheckPoint FireWall-1 products, and consists of the following books:

*Getting Started with FireWall-1*

This book introduces FireWall-1 and describes the FireWall-1 installation process.

*Managing FireWall-1 Using the OpenLook GUI*

This book describes how to manage FireWall-1 using the OpenLook Graphical User Interface (GUI).

*Managing FireWall-1 Using the Windows GUI*

This book describes how to manage FireWall-1 using the Microsoft Windows Graphical User Interface (GUI).

*FireWall-1 Architecture and Administration*

This book is the technical reference to FireWall-1 features, including authentication and address translation. In addition, chapters on troubleshooting and Frequently Asked Questions (FAQ) are included.

*Virtual Private Networking with FireWall-1*

This book describes how to establish a Virtual Private Network using FireWall-1.

xxiii

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*Account Management Client*

This book describes how to install and use the Check Point Account Management Client.

## Who Should Use this User Guide

This User Guide is written for system administrators who are responsible for maintaining network security.

It assumes you have a basic understanding and a working knowledge of:

- system administration
- the Unix or Windows operating system
- the OpenLook or Windows GUI
- Internet protocols (IP)

## Summary of Contents

Chapter 1, "Authentication," describes the FireWall-1 Authentication features.

Chapter 2, "Security Servers," describes the FireWall-1 Security Servers, which implement Authentication and Content Security.

Chapter 3, "Content Security, describes the FireWall-1 Content Security feature.

Chapter 4, "Account Management," describes the FireWall-1 Account Management feature, including LDAP servers and Account Units.

Chapter 5, "Network Address Translation," describes the FireWall-1 Address Translation feature.

Chapter 6, "Routers and Embedded Systems," describes how FireWall-1 enforces a Security Policy on routers and embedded systems.

Chapter 7, "Management Server," describes the Client/Server implementation of the Management Module.

Chapter 8, "Active Network Management," describes FireWall-1 that enable system administrators to better manage their networks in real-time.

Chapter 10, "Command Line Interface," describes the FireWall-1 command line interface, an alternative to the Graphical User Interface.

Chapter 11, "INSPECT," describes the FireWall-1 Inspection Script language.

Chapter 12, "Miscellaneous Security Issues," discusses various security issues, including the FireWall-1 SYN attack defense.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012522

Chapter 13, "Troubleshooting," describes common FireWall-1 problems and their solutions.

Chapter 14, "FAQ (Frequently Asked Questions)," is a compilation of questions asked by FireWall-1 users, and the answers to the questions.

Chapter 15, "Directories and Files," lists the FireWall-1 directory structure and the files in each directory.

Chapter 16, "Services," briefly describes many of the communications services supported by FireWall-1.

Chapter 17, "FireWall-1 – Windows Interaction," describes interaction between FireWall-1 and Windows NT, including performance monitoring and the Windows Event Viewer.

Appendix A, "Glossary" gives brief definitions of some FireWall-1 concepts and terminology.

## What Typographic Changes Mean

The following table describes the typographic changes used in this book.

TABLE P-1    Typographic Conventions

| Typeface or Symbol | Meaning | Example |
|---|---|---|
| AaBbCc123 | The names of commands, files, and directories; on-screen computer output | Edit your .login file.<br>Use ls -a to list all files.<br>machine_name% You have mail. |
| AaBbCc123 | What you type, when contrasted with on-screen computer output | machine_name% su<br>Password: |
| *AaBbCc123* | Command-line placeholder: replace with a real name or value | To delete a file, type rm *filename*. |
| *AaBbCc123* | Book titles, new words or terms, or words to be emphasized | Read Chapter 6 in *User's Guide*.<br>These are called *class* options.<br>You *must* be root to do this. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012523

## Shell Prompts in Command Examples

The following table shows the default system prompt and superuser prompt for the C shell, Bourne shell, Korn shell and DOS.

TABLE P-2   Shell Prompts

| Shell | Prompt |
| --- | --- |
| C shell prompt | machine_name% |
| C shell superuser prompt | machine_name# |
| Bourne shell and Korn shell prompt | $ |
| Bourne shell and Korn shell superuser prompt | # |
| DOS | current-directory> |

## Network Topology Examples

Network topology examples usually show a gateway's name as a city name (for example, Paris or London) and the names of hosts behind each gateway as names of popular sites in those cities (for example, Eiffel and BigBen).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012524

CHAPTER  **1**

# Authentication

## In This Chapter

| | |
|---|---|
| *Overview* | *page 27* |
| *User Authentication* | *page 31* |
| *Session Authentication* | *page 66* |
| *Client Authentication* | *page 75* |

 **Note –** This chapter uses Windows GUI names for all screen examples. Examples in this chapter are intended to illustrate the use of authentication features, and should not serve as typical configurations or rules.

## Overview

### FireWall-1 Authentication

FireWall-1's Authentication feature enables you to control security by allowing some users access while disallowing others. Authentication is specified in a rule's **Action** field, so you can be very flexible in the way you combine Authentication with the other fields in a rule. For example, you can allow a group of users at a host or group of hosts to use specific services on specific servers at a given time of day.



| Source | Destination | Service | Action | Track | Install On | Time |
|---|---|---|---|---|---|---|
| Engineering@Local_Net | FTP_Server | ftp | User Auth | Long | Gateways | weekend |

**FIGURE 1-1**  Authentication Rule

27

Overview

The rule shown in FIGURE 1-1 on page 27 specifies that users in the group "Engineering" initiating an FTP connection from the local network to the FTP Server on weekends will be authenticated before the connection is allowed.

## Three Kinds of Authentication

There are three kinds of Authentication:

- User Authentication

   User Authentication grants access on a per user basis. This method can only be used for TELNET, FTP, RLOGIN and HTTP, and requires a separate authentication for each connection. It is secure (because the authentication is valid only for one connection), but intrusive (because each connection requires another authentication).

- Client Authentication

   Client Authentication grants access on a per host basis. Client Authentication allows connections from a specific IP address after successful authentication. It can be used for any number of connections, for any service and the authentication is valid for the length of time defined by the administrator. It is less secure than User Authentication (because it allows any user access from the IP address or host) but is also less intrusive. It is best used when the client is a single-user machine, such as a PC.

- Session Authentication

   Session Authentication is like User Authentication in that it requires an authentication procedure for each connection, but unlike User Authentication, it can be used with any service. It is secure but requires authentication for each connection. It also requires a Session Authentication agent running on the client or another machine in the network.

## Transparent Authentication

Authentication is considered transparent when a user doesn't have to explicitly connect to the FireWalled gateway to perform the authentication before continuing to the destination. The connection attempt (for example, when the user issues the telnet command) is intercepted by FireWall-1 on the gateway and the authentication procedure is activated. If the authentication is successful, and the connection is allowed by the rule, the connection proceeds to the destination.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012526

## Comparison of Authentication Types

TABLE 1-1 compares the features of the three FireWall-1 Authentication types.

**TABLE 1-1**  Comparison of Authentication Types

|  | User Authentication | Client Authentication | Session Authentication |
|---|---|---|---|
| which services | TELNET, FTP, RLOGIN, HTTP | all services | all services |
| authentication is performed once per ... | session | IP address | session |
| use when you want a user to ... | authenticate each time he or she uses one of the supported services | authenticate once, and then be able to use any service until logging off | authenticate each time he or she uses *any* service (this requires a Session Authentication Agent running on the client or another machine in the network) |

## How A User Authenticates

A user authenticates himself or herself by proving his or her identity according to the scheme specified under **Authentication Scheme** in the **Authentication** tab of his or her **User Properties** window.



**FIGURE 1-2**   User Properties window — Authentication tab

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   FIN012527

Overview

## Authentication Schemes

FireWall-1 supports the following Authentication schemes:

- ■ **Undefined** — No authentication is performed and access is always denied.
- ■ **S/Key** — The user is challenged to enter the value of requested S/Key iteration.

  For an explanation of how to define S/Key authentication, see Chapter 3, "User Management" in *Managing FireWall-1 Using the OpenLook GUI* or *Managing FireWall-1 Using the Windows GUI*.
- ■ **SecurID** — The user is challenged to enter the number displayed on the Security Dynamics SecurID card.
- ■ **OS Password** — The user is challenged to enter his or her OS password.
- ■ **FireWall-1 Password** — The user is challenged to enter his or her FireWall-1 password on the gateway.

  The advantage of a FireWall-1 password over the OS password is that the user does not require an OS account on the gateway to use a FireWall-1 password.
- ■ **RADIUS** — The user is challenged for the response, as defined by the RADIUS server.

  For information about defining RADIUS servers, see Chapter 5, "Server Objects" of *Managing FireWall-1 Using the OpenLook GUI* or *Managing FireWall-1 Using the Windows GUI*.
- ■ **AXENT Pathways** — The user is challenged for the response, as defined by the AXENT Pathways server.

  In the Windows GUI, the Axent Pathways server is defined as a Server object. For more information, see Chapter 5, "Server Objects" in *Managing FireWall-1 using the Windows GUI*.

  In the OpenLook GUI, the Axent Pathways server is defined in the **Control Properties — Authentication** window. For more information, see Chapter 8, "Control Properties" in *Managing FireWall-1 Using the OpenLook GUI*.
- ■ **TACACS** — The user is challenged for the response, as defined by the TACACS or TACACS+ server.

  For information about defining TACACS servers, see Chapter 5, "Server Objects" of *Managing FireWall-1 Using the OpenLook GUI* or *Managing FireWall-1 Using the Windows GUI*.

A user can have different passwords on different gateways (for example, if the Authentication Scheme is OS Password), but only one Authentication scheme for all gateways.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012528

# User Authentication

## In This Section

| | |
|---|---|
| User Authentication — Overview | page 31 |
| User Authentication — Deployment | page 32 |
| Additional Features — User Authentication | page 41 |
| User Authentication and the HTTP Security Server | page 44 |
| Non-Transparent User Authentication | page 42 |

## User Authentication — Overview

User Authentication is provided by the TELNET, FTP, HTTP and RLOGIN FireWall-1 Security Servers on the gateway. When a rule specifies User Authentication, the corresponding FireWall-1 Security Server is invoked in order to mediate the connection.

Consider the following configuration and rule:



**FIGURE 1-3**  A connection mediated by the TELNET Security Server

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| All_Users@Any | BigBen | telnet | UserAuth | Long Log | Gateways |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012529

**User Authentication**

Under this rule, a user who TELNETs to BigBen is intercepted by the FireWall Module on the gateway London. The FireWall Module diverts the connection to the TELNET Security Server on the gateway, even though the user did not explicitly connect to the gateway.

The Security Server then authenticates the user, in accordance with the Authentication scheme defined for the user in the **Authentication** tab of the **User Properties** window.

If no Authentication scheme is specified for a user, the user will be denied access.

If an external Authentication scheme is specified (i.e. RADIUS, TACACS, or Axent Defender) the Security Server queries the appropriate third-party server regarding the user's permissions. The third-party server returns the appropriate data to the Security Server.

If authentication is successful, the TELNET Security Server opens a separate connection to the target server, in this case, BigBen. Altogether, there are two connections, one to the Security Server on the gateway, and another from the Security Server to the final destination. The final destination server sees the connection as originating from the gateway, not the client. Authentication is transparent — the user TELNETs to BigBen, the target server, and not to the gateway.



**Note** – FireWall-1 also supports non-transparent Authentication for TELNET, RLOGIN, HTTP and FTP. In non-transparent Authentication, the user must first connect directly to the gateway and authenticate before being allowed to continue to the target host. For more information see "Non-Transparent User Authentication" on page 42.

User authentication rules allow users if they authenticate successfully, but do not necessarily reject the connection if the user fails authentication. In addition, the fact that a user successfully authenticates does not necessarily mean that there is a rule that allows that user access. This is because the authenticating Security Server first checks if the connection can be allowed by a rule which does not require authentication. For more information, see "The 'Insufficient Information' Problem" on page 104 of Chapter 2, "Security Servers."

## User Authentication — Deployment

This section describes a deployment example for User Authentication. A deployment example consists of:

■ an example network configuration

■ what the Security Administrator must define in the FireWall-1 Rule Base

■ what a user must do to authenticate

This example is not intended as a set of step by step instructions, but rather to illustrate how and where different components of User Authentication are configured in the FireWall-1 GUI.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012530

## Example Configuration

FIGURE 1-4 depicts an example configuration in which London, the FireWalled gateway, protects a local network and a DMZ.



FIGURE 1-4   Example configuration

The Security Administrator for this configuration may want to allow only localnet managers access to files on BigBen, the FTP server. The following rule allows a user group (**LocalManagers**) to access the FTP server after successful User Authentication.



| Source | Destination | Service | Action | Track | Install On |
|---|---|---|---|---|---|
| LocalManagers@Any | BigBen | ftp | User Auth | Long | Gateways |

FIGURE 1-5   Example User Authentication Rule

## Defining User Authentication

In order to implement User Authentication for this configuration and rule, you must define the following:

- the permitted user group
- authentication schemes supported by the gateway
- tracking and timeout parameters
- User Authentication rule properties

Chapter 1   Authentication   33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012531

User Authentication

## Defining User Properties

In a User Authentication rule, the **Source** must be a user group (i.e., **allusers@localnet**). You must first define the permitted users, their authentication scheme or schemes and the network objects from which each user is allowed access. These properties are defined in the tabs of the **User Properties** window.

 

**FIGURE 1-6**   User Properties window - Authentication tab and Location tab

You must next define a user group called "LocalManagers" consisting of the users who are allowed access.



**FIGURE 1-7**   Group Properties window - LocalManagers group

For more information on defining users and user groups, see Chapter 3, "User Management" of *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI*.

34    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012532

User Authentication — Deployment

### Defining the Gateway's Authentication Schemes

The gateway must support the same authentication schemes you defined for your users. For example, if some users in the group "LocalManagers" are using a FireWall-1 password, and others are using S/Key authentication, you must make sure the gateway supports both the FireWall-1 Password and S/Key authentication schemes. The gateway's authentication schemes are defined in the **Authentication** tab of the **Workstation Properties** window.



FIGURE 1-8    Workstation Properties window — Authentication tab

Chapter 1    Authentication    35

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

User Authentication

### Tracking and Timeout Parameters

You must specify tracking for failed authentication attempts and timeout parameters in the **Authentication** tab of the **Properties Setup** window. These parameters apply to all rules.



**FIGURE 1-9**   Properties Setup window — Authentication tab

   **Note** – This window also specifies Client Authentication parameters. For more information, see "Client Authentication" on page 75.

**User Authentication: Session Timeout (minutes)** — the session will time out if there is no activity (see TABLE 1-2 for the meaning of the term "no activity") for this time period.

This applies to the FTP, TELNET, and RLOGIN Security Servers.

TABLE 1-2   Meaning of "No Activity"

| service | the term "no activity" means |
|---------|------------------------------|
| FTP | no data transferred |
| TELNET | no keyboard (or mouse) activity |
| RLOGIN | no keyboard (or mouse) activity |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012534

**Session Timeout** has a different meaning for HTTP. Users of one-time passwords will not have to reauthenticate for each request during this time period. Each successful access resets the timer to zero.

> Because each connection requires authentication, FireWall-1 extends the validity of one-time passwords for this period. In this way, users of HTTP do not have to generate a new password and reauthenticate for each connection.

**Authentication Failure Track** — the action to take if Authentication fails (applies to all Authentication rules)

- **None** — no tracking
- **Log** — Long Log
- **Alert** — the **User Authentication Alert Command** in the **Log and Alert** tab of the **Properties Setup** window.

The tracking for a successful Authentication attempt is determined by the **Track** field of the enabling rule. If Authentication is successful then:

- If access is allowed, the **Track** specified in the rule which allows the access is applied.
- If access is denied, the **Track** specified in the rule which denies the access is applied.

The fact that a user successfully authenticates does not necessarily mean that there is a rule that allows that user access. For more information, see "The 'Insufficient Information' Problem" on page 104 of Chapter 2, "Security Servers."

For example, the rule depicted in FIGURE 1-5 on page 33 specifies logging in Long Log format. If authentication is successful, and access is allowed by this rule, the Long Log format is applied. A failed authentication attempt (for example, using an unauthorized password) is tracked according to the entry under **Authentication Failure Track** in the **Authentication** tab of the **Properties Setup** window.

## User Authentication Rule Properties

You must also define the User Authentication properties of the enabling rule. The **User Authentication Action Properties** window specifies the parameters that apply to an individual rule. You can use this window to restrict user access to and from specific network objects.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012535

User Authentication

To display the **User Authentication Action Properties** window, double-click on the rule's **Action**.



FIGURE 1-10 User Authentication Action Properties window

**Source** — Reconcile **Source** in the rule with the allowed **Sources** in the **Location** tab of the **User Properties** window.

The allowed **Sources** in the **Location** tab of the **User Properties** window may specify that the user to whom this rule is being applied is not allowed access from the source address, while the rule may allow access. This field indicates how to resolve this conflict.

- Choose **Intersect with User Database** to apply the intersection of the access privileges specified in the rule and in the **User Properties** window.

- Choose **Ignore User Database** to allow access according to the **Source** specified in the rule.

**Destination** — Reconcile **Destination** in the rule with the allowed **Destinations** specified in the **Location** tab of the **User Properties** window.

The **Allowed Destinations** field in the **User Properties** window may specify that the user to whom this rule is being applied is not allowed access to the destination address, while the rule may allow access. This field indicates how to resolve this conflict.

- Choose **Intersect with User Database** to apply the intersection of the access privileges specified in the rule and in the **User Properties** window.

- Choose **Ignore User Database** to allow access according to the **Destination** specified in the rule.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     FIN012536

Example

Suppose the **Location** tab of a user's **User Properties** window (FIGURE 1-6 on page 34) lists the network objects **Tower** and **localnet** under **Source**. This means that the user's properties allow access from **Tower** and localnet TABLE 1-3 summarizes various access possibilities.

**TABLE 1-3**  Access Possibilities

| rule's Source allows access from ... | Source is Intersect with User Database | Source is Ignore User Database |
|---|---|---|
| Tower | The user is allowed access only from **Tower**, because only **Tower** is in both **Sources** in the **Location** tab and in the rule's **Source**. | The user is allowed access only from **Tower** because **Tower** is in the rule's **Source**. |
| Thames | The user is denied access, because there is no network object that is in both **Sources** in the **Location** tab and the rule's **Source**. | The user is allowed access only from **Thames**, because only **Thames** is in the rule's **Source**. |

**Ignore User Database** allows the administrator to grant access privileges to a user without regard to the user's IP address. For example, if a user is temporarily away from the office and logging in from a different host, the administrator may wish to allow that user access regardless of the network objects listed under the allowed **Source** specified in the **Location** tab (see FIGURE 1-6 on page 34) of that user's **Properties** window. The administrator can allow the user to work on the local network without extending access privileges to all users on that host.

**HTTP** — This option allows you to restrict access to specific HTTP servers. (For more information, see "HTTP Servers List (Security Servers tab)" on page 46).

## How the User Authenticates

In the example configuration depicted in FIGURE 1-4 on page 33, a user in the "LocalManager" group using a FireWall-1 authentication scheme must request an FTP session on BigBen. The user must provide the following information:

- user name on the gateway
- authentication data (password) on the gateway
- user name on the target host
- authentication data (password) on the target host

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

User Authentication

## Example - FTP Using O/S Password

```
tower # ftp bigben
Connected to london.
220 london CheckPoint FireWall-1 secure ftp server running on London
Name (bigben:jim): jimb
331-aftpd: FireWall-1 password: you can use password@FW-1-password
Password: <Unix password on bigben>@<FireWall-1 password>
230-aftpd: User jimb authenticated by FireWall-1 authentication.
230-aftpd: Connected to bigben. Logging in...
230-aftpd: 220 bigben ftp server (UNIX(r) System V Release 4.0) ready.
230-aftpd: 331 Password required for jimb.
230-aftpd: 220 User jimb logged in.
```

In the above example, the user requested an FTP session on BigBen, the target server. The steps involved were as follows:

*1*    The user requested an FTP session on BigBen, the target server, by typing `ftp bigben`.

   The connection was intercepted by the FireWall-1 FTP Security Server on London, the gateway. The Security Server prompted the user for his name on the gateway.

*2*    The user typed `jimb`, meaning that his user name on the target (BigBen) is jimb and his user name on the gateway is jimb. For more information how user names are entered, see "Entering User Names — FTP."

*3*    The FireWall-1 Security Server challenged the user for his FireWall-1 password, in accordance with the Authentication scheme specified for the user in the **Authentication** tab of the **User Properties** window.

*4*    The user correctly entered the FireWall-1 password and was connected to BigBen, the target server. For more information on how the user enters his or her password, see "Parsing the Password String — FTP" on page 41.

   The FireWall-1 FTP Security Server on London supplied FTP on BigBen with the user's password, so the user did not have to enter it again.

## Entering User Names — FTP

For FTP, the user name can be entered in one of three ways:

■    *user_name* — this is the user name on both the gateway and the target server.

■    *user_name@host* — where *user_name* is the user name on both the gateway and the target server, and *host* is the name of the target server.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012538

■ *user_name@fw_user_name@host* — where *user_name* is the user name on the target server, *fw_user_name* is the user's name on the gateway, and *host* is the name of the target server. This is used when the user has different names on the gateway and the target server.

## Parsing the Password String — FTP

For FTP, FireWall-1 parses the password string as follows:

■ Whatever is to the left of the last @ is interpreted as the password to the FTP server.

■ Whatever is to the right of the last @ is interpreted as the User Authentication password.

For example, if the user types jimb@BigBen.com@secret, then jimb@BigBen.com is the FTP server password, and secret is the FireWall-1 User Authentication password.

This feature is important when using anonymous FTP and entering an email address as the password.

If the user wishes to postpone entering the FireWall-1 Authentication password, then he or she should type the FTP server password and add @ at the end. The user will be prompted for the FireWall-1 Authentication password later.

## Additional Features — User Authentication

### Authentication Using GUI Clients



**FIGURE 1-11** GUI FTP Authentication

An FTP or TELNET user with a GUI (see FIGURE 1-11 on page 41) must specify his or her user name and password as follows:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012539

User Authentication

## User Name

*dst_user_name [@auth_user_name] @ dst*

where:

- *dst_user_name* is the user name on the destination host
- *auth_user_name* is the user name on the gateway
- *dst* is the name of the destination host

## Password

*dst_password [@auth_password]*

where:

- *dst_password* is the password on the destination host
- *auth_password* is the password on the gateway

# Non-Transparent User Authentication

## In This Section

| | |
|---|---|
| *Non-Transparent User Authentication — Example* | *page 43* |
| *Enabling Non-Transparent User Authentication* | *page 43* |

Non-transparent User Authentication can be implemented for user authenticated services (FTP, HTTP, RLOGIN, TELNET). Under non-transparent user authentication, a user working with one of these services must first start a session for that service on the gateway. After successful authentication, FireWall-1 opens a connection to the "true" destination. This method is known as non-transparent because the user does not directly request the target host, but must explicitly connect the gateway first.

Non transparent User Authentication was implemented previous version of FireWall-1 as follows:

- In Version 2.1 and earlier versions, FireWall-1 implemented non transparent User Authentication.
- In Version 3.0, non-transparent User Authentication could be implemented to enable a pre-Version 3.0 Management Module to download the Security Policy to a Version 3.0 FireWall Module.



**Note** – Transparent User Authentication is the default action for FireWall-1 version 3.0 and higher.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012540

## Non-Transparent User Authentication — Example

Consider the following network configuration.



FIGURE 1-12 Non–Transparent User Authentication.

In the above configuration, the user who wants to begin a TELNET session on Big Ben must first TELNET to London (the gateway) where the FireWall-1 TELNET Security Server is installed on the TELNET port in place of the standard TELNET daemon. The user must then specify BigBen as the ultimate destination. The FireWall-1 TELNET Security Server authenticates the user, and if the authentication is successful, opens a connection to BigBen, the "true" destination.

The user must provide the following information:

- user name on the gateway
- authentication data (password) on the gateway
- name of the target host — **this is the major difference between transparent and non-transparent authentication**
- user name on the target host
- authentication data (password) on the target host

## Enabling Non-Transparent User Authentication

Non transparent user authentication is controlled by the `prompt_for_destination` parameter in the file `objects.C`.

The `prompt_for_destination` parameter determines what to do when the user connects directly to the FireWalled gateway. In this case, there are two possibilities:

- `prompt_for_destination` is false. This is the default value for FireWall-1 version 3.0 and higher. If `prompt_for_destination` is false, FireWall-1 implements transparent user authentication. The FireWall Module assumes the user's "true" destination is the FireWalled machine, and does not prompt the user for the "true" destination.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

User Authentication

■  `prompt_for_destination` is true

This is the value for implementing non transparent authentication. If the user requests the gateway as the destination, the FireWall Module assumes the user's "true" destination is some other server, and prompts the user for the "true" destination.

Non-transparent authentication will be implemented only if the user first requests the gateway. If the user requests a host behind the gateway, FireWall-1 will implement non-transparent authentication, regardless of the setting for `prompt_for_destination`.

 **Note** – After making changes to `objects.C`, you must download the database from the Management Station to the FireWall in order for the changes to take effect. For more information, see, "fw dbload" on page 264.

## User Authentication and the HTTP Security Server

### In This Section

| | |
|---|---|
| *Overview* | *page 44* |
| *HTTP Security Server Configuration* | *page 45* |
| *Controlling Access to HTTP — User Authentication Rules* | *page 48* |
| *The HTTP Security Server in Proxy Mode* | *page 49* |
| *Configuring Multiple HTTP Security Servers* | *page 54* |
| *HTTP Security Server — When the User Connects* | *page 55* |
| *HTTP Security Server — Security Considerations* | *page 57* |
| *HTTP Security Server and Non-Transparent Authentication* | *page 58* |

### Overview

The FireWall-1 HTTP Security Server provides a mechanism for authenticating users of HTTP services. A FireWall-1 HTTP Security Server on the gateway can protect any number of HTTP servers behind the gateway, and authenticate users accessing HTTP or HTTPS (HTTP encrypted by SSL).

The HTTP Security Server is invoked when a rule's action specifies **User Authentication**. The rule's **Service** can specify either the HTTP service or a Resource. This section describes the behavior of the HTTP Security Server for User Authentication rules. For more information on how the HTTP Security Server handles Resources, see Chapter 3 "Content Security" of this book.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012542

User Authentication and the HTTP Security Server

## HTTP Security Server Configuration

HTTP Security Server parameters are defined in the **Security Servers** tab and the **Authentication** tab of the **Properties** setup window.



**FIGURE 1-13** Properties Setup window — Security Servers and Authentication tabs

The fields relating to the HTTP Security Server are explained below.

- **Session Timeout (Authentication** tab) — For HTTP, this applies to one-time passwords only. Users of one-time passwords to not have to reauthenticate during this time period. The HTTP Security Server extends the validity of a one-time password for this time period so the user does not have to generate a new password and reauthenticate for each connection. Each successful access resets the timer to zero. For more information, see "HTTP Security Server — Security Considerations" on page 57.

- **HTTP Next Proxy (Security Policy** tab) — the **Host** name and **Port** number of the HTTP proxy behind the FireWall-1 HTTP Security Server (if there is one).

  This option is useful if internal users have defined the HTTP Security Server as the proxy to their Web browsers (see "The HTTP Security Server as an HTTP Proxy" on page 50). The FireWall-1 HTTP Security Server does not cache pages used by its client (the browser). If you wish to provide caching for HTTP users, you can put an HTTP proxy behind the FireWall-1 HTTP Security Server.

  Changing the **HTTP Next Proxy** fields takes effect after the FireWall-1 database is downloaded to the authenticating gateway, or after the Security Policy is re-installed.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012543

User Authentication

### HTTP Servers List (Security Servers tab)

The **HTTP Servers** list in **Security Servers** tab of the **Properties Setup** specifies the host names and port numbers of HTTP servers.

Defining HTTP Servers allows you to restrict incoming HTTP. You can control access to specific ports on specific hosts. You can also specify whether users must reauthenticate when accessing a specific server.

If you are implementing Non-transparent Authentication, then the **HTTP Servers** list provides a list of hosts and port numbers to which the HTTP Security Server can direct connections from the gateway. For more information, see "HTTP Security Server and Non-Transparent Authentication" on page 58.

If you change the location of an HTTP server (i.e., you install it on a new host or port), you must update the **HTTP Servers** list. For more information, see "Controlling Access to HTTP — User Authentication Rules" on page 48.

### Configuring HTTP Servers

To add a new server, click on **New**. The **HTTP Server Definition** window (FIGURE 1-14) is then displayed.

To delete a server from the list, select it and click on **Remove**. More than one server can be selected at a time.

To modify a server's host or port number, click on the server's logical name in the **HTTP Servers** list and click on **Edit**. The server's details are then displayed in the **HTTP Server Definition** window (FIGURE 1-14).

### HTTP Server Definition window

This window defines an HTTP server.



**FIGURE 1-14** HTTP Server Definition window

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012544

User Authentication and the HTTP Security Server

The fields in the **HTTP Server Definition** window are explained below:

**Logical Name** — the server's logical name

**Host** — the host on which the server runs

**Port** — the port number on the host

**Server For Null Requests** — this option is relevant only if Non-transparent
Authentication is enabled. For more information, see "Configuring a Server for Null
Requests" on page 60.

Reauthentication Options

Reauthentication options define whether a user must reauthenticate every time the
HTTP server is accessed. Reauthentication options apply only when **Predefined Servers**
is specified under **HTTP** in a rule's **User Authentication Action Properties** window
(FIGURE 1-10 on page 38).

Select one of the following options:

**Standard Authentication** — The user will not be required to enter a password
again during the authorization period (as specified in the **Session Timeout** field in
the **Authentication** tab of the **Properties Setup** window). Each successful access
resets the timer to zero.

**Reauthentication for POST Requests** — Every request sent by the client which
may change the server's configuration or data requires the user to enter a new
password.

If the password is not a one-time password, this option has no effect.

**Reauthentication for Every Request** — every request for a connection requires the
user to enter a new password

If the password is not a one-time password, this option has no effect.

This option is useful when access to some pages must be severely
restricted. It is recommended that pages such as these be handled by a
separate server.

The Reauthentication status of each HTTP Server is displayed under
**Reauthentication** in the **HTTP Servers** list.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012545

User Authentication

## Controlling Access to HTTP — User Authentication Rules

### Restricting Incoming HTTP

If you wish to restrict access to internal HTTP services by external users, proceed as follows:

**1**  Define a rule similar to the following:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| All_Users@Any | localnet | http | UserAuth | Long Log | Gateways |

The above rule requires external users to authenticate before accessing HTTP services in the local network. Incoming HTTP is intercepted by the HTTP Security Server on the gateway.

**2**  In the rule's **User Authentication Action Properties** window (FIGURE 1-10 on page 38), choose **Predefined Servers** under **HTTP**.

This restricts external access to the HTTP servers listed in the **Security Servers** tab of the **Properties Setup** window. This will also activate the Reauthentication options specified for the HTTP servers. For more information, see "HTTP Servers List (Security Servers tab)" on page 46.

### Restricting Internal Users' Access to External HTTP

To restrict internal users' access to external HTTP, proceed as follows.

**1**  Define a rule similar to the following:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| All_Users@localnet | any | http | UserAuth | Long Log | Gateways |

This rule allows internal users to use external HTTP if they first authenticate themselves on the gateway.

**2**  In the rule's **User Authentication Action Properties** window (FIGURE 1-10 on page 38), choose **All Servers** from the HTTP options. This allows the connection to continue on to any port.

If **All Servers** is chosen, then the options defined in the HTTP Server window for predefined servers are ignored.

**3**  Define another rule as follows:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| any | any | any | Reject | Long Log | Gateways |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012546

This rule prevents the use of HTTP without User Authentication on the gateway.

## Restricting Incoming and Outgoing HTTP

Assume the following Rule Base:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| AllUsers@any | localnet | http | UserAuth | Long Log | Gateways |
| AllUsers@localnet | any | http | UserAuth | Long Log | Gateways |
| any | any | any | Reject | Long Log | Gateways |

The first rule requires users of incoming HTTP to authenticate before accessing internal HTTP servers defined in the HTTP servers window (FIGURE 1-14 on page 46).

The second rule applies to internal users accessing external HTTP. According to the second rule, internal users must be authenticated before accessing external HTTP.

## The HTTP Security Server in Proxy Mode

For internal users, the behavior of the HTTP Security Server also depends on whether it is defined as the proxy to the users' Web browser (in the browser's proxy settings). There are two different proxy settings. Each setting has specific advantages and implications for local users.

- HTTP proxy

  The HTTP Security Server can be defined as the HTTP proxy to the user's Web browser. This provides several advantages regarding entering user passwords and managing authentication. For more information, see "The HTTP Security Server as an HTTP Proxy" on page 50.

- Security proxy

  The HTTP Security Server can be defined as the Security Proxy to the user's Web browser. The HTTP Security Server proxies HTTPS (HTTP encrypted by SSL) connections. Although it does not inspect content of HTTPS connections, the administrator can provide security by specifying User Authentication for outgoing HTTPS. For more information, see "HTTP Security Server as a Security Proxy — Authenticating Outgoing HTTPS" on page 51.



**Note** – Proxy settings are not mutually exclusive and can be used together.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012547

User Authentication

## The HTTP Security Server as an HTTP Proxy

Internal users can define the HTTP Security Server as the HTTP proxy to their Web browsers. The HTTP Security Server is defined as an HTTP proxy in the proxy settings of the user's Web browser.



**Note** – The FireWall-1 HTTP Security Server will only handle proxy requests for authenticated HTTP connections and resources. If you do not use authentication or resources, you cannot use the FireWall-1 HTTP Security Server as an HTTP proxy.

FIGURE 1-15 depicts the proxy settings window for Netscape 4.0.



**FIGURE 1-15** Defining the gateway as the HTTP proxy — Netscape 4.0

Defining the FireWall-1 HTTP Security Server as a proxy offers several advantages:

- You can centralize Authentication information to one location, the FireWall-1 machine.
- When defined as the HTTP proxy, the FireWall-1 HTTP Security Server can handle FTP requests through a Web browser. For more information, see "HTTP Security Server" on page 112.
- When a local user requests a URL in the Web browser, the browser sends the entire URL path to the HTTP Security Server.

  When the HTTP Security Server is not defined as a proxy, it only receives the name of the requested server from the Web browser. This means HTTP Security Server must retrieve the entire URL.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012548

User Authentication and the HTTP Security Server

■    All outgoing HTTP connections are mediated by the HTTP Security Server.

In addition, the FireWall-1 HTTP Security Server offers several advantages over other Authentication Servers.

- ■ FireWall-1 supports S/Key, SecurID, RADIUS, TACACS and AXENT Defender authentication.
- ■ FireWall-1 supports restriction by day of week and/or time of day.
- ■ FireWall-1 can automatically expire a user according to the **Expiration Date** specified in the **General** tab of the **User Properties** window.



**Note** – Although it is defined as the HTTP proxy to the Web browser, the FireWall-1 HTTP Security Server is *not* an official HTTP proxy, that is, it does not relay HTTP traffic in the way that, for example, the CERN HTTP proxy does. It is not an independent daemon that runs outside of FireWall.

Caching — Using an HTTP Proxy behind the HTTP Security Server

A disadvantage to using the HTTP Security Server as a proxy is that it does not cache pages used by its client (the browser). If you wish to provide caching for HTTP users, you can put an HTTP proxy behind the FireWall-1 HTTP Security Server. To do this, you must specify the host and port of the proxy in the **HTTP Next Proxy** field in the **Security Servers** tab of the **Properties Setup** window.

HTTP Security Server as a Security Proxy — Authenticating Outgoing HTTPS

HTTPS (HTTP encrypted by SSL) connections can be handled by the HTTP Security Server when it is defined as the Security Proxy to the local user's Web browser. The HTTP Security Server proxies outgoing HTTPS connections, but does not inspect content. This option is used to authenticate internal users accessing external HTTPS.

The user can configure a Security Proxy for the following Web browsers:

- ■ Internet Explorer version 3.0x and higher
- ■ Netscape version 4.0x and higher

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012549

User Authentication

 

**FIGURE 1-16** HTTP Proxy and Security Proxy Settings — Netscape 4.0x and Internet Explorer 3.0x

HTTPS requests generally use the HTTP "CONNECT" method (tunneling mode). Because the CONNECT method only specifies a hostname and port, the HTTP Security Server does not have access to the content of the communication, not even the URL. In addition, the Security Server does not verify that the connections are really using HTTPS — it only checks the requested hostname and port number. All communication between the client and the target server is encrypted — the HTTP Security Server only proxies the connection. This is useful if internal users want to send encrypted information over the Internet.

In Security Proxy mode, you can provide security by requiring internal users to authenticate before accessing external HTTPS servers.

 **Note** – Although the connection is encrypted between the local client and the external server, the authentication session between the local client and the HTTP Security Server is clear (unencrypted).

 **Tip** – If you are using the HTTP Security Server as a Security Proxy, you can also provide security for HTTPS connections using Resource rules. For more information, see Chapter 2, "Security Servers" of this book.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012550

User Authentication and the HTTP Security Server

Authenticating Internal Users Accessing External HTTPS (Security Proxy Mode)

To authenticate users of outgoing HTTPS, proceed as follows:

*1* Internal users must define the HTTP Security Server as the Security Proxy on port 443. This is done in the proxy settings of the user's Web browser (FIGURE 1-16 on page 52).

*2* Add the following line to the file $FWDIR/conf/fwauthd.conf:

```
443    bin/in.ahttpd    wait    0
```

This enables the HTTP Security Server to run on the port specified for the Security Proxy.

*3* In the HTTPS service properties, set the **Protocol Type** to **URI** (FIGURE 1-17). This assures that the HTTPS service (using port 443) will be mediated by the HTTP Security Server.



**FIGURE 1-17** HTTPS Service Definition

*4* Define a rule similar to the following

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| All_Users@localnet | any | https | UserAuth | Long Log | Gateways |

According to this rule, internal users must authenticate before accessing external HTTPS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

User Authentication

**5** In the rule's **User Authentication Action Properties** window, check **All Servers** under **HTTP**.

This assures that the outgoing connections will be allowed to continue from the HTTP Security Server to any external host or port.



**Tip –** You can also configure the HTTP Security Server to encrypt and decrypt HTTPS connections on the gateway. For more information, see "Support For HTTPS — Controlling External Access to Internal HTTPS" on page 60.

### Configuring Multiple HTTP Security Servers

You can modify the Security Server configuration to enable multiple HTTP Security Servers to run concurrently. Multiple HTTP clients connecting concurrently can be handled by several HTTP Security Servers.



**Note –** This option is recommended for gateway machines with more than one CPU. Using this option on a gateway machine with only one CPU will result in a performance degradation.

The file `$FWDIR/conf/fwauthd.conf` lists the Security Server executables and their assigned port numbers. The example line below shows the HTTP Security Server assigned to a dynamically allocated port:

```
80    bin/in.ahttpd    wait    0
```

The last field indicates the Security Server port number.

A negative port value indicates that FireWall-1 randomly chooses multiple ports for the HTTP Security Server. The absolute value indicates the number of random ports that will be chosen. The number of random ports should correspond to the number of CPUs the gateway machine has.

The example below indicates that FireWall-1 will randomly select four high ports for the HTTP Security Server:

```
80    bin/in.ahttpd    wait    -4
```

According to the above example, an HTTP client will initially connect to one of four randomly selected ports. If the same client connects again before the **Authorization Timeout** specified in the **Security Servers** tab of the **Properties Setup** window, the same port will be chosen. If the same client connects again after the **Authorization Timeout**, another port will be chosen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012552

Another concurrent HTTP client will connect to one of the remaining free ports.

For more information, see "fwauthd.conf file" on page 123.

## HTTP Security Server — When the User Connects

### Password Prompt

When a user is intercepted by the HTTP Security Server, a password prompt window is displayed in which the user is asked to enter a user id and a password. The format of the window depends on the HTTP browser in use, since it is the browser that displays the window, not FireWall-1. However, some of the data displayed in the window is supplied to the browser by the FireWall-1 HTTP Security Server.



**FIGURE 1-18** A Typical User ID and Password Window

The information given in the password prompt window usually includes:

- the Authentication scheme required by FireWall-1
- whether Authentication is required for the HTTP server, and if so, the server's realm name
- a "reason" message giving the reason for the last Authentication failure

### Multiple Users and Passwords

This applies only to when the HTTP Security Server is not being used as a user's Web proxy. This is relevant for external users accessing internal HTTP, and internal users who have not defined the HTTP Security Server as a proxy.

In HTTP, the Web browser automatically supplies the user's password to the server once the user authenticates. If the user requests another server, the browser cannot send the password to the new server, and the user must reauthenticate.

The user can specify different user names (and passwords) at the password prompt for the HTTP server and FireWall-1, as follows:

```
server_username@FireWall-1_username
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012553

User Authentication

In the same way, the user can enter two passwords, as follows:

> *server_password@FireWall-1_password*

If there is no password for the server, only the FireWall-1 password should be entered.

If the user enters one user name and two passwords, the same user name is used for both the HTTP server and FireWall-1, but the different passwords are used as indicated.

If @ is part of the password, the user should type it twice (for example if the password is mary@home, type mary@@home).

## "Reason" Messages

Authentication attempts may be denied for any of the following reasons. The browser displays these messages in the password prompt.

TABLE 1-4  HTTP Security Server "Reason" messages

| error | meaning |
|---|---|
| no user | No user id was entered. |
| no password | No password was entered. |
| wrong password | The OS or FireWall-1 password was incorrect. |
| S/Key | S/Key authentication failed. |
| SecurID | SecurID authentication failed. |
| WWW server | The FireWall-1 password was correct, but the server did not authorize the user (probably because the server password was incorrect). |
| user limitations | The user is not authorized for the given day of week, time of day, source or destination, or the user has expired. |
| FW-1 rule | The FireWall-1 password was correct, but the user was not authorized because there was no matching rule in the Rule Base. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

In addition to "Reason" messages, additional messages may be displayed by the browser.

**TABLE 1-5**  Browser Messages

| message | meaning and/or corrective action |
|---|---|
| Failed to connect to the WWW server | Notify your system manager. |
| Unknown WWW server | FireWall-1 could not determine to which server the URL should be sent. This can happen for two reasons: The URL is incorrect, or there is a resolution problem. |
| Authentication Services are unavailable | Notify your system manager. |
| FireWall-1 is currently busy - try again later | Wait and try again. If the problem persists, notify your system manager. |
| Simple requests (HTTP 0.9) are not supported | HTTP 0.9 clients are not supported by the FireWall-1 HTTP Security Server. Note that HTTP 0.9 servers are supported. |

Additional messages may be displayed if FireWall-1 encounters an error, such as no OS password defined for a user who is required to supply a OS password, or problems with SecurID server etc. In the event one of these messages is encountered, the user should notify the system administrator.

### Differences Between Clients

Some clients do not display authorization information in the password prompt window, or display only some of the information.

When using such a client, the user can sometimes view the missing information by clicking on **Cancel** (to view the information) and then **Reload** (to display the password prompt window again), or by performing the equivalent functions.

If the password prompt window does not display what kind of password must be entered (this can happen if the user name is unknown), the user should enter the user name without the password and click on **OK**. If the client requires a non-empty password, the user should type a single space. The window will be displayed again, including the password type.

## HTTP Security Server — Security Considerations

In HTTP, the Web browser automatically supplies the password to the server for each connection. This creates special security considerations when using the HTTP Security Server with one-time passwords.

Chapter 1    Authentication    57

FIN012555

User Authentication

To avoid forcing users of one-time passwords to generate a new password for each connection, the HTTP Security Server extends the validity of the password for the time period defined in **Authorization Timeout** in the **Authentication** tab of the **Properties Setup** window. Users of one-time passwords do not have to reauthenticate for each request during this time period.

Each successful access resets the timer to zero. Because the authorization period is renewable, and the Web browser keeps supplying the password, the time period during which a one-time password can be used can be unlimited.

This problem can be solved by using the Reauthentication options in the HTTP Server definition ("HTTP Servers List (Security Servers tab)" on page 46). For example, you can specify that every request to a specific HTTP server requires a new password, or that requests that change a server's configuration require a new password. For more information, see "HTTP Servers List (Security Servers tab)" on page 46.

## HTTP Security Server and Non-Transparent Authentication

This section describes how the HTTP Security Server is configured when implementing Non-transparent Authentication. In Non-transparent Authentication, the user must explicitly connect to the FireWalled gateway in order to authenticate before continuing to the target host.

Non-transparent Authentication is implemented when the `prompt_for_destination` parameter is set to `true` in the `objects.C` file. This value indicates that if the user requests the gateway as the destination, the FireWall Module assumes the user's "true" destination is some other server, and prompts the user for the "true" destination. For information on Non-transparent authentication, see "Non-Transparent User Authentication" on page 42.

 **Tip** – The HTTP Security Server also supports HTTPS in non-transparent mode. For more information, see "Support For HTTPS — Controlling External Access to Internal HTTPS" on page 60

### Configuring URLs

Suppose that in the configuration depicted in FIGURE 1-19 on page 59, there are HTTP servers on all the hosts (Tower, Palace, and BigBen) which are protected by a FireWall-1 HTTP Security Server on the gateway London.

The URLs should be set up as follows:

> http://*gateway/logical server name/...*

where the ellipsis (...) indicates the part of the URL that the server receives and parses. This is usually a file name.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012556

User Authentication and the HTTP Security Server

For example, assume HTTP servers running on London-net, as listed in FIGURE 1-19.



**FIGURE 1-19** HTTP Servers behind a FireWalled gateway

**TABLE 1-6** *Servers and URLs*

| server name | URL | host | port |
|---|---|---|---|
| info | http://www.London.com/info/info.html | BigBen | 80 |
| tickets | http://www.London.com/tickets/ordrtick.html | Palace | 80 |
| actors | http://www.London.com/actors/bios.html | Tower | 8000 |
| reviews | http://www.London.com/reviews/clips.html | Tower | 8080 |

In this case, the gateway is www.London.com and the server names are those specified under **HTTP Servers** in the **Security Servers** tab of the **Properties Setup** window (see FIGURE 1-13 on page 45), where the connection between the server name and the host and port is defined. The only externally known name is www.London.com.

For example, a user who wishes to access the HTTP server "actors" on the host Tower, must specify a URL of http://www.London.com/actors/bios.html (where bios.html is a specific page maintained by the server). The connection is intercepted by the HTTP Security Server on the gateway London.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012557

User Authentication

### Configuring a Server for Null Requests

A Server for Null Requests is used when the URL is of the form `http://gateway/` or `http://gateway`. In this case, the URL passed to the server is /. In Non-transparent Authentication, this allows a user to connect to the gateway without having to specify the name of a target server behind the gateway. The Server for Null Requests is defined using the **HTTP Server Definition** window (FIGURE 1-20).



**FIGURE 1-20** HTTP Server Definition — Server for Null Requests

For example, a user connects to London, the FireWalled gateway, as follows:

`http://www.london.com`

If you have specified an HTTP server as a **Server for Null Requests** and checked **Predefined Servers** in the **User Authentication Action Properties** window of the relevant rule, the HTTP Security Server on the gateway directs the connection to the Server for Null Requests.

You can configure this server to display a Web page with links to internal servers. This server then provides an "entry point" to other internal servers. In this way, the user does not have to know the names of the target servers behind the gateway. All the user needs to know is the name of the FireWalled gateway.

### Support For HTTPS — Controlling External Access to Internal HTTPS

If you are implementing Non-transparent Authentication, the HTTP Security Server can be configured to encrypt and decrypt HTTPS connections. This option enables the HTTP Security Server to inspect the contents of HTTPS connections.

The connection can be encrypted between the client and the HTTP Security Server, and then possibly again from the HTTP Security Server to the target server. For example, you can specify that connections between the client and HTTP Security Server are encrypted. The HTTP Security Server on the gateway decrypts and inspects the connection. The connection can then be encrypted again from the HTTP Security Server to the target host. The authentication session is encrypted as well.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012558

User Authentication and the HTTP Security Server

This option is known as "Non-transparent Mode" because the user of HTTPS must request the gateway before being allowed to continue to the target host. Because the HTTP Security Server is not defined as a Security Proxy to the user's Web browser, Non-transparent Mode is best used to authenticate external users accessing internal servers.

To configure support for HTTPS, proceed as follows:

Generating CA Keys

You must first generate the CA Key pair to be used by the FireWall-1 Management Station and the gateway:

1  Generate the CA Key for the Management Station using the fw ca genkey command as follows:

```
fw ca genkey "[-ou] [-o] [-c]"
```

where -ou, -o, and -c specify the Distinguished Name (DN) of the Certificate Authority.

2  Distribute the CA Key to the FireWalled gateway using the fw ca putkey command.

```
fw ca putkey <target> [-p password]
```

The parameter target is the IP address or resolvable name of the machine on which you are installing the CA key (the FireWalled gateway).

The parameter -p password is a password that will be used to authenticate future communication between the Management Station and the gateway.

If you do not enter a password, you will be prompted for one.

3  Generate a Certificate using the following command:

```
fw certify ssl <management> <target> [-p password]
```

The parameter management is the IP address or resolvable name of the gateway's Management station.

You must enter the same password you used when you issued the fw ca putkey command in step 2.

Chapter 1    Authentication    61

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

User Authentication

Modifying the Security Server Configuration File

**4**    You must next modify the file $FWDIR/conf/fwauthd.conf by adding a line which enables the HTTP Security Server to run on an additional service port dedicated to HTTPS. According to the example below, HTTPS connections will connect to the gateway on port 443.

Example:

```
443    bin/in.ahttpd    wait    0    ec
```

The last field specifies what to do with HTTPS (SSL) connections. TABLE 1-7 lists the available options:

**TABLE 1-7** HTTPS options

| option | meaning |
| --- | --- |
| ec | encrypt connections between the client and the gateway |
| es | encrypt connections between the gateway and the server |
| eb | encrypt both — encrypt connections between the client and the gateway, and then between the gateway and the server. |
| ns | no SSL (no encryption) |

Leaving this field empty is the same as specifying ns.

For more information about the file $FWDIR/conf/fwauthd.conf, see "Security Server Configuration" on page 123.

HTTP Servers

**5**    You must also define the HTTP servers to which HTTPS connections are allowed.

HTTP servers are defined in the **HTTP Server Definition** window (FIGURE 1-21). For information on defining HTTP servers, see "HTTP Servers List (Security Servers tab)" on page 46 in this chapter.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

User Authentication and the HTTP Security Server

Example



**FIGURE 1-21** Example HTTP Server definition

You must specify the **Logical Name**, **Host** and **Port** number on which you installed
the servers which will handle HTTPS connections.

HTTPS Service Properties

**6**    You must next modify HTTPS properties to assure that the service will be
mediated by the HTTP Security Server. In the HTTPS service definition, set the
**Protocol Type** to **URI** (see FIGURE 1-17 on page 53).

User Authentication Rule

**7**    Next, define a rule similar to the following:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| All_Users@any | localnet | https | UserAuth | Long Log | Gateways |

In the rule's **User Authentication Action Properties** window, specify **Predefined
Servers** under **HTTP**. This restricts incoming HTTPS to the servers listed in the
**Security Servers** tab of the **Properties Setup** window (the HTTP Servers you
defined in step 5 on page 62).

How the User Connects

An external user of HTTP must specify the name of the FireWalled gateway and the
logical name of the target server in the requested URL. This assures that the request
will be intercepted by the HTTP Security Server on the gateway. The URL is set up as
follows:

```
https://<gateway_name>/<logical_server_name>/...
```

Chapter 1    Authentication    63

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

User Authentication

For example, if the gateway name is London, and the target server (behind London) is Tower, then the user specifies the following URL:

```
https://www.london.com/tower/...
```

For information on how to set up URLs for Non-transparent Authentication, see "Configuring URLs" on page 58.

## Putting Existing HTTP Servers Behind the HTTP Security Server

This section applies to users who wish to implement Non-transparent authentication.

To put an existing HTTP server behind the FireWall-1 HTTP Security Server, proceed as follows:

### ▼ If you have only one HTTP server, and it is on your gateway

1   Replace the HTTP server with the FireWall-1 HTTP Security Server.

2   Put the HTTP server elsewhere.

3   For security reasons, it is recommended that you put the HTTP server on a different computer. However, you can also put it on a different port on the same computer.

4   Update the HTTP Servers list in the **Security Servers** tab of the **Properties Setup** window in accordance with where you put the HTTP server (see previous step).

### ▼ If you have only one HTTP server, and it is *NOT* on your gateway

1   Arrange for the server address to be directed to the FireWall-1 HTTP Security Server (host name) on the gateway.

This is done outside of FireWall-1, either by publicizing the new address for the existing host name, or by creating a new host name and notifying your authorized users.

2   Add the server to the list of HTTP servers in the **Control Properties/Security Servers** window.

Even if there is only one server behind FireWall-1, you should still give it a name and add it to the HTTP server table in the **Control Properties/Security Servers** window (see "HTTP Servers List (Security Servers tab)" on page 46). However, the server name may be omitted from the URLs that refer to it (if there is only one server), so there is no need to change URLs when putting a single server behind FireWall-1 if the host name for the FireWall and the server are the same.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012562

Case 1:06-cv-00369-GMS   Document 260-3   Filed 04/25/2008   Page 66 of 71

User Authentication and the HTTP Security Server

▼ **If you have more than one HTTP server**

*1* Arrange for the server address to be directed to the FireWall-1 HTTP Security Server (host name) on the gateway.

*2* This is done outside of FireWall-1, either by publicizing the new addresses for the existing host name, or by creating a new host name and notifying your authorized users.

*3* Add the servers to the list of HTTP servers in the **Control Properties/Security Servers** window.

*4* Modify all the HTML source code so that absolute references point to the appropriate servers.

This step is necessary for non-transparent authentication only.

The first field of an absolute URL should be replaced by *"gateway/logical server name/"*.

It is not necessary to modify relative references.

Chapter 1   Authentication   65

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012563

Session Authentication

## Session Authentication

### Overview

Session Authentication can be used to authenticate users of any service. FIGURE 1-22 shows what happens when a rule's Action specifies Session Authentication.



FIGURE 1-22 Session Authentication

The Session Authentication process is as follows:

**1**   The user initiates a connection directly to the server.

**2**   The FireWall-1 Inspection Module intercepts the connection. The Inspection Module connects to a Session Authentication Agent on the client.

In the above configuration, the Session Authentication Agent is running on the client, but it can run on another machine (on any of the supported platforms).

**3**   The Session Authentication Agent prompts the user for authentication data and returns this information to the Inspection Module.

**4**   If the authentication is successful, then the FireWall module allows the connection to pass through the gateway and continue on to the target server.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      FIN012564

In contrast to User Authentication, Session Authentication does not result in an additional connection to the server. The advantage of Session Authentication is that it can be used for every service. It requires a Session Authentication Agent which prompts the user through a series of pop-up screens.



**FIGURE 1-23** FireWall-1 Session Authentication Agent Prompt

The Session Authentication Agent is an application that communicates with the FireWall Module using the FireWall-1 Session Authentication Agent Protocol. The Session Authentication Agent can be running on the following network objects:

- the source of the connection (i.e., the client that initiated the connection)
- the destination of the connection
- a specific host

## Session Authentication — Deployment

### Example Configuration

In the configuration depicted in (FIGURE 1-24), all localnet users must be authenticated before accessing the Internet.



**FIGURE 1-24** Example configuration

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012565

Session Authentication

The following rule allows users of any service external access after successful Session Authentication.

| Source | Destination | Service | Action | Track | Install On |
|--------|-------------|---------|--------|-------|------------|
| All Users@Local_Net | Any | Any | Session Auth | Short | Gateways |



**FIGURE 1-25** Example Session Authentication Rule

## Configuring Session Authentication

To enable Session Authentication for this configuration, the Administrator must do the following:

- install and configure the Session Authentication Agent
- define user properties
- define Session Authentication rule properties
- define logging and tracking

### Configuring the Session Authentication Agent

#### Windows

To install the Session Authentication agent for Windows, run the SETUP program in the DESKTOP PRODUCTS\SESSIONAGENT directory on the CD-ROM.

#### OpenLook

A sample Session Authentication Agent for the OpenLook GUI is in $FWDIR/bin/fwsngui.

#### Opening the Session Authentication Agent

To open the Session Authentication agent, double-click on its icon in the system tray. The **FireWall-1 Session Authentication** window (FIGURE 1-26) is displayed.



**FIGURE 1-26** FireWall-1 Session Authentication window

68    FireWall-1 Architecture and Administration • September 1998

Session Authentication — Deployment

Perform one of the following:

- To terminate the Session Authentication agent, click on **Yes**.
- To configure the Session Authentication agent, click on **Configure**.
- To close the FireWall-1 **Session Authentication** window, click on **No**.

Configuration

When you click on **Configure** in the **Session Authentication** window, the **Configuration** window (FIGURE 1-27) is displayed.



**FIGURE 1-27** Configuration window — Password Caching tab

The **Configuration** window has two tabs, explained below.

Password Caching Tab

The **Password Caching** tab of the **Configuration** window enables you to specify how frequently the user is asked to supply a password (that is, to authenticate himself or herself). One-time passwords (such as SecurID) cannot be cached.

Check one of the available choices:

**Every request** — The user will be prompted for the password each time the FireWall Module requests authentication.

Each time the user initiates a session to which a Session Authentication rule applies, the user will be prompted for a password. In this case, no password caching occurs.

**Once per session** — The user will be prompted for a password once per Session Authentication agent session.

In this case, the user supplies the password once and the Session Authentication agent caches the password indefinitely. This option cannot be used with one-time passwords.

Chapter 1   Authentication   **69**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Session Authentication

If the Session Authentication agent is terminated and then re-started, the user will have to supply the password again.

**After ... minutes of inactivity** — This option is the same as **Once per session**, except that the user will be prompted again for a password if there has been no authentication request for the specified time interval.

FireWall-1 IP Addresses List Tab



**FIGURE 1-28** Configuration window — FireWall-1 IP Addresses List tab

The **FireWall-1 IP Addresses List** tab of the **Configuration** window enables you to specify the FireWall Modules for which this Session Authentication agent may provide authentication services.

**Any IP Address** — This Session Authentication agent may provide authentication services for any FireWall Module.

**IP Address** — This Session Authentication agent may provide authentication services only for a FireWall Module running on the specified IP address.

You can specify up to three IP addresses.

Pre-configuration

The SETUP.INI file in the DESKTOP PRODUCTS\SESSIONAGENT directory enables you to pre-configure the Session Authentication agent. This feature is useful if you plan to distribute the Session Authentication agent to many users and you do not want them to configure the agent themselves.

70    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY