# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

FINJAN SOFTWARE, LTD., an Israel
corporation,

                   Plaintiff,

                   v.

SECURE COMPUTING CORPORATION,
a Delaware corporation, CYBERGUARD,
CORPORATION, a Delaware corporation,
WEBWASHER AG, a German corporation
and DOES 1 THROUGH 100,

                   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C. A. No. 06-369-GMS

**APPENDIX OF EXHIBITS TO DECLARATION OF KRISTOPHER
KASTENS IN SUPPORT OF PLAINTIFF FINJAN SOFTWARE, LTD.'S
POST-TRIAL MOTION FOR INVALIDITY OF U.S. PATENT NO.
<u>7,185,361 PURSUANT TO FED. R. CIV. P. 50(b)</u>**

<u>**VOLUME 2 – EXHIBIT 3 (PARTS 2-6)**</u>

OF COUNSEL:

Paul J. Andre
Lisa Kobialka
King & Spalding LLP
1000 Bridge Parkway
Redwood City, CA 94065
(650) 590-0700

Dated:  April 25, 2008

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com

Attorneys for Plaintiff
Finjan Software, Ltd.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 25, 2008, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as

indicated; and that the document is available for viewing and downloading from

CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Frederick L. Cottrell, III, Esq.
Kelly E. Farnan, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com; farnan@rlf.com

I hereby certify that on April 25, 2008 I have sent by E-mail the foregoing

document to the following non-registered participants:

Jake M. Holdreith, Esq.
Christopher A. Seidl, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
jmholdreith@rkmc.com ; caseidl@rkmc.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
E-mail: provner@potteranderson.com

# EXHIBIT 3
## PART 2

The file is in the standard .INI format. It is divided into sections, each of which consists of a list of parameters and their values (FIGURE 1-29FIGURE 1-29).

```
[FireWall]
IPAddress=
Any=FALSE
[Cache]
Method=Every time
Timeout=30
```

**FIGURE 1-29** SETUP.INI file

The Session Authentication agent for Windows included with FireWall-1 provides for password caching and for restricting authentication to specific FireWalls.

When you start the Session Authentication agent, it is minimized and its icon appears in the system tray. From this point on, one of two things can happen:

- The user can open the Session Authentication agent and configure it.
- The Session Authentication agent can receive an authentication request from a FireWall Module.

### Session Authentication Rule Properties

To display the **Session Authentication Action Properties** window (FIGURE 1-30) for a Session Authentication rule, double-click on the rule's **Action**.

In the **Session Authentication Action Properties** window, specify parameters that define Session Authentication for the rule.



**FIGURE 1-30** Rule Authentication Properties window for a Session Authentication Rule

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012569

Session Authentication

**Source** — Reconcile **Source** in the rule with **Allowed Sources** in the **User Properties** window.

The **Allowed Sources** field in the **User Properties** window may specify that the user to whom this rule is being applied is not allowed access from the source address, while the rule may allow access. This field indicates how to resolve this conflict.

- Choose **Intersect with User Database** to apply the intersection of the access privileges specified in the rule and in the **User Properties** window.
- Choose **Ignore User Database** to allow access according to the **Source** specified in the rule.

See "Example" on page 39 for further information.

**Destination** — Reconcile **Destination** in the rule with **Allowed Destinations** in the **User Properties** window.

The **Allowed Destinations** field in the **User Properties** window may specify that the user to whom this rule is being applied is not allowed access to the destination address, while the rule may allow access. This field indicates how to resolve this conflict.

- Choose **Intersect with User Database** to apply the intersection of the access privileges specified in the rule and in the **User Properties** window.
- Choose **Ignore User Database** to allow access according to the **Destination** specified in the rule.

See "Example" on page 39 for further information.

**Contact Agent At** — Select the computer on which the Session Authentication Agent for this rule is running.

- Choose **Src** to specify that the Session Authentication Agent on the session's **Source** object will authenticate the session.

  This is the most commonly used option.

- Choose **Dst** to specify that the Session Authentication Agent on the session's **Destination** object will authenticate the session.

  This option would normally be used for the X protocol.

- Choose one of the computers in the list to specify that the Session Authentication Agent that will authenticate this session is running on that computer. The computers displayed in the list are the network objects defined as machines (both internal and external).

  This option enables an administrator to manually authorize connections.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012570

Logging and Tracking

Logging and tracking is specified in two places for Session Authentication:

- **Authentication Failure Track** in the **Authentication** tab of the **Properties Setup** window (FIGURE 1-9 on page 36)

  The options under **Authentication Failure Track** specify the action to take for failed authentication. These options apply to all rules.

- Rule Base **Track**

  The tracking for a successful Authentication attempt is determined by the **Track** field of the applied Session Authentication rule.

## How the User Authenticates

When a local user in the rule depicted in FIGURE 1-25 on page 68 initiates a connection to the Internet, the FireWall Module on the gateway intercepts the connection and requests that the Session Authentication agent authenticate a user. The Session Authentication agent displays the **Session Authentication** window (FIGURE 1-31).



**FIGURE 1-31** Session Authentication window — user prompt

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012571

Session Authentication

The user enters his or her user name, and is then prompted to enter a password
(FIGURE 1-32).



FIGURE 1-32 Session Authentication window — password prompt

The form of the password prompt depends on the user's Authentication method.

74    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Client Authentication

### In This Section

| | |
|---|---|
| *Overview* | *page 75* |
| *Client Authentication — Deployment* | *page 78* |
| *How the User Initiates Client Authentication* | *page 87* |
| *Security Considerations — Client Authentication* | *page 96* |
| *Client Authentication — Additional Features* | *page 96* |

### Overview

Client Authentication allows connections from a specific IP address after successful authentication. In contrast to User Authentication, which allows access per user, Client Authentication allows access per IP address. The user working on a client performs the authentication by providing a name and password, but it is the client that is granted access.

Client Authentication is less secure than User Authentication because it allows multiple users and connections from the authorized IP address or host. The authorization is per machine, because the supported services do not have an initial login procedure. For example, if FINGER is authorized for a client machine, then all users on the client are authorized to use FINGER, and will not be asked to supply a password during the authorization period. For this reason, Client Authentication is best enabled for single user machines.

The advantage of Client Authentication is that it can be used for any number of connections, for any service and the authentication is valid for any length of time.

Consider the following rules:



**FIGURE 1-33** Example Client Authentication Rule Base

In the example rules shown in FIGURE 1-16, the first rule specifies Client Authentication for lotus service connections whose destination is a database server. The **Source** of a Client Authentication rule indicates the group of users that can

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012573

Client Authentication

authenticate, and the host or hosts from which they can authenticate. A user is authenticated according to the scheme defined in the **Authentication** tab of his or her **User Properties** window.

Unauthorized attempts to use the lotus service on the database host will be detected by the second rule, and an alert will be issued.

Administrators can also define authorization periods and the number of permitted sessions. For example, a user working on Tower can sign on and authenticate at the start of the day and remotely access the database host throughout the day. At the end of the day, the user would sign off and close the connection with the database host.

## Initiating Client Authentication

### Sign On Methods

Sign On Methods specify how a user begins a Client Authentication session. Sign On Methods are specified in the **Client Authentication Action Properties** window of a rule. There are three Sign On methods:

- Manual Sign On

  The Manual Sign On method requires a user to initiate the Client Authentication session on the gateway. Manual Sign On is not transparent, because the user must first connect to the gateway. The user may initiate the Client Authentication session in one of the following ways:

  - TELNET session — the user starts a TELNET session on port 259 of the gateway

  - Web Browser — the user requesting an HTTP connection to port 900 on the gateway using a Web browser.

    FireWall-1 also supports encrypted Client Authentication through a Web browser. This feature is available for HTTPS (HTTP encrypted by SSL) only. The user can request an HTTPS connection to a specific port on the gateway. For more information on configuring the gateway to support HTTPS, see "Encrypted Client Authentication" on page 94.

- Partially Automatic Sign On

  Partially Automatic Sign On provides transparent Client Authentication for authenticated services: HTTP, TELNET, RLOGIN, and FTP. A user working with one of these services can directly request the target host. The user is then prompted and signed on through the User Authentication mechanism. If authentication is successful, access is granted from the IP address from which the user initiated the connection.

  This method is transparent because the user does not have to initiate a connection on the gateway before connecting to the target host. The disadvantage of using this method is that it is available only for authenticated services.

  For an example using Partially Automatic Sign On, see "Partially Automatic Sign On Method" on page 92.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012574

■ Fully Automatic Sign On

Fully Automatic Sign On provides transparent Client Authentication for all services. A user working with any service directly requests the target server. Users of authenticated services are signed on through the User Authentication mechanism, while users working with all other services are signed-on using the FireWall-1 Session Authentication Agent. If authentication is successful, access is granted from the IP address that initiated the connection.

Fully Automatic Sign On is transparent because the user does not have to initiate a Client Authentication session on the gateway before connecting to the target host. It is available for all services, but requires a FireWall-1 Session Authentication Agent on the client (in order to handle non-authenticated services).

It is recommended to use Fully Automatic Sign On only if you know users have the Session Authentication Agent installed on their machines. If users do not have the Session Authentication Agent, it is recommended to use the Partially Automatic sign on method. This at least allows users of authenticated services to open a Client Authentication session on the target host without having to connect to the gateway first.

For an example using Fully Automatic Sign On, see "Fully Automatic Sign On Method" on page 93.

For more information on the Firewall-1 Session Authentication Agent, see "Session Authentication" on page 66.

Partially and Fully Automatic Client Authentication rules allow users if they authenticate successfully, but do not necessarily reject the connection if the user fails authentication. In addition, the fact that a user successfully authenticates does not necessarily mean that there is a rule that allows that user access. This is because if the service is an authenticated service, the appropriate Security Server is invoked. The authenticating Security Server first checks if the connection can be allowed by a rule which does not require authentication. For more information, see "The 'Insufficient Information' Problem" on page 104 of Chapter 2, "Security Servers."

## How Services are Authorized

After successful authentication, the user can work with the services and hosts permitted by the rule, depending on the rule's authorization parameters. The **General** tab of the rule's **Client Authentication Action Properties** window specifies how the user works with the services permitted by the rule. For example, a user may be authorized to work with all the services and hosts permitted by the rule, or may have to request each service and host individually. For more information, see "Client Authentication Rule Properties" on page 81.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012575

Client Authentication

### Timeouts

Timeout periods and the number of sessions permitted are specified in the **Limits** tab of the **Client Authentication Action Properties** window. For more information, see "Client Authentication Action Properties Window — Limits Tab" on page 84.

## Client Authentication — Deployment

FIGURE 1-34 depicts a configuration in which a FireWalled gateway (London) protects a PC network (localnet) and a DMZ network, which includes a database server on the host Palace.



FIGURE 1-34 Example configuration — Client Authentication

A group of users in the QA department requires frequent access to the database on Palace. Access to Palace is allowed from localnet hosts. Each user can sign on at the beginning of the day and can use the service for a specified time period and number of sessions. If a user forgets to sign off, the connection to Palace is timed out at end of authorization period.

Access to the database server from QA users on Tower is enabled by the following rule:



| No. | Source | Destination | Service | Action | Track | Install On |
|-----|--------|-------------|---------|--------|-------|------------|
| 1 | QA@Local_Net | Palace | lotus | Client Auth | Long | Gateways |

FIGURE 1-35 Example Client Authentication rule

To implement Client Authentication for this configuration, the administrator must define the following:

- the users who must authenticate before accessing the target server
- the gateway's supported authentication schemes
- Client Authentication rule properties

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012576

Initiating Client Authentication

- Client Authentication properties that apply to all rules (i.e., tracking for unsuccessful authentication)
- logging and tracking

## Defining Client Authentication

### Users

In a Client Authentication rule, the **Source** must be a user group. You must first define the properties of the permitted users, such as their authentication schemes and the network objects from which they are allowed access. These properties are defined in the tabs of the **User Properties** window.

 

FIGURE 1-36 User Properties window – Authentication tab and Location tab

You must then define a group which includes the users who must authenticate before they access the database server.



FIGURE 1-37 Group Properties window — Defining Permitted Users

Chapter 1    Authentication    79

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Client Authentication

For more information on defining users and user groups, see Chapter 3, "User Management" of *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI.*

User Access

The **Source** field also specifies the host or network object from which the user group is allowed access.

You can add a user group to a rule using the **User Access** window. To display the **User Access** window, right-click on the rule's **Source**, and choose **Add User Access** from the drop-down menu.



**FIGURE 1-38** User Access window

Click on the user group you want to add.

The options under **Location** allow you to specify the objects from which the users in the selected group are allowed access.

> If you choose **No Restriction**, then the users will be allowed access from any source.

> If you choose **Restrict To**, you must then select the network object from which the users will be allowed access.

In the example depicted in FIGURE 1-38, users in the QA group will be allowed access only from the Local_Net hosts.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012578

Initiating Client Authentication

## Supported Authentication Schemes

You must make sure the gateway supports the same authentication schemes you defined for your users. Gateway authentication schemes are defined in the **Authentication** tab of the gateway object's **Workstation Properties** window.



**FIGURE 1-39** Workstation Properties window — Authentication tab

## Client Authentication Rule Properties

Rule Properties are defined in the tabs of the **Client Authentication Action Properties** window. Rule Properties include the following:

- how services are authorized
- authorization timeout periods
- the number of sessions allowed
- tracking for successful authentication

Client Authentication Action Properties Window — General Tab



**FIGURE 1-40** Client Authentication Action Properties window — General tab

Chapter 1    Authentication    81

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Client Authentication

The **General** tab specifies how to resolve the allowed sources and destinations defined in the **Location** tab of a user's **Properties** window with the **Source** and **Destination** allowed by the rule.

**Source** — Reconcile **Source** in the rule with **Allowed Sources** in User Properties window.

- Choose **Intersect with User Database** to apply the intersection of the access privileges specified in the rule and in the **User Properties** window.

- Choose **Ignore User Database** to allow access according to the **Source** specified in the rule.

For the configuration depicted in FIGURE 1-34 on page 78, if the **Location** tab of a QA user allowed access only from Thames on localnet, you would choose **Ignore User Database** to allow that user access from Tower, the allowed **Source** in the rule.

**Destination** — Reconcile **Destination** in the rule with **Allowed Destinations** in the **User Properties** window.

- Choose **Intersect with User Database** to apply the intersection of the access privileges specified in the rule and in the **User Properties** window.

- Choose **Ignore User Database** to allow access according to the **Destination** specified in the rule.

 **Note – If Standard Sign-on is specified in Rule Requires then is option is automatically set to Ignore User Database (because under Standard Sign On, the user can access all the destinations allowed by the rule). You can change this setting only if you specify Specific Sign-on. (See FIGURE 1-40 on page 81)**

The following options in the **General** tab specify additional rule parameters.

How Services are Authorized

**Required Sign On** — These options specify how the services permitted by the rule are authorized. Select one of the following values:

- **Standard Sign-on** — All the services allowed for the user are authorized together. For an example of how Standard Sign-on is used, see "Example — Standard Sign-on" on page 89.

- **Specific Sign-on** — The user must request each service and destination individually. For example, if a rule specifies more than one service, then each service must be authorized separately. For an example of how Specific Sign-on is used, see "Example — Specific Sign-on" on page 90.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012580

Initiating Client Authentication

### How Client Authentication is Initiated

**Sign On Method** — Select one of the following values:

■ **Manual** — The user must initiate Client Authentication on the gateway through either a TELNET session on port 259 or an HTTP session on port 900.

For an example using Manual Sign On with TELNET, see "Manual Sign On Using TELNET" on page 87.

For an example using Manual Sign On through a Web browser (HTTP), see "Manual Sign On — HTTP" on page 91.

■ **Partially Automatic** — If a connection matches the rule, and the service is an authenticated service (RLOGIN, TELNET, HTTP, FTP), the user is signed on through User Authentication.

For an example using Partially Automatic Sign On, see "Partially Automatic Sign On Method" on page 92.

■ **Fully Automatic** — If a connection using a non-authenticated service matches the rule, and the FireWall-1 Session Authentication Agent is installed on the client, the user is signed on by the Session Authentication Agent. If a connection using an authenticated service matches the rule, then the user is signed on through User Authentication.

For an example using Fully Automatic Sign On, see "Fully Automatic Sign On Method" on page 93.

### Tracking

**Successful Authentication Tracking** — logging option for the sign-on session. Choose one of the following:

■ **None** — no tracking

■ **Log** — Long Log

■ **Alert** — the **Authentication Alert Command** in the **Log and Alert** tab of the **Properties Setup** window

These settings specify logging and tracking for only the sign-on session. For information on additional logging and tracking parameters for Client Authentication, see "Logging and Tracking" on page 86.

Chapter 1    Authentication    **83**

FIN012581

Client Authentication

Client Authentication Action Properties Window — Limits Tab



**FIGURE 1-41** Client Authentication Action Properties window — Limits tab

The **Limits** tab specifies the period during which the user is authorized to work with permitted services, and how many sessions are allowed.

**Authorization Timeout** — Specifies the length of time after the client is authenticated during which the user (at the source IP address specified under **Source** in the relevant rule in the Rule Base) may start the specified service.

> Once the service is started, there is no restriction on how long it can remain open.

> If you do not wish to restrict the authorization timeout period, check **Indefinite**.

**Refreshable Timeout** — the **Authorization Timeout** period is reset with every new connection authorized by the rule.

> This option is useful if the user remains at the authorized client after successful authentication. For example, suppose that the **Authorization Timeout** is set to 15 minutes, **Refreshable Timeout** is checked, and the service allowed by the rule is FINGER. Then, a user who initiates a FINGER connection after 10 minutes resets the authorization period to 15 minutes.

> If **Refreshable Timeout** is not checked, and the user does not start a FINGER connection during the 15-minute authorization timeout period, the session times out and the user must reauthenticate.

**Sessions Allowed** — the number of sessions (connections) allowed after the authentication

> If you do not wish to restrict the number of sessions, check **Infinite**.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012582

If the rule specifies a service group, and **Sessions Allowed** is not set to **Infinite**, then the number of sessions allowed for the services in the group depends on what is specified under **Required Sign On** in the General tab of the **Client Authentication Action Properties** window:

- ■ If **Specific Sign On** is used, then each service in the group will be allowed the number of sessions specified. For example, if **Sessions Allowed** is set to **2**, and the service group consists of FINGER and RSTAT, then each service will be allowed two sessions.

- ■ If **Standard Sign On** is used, then the number of sessions applies to all the services in the group together.

Client Authentication Properties — Rule Base

The Authentication tab of the Properties Setup window specifies Client Authentication parameters that apply to all rules.



**FIGURE 1-42** Properties Setup window — Authentication tab

**Enable Wait Mode** — This option applies only when the user initiates Client Authentication through a TELNET session to port 259 on the gateway. For information on using TELNET to initiate Client Authentication, see "Manual Sign On Using TELNET" on page 87.

If **Enable Wait Mode** is checked, the initial TELNET session remains open. The Client Authentication session is closed when the TELNET session is closed or timed out. FireWall-1 regularly pings the client during the authorization period. If

Chapter 1   Authentication   85

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Client Authentication

for some reason the client machine has suddenly stopped running (for example, because of a power failure), FireWall-1 closes the TELNET session and Client Authentication privileges from this IP address are withdrawn.

 **Note – Enable Wait Mode** works only with Client Authentication rules which specify **Standard Sign On.** If you select **Enable Wait Mode,** Client Authentication rules which require **Specific Sign On** are not applied.

If **Enable Wait Mode** is not checked, the initial TELNET session is automatically closed when the user chooses **Standard Sign On** or **Specific Sign On.** The user must initiate another TELNET session to the gateway in order to sign off the Client Authentication session.

**Authentication Failure Track** — these options specify tracking for unsuccessful authentication attempts. These tracking options apply to all rules.

Logging and Tracking

There are three places in which logging and tracking for Client Authentication is specified:

*1*    Rule Base Editor — **Track**

The tracking in this window applies to the initial communication attempt to the gateway for the authentication, and to the authenticated session.

*2*    **Authentication** tab of the **Properties Setup** window — **Authentication Failure Track** (FIGURE 1-42 on page 85)

The tracking in this window applies to all authentication failures.

*3*    The **General** tab of the **Client Authentication Action Properties** window — **Successful Authentication Track** (FIGURE 1-40 on page 81)

The tracking in this window applies to successful authentications.

For example, suppose that a Manual Sign On rule specifies **Client Authentication** for the user group **QA@Tower.** A QA user logs in to the gateway and attempts to initiate a TELNET session under the rule.

The tracking for the login attempt to the gateway is determined by the entry in the Rule Base **Track** for that rule.

If the user is successfully authenticated, then the tracking for the successful authentication attempt is determined by the entry in the rule's **Client Authentication Action Properties** window.

If the user fails the authentication, the tracking is determined by the entry in the **Authentication** tab of the **Properties Setup** window.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012584

Initiating Client Authentication

Example



Suppose a user wishes to start a Client Authentication session for the FINGER service on the host palace. The target host is behind the gateway London. The **Manual Sign On** method is specified in the **General** tab of the rule's **Client Authentication Action Properties** window.

First, the user attempts to TELNET to the gateway (London) by typing:

```
telnet london 259
```

The logging in effect for this step is defined in the **Track** column of the rule in the Rule Base that controls this user's ability to access TCP port 259 on london.

Next, the user is asked to specify the user name, password, and optionally host name and service.

If the user is successfully authenticated, then the tracking for the successful authentication attempt is determined by the entry in the **General** tab of the rule's **Client Authentication Action Properties** window. The user then starts a FINGER session on the target server. The tracking for the FINGER session is determined by the **Track** column of the above rule.

If the user fails the authentication, the tracking is determined by the entry in the **Authentication** tab of the **Properties Setup** window.

## How the User Initiates Client Authentication

### Manual Sign On Using TELNET

The rule depicted in FIGURE 1-43 allows Engineering users on a single host, Tower, access to the hosts Palace or Thames after successful Client Authentication. Palace protected by London, a FireWalled gateway.



**FIGURE 1-43** Client Authentication Rule

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Client Authentication

An Engineering user wishing to access the destination hosts must first TELNET to London, the gateway:

```
telnet london 259
```

The user is then prompted for the following data:

- user name
- password

Next, the user is asked to choose:

```
Choose:
(1) Standard Sign-on
(2) Sign-off
(3) Specific Sign-on
```

If there is at least one matching rule that specifies **Standard Sign-on** in the **Rule Requires** field of the **Rule Client Authentication Properties** window (FIGURE 1-40 on page 81), then the user can choose **Standard Sign-on** from this menu. Otherwise, the user may choose only **Specific Sign-on** or **Sign-off**.

If the user chooses **Standard Sign-on**, then the authentication is for all services on all destination hosts, as allowed by the relevant rule or rules. The number of relevant rules is displayed by the Security Server if the authentication is successful (see FIGURE 1-44 on page 89).

If the user chooses **Specific Sign-on**, then the user is prompted for the service name and host name (FIGURE 1-45 on page 90).

If the user chooses **Sign-off**, then all permissions accorded to this IP address (the host from which the user initiated the session) are withdrawn, and the session is terminated (see FIGURE 1-46 on page 91).

 **Note** – When Client Authentication is defined, FireWall-1 adds an implicit rule allowing TELNET connections to the authorization port (default 259) on the gateway. It is not necessary for the system administrator to explicitly add such a rule to the Rule Base. At the same time, the system administrator should not block access by another rule.

Once this data has been entered, the user receives either an "authorized" or "unauthorized" message, and the TELNET session is automatically closed (if **Enable Wait Mode** is not checked in the **Authentication** tab of the **Properties Setup** window).

If **Enable Wait Mode** is checked in the **Authentication** tab of the **Properties Setup** window, the TELNET session remains open. Client Authentication privileges are withdrawn from this IP address only when the TELNET session is closed or timed out.

88    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Timout periods and sessions allowed depend on what is specified in the **Limits** tab of the rule's **Client Authentication Action Properties** window.

If the user is authorized, the client machine is allowed to use the service on the specified host for the period specified in **Authorization Timeout**, unless the user signs off earlier.

The number of connections (sessions) allowed in the given time frame is determined by the **Sessions Allowed** parameter.

Example — Standard Sign-on

```
tower 1% telnet london 259
Trying 191.23.45.67 ...
Connected to london.
Escape character is '^]'.
CheckPoint FireWall-1 Client Authentication Server running on
london
Login: jim
FireWall-1 Password: ********
User authenticated by FireWall-1 auth.

Choose:
    (1) Standard Sign-on
    (2) Sign-off
    (3) Specific Sign-on

Enter your choice: 1

User authorized for standard services (1 rules)
Connection closed by foreign host.
```

**FIGURE 1-44** Client Authentication - Standard Sign-On for all Services and Destinations Allowed Under Rule

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Client Authentication

Example — Specific Sign-on

```
tower 3% telnet london 259
Trying 191.23.45.67 ...
Connected to london.
Escape character is '^]'.
CheckPoint FireWall-1 Client Authentication Server running on
london
Login: jim
FireWall-1 Password: ********
User authenticated by Internal auth.

Choose:
    (1) Standard Sign-on
    (2) Sign-off
    (3) Specific Sign-on

Enter your choice: 3
Service: rstat
Host: palace
Client Authorized for service
Another one (Y/N): Y
Service: finger
Host: thames
Client Authorized for service
Another one (Y/N): n
Connection closed by foreign host.
```

**FIGURE 1-45** Client Authentication - Specific Sign-On for two Services (Each One on a Different Host)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012588

Example — Sign-off

```
tower 2% telnet london 259
Trying 191.23.45.67 ...
Connected to London.
Escape character is '^]'.
CheckPoint FireWall-1 Client Authentication Server running on
London
Login: jim
FireWall-1 Password: ********
User authenticated by Internal auth.

Choose:
    (1) Standard Sign-on
    (2) Sign-off
    (3) Specific Sign-on

Enter your choice: 2

User was signed off from all services
Connection closed by foreign host.
```

**FIGURE 1-46** Client Authentication - Signing Off

Manual Sign On — HTTP

A user can initiate a Client Authenticated session by beginning an HTTP session on port 900 on the gateway. The requested URL must specify the gateway name and port as follows:



The browser prompts the user for a name and password. The browser then presents HTML pages listing the Client Authentication options described in "Manual Sign On Using TELNET" on page 87.



**Note** – When Client Authentication is defined, FireWall-1 adds an implicit rule allowing HTTP connections to the authorization port (default 900) on the gateway. It is not necessary for the system administrator to explicitly add such a rule to the Rule Base. At the same time, the system administrator should not block access by another rule.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Client Authentication

## Partially Automatic Sign On Method

Partially Automatic Sign On provides transparent Client Authentication for authenticated services: HTTP, TELNET, RLOGIN, and FTP. A user working with one of these services directly requests the target host. If a connection using one of these services matches a partially automatic Client Authentication rule, the user is prompted and signed on through the User Authentication mechanism. If authentication is successful, access is granted from the IP address from which the user initiated the connection.

Suppose the following rule specifies **Partially Automatic Sign On** in the rule's **Client Authentication Action Properties** window (FIGURE 1-40 on page 81).

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|------------|
| Sales@Tower | BigBen | ftp | ClientAuth | Long Log | Gateways |

According to the above rule Jim, a Sales user at the host Tower can FTP directly to BigBen. The user on Tower is authenticated by the FireWall-1 FTP Security Server on the London, the gateway.

```
tower # ftp bigben
Connected to london.
220 london CheckPoint FireWall-1 secure ftp server running on
London
Name (bigben:jim): jimb
331-aftpd: FireWall-1 password: you can use use password@FW-1-
password
Password: <Unix password on bigben>@<FireWall-1 password>
230-aftpd: User jimb authenticated by FireWall-1 authentication.
230-aftpd: Connected to bigben. Logging in...
230-aftpd: 220 bigben ftp server (UNIX(r) System V Release 4.0)
ready.
230-aftpd: 331 Password required for jimb.
230 User jimb logged in.
```

 **Note** – Although the user is authenticated by the Security Server, the connection is entered as a Client Authentication connection in the FireWall-1 connections table, and access is authorized from the IP address from which the user initiated the connection.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012590

Authorized Services

If **Standard Sign-On** is specified in the rule's **Client Authentication Action Properties** window, the user on the client machine is allowed to use all the services permitted by the rule for the authorization period without having to perform authentication for each service.

If **Specific Sign On** is specified, only connections which match the original connection are allowed without additional authentication. If a rule specifies more than one service or host, the user on the client must reauthenticate for each service or host. **Specific Sign On** is useful if you want to limit access to services and target hosts.

The authorization period and the number of connections (sessions) allowed are specified in the **Limits** tab of the rule's **Client Authentication Action Properties** window.

Consider the following Partially Automatic Sign On rule:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| Sales@Tower | BigBen | ftp rlogin | ClientAuth | Long Log | Gateways |

Suppose a user on Tower initiates an FTP session on BigBen and is successfully authenticated. The user can now work with FTP on BigBen for the specified authorization period without having to reauthenticate for each FTP connection. If the user on Tower closes the initial FTP session, and decides to initiate a new FTP session (within the authorized time period) to download additional files, he or she does not have to reauthenticate.

If the same user initiates an RLOGIN session to BigBen, he or she will have to reauthenticate if **Specific Sign On** is required. If **Standard Sign On** is required, then the user will not have to reauthenticate in order to use RLOGIN.

Fully Automatic Sign On Method

Suppose the following rule specifies **Fully Automatic Sign On** in the rule's **Client Authentication Action Properties** window (FIGURE 1-40 on page 81).

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| Sales@Tower | BigBen | any | ClientAuth | Long Log | Gateways |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012591

Client Authentication

A user on Tower who initiates a connection to BigBen using any authenticated service is signed on through User Authentication. A user on Tower working with any other service, such as FINGER, is signed on through the FireWall-1 Session Authentication Agent (FIGURE 1-47).

 **Note** – To enable Fully Automatic sign-on for non-authenticated services, the FireWall-1 Session Authentication Agent must be installed on the client.



**FIGURE 1-47** FireWall-1 Session Authentication Agent prompt

The user can work with services and destinations in the rule according to what is specified under **Required Sign On** in the General tab of the rule's **Client Authentication Action Properties** window (FIGURE 1-40 on page 81).

If **Standard Sign On** is specified, then the user can work with the all the services and destinations permitted by the rule without having to reauthenticate.

If **Specific Sign On** is specified, only connections which match the connection which opened the rule do not have to be reauthenticated.

The authorization period and the number of connections (sessions) allowed are specified in the **Limits tab** of the rule's **Client Authentication Action Properties** window.

## Encrypted Client Authentication

### HTTPS Connections

FireWall-1 Client Authentication also supports HTTPS (HTTP encrypted by SSL) connections. This feature is supported only for Client Authentication sessions initiated through a Web browser. To enable encrypted Client Authentication, the Administrator must modify the gateway and Security Server configuration file.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    FIN012592

Initiating Client Authentication

### Generating CA Keys

The Administrator must first generate the CA Key pair to be used by the Management Station and the gateway:

**1**   Generate the CA Key for the Management Station using the `fw ca genkey` command as follows:

```
fw ca genkey "[-ou] [-o] [-c]"
```

where -ou, -o and -c specify the DN of the Certificate Authority.

**2**   Distribute the CA Key to the FireWalled gateway using the `fw ca putkey` command.

```
fw ca putkey <target> [-p password]
```

The parameter `target` is the IP address or resolvable name of the machine on which you are installing the CA key (the FireWalled gateway).

The password will be used to authenticate communication between the Management Station and the gateway. If you do not enter a password, you will be prompted for one.

**3**   Generate a Certificate using the following command:

```
fw certify ssl <management> <target> [-p password]
```

The parameter management is the IP address or resolvable name of the gateway's Management station.

You must enter the same password you used when you issued the `fw ca putkey` command.

### Modifying the Security Server Configuration File

You must next modify the file `$FWDIR/conf/fwauthd.conf` by specifying SSL encryption for the HTTP Client Authentication daemon on an additional service port:

```
950     bin/in.ahclientd     wait     950  ssl
```

Chapter 1   Authentication   95

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Client Authentication

How the User Connects

In the Web browser, the user initiates an HTTPS session on the gateway. The user must specify the gateway name and the port to which to connect, for example:



**FIGURE 1-48** Beginning an encrypted Client Authentication Session

The above example uses port 950, but any unused port number can be specified.

## Security Considerations — Client Authentication

### Timeouts

The Client Authentication authorization period is specified in the **Limits** tab of the **Client Authentication Action Properties** window. When the authorization period for the rule times out, the user must sign on and reauthenticate.

When using HTTP (for example, in a Partially Automatic Sign on rule), the **User Authentication Timeout** period in the **Properties Setup** window also affects the period of time during which the user may work without having to reauthenticate. For HTTP, a one-time password is considered valid for this time period. A user working with HTTP does not have to generate a new password and reauthenticate for each connection. Each successful access resets the User Authentication timeout to zero.

If the User Authentication Timeout period is longer than the Client Authentication timeout, an authorized user with a one-time password can continue working without having to reenter the password, even after the Client Authentication timeout has expired. This is because the browser automatically re-sends the password for each connection. If the user initiates an HTTP connection after the Client Authentication authorization times out, the browser automatically sends the previously used password. If the User Authentication period has not timed out, then the password is still valid.

## Client Authentication — Additional Features

### Authorizing All Standard Sign On Rules

By default, the automatic sign on methods (Partially or Fully Automatic) open one rule after successful authentication — the rule for which the sign on was initiated. For example, if a user successfully authenticates according to an automatic sign on rule, that user is allowed to work with the services and destinations permitted only by that rule.

You can configure FireWall-1 to automatically open all Standard Sign On rules after successful authentication through Partially or Fully Automatic Sign On. If a user successfully authenticates according to an automatic sign on rule, then all Standard Sign On rules which specify that user and source are opened. The user is then

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012594

Client Authentication — Additional Features

permitted to work with all the services and destinations permitted by the relevant rules. In other words, FireWall-1 knows which user is on the client, and additional authentication is not necessary.

To authorize all relevant Standard Sign On Rules after successful Partially or Fully Automatic authentication, set the `automatically_open_ca_rules` property in the file `obects.C` to `true`. The new value will take effect after you install the Security Policy.

## Changing the Client Authentication Port Number

To change the port number used for the Client authentication feature, proceed as follows:

*1*  Stop FireWall-1 (`fwstop`).

*2*  Modify the port number in the **TCP Services Property** window for the following services:

    ■   If you want to modify the port number for TELNET sign on, then modify the port number of the `FW1_clntauth_telnet` service.

    ■   If you want to modify the port number for HTTP sign on, then modify the port number of the `FW1_clntauth_http` service.

These services are special FireWall-1 services provided as part of the Client Authentication feature.

*3*  In the file `$FWDIR/conf/fwauthd.conf`, change the port number for the Client Authentication daemon to the same port number as in the previous step.

    ■   For TELNET sign-on, modify the `in.aclientd` line.

    ■   For HTTP sign-on, modify the `in.ahclientd` line.

```
21     bin/in.aftpd      wait  0
80     bin/in.ahttpd     wait  0
513    bin/in.arlogind   wait  0
25     bin/in.asmtpd     wait  0
23     bin/in.atelnetd   wait  0
259    bin/in.aclientd   wait  259
900    bin/in.ahclientd  wait  900
10081  bin/in.lhttpd     wait  0
```

**FIGURE 1-49** `$FWDIR/conf/fwauthd.conf` file



**Warning –** Do not change anything else in the line.

Chapter 1   Authentication   **97**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

For a description of the fields in this file, see "Security Server Configuration" on page 123.

**4**    Make sure that there is no rule that blocks the connection to the new port.

**5**    Restart FireWall-1 (`fwstart`).

Not all of the parameters shown in the sample file above will necessarily be present in your file.

## Single Sign-on System Extension

The Single Sign On System Extension to Client Authentication enables a privileged user to sign on and sign off on behalf of other users. The privileged user does not necessarily have to be a person, but can also be an application that enables special access privileges to users based on data in its own database. Consider the following configuration and Rule Base.



**FIGURE 1-50** Single Sign On Extension.

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|-----------|
| All_Users@Any | BigBen | telnet, ftp | Client Auth | Long Log | Gateways |

A user on Tower would, in the usual case, TELNET to port 259 on London and authenticate himself or herself, and then request access to BigBen. With the Single Sign On System Extension, another user can open the connection to BigBen in advance on behalf of a user on Tower.

The system administrator must define a user named "sso-root". sso-root must be given Client Authenticated TELNET access to London. sso-root can then open and close connections on behalf of other users as follows:

**1**    sso-root TELNETs to port 259 on London and authenticates himself (or herself).

It makes no difference from which machine sso-root TELNETs to London.

**2**    After the authentication is successful, the following prompt appears:

```
[real-name@]real source:
```

This prompt appears because the user's name is "sso-root".

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Client Authentication — Additional Features

**3**  sso-root now enters the name and client of another user for whom access is to be allowed, for example:

```
[real-name@]real source:lisa@tower
```

or

```
[real-name@]real source:lisa@203.33.44.55
```

**4**  Next, sso-root must choose (on behalf of lisa):

```
Choose:
(1) Standard Sign-on
(2) Sign-off
(3) Specific Sign-on
```

**5**  From this point on, lisa on the host tower (IP address 203.33.44.55) can TELNET or FTP to BigBen (under the rule shown above) without having to first authenticate herself on London.

If sso-root had entered only the client name (in step 3 above), then all users on tower with open Client Authenticated sessions would have been immediately signed off.

Example

Suppose an ISP wishes to make a special service available only to dial-up customers who have paid an additional fee. One way to accomplish this is as follows:

**1**  Define a rule allowing access to the service only after Client Authentication.

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| All_Users@Any. | special server | special service | Client Auth | Long Log | Gateways |

**2**  After a customer dials in, gains access to the ISP and is assigned an IP address (presumably after some authentication procedure), a user-written application determines whether the customer is authorized to use the special service.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012597

Client Authentication

**3**  If the customer is authorized to use the special service, a user-written application TELNETs to port 259 on the FireWall and authenticates itself as follows:

| parameter | value |
|---|---|
| user | sso-root |
| password | *sso-root's password* |
| [real-name@]real source: | *customer@dynamically-assigned IP address* |

From this point on, the customer can access the special service without undergoing any additional authentication procedures.

**4**  When the customer logs off from the ISP (or if the dial-up connection drops), the user-written application signs the client off.

The user-written application TELNETs to port 259 on the FireWall and authenticates itself as follows:

| parameter | value |
|---|---|
| user | sso-root |
| password | *sso-root's password* |
| [real-name@]real source: | *dynamically-assigned IP address* |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012598

CHAPTER **2**

# Security Servers

## In This Chapter

| | |
|---|---|
| *Overview* | *page 101* |
| *Security Servers and the Rule Base* | *page 104* |
| *FTP Security Server* | *page 107* |
| *SMTP Security Server* | *page 109* |
| *HTTP Security Server* | *page 112* |
| *Interaction with OPSEC Products* | *page 120* |
| *Defining Security Servers* | *page 122* |

## Overview

When the first packet of a new connection arrives at a FireWall (a gateway or host with FireWall-1 installed), the Inspection Module examines the Rule Base to determine whether or not the connection is to be allowed. FireWall-1 applies the first rule that describes the connection (**Source, Destination** and **Service**); if this rule's **Action** is **Accept** or **Encrypt,** then the connection is allowed.

Once a connection is established, FireWall-1 adds the connection to the connections table. Subsequent packets of the connection are verified against the connections table rather than against the Rule Base. The packet is allowed to pass only if the connection is listed in the connections table.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Overview

In a connection such as this, the entire connection is handled by the FireWall-1 Kernel Module (FIGURE 2-1).



**FIGURE 2-1**  A connection handled by the FireWall-1 Kernel Module

When the relevant rule specifies a **Resource** under **Service**, or **User Authentication** under **Action**, the corresponding FireWall-1 Security Server is invoked in order to mediate the connection (FIGURE 2-2).



**FIGURE 2-2**  A connection mediated by a FireWall-1 Security Server

The FireWall-1 Security Servers provide two features:

**1**    Authentication

  For information about Authentication, see Chapter 1, "Authentication."

**2**    Content Security

  For information about Content Security, see Chapter 3, "Content Security."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    FIN012600

When a FireWall-1 Security Server is invoked, the Kernel Module diverts all the packets in the connection to the Security Server, which performs the required authentication and/or Content Security inspection. If the connection is allowed, then the Security Server opens a second connection to the final destination. Altogether, there are two connections: one from the client to the Security Server, and another from the Security Server to the final destination (the server, from the client's point of view). Both of these connections are maintained in the connections table.

There are five FireWall-1 Security Servers, as described in TABLE 2-1.

**TABLE 2-1**  FireWall-1 Security Servers — features

| Server | Authentication | Content Security | Comments |
|--------|----------------|------------------|----------|
| TELNET | yes | no | |
| RLOGIN | yes | no | |
| FTP | yes | yes | |
| HTTP | yes | yes | |
| SMTP | no | yes | secure sendmail |

TELNET

The TELNET Security Server provides Authentication services, but not Content Security.

RLOGIN

The RLOGIN Security Server provides Authentication services, but not Content Security.

FTP

The FTP Security Server provides Authentication services, and Content Security based on FTP commands (PUT/GET), file name restrictions, and CVP checking (for example, for viruses).

In addition, the FTP Security Server logs FTP get and put commands, as well as the associated file names, if the rule's Track is Long Log.

HTTP

The HTTP Security Server provides Authentication services, and Content Security based on schemes (HTTP, FTP, GOPHER etc.), methods (GET, POST, etc.), hosts (for example, "*.com"), paths and queries. Alternatively, a file containing a list of IP addresses and paths to which access will be denied or allowed can be specified.

SMTP

The SMTP Security Server provides Content Security based on From and To fields in the envelope and header and attachment types. In addition, it provides a secure sendmail application that prevents direct online connection attacks.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Security Servers and the Rule Base

The SMTP Security Server also serves as an SMTP address translator, that is, it can hide real user names from the outside world by rewriting the **From** field, while maintaining connectivity by restoring the correct addresses in the response.

# Security Servers and the Rule Base

## The 'Insufficient Information' Problem

At the time the Rule Base is examined, it is not always possible for FireWall-1 to know which rule applies to a connection. This is because the connection's first packet, on the basis of which FireWall-1 must determine whether to allow or disallow the connection, does not contain all the information FireWall-1 needs in order to determine which rule applies to the connection.

For example, consider the following network configuration and Rule Base:



FIGURE 2-3   Protected FTP Server

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|-----------|
| Professors@Any | tower | ftp | UserAuth | Short Log | Gateways |
| Any | tower | ftp->GetResource | Accept | Long Log | Gateways |
| Any | Any | Any | Reject | Long Log | Gateways |

Suppose the user Alice FTPs to Tower. Should FireWall-1 authenticate her (in accordance with the first rule) or accept the connection without authentication (in accordance with the second rule)? The answer depends on whether Alice belongs to the group **Professors@Any**, but FireWall-1 can only find out who she is (and on the basis of who she is, to which user groups she belongs) by invoking the Authentication process.

However, FireWall-1 cannot first authenticate Alice (to find out who she is) and then decide which rule to apply, because this can lead to the absurd situation where a user fails the Authentication process but the connection is still allowed.

## The Solution

The FireWall-1 Authentication procedure, depicted in FIGURE 2-4 on page 106, solves this problem. The procedure prevents an Authentication rule from being applied when another less restrictive rule (that is, a rule without Authentication) can also be applied to the connection.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              FIN012602

The Solution

## Examples

Consider the following Rule Base:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| Professors@Any | tower | ftp | UserAuth | Short Log | Gateways |
| Teachers@Any | tower | ftp->GetResource | UserAuth | Long Log | Gateways |
| Any | Any | Any | Reject | Long Log | Gateways |

Suppose a user FTPs to Tower. FireWall-1 matches the first rule, and invokes the FTP Security Server and authentication process. However, if the user belongs to **Teachers@Any**, then the second rule is the one which applies to the connection. Since both rules specify Authentication, it doesn't matter that the Authentication was invoked by a rule other than the one that was applied to the connection. This is because Authentication scheme and password are attributes of the user, not of the group, and are the same whether the user is being authenticated as a member of **Professors@Any** or of **Teachers@Any**.

Chapter 2    Security Servers    105

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012603

Security Servers and the Rule Base



**FIGURE 2-4**  Authentication Procedure

Next, consider this Rule Base:

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|------------|
| Professors@Any | tower | ftp | UserAuth | Short Log | Gateways |
| Any | tower | ftp->GetResource | Accept | Long Log | Gateways |
| Any | Any | Any | Reject | Long Log | Gateways |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012604

Outgoing Connections

Suppose a user FTPs to Tower. The first matching rule is the first rule (whose **Action** is **UserAuth**), but it is the second rule which is applied, because it also matches but its **Action** is Accept. In this case, it is important that the original rule was not applied, that is, that there was no Authentication even though the Security Server was invoked.

 **Note** – In this case, the connection is mediated by the Security Server, even though there was no Authentication.

You can verify this by stepping through the Authentication procedure depicted in FIGURE 2-4 on page 106.

## Outgoing Connections

User Authentication and Resource rules are applied only to connections incoming to a FireWalled machine. An outgoing connection originating on a FireWalled machine will not be folded into a Security Server on that machine, but will be dropped.

## FTP Security Server

When an FTP connection is mediated by the FireWall-1 FTP Security Server, then the user's requested FTP commands and file names are matched against the FTP Resource defined in the relevant rule.

The FTP Security Server is invoked when a rule specifies an FTP Resource in the **Service** field and/or User Authentication in the **Action** field. If no FTP Resource is specified in the rule (that is, if the Security Server is invoked because the **Action** is User Authentication), then an FTP Resource of GET and PUT allowed for all files is applied.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    FIN012605

Security Servers and the Rule Base

## FTP Resource Matching

FTP Resource matching consists of matching methods and file names.

### Methods

TABLE 2-2 lists the FTP commands that correspond to the methods specified in the FTP Resource definition.

TABLE 2-2   FTP actions and commands

| method (defined in the FTP Resource) | applies to these FTP commands | meaning |
|---|---|---|
| GET | RETR | retrieve |
| | RNFR | rename from |
| | XMD5 | MD5 signature |
| PUT | STOR | store |
| | STOU | store unique |
| | APPE | append |
| | RNFR | rename from |
| | RNTO | rename to |
| | DELE | delete |
| | MKD | make directory |
| | RMD | remove directory |

The FireWall-1 FTP Security Server passes all other FTP commands to the FTP server for execution.

### File Names

File name matching is based on the concatenation of the file name in the command and the current working directory (unless the file name is already a full path name) and comparing the result to the path specified in the FTP Resource definition.

When specifying the path name in the FTP Resource definition, only lower case characters and a directory separator character / can be used.

The Security Server modifies the file name in the command as follows:

- for DOS, the drive letter and the colon (:) is stripped for relative paths
- the directory separator character (/ or \) is replaced, if necessary, with the one appropriate to the FTP server's OS

In some cases, the Security Server is unable to resolve the file name, that is, it is unable to determine whether the file name in the command matches the file name in the resource.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012606

Example - DOS

Suppose the current directory is `d:\temp` and the file name in the resource is `c:x`. Then the Security Server is unable to determine the absolute path of the file name in the command because the current directory known to the Security Server is on disk D: and the file is on disk `c:`, which may have a different current directory.

Example - Unix

If the file name in the command contains `..` references which refer to symbolic links, then it's possible that the file name in the command matches the resource's path, but that the two in fact refer to different files.

When the Security Server cannot resolve a file name, the action it takes depends on the **Action** specified in the rule being applied:

■ If the rule's **Action** is Reject or Drop, then the rule is applied and its **Action** taken.

■ If the rule's **Action** is Accept, Encrypt or Authenticate, then:

If the resource path is * or there is no resource, the rule is applied.

Otherwise, the rule is not applied. Instead, FireWall-1 scans the Rule Base and applies the next matching rule (which may be the default rule that drops everything). In this case, a potential problem is that the rules may specify different entries in their **Track** fields. For example, it may happen that the original rule specifies **Accounting** in the **Track** field while the rule that is applied does not.

## SMTP Security Server

The SMTP Security Server does not provide Authentication, because there is no human user at a keyboard who can be challenged for authentication data. However, the SMTP Security Server provides Content Security that enables a Security Administrator to:

■ provide mail address translation by hiding outgoing mail's **From** address behind a standard generic address that conceals internal network structure and real internal users

■ drop mail from given addresses

■ strip MIME attachments of specified types from mail

■ strip the **Received** information from outgoing mail, in order to conceal internal network structure

■ drop mail messages above a given size

■ CVP checking (for example, for viruses)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Security Servers and the Rule Base

In addition, the SMTP Security Server provides additional security over standard sendmail applications. Its functionality is split between two separate modules (FIGURE 2-5), so there is no direct path connecting mail servers, preventing direct online connections to the real sendmail application.



**FIGURE 2-5** FireWall-1 SMTP Security Server

One process writes incoming messages to a disk cache, and the other process empties the cache.

Functionality

The FireWall-1 SMTP Security Server supports the following SMTP commands:

| | | |
|---|---|---|
| ◼ RCPT | ◼ QUIT | ◼ HELP |
| ◼ MAIL | ◼ DATA | ◼ RSET |
| ◼ HELO | ◼ NOOP | ◼ VRFY |

The VRFY command always returns USEROK, to prevent repeated messages from automatic mailers.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012608

## SMTP Security Server Configuration

The SMTP Security Server configuration file is `$FWDIR/conf/smtp.conf`.

TABLE 2-3   Fields in $FWDIR/conf/smtp.conf

| parameter | meaning |
|---|---|
| timeout | number of seconds after which connection times out |
| scan_period | how frequently the spool directory is scanned |
| resend_period | number of seconds after which the SMTP Security Server resends the message after failing to deliver the message |
| abandon | number of seconds after which the SMTP Security Server abandons attempts to resend |
| rundir | SMTP Security Server files are written at and below this directory |
| postmaster | to whom to send error messages |
| default_server | the actual sendmail application resides here |
| error_server | the server to be notified in the event of an error |

## Alerts

The SMTP Security Server can be configured to issue alerts in the event of various SMTP-related system error conditions, such as insufficient disk space (possibly caused by a denial-of-service attack).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012609

Security Servers and the Rule Base

## HTTP Security Server

### Support for FTP

The HTTP Security Server supports FTP requests through a web browser. The HTTP Security Server must be defined as the HTTP proxy to the user's Web browser. This is done in the user's Web browser proxy settings.

FIGURE 2-6 shows the proxy configuration windows for Netscape and Internet Explorer.

 

**FIGURE 2-6**  Proxy Configuration — Netscape 4.0 and Internet Explorer 3.0x

When a user requests an FTP URL through a browser:

*1*   The browser connects to the Security Server and sends an HTTP request with FTP as the method.

*2*   The Security Server opens an FTP session with the requested server.

*3*   The Security Server sends the FTP request to the server and formats all responses as HTTP messages, which it sends to the browser. These messages are listed in the file /conf/f2ht-msgs.

The Security Server sends a RETR request to the FTP server to determine whether the requested URL specifies a directory or plain file. If the FTP server returns an error message with a text line indicating the request is not a plain file, the Security Server assumes the requested URL is a directory. The Security Server then sends the directory listing to the browser as an HTML page.

If the requested URL is a file, the Security Server determines whether it is a text file or a binary file. If the requested file ends with one of the suffixes listed in the file /conf/f2ht-bin-sfxs, it is considered a binary file.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012610

FTP requests through a web browser are enabled by both User Authentication and URI Resource rules. If the relevant rule specifies a URI Resource, then **ftp** must be defined as one of the enabled **Schemes** in the **URI Definition** window.

For more information on URI Resources, see Chapter 6, "Resources" in *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI*.

## Support for HTTPS

HTTPS (HTTP encrypted by SSL) connections are handled by the HTTP Security Server in the following ways:

- Security Proxy Mode — In Security Proxy mode, the HTTP Security Server is defined as the "security proxy" in the user's Web browser settings. The HTTP Security Server acts as a proxy for HTTPS connections, but does not inspect content.

- Non-transparent Mode — The HTTP Security Server is configured to encrypt and decrypt HTTPS connections. This option is known as "Non-transparent", because the user of HTTPS must initiate the connection on the gateway before connecting to the target server.

### Security Proxy Mode

HTTPS (HTTP encrypted by SSL) connections can be handled by the HTTP Security Server when it is defined as the Security Proxy to the local user's Web browser. The HTTP Security Server proxies outgoing HTTPS connections, but does not inspect content. This option can be used with User Authentication rules to authenticate outgoing HTTPS, and with Resource rules. User Authentication and Resource rules can be used together.

The user can configure a Security Proxy for the following Web browsers:

- Internet Explorer version 3.0x and higher
- Netscape version 4.0x and higher

Chapter 2    Security Servers    **113**

Security Servers and the Rule Base

 

**FIGURE 2-7**   HTTP Proxy and Security Proxy Settings — Netscape 4.0x and Internet Explorer 3.0x

HTTPS requests generally use the HTTP "CONNECT" method (tunneling mode). Because the CONNECT method only specifies a hostname and port, the HTTP Security Server does not have access to the content of the communication, not even the URL. In addition, the Security Server does not verify that the connections are really using HTTPS — it only checks the requested hostname and port number. All communication between the client and the target server is encrypted — the HTTP Security Server mediates the connection. This is useful if internal users want to send encrypted information over the Internet.

 **Note** – Although the connection is encrypted between the local client and the external server, the authentication session between the local client and the HTTP Security Server is clear (unencrypted).

User Authentication Rules

In Security Proxy mode, you can provide security by requiring internal users to authenticate before accessing external HTTPS servers.

To authenticate users of outgoing HTTPS, proceed as follows:

*1*   Internal users must define the HTTP Security Server as the Security Proxy on port 443. This is done in the proxy settings of the user's Web browser (FIGURE 2-7 on page 114).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*2*    Add the following line to the file $FWDIR/conf/fwauthd.conf:

```
443    bin/in.ahttpd    wait    0
```

This enables the HTTP Security Server to run on the port specified for the
Security Proxy.

*3*    In the HTTPS service properties, set the **Protocol Type** to **URI** (FIGURE 2-8).
This assures that the HTTPS service (using port 443) will be mediated by the
HTTP Security Server.



FIGURE 2-8    HTTPS Service Definition

*4*    Define a rule similar to the following

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| All_Users@localnet | any | https | UserAuth | Long Log | Gateways |

According to this rule, internal users must authenticate before accessing external
HTTPS.

*5*    In the rule's **User Authentication Action Properties** window, check **All Servers**
under **HTTP**.
This assures that the outgoing connections will be allowed to continue from the
HTTP Security Server to any external host or port.

Chapter 2    Security Servers    115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Security Servers and the Rule Base

URI Resource rules

The **URI Definition** window must specify the following:

**Connection Methods** — check **Tunneling**

When **Tunneling** is checked, HTTP requests using the CONNECT method are matched. The HTTP Security Server does not inspect the content of the request, not even the URL. Only the host and port number can be checked. Therefore, when **Tunneling** is checked, some Content Security options in the URI Resource specification, (for example, CVP options, HTML weeding) are disabled.

If you check **Tunneling**, you may still use the URI File or UFP specifications. A URI File specification must define a file that lists only server names and their port numbers. The UFP specification must use a UFP server that maintains a list of only server names and port numbers.

**Host** — Specify the host and port of a known HTTPS server, for example:

```
https server host:443
```

The field to the left of the colon specifies the URI's host. The field to the right of the colon specifies the port. A wildcard character (*) indicates any host.

For more information on URI Resources, see Chapter 6, "Resources" in *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI*.

### Non-transparent Mode and HTTPS

If you are implementing Non-transparent Authentication, the HTTP Security Server can be configured to encrypt and decrypt HTTPS connections. This option enables the HTTP Security Server to inspect the contents of HTTPS connections.

The connection can be encrypted between the client and the HTTP Security Server, and then possibly again from the HTTP Security Server to the target server. For example, you can specify that connections between the client and HTTP Security Server are encrypted. The HTTP Security Server on the gateway decrypts and inspects the connection. The connection can then be encrypted again from the HTTP Security Server to the target host. The authentication session is encrypted as well.

This option is known as "Non-transparent Mode" because the user of HTTPS must request the gateway before being allowed to continue to the target host. Because the HTTP Security Server is not defined as a Security Proxy to the user's Web browser, Non-transparent Mode is best used to authenticate external users accessing internal servers.

To configure support for HTTPS, proceed as follows:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012614

Enabling Non-transparent Authentication

FireWall-1 Version 4.0 by default implements transparent authentication, in which the user can directly connect to the target server. To configure the HTTP Security Server to encrypt and decrypt HTTPS, you must enable Non-transparent Authentication, in which the user connects to the gateway before continuing on to the target server.

To enable Non-transparent Authentication:

1   In the objects.C file, set the prompt_for_destination parameter to true.

    This value indicates that if the user requests the gateway as the destination, the FireWall Module assumes the user's "true" destination is some other server, and prompts the user for the "true" destination.

For more information on Non-transparent Authentication see:

■   "Non-Transparent User Authentication" in Chapter 1, "Authentication"

■   "HTTP Security Server and Non-Transparent Authentication" in Chapter 1, "Authentication"

Generating CA Keys

Next, you must first generate the CA Key pair to be used by the FireWall-1 Management Station and the gateway.

2   Generate the CA Key for the Management Station by using the fw ca genkey command as follows:

```
fw ca genkey "[-ou] [-o] [-c]"
```

    where -ou, -o, and -c specify the Distinguished Name (DN) of the Certificate Authority.

3   Distribute the CA Key to the FireWalled gateway using the fw ca putkey command.

```
fw ca putkey <target> [-p password]
```

    The parameter target is the IP address or resolvable name of the machine on which you are installing the CA key (the FireWalled gateway).

    The parameter -p password is a password that will be used to authenticate future communication between the Management Station and the gateway.

    If you do not enter a password, you will be prompted for one.

Chapter 2   Security Servers   117

Security Servers and the Rule Base

**4**  Generate a Certificate using the following command:

```
fw certify ssl <management> <target> [-p password]
```

The parameter management is the IP address or resolvable name of the gateway's Management station.

You must enter the same password you used when you issued the `fw ca putkey` command in step 3.

Modifying the Security Server Configuration File

**5**  You must next modify the file $FWDIR/conf/fwauthd.conf by adding a line which enables the HTTP Security Server to run on an additional service port dedicated to HTTPS. According to the example below, HTTPS connections will connect to the gateway on port 443.

Example:

```
443   bin/in.ahttpd   wait   0   ec
```

The last field specifies what to do with HTTPS (SSL) connections. TABLE 2-4 lists the available options:

TABLE 2-4  HTTPS options

| option | meaning |
| --- | --- |
| ec | encrypt connections between the client and the gateway |
| es | encrypt connections between the gateway and the server |
| eb | encrypt both — encrypt connections between the client and the gateway, and then between the gateway and the server. |
| ns | no SSL (no encryption) |

Leaving this field empty is the same as specifying ns.

For more information about the file $FWDIR/conf/fwauthd.conf, see "Security Server Configuration" on page 123.

HTTP Servers

**6**  You must also define the HTTP servers to which HTTPS connections are allowed.

HTTP servers are defined in the **HTTP Server Definition** window (FIGURE 2-9). For information on defining HTTP servers, see "Configuring HTTP Servers" in Chapter 1, "Authentication".

118   FireWall-1 Architecture and Administration • September 1998

HTTP Security Server

Example



**FIGURE 2-9**  Example HTTP Server definition

You must specify the **Logical Name**, **Host** and **Port** number on which you installed the servers which will handle HTTPS connections.

HTTPS Service Properties

**7**    You must next modify HTTPS properties to assure that the service will be mediated by the HTTP Security Server. In the HTTPS service definition, set the **Protocol Type** to **URI** (see FIGURE 2-8 on page 115).

User Authentication Rule

**8**    Next, define a rule similar to the following:

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|------------|
| All_Users@any | localnet | https | UserAuth | Long Log | Gateways |

In the rule's **User Authentication Action Properties** window, specify **Predefined Servers** under **HTTP**. This restricts incoming HTTPS to the servers listed in the **Security Servers** tab of the **Properties Setup** window (the HTTP Servers you defined in step 6 on page 118 ).

How the User Connects

An external user of HTTP must specify the name of the FireWalled gateway and the logical name of the target server in the requested URL. This assures that the request will be intercepted by the HTTP Security Server on the gateway. The URL is set up as follows:

```
https://<gateway_name>/<logical_server_name>/...
```

Chapter 2    Security Servers    119

For example, if the gateway name is London, and the target server (behind London) is Tower, then the user specifies the following URL:

```
https://www.london.com/tower/...
```

For information on how to set up URLs for Non-transparent Authentication, see "Configuring URLs" in Chapter 1, "Authentication".

## Interaction with OPSEC Products

The FireWall-1 Security Servers support third-party products working with Check Point's OPSEC SDK. In the OPSEC framework, the enterprise security system is composed of several components, each of which is provided by different a different vendor and may be installed on a different machine. FireWall-1 distributes security tasks to the OPSEC components. Transactions between FireWall-1 and OPSEC security components take place using open, industry standard protocols.

Information about OPSEC is available at www.opsec.com.

Example OPSEC components are:

- a CVP (Content Vectoring Protocol) server that examines files for content
- a UFP (URL Filtering Protocol) server that categorizes URLs

In a common OPSEC model, a FireWall-1 Security Server acts as a client sending requests to an OPSEC server. The Security Server intercepts a connection and generates a request to the OPSEC server. The server processes the request and sends a reply to the Security Server, which processes the original connection based on the reply.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012618

FIGURE 2-10 shows how the HTTP Security Server handles a connection request to a URL:



**FIGURE 2-10** Connection invoking a UFP Server

1   FireWall-1 intercepts a connection request to a URL.

    The connection matches a rule which specifies a URI Resource under the Rule Base **Service** field. The Resource definition specifies a UFP server which maintains a list of URLs and their categories. FireWall-1 determines that the UFP server must be invoked.

2   FireWall-1 diverts the connection to the HTTP Security Server. The Security Server connects to the UFP server and initiates the URL Filtering Protocol.

3   The HTTP Security Server sends a request containing the name of the URL.

4   The UFP server checks the URL against lists of URLs and their categories. The UFP server returns a message notifying the HTTP Security Server of the categories to which the URL belongs.

5   The HTTP Security Server takes the action defined for the resource, either allowing or disallowing the connection attempt.

For information on defining UFP or CVP Servers, see Chapter 5, "Server Objects" in *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI*.

Chapter 2   Security Servers   121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012619

Defining Security Servers

For more information on OPSEC-certified products see http://www.opsec.com.

# Defining Security Servers

The properties of the FireWall-1 Security Servers are specified in the **Security Servers** tab of the **Properties Setup** window in the Windows GUI and in the **Control Properties/ Security Servers** window in the OpenLook GUI (FIGURE 2-11).




**FIGURE 2-11**  Properties Setup window - Security Servers tab (Windows) and Control Properties/Security Servers window (OpenLook)

**Telnet Welcome Message File** — the name of a file whose contents are to be displayed when a user begins an Authenticated TELNET session (optional)

**SMTP Welcome Message File** — the name of a file whose contents are to be displayed when the SMTP Security Server starts (optional)

**FTP Welcome Message File** — the name of a file whose contents are to be displayed when a user begins an Authenticated FTP session (optional)

**Rlogin Welcome Message File** — the name of a file whose contents are to be displayed when a user begins an Authenticated RLOGIN session (optional)

122    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Security Server Configuration

**Client Authentication Welcome Message File** — the name of a file whose contents are to be displayed when a user begins a Client Authenticated session (optional)

 **Note** – Client Authenticated sessions initiated through the Manual Sign On method are not mediate by a Security Server.

See "Client Authentication" in Chapter 1, "Authentication" for information about Client Authentication.

The following fields specify parameters for the HTTP Security Server:

**HTTP Next Proxy** — For information about this field, see "Caching — Using an HTTP Proxy behind the HTTP Security Server" on page 51 of Chapter 1, "Authentication."

**HTTP Servers:** — You can define HTTP Servers to restrict HTTP access to specific hosts and ports. For more information, see "HTTP Servers List (Security Servers tab)" on page 46 of Chapter 1, "Authentication."

## Security Server Configuration

### fwauthd.conf file

Each line in the Security Server configuration file $FWDIR/conf/fwauthd.conf corresponds to a Security Server.

```
21       bin/in.aftpd        wait    0
80       bin/in.ahttpd       wait    0
513      bin/in.arlogind     wait    0
25       bin/in.asmtpd       wait    0
23       bin/in.atelnetd     wait    0
259      bin/in.aclientd     wait    259
900      bin/in.ahclientd    wait    900
10081    bin/in.lhttpd       wait    0
```

**FIGURE 2-12** $FWDIR/conf/fwauthd.conf – example

**TABLE 2-5** $FWDIR/conf/fwauthd.conf fields

| field number | meaning |
|---|---|
| 1 | standard service's port number |
| 2 | Security Server executable |
| 3 | wait flag (always set to wait) |
| 4 | Security Server port number |

Chapter 2    Security Servers    123

Defining Security Servers

The Security Service executables are listed in TABLE 2-6.

**TABLE 2-6** Security Service binaries

| Service | binary name |
|---------|-------------|
| TELNET | bin/in.atelnetd |
| FTP | bin/in.aftpd |
| HTTP | bin/in.ahttpd |
| SMTP | bin/in.asmtpd |
| RLOGIN | bin/in.arlogind |
| client authentication | ■ bin/in.aclientd (This is not a Security Server.)<br><br>■ bin/in.ahclientd (This is not a Security Server, but the executable for when a user initiates client authentication through a Web browser. |
| logical servers | bin/in.lhttpd (This is not a Security Server.) |

The wait flag is always set to wait.

The Security Server port number is one of the following:

■ 0 — specifies that FireWall will choose a random high port for the Security Server

■ positive value — specifies a real port number

  If this option is chosen, the standard service's port number (the first field) should be the real port number for the service secured by this Security Server. For example, for TELNET this would usually be port 23.

■ negative value — indicates that FireWall-1 randomly chooses multiple ports for the Security Server.

  The absolute value indicates the number of random selected ports that will be chosen. The example below specifies that FireWall-1 will randomly select four high ports for the HTTP Security Server:

```
80   bin/in.ahttpd    wait    -4
```

  This option is especially useful for HTTP because it enables several HTTP Security Servers to run concurrently. If you configure a negative port number, the HTTP client will initially connect to a randomly selected port. If the client

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012622

Using a Security Server to Authenticate Other Services

connects again before the **Authorization Timeout** specified in the **Control Properties/Security Servers** window, the same port will be chosen. If the client connects again after the **Authorization Timeout**, another port will be chosen.

 **Note** – Configuring a negative port value is recommended only for gateway machines with more than one CPU. Configuring this option on a gateway machine with one CPU can result in a performance degradation.

## Using a Security Server to Authenticate Other Services

You can use the TELNET, RLOGIN and FTP Security Servers to authenticate any interactive service. The user starts the interactive service as usual, but instead of being immediately connected to the interactive service's server (assuming the Rule Base allows such a connection), the user is first prompted for authentication data by the TELNET Security Server. If the authentication is successful, the user is then connected to the interactive service's server in a normal session.

To do this, add a line in $FWDIR/conf/fwauthd.conf as follows:

```
port in.atelnetd wait 0
```

where *port* is the normal port for the service you wish to authenticate using the TELNET Security Server.

Chapter 2 · Security Servers    125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Defining Security Servers

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012624

CHAPTER  **3**

# Content Security

## In This Chapter

| | |
|---|---|
| *Overview* | *page 127* |
| *Web (HTTP)* | *page 130* |
| *Mail (SMTP)* | *page 132* |
| *FTP* | *page 133* |
| *CVP Inspection* | *page 133* |

## Overview

### Resources and Security Servers

Content Security extends the scope of data inspection to the highest level of a service's protocol, achieving highly tuned access control to network resources. FireWall-1 provides content security for HTTP, SMTP and FTP connections using the Firewall-1 Security Servers and Resource object specifications.

A FireWall-1 Resource specification defines a set of entities which can be accessed by a specific protocol. You can define a Resource based on HTTP, FTP and SMTP. For example, you might define a URI resource whose attributes are a list of URLs and the HTTP and FTP schemes. The resource can be used in the Rule Base in exactly the same way a service can be used, and the standard logging and alerting methods are available to provide monitoring of resource usage.

127

Overview

When a rule specifies a Resource in the **Service** field of the Rule Base, the FireWall-1 Inspection Module diverts all the packets in the connection to the corresponding Security Server, which performs the required Content Security inspection. If the connection is allowed, the Security Server opens a second connection to the final destination.

FIGURE 3-1 depicts what happens when a rule specifies the use of an HTTP Resource.



**FIGURE 3-1**   A connection mediated by the HTTP Security Server

For each connection established through a FireWall-1 Security Server, the Security Administrator is able to control specific access according to fields that belong to the specific service: URLs, file names, FTP PUT/GET commands, type of requests and others. Major security enhancements enabled by the Content Security feature are CVP checking (for example, for viruses) for files transferred and URL filtering.

When a Resource is specified, the Security Server diverts the connection to one of the following servers:

- Content Vectoring Protocol (CVP)

  A CVP server examines and reports on the contents of files, for example, whether a file contains a virus.

- URL Filtering Protocol (UFP)

  A UFP server maintains a list of URLs and their categories.

The server performs the requested content inspection and returns the results to the Security Server. The Security Server allows or disallows the connection, depending on the results.

Communication between the Security Server and the CVP or UFP server is enabled through Check Point's OPSEC (Open Platform for Secure Enterprise Connectivity) framework. For more information about OPSEC integration within FireWall-1, see http://www.checkpoint.com/opsec. If you would like to download evaluation versions of OPSEC-certified products, see http://www.opsec.com.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012626

Resources and Security Servers

FIGURE 3-2 shows what happens when a FireWall-1 Security Server passes a file to a Content Vectoring Server for inspection during an FTP connection.



**FIGURE 3-2**   Content Vectoring Server

*1*   FireWall-1 determines that the Content Vectoring Server must be invoked.

The relevant rule for the connection specifies a resource which includes CVP checking.

*2*   The FTP Security Server connects to the Content Vectoring Server and initiates the Content Vectoring Protocol.

*3*   The FTP Security Server sends the Content Vectoring Server the file to be inspected.

*4*   The Content Vectoring Server inspects the file, and returns a Validation Result message notifying the FTP Security Server of the result of the inspection.

*5*   The Content Vectoring Server optionally returns a modified version of the file to the FTP Security Server.

*6*   The FTP Security Server takes the action defined for the resource, either allowing or disallowing the file transfer.

For more information on CVP inspection, see "CVP Inspection" on page 133.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012627

## Web (HTTP)

A URI is a Uniform Resource Identifier, of which the familiar URL (Uniform Resource Locator) is a specific case. URI resources can define schemes (HTTP, FTP, GOPHER etc.), methods (GET, POST, etc.), hosts (for example, "*.com"), paths and queries. Alternatively, a file containing a list of IP addresses of servers and paths can be specified.

In addition, the Security Administrator can define how to handle responses to allowed resources, for example, that JAVA applets not be allowed even on resources that are allowed. JAVA applets, JAVA scripts and ActiveX can be removed from HTML. A customizable replacement URL, for example a page containing a standardized error message, can be displayed when access to a response is denied.



FIGURE 3-3    URI Resource Definition (OpenLook and Windows)

### URL Filtering

URL filtering provides precise control over Web access, allowing administrators to define undesirable or inappropriate Web pages. FireWall-1 checks Web connection attempts using URL Filtering Protocol (UFP) servers. UFP servers maintain lists of URLs and their appropriate categories (i.e. permitted or denied). URL databases can be updated to provide a current list of blocked sites. All communication between FireWall-1 and the URL Filtering server is in accordance with the URL Filtering Protocol.

In order to implement URL filtering, proceed as follows:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012628

*1*  Define a UFP Server.

*2*  Define a URI Resource that specifies a list of URL categories from the UFP server.

*3*  Define rules that specify an action taken for the Resource.

## Defining a UFP Server

UFP Servers are defined in the **UFP Server Properties** window (see Chapter 5, "Server Objects" of *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI.*

## Defining a Resource

The URI resource is defined in the **URI Definition** window (UFP Specification). The URI Resource specifies the UFP server and a list of URL categories provided by the server. In the Resource depicted in FIGURE 3-4 on page 131, "WebCop" is the UFP Server, and the URL categories are "alcohol" and "drugs." The "alcohol" category is selected. This means that if WebCop assigns the category "alcohol" to a URL, then the URL matches the resource's definition, and the rule is applied.



**FIGURE 3-4**  URI Definition window — Match tab (UFP specification)

## Defining Rules

For example, suppose the Security Administrator defines two URI resources:

▨  **Allowed** — HTTP and FTP schemes, GET and POST methods

▨  **NotAllowed** — a list of "forbidden" URLs categories

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Mail (SMTP)

Then the following rules prevent local users from accessing the **NotAllowed** resource and allow users access to the **Allowed** resource after authentication.



**FIGURE 3-5**   Rule Base using Resources

When a Resource in a rule specifies a list of permitted or denied URLs, the HTTP Security Server sends a request to the UFP server containing the name of the URL in question. The UFP server checks the URL against lists of URLs and their categories. The UFP server returns a message notifying the HTTP Security Server of the categories to which the URL belongs.

For example, if a user requests a connection to a URL that belongs to a category specified in the Resource denied HTTP, FireWall-1 denies the connection request. If the URL does not belong to the categories defined by this Resource, the Security Server opens a separate connection to the destination.

For information on defining URI resources, see Chapter 6, "Resources," of Managing FireWall-1 Using the Windows GUI or Managing FireWall-1 Using the OpenLook GUI.

# Mail (SMTP)

The SMTP protocol, designed to provide maximum connectivity between people all over the Internet, and enhanced to support file attachments, poses a challenge to the Security Administrator who wants to maintain connectivity but keep intruders out of the internal networks.

FireWall-1 offers an SMTP server that provides highly granular control over SMTP connections. The Security Administrator can:

- hide outgoing mail's **From** address behind a standard generic address that conceals internal network structure and real internal users
- redirect mail sent to given **To** addresses (for example, to root) to another mail address
- drop mail from given addresses
- strip MIME attachments of given types from mail
- drop mail messages above a given size

For information on defining SMTP resources, see Chapter 6, "Resources," of *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI.*

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012630

## FTP

The FTP Security Server provides Content Security based on FTP commands (PUT/ GET), file name restrictions, and CVP inspection for files.

For information on defining FTP resources, see Chapter 6, "Resources," of *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI*.

# CVP Inspection

CVP inspection is an integral component of FireWall-1's Content Security feature, and considerably reduces the vulnerability of protected hosts. CVP inspection examines all files transferred for all protocols. CVP configuration (which files to inspect, how to handle invalid files) is available for all Resource definitions. All FireWall-1 auditing tools are available for logging and alerting when these files are encountered.

CVP inspection is implemented by Content Vectoring Servers. The interaction between FireWall-1 and the Content Vectoring Server is defined by Check Point's OPSEC (Open Platform for Secure Enterprise Connectivity) framework. This interaction is depicted in FIGURE 3-2 on page 129.

For more information about OPSEC integration within FireWall-1, see http://www.checkpoint.com/opsec. If you would like to download evaluation versions of OPSEC-certified products, see http://www.opsec.com.

## Implementing CVP Inspection

In order to implement CVP inspection, proceed as follows:

1   Define a CVP Server.

2   Define Resource objects that specify CVP checking for the relevant protocols.

3   Define rules in the Rule Base that specify the action taken on connections that invoke each Resource.

### Defining a CVP Server

Content Vectoring Servers are defined in the **CVP Server Properties** window (see "CVP Servers" on page 98 of *Managing FireWall-1 Using the Windows GUI* or "CVP Servers" on page 78 of *Managing FireWall-1 Using the OpenLook GUI*.

### Defining Resources

The following CVP inspection options are available for all Resource definitions.

■   **None** - The file is not inspected.

■   **Read Only** - The file is inspected by the CVP Server. If the CVP Server rejects the file, it is not retrieved.

■   **Read/Write** - The file is inspected by the CVP Server. If the CVP Server detects that the file is invalid (perhaps because it contains a virus), the CVP Server corrects the file before returning it to the Inspection Module.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012631

CVP Inspection



**FIGURE 3-6**   SMTP Resource with CVP properties (OpenLook and Windows)

### Defining Rules

Rules that specify CVP inspection do not replace rules that allow FTP, HTTP, or SMTP connections. Since FireWall-1 examines the Rule Base sequentially, you must define rules in the appropriate order to prevent unwanted traffic from entering your network.

Resource rules which accept HTTP, SMTP, and FTP connections must be placed before other rules which accept these services. If you define a rule that allows all HTTP connections before a rule which specifies CVP inspection on a URI Resource, you may be allowing unwanted traffic.

Similarly, CVP rules must be placed after rules which reject FTP, HTTP or SMTP Resource connections. For example, a rule rejecting large e-mail messages must come before a CVP rule allowing specific SMTP connections.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012632

CHAPTER **4**

# Account Management

## In This Chapter

| | |
|---|---|
| *Overview* | *page 135* |
| *Account Management Configuration* | *page 137* |
| *Proprietary Attributes* | *page 144* |
| *LDAP Properties* | *page 150* |
| *Configuring an LDAP Server for FireWall-1* | *page 152* |
| *Troubleshooting* | *page 154* |

## Overview

The FireWall-1 Account Management system enables the Security Manager to integrate FireWall-1 with LDAP Servers, allowing user data to be shared between FireWall-1 and other applications.

The LDAP Servers and FireWall-1 can reside on different hosts and be maintained by different people. Separating the functionality of the two systems provides the following benefits:

- The system administrator can use existing LDAP-compliant databases without the need to import user data into FireWall-1.

- A single FireWall-1 system can be used by several departments or customers, each of which can manage its own users independently using a separate management client.

- Users can maintain and change their own passwords.

- There is no limit to the number of users that can be defined.

An additional feature is the live template. In the FireWall-1 user management model, changes made to a user template do not affect users previously defined using that template. In contrast, in the FireWall-1 Account Management system, changes made to a live template immediately apply to all users linked to the template.

135

Overview

Users wishing to continue using the proprietary FireWall-1 user database may do so. Groups defined in both systems can be freely mixed in the Rule Base.

## The LDAP Model

LDAP (Lightweight Directory Access Protocol) is a lightweight version of the X.500 directory access protocol. LDAP is based on a Client/Server model in which an LDAP Client makes a TCP connection to an LDAP server, over which it sends requests and receives responses.

The LDAP information model is based on the entry, which contains information about some object (for example, a person). Entries are composed of attributes, which have a type and one or more values. The schema lists the attributes, their data types (for example, ASCII text, a JPEG photograph, etc.) and how those values behave during directory operations (for example, whether case is significant in comparisons).

Entries are organized in a tree structure, usually based on political, geographical, and organizational boundaries. Each entry is uniquely named relative to its sibling entries by its RDN (relative distinguished name) consisting of one or more distinguished attribute values from the entry. For example, the entry for the person Babs Jensen might be named with the "Barbara Jensen" value from the commonName attribute.

A globally unique name for an entry, called a DN (distinguished name), is constructed by concatenating the sequence of RDNs from the root of the tree down to the entry. For example, if Babs worked for the University of Michigan, the DN of her University of Michigan entry might contain:

```
"cn=Barbara Jensen, o=University of Michigan, c=US"
```

A DN is expressed in the "bottom up" sequence, that is, starting at the lowest level and moving up to the root of the tree.

A different Barbara Jensen who works at The Brown Jug Pub in London, England might have a DN of:

```
"cn=Barbara Jensen, o=The Brown Jug Pub, c=UK"
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012634

This is illustrated in FIGURE 4-1.



country (c)

organization (o)

commonName (cn)

**FIGURE 4-1**   LDAP Tree Example

LDAP provides operations to authenticate, search for and retrieve information, modify information, and add and delete entries from the tree.

## LDAP Servers

The LDAP information model is most appropriate for directory services, that is, information which is read much more frequently than it is modified. An LDAP Server makes the data in an LDAP-compliant directory available to LDAP Clients.

An LDAP directory can be indexed, which improves performance at the cost of the directory taking up more disk space.

## LDAP Schema

An LDAP schema is a description of the structure of the data in an LDAP directory.

# Account Management Configuration

## Account Management Components

The Account Management system comprises four components:

**1**   FireWall-1 Management Module (Version 4.0 and higher)

**2**   FireWall-1 FireWall Module (Version 4.0 and higher)

**3**   Check Point Account Management Client (AM Client)

The AM Client can be run from within the FireWall-1 GUI or as an independent stand-alone application. As a stand-alone application, it does not require that the FireWall-1 GUI be installed on the same machine as the AM Client.

The AM Client is described in *Check Point Account Management Client*.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Account Management Configuration

4    LDAP Server (any LDAP Version 2.0 or higher compliant third-party server)

The LDAP server must be accessible to both the AM Client and to the FireWall Module, that is, both when a Security Policy is defined and when it is enforced.

## A Typical Configuration

A typical configuration is depicted in FIGURE 4-2.



FIGURE 4-2   A typical Account Management configuration

Palace, the FireWall-1 Management Server, is the repository of the FireWall-1 database, which includes users defined with the proprietary FireWall-1 User Manager.

Palace's FireWall-1 GUI Clients, for example Tower, can define two kinds of users:

■    FireWall-1 users — users defined in the FireWall-1 User Manager, using the FireWall-1 GUI and stored in the FireWall-1 proprietary database

■    LDAP users — users defined on BigBen, the LDAP server, using the AM Client

These users can be shared between FireWall-1 and other network applications.

Jersey, on which FireWall-1 is not installed, can update only LDAP users, using the AM Client. In the configuration depicted in FIGURE 4-2, this communication channel is secured with SSL (Secure Socket Layer).

A system administrator can define a Security Policy on Palace, using the GUI Client on Tower, and define rules that specify FireWall-1 groups and LDAP groups. When the Security Policy is installed on the FireWalled gateway (London), the User Database (proprietary information about FireWall-1 users) is downloaded to London.

138    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    FIN012636

Account Units

When a FireWall-1 user (a user defined in the FireWall-1 proprietary database) logs on to London, London has immediate access to the required authentication information in the FireWall-1 User Database. In contrast, when an LDAP user (a user defined in an LDAP Server) logs on and must be authenticated, London must communicate with the LDAP Server to obtain the required information.

In addition to maintaining LDAP users with the FireWall-1 Account Management Client and LDAP Server, it is possible to maintain LDAP users using any LDAP Version 2.0 and higher compatible server.

## Account Units

An LDAP Server can contain multiple branches ("o=University of Michigan,c=US", for example, is a branch). An LDAP Server and a subset of its branches constitute a FireWall-1 Account Unit. It is possible to maintain the LDAP user database using more than one Account Unit. The advantages of using more than one Account Unit are:

- *compartmentalization* — A large number of users can be distributed across several LDAP servers which may be partitioned into several Account Units, each of which is managed by a different administrator (see FIGURE 4-3 on page 139). In this way, both efficiency and security can be enhanced.

- *high availability* — Information can be duplicated on several servers. Some LDAP servers provide automatic tools for synchronizing servers.

- *remote sites* — It may be efficient to provide each geographically remote FireWall Module with a close at hand LDAP server.

FIGURE 4-3 depicts a configuration with four Account Units (two of them on the same LDAP server), each of which is managed from a different client.



**FIGURE 4-3**   Multiple Account Units - Example Configuration

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012637

Account Management Configuration

## Defining a Security Policy

To define a Security Policy that references users defined in an LDAP Account Unit, proceed as follows (in FireWall-1):

**1**    Define the LDAP properties in the **LDAP** tab of the **Properties Setup** window (see "LDAP Properties" on page 150).

**2**    Define the LDAP Server as a network object.

See Chapter 2, "Network Objects" of *Managing FireWall-1 Using the Windows GUI* for information on how to define network objects.

**3**    Define an LDAP Account Unit in the **LDAP Account Unit Properties** window (FIGURE 4-4 on page 140).



**FIGURE 4-4**    LDAP Account Unit Properties window — General tab

For information on defining Account Units, see Chapter 5, "Server Objects," of *Managing FireWall-1 Using the Windows GUI*.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*4*  Define an external user group in the **External User Group (LDAP)** window (FIGURE 4-5).



**FIGURE 4-5**   External User Group (LDAP) window

For information on defining external user groups, see "External Users and Groups" on page 74 of *Managing FireWall-1 Using the Windows GUI*.

*5*  Use the external group in a rule.

As illustrated in FIGURE 4-6, external groups are used in a Rule Base in exactly the same way as ordinary FireWall-1 groups are used.



**FIGURE 4-6**   External User Group in a Rule Base

For information on using groups in a rule, see Chapter 9, "Rule Base Management," of *Managing FireWall-1 Using the Windows GUI*.

## Enforcing a Security Policy

This section describes what happens when a user attempts to establish a connection through a FireWall Module when the Security Policy specifies groups defined on Account Units. The network configuration is depicted in FIGURE 4-7 on page 142.

Chapter 4    Account Management    141

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Account Management Configuration

Suppose user Jim attempts to connect to Opera, one of the computers protected by the FireWalled gateway Paris.

**1** Paris scans its Rule Base and determines that the relevant rule is an authentication rule.

**2** Paris asks Jim to identify himself (user name).

Jim can enter his login name or his full LDAP Distinguished Name, for example, "cn=Jim Smith,o=WidgetCorp,c=US".

**3** Paris searches its FireWall-1 User Database for user Jim.



**FIGURE 4-7**   Enforcing a Security Policy

**4** If Jim is found in the FireWall-1 User Database, then Paris authenticates Jim according to the attributes (authentication scheme, password *etc.*) defined in Jim's **User Properties** window (in the FireWall-1 GUI).



**Note** – The FireWall-1 User Database always has priority over Account Units. It is recommended that you define network and system administrators as FireWall-1 users, so that they will always be able to log in to the FireWall, even if the LDAP connection is down.

The other parameters (**Allowed Source, Allowed Destination, Time** *etc.*) must also be applicable. If Jim authenticates himself correctly, the connection is allowed; otherwise it is refused. In either case, the scenario ends at this point.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012640

Enforcing a Security Policy

**5**   If Jim is *not* found in the FireWall-1 User Database, then Paris queries all its Account Units, asking if any of them knows about Jim.

**6**   The query process terminates when any one of the following conditions is true:

- All Account Units have replied.
- The timeout period (see "LDAP Properties" on page 150) has elapsed.
- The user was found in the highest priority Account Unit (see "LDAP Account Unit Properties Window — General Tab" on page 103 of *Managing FireWall-1 Using the Windows GUI*).
- The user was found in an Account Unit *and* all Account Units with higher priorities have already replied that they do not know about the user.

**7**   If the user was not found in any Account Unit, then the authentication fails.

**8**   If the user was found, then Paris chooses the first user named Jim received from the Account Unit with the highest priority and ignores the other Account Units (if any). Suppose this is BigBen.



**Note** – If there is more than one user with the same name in an Account Unit, the first one is chosen and any others are ignored. If the **Display user's DN at login** property is enabled in the **LDAP** tab of the **Properties Setup** window (FIGURE 4-8 on page 150), you can verify that the correct entry is being used.

**9**   Paris queries BigBen to determine the groups to which Jim belongs.

**10**  Paris queries BigBen to determine Jim's template and applies the template values to Jim (if Jim is defined to inherit his values from a template).

**11**  Paris confirms the authentication scheme.

Jim's authentication scheme (as defined in the **Authentication** tab of his **User Properties** window in the Account Management Client GUI) must be:

- one of those allowed in the **Authentication** tab of BigBen's **LDAP Account Unit** window, *and*
- one of those selected in the **Authentication** tab of Paris' **Workstation Properties** window

If either of these conditions is not met, the connection is refused and the scenario ends.

**12**  Paris authenticates Jim according to his authentication scheme.

If Jim authenticates himself correctly, the connection is allowed; otherwise it is refused.

## LDAP Schema

The FireWall-1 LDAP schema is in $FWDIR\lib\ldap\schema.ldif.

Chapter 4   Account Management   143

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012641

LDAP Schema

## Proprietary Attributes

### OID

Each of the proprietary object class and attributes (all of which begin with "fw1") have also a proprietary Object Identifier (OID), listed below.

**TABLE 4-1**   Object Class OIDs

| object class | OID |
|---|---|
| fw1template | 1.3.114.7.3.2.0.1 |
| fw1person | 1.3.114.7.3.2.0.2 |

The OIDs for the proprietary attributes begin with the same prefix ("1.3.114.7.4.2.0.X"). Only the value of "X" is different for each attribute. The value for "X" is given in the table below.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012642

## Attributes

TABLE 4-2   Attributes

| attribute | "X" in OID | fw1person | fw1template | default | remarks |
|---|---|---|---|---|---|
| cn | | | | | The entry's name.<br>In the Account Management Client, this is referred to as "Common Name". For users this can be different from the uid attribute — the name used to login to the FireWall. This attribute is also used to build the LDAP entry's distinguished name, that is, it is the RDN of the DN. |
| uid | | | | | The user's login name, that is, the name used to login to the Firewall Module. This attribute is passed to the external authentication system in all authentication methods except for "Internal Password", and must be defined for all these authentication schemes.<br>The login name is used by FireWall-1 to search the LDAP server(s). For this reason, each user entry should have its own unique uid value.<br>It is also possible to login to the firewall using the full DN. The DN can be used when there is an ambiguity with this attribute or in "Internal Password" when this attribute may be missing. The DN can also be used when the same user (with the same uid) is defined in more than one Account Unit on different LDAP Servers. |
| description | | | | "no value" | Descriptive text about the user. |
| mail | | | | "no value" | User's email address. |
| member | | | | | An entry can have zero or more values for this attribute.<br>In a template: The DN of user entries using this template. DNs that are not users (object classes that are not one of: "person", "organizationalPerson", "inetOrgPerson" or "fw1person") are ignored.<br>In a group: The DN of user, group or live template entries that are members of this group. |

Chapter 4    Account Management    145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 3
## PART 3

LDAP Schema

TABLE 4-2   Attributes (continued)

| attribute | "x" in OID | fw1person | fw1template | default | remarks |
|---|---|---|---|---|---|
| userPassword | | | | | Must be given if the authentication method (fw1auth-method) is "Internal Password". The value can be hashed using "crypt". In this case the syntax of this attribute is: "{crypt}xxyyyyyyyyyyy", where:<br><br>■ "xx" is the "salt"<br><br>■ "yyyyyyyyyyy" is the hashed password<br>It is possible (but not recommended) to store the password without hashing. However, if hashing is specified in the LDAP Server, you should not specify hashing here, in order to prevent the password from being hashed twice. You should also use SSL in this case, to prevent sending an unencrypted password.<br>The FireWall Module never reads this attribute, though it does write it. Instead, the LDAP bind operation is used to verify a password. |
| fw1auth-method | 1 | ✓ | ✓ | "undefined" | One of the following:<br><br>■ "S/Key"          ■ "RADIUS"<br><br>■ "SecurID"       ■ "TACACS"<br><br>■ "OS Password"  ■ "Defender"<br><br>■ "Internal Password"  ■ "undefined"<br><br>This default value for this attribute is overridden by **Default Scheme** in the **Authentication** tab of the **Account Unit** window in the FireWall-1 GUI (see "LDAP Account Unit Properties Window — Authentication Tab" on page 105 of *Managing FireWall-1 Using the Windows GUI.*<br>For example: an LDAP server can contain LDAP entries that are all of the object-class "person" even though the proprietary object-class "fw1person" was not added to the server's schema. If **Default Scheme** in the FireWall-1 GUI is "Internal Password", all the users will be authenticated using the password stored in the "userPassword" attribute. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Proprietary Attributes

TABLE 4-2    Attributes (continued)

| attribute | "x" in OID | fw1person | fw1template | default | remarks |
|-----------|-----------|-----------|-------------|---------|---------|
| fw1auth-server | 2 | ✓ | ✓ | | The name of the server that will perform the authentication This field must be given if fw1auth-method is "S/Key" or "RADIUS" or "TACACS". For all other values of fw1auth-method, it is ignored. Its meaning is given below: <br><br> table below |
| fw1pwdLastMod | 3 | ✓ | ✓ | If no value is given, then the password has never been modified. | The date on which the password was last modified. The format is yyyymmdd (for example, 20 August 1968 is 19680820). A password can be modified using the Account Management Client (see "New User Window - Authentication Tab" on page 47 of *Account Management Client*), or through the FireWall Module as a part of the authentication process. |
| fw1Skey-number | 4 | ✓ | ✓ | | Length of initial S-Key chain. <br> This attribute is required if the authentication method is S/Key. |
| fw1Skey-seed | 5 | ✓ | ✓ | | The seed from which the S-Key chain was generated (with the addition of a secret). <br> This attribute is required if the authentication method is S/Key. |
| fw1Skey-passwd | 6 | ✓ | ✓ | | The last value of the initial S-Key chain <br> This attribute is required if the authentication method is S/Key. |
| fw1Skey-mdm | 7 | ✓ | ✓ | MD4 | The hash function used by S/Key <br> Valid values are "MD4" and "MD5". <br> This attribute is required if the authentication method is S/Key. |

| method | meaning |
|--------|---------|
| S/Key | name of the workstation on which the FireWall Module is installed |
| RADIUS | name of a RADIUS server, a group of RADIUS servers, or "Any" |
| TACACS | name of a TACACS server |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012645

LDAP Schema

TABLE 4-2   Attributes (continued)

| attribute | "X" in OID | fw1person | fw1template | default | remarks |
|---|---|---|---|---|---|
| fw1expiration-date | 8 | ✓ | ✓ | "no value" | The last date on which the user can login to a Firewall Module, or "no value" if there is no expiration date. The format is yyyymmdd (for example, 20 August 1968 is 19680820). The default is "no value". |
| fw1hour-range-from | 9 | ✓ | ✓ | "00:00" | The time from which the user can login to a Firewall Module. The format is hh:mm (for example, 8:15 AM is 08:15). |
| fw1hour-range-to | 10 | ✓ | ✓ | "23:59" | The time until which the user can login to a Firewall Module. The format is hh:mm (for example, 8:15 AM is 08:15). |
| fw1day | 11 | ✓ | ✓ | all days of the week | The days on which which the user can login to a Firewall Module. Can have the values "SUN","MON",.... . |
| fw1allowed-src | 12 | ✓ | ✓ | "no value" | The names of one or more network objects from which the user can run a client, or "Any" to remove this limitation, or "no value" if there is no such client. The names should match the name of network objects defined in FireWall-1 management station. |
| fw1allowed-dst | 13 | ✓ | ✓ | "no value" | The names of one or more network objects which the user can access, or "Any" to remove this limitation, or "no value" if there is no such network object. The names should match the name of network objects defined in FireWall-1 management station. |
| fw1allowed-vlan | 14 | ✓ | ✓ | "no value" | currently not used |
| fw1SR-keym | 15 | ✓ | ✓ | "Any" | The algorithm used to encrypt the session key in SecuRemote. Can be "CLEAR", "FWZ1", "DES" or "Any". |
| fw1SR-datam | 16 | ✓ | ✓ | "Any" | The algorithm used to encrypt the data in SecuRemote. Can be "CLEAR", "FWZ1", "DES" or "Any". |
| fw1SR-mdm | 17 | ✓ | ✓ | "none" | The algorithm used to sign the data in SecuRemote. Can be "none" or "MD5". |
| fw1enc-fwz-expiration | 18 | ✓ | ✓ | | The number of minutes after which a SecuRemote user must re-authenticate himself or herself to the FireWall. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                 FIN012646

Proprietary Attributes

**TABLE 4-2**  Attributes (continued)

| attribute | "x" in OID | fw1person | fw1template | default | remarks |
|---|---|---|---|---|---|
| fw1sr-auth-track | 19 | ✓ | ✓ | "none" | The exception to generate on successful authentication via SecuRemote. Can be "none", "cryptlog" or "cryptalert". |
| fw1groupTemplate | 20 | ✓ | ✓ | "FALSE" | This flag is used to resolve a problem related to group membership. The group membership of a user is stored in the group entries to which it belongs and not in the user entry itself. Therefore there is no clear indication in the user entry if information from the template about group relationship should be used. If this flag is "TRUE", then the user is taken to be a member of all the groups to which the template is a member. This is in addition to all the groups in which the user is directly a member. |
| fw1ISAKMP-EncMethod | 21 | ✓ | ✓ | "DES", "3DES" | The key encryption methods for SecuRemote users using ISAKMP. This can be one or more of: "DES", "3DES". A user using ISAKMP may have both methods defined. |
| fw1ISAKMP-AuthMethods | 22 | ✓ | ✓ | "signatures" | The allowed authentication methods for SecuRemote users using ISAKMP. This can be one or more of: "preshared", "signatures". |
| fw1ISAKMP-HashMethods | 23 | ✓ | ✓ | "MD5", "SHA1" | The data integrity method for SecuRemote users using ISAKMP. This can be one or more of: "MD5", "SHA1". A user using ISAKMP must have both methods defined. |
| fw1ISAKMP-Transform | 24 | ✓ | ✓ | "ESP" | The IPSec Transform method for SecuRemote users using ISAKMP. This can be one of: "AH", "ESP". |
| fw1ISAKMP-DataIntegrityMethod | 25 | ✓ | ✓ | "SHA1" | The data integrity method for SecuRemote users using ISAKMP. This can be one of: "MD5", "SHA1". |
| fw1ISAKMP-SharedSecret | 26 | ✓ | ✓ | | The pre-shared secret for SecuRemote users using ISAKMP. |
| fw1ISAKMP-DataEncMethod | 27 | ✓ | ✓ | "DES" | The data encryption method for SecuRemote users using ISAKMP. |
| fw1enc-Methods | 28 | ✓ | ✓ | "FWZ" | The encryption method allowed for SecuRemote users. This can be one or more of: "FWZ", "ISAKMP". |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012647

LDAP Properties

# LDAP Properties



**FIGURE 4-8**  Properties Setup window — LDAP tab

To display the **Properties** window, click on  in the toolbar or select **Properties** from the **Policy** menu.

**Use LDAP Account Management** — Check this field if User Authentication will use LDAP Account Units, in addition to the FireWall internal User Database.

- ◼ If this field is checked, the other fields in the window are enabled.
- ◼ If this field is not checked, User Authentication will use only the FireWall internal User Database.

**Time-out on LDAP Requests** — An LDAP request will be considered to have timed out after this period (specified in seconds).

**Time-out on Cached Users** — A cached user will be considered to be out-of-date after this period (specified in seconds), and will be fetched again from the LDAP Server.

**Cache Size (Users)** — This field specifies the number of users that will be cached.

The cache is FIFO (firts-in, first-out). When a new user is added to a full cache, the first user is deleted to make room for the new user. FireWall-1 does not query the LDAP Server for users already in the cache, unless the cache has timed out.

150    FireWall-1 Architecture and Administration • September 1998

**Days before Password Expires (0 = never)** — The number of days for which a user's password is valid.

This field is enabled when the checkbox is checked. If the field is not enabled, the user's password never times out.

After this period has passed, the user must define a *new* password. This is not to be confused with the case when the user is asked to re-authenticate after an FWZ SecuRemote connection has been open for a certain period of time. The re-authentication period is defined in the **FWZ Encryption** window (see "FWZ Properties" on page 60 of *Virtual Private Networking with FireWall-1*).



**Note** – This field does not apply ISAKMP pre-shared secrets and certificates, which do not expire.

If a user's password is modified using a tool other than the FireWall-1 Account Management Client, fw1pwdLastMod attribute is not updated, and the new password will expire on the day the old one would have expired.

For example, suppose that for user Alice, **Days before Password Expires** is 15. On January 1st, Alice modifies her password using the Check Point Account Management Client. fw1pwdLastMod is set to January 1st, so her password will expire on January 16th.

Suppose that on January 10th, Alice modifies her password again.

- If she uses the Check Point Account Management Client to modify her password, then:
  - fw1pwdLastMod is changed to January 10th.
  - Her new password is valid for 15 days from January 10th, and will expire on January 26th.
- If she uses a different LDAP Client to modify her password, then:
  - fw1pwdLastMod is not changed, and is still January 1st.
  - Her new password is valid for 15 days from January 1st, and will expire on January 16th.

When an user defined on an LDAP Account Unit enters a password, FireWall-1 checks whether the password has expired. If the password has expired, the user is prompted to enter a new password. The new password must be different from the old one, and must also satisfy the following conditions :

- minimum length
- minimum number of lowercase letters (a-z)
- minimum number of uppercase letters (A-Z)
- minimum number of symbols (non-letters and non-numbers)
- minimum number of digits (0-9)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012649

Configuring an LDAP Server for FireWall-1

The default values for these conditions are given in the `objects.C` file by the following parameters (the default setting is in parenthesis):

```
:props (
:psswd_min_length (0)
:psswd_min_num_of_lowercase (0)
:psswd_min_num_of_uppercase (0)
:psswd_min_num_of_symbols (0)
:psswd_min_num_of_numbers (0)
```

**Number of Users AU Can Return** — This field specifies the number of users that the Account Unit may return in response to a single query.

**Display user's DN at login** — If checked, then when an LDAP user logs in, his or her DN will be displayed before he or she is prompted for a password.

This property is a useful diagnostic tool when there is more than one user with the same name in an Account Unit. In this case, the first one is chosen and any others are ignored. If this property is enabled, the user can verify that the correct entry is being used.



**Note** – A user can log in either with a user name or with a DN.

### Exporting Users from the FireWall-1 User Database

You can export users from the FireWall-1 internal user database to an LDAP directory by using the `fw dbexport` command with the `-l` parameter. This command exports users or groups to an LDAP format file readable by most LDAP Servers.

For information about the `fw dbexport` command, see "Exporting a User Database" on page 288.

## Configuring an LDAP Server for FireWall-1

### LDAP Version

FireWall-1 is LDAP Version 2.0 compliant. The only Version 3.0 feature that FireWall-1 uses is the implementation of the Fetch button in the **General** tab of the **Account Unit Properties** window and in the Check Point Account Management Client (see "Branches" on page 104 of *Managing FireWall-1 Using the Windows GUI*).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012650

## Indexing

To maximize an LDAP Server's performance, it's recommended to index the LDAP Server according to the following attributes:

- DN
- UID
- member
- objectclass

These indexes reduce lookup time, but there is a trade-off between faster lookup times and the extra disk space needed to store the additional indexes.

## Schema Checking

When schema checking is enabled, LDAP requires that every object class and its associated attributes be defined in the directory schema.

When you first begin to use FireWall-1 Account Management, you should disable schema checking. Later, after you have entered the FireWall-1 object classes and attributes to the LDAP Server's schema, you can enable schema checking.

## Security Issues

### Access Control

You should set the following parameters on the LDAP Server to the specified values:

- default access — none
- username and password for FireWall — read/write access to branches containing FireWall-1 users

### FireWall-1 - LDAP Server Communication

There are three alternatives for securing communication between a FireWall Module or an Account Management Client and an LDAP Server:

1   If the LDAP Server is SSL-enabled, the FireWall Module and the Account Management Client can use SSL to communicate with the LDAP Server.

2   Use a VPN (Virtual Private Network) for the communication.

3   Put the LDAP Server inside a network protected by FireWall-1.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012651

Troubleshooting

## Damage Control

**13**  You can limit security exposure by not allowing the LDAP Server to authenticate users, and specifying only third-party authentication schemes (TACACS, RADIUS, AXENT) implemented on other machines.

  **Note** – The FireWall-1 User Database always has priority over Account Units. It is recommended that you define network and system administrators as FireWall-1 users, so that they will always be able to log in to the FireWall, even if the LDAP connection is down.

# Troubleshooting

FireWall-1 rejects the user's password

This might happen if the user is defined differently in the FireWall-1 user database, or in an Account Unit with a higher priority.

Check the **Display user's DN at login** field in the **LDAP** tab of the **Properties Setup** window (FIGURE 4-8 on page 150) and try again. The user's DN will be displayed, and you will know from where FireWall-1 is getting the user's password.

User not found

Make sure that **Use LDAP Account Management** in the **LDAP** tab of the **Properties Setup** window (FIGURE 4-8 on page 150) is checked.

Using the Account Management Client, verify that the user is indeed defined on the Account Unit.

Changes made in the Account Management Client do not affect FireWall-1

Changes take effect only after one of the following happens:

- the cache times out (see FIGURE 4-8 on page 150)
- the Security Policy is installed
- the User Database is downloaded (see "Database Installation" on page 79 of *Managing FireWall-1 Using the Windows GUI*)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012652

CHAPTER **5**

# Network Address Translation

## In This Chapter

| | |
|---|---|
| Introduction | page 155 |
| Translation Modes | page 158 |
| Address Translation and Routing | page 165 |
| IANA Recommendations | page 170 |
| Supported Services | page 170 |
| Generating Address Translation Rules Automatically | page 171 |
| Configuring Address Translation — Windows GUI | page 173 |
| Configuring Address Translation — Command Line Interface | page 189 |
| Address Translation Examples | page 191 |
| Managing PIX Address Translation | page 199 |
| Advanced Topics | page 205 |
| Frequently Asked Questions | page 210 |

## Introduction

### The Need for Address Translation

The need for IP address translation — replacing one IP address in a packet by another IP address — arises in two cases:

*1*  The network administrator wishes to conceal the network's internal IP addresses from the Internet.

The administrator may reason that there is nothing to be gained, from a security point of view, by making a network's internal addresses public knowledge.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012653

**2**  An internal network's IP addresses are invalid Internet addresses (that is, as far as the Internet is concerned, these addresses belong to another network).

This situation may have arisen for historical reasons: an internal network was originally not connected to the Internet and its IP addresses were chosen without regard to Internet conventions. If such a network is then connected to the Internet, its long-established internal IP addresses cannot be used externally. Changing these addresses may be impractical or unfeasible.

In both cases, the internal IP addresses cannot be used on the Internet. However, Internet access must still be provided for the internal hosts with the invalid or secret IP addresses.

Application gateways (proxies) have historically served as a partial solution to these problems. For example, to hide his or her internal IP addresses, a user can TELNET to a gateway and from there continue to the Internet through a proxy. FireWall-1 can be easily set up to provide and enforce such a scheme for a wide variety of services (FTP, TELNET, HTTP, and almost all other TCP, UDP and RPC services). Moreover, FireWall-1 supplements this scheme by providing user authentication on the gateway.

On the other hand, proxies do have drawbacks:

- Proxies are tailored per application, so it is impossible to use applications that are not proxied, inbound or outbound.
- Proxies are not transparent, so that even authorized outbound users need to go through the application on the gateway, and impose a large overhead on the gateway host. Once a connection is accepted by a proxy, it functions as a packet forwarder at the application layer, which is an inefficient use of resources.
- It is difficult to provide good proxies for protocols other than TCP.

In contrast, FireWall-1's generic and transparent fully RFC 1631 compliant Address Translation feature provides a complete and efficient solution. The administrator can determine which internal addresses are to be concealed (that is, mapped to the FireWalled host's IP address) and which are to be mapped to a range of IP addresses visible to the Internet. At the same time, internal hosts can be configured to be accessible from the Internet even though their internal IP addresses are invalid Internet addresses. FireWall-1 achieves full Internet connectivity for internal clients at the maximum bandwidth possible through a standard workstation.

Address Translation can be used to implement "one way routing," so that there is no route from the outside to an internal network or hosts.

 **Note** – Address Translation changes IP addresses in the packet, so it is almost always necessary to make some changes in the routing tables to ensure that packets with translated addresses reach their proper destinations.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012654

## Example

Consider the following network configuration:



**FIGURE 5-1**  Example Network Configuration

Suppose the administrator of this network wishes to provide mail services to the internal (private) hosts, but the internal IP addresses cannot be used, for one of the reasons stated above (see "The Need for Address Translation" on page 155.)



**Note** – The gateway has a valid IP address which cannot be concealed.

One possible solution is to move the mail server (which is currently on one of the internal hosts) to the gateway. This solution is not optimal, because of:

- the significant overhead the mail server imposes on the gateway
- reduced security
- the administrative overhead incurred when modifying the configuration

A better solution might be to implement Address Translation on the gateway, as follows, using the Static Destination Mode of Address Translation (see "Static Destination Mode" on page 164):

- The mail server is assigned a valid IP address (its public IP address), which is exposed to the Internet. However, internally, the mail server retains its existing (private) IP address.
- Incoming mail arrives at the gateway, where the destination IP address (the mail server's public IP address) is translated to its private address. The source IP address of outgoing mail is translated from the mail server's private IP address to its public IP address.

    Routing tables on the gateway and router may have to be modified to implement this scheme (see "Address Translation and Routing" on page 165).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012655

## Configuring Address Translation

There are three methods of configuring Address Translation:

**Automatic Configuration** — Address Translation is configured as a property of a machine, network or Address Range.

This is the recommended method. Under this method, rules for an Address Translation Rule Base are automatically generated, and the object's properties are applied whenever the object is used in the Security Policy. In addition, numerous implementation details are automatically handled correctly (for example, Anti-Spoofing). If you use one of the other methods, you must account for these implementation details manually.

Automatic configuration is the simplest method to use, but it is somewhat inflexible: the generated rules cannot be modified, but you can add rules (with the second method — see below) before and after the automatically generated rules.

For information on this method, see "Generating Address Translation Rules Automatically" on page 171.

**Address Translation Rules** — The System Administrator defines an Address Translation Rule Base, in many ways similar to a Security Policy Rule Base.

This method is available only under the FireWall-1 Windows GUI (Windows and X/Motif only). You can also add Address Translation rules before and after the rules generated automatically by the previous method, but you cannot modify or delete the automatically generated rules.

This method is more difficult to use than the previous method, but is more powerful and more flexible.

For information on this method, see "Configuring Address Translation — Windows GUI" on page 173.

**Command Line Interface** — The System Administrator defines Address Translation rules using a command line interface application (`fwxlconf`), or directly edits the text file `$FWDIR/conf/xlate.conf`.

In earlier versions of FireWall-1, this was the only available method, but its use is no longer recommended.

For information on this method, see "Configuring Address Translation — Command Line Interface" on page 189.

## Translation Modes

FireWall-1 supports two kinds of Address Translation:

**Dynamic (Hide)** — Many invalid addresses are translated to a single valid address, and dynamically assigned port numbers are used to distinguish between the invalid addresses.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012656

Dynamic Address Translation is called Hide Mode, because the invalid addresses: are "hidden" behind the valid address. For details of this mode, see "Hide Mode" on page 159.

**Static** — Each invalid address is translated to a corresponding valid address.

There are two modes of Static Address Translation:

- Static Source Mode (see "Static Source Mode" on page 162)
- Static Destination Mode (see "Static Destination Mode" on page 164)

## In This Section

| | |
|---|---|
| *Hide Mode* | *page 159* |
| *Static Source Mode* | *page 162* |
| *Static Destination Mode* | *page 164* |

## Hide Mode

Hide Mode is used for connections initiated by hosts in an internal network, where the hosts' IP addresses are invalid. In Hide Mode, the invalid internal addresses are hidden behind a single valid external address, using dynamically assigned port numbers to distinguish between them.

 **Note** – The IP address of a gateway's external interface must *never* be hidden.

### Assigning Port Numbers

Port numbers are dynamically assigned from two pools of numbers:

- from 600 to 1023
- from 10,000 to 60,000

If the original port number is less than 1024, then a port number is assigned from the first pool. If the original port number is greater than 1024, then a port number is assigned from the second pool. FireWall-1 keeps track of the port numbers assigned, so that the original port number is correctly restored for return packets. A port number currently in use is not assigned again to a new connection.

### Limitations

Hide Mode has several limitations:

- Hide Mode allows no access initiated from the outside to the "hidden" hosts, that is, an external machine cannot connect to any of the hosts whose addresses have been translated. For example, in the configuration in FIGURE 5-3 on

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012657

Translation Modes

page 161, if you run your HTTP server on 200.0.0.108 (one of the internal machines with an invalid address), external machines will not be able to connect to your HTTP server using 199.203.145.35 (the gateway's valid address) as the destination.

This limitation can also be considered an advantage of Hide Mode.

■ Hide Mode cannot be used for protocols where the port number cannot be changed.

■ Hide Mode cannot be used when the external server must distinguish between clients on the basis of their IP addresses, since all clients share the same IP address under Hide Mode.

### Example

Suppose localnet is an internal network with invalid addresses are as follows:

| Valid IP address | Invalid IP addresses |
|---|---|
| 199.203.145.35 | 200.0.0.100 - 200.0.0.200 |

199.203.145.35 is the address of gateway's external interface.

You can hide the invalid addresses behind the valid address by specifying Address Translation in the **Address Translation** tab of localnet's **Network Properties** window as follows:



**FIGURE 5-2**  Address Translation tab for localnet

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Hide Mode

Source addresses of outbound packets from hosts in localnet will be translated to
199.203.145.35, as illustrated in FIGURE 5-3. The source port number serves to direct
reply packets to the correct host.



FIGURE 5-3   Hide Mode Address Translation

The following two Address Translation rules (FIGURE 5-4) are automatically generated
from the above definition (FIGURE 5-2 on page 160):

| No. | Original Packet | | | Translated Packet | | | Install On |
|---|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service | |
| 1 | localnet | localnet | Any | = Original | = Original | = Original | All |
| 2 | localnet | Any | Any | localnet (Hiding Address) | = Original | = Original | All |

FIGURE 5-4   Hide Mode Automatically Generated Rules

The first rule (which does not translate anything) applies to connections from the
gateway to localnet and prevents the address of the gateway's internal interface from
being translated[1].

The second rule expresses the Address Translation defined in the Address Translation
tab (FIGURE 5-2 on page 160) and illustrated in FIGURE 5-3. Note the small letter **H**
under localnet's icon, which indicates Hide Mode translation.

For a detailed description of the meaning of the fields in an Address Translation Rule
Base, see "Structure of an Address Translation Rule" on page 173.



**Note** – Routing tables on the gateway and router may have to be modified to
implement this scheme (see "Address Translation and Routing" on page 165).

---

1. For an explanation of why this rule is necessary, see "Can I translate the gateway's internal address?" on
page 211.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012659

## Choosing the Valid External Address for Hide Mode

You can choose to hide the internal IP addresses either behind the IP address of the gateway's external interface, or behind an imaginary IP address.

If you hide the internal IP addresses behind the IP address of the gateway's external interface ...

> You will not have to make any changes to your routing tables (see "Address Translation and Routing" on page 165), because presumably the routing tables are already correctly configured for the gateway's external interface.
>
> On the other hand, you may have problems when a hidden connection shadows a connection originating on the gateway itself. For example, suppose a user on the gateway TELNETs to an external server, and is allocated the local TCP port 10001 by the gateway's TCP module. Next, a user on one of the internal hosts also TELNETs to the external-server and, because the connection is hidden, it is allocated the same TCP port 10001 by the FireWall Module on the gateway. In this event, packets returning from the external TELNET server to the first TELNET client will be (incorrectly) diverted to the internal host, where they will be ignored.

If you hide the internal IP addresses behind an imaginary IP address ...

> You will probably have to change the routing tables (see "Address Translation and Routing" on page 165) so that replies to the imaginary IP address are directed to the gateway, but you will not have problems with shadowed connections as described above.

## Statically Translating Addresses

### Static Source Mode

Static Source Mode translates invalid internal IP addresses to valid IP addresses, and is used when the connection is initiated by internal clients with invalid IP addresses. Static Source Mode ensures that the originating hosts have unique, specific valid IP addresses, and is usually used together with Static Destination Mode.

When you generate Address Translation rules automatically, Static Source Mode and Static Destination Mode rules are always generated in pairs.

### Example

Suppose localnet is an internal network with invalid addresses, but a corresponding set of valid addresses is available, as follows:

| Valid IP addresses | Invalid IP addresses |
|---|---|
| 199.203.73.15 – 199.203.73.115 | 200.0.0.100 – 200.0.0.200 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012660

Statically Translating Addresses

You can translate the invalid addresses to the valid addresses by specifying Address Translation in the **Address Translation** tab of localnet's **Workstation Properties** window as follows:



**FIGURE 5-5**  Static Address Translation

The invalid addresses of hosts in localnet will be translated to the valid addresses starting at 199.203.73.15.



**FIGURE 5-6**  Address Translation using Static Source Mode

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012661

Translation Modes

The following three Address Translation rules (FIGURE 5-7) are automatically generated from the above definition (FIGURE 5-5 on page 163):

| No. | Original Packet | | | Translated Packet | | | Install On |
|-----|-----------------|-----------|---------|-------------------------|-----------------|----------|------------|
|     | Source | Destination | Service | Source | Destination | Service | |
| 1 | localnet | localnet | Any | = Original | = Original | = Original | All |
| 2 | localnet | Any | Any | localnet (Valid Addresses) | = Original | = Original | All |
| 3 | Any | localnet (Valid Addresses) | Any | = Original | localnet | = Original | All |

**FIGURE 5-7**  Automatically Generated Address Translation rules for Static Translation

The first rule (which does not translate anything) applies to connections from the gateway to localnet and prevents the address of the gateway's internal interface from being translated[1].

Note that two static translation rules are generated:

- The first static translation rule (rule number 2) is a Static Source Mode rule, and expresses the Address Translation illustrated in FIGURE 5-6.

- The second static translation rule (rule number 3) is the corresponding Static Destination rule and expresses the Address Translation illustrated in FIGURE 5-8 on page 165 (see "Static Destination Mode" on page 164).

For a detailed description of the meaning of the fields in an Address Translation Rule Base, see "Structure of an Address Translation Rule" on page 173.



**Note** – Routing tables on the gateway and router may have to be modified to implement this scheme (see "Address Translation and Routing" on page 165).

## Static Destination Mode

Static Destination Mode translates valid addresses to invalid addresses for connections initiated by external clients. Static Destination Mode is used when servers inside the internal network have invalid IP addresses, and ensures that packets entering the internal network arrive at their proper destinations. Static Destination Mode is usually used together with Static Source Mode.

When you generate Address Translation rules automatically, Static Source Mode and Static Destination Mode rules are always generated in pairs.

---

1. For an explanation of why this rule is necessary, see "Can I translate the gateway's internal address?" on page 211.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012662

### Example

Suppose localnet is an internal network with invalid addresses, but a corresponding set of valid addresses is available, as follows:

| Valid IP addresses | Invalid IP addresses |
| --- | --- |
| 199.203.73.15 – 199.203.73.115 | 200.0.0.100 – 200.0.0.200 |

The second static translation rule (rule number 3) in FIGURE 5-7 on page 164 (generated from the **Address Translation** tab in FIGURE 5-5 on page 163) translates the valid addresses starting at 199.203.73.15 to the corresponding invalid addresses starting at 200.0.0.100. This is illustrated in FIGURE 5-8.



FIGURE 5-8    Address Translation using Static Destination Mode

 **Note** – Routing tables on the gateway and router may have to be modified to implement this scheme (see "Address Translation and Routing" below).

## Address Translation and Routing

### Configuring Routing on the Gateway

To correctly implement Address Translation, you must ensure that a return packet intended for a host whose address has been translated is routed back to that host. There are two routing issues involved:

- ▪ ensuring that the packet reaches the gateway
- ▪ ensuring that the gateway forwards the packet to the correct interface and host

 **Note** – You will usually have to reconfigure your routing tables on the gateway (and on any intervening routers) to implement Address Translation.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012663

Address Translation and Routing

## Ensuring That the Packet Reaches the Gateway

### From the Inside

The internal hosts (whose addresses are being translated) need a default route to the gateway, just as they do without Address Translation.

### From the Outside

The translated (valid) addresses must be published, so that replies will be routed back to the gateway.

However, a router positioned between the gateway and the Internet may fail to route reply packets to the translating gateway. Instead, the router rather sends ARP requests, looking for the physical (MAC) address of the imaginary translated address.

For example, consider the following network configuration (FIGURE 5-9), where the internal network's invalid addresses are hidden behind the non-existent IP address 199.203.73.3 (FIGURE 5-10 on page 167):



**FIGURE 5-9**   Hiding a Network

When the client (10.0.0.1) initiates a connection to the outside world, the gateway translates the packet's source address to 199.203.73.3, so when a reply packet arrives from the server, its destination address is 199.203.73.3. If no static route exists, the router sees that the packet is destined for a directly attached network

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012664

Configuring Routing on the Gateway

(199.203.73.x) and sends an ARP request querying for the physical address (MAC) of 199.203.73.3. But since 199.203.73.3 is an imaginary address, the router receives no response for its query and drops the packet.



FIGURE 5-10 Hiding a Network Behind a Non-Existent IP Address

There are three ways to solve this problem:

1    Reconfigure the Address Translation.

      Hide the invalid network behind the gateway's external address, as follows:



FIGURE 5-11 Hiding a Network Behind a Real IP Address

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012665

Address Translation and Routing

2   Another way of solving the problem is to change the routing on the router.

Define a static route on the router, using the equivalent of the Unix command:

```
route add 199.203.73.3 199.203.73.1 1
```

The route command can be added to the FireWall-1 startup script ($FWDIR/bin/fwstart) so that it is automatically executed each time FireWall-1 is started.

3   A third way of solving the problem is to change the routing on the gateway (proxy ARP method).

**Unix** — On the gateway, link 199.203.73.3 to the MAC address of the gateway's external interface.

```
arp -s 199.203.73.3 <MAC Address> pub
```

**NT** — Create a text file named local.arp in the $FWDIR\state directory. Each line in the file should be of the form:

```
<MAC Address>  <IP Address>
```

where <MAC Address> is 199.203.73.3's MAC Address, and <IP Address> is the gateway's external interface.

## Ensuring That the Gateway Forwards the Packet to the Correct Host

When translating the destination address of a connection (Static Destination Mode), packets may be forwarded to the wrong gateway interface if there are no static routes on the gateway to the translated (new) destination.

In this case, Address Translation takes place in the gateway only after internal routing but before transmission (see "Address Translation and Anti-Spoofing" on page 205), so the gateway's routing sees an external destination address. To ensure that these packets are correctly routed to an internal host (and not bounced back out to the Internet), use static routing (the OS route command) to define the same "next hop" for both addresses.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012666

Configuring Routing on the Gateway

For example, consider the following configuration:



**FIGURE 5-12** Static Address Translation



**FIGURE 5-13** Static Address Translation for mailsrvr

This results in the rules below (FIGURE 5-16):



**FIGURE 5-14** Static Address Translation rules

Chapter 5    Network Address Translation    169

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The second rule will work correctly only if the gateway knows that in order to reach the address 199.203.73.1, it should forward the packet to 10.0.0.1. To make this happen, add a static route on the gateway, using the command:

```
route add 199.203.73.1 10.0.0.1 1
```

The router too has to know that the packets to the translated address must be routed through the gateway. This can be achieved either by defining a static route on the router, or by having the gateway publish (to the router) the fact it has a route to the translated address. For additional information about this problem, see "Ensuring That the Packet Reaches the Gateway" on page 166.

## IANA Recommendations

RFC 1918 documents private address spaces for organizations that will not have hosts on the Internet.

The Internet Assigned Numbers Authority (IANA) has reserved the following three blocks of the IP address space for private networks:

TABLE 5-1   Private Networks Address Space

| class | from IP address ... | to IP address |
|-------|---------------------|---------------|
| A     | 10.0.0.0            | 10.255.255.255 |
| B     | 172.16.0.0          | 172.31.255.255 |
| C     | 192.168.0.0         | 192.168.255.255 |

An enterprise that decides to use IP addresses in the address spaces defined above can do so without any coordination with IANA or an Internet registry. The address space can thus be used by many enterprises. Addresses within this private address space will only be unique within the enterprise.

## Supported Services

### New Services

Network Address Translation now supports H.323, NetShow and VXtreme.

### Restrictions

TABLE 5-2 lists restrictions that apply to Address Translation when used with protocols that carry IP addresses or port numbers in the packet's data portion, as opposed to the IP or TCP or UDP header.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012668

TABLE 5-2 lists these restrictions.

**TABLE 5-2** Address Translation — Service Restrictions

| Service | Restrictions |
|---------|--------------|
| Xing | does not work with Address Translation |
| rshell | does not work with Address Translation |
| sqlnet2 | If the listener and server are on two different hosts whose IP addresses are being translated, then the difference between their untranslated IP addresses must be the same as the difference between their translated IP addresses. For example, if their original IP addresses are 200.200.200.1 and 200.200.200.11 (a difference of 10), then their translated IP addresses can be 199.199.199.20 and 199.199.199.30 (also a difference of 10), but not 199.199.199.20 and 199.199.199.40 (a difference of 20). |

## FTP `port` command

The FTP port command has been rewritten to support Address Translation, as specified in RFC 1631.

# Generating Address Translation Rules Automatically

## Overview

You can generate Address Translation rules for machines, networks and Address Ranges automatically, using the **Address Translation** tab of the network object's **Properties** window (Windows GUI) or the **Host Address Translation Properties** and **Network Address Translation Properties** windows (OpenLook GUI).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Generating Address Translation Rules Automatically

For example, FIGURE 5-15 shows the **Address Translation** tab of the **Network Properties** window (Windows GUI) and the **Network Address Translation Props** window (OpenLook GUI).



**FIGURE 5-15** Automatic Address Translation for a Network

To generate Address Translation rules for a network object, proceed as follows:

**1** Define the object whose address(es) will be translated using the Network Object Manager.

For information on the Network Object Manager, see Chapter 2, "Network Objects" of *Managing FireWall-1 Using the Windows GUI*.

**2** In the **Address Translation** tab of the object's Properties window (Windows GUI) or the **Host Address Translation Properties** or **Network Address Translation Properties** windows (OpenLook GUI), check **Add Automatic Address Translation Rules**.

When this box is checked, the other fields in the window are enabled.

**3** Select a **Translation Method** from the drop-down menu.

For information about translation methods, see "Translation Modes" on page 158.

**4** Enter an IP address for the translation.

If the **Translation Method** is **Hide**, then the IP address is the one behind which the object's addresses will be hidden (see "Hide Mode" on page 159).

If the **Translation Method** is **Static**, then the IP address is the first one in the range to which the object's addresses will be translated (see "Statically Translating Addresses" on page 162).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012670

**5**  In **Install On**, select a FireWalled object on which to install the generated Address Translation rule.

**All** means all the FireWalled objects that are able to perform Address Translation.

**6**  Click on **OK** or on **Apply**.

To view the Address Translation Rule Base (including the automatically generated rules), select the **Address Translation** tab in the Rule Base Editor (Windows and X/Motif only) or examine the .pf file.

The automatically generated rules are colored differently from manually defined rules, and are positioned first in the Address Translation Rule Base. Automatically generated rules cannot be modified using the Rule Base Editor, nor can you change their sequence. The automatically generated rules themselves can only be modified by editing the fields in the **Address Translation** tabs.

However, you can add rules before and after the automatically generated rules (see "Configuring Address Translation — Windows GUI" on page 173). If you add rules before the automatically generated rules and then add more automatically generated rules, the new automatically generated rules will be positioned together with the other automatically generated rules.

 **Note** – If a host for which Address Translation has been defined has more than one IP addresses (for example, if it is a gateway with multiple interfaces), the only IP address that will be translated is the IP address specified in the **General** tab of the **Workstation Properties** window (Windows GUI) or in the **Workstation Properties** window (OpenLook GUI).

# Configuring Address Translation — Windows GUI

## Overview

In the Windows GUI, Address Translation can be configured in the form of an Address Translation Rule Base. The Rule Base expression of an Address Translation rule enables you to:

■  specify objects by name rather than by IP address

■  restrict rules to specified destination IP addresses, as well as to the specified source IP Addresses

■  translate both source and destination IP addresses in the same packet

■  restrict rules to specified services (ports)

■  translate ports

## Structure of an Address Translation Rule

An Address Translation rule, like a Security Policy rule, consists of two elements:

■  conditions that specify when the rule is to be applied

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Configuring Address Translation — Windows GUI

■ the action to be taken when the rule is applied (that is, when the conditions are satisfied)

In the Windows GUI (FIGURE 5-16), the Address Translation Editor is divided into four sections:

■ **Original Packet**
■ **Translated Packet**
■ **Install On**
■ **Comment**



| No. | Original Packet | | | Translated Packet | | | Install On | Comment |
|---|---|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service | | |
| 1 | | | | | | | | Automatic rule (see the network object data). |
| 2 | ⊕ Any | ▣ mailsrvr (Valid Address) | ⊕ Any | = Original | ▣ mailsrvr | = Original | ⊕ All | Automatic rule (see the network object data). |

**FIGURE 5-16** Address Translation Rules in the Windows GUI

**Original Packet** and **Translated Packet** consist of, in turn:

■ **Source**
■ **Destination**
■ **Service**

**Original Packet** specifies the conditions, that is, when the rule is applied.

**Translated Packet** specifies the action to be taken when the rule is applied.

The action is always the same:

■ translate **Source** under **Original Packet** to **Source** under **Translated Packet**
■ translate **Destination** under **Original Packet** to **Destination** under **Translated Packet**
■ translate **Service** under **Original Packet** to **Service** under **Translated Packet**

If an entry under **Translated Packet** is **Original**, then the corresponding entry under **Original Packet** is not translated. TABLE 5-3 presents the various possibilities, using **Service** as an example.

**TABLE 5-3** Condition vs. Translation

| Original Packet Service is ... | Translated Packet Service is ... | |
|---|---|---|
| | Original | \<new service> |
| Any | no conditions on **Service**, and **Service** is not translated | invalid combination — Security Policy will not verify |
| \<old service> | the rule applies only to packets whose **Service** is \<old service>, and **Service** is not translated | the rule applies only to packets whose **Service** is \<old service>, and \<old service> is translated to \<new service> |

174    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Address Translation Rule Base Example

FIGURE 5-17 shows an example of an Address Translation Rule Base.

| No. | Original Packet | | | Translated Packet | | | Install On | Comment |
|---|---|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

**FIGURE 5-17** Manually Added Address Translation Rules

Rule 1

The first rule in FIGURE 5-17 (a Hide Mode rule — note the small letter **H** under natasha's icon) specifies that:

> **Condition** — when the original packet's **Source** address belongs to the network object **MyNetwork**
>
> **Action** — hide its **Source** address behind the address of the network object **natasha**

Rule 2

The second rule in FIGURE 5-17 (a Static Source Mode rule) specifies that:

> **Condition** — when the original packet's **Source** address is in the address range **IllegalAddresses**
>
> **Action** — translate its **Source** address to the corresponding address in the address range **LegalAddresses**

Rule 3

The third rule in FIGURE 5-17 (a Static Destination Mode rule) specifies that:

> **Condition** — when the original packet's **Destination** address is in the address range **LegalAddresses**
>
> **Action** — translate its **Destination** address to the corresponding address in the address range **IllegalAddresses**

Rule 4

The fourth rule in FIGURE 5-17 specifies that:

> **Condition** — when the original packet's **Service** is in the service range **StandardPorts** and its **Destination** is **DMZ-Servers**

Chapter 5    Network Address Translation    175

**Action** — translate its **Service** to the corresponding **Service** in the service range **NonStandardPorts**



**Note** – The first three rules in this example can be automatically generated by the method described in "Generating Address Translation Rules Automatically" on page 171. The last rule cannot be automatically generated.

## Compound Conditions

Conditions under **Original Packet** are ANDed together. For example, the fourth rule in FIGURE 5-17 has a compound condition, that is, there are two conditions to be met, both of which must be true in order for the rule to apply.

The two conditions are:

**1**    The original packet's service number is in the service range **StandardPorts**.

**2**    The original packet's **Destination** is **DMZ-Servers**.

It is not possible to express a compound condition in the command line representation.

## Multiple Translation

If the addresses in two internal networks are invalid, there may be problems in communications between the two networks (see "Gateway with Three Interfaces" on page 194 for further information), which arise because both the source and destination addresses of packets must be translated.

The Windows GUI allows the specification of multiple translations in a single rule. For example, FIGURE 5-18 shows a rule in which both the source and destination addresses of packets are translated.



| No. | Original Packet | | | Translated Packet | | | Install On | Comment |
|---|---|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service | | |
| 1 | | | | | | | | |

**FIGURE 5-18** Multiple Translation rule

For a detailed example of when a rule like this is necessary, see "Gateway with Three Interfaces" on page 194.

## Defining Address Translation Rules

To define an Address Translation rule using the Windows GUI, you must first define the objects that will be used in the rule.

Under **Source** and **Destination**, you can use any Machine or Network network object, including groups and **Address Range** objects.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012674

Defining Address Translation Rules

Under **Service**, you can use any TCP or UDP **Services** object, including groups and **Port Range** objects.

## Address Range

### Defining a Range of Addresses

To define a range of addresses, open the **Address Range Properties** window (FIGURE 5-20 on page 177) by selecting **Address Range** from the **Add Network Object** menu.



**FIGURE 5-19** Add Network Object menu

For information on how to display the **Add Network Object** menu, see "Defining Network Objects" on page 15 of *Managing FireWall-1 Using the Windows GUI*.



**FIGURE 5-20** Address Range Properties window

**Name** — the object's name

**First IP Address** — the first IP Address in the range

**Last IP Address** — the last IP Address in the range

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012675

Configuring Address Translation — Windows GUI

**Comment** — descriptive text

This text is displayed on the bottom of the **Network Object** window when this item is selected.

**Color** — the color of the object's icon

Select the desired color from the drop-down list.

## Port Range

### Defining a Range of Ports

To define a range of services, open the **Port Range Properties** window (FIGURE 5-22 on page 178) by selecting **Port Range** from the **Add Service Object** menu.



**FIGURE 5-21** Add Service Object menu

For information on how to display the **Add Service Object** menu, see "Defining Services" on page 81 of *Managing FireWall-1 Using the Windows GUI*.



**FIGURE 5-22** Port Range Properties window

**Name** — the object's name

**First Port** — the first service in the range

**Last Port** — the last service in the range

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012676

**Comment** — descriptive text

This text is displayed on the bottom of the **Network Object** window when this item is selected.

**Color** — the color of the object's icon

Select the desired color from the drop-down list.

**Protocol** — select **TCP** or **UPD**

## Using the Address Translation Rules Editor

To display the Address Translation Rules Editor (FIGURE 5-23), select the **Address Translation** tab in the Rule Base Editor.



| No. | Original Packet | | | Translated Packet | | | Install On | Comment |
|-----|--------|-------------|---------|--------|-------------|---------|------------|---------|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | InvalidLocalNet | ValidDMZ | Any | notasha | InvalidDMZ | = Original | All | |

**FIGURE 5-23** Address Translation Rules Editor

To return to the Rule Base Editor, select the **Rule Base** tab.

An Address Translation Rule Base is part of a Security Policy. If you have more than one Security Policy, then each of them can have a corresponding Address Translation Rule Base. The Address Translation Rule Base is installed when the Security Policy is installed.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012677

Configuring Address Translation — Windows GUI

## Editing an Address Translation Rule Base

### Adding a Rule

You can add a rule at any point in the Address Translation Rule Base, except between automatically generated rules.

TABLE 5-4  Adding a Rule

| To add a rule | Select from menu | Toolbar Button |
|---|---|---|
| after the last rule | **Rule, Add, Bottom** |  |
| before the first rule | **Rule, Add, Top** |  |
| after the current rule | **Rule, Add, Before** |  |
| before the current rule | **Rule, Add, After** |  |

A new rule will be added to the Address Translation Rule Base, and default values will appear in all the data fields. You can modify the default values as needed.



**Note** – To select a rule or rules, select their numbers.

### Modifying a Rule's Data Fields

To modify a data field in a rule, right click on the value. A menu will be displayed, from which you can choose the new value.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012678

Using the Address Translation Rules Editor

## Original Packet — Source

Source can consist of only one object. The types of objects allowed for Source under Original Packet depend on what is specified for Source under Translated Packet, as listed in TABLE 5-5.

TABLE 5-5    Original Packet - Source

| | If Translated Packet - Source is ... | | |
| | Original | Hide | Static |
|---|---|---|---|
| **Original Packet - Source can be ...** | Machine, Network, Address Range or a group of one of these | Machine, Network, Address Range or a group of one of these | Machine, Network, Address Range but not a group |

**Add** — The **Object Manager** window (FIGURE 5-24) is displayed, from which you can select a network object.



**FIGURE 5-24** Object Manager window

**Replace** — The **Object Manager** window (FIGURE 5-24) is displayed, from which you can select an object to replace the object currently in the rule's **Source**.

**Edit** — Edit the object in the rule's **Source**.

The appropriate window is opened (depending on the type of the selected object), and you can change the object's properties.

**Delete** — Delete the object currently in the rule's **Source**.

**Cut** — Delete the object currently in the rule's **Source** and put it on the clipboard.

Chapter 5    Network Address Translation    181

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Configuring Address Translation — Windows GUI

**Copy** — Copy the object currently in the rule's **Source** to the clipboard.

**Paste** — Paste the object on the clipboard in the rule's **Source**.

Original Packet — Destination

**Destination** can consist of only one object. The types of objects allowed for **Destination** under **Original Packet** depend on what is specified for **Destination** under **Translated Packet**, as listed in .

TABLE 5-6   Original Packet - Destination

| | If Translated Packet - Destination is ... | | |
| --- | --- | --- | --- |
| | **Original** | **Hide** | **Static** |
| **Original Packet - Destination can be ...** | Machine, Network, Address Range or a group of one of these | Machine, Network, Address Range or a group of one of these | Machine, Network, Address Range but not a group |

**Add** — The **Object Manager** window (FIGURE 5-24 on page 181) is displayed, from which you can select a network object.

**Replace** — The **Object Manager** window ( on page 181) is displayed, from which you can select an object to replace the object currently in the rule's **Destination**.

**Edit** — Edit the object in the rule's **Destination**.

The appropriate window is opened (depending on the type of the selected object), and you can change the object's properties.

**Delete** — Delete the object currently in the rule's **Destination**.

**Cut** — Delete the object currently in the rule's **Destination** and put it on the clipboard.

**Copy** — Copy the object currently in the rule's **Destination** to the clipboard.

**Paste** — Paste the object on the clipboard in the rule's **Destination**.

Original Packet — Service

**Services** can consist of only one object. The types of objects allowed for **Services** under **Original Packet** depend on what is specified for **Services** under **Translated Packet**, as listed in TABLE 5-7.

TABLE 5-7   Original Packet - Services

| | If Translated Packet - Services is ... | | |
| --- | --- | --- | --- |
| | **Original** | **Hide** | **Static** |
| **Original Packet - Services can be ...** | TCP, UDP, Range or group of one of the above | TCP, UDP, Range or group of one of the above | TCP, UDP, Range but not a group |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012680

Using the Address Translation Rules Editor

**Add** — The **Services** window (FIGURE 5-25) is displayed, from which you can select a service.



**FIGURE 5-25** Services window

**Replace** — The **Services** window (FIGURE 5-25) is displayed, from which you can select an object to replace the object currently in the rule's **Services**.

**Edit** — Edit the service.

The appropriate window is opened (depending on the type of the selected service), and you can change the service's properties.

**Delete** — Delete the object currently in the rule's **Services**.

**Cut** — Delete the object currently in the rule's **Services** and put it on the clipboard.

**Copy** — Copy the object currently in the rule's **Services** to the clipboard.

**Paste** — Paste the object on the clipboard in the rule's **Services**.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Translated Packet — Source

**Source** can consist of only one object. The types of objects allowed for **Source** depend on the type of Address Translation, as listed in .

TABLE 5-8   Translated Packet - Source

| | If the Address Translation is | |
|---|---|---|
| | **Hide** | **Static** |
| **Translated Packet - Source can be ...** | Machine, Network, or Range of same size as **Original Packet - Source** | Machine, Network, Router, or Range of size 1 |

**Add (Static)** — The **Object Manager** window (FIGURE 5-24 on page 181) is displayed, from which you can select a network object.

> The **Source** object under **Original Packet** will be translated to **Source** under **Translated Packet**, in Source Static Mode.

**Replace (Static)** — The **Object Manager** window (FIGURE 5-24 on page 181) is displayed, from which you can select an object to replace the object currently in the rule's **Source**.

> **Replace (Static)** is only available when the **Source** object was added by **Add (Static)**. If you wish to replace an **Add (Hide)** object by an **Add (Static)** object, first delete the **Add (Hide)** object, and then choose **Add (Static)** from the menu.

**Add (Hide)** — The **Object Manager** window (FIGURE 5-24 on page 181) is displayed, from which you can select a network object.

> The **Source** object under **Original Packet** will be translated to **Source** under **Translated Packet**, in Hide mode.

**Replace (Hide)** — The **Object Manager** window (FIGURE 5-24 on page 181) is displayed, from which you can select an object to replace the object currently in the rule's **Source**.

> **Replace (Hide)** is only available when the **Source** object was added by **Add (Hide)**. If you wish to replace an **Add (Static)** object by an **Add (Hide)** object, first delete the **Add (Static)** object, and then choose **Add (Hide)** from the menu.

**Edit** — Edit the **Source** object.

> The appropriate window is opened (depending on the type of the **Source** object), and you can change the object's properties.

**Delete** — Delete the object currently in the rule's **Source**.

> After you delete the object, **Source** is set to **Original**.

**Cut** — Delete the object currently in the rule's **Source** and put it on the clipboard.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012682

Using the Address Translation Rules Editor

After you cut the object, **Source** is set to **Original**.

**Copy** — Copy the object currently in the rule's **Source** to the clipboard.

**Paste** — Paste the object on the clipboard in the rule's **Source**.

Translated Packet — Destination

**Destination** can consist of only one object. The types of objects allowed for **Destination** depend on the type of Address Translation, as listed in TABLE 5-9.

**TABLE 5-9**  Translated Packet - Destination

| | If the Address Translation is | |
|---|---|---|
| | **Hide** | **Static** |
| **Translated Packet - Destination can be ...** | Machine, Network, or Range of same size as **Original Packet - Destination** | Machine, Network, Router, or Range of size 1 |

**Add (Static)** — The **Object Manager** window (FIGURE 5-24 on page 181) is displayed, from which you can select a network object.

The **Destination** object under **Original Packet** will be translated to **Destination** under **Translated Packet**, in Destination Static Mode.

**Replace (Static)** — The **Object Manager** window (FIGURE 5-24 on page 181) is displayed, from which you can select an object to replace the object currently in the rule's **Destination**.

**Replace (Static)** is only available when the **Destination** object was added by **Add (Static)**.

**Edit** — Edit the **Destination** object.

The appropriate window is opened (depending on the type of the **Destination** object), and you can change the object's properties.

**Delete** — Delete the object currently in the rule's **Destination**.

After you delete the object, **Destination** is set to **Original**.

**Cut** — Delete the object currently in the rule's **Destination** and put it on the clipboard.

After you cut the object, **Destination** is set to **Original**.

**Copy** — Copy the object currently in the rule's **Destination** to the clipboard.

**Paste** — Paste the object on the clipboard in the rule's **Destination**.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012683

Configuring Address Translation — Windows GUI

Translated Packet — Service

**Service** can consist of only one object. The types of objects allowed for **Service** are:

- TCP
- UDP
- Port Range

**Add (Static)** — The **Service** window (FIGURE 5-25 on page 183) is displayed, from which you can select a network object.

The **Service** object under **Original Packet** will be translated to **Service** under **Translated Packet.**

**Replace (Static)** — The **Service** window (FIGURE 5-25 on page 183) is displayed, from which you can select an object to replace the object currently in the rule's **Service.**

**Replace (Static)** is only available when the **Service** object was added by **Add (Static).**

**Edit** — Edit the **Service** object.

The appropriate window is opened (depending on the type of the **Service** object), and you can change the object's properties.

**Delete** — Delete the object currently in the rule's **Service.**

After you delete the object, **Service** is set to **Original.**

**Cut** — Delete the object currently in the rule's **Service** and put it on the clipboard.

After you cut the object, **Service** is set to **Original.**

**Copy** — Copy the object currently in the rule's **Service** to the clipboard.

**Paste** — Paste the object on the clipboard in the rule's **Service.**

Install On

The **Install On** field specifies which FireWalled objects will enforce the rule. You cannot change the **Install On** field for automatically generated rules, but you can change it for manual rules.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012684

Using the Address Translation Rules Editor

To modify the **Install On** field, right click on it. A menu is displayed, from which you can select one of the values listed in TABLE 5-10.

**TABLE 5-10** Install On Menu

| Install On | Meaning |
|---|---|
| ![GW] | **Gateways** — Enforce on all network objects defined as gateways. |
| ![icon] | **Integrated FireWalls** — Enforce on all network objects defined as integrated FireWalls. |
| ![icon] | **Targets** — Enforce on the specified target object(s) only. |

If you choose **Targets**, then the **Select Target** window is displayed, from which you can choose a FireWalled gateway or host (but not a router), on which to install the Address Translation rule.



**FIGURE 5-26** Select Target window

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012685

Configuring Address Translation — Windows GUI

## Comment

You can add comments to a rule. Double click on the **Comment** field to open the **Comment** window (FIGURE 5-27).



**FIGURE 5-27** Comment window

Type any text you wish in the text box and click on **OK**.

## Copying, Cutting and Pasting Rules

To copy, cut or paste, select a rule or rules by selecting their numbers.

**TABLE 5-11** Copying, Cutting and Pasting Rules

| Action | Select from menu | Toolbar Button |
|--------|------------------|----------------|
| Cut | **Edit, Cut** | |
| Copy | **Edit, Copy** | |
| Paste | **Edit, Paste** | |

If you choose **Paste**, then the **Paste** menu will be opened. You must then select **Before**, **After**, **Top**, or **Bottom** to specify where in the Rule Base to paste the rule.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          FIN012686

# Configuring Address Translation — Command Line Interface

To configure Address Translation, run the Address Translation configuration utility fwxlconf.

A listing of the current configuration is displayed, and then you are asked to select one of the following options:

```
Which of the following do you want ?
(1) Add/Change a translation entry
(2) Delete a translation entry
(3) Add interface
(4) Delete interface
(5) Add host
(6) Delete host
(7) Save configuration
(8) Restore configuration from Disk
(9) Quit
```

From this point on, you can modify the configuration or quit.

To restrict Address Translation to a subset of the gateway's interfaces, select the "Delete interface" and "Add Interface" options.

By default, Address Translation is installed on all FireWalled hosts, except for routers and embedded systems. You can install Address Translation on subset of the FireWalled hosts, select the "Delete host" and "Add host" options from the menu.

The Address Translation you have configured will be in effect starting with the next time you install a Security Policy, either by selecting **Install** from the **Policy** menu (in the Rule Base editor) or using the command line.

The Address Translation rules are in the file $FWDIR/conf/xlate.conf.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012687

## Differences Between the Command Line Interface and the GUI

There are a number of significant differences between the Command Line and Rule Base expressions of Address Translation rules:

**TABLE 5-12** Differences between Command Line and Rule Base expression

|  | GUI | command line |
|---|---|---|
| addresses | by name | by IP Address |
| range to range mapping | verifies that both ranges contain the same number of objects | only the first item in the range is specified |
| compound conditions | available | not available |
| multiple translation | available | not available |
| translated addresses expressed as | machines, networks, ranges, groups | only machines and machine ranges |

For example, the first three rules in the Address Translation rules shown in FIGURE 5-17 on page 175 would be written as follows using the command line interface:

| No. | From Original Address (Port) | To Original Address (Port) | Method | First Translated Address (Port) |
|---|---|---|---|---|
| 0 | 172.45.126.1 | 172.45.126.39 | FWXT_HIDE | 172.45.125.60 |
| 1 | 192.9.200.9 | 192.9.200.9 | FWXT_SRC_STATIC | 172.45.125.209 |
| 2 | 172.45.125.209 | 172.45.125.209 | FWXT_DST_STATIC | 192.9.200.9 |

The fourth rule cannot be expressed in the command line interface (see "Multiple Translation" on page 176).



**Note** – If you previously used `fwxlconf` to configure your Address Translation rules, you must convert your configuration file (`$FWDIR/conf/xlate.conf`) to the format supported by the Windows GUI. If you did not do this when you upgraded your FireWall-1 software, you can convert the configuration file by running the FireWall-1 configuration program. For additional information, see Chapter 2, "Installing FireWall-1" in *Getting Started with FireWall-1*.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012688

## Address Translation Examples

| | |
|---|---|
| *Gateway with Two Interfaces* | *page 191* |
| *Gateway with Three Interfaces* | *page 194* |

### Gateway with Two Interfaces

Consider the following network and Address Translation configuration:



FIGURE 5-28 Gateway with Two Interfaces Example – Network

### Defining Address Translation

Since the mailserver accepts and initiates connections, it requires static translation, as shown in FIGURE 5-29 on page 192.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012689

Address Translation Examples



**FIGURE 5-29** mailserver – static translation

Similarly, the Address Range from 10.0.67.0 to 10.0.67.16 is meant to provide public services, such as HTTP or FTP, to the outside world, and so it too requires Static Translation.



**FIGURE 5-30** PublicServers Address Range

These addresses are mirrored as the seventeen (17) addresses from 199.203.73.64 to 199.203.73.80. So, for example, when an outside machine sends a packet to IP address 199.203.73.70, the packet will actually arrive at 10.0.67.6.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012690

Gateway with Two Interfaces

Finally, localnet addresses will be hidden behind the IP address of the gateway's external interface, 199.203.73.2 (FIGURE 5-31).



FIGURE 5-31 localnet Network Properties and Address Translation tabs

The rules generated from these definitions are shown in FIGURE 5-32.



| No. | Original Packet | | | Translated Packet | | |
|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service |
| 1 | Any | Any | Any | mailserver (Valid Address) | mailserver | = Original |
| 2 | Any | mailserver (Valid Address) | Any | = Original | mailserver | = Original |
| 3 | PublicServers | PublicServers | Any | = Original | = Original | = Original |
| 4 | PublicServers | Any | Any | PublicServers (Valid Addresses) | = Original | = Original |
| 5 | Any | PublicServers (Valid Addresses) | Any | = Original | PublicServers | = Original |
| 6 | localnet | localnet | Any | = Original | = Original | = Original |
| 7 | localnet | Any | Any | localnet (Hiding Address) | = Original | = Original |

FIGURE 5-32 Address Translation Rule Base

## Routing

Assume that the Internet routes IP addresses in the network 199.203.73.0 to the router.

Then you should ensure that:

*1* The router routes IP addresses in the network 199.203.73.0 to the gateway.

Chapter 5   Network Address Translation   **193**

2    The gateway routes IP address 199.203.73.3 to the internal interface (10.0.0.1).

3    The gateway routes IP addresses 199.203.73.64 to 199.203.73.80 to the internal interface (10.0.0.1).

## Gateway with Three Interfaces

### Hide Mode and Static Mode

Consider the following network and Address Translation configuration:



**FIGURE 5-33** Gateway with Three Interfaces Example - Network

Suppose we wish to hide all the localnet and DMZ hosts behind the gateway, except for host 192.9.200.9 (HTTPServer), which will be providing public services and so must be accessible from the Internet.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012692

Gateway with Three Interfaces

Defining Address Translation

Hiding localnet

To hide localnet addresses, define Address Translation as follows for localnet:



FIGURE 5-34 Hiding localnet

Hiding PrivateNet

To hide PrivateNet addresses, define Address Translation as follows for PrivateNet:



FIGURE 5-35 Hiding PrivateNet

Chapter 5    Network Address Translation    195

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Address Translation Examples

HTTPServer

To statically translate HTTPServer's address, define its Address Translation as follows:



**FIGURE 5-36** Translating HTTPServer

Rules

The rules generated from these definitions is shown in FIGURE 5-37.

| No. | Original Packet | | | Translated Packet | | | Install On |
|-----|------|------|------|------|------|------|------|
| | **Source** | **Destination** | **Service** | **Source** | **Destination** | **Service** | |
| 1 | HTTPServer | Any | Any | HTTPServer (Valid Address) | Original | Original | All |
| 2 | Any | HTTPServer (Valid Address) | Any | Original | HTTPServer | Original | All |
| 3 | PrivateNet | PrivateNet | Any | Original | Original | Original | All |
| 4 | PrivateNet | Any | Any | PrivateNet (Hiding Address) | Original | Original | All |
| 5 | localnet | localnet | Any | Original | Original | Original | All |
| 6 | localnet | Any | Any | localnet (Hiding Address) | Original | Original | All |

**FIGURE 5-37** Automatically Generated Rules – Three Interfaces

Note that the Static Mode rules are positioned before the Hide Mode rules.

Communications Between Hosts in Different Internal Networks

Address Translation works much like the Rule Base. The Address Translation rules are scanned sequentially, one after the other, until a match is found. The Address Translation indicated by the matching rule is performed, and then the packet is sent on its way.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012694

Gateway with Three Interfaces

Suppose host 172.45.126.47 (in localnet) tries to TELNET to host 172.45.125.209 (the valid address of HTTPServer whose invalid address is 192.9.200.9) in PrivateNet. The first rule that matches is rule 2, so the destination address 172.45.125.209 is translated to 192.9.200.9, and the packet arrives at its destination. The packet's source address (172.45.126.47) remains untranslated, so the reply will be sent to 172.45.126.47 and arrive at its destination.

Routing

Assume that the Internet routes the IP addresses in the network 192.45.125.0 to the router.

Then you should ensure that:

**1** The router routes the IP addresses in the network 192.45.125.0 to the gateway:

**2** The gateway routes IP address 172.45.125.209 to the internal interface (192.9.200.1).

## Both Networks Statically Translated

Consider the following network and Address Translation configuration:



**FIGURE 5-38** Three Interfaces - Both Networks Statically Translated

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Address Translation Examples

Suppose we wish to statically translate the addresses in both networks (localnet and PublicNet). The automatically generated Address Translation Rule Base is show in FIGURE 5-39.

| No. | Original Packet | | | Translated Packet | | | Install On |
|---|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service | |
| 1 | PublicNet | PublicNet | Any | Original | Original | Original | All |
| 2 | PublicNet | Any | Any | PublicNet (Valid Addresses) | = Original | = Original | All |
| 3 | Any | PublicNet (Valid Addresses) | Any | = Original | PublicNet | = Original | All |
| 4 | localnet | localnet | Any | = Original | = Original | = Original | All |
| 5 | localnet | Any | Any | localnet (Valid Addresses) | = Original | = Original | All |
| 6 | Any | localnet (Valid Addresses) | Any | = Original | localnet | = Original | All |

**FIGURE 5-39** Rule Base - Both Networks Statically Translated

## Communications Between Hosts Behind the Same Gateway

Suppose a host in localnet tries to TELNET to a host in PublicNet, using the PublicNet host's valid IP address as the destination IP address. The first rule that applies is rule 3, so the destination address is translated and the packet is correctly routed to the destination. The reply packets are correctly routed as well, since the source IP address is not translated.

On the other hand, suppose a host in PublicNet tries to TELNET to a host in localnet, using the localnet host's valid IP address as the destination IP address. The first rule that matches is rule 2, so the source address is translated, but the destination address is not translated, so the packet will *not* arrive at its destination.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012696

Gateway with Three Interfaces

Multiple Translation Rules

One solution is to add two rules before the automatically generated rules as follows:



| No. | Original Packet | | | Translated Packet | | |
|-----|--------|-------------|---------|--------|-------------|---------|
|     | Source | Destination | Service | Source | Destination | Service |
| 1 | PublicNetInvalid | localnetValid | Any | PublicNetValid | localnetInvalid | Original |
| 2 | | | | | | |
| 3 | | | Any | Original | Original | Original |
| 4 | | Any | Any | PublicNet (Valid Addresses) | Original | Original |
| 5 | Any | PublicNet (Valid Addresses) | Any | Original | Original | Original |
| 6 | Any | localnet | Any | Original | Original | Original |
| 7 | Any | Any | Any | localnet (Valid Addresses) | Original | Original |
| 8 | localnet (Valid Addresses) | Any | Any | localnet | Original | Original |

**FIGURE 5-40** Multiple Translation Rules Added to Automatically Generated Rules

Now, both source and destination IP addresses will be translated, so packets will be routed to their correct destinations.

Simple Rules

Another solution is to add the same two rules, but to set **Source** under **Translated Packet** to **Original**. This solution will work because there is really no need to translate the source IP address when both networks are connected to the same gateway, which knows how to route to the internal invalid IP addresses of both networks.

Communications Between Hosts Behind Different Gateways

Consider the case when the internal networks are connected to different gateways controlled from the same Management Station. In this case, both source and destination IP addresses must be translated, because each gateway knows how to route only to its own internal invalid IP addresses. Therefore, only the first of the above solutions (multiple translation rules) will work.

# Managing PIX Address Translation

PIX Address Translation can be manually configured through the FireWall-1 Address Translation Rule Base editor (Windows GUI). This method of configuration simplifies the management of PIX Address Translation.



**Note –** PIX does not support automatically generated Address Translation rules. Properties defined in the **NAT** tab of a network object are not applied. Address Translation rules installed on a PIX blackbox must be manually configured. See "Defining Address Translation Rules" on page 176 for more information.

Chapter 5    Network Address Translation    199

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012697

Managing PIX Address Translation

## Overview

PIX performs address translation for the networks on its inside interface only. These networks must be specified as the **"Inside Addresses"** in the **Setup A** tab of the **Blackbox Properties** window (Windows GUI). Addresses of hosts on the PIX outside interface are not translated.

PIX maps addresses of the inside hosts to a range of valid IP addresses, known as the PIX "Global Pool." PIX supports both the dynamic and static Address Translation modes, but manages these modes differently from FireWall-1.

Dynamic

In PIX dynamic Address Translation, a range of internal, or "inside" addresses is mapped to the Global Pool. Valid addresses are dynamically assigned to internal hosts per connection. Valid addresses are assigned according to availability and are returned to the global pool when a connection closes or times out.

For example, the 15 hosts of an internal network share a global pool of 10 valid addresses. If 10 hosts have connections open, then each of the remaining 5 hosts must wait until a connection times out in order to receive a valid address and open a connection.

For more information on PIX dynamic Address Translation and global pools, consult the Cisco PIX documentation.

Static

An invalid address from the inside private network is permanently mapped to a single valid address from the Global Pool. Static Address Translation is used for internal service hosts, such as an SMTP server. Static Mode ensures that a specific inside host can have unique, valid IP addresses.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012698

## Using PIX in the Address Translation Rule Base

A subset of the FireWall-1 Address Translation Rule Base editor features are available for PIX. TABLE 5-13 compares the features supported by PIX and FireWall-1.

**TABLE 5-13** Comparison of PIX and FireWall-1 in the Address Translation Rule Base

|  | PIX | FireWall-1 |
|---|---|---|
| **Dynamic Address Translation (Hide Mode)** | A range of invalid addresses is dynamically mapped to a range of valid addresses (Global Pool). | Many invalid addresses are translated to a single valid address. The invalid addresses are "hidden" behind a single address. (see "Hide Mode" on page 159) |
| **Static Address Translation** | static source mode only | both static source and static destination mode |
| **compound conditions** | not available | available |
| **restrict rules to specific destination addresses** | not available | available |
| **multiple translation** | not available | available |
| **translate ports** | not available | available |
| **restrict rules to specific services** | not available Rules restricting connections to translated hosts are specified in the Security Policy Rule Base. See "PIX Address Translation Example" on page 202. | available |

### Source

Dynamic and static Address Translation is performed only for the objects listed under **Source** in both **Original Packet** and **Translated Packet**.

**Source** can consist of only one object. The types of objects allowed for **Source** under **Original Packet** depend on what is specified for **Source** under **Translated Packet**, as listed in TABLE 5-14.

**TABLE 5-14** Original Packet – Source

|  | If Translated Packet – Source is ... | | |
|---|---|---|---|
|  | **Original** | **Hide** | **Static** |
| **Original Packet – Source can be ...** | Workstation or Address Range | Address Range | Workstation |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012699

Managing PIX Address Translation

### Destination

The PIX blackbox does not allow you to specify rules to translate a packet's destination address in the Address Translation Rule Base. Connections from outside to inside hosts are enabled through the Security Policy Rule Base (see "PIX Address Translation Example" on page 202). When defining an Address Translation Rule Base, set **Destination** under **Original Packet** to **Any**. **Destination** under **Translated Packet** must be set to **Original**.

### Service

Rules which translate ports or restrict connections to specific services cannot be specified in the Address Translation Rule Base. Connections to inside hosts are restricted to specific services only through rules in the Security Policy Rule Base (see "PIX Address Translation Example" on page 202). When defining Address Translation rules, set **Service** under **Original Packet** to **Any**. **Service** under **Translated Packet** must be set to **Original**.

### Install On

Address Translation rules must be installed on the specific PIX blackbox that will enforce the rule. You must choose **Targets** from the **Install On** menu. The **Select Target** window (FIGURE 5-26 on page 187) is displayed, from which you can choose the PIX blackbox on which to install the Address Translation rule.

## PIX Address Translation Example

The following example describes how to define an Address Translation Rule Base for a single PIX blackbox with one network on the inside interface.

Consider the following configuration:



**FIGURE 5-41** Example Configuration

To implement Address Translation for this configuration, you must first define two Address Range objects: one for the inside network and one for the PIX Global Range of addresses.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012700

PIX Address Translation Example



FIGURE 5-42 Address Range Properties — Inside Addresses and Global Addresses

 **Note** – The Inside Network must already be specified as the PIX blackbox's **Inside Addresses** in the **Setup A** tab of the **Blackbox Properties** window (Windows GUI) or the **Blackbox Properties** window (OpenLook GUI).

Next, define a Hide Mode rule that dynamically maps the inside network    (**Inside Addresses**) to the range of **GlobalAddresses**. This rule must be located first in the Address Translation Rule Base, before any other rules.



| No. | Original Packet | | | Translated Packet | | | Install On |
|---|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service | |
| 1 | | | | | | | |

FIGURE 5-43 Hide Mode rule

Note that in the Address Translation Rule Base, Hide Mode rules are used to dynamically map the inside network to the PIX Global Pool.

The first rule only enables inside hosts to initiate connections to external hosts. In order to allow connections from the outside to a specific inside host, you must statically assign a Global Address to that host. This assures that this host has a unique, valid address and can always be reached from the outside.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012701

Managing PIX Address Translation

To statically map a host, you must create two workstation objects: one specifying the host's internal address, and one with the host's Global Address (see FIGURE 5-44).

 

FIGURE 5-44 Workstation Properties — Inside Host and Corresponding Global Address

Next, define an Address Translation rule that statically translates packets from the inside host to its Global Address. The Address Translation rules below provide static Global Addresses for two hosts: **AdminInside** and **InsideWeb**, a web server.



| No. | Original Packet | | | Translated Packet | | | Install On |
|---|---|---|---|---|---|---|---|
| | Source | Destination | Service | Source | Destination | Service | |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | InsideWeb | Any | Any | WebGlobal | = Original | = Original | PIX1 |

FIGURE 5-45 Address Translation Rule Base with Static Address Translation rules

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012702

You must then define rules in the Security Policy Rule Base that enable connections between the inside network and external hosts.



**FIGURE 5-46** Security Policy Rule Base

- Rule 1 enables connections from hosts in an external network (**Extnet**) to any inside host with a Global address.
- Rule 2 enables **AdminInside** to connect to any external host.
- Rule 3 enables any external host to access the web server.
- Rule 4 allows all hosts in the inside network to connect to a host on **Extnet**.

# Advanced Topics

## Address Translation and Anti-Spoofing

Anti-Spoofing examines the source IP address for incoming packets (entering a gateway), and the destination IP address for outgoing packets (leaving a gateway).

Anti-Spoofing is described in "Valid Addresses" on page 25 of *Managing FireWall-1 Using the Windows GUI* and in "Anti-Spoofing" on page 35 of *Managing FireWall-1 Using the OpenLook GUI*.

Address Translation takes place as follows:

- for a packet going from the client (the initiator of the connection) to the server, just before the packet leaves the interface closest to the server
- for a packet going from the server to the client, just after the packet enters the interface closest to the server

### Automatically Generated Rules

You do not have to do anything to ensure that anti-spoofing is performed correctly for those objects for which you generate Address Translation rules automatically. There is one exception: for static destination mode translation, you must add the translated addresses to the internal interface's **Valid Addresses**. See "Static Destination Mode" on page 208 for more information about this case.

This remainder of this section describes anomalies which must be considered when you define Address Translation manually. The examples illustrate the interaction between Address Translation and Anti-Spoofing for each of the Address Translation modes.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012703

Advanced Topics

## Hide Mode

FIGURE 5-47 shows a gateway performing both Address Translation (in Hide Mode) and Anti-Spoofing on a packet and its reply as they pass through the gateway.



**FIGURE 5-47** Address Translation and Anti-Spoofing (Hide Mode)

### Original Packet

On the internal interface, Anti-Spoofing sees an incoming packet with an internal source IP address, which is normal.

On the external interface, Anti-Spoofing sees an outgoing packet with an external destination IP address, which is normal.

### Reply Packet

On the external interface, Anti-Spoofing sees an incoming packet with an external source IP address, which is normal.

On the internal interface, Anti-Spoofing sees an outgoing packet with an internal destination IP address, which is normal.

### Conclusion

In Hide Mode, there is no conflict between Address Translation and Anti-Spoofing.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012704

Address Translation and Anti-Spoofing

## Static Source Mode

FIGURE 5-48 shows a gateway performing both Address Translation (in Static Source Mode) and Anti-Spoofing on a packet and its reply as they pass through the gateway.



**FIGURE 5-48** Address translation and Anti-Spoofing (Static Source Mode)

### Original Packet

On the internal interface, Anti-Spoofing sees an incoming packet with an internal source IP address, which is normal.

On the external interface, Anti-Spoofing sees an outgoing packet with an external destination IP address, which is normal.

### Reply Packet

On the external interface, Anti-Spoofing sees an incoming packet with an external source IP address, which is normal.

On the internal interface, Anti-Spoofing sees an outgoing packet with an internal destination IP address, which is normal.

### Conclusion

In Static Source Mode, there is no conflict between Address Translation and Anti-Spoofing.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012705

Advanced Topics

## Static Destination Mode

FIGURE 5-49 shows a gateway performing both Address Translation (in Static Destination Mode) and Anti-Spoofing on a packet and its reply as they pass through the gateway.



**FIGURE 5-49** Address translation and Anti-Spoofing (Static Destination Mode)

### Original Packet

On the external interface, Anti-Spoofing sees an incoming packet with an external source IP address, which is normal.

On the internal interface, Anti-Spoofing sees an outgoing packet with an external destination IP address, which is *not* normal.

To correct the problem, add the translated (external) IP addresses to the **Valid Addresses** on the internal interface.

### Reply Packet

On the internal interface, Anti-Spoofing sees an incoming packet with an external source IP address, which is *not* normal.

To correct the problem, add the translated (external) IP addresses to the **Valid Addresses** on the internal interface.

On the external interface, Anti-Spoofing sees an outgoing packet with an external destination IP address, which is normal.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012706

Address Translation and Anti-Spoofing

## Example

Consider the following network and Address Translation configuration:



**FIGURE 5-50** Address Translation and Anti-Spoofing (Example)

| No. | From Original Address (Port) | To Original Address (Port) | Method | First Translated Address (Port) |
|-----|------------------------------|----------------------------|--------|----------------------------------|
| O | 199.203.73.15 | 199.203.73.115 | FWXT_DST_STATIC | 200.0.0.100 |

On the internal interface (le1), Anti-Spoofing sees outgoing packets with external destination IP addresses (199.203.73.15 – 199.203.73.115) and incoming packets with external source IP addresses (199.203.73.15 – 199.203.73.115). To prevent these packets from being identified as spoofed packets, you must add the translated addresses to the internal interface's **Valid Addresses**.

### Defining Valid Addresses

1   Define a network object (for example, "localnet") for the invalid internal network (200.0.0.0).

2   Define a network object (for example, "xlnet") for the translated addresses (199.203.73.0).

3   Define a group (for example, "bothnets") which consists of localnet and xlnet.

4   For le1 (the internal interface), define the **Valid Addresses** as **bothnets**.

5   For le0 (the external interface), define the **Valid Addresses** as **Others**.

Chapter 5    Network Address Translation    **209**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 3
## PART 4

Frequently Asked Questions

## Rule Base

 **Note –** This section describes anomalies which must be considered when you define Address Translation manually. If you generate Address Translation rules automatically, these considerations do not apply.

The Inspection Module sees the packet as the initiator of the connection sees it, and the Rule Base should be defined accordingly.

In the usual situation, this means that if the source (from the initiator's point of view) is an internal host and the destination an external one, then the source object in the rule should be the internal invalid address.

If, from the initiator's point of view, the source is an external host and the destination is an internal one, then the destination objects in the rule should be the external addresses of the FWXT_DST_STATIC translated hosts(s).

For example, consider the network configuration and Address Translation rules described in FIGURE 5-28 on page 191. A rule in the Rule Base that refers to incoming mail would specify the mail server (under **Destination**) as 199.203.73.3, because the initiator of the communication (the outside host) knows the mail server under that name (IP address).

On the other hand, a rule in the Rule Base that refers to outgoing mail would specify the mail server (under **Source**) as 10.0.0.2, because the initiator of the communication (the internal network) knows the mail server under that name (IP address).

## Frequently Asked Questions

| | |
|---|---|
| *Why do the translated addresses seem not to exist (I can't even ping them) even though the Address Translation configuration is correct?* | *page 210* |
| *Can I translate the gateway's internal address?* | *page 211* |
| *How can I use Encryption and Address Translation together on the same system?* | *page 213* |
| *What happens when an internal host with an invalid internal IP address tries to communicate with an external host that has the same IP address?* | *page 214* |
| *How can I overcome the limit on the number of lines in the file $FWDIR/ conf/xlate.conf?* | *page 215* |
| *How can I install different Address Translation configurations on different network objects controlled by the same Management Station?* | *page 216* |

Why do the translated addresses seem not to exist (I can't even ping them) even though the Address Translation configuration is correct?

You must modify the gateway's internal routing tables to enable this to happen.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012708

Rule Base

Suppose the Address Translation is configured as follows:

| No. | From Original Address (Port) | To Original Address (Port) | Method | First Translated Address (Port) |
|---|---|---|---|---|
| 0 | 206.73.224.1 | 206.73.224.1 | FWXT_SRC_STATIC | 192.168.145.11 |
| 1 | 192.168.145.11 | 192.168.145.11 | FWXT_DST_STATIC | 206.73.224.1 |
| 2 | 206.73.224.85 | 206.73.224.85 | FWXT_SRC_STATIC | 192.168.145.12 |
| 3 | 192.168.145.12 | 192.168.145.12 | FWXT_DST_STATIC | 206.73.224.85 |

If you ping 192.168.145.11 (whether from outside your network or from inside it), then the gateway routes the ping request to its external interface and it is never received by 192.168.145.11. This is because the internal routing takes place before the Address Translation (see "Address Translation and Anti-Spoofing" on page 205).

In order to be able to ping 192.168.145.11 and 192.168.145.12, you must add static routes in the gateway which tell it to forward packets destined for 192.168.145.11 and 192.168.145.12 to the internal interface.

For additional information, see "Configuring Routing on the Gateway" on page 165.

Can I translate the gateway's internal address?



**Note –** This section describes anomalies which must be considered when you define Address Translation manually. If you generate Address Translation rules automatically, these considerations do not apply.

You should not translate the internal address (the address of the internal interface) of the translating gateway.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012709

Frequently Asked Questions

For example, consider the following network and Address Translation configuration:



**FIGURE 5-51** Hidden Internal Network

| No. | From Original Address (Port) | To Original Address (Port) | Method | First Translated Address (Port) |
|-----|------------------------------|----------------------------|--------|--------------------------------|
| 0 | 10.0.0.1 | 10.255.255.255 | FWXT_HIDE | 199.203.73.200 |

This example shows a simple translation scheme that hides the entire internal network, whose addresses are invalid, behind a valid address. The problem with this configuration is that the FireWalled gateway's internal address (10.0.0.8) is also translated to the gateway's external address, since 10.0.0.8 is in the range 10.0.0.0 – 10.255.255.255. An attempt to communicate from the gateway to an internal machine will not succeed.

For example, if you TELNET from the gateway to 10.0.0.1, the gateway's internal address (10.0.0.8) will be translated to 199.203.73.200. The reply packet will not reach its destination, because 10.0.0.1 will not be able to route the reply to 199.203.73.200.

To solve this problem, use the following address translation scheme, which translates all the addresses except the gateway's address:

| No. | From Original Address (Port) | To Original Address (Port) | Method | First Translated Address (Port) |
|-----|------------------------------|----------------------------|--------|--------------------------------|
| 0 | 10.0.0.1 | 10.0.0.7 | FWXT_HIDE | 199.203.73.200 |
| 1 | 10.0.0.9 | 10.255.255.255 | FWXT_HIDE | 199.203.73.200 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012710

Rule Base

How can I use Encryption and Address Translation together on the same system?

 **Note –** You do not have to do anything to ensure that Encryption is performed correctly for those objects for which you generate Address Translation rules automatically. This section describes anomalies which must be considered when you define Address Translation manually.

For example, suppose you want to encrypt between Network-A and Network-B, where Network-A uses invalid addresses translated as follows:

| No. | From Original Address (Port) | To Original Address (Port) | Method | First Translated Address (Port) |
|-----|------------------------------|----------------------------|--------|----------------------------------|
| 0 | 10.1.1.2 | 10.1.1.2 | FWXT_SRC_STATIC | 192.91.18.2 |
| 1 | 192.91.18.2 | 192.91.18.2 | FWXT_DST_STATIC | 10.1.1.2 |
| 2 | 10.1.1.3 | 10.1.1.255 | FWXT_HIDE | 192.91.18.3 |

Network-B uses the valid addresses of network 195.8.5.0.

FireWall-A (Network-A's FireWall) should specify as its Encryption Domain both the invalid addresses (10.1.1.x) and the valid addresses (192.91.18.x).

FireWall-B (Network-B's FireWall) knows FireWall-A only by its valid address.

Encryption Rules

On FireWall-A, two Encryption rules are needed:

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|------------|
| 10.1.1.0 | 195.8.5.0 | Any | Encrypt | Short Log | Gateways |
| 195.8.5.0 | 192.91.18.0 | Any | Encrypt | Short Log | Gateways |

As with all Address Translation, the Inspection Module see the packets as the originator of the connection sees it, so the first rule applies to outgoing connections and the second rule applies to incoming connections.

Two Encryption rules are needed on FireWall-B as well:

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|------------|
| 192.91.18.0 | 195.8.5.0 | Any | Encrypt | Short Log | Gateways |
| 195.8.5.0 | 192.91.18.0 | Any | Encrypt | Short Log | Gateways |

Chapter 5    Network Address Translation    213

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012711

Here too the first rule applies to outgoing connections and the second rule applies to incoming connections, but the same addresses are used in both rules, since FireWall-B doesn't know about Network-A's invalid addresses.

The sequence of actions between Network-A and Network-B is as follows (for a connection from Network-A to Network-B):

*1*  The packet is encrypted by FireWall-A.

*2*  The packet's source IP address is translated by FireWall-A.

*3*  The packet is decrypted by FireWall-B.

*4*  The return packet is encrypted by FireWall-B.

*5*  The return packet's destination IP address is translated by FireWall-A.

*6*  The return packet is decrypted by FireWall-A.

What happens when an internal host with an invalid internal IP address tries to communicate with an external host that has the same IP address?

In this case, the internal network does not conform to the IANA recommendations (see "Frequently Asked Questions" on page 210) but instead uses IP addresses that "belong" to another network.

Consider what happens when the internal host 129.1.1.1 in FIGURE 5-52 tries to talk to the external host 129.1.1.1.



**FIGURE 5-52** Invalid IP Addresses

The outbound packet will remain in the host, since it looks like this:

| Source IP Address | Destination IP address |
|---|---|
| 129.1.1.1 | 129.1.1.1 |

214  FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012712

The host will route the packet right back to its itself, and the packet will never reach the gateway.

If the internal host 128.1.1.1 tries to talk to the external host 129.1.1.1, the gateway will route the communication to the internal host 129.1.1.1 (connected to the gateway through another interface) rather than to the external host 129.1.1.1.

Using FWXT_HIDE to hide the invalid IP addresses behind the gateway's valid address will not help, because with FWXT_HIDE the Address Translation takes place on the gateway's external interface. The packet will not get that far because it will have been routed to the other internal interface (see "Address Translation and Anti-Spoofing" on page 205).

How can I overcome the limit on the number of lines in the file $FWDIR/conf/xlate.conf?

 **Note** – This section describes anomalies which must be considered when you define Address Translation manually. If you generate Address Translation rules automatically, these considerations do not apply.

There is no limit to the number of lines in $FWDIR/conf/xlate.conf, but the fwxlconf utility does not handle files with more than 98 lines.

$FWDIR/conf/xlate.conf is an ASCII file that can be manually edited, using any ASCII editor.

You can use fwxlconf to configure the first 98 entries and then manually edit $FWDIR/conf/xlate.conf to add additional entries. Edit only the following table:

```
fwx_translation={
        ...
};
```

Here is an example of an fwx_translation table:

```
fwx_translation={
    <0, 10.0.0.1, 10.255.255.250,FWXT_HIDE, 198.161.99.3, 0>,
    <1, 11.1.1.3, 11.1.1.3,FWXT_SRC_STATIC, 198.161.99.4, 0>,
    <2, 198.161.99.4,98.161.99.4,FWXT_DST_STATIC,11.1.1.3,0>,
};
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012713

Frequently Asked Questions

The fields in the `fwx_translation` table have the following meanings:

TABLE 5-15 `fwx_translation` table - meaning of fields

| Field No. | Meaning |
|-----------|---------|
| 1 | entry id (a sequence number starting at 0) |
| 2 | start of the address range |
| 3 | end of the address range |
| 4 | method |
| 5 | translated address |
| 6 | always 0, not used |

Except for the first and last fields, the fields correspond to the fields in the input to `fwxlconf`.

How can I install different Address Translation configurations on different network objects controlled by the same Management Station?

If you are using the Windows GUI, then you can do this by specifying different network objects in the **Install On** field in the network object's NAT tab, or in the **Install On** field of a manual Address Translation rule (see "Install On" on page 186).

Otherwise, you must manually edit $FWDIR/conf/xlate.conf. An automatically generated $FWDIR/conf/xlate.conf file has only one translation table, as follows:

```
fwx_translation ={
 <0, 172.1.0.2, 172.1.0.2, FWXT_HIDE, 192.168.207.5, 0>,
};
```

You must create a separate translation table for each gateway. For example:

```
fwx_translation_tinker={
 <0, 172.1.0.2, 172.1.0.2, FWXT_HIDE, 192.168.207.5, 0>,};
fwx_translation_evers={
 <0, 10.2.0.2, 10.2.0.2, FWXT_HIDE, 192.168.210.130, 0>};
fwx_translation_chance={
 <0, 10.1.0.2, 10.1.0.2, FWXT_HIDE, 192.168.217.2, 0>};
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012714

Rule Base

Next, you must associate each table with the gateway on which it is to be installed. For example (<> means eitherbound):

```
<> all@tinker
 set sr15 fwx_translation_tinker;
<> all@evers
 set sr15 fwx_translation_evers;
<> all@chance
 set sr15 fwx_translation_chance;
```

Here is an example of a complete $FWDIR/conf/xlate.conf file:

```
#define FWXT_HIDE 0x1
#define FWXT_SRC_STATIC 0x2
#define FWXT_DST_STATIC 0x202
#define FWXT_DPORT_STATIC 0x302

#define FWXLATE_ACTIVE 1
fwx_translation_tinker={
 <0, 172.1.0.2, 172.1.0.2, FWXT_HIDE, 192.168.207.5, 0>,
};

fwx_translation_evers={
 <0, 10.2.0.2, 10.2.0.2, FWXT_HIDE, 192.168.210.130, 0>
};

fwx_translation_chance={
 <0, 10.1.0.2, 10.1.0.2, FWXT_HIDE, 192.168.217.2, 0>,
};
#define FWXT_ON_ALL_HOSTS
FWXT_ON_ALL_HOSTS
#define FWXT_ON_ALL_IFS
FWXT_ON_ALL_IFS
<> all@tinker
 set sr15 fwx_translation_tinker;
<> all@evers
 set sr15 fwx_translation_evers;
<> all@chance
 set sr15 fwx_translation_chance;
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012715

Frequently Asked Questions

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012716

CHAPTER **6**

# Routers and Embedded Systems

## In This Chapter

| | |
|---|---|
| *Overview* | *page 219* |
| *Routers and Blackboxes* | *page 220* |
| *Embedded Systems* | *page 221* |

## Overview

A FireWall-1 enforcement point is a machine or device that enforces at least some part of the Security Policy. An enforcement point can be a workstation, router, switch or any machine that can be managed by a Management Module by installing a Security Policy or Access List.

FireWall-1 includes the following types of enforcement points:

■    Routers and Blackboxes

■    Embedded systems

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                FIN012717

Overview

## Routers and Blackboxes

Routers include hardware and software packet filters. A blackbox is a hardware routing device which provides additional security features, such as Network Address Translation and Authentication. The Management Module generates Access Lists from the Security Policy and downloads them to selected routers and blackboxes.

TABLE 6-1 summarizes the FireWall-1 features supported by managed routers and blackboxes.

**TABLE 6-1**   Routers and Blackboxes - supported FireWall-1 features

| Platform and Version | Accept/Reject Rules | Anti-Spoofing | Properties | Logs and Alerts[4] | Implied Last "Reject All" Rule | FTP Data Connections[5] |
|---|---|---|---|---|---|---|
| Bay Networks Router | Y | Y | Y | Y | Y | |
| 3Com Router | Y | Y | Y | Y | Y | Y |
| Cisco Router 9 | Y | N | Y | Y | Y | |
| Cisco Router 10.x and higher[1] | Y | Y | Y | Y | Y | |
| Cisco PIX Blackbox | Y | N | N | Y | Y | |
| Microsoft Steelhead[6] | Y[2] | N | Y[3] | N | Y[3] | N |

1. In the FireWall-1 GUI, you can configure Cisco Version 11 routers as Version 10, but this is optional.
2. Action is defined per Policy. You cannot have Accept and Reject rules in the same Policy.
3. Relevant only for a Policy with Accept rules.
4. This is done using the router's syslog service.
5. This column indicates whether an FTP rule apply to the data connection as well as to the control connection. If the FTP rule does not apply, some other mechanism must be found for allowing the data connection (perhaps by opening all the high ports).
6. Microsoft Steelhead is supported by the Windows GUI only.

A Bay Networks router can function in either of two modes: as a packet filter (in which case FireWall-1 installs Access Lists on the router), or as an embedded system, (in which case FireWall-1 installs a Security Policy on the router). For more information, see TABLE 6-2 on page 222.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012718

## Embedded Systems

Embedded systems include machines or hardware devices on which a FireWall Module or an Inspection Module is installed. Inspection Code is generated from the Security Policy and downloaded to targeted devices. Embedded systems implement different FireWall-1 features, depending on whether a FireWall Module or an Inspection Module is installed.

FIGURE 6-1 depicts the relationship between FireWall Module and Inspection Module features.



**FIGURE 6-1**   FireWall and Inspection Modules

The FireWall Module includes the Inspection Module, the FireWall-1 Security Servers (which implement Content Security and User Authentication), and the FireWall Synchronization feature. The Inspection Module implements the Security Policy, logs events, and communicates with the Management Module using the daemons.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012719

Overview

TABLE 6-2 summarizes the FireWall-1 features supported by embedded systems.

TABLE 6-2  Embedded Systems - supported FireWall-1 feature

| Platform and Version | Inspection Module (I)/ FireWall Module (F) | Anti-Spoofing | Logs and Alerts | Session and Client Authentication | Network Address Translation (NAT) | Encryption | Accounting | Content Security | Time Objects |
|---|---|---|---|---|---|---|---|---|---|
| Bay Networks 11.02 | I | Y[1] | Y | N | N | N | N | N | N |
| Bay Networks 12.00 | I | Y[1] | Y | N | N | N | N | N | N |
| Xylan Switch | I | Y | Y | N | N | N | N | N | N |
| TimeStep PERMIT/Gate | I | Y | Y | Y | Y | N[4] | N | N | N |
| Nokia IP Routing (Ipsilon) | F | Y | Y | Y | Y | Y[2] | Y | Y[3] | Y |

1. Interface names on Bay routers are incorrectly retrieved by Get, and must be modified manually. This will be corrected for the next Bay version (12.10)

2. Does not support SKIP

3. Content Security includes the following FireWall-1 features:
   - Resources (FTP, URI, SMTP)
   - User Authentication
   - CVP and UFP Server Objects

4. TimeStep encryption features are available on PERMIT/Gate versions 2515 and 4515

The following is true for all embedded systems, regardless of the settings in **Control Properties (Properties Setup) window.**

■   **Apply Gateway Rules to Interface Direction** is always Eitherbound

■   FASTPATH is always enabled

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012720

CHAPTER **7**

# Management Server

## In This Chapter

| | |
|---|---|
| *FireWall-1 Client/Server Structure* | *page 223* |
| *Client/Server Interaction* | *page 224* |
| *Access Control* | *page 225* |

## FireWall-1 Client/Server Structure

### FireWall-1 Modules

FireWall-1 is comprised of two primary modules:

Management Module

The Management Module includes the Graphical User Interface (GUI) and the Management Server.

The GUI is the front end to the Management Module, which manages the FireWall-1 database: the Rule Base, network objects, services, users etc.

FireWall Module

The FireWall Module includes the Inspection Module and FireWall-1 daemons.

The FireWall Module implements the security policy, logs events, and communicates with the Management Module using the daemons.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012721

Client/Server Interaction

## Client/Server

The two components of the Management Module (the GUI and the Management Server) can be installed on the same machine or on two different machines. When they are installed on two different machines, FireWall-1 implements the Client/Server model, in which a GUI Client running on a Windows or X/Motif workstation controls a Management Server running on a Windows or Unix workstation.



**FIGURE 7-1**  FireWall-1 Client-Server configuration

In the configuration depicted in FIGURE 7-1, the functionality of the Management Module is divided between two workstations (Tower and BigBen). The Management Server, including the FireWall-1 database is on Tower, the server. The GUI is on BigBen.

The user, working on BigBen, maintains the FireWall-1 Security Policy and database, which reside on Tower. The FireWall Module is installed on London, the FireWalled gateway, which enforces the Security Policy and protects the network.

The Management Server is fwm (see "fwm" on page 279), which is also used for adding, updating and removing administrators. fwm must be running on the Management Server computer if you wish to use the GUI client on one of the client machines.

## Client/Server Interaction

A GUI Client can manage the Server (that is, run the GUI Client to communicate with a Management Server) only if both the administrator running the GUI Client and the machine on which the GUI Client is running have been authorized to access the Management Server.

In practice, this means that the following conditions must both be met:

**1**    The machine on which the Client is running is listed in the
       $FWDIR/conf/gui-clients file.

       If your Management Server is running under Windows NT, you can add or delete
       GUI Clients using the FireWall-1 Configuration application. See Chapter 2,
       "Installing FireWall-1," of *Getting Started with FireWall-1* for information about
       the FireWall-1 Configuration application.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012722

If your Management Server is running under Unix, then you can add or delete
GUI Clients by using any text editor to modify
$FWDIR/conf/gui-clients directly. The file consists of IP addresses or
resolvable names, one per line. Alternatively, you can use the fwconfig script.

2    The administrator (user) running the GUI has been defined to the Management
Server.

If your Management Server is running under Windows NT, you can add or delete
administrators using the FireWall-1 Configuration application. See Chapter 2,
"Installing FireWall-1," of *Getting Started with FireWall-1* for information about
the FireWall-1 Configuration application.

If your Management Server is running under Unix, then you can add or delete
administrators using the -a and -r options of the fwm program. See "fwm" on
page 279 for information about the fwm program. Alternatively, you can use the
fwconfig script.

## Access Control

Administrators are assigned access privilege levels, as listed in TABLE 7-1, beginning
with the least-privileged level. Each privilege level has the privileges of all the lower
privilege levels.

TABLE 7-1    Privilege Levels

| | Access Privilege Level | Privileges |
|---|---|---|
| 1 | Monitor Only | access only the Log Viewer and System Status |
| 2 | Read Only | read-only access to the Security Policy Editor |
| 3 | User Edit | can modify user data |
| 4 | Read/Write | full read-write access |

Whenever an administrator logs in, all his or her actions are recorded on the
Management Server in a file called $FWDIR/fwui.log.

### Changing Privileges

You can change an administrator's privileges by using the -a option of the fwm
program. See "fwm" on page 279 for information about the fwm program.

If your Management Server is running under Windows NT, you can modify an
administrator's privileges by using the FireWall-1 Configuration application. See
Chapter 2, "Installing FireWall-1 of *Getting Started with FireWall-1* for information
about the FireWall-1 Configuration application.

### Concurrent Sessions

In order to prevent more than one administrator from modifying a Security Policy at
the same time, FireWall-1 implements a locking mechanism.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012723

Access Control

Any number of administrators can view a Security Policy at the same time, but only one of them can have write permission at any given moment. Upon opening a Security Policy, an administrator is granted write permission only if both of the following conditions are true:

- the administrator has been assigned a Read/Write or User Edit privileges (see "Access Control" on page 225)

- no other administrator currently has write permission for the Security Policy at this time

For example, suppose Bob and Alice are both administrators. Bob has Read/Write privileges and Alice has User Edit privileges. Suppose no one has the Security Policy Editor open. If Alice opens the Security Policy Editor, she will be granted User Edit permission. If Bob opens the same Security Policy before Alice closes it on her workstation, then Bob will not be granted Read/Write permission. Instead, he will be asked whether he wishes to quit or to open the Security Policy with Read Only permission.

## Read Only Sessions

An administrator with Read/Write or User Edit privileges can open a Read Only session by checking the **Read Only** checkbox in the **FireWall-1 Security Policy Login** window (FIGURE 7-2).



**FIGURE 7-2**   Login window

During the Read Only session, another administrator with Read/Write privileges can log in and be granted write permission.

## Locking

For configurations where the OpenLook GUI (`fwui`) is used, FireWall-1 provides a locking mechanism to avoid concurrency problems.

When `fwui` starts, it creates a file named `manage.lock` in the directory `$FWDIR/log`. When `fwui` terminates, it deletes the file.

If a `manage.lock` file already exists when `fwui` starts, then either another user is currently updating the Security Policy, or a previous instance of `fwui` (or `fwm`) terminated abnormally and failed to delete the `manage.lock` file.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012724

In this event, fwui displays an error message (giving the name of the process that created manage.lock), as in FIGURE 7-3.



**FIGURE 7-3**   Security Policy locked message

Before you proceed, you must determine whether another user is currently using either the OpenLook or the Windows GUI to modify the Security Policy. You should do this in consultation with your system administrator, because the other user (if there is one) may be working at another location.

If someone else is currently modifying the Security Policy, then wait until that user is finished before resuming your own work. Otherwise, take one of the following actions:

■   Remove the lock (that is, delete the manage.lock file).

■   Terminate the other process (if it is still running).

In any case, it is best to consult your system administrator before proceeding.



**Note** – You may also wish to consider changing your management procedures to preclude the possibility of two people being able to modify your organization's Security Policy without coordinating their activities.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012725

Access Control

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012726

CHAPTER  **8**

# Active Network Management

## In This Chapter

| | |
|---|---|
| *FireWall Synchronization* | *page 229* |
| *Load Balancing* | *page 234* |
| *Connection Accounting* | *page 240* |
| *Active Connections* | *page 240* |

## FireWall Synchronization

FireWall-1 provides Stateful Inspection even for stateless protocols such as UDP and RPC. To do this, the Firewall Module creates a virtual state for such connections, and updates this state according to the data transferred. In addition, FireWall-1 maintains state information for Address Translation and Encryption.

Different FireWall modules running on different machines can share this information and can mutually update each other with the different states of the connections.

FireWall Synchronization provides two benefits:

**1**  High Availability

When one of the FireWalled gateways stops functioning and another one takes its place, the second FireWalled gateway has the updated state of the first FireWalled gateway's connections, so the connections can be maintained.

229

FIN012727

FireWall Synchronization

### 2    Different Routes for Connections

The IP protocol supports a network configuration in which packets sent from host A to host B may be routed through gateway C, while all packets sent from host B to host A may be routed through gateway D.



**Note –** FireWall-1 provides the mechanism for synchronizing the states of the FireWall Modules, but does not provide the mechanism for detecting failures and changing routing, etc..

## Implementation

The file $FWDIR/conf/sync.conf lists the other FireWall Modules (in the form of IP addresses or resolvable names) to which this FireWall Module sends its state information.

A control path must be established between all the FireWall Modules (using the fw putkey command), if one does not already exist.

When one FireWall Module goes down, the other FireWall Modules take over after the routing is re-configured.

## Example

FIGURE 8-1 shows a configuration in which two FireWalls (London and Paris) protect a network.



**FIGURE 8-1**   Two FireWalls in Synchronized Configuration

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012728

Example

## ▼ To configure London and Paris as synchronized FireWalls

On London

**1**  Create a file $FWDIR/conf/sync.conf containing one line:

```
Paris
```

**2**  Stop FireWall-1 by typing fwstop.

**3**  Establish a control path from London to Paris using the fw putkey command.

You must do this only if there is not already a control path between London and Paris.

For information on how to use the fw putkey command, see "fw putkey" on page 261.

**4**  Start FireWall-1 by typing fwstart.

On Paris

**1**  Create a file $FWDIR/conf/sync.conf containing one line:

```
London
```

**2**  Stop FireWall-1 by typing fwstop.

**3**  Establish a control path from Paris to London using the fw putkey command.

You must do this only if there is not already a control path between London and Paris, as follows:

On London, type:

```
fw putkey Paris <the authentication password (key)>
```

On Paris, type:

```
fw putkey London <the authentication password (key)>
```

For information on how to use the fw putkey command, see "fw putkey" on page 261. For a detailed example of establishing control paths between computers, see "Synchronizing Authentication Passwords" on page 351.

**4**  Start FireWall-1 by typing fwstart.

Chapter 8    Active Network Management    231

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012729

FireWall Synchronization

London and Paris will now begin to exchange the necessary state information to enable each of them to take the other's place if one of them goes down.

On the Management Station

Since the Management Station is not a FireWall, you do not have to do anything on the Management Station. Specifically, do not create a $FWDIR/conf/sync.conf file.

## Timing Issues

Synchronized FireWall Modules update each other with their state information approximately every 100 milliseconds.

The time on the synchronized Firewalls must be within seconds of each other. You should install some software that keeps the time synchronized between the two machines. Under Solaris2, you can use xntpd.

If one of the FireWall Modules goes down, the other FireWall Module may be unaware of connections initiated by the first FireWall Module in the 50 milliseconds before it went down. These connections will probably be lost.

If the FireWall Synchronization feature is being used to implement different routes in and out of a network (see "Different Routes for Connections" on page 230), then the following situation may arise (refer to FIGURE 8-1 on page 230):

One of the local network's computers initiates a connection to the Internet through London. The reply comes back through Paris. If the reply had come through London, it would have been allowed because the connection is in London's connection table. However, if the reply arrives before London and Paris synchronize their state information, then Paris will be unaware of connection, and will not allow the reply to pass.

The solution to this problem is for the Rule Base to drop these packets instead of rejecting them. When a TCP packet is dropped, no reset is sent to the packet's sender, so the sender will simply resend the packet after a delay. During this delay, London and Paris will have synchronized their states, so the packet will be allowed to pass on the second try.

These packets will be logged if the **Log Established TCP Packets** property is checked.

This solution is effective only for TCP.

## Restrictions

The following restrictions apply to synchronizing FireWall Modules:

### General

**1**    Only FireWall Modules running on the same platform can be synchronized.

For example, it is not possible to synchronize a Windows NT FireWall Module with a Solaris2 FireWall Module.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012730

2    The FireWall Modules must be the same software version.

For example, it is not possible to synchronize a Version 3.0 FireWall Module with a Version 4.0 FireWall Module.

3    The FireWall Modules must have the same Security Policy installed.

For example, suppose one FireWall Module accepts FTP and the other rejects FTP. If an FTP connection is opened through the first FireWall Module, the reply packets returning through the second FireWall Module will be accepted because the FTP connection is in the connections table. This behavior is inconsistent with the Security Policy on the second FireWall.

## Encryption

4    Encrypted connections between two synchronized FireWall Modules do not function properly.

5    The SKIP key management protocol cannot be used on a synchronized FireWalled gateway.

## Address Translation

6    If you are performing Network Address Translation with synchronized Firewalls, you must think very carefully about the routing. If the routing through the Firewalls is asymmetric (that is, if packets go out through one Firewall and replies return through the other), then you must make sure that routers on either side of the Firewall take into account the statically translated addresses.

Similarly, with the hidden IP addresses, you must think about which Firewall should be answering the ARP requests for those IP addresses.

## Authentication

7    An authenticated connection through a FireWall Module will be lost if the FireWall Module goes down. Other synchronized FireWall Modules will be unable to resume the connection.

8    Authenticated connections will not work in the case where the synchronized feature is being used to implement different routes in and out of a network (see "Different Routes for Connections" on page 230).

The reason for these restrictions is that FireWall-1 authentication is implemented by Security Servers, which are processes, and thus cannot be synchronized on different machines in the way that data can be synchronized.

## Resources

The state of connections using resources is maintained in a Security Server, so these connections cannot be synchronized for the same reason that authenticated connections cannot be synchronized.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012731

Load Balancing

### Accounting

**9**    If two FireWalls act as backups for each other, then accounting data cannot be accurately maintained by both FireWalls.

### SecuRemote

**10**    SecuRemote connections cannot be synchronized.

## Troubleshooting

Snoop ports 256 to see the communication activity between the two FireWalls. If the machines are synchronizing properly you will see:

- A message about them being connected on `fwstart`.
- An exchange of information every 50 milliseconds.

If you disconnect one FireWall from the network, the other FireWall should notice this.

# Load Balancing

## The Need for Load Balancing

The FireWall-1 Load Balancing feature enables several servers providing the same service to share the load among themselves.

Consider the configuration depicted in FIGURE 8-2 on page 235. All the HTTP servers can provide the HTTP client with the same services. Note that not all of the HTTP servers are behind the FireWalled gateway. In the same way, all the FTP servers can provide the FTP client with the same services.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012732

The system administrator wishes to ensure that the service load is balanced among the servers. The client will be unaware of the different servers. From the client's point of view, there is only one HTTP server and only one FTP server. When the service request reaches the gateway, FireWall-1 determines which of the servers will fulfill the request, based on the load balancing algorithm specified by the system administrator.



**FIGURE 8-2**  Load Balancing among several servers

**Note** – The IP address returned by the DNS should be the IP address of the Logical Server, to allow the FireWall to perform the load balancing between the physical servers.

## How Load Balancing Works

### HTTP

When **HTTP** is chosen under **Servers Type** in the **Logical Server Properties** window, Load Balancing is performed as follows:

**1**   FireWall-1 detects a service request for a Logical Server (see "Logical Servers" on page 237).

For example, the client starts an HTTP session on the Logical Server **HTTP_servers** (whose **Server** is defined as **HTTP_Group**, consisting of the servers Tower, Palace and BigBen, as shown in FIGURE 8-2 on page 235).

**2**   FireWall-1 determines that the session is to be redirected to a particular server.

Chapter 8   Active Network Management   235

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Load Balancing

For example, FireWall-1 determines, on the basis of the load balancing algorithm defined for the Logical Server **HTTP_Servers**, that BigBen will be the server for this session.

3    FireWall-1 redirects the connection to the Load Balancing daemon (lhttpd).

This is done using the translate port feature of the Address Translation mechanism.

4    FireWall-1 notifies the client that the URL is being redirected to the chosen server.

This is done using the URL Redirection feature of HTTP to redirect the client to a specific IP address rather than the IP address of the Logical Server.

5    The rest of the session is conducted between the client and the chosen server, without the intervention of FireWall-1.

When **Other** is chosen under **Servers Type** in the **Logical Server Properties** window, Load Balancing for HTTP is performed using the Address Translation mechanism (as described in "Non–HTTP" on page 236). Each HTTP connection is then handled separately, and connections may be redirected to different servers. This may cause problems in some cases, for example, in an application where a user fills in a number of HTTP forms and a single server is expected to process all the data.

## Non–HTTP

1    FireWall-1 detects a service request for a Logical Server (see "Logical Servers" on page 237).

For example, the client starts an FTP session on the Logical Server **FTP_servers** (whose **Server** is defined as **FTP_Group**, consisting of the servers EastEnd, Trafalgar and Whitehall, as shown in FIGURE 8-2 on page 235).

2    FireWall-1 determines that the session is to be redirected to a particular server.

For example, FireWall-1 determines, on the basis of the load balancing algorithm defined for the Logical Server **FTP_Servers**, that Trafalgar will be the server for this session.

3    Using the Address Translation mechanism, FireWall-1 modifies the destination IP address of incoming packets.

If a back connection is opened (for example, in FTP), the connection is correctly established between the server and the client automatically. The source IP address of reply packets is changed back to the Logical Server's IP address.

## Load Balancing Algorithms

The available load balancing algorithms are:

1    server load

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FireWall-1 queries the servers to determine which is best able to handle the new connection. There must be a load measuring agent on the server.

**2** round trip

FireWall-1 uses PING to determine the round-trip times between the FireWall and each of the servers, and chooses the server with the shortest round trip time.

This method will not give optimum results for HTTP if some of the HTTP servers are not behind the FireWall, because it measures the round-trip time between the FireWall and the servers, and not between the client and the servers.

**3** round robin

FireWall-1 simply assigns the next server in the list.

**4** random

FireWall-1 assigns a server at random.

**5** domain

FireWall-1 assigns the "closest" server, based on domain names.

## Logical Servers

To implement the FireWall-1 Load Balancing feature, proceed as follows (the example is based on the configuration depicted in FIGURE 8-2 on page 235):

**1** Define a group network object consisting of all the servers that will be providing the given service.

For example, define a group network object **HTTP_Group** that consists of Tower, Palace, BigBen and Louvre. There should be no other servers in the group.

**2** Define a network object of type Logical Server, and define its properties.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012735

Load Balancing

3    Define a Logical Server as in FIGURE 8-3.

 

FIGURE 8-3   Logical Server Properties window

**IP Address** must be an address for which communications are routed to or through the FireWall. This should be either the FireWall's address, or the address of a non-existing computer in the network behind the FireWall. This is the address that clients use to communicate with the Logical Server.

**Persistent Server Mode** — If this is checked, then once a client is connected to a physical server, the client will continue to connect to that server for the duration of the session.

**Servers** is **HTTP_Group**.

None of the network objects that belong to **Servers** may have the IP address listed under **IP Address**.

**Balance Method** is one of the algorithms described under "Load Balancing Algorithms" on page 236.

**Servers Type** is **HTTP**.

This parameter determines how the redirection is performed. For further information, see "How Load Balancing Works" on page 235. Note that even for a Logical Server consisting of HTTP servers, **Servers Type** can be **Others**.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012736

Rule Base

4   Add the appropriate rules to the Rule Base, for example, the one in FIGURE 8-4.



| No. | Source | Destination | Service | Action | Track | Install On |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | Any | Any | Any | reject | Long | Gateways |

FIGURE 8-4   Using Logical Servers in a Rule

TABLE 8-1   Explanation of Rule Base

| Rule No. | Explanation |
|---|---|
| 1 | balances the load for connections to the Logical Server HTTP_Servers |
| 2 | specifies that HTTP connections to HTTP_Group be User Authenticated (could also be **Accept**) |
| 3 | rejects and logs all other communications |

## Rule Base

### Using HTTP Logical Servers in a Rule

When an HTTP Logical Server is the **Destination** in a rule, the rule's **Action** refers to the connection between the FireWall and the client (the connection that serves to redirect the client to the proper server), and must be either **Accept** or **Encrypt**. There must be a different rule that allows the connection between the client and the server. That rule can specify another action, for example, **User Authentication**.

The rule specifying the Logical Server as **Destination** must come before the rule specifying the physical servers as **Destination**.

In the configuration depicted in FIGURE 8-2 on page 235, HTTP connections to the HTTP servers behind the FireWall will be User Authenticated (in accordance with the second rule in FIGURE 8-4 on page 239), but HTTP connections to Louvre will not be User Authenticated, because they do not pass through the FireWall, even though they were enabled by the FireWall.

### Using non-HTTP Logical Servers in a Rule

There are no special considerations for using non-HTTP Logical Servers in a rule. One rule, with the Logical Server as **Destination**, is sufficient.

## Load Measuring

CheckPoint provides a sample load measuring agent application for installation on servers that are not FireWalled, as well as an API for users who wish to write their own agents.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012737

Connection Accounting

The load measuring agent is a service running on the port number specified in the **Load Agents Port** property (in the **Miscellaneous** tab of the **Properties Setup** window in the Windows GUI or in the **Control Properties/Miscellaneous** window in the OpenLook GUI) and returns information about the server's load to FireWall-1. All the load measuring agents in a configuration must use the same port number.

The load measuring agent measures the load at the interval specified by the **Load Measurement Interval** property, also defined in the **Miscellaneous** tab of the **Properties Setup** window in the Windows GUI or in the **Control Properties/Miscellaneous** window in the OpenLook GUI.

For example, in the configuration depicted in FIGURE 8-2 on page 235, the server Louvre is not FireWalled, so the only way for FireWall-1 on London to know what Louvre's load is (and to what extent Louvre is able to handle additional clients), is for Louvre's system administrator to install a FireWall-1 compatible load measuring agent on Louvre.

## Connection Accounting

You can generate accounting log entries by choosing **Accounting** in a rule's **Track** field. The accounting log entries show the start and end times of each connection, and the number of bytes transferred.

For additional information, see Chapter 11, "Log Viewer" of *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI*.

## Active Connections

You can view the Active connections at any moment from the Log Viewer.

For additional information, see Chapter 11, "Log Viewer" of *Managing FireWall-1 Using the Windows GUI* or *Managing FireWall-1 Using the OpenLook GUI*.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012738

CHAPTER **9**

# SNMP and Network Management Tools

## In This Chapter

| | |
|---|---|
| *Overview* | *page 241* |
| *FireWall-1 HP OpenView Extension* | *page 243* |
| *FireWall MIB Source* | *page 248* |

## Overview

### FireWall-1 SNMP Agent (daemon)

FireWall-1 includes a full SNMP V2 agent with both V1 (r/w community) and V2 security features. Furthermore, FireWall-1 pre-defines the SNMP and SNMP-read services so you can further protect your SNMP agent by restricting read and write access to it.

The FireWall-1 SNMP daemon (snmpd) is compatible with network management software such as HP OpenView. In addition, the FireWall-1 SNMP daemon is compatible with RFCs 1155, 1156, and 1157. The Management Information Base (MIB) in $FWDIR/lib/snmp/mib.txt supports RFCs 1155 -1213. The SNMP daemon also provides FireWall-1 specific variables.

Installing the FireWall-1 SNMP daemon is optional. FireWall-1 does not require that any SNMP daemon be installed.

### Ports to Which the FireWall-1 SNMP daemon binds

FireWall-1's SNMP daemon is started when the FireWall-1 system is started (fwstart) and is stopped when FireWall-1 is stopped (fwstop).

241

Overview

The FireWall-1 SNMP daemon tries to bind to the standard SNMP port (161) and also to port 260. If it fails to bind to port 161 (presumably because another SNMP daemon is already bound to that port), then it binds only to port 260 and passes on all non-FireWall-1 specific SNMP queries to the SNMP daemon on port 161.

If there is no daemon bound to port 161, FireWall-1's daemon binds to both ports (161 and 260). This allows all clients to use FireWall-1's daemon. If another SNMP daemon attempts to bind to port 161 after FireWall-1's SNMP daemon is started, the other daemon will fail to bind to the port. In the event that it is important for you to use an SNMP daemon other than FireWall-1's, start it before you start FireWall-1.

Trap alert as well as status reports can be sent to SNMP-based management software.

Under Windows NT, the FireWall-1 SNMP agent is an extension of the NT SNMP agent. If you have not installed the standard NT SNMP agent, you will not be able to use the FireWall-1 SNMP agent.

## Initial Communities ("Keys")

The initial SNMP communities ("keys") are `public` and `private` for read and write, respectively. To change these keys, edit `$FWDIR/conf/snmp.C`, and set the values for the read and write attributes for `:snmp_community`.

## Firewall-1 MIB

The variable definitions for Firewall-1's SNMP daemon are located in the files `$FWDIR/lib/snmp/chkpnt.mib`. This file can be used to incorporate the Check Point MIB into any MIB browser or network management system. All of Firewall-1's SNMP variables are located in the subtree `1.3.6.1.4.1.2620.1.1` (also known as `enterprises.checkpoint.products.fw`).

 **Note** – Previous versions of FireWall-1 used enterprise ID 1919 for Check Point private MIB. FireWall-1 version 4.0 uses 2620 — the official Check Point enterprise ID (1.3.6.1.4.1.2620). as the prefix for all Check Point specific MIB variables. SNMP traps also use the updated enterprise ID.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012740

FireWall-1 SNMP Agent (daemon)

TABLE 9-1 lists the variables that are unique to FireWall-1, and unless otherwise noted, are strings of up to 256 bytes.

**TABLE 9-1**  FireWall-1 MIB Variables

| Variable | Meaning |
| --- | --- |
| fwModuleState | the state of the Inspection Module |
| fwFilterName | the name of the currently loaded Security Policy |
| fwFilterDate | the date the Security Policy was installed |
| fwAccepted | the number of packets accepted by the Inspection Module since the last Security Policy was installed (an integer) |
| fwRejected | the number of packets rejected by the Inspection Module since the last Security Policy install (an integer) |
| fwDropped | the number of packets dropped by the Inspection Module since the last Security Policy install (an integer) |
| fwLogged | the number of packets logged by the Inspection Module since the last Security Policy was installed (an integer) |
| fwMajor | the FireWall-1 major release number (for example, for FireWall-1 Version 4.0 this is 4) — an integer |
| fwMinor | the FireWall-1 minor release number (for example, for FireWall-1 Version 4.0 this is "0") — an integer |
| fwProduct | the FireWall-1 product |
| fwEvent | the last SNMP trap sent by FireWall-1 |

The source of the FireWall-1 MIB is listed in "FireWall MIB Source" on page 248.

## FireWall-1 HP OpenView Extension

HP OpenView Network Node Manager displays hierarchical maps of the network topology. The FireWall-1 extension provides information on FireWalled objects in the network. The extension enables administrators to:

- display FireWalled objects within the context of the entire network
- specify network objects and devices as FireWalled objects
- open the FireWall-1 Log, Security Policy and System Status views

  To enable this feature, the machine running the OpenView Network Node Manager session must have a FireWall-1 GUI client installed. The GUI client must be permitted by the FireWall-1 Management Server, and you must be one of the allowed administrators.

- display connection statistics and SNMP alert information for FireWalls
- access Check Point MIB data

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012741

## Installing the FireWall-1 HP OpenView Extension

TABLE 9-2 lists the minimum hardware, operating system, and software requirements for installing the FireWall-1 Extension for HP OpenView Network Node Manager.

**TABLE 9-2**  Minimum Requirements

| Platforms | HP PA-RISC 700/800, Sun SPARC-based systems |
|---|---|
| Operating System | HP-UX 10.x, Solaris 2.3 and higher |
| Software | FireWall-1 X/Motif GUI Client<br>HP OpenView Network Node Manager version 4.1x |

For hardware and software requirements of HP OpenView Network Node Manager, consult the HP documentation.

See TABLE 2-2 on page 37 of *Getting Started with FireWall-1* for information about the location of the FireWall-1 HP OpenView Extension on the FireWall-1 CD-ROM.

You can install the FireWall-1 HP OpenView Extension either directly from the CD-ROM, or you can recursively copy the installation files from the CD-ROM to a directory on your disk and install from there.

### ▼ To install the FireWall-1 HP OpenView Extension (Solaris2)

*1*    Become superuser.

*2*    Change to the directory in which the installation files are located (either on the CD-ROM or on the hard disk).

*3*    Enter the following command to install the FireWall-1 HP OpenView Extension:

```
hostname# pkgadd -d .
```

*4*    pkgadd presents a list of packages, and asks you to choose one to install.

Specify the FireWall-1 HP OpenView Extension by entering either its name or its number in the list.

### ▼ To install the FireWall-1 HP OpenView Extension (HP-UX)

See "Special Notes for HP-UX 10" on page 56 of *Getting Started with FireWall-1* for information about the Rock Ridge format in which the FireWall-1 CD is written and HP-UX.

If you encounter a problem with the depth of the CD-ROM directories, use the files in hpux/TarFiles.

*1*    Become superuser.

*2*    Copy the installation files to the /tmp directory.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012742

Uninstalling the FireWall-1 HP OpenView Extension

3   If the /tmp directory has not been registered as an installation directory, enter the following command to register it.

```
hostname# swreg -l depot -x select_local=true /tmp
```

For information about the swreg command, refer to the HP-UX documentation.

4   Enter the following command to install the FireWall-1 HP OpenView Extension:

```
hostname# swinstall &
```

5   The **SD Install - Software Selection** window is displayed, and then the **Specify Source** window is displayed on top of it.

For information about the swinstall command, refer to the HP-UX documentation.

6   Click on **Source Depot Path**.

7   In the **Depot Path** window, select the directory in which the installation files are located.

8   Click on **OK** to close the **Depot Path** window.

9   Click on **OK** to close the **Specify Source** window.

10   In the **SD Install - Software Selection** window, select **FireWall-1 HP OpenView Extension**.

11   From the **Actions** menu, select **Install (analysis)**.

12   When the analysis phase completes, click on **OK**.

13   When the installation phase completes, click on **Done**.

14   From the **File** menu, select **Exit**.

## Uninstalling the FireWall-1 HP OpenView Extension

▼ **To uninstall the FireWall-1 HP OpenView Extension (Solaris2)**

Use the pkgrm application to uninstall the FireWall-1 HP OpenView Extension.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012743

FireWall-1 HP OpenView Extension

▼ **To uninstall the FireWall-1 HP OpenView Extension (HP-UX)**

1    Become superuser.

2    Type the following command:

```
hostname# swremove FWMap
```

## Viewing FireWalled Objects

### Network Submap

HP OpenView Windows displays a hierarchical map of all the devices, systems and FireWalls in the network. FireWalled objects are represented in a network submap by a FireWall icon.

### FireWalls Window

The FireWalls window displays only the FireWalled objects in the network. To open the FireWalls window, double-click on the **FireWalls** icon in the root submap. To access the root submap, click on the **Root Submap** icon on the Open View toolbar.

HP OpenView identifies as FireWalled objects only those objects running the FireWall-1 SNMP daemon.

The FireWall discovery takes place when HP OpenView Windows (ovw) is started and whenever a new device is added to the network. If you start FireWall-1 after the FireWall discovery, the object will not be identified as FireWalled unless specifically queried (see "Query Selected" below).

If HP OpenView discovers a FireWalled object with the FireWall-1 SNMP daemon on port 260, it changes its default SNMP port for that object to 260.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012744

## FireWall Menu

The FireWall menu appears in the menu bar of the submap window.

**TABLE 9-3**  FireWall Menu Commands

| Menu Entry | Description |
|---|---|
| Query Selected | Performs discovery on the selected objects. |
| Set as FireWall | Sets a network object as a FireWall. This option is enabled only if a FireWall Module was not detected on the selected object. |
| Unset as FireWall | Clears FireWall settings from the selected object. This option is enabled only if the object was manually set as a FireWall. |
| FireWall-1 | This entry displays a sub-menu with the following options: |

| Option | Description |
|---|---|
| Log View | Opens the Log View |
| Security Policy | Opens the Security Policy |
| System Status | Opens the System Status View |
| Statistics | Displays a graph indicating the number of frames accepted, logged, dropped and rejected for the selected FireWall. |

You can also access the above options by right-clicking on a FireWalled object.

**Note:** In order to open the FireWall-1 GUI, the machine running the current OpenView Windows session must have a FireWall-1 GUI client installed. In addition, the GUI client must be permitted by the FireWall's Management Server and you must be one of the allowed administrators.

## FireWall-1 Management Servers

When you start one of the FireWall-1 GUI applications (Security Policy, Log Viewer or System Status), the applications runs against the FireWalled object's Management Server, which is not necessarily the same machine as the FireWalled object. If the FireWall Module and the Management Server are on different machines, then you must configure the FireWalled object as follows:

*1*  Select the FireWalled object.

*2*  From the **Edit** menu, choose **Describe/Modify Object**.

*3*  In the **Object Description** dialog box, choose **FireWall-1 Management**. The **FireWall-1 Management** dialog box displays the host name of the Management Server.

*4*  Enter the name of the Management Server and click on **OK**.

Specify the correct host name or IP address.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FireWall MIB Source

### FireWall-1 SNMP Traps

The **Application Alert Events** browser displays a log of SNMP traps. All FireWall-1 SNMP traps appear in the **Application Alert Events** browser.

**Note** – You must first direct FireWall-1 SNMP traps to the host running OpenView using the `snmp_trap` command. For more information see "snmp_trap" on page 284.

### Check Point MIB Data

The Check Point MIB is accessible through the Network Node Manager SNMP MIB browser.

To access the Check Point MIB, proceed as follows:

1   Choose **SNMP MIB Browser** from the **Misc** menu. The **Browse MIB** dialog box is displayed.

2   Navigate to the Check Point MIB, which is located under the **Enterprises** sub-tree.

## FireWall MIB Source

This section presents the source code for the FireWall-1 MIB (in `$FWDIR/lib/snmp/chkpnt.mib`).

```
CHECKPOINT-MIB DEFINITIONS ::= BEGIN

-- SUBTREE: 1.3.6.1.4.1.2620.1.1
-- iso.org.dod.internet.private.enterprises.checkpoint.products.fw

IMPORTS
                enterprises
                    FROM RFC1155-SMI
                TRAP-TYPE
                    FROM RFC-1215
                OBJECT-TYPE
                    FROM RFC-1212;


-- textual conventions

DisplayString ::=
                OCTET STRING
-- This data type is used to model textual information taken
-- from the NVT ASCII character set.  By convention, objects
-- with this syntax are declared as having
--
--      SIZE (0..255)

                checkpoint OBJECT IDENTIFIER ::= { enterprises 2620 }
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012746

Viewing FireWalled Objects

```
products OBJECT IDENTIFIER ::= { checkpoint 1 }
fw          OBJECT IDENTIFIER ::= { products 1 }

-- the FW group
-- Overall statistics and state
-- To be added a table of statistics by interfaces.

fwModuleState OBJECT-TYPE
              SYNTAX  DisplayString (SIZE (0..255))
              ACCESS  read-only
              STATUS  mandatory
              DESCRIPTION
                  "The state of the fw module."
              ::= { fw 1 }
fwFilterName OBJECT-TYPE
              SYNTAX  DisplayString (SIZE (0..255))
              ACCESS  read-only
              STATUS  mandatory
              DESCRIPTION
                  "The name of the loaded filter."
              ::= { fw 2 }
fwFilterDate OBJECT-TYPE
              SYNTAX  DisplayString (SIZE (0..255))
              ACCESS  read-only
              STATUS  mandatory
              DESCRIPTION
                  "When was the filter installed (STRING!)"
              ::= { fw 3 }
fwAccepted OBJECT-TYPE
              SYNTAX  INTEGER
              ACCESS  read-only
              STATUS  mandatory
              DESCRIPTION
                  "The number of accepted packets."
              ::= { fw 4 }

fwRejected OBJECT-TYPE
              SYNTAX  INTEGER
              ACCESS  read-only
              STATUS  mandatory
              DESCRIPTION
                  "The number of rejected  packets."·
              ::= { fw 5 }

fwDropped OBJECT-TYPE
              SYNTAX  INTEGER
              ACCESS  read-only
              STATUS  mandatory
              DESCRIPTION
```

Chapter 9    SNMP and Network Management Tools    249

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FireWall MIB Source

```
                              "The number of dropped packets."
                         ::= { fw 6 }

         fwLogged OBJECT-TYPE
                         SYNTAX   INTEGER
                         ACCESS   read-only
                         STATUS   mandatory
                         DESCRIPTION
                              "The number of logged packets."
                         ::= { fw 7 }

         fwMajor OBJECT-TYPE
                         SYNTAX   INTEGER
                         ACCESS   read-only
                         STATUS   mandatory
                         DESCRIPTION
                              "FireWall-1 Major Version."
                         ::= { fw 8 }

         fwMinor OBJECT-TYPE
                         SYNTAX   INTEGER
                         ACCESS   read-only
                         STATUS   mandatory
                         DESCRIPTION
                              "FireWall-1 Minor Version."
                         ::= { fw 9 }

         fwProduct OBJECT-TYPE
                         SYNTAX   INTEGER
                         ACCESS   read-only
                         STATUS   mandatory
                         DESCRIPTION
                              "FireWall-1 Product."
                         ::= { fw 10 }

         fwEvent OBJECT-TYPE
                         SYNTAX   DisplayString (SIZE (0..255))
                         ACCESS   read-only
                         STATUS   mandatory
                         DESCRIPTION
                              "A string containing the last snmp trap sent via fw"
                         ::= { fw 11 }
```

**Note** – The following comment lines are a description of the MIB used by the SNMP traps generated by FireWall-1.

```
         --                fwTrap TRAP-TYPE
         --                       ENTERPRISE fw
         --                       VARIABLES { fwEvent }
         --                       DESCRIPTION
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012748

Viewing FireWalled Objects

```
--            "FireWall-1 SNMP trap"
--                    ::= 0

END
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012749

FireWall MIB Source

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012750

CHAPTER **10**

# Command Line Interface

## In This Chapter

| | |
|---|---|
| *Unix-NT Syntax Differences* | *page 253* |
| *Setup* | *page 254* |
| *Control* | *page 257* |
| *Monitor* | *page 264* |
| *Utilities* | *page 273* |

## Unix-NT Syntax Differences

The command line syntax presented here is the Unix syntax. Differences between the Unix and NT command line syntax are described in TABLE 10-1.

**TABLE 10-1** Unix-NT Syntax Differences

| Unix | NT |
|---|---|
| / in file names | \ in file names |
| fwm | fw m (space after fw) |
| fwd | fw d (space after fw) |

253

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012751

Setup

# Setup

| | |
|---|---|
| *fwconfig* | page 254 |
| *fwstart* | page 256 |
| *fwstop* | page 256 |
| *fw* | page 256 |

## fwconfig

Syntax

```
fwconfig
```

### Windows NT

`fwconfig` reconfigures an existing FireWall-1 installation.

In Windows NT, the reconfiguration application is a GUI application that displays all the configuration windows from the FireWall-1 installation as tabs in the same window (FIGURE 10-1).



**FIGURE 10-1** FireWall-1 Configuration window

To reconfigure an option, click on the appropriate tab and modify the fields as required. Click on **OK** to apply the changes.

The tabs and their fields are described in "Configuration" on page 45 of *Getting Started with FireWall-1*.

254    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Unix

fwconfig displays the following screen (FIGURE 10-2). Choose the configuration options you wish to reconfigure.

```
Welcome to FireWall-1 Configuration Program.
=================================================
This program will let you re-configure your FireWall-1
configuration.

Configuration Options:
-----------------------
(1)   Licenses
(2)   Administrators
(3)   GUI clients
(4)   Remote Modules
(5)   Security Servers
(6)   SMTP Server
(7)   SNMP Extension
(8)   Groups
(9)   IP Forwarding
(10)  Default Filter
(11)  Random Pool
(12)  CA Keys

(13)  Exit

Enter your choice (1-13) :
Thank You...
```

**FIGURE 10-2** fwconfig Configuration Options

TABLE 10-2 lists the reconfiguration options.

**TABLE 10-2** fwconfig Configuration Options

| option | description | see also ... |
|---|---|---|
| licenses | Update FireWall-1 licenses. | "fw putlic" on page 262 |
| administrators | Update the list of administrators, users who are authorized to connect to a Management Server through the GUI. | Chapter 7, "Management Server" |
| GUI clients | Update the list of GUI Clients, machines from which administrators are authorized to connect to a Management Server through the GUI. | Chapter 7, "Management Server" |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Setup

**TABLE 10-2** fwconfig Configuration Options

| option | description | see also ... |
|---|---|---|
| remote modules | Update the list of remote FireWall and Inspection Modules managed by a Management Module. | Chapter 7, "Management Server" |
| Security Servers | Configure the Security Servers. | Chapter 2, "Security Servers" |
| SMTP Server | Configure the SMTP Security Server. | "SMTP Security Server Configuration" on page 111" |
| SNMP Extension | Configure the SNMP Extension. | Chapter 9, "SNMP and Network Management Tools" |
| Groups | Update the list of Unix groups authorized to run FireWall-1. | |
| IP Forwarding | Configure IP Forwarding on the gateway. | "Enabling and Disabling IP Forwarding" on page 276 |
| default filter | Configure the default Security Policy. | "Default Security Policy" on page 319 |
| random pool | Configure RSA keys. | *Virtual Private Networking with FireWall-1* |
| CA keys | Configure Certificate Authority keys. | *Virtual Private Networking with FireWall-1* |

### fwstart

fwstart loads the FireWall-1 FireWall Module, starts the FireWall-1 daemon (fwd), the FireWall-1 SNMP daemon (snmpd) and the authentication daemons, and starts fwm, the Management Server (see Chapter 7, "Management Server").

### fwstop

fwstop kills the FireWall-1 daemon (fwd) and the Management Server (fwm), the FireWall-1 SNMP daemon (snmpd), and the authentication daemons, and then unloads the FireWall Module.

### fw

The fw program is used to manage the system. Its specific action is determined by the first command line argument, as described in the following sections. Commands may have a subject (target). There are three options to specify the targets (see "Targets" on page 257). If more than one is used, the command will execute on the combination of targets.

For each option, it is sufficient to type the first character. Commands and options are described below.

If the first argument is "-d" then debug information is generated as fw runs.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012754

## Control

| | |
|---|---|
| *fw load* | page 257 |
| *fw unload* | page 259 |
| *fw fetch* | page 259 |
| *fw logswitch* | page 260 |
| *fw putkey* | page 261 |
| *fw putlic* | page 262 |
| *fw dbload* | page 264 |

### fw load

fw load compiles and install a Security Policy to the target's FireWall Modules.

Syntax

```
fw load [-all | -conf confile] [filter-file | rule-base] targets
```

fw load compiles and installs an Inspection Script (*.pf) file into the targets' FireWall Modules. It converts a Rule Base (*.W) file created by the GUI into an Inspection Script (*.pf) file and perform the above operations. For more information, see "fw gen" on page 278.

If no target is specified, the Inspection Code is installed on the local host.

Targets

| parameter | meaning |
|---|---|
| -conf confile | The command is executed on targets specified in confile. Each line in confile has the syntax of a target in a target list (see "Targets" on page 257). |
| -all | The command is executed on all targets specified in the default system configuration file ($FWDIR/conf/sys.conf). |
| targets | The command is executed on the specific named target. See below for an explanation of the syntax of this argument. The dot (.) and the at-sign (@) are part of the format; spaces around them are not allowed. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012755

Control

## Formats

```
interface.direction@host
host
interface.direction
```

## Examples

```
le0.in@host1
all@host2
host3
all.out
all.all
```

## Explanation

| parameter | meaning |
|-----------|---------|
| interface | name of an interface on the target host. If all is specified, all configured interfaces on the target host will be loaded. examples: le0; lo0; all. |
| direction | one of: in, out, or all. The reference point for the direction is the target host. |
| host | target host is specified using the host's name (the name returned by the hostname command) or its IP address. |
| all | has different meaning according to its place. It may specify: both directions, all interfaces or both directions on all interfaces. |

If host is not specified, localhost is assumed. If only host is specified, all is assumed (meaning both directions on all interfaces).

Several targets may be specified in various formats. Command-line separators are subject to the rules of the shell (spaces and tabs are the most common separators).

The format of configuration files is identical to the format of targets. In configuration files, the following separators may be used: spaces, tabs, comma, or new line.

**Note** – The scope of a set of rules in a Rule Base and the targets of a Rule Base installation are not the same. The system will install the entire Rule Base on the designated targets. However, only the rules whose scope includes the target system will actually be enforced on a target.

Loading any interface of a target host first completely unloads it. Hence, some interfaces on a target host might be left unloaded (if the new Rule Base or compiled FireWall Module does not contain a rule for them).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012756

To protect a target, you must load a Rule Base that contains rules whose scope matches the target. If none of the rules are enforced on the target, then all traffic through the target is blocked.

Examples

```
fw load my_rules.W
fw load gateway.pf gateway1
fw load -all complex_rules.pf
```

## fw unload

fw unload uninstalls the currently loaded Inspection Code from selected targets.

Syntax

```
fw unload [-all | -conf confile] targets
```

Examples

```
fw unload gateway1
fw unload -a
```

## fw fetch

fw fetch fetches the Inspection Code that was last installed on the local host. You must specify the Master where the Inspection Code is found. Use "localhost" in case there is no Master or if the Master is down. You may specify a list of Masters, which will be searched in the order listed.

Syntax

```
fw fetch  targets
```

Examples

```
fw fetch gateway1
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012757

Control

## fw logswitch

`fw logswitch` creates a new Log File. The current Log File is closed and renamed `$FWDIR/log/fw.logcurrent date.`, and a new Log File with the default name (`$FWDIR/log/fw.log`) is created. Old Log Files are located in the same directory. You must have the appropriate file privileges to run `fw logswitch`.

In addition, a Management Station can use `fw logswitch` to switch a Log File on a remote machine and transfer the Log File to the Management Station. For information on how to direct logging to a specific machine, see "Redirecting Logging to Another Master" on page 327.

Syntax

```
fw logswitch [-h target] [+|-]["™"|old_log]
```

Explanation

| parameter | meaning |
|-----------|---------|
| target | The resolvable name or IP address of the remote machine (running either a FireWall Module or a Management Module) on which the Log File is located. The Management Station (on which the `fw logswitch` command is executed) must be defined as one of target's Management Stations. In addition, you must perform `fw putkey` to establish a control channel between the Management Station and target. For information about establishing control channels, see "How Can Distributed Configurations Be Managed?" on page 345. |
| + | The Log File is transferred from target to the Management Station. The transferred Log File is compressed and encrypted. The name of the copied Log File on the Management Station is prefixed by target (see TABLE 10-3 for details). This parameter is ignored if target is not specified. There should be no white space between this parameter and the next one. |
| - | The same as +, but the Log File is deleted on target. |
| "" | Delete the current Log File (on target if specified; otherwise on the Management Station). |
| old_log | The new name of the old Log File. |

TABLE 10-3 lists the files created in the `$FWDIR/log` directory on both target and the Management Station when the + or - parameters are specified. Note that if "-" is

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012758

specified, the Log File on target is deleted rather than renamed.

TABLE 10-3 File names

| | old_log specified | old_log not specified |
|---|---|---|
| target specified | On target, the old Log File is renamed to old_log. On the Management Station, the copied file will have the same name, but prefixed by target's name. For example, the command fw logswitch -h venus +xyz creates a file named venus.xyz on the Management Station. | On target, the new name is current date.. For example, 04Feb98-10:04:20 in Unix and 04Feb98-100420 in NT. On the Management Station, the copied file will have the same name, but prefixed by target's name (target.04Feb98-10:04:20 in Unix and target.04Feb98-100420 in NT.) |
| target not specified | On the Management Station, the old Log File is renamed to old_log. | On the Management Station, the old Log File is renamed to current date. (see above). |

If either the Management Station or target is an NT machine, the files will be created using the NT naming convention (see TABLE 10-3 above).

Example

The following command creates a new Log File and moves (renames) the old Log File to old.log.

```
fw logswitch old.log
```

See also "How can I switch my Log File on a periodic basis?" on page 363.

## fw putkey

fw putkey installs a FireWall-1 authentication password on a host, thus enabling control connections between the host on which the fw putkey command is run and a second host.

Syntax

```
fw putkey <target> [-no_opsec] [-opsec] [-p password]
         [-k num] [-n name]
```

This password is used to authenticate internal communications between FireWall Modules and between a FireWall Module and its Management Center. The password is used to authenticate the control channel the first time communication is established. For a detailed example of how fw putkey is used, see "How Can Distributed Configurations Be Managed?" on page 345.

Chapter 10  Command Line Interface    261

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Control

The password can be entered on the command line (using the -p argument), or interactively.

Explanation

| parameter | meaning |
|---|---|
| target | The IP address or the resolvable name of the other host on which you are installing the key (password). This should be the IP address of the interface "closest" to the host on which the command is run. If it is not, you will get error messages such as the following: "./fwd: Authentication with *hostname* for command sync failed" |
| -no_opsec | Only FireWall-1 control connections are enabled. |
| -opsec | Only OPSEC control connections are enabled. |
| -k num | The length of the first S/Key password chain for fwa1 authentication. The default is 7. When less than 5 passwords remain, the hosts renegotiate a chain of length 100, based on a long random secret key. The relatively small default value ensures that the first chain, based on a short password entered by the user, is exhausted relatively quickly. |
| -n name | The IP address (in dot notation) to use in identifying this host to the other host, instead of the resolution of the hostname command. |
| -p password | The key (password). You will be prompted for this if you do not enter it in the command line. |

If neither -opsec nor -no_opsec is specified, then both FireWall-1 and OPSEC connections are enabled.

## fw putlic

fw putlic installs a FireWall-1 license on a host.

You can also install licenses with the fwconfig command (see "fwconfig" on page 254).

After installing license, it's best to do the following:

1   Stop the FireWall Module (fwstop).

2   Start the FireWall Module (fwstart).

3   Determine the current licenses with the fw printlic -k command (see "fw printlic" on page 268).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012760

Syntax

```
fw putlic [-overwrite]
    [-check-only] [-check-one]  [-f licensefile]
    [-n netmask] [-kernelonly]
    hostname|ip-addr|hostid|eval
    k1-k2-k3 features
```

Explanation

| parameter | meaning | | |
|---|---|---|---|
| -loverwrite | overwrite (delete) all existing licenses with the new license | | |
| -check-only | verify the license | | |
| -check-one | | | |
| -f licensefile | the name of the file with the license text | | |
| -kernelonly | copy the user level license to the kernel — takes no parameters | | |
| hostname | the host's name (the name returned by the hostname command) | | |
| ip-addr | the host's IP address | | |
| hostid | | | |
| | | platform | type |
| | | Sun OS4 and Solaris2 | the response to the hostid command (beginning with 0x) |
| | | HP-UX | the response to the uname -i command (beginning with 0d) |
| | | AIX | the response to the uname -1 command (beginning with 0d), or the response to the uname -m command (beginning and ending with 00) |
| | | NT | IP address of the external interface (in dot notation); last part cannot be 0 or 255 |
| eval | evaluation license | | |
| k1-k2-k3 | the license | | |
| features | license features | | |

Example

Typing:

```
fw putlic eval 2f540abb-d3bcb001-7e54513e std routers
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012761

Monitor

produces output similar to the following:

```
Type            Expiration Features
Eval            1Mar95    std routers
License file updated
Putting license in /etc/fw/modules/fwmod.XXX.o
```

### fw dbload

fw dbload downloads the user database and network objects information (for example, encryption keys) to selected targets. If no target is specified, then the database is downloaded to localhost.

Syntax

```
fw dbload [targets]
```

## Monitor

| | |
|---|---|
| *fw stat* | *page 264* |
| *fw lichosts* | *page 265* |
| *fw log* | *page 265* |
| *fw logexport* | *page 266* |
| *fw ver* | *page 267* |
| *fw printlic* | *page 268* |
| *fw sam* | *page 269* |

### fw stat

fw stat  displays the status of target hosts in various formats.

Syntax

```
fw stat [-all | -conf confile] [-long] [-short]
    [-inactive] targets
```

The default format displays the following information for each host: host name, Rule Base (or FireWall Module) file name, date and time loaded, and the interface and direction loaded.

If no target is specified, the status of localhost is shown.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012762

Explanation

| parameter | meaning |
| --- | --- |
| -short | use short format; for each direction and interface, displays: host name, direction, interface, Rule Base file name and loading date. This is the default format. |
| -long | use long format: in addition to short format, displays number of packets in each of the following categories: total, rejected, dropped, accepted, and logged. |
| -inactive | display status of inactive interfaces too (using the selected format). An inactive interface is an interface that had no packet flow since the last time the Rule Base was loaded on that interface. |

Examples

```
fw stat
fw stat -s -a
fw stat -l gateway1
```

## fw lichosts

fw lichosts prints a list of hosts protected by the FireWall-1/*n* products.

The list of hosts is in the file $FWDIR/database/fwd.h.

Syntax

```
fw lichosts
```

## fw log

fw log displays the content of Log Files.

Syntax

```
fw log [-f[t]] [-c action] [-l] [-start time] [-end time]
    [-b stime etime]][-h hostname] [log-file] [-n]
```

The default Log file is $FWDIR/log/fw.log.

Chapter 10    Command Line Interface    265

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012763

Monitor

Explanation

| parameter | meaning |
|---|---|
| -f | After current display is completed, do not exit but continue to monitor the Log file and display it while it is being written. |
| -ft | Same as -f but do not display the current Log, only new events. |
| -c action | Display only events whose action is action, that is, accept, drop, reject, authorize, deauthorize, encrypt and decrypt. Control actions are always displayed. |
| -start time | Display only events that were logged after time. time may be a date, a time, or both. If date is omitted, then today's date is assumed. |
| -end time | Display only events that were logged before time. time may be a date, a time, or both. |
| -b stime etime | Display only events that were logged between stime and etime, each of which may be a date, a time, or both. If date is omitted, then today's date is assumed. |
| -l | Display the date for each record. |
| -h hostname | Display only log entries sent by the FireWalled machine hostname. |
| -n | don't perform DNS resolution of the IP addresses in the Log File (this option significantly speeds up the processing) |
| logfile | Use logfile instead of the default Log file. |

Examples

```
fw log
fw log | more
fw log -c reject
fw log -s Jan1
fw log -f -s 16:00
```

## fw logexport

fw logexport exports the Log File to an ASCII file.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012764

### Syntax

```
fw logexport [-d delimiter] [-i inputfile] [-o outputfile]
    [-r record_chunk_size] [-n]
```

### Explanation

| parameter | meaning |
|---|---|
| -d delimiter | output fields will be separated by this character — default is comma (,) |
| -i inputfile | name of the input Log File |
| -o outputfile | name of the output ASCII file |
| -r record_chunk_size | determines how many records should be read (during a single access to the Log File) into the internal buffer for processing |
| -n | don't perform DNS resolution of the IP addresses in the Log File (this option significantly speeds the processing) |

## fw ver

fw ver displays the FireWall-1 version number. This is the version of the FireWall-1 daemon, the compiler and the Inspection Script generator (fw gen). The version of the GUI is displayed in the opening screen, and can be viewed at any time from the **Help** menu.

### Syntax

```
fw ver [ -k ]
```

### Explanation

| parameter | meaning |
|---|---|
| -k | print the version number in the Kernel Module |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012765

Monitor

## fw printlic

`printlic` prints details of the FireWall-1 license.

Syntax

```
fw printlic [-k]
```

Explanation

| parameter | meaning |
|-----------|---------|
| -k | print the license in the Kernel Module |

Example

```
This is FireWall-1 Version 2.1a [VPN]
Type Expiration Features
Eval 15Jul96 pfm control routers
807dafa7 Never pfm control routers encryption [Invalid]
807dafa8 Never pfm control routers encryption
807dafa7 Never pfm control routers encryption
```

There are four licenses installed on this machine.

- The first is an evaluation license, which is valid for all computers, but only until July 15, 1996.
- The second is an invalid license, most likely because the user made some typing errors when entering license string.
- The third is a permanent license for hostid 807dafa8, which is perfectly valid, but irrelevant because the hostid is 807dafa7.
- Only the last license, which is unexpired, valid and for the correct hostid is actually used.

A valid license may still be irrelevant, because the date may be expired, or the hostid may be incorrect.

If several relevant licenses are installed, their features are ORed together.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012766

## fw sam

fw sam inhibits (blocks) connections to and from specific IP addresses without the need to change the Security Policy. The command is logged.

To "uninhibit" inhibited connections, execute fw sam again with the -C or -D parameters.

Syntax

```
fw sam [-v] [-s sam_server][-f fwm] [-t timeout] [-C]
       [-n | -i | -I] mode <ip_address>
fw sam [-v] [-s sam_server][-f fwm] [-t timeout] [-C]
       [-n | -i | -I] srv <source> <dest> <dport> <ip_protocol>
fw sam [-v] [-s sam_server][-f fwm] [-t timeout] [-D]
```

Explanation

| parameter | meaning | | |
|---|---|---|---|
| sam_server | The IP address (in dot format) or the resolvable name of the FireWall that will enforce the command. The default is localhost, the machine on which the fw sam command is executed. See "Configuration Files" on page 270 for more information. | | |
| fwm | Specifies the FireWall Modules on which to enforce the action. Can be the name of a FireWall object, group or one of the following (default is "All"): | | |
| | value | the action will be enforced on ... | |
| | All | all the FireWalls which are defined as gateways or hosts on the machine on which the fw sam command is executed | |
| | Gateways | all the FireWalls which are defined as gateways on the machine on which the fw sam command is executed | |
| | See "Configuration Files" on page 270 for more information. | | |
| -v | Verbose mode — writes one message (describing whether the command was successful or not) to stderror for each FireWall on which the command is enforced. | | |
| -n | Notify, that is, generate a long-format log entry and an alert when connections that match the specified services or IP addresses pass through the FireWall. This action does not inhibit or close connections. | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012767

Monitor

| parameter | meaning | | |
|---|---|---|---|
| timeout | Specifies the time period (in seconds) for which the action will be enforced. The default is forever. | | |
| -i | Inhibit the specified connections (that is, do not allow new connections with the specified parameters). Each inhibited connection is logged (long format) and an alert is generated. | | |
| -I | Inhibit the specified connections, and close all existing connections with the specified parameters. Each inhibited connection is logged (long format) and an alert is generated. | | |
| -D | Cancel all inhibit (-i and -I) and notify (-n) commands. | | |
| -C | Cancel the specified command (that is, inhibited connections with the specified parameters will no longer be inhibited). The parameters must match the ones in the original command. | | |
| mode | One of the following: | | |
| | value | match | |
| | src | ip_address to the source IP address | |
| | dst | ip_address to the destination IP address | |
| | any | ip_address to either the source IP address or the destination IP address | |
| | srv | service | |
| ip_address | IP address (in dot format or resolvable name) to be matched according to mode. | | |
| source | source IP address (in dot format or resolvable name) | | |
| dest | destination IP address (in dot format or resolvable name) | | |
| dport | destination port (integer or name, for example, "telnet") | | |
| ip_protocol | protocol (integer or name, for example, "tcp") | | |

## Configuration Files

There are two configuration files (in $FWDIR/conf) that affect the functionality of the fw sam command:

product.conf

This file (which you should not modify) has two parameters relevant to fw sam:

■ Management

When FireWall-1 is installed, this parameter is set to 1 on Management Modules (Servers) and to 0 on FireWall and Inspection Modules.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012768

■   FireWall

When FireWall-1 is installed, this parameter is set to 0 on Management Modules (Servers) and to 1 on FireWall and Inspection Modules. On machines which are both Management Stations and FireWall Modules, this parameter is set to 1.

On a machine on which Management is 0, the fw sam command cannot perform remote actions (that is, it cannot inhibit connections through other machines).

On a machine on which FireWall is 0, the fw sam command cannot perform local actions (that is, it can inhibit connections *only* through other machines).

fwopsec.conf

The sam_allowed_remote_requests parameter (default value "no") determines whether the fw sam command on this machine can perform remote commands. To enable a FireWall Module to inhibit connections through other FireWalled Modules, set sam_allowed_remote_requests to "yes". Do not try to accomplish this by modifying product.conf.

Examples

The command:

```
fw sam -i src louvre -t 600
```

inhibits for 10 minutes all connections originating on louvre.

The command:

```
fw sam -C src louvre
```

is an invalid command because there is no timeout parameter. The cancel command's parameters must match the parameters of the command it is meant to cancel.

The command:

```
fw sam -C src louvre -t 60
```

is also an invalid command, because timeout is incorrect (it does not match timeout in the original command).

Chapter 10   Command Line Interface   271

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012769

Monitor

The command:

```
fw sam -C any louvre -t 600
```

is also invalid, because mode does not match mode in the original command.

The command:

```
fw sam -C src louvre -t 600
```

cancels the command in the first example.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012770

## Utilities

| | |
|---|---|
| *fwciscoload* | *page 273* |
| *fw ctl* | *page 275* |
| *fw gen* | *page 278* |
| *fw kill* | *page 278* |
| *fwc* | *page 279* |
| *fwm* | *page 279* |
| *fwell* | *page 280* |
| *fw tab* | *page 283* |
| *fwxlconf* | *page 283* |
| *snmp_trap* | *page 284* |
| *status_alert* | *page 284* |
| *fw converthosts* | *page 285* |
| *User Database - Importing and Exporting* | *page 285* |

### fwciscoload

fwciscoload downloads a Security Policy to a Cisco router.

Syntax

If only a password and an enable-password are required, then the syntax is:

```
fwciscoload machine-name  conf-file LoginPassword EnablePassword
```

Explanation

| parameter | meaning |
|---|---|
| machine-name | router name |
| conf-file | Security Policy file (must be in $FWDIR/conf) |
| LoginPassword | login password for the Cisco router |
| EnablePassword | enable password for the Cisco router |

If the Cisco router uses the TACACS protocol, or if a user name is required in addition to the password and enable-password, then the syntax is:

```
fwciscoload machine-name conf-file UserName LoginPassword
     EnableName EnablePassword
```

Chapter 10    Command Line Interface    273

FIN012771

Utilities

Explanation

| parameter | meaning |
|-----------|---------|
| machine-name | router name |
| conf-file | Security Policy file (must be in $FWDIR/conf) |
| UserName | user name |
| LoginPassword | login password for the Cisco router |
| EnableName | enable name |
| EnablePassword | enable password for the Cisco router |

Each of the last four parameters can be XXX to indicate that it is unneeded, or PROMPT to indicate that the user should be prompted for the parameter. Use PROMPT when you do not want a password to appear on the command line, or if the password is not fixed (for example, with SecurID).

**Note –** XXX and PROMPT are case-insensitive and cannot be used as either name or password.

Alternatively, you can download the Security Policy using a TELNET-like interactive session. You should use this option when the enable-login is not covered by the above options. In this case, type:

```
fwciscoload machine-name conf-file -t
```

The interactive session will begin. Enter enable mode manually (type Ctrl-C to exit fwciscoload).

Type Ctrl-] to return to fwciscoload, which will then download the Security Policy and exit.

**Note –** If the TACACS authentication connection between the Cisco router and the TACACS server passes through a FireWalled machine, you must enable the connection in the Rule Base.

Example

The command:

```
fwciscoload cis cis.cl XXX 1234 abcd PROMPT
```

downloads the policy file cis.cl (in $FWDIR/conf) to the router cis.

- The login password is 1234.
- There is no UserName.
- EnableName is abcd.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012772

■    The user is prompted for a password (for example, a SecurID password).

## fw ctl

fw ctl sends control information to the FireWall-1 Kernel Module.

Syntax

```
fw ctl [ip_forwarding option] | pstat | install | uninstall
```

Explanation

| parameter | meaning |
|-----------|---------|
| ip_forwarding never | Specify that FireWall-1 does not control (and thus never changes) the status of IP Forwarding. |
| ip_forwarding always | Specify that FireWall-1 controls the status of IP Forwarding as described below. |
| ip_forwarding default | Specify that FireWall-1 controls the status of IP Forwarding only if IP Forwarding is disabled in the kernel. Otherwise, FireWall-1 does not control (and thus does not change) the status of IP Forwarding. This is the default setting. |
| pstat | Display FireWall-1 internal statistics. |
| install | Install the FireWall-1 kernel. |
| uninstall | Uninstall the FireWall-1 kernel. |

IP Forwarding

```
fw ctl  ip_forwarding always
```

When FireWall-1 controls the status of IP Forwarding, then FireWall-1 changes the status as follows:

■    When FireWall-1 is stopped (fwstop), IP Forwarding is disabled.
■    When FireWall-1 is started (fwstart), IP Forwarding is enabled.

This ensures that there is never a time (after FireWall-1 has been started for the first time) that the host is forwarding packets without the FireWall Module being loaded with a Security Policy.

It is recommended that IP Forwarding be disabled in the kernel. See "Enabling and Disabling IP Forwarding" on page 276 for instructions on how to do this. In this way, IP Forwarding will be never be enabled unless FireWall-1 is working, no matter which of the above options you have chosen.

In IBM AIX, IP Forwarding is by default disabled during boot, so it is not necessary to disable it in the kernel.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012773

Utilities

Enabling and Disabling IP Forwarding

Solaris 2.x (source routed packets)

To turn off IP Forwarding and source routed packets, edit /etc/rc2.d/S69inet and change:

```
ndd -set /dev/ip ip_forwarding 1
```

to:

```
ndd -set /dev/ip ip_forwarding 0
ndd -set /dev/ip ip_forward_src_routed 0
```

For additional information, refer to the man pages for ndd(1M) and ip(7).

HP-UX 10

On HP-UX 10, the following commands can be put early in the rc2.d directory[1], provided that /usr is mounted locally. In this case, you could put these statements in /sbin/init.d/noipforward:

```
#!/sbin/sh
PATH=/sbin:/usr/sbin:/usr/bin
export PATH
case "$1" in
    start_msg)
    echo "Turn IP-Forwarding OFF"
    ;;

    stop_msg)
    echo "(Not Turning IP-Forwarding on)"
    ;;

    'start')
    if [ -x /usr/bin/adb ]; then
       echo "ipforwarding/W 0" | adb -w /stand/vmunix
            /dev/kmem
    fi
    ;;
    esac
exit 0
```

---

[1]. The files in this directory are executed one after the other, in alphabetical sequence of their names.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012774

Make sure `/sbin/init.d/noipforward` is executable and link it to
`/sbin/rc2.d/S001noipforward`.

If `/usr` is not mounted locally, then put the above statements in a file that is executed
after `/usr` is mounted.

To enable IP Forwarding, enter the following command:

```
echo "ipforwarding/W 1" | adb -w /stand/vmunix /dev/mem
```

### Windows NT

1. When you install FireWall-1, check **Control IP Forwarding** in the **IP Forwarding** window (see FIGURE 2-18 on page 52 of *Getting Started with FireWall-1*).

   If you have already installed FireWall-1, reconfigure FireWall-1 using the FireWall-1 Configuration application. When you do so, the different configuration options will be displayed as different tabs in the Configuration window.

2. Enable the **IP Enable Routing** option in the **Advanced TCP/IP Configuration** window.

   This window is accessible from the **TCP/IP Configuration** window in the Networks applet in the Control Panel.

3. Reboot the computer.

### IBM AIX

 **Warning –** The AIX default is for IP Forwarding to be off. If you enable IP Forwarding while FireWall-1 is not running, you will be exposing your network. Make sure that it is not turned on in one of the `.rc` scripts during boot. Turn it on (with the `no -o ipforwarding=1` command) in the `fwstart` script after FireWall-1 starts enforcing a Security Policy, and turn it off (with the `no -o ipforwarding=0` command) in the `fwstop` script just before FireWall-1 stops.

To enable IP Forwarding, enter the following command:

```
no -o ipforwarding=1
```

To disable IP Forwarding, enter the following command:

```
no -o ipforwarding=0
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012775

Utilities

## fw gen

fw gen generates an Inspection Script (*.pf) file from a Rule Base (*.W) file. The command takes a Rule Base file as an argument and the Inspection Script is printed to the standard output. Rule Base (*.W) files are created by the Graphical User Interface, but you may edit them and use this command to generate Inspection Scripts (though this is *not* recommended).

Syntax

```
fw gen <RuleBase_filename>
```

Examples

```
fw gen $FWDIR/conf/default.W
fw gen $FWDIR/conf/corporate.W | more
fw gen $FWDIR/conf/corporate.W > /tmp/corporate.pf
```

## fw kill

fw kill sends a signal to a FireWall-1 daemon.

Syntax

```
fw kill [-t sig_no] proc-name
```

Explanation

| parameter | meaning |
|---|---|
| [-t sig_no] proc-name | If the file $FWDIR/log/<proc-name>.pid exists, send sig_no to the pid given in the file. If no signal is specified, signal 15 (SIGTERM) is sent. |

The FireWall-1 daemons and Security Servers write their pids to files in the log directory upon startup. These files are named $FWDIR/log/<daemon_name>.pid. For example, the file containing the pid of the FireWall-1 snmp daemon is $FWDIR/log/snmpd.pid.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012776

Examples

```
fw kill snmpd
```

sends signal 15 to the FireWall-1 snmp daemon.

```
fw kill -t 1 snmpd
```

sends signal 1 to the FireWall-1 snmp daemon.

### fwc

fwc is the FireWall-1 INSPECT language compiler. It compiles an Inspection Script (*.pf) file but does not install it. You may use this command to see if your Inspection Scripts can be compiled, without actually installing them on FireWall Modules.

fwc takes an Inspection Script (*.pf) file as an argument and produces several files: Inspection Code (*.fc) file, FireWall Module tables (*.ft) file, log format (*.lg) file and *.set, *.db and *.objects files. Those files are produced in the directory $FWDIR/tmp.

### fwm

fwm is the FireWall-1 Management Server in the Client/Server implementation of the Management Module, and is used for communicating with the GUI and adding, updating and removing administrators.

fwm must be running on the Management Server if you wish to use the GUI client on one of the client machines.

Syntax

```
fwm [-a name [-w{w|u|r|m}] [-s password] [-q]| -r name | -p | -g]
```

Explanation

| parameter | meaning |
|---|---|
| -a name | add or update an administrator |
| -w | set access level as follows:<br>w — Read/Write<br>u — User Edit<br>r — Read Only<br>m — Monitor Only |
| -s password | set the administrator's password |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012777

Utilities

| parameter | meaning |
| --- | --- |
| -q | when adding an administrator, don't prompt for the administrator's password (useful for batch updates) |
| -r name | delete an administrator |
| -p | print a list of administrators |
| -g | convert the old *.W files to one unified rulebases.fws that is used by fwm |

For more information about the FireWall-1 Management Server, see Chapter 7, "Management Server."

To add an administrator, type:

```
fwm -a
```

You will be prompted to type the user's name and password. You will be asked to confirm the password by typing it a second time.

To delete an administrator, type:

```
fwm -r
```

You will prompted to type the user's name.

## fwell

fwell manages Access Lists for Wellfleet (Bay Networks) routers.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012778

Syntax

```
fwell load rulebase-file [-s] [-u] [interface-name@] router-name
     [targets]
fwell unload  [-s] [-u] [interface-name@] router-name targets
fwell stat    targets
```

Explanation

| parameter | meaning |
|-----------|---------|
| load | loads the Access List to the router |
| unload | unloads the Access List |
| -s | generate summary output |
| stat | show statistics |
| -u | specifies list of interfaces |

**Note** – When loading a Rule Base to a router, all the router's interfaces are first unloaded. If the –u parameter is specified, then the virtual router's interfaces are unloaded. If the –u parameter is not specified, then the real router's interfaces are unloaded.

For example, the command `fwell stat well` produces output similar to the following:

```
CIRCUIT   IF              FILTERDATE
E21       -
S21       192.114.50.33   d423Mar95 10:34:13
S22       -               -                    -
```

Individual Interface Loading for Bay Routers (Wellfleet)

Rather than loading (or unloading) the Security Policy (Access Lists) to (or from) all the interfaces of a Bay Router, it is possible to specify individual interfaces.

Examples

Suppose a Wellfleet router well has three interfaces: E21, S21 and S22.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012779

Utilities

The user might wish to define (manually, in objects.C) two "virtual" routers, well1 and well2, as follows:

```
(well1
    :ipaddr well
    :if-1E21
)
(well2
    :ipaddr well
    :if-0S21
    :if-2S22
)
```

The list of interfaces to be loaded or unloaded is specified in the command line

For example, the command:

```
fwell load p.W E21@well1
```

performs the following actions:

- unloads E21, S21, S22 (all the interfaces of the real router well — this is because the -u parameter was not specified)
- loads E21 (all the interfaces of the virtual router well1)

In practice, specifying E21 in the command line had no effect. All the interfaces were loaded, but as it happens, well1 has only one interface

**Note** – p.W is the name of the Rule Base file.

The command:

```
fwell load -u p.W well2
```

performs the following actions:

- unloads S21 and S22 (all well2 interfaces — this is because the -u parameter was specified)
- load S21 and S22 (all well2 interfaces)

The command:

```
fwell load -u p.W S21@well2
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012780

performs the following actions:

- unload S21 (the only interface specified in the command line)
- load S21 (the only interface specified in the command line)

## fw tab

`fw tab` displays the content of INSPECT tables on the target hosts in various formats.

Syntax

```
fw tab [-all | -conf confile] [-short] [-max num] [-u]
    [-table name] targets
```

Default format displays for each host: host name and a list of all tables with their elements

Explanation.

| parameter | meaning |
|---|---|
| -all | Display all tables. |
| -conf confile | Read parameters from confile. |
| -short | Use short format: host name, table name, table ID, and its number of elements. |
| -max num | For each table, display only its first num number of elements (default is 16). |
| -u | Do not limit the number of displayed entries. |
| -table table_name | Display only table_name table. |

Examples

```
fw tab
fw tab -t hostlist1 gateway1
```

## fwxlconf

`fwxlconf` is the FireWall-1 Address Translation configuration utility. For information about using `fwxlconf`, see "Configuring Address Translation — Command Line Interface" on page 189.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012781

Utilities

## snmp_trap

snmp_trap sends an SNMP trap to the specified host. The message may appear in the command line, or as one line in the program input (stdin).

- host — the name of the host that should receive the trap

- message — the message sent to host.

```
Usage:  snmp_trap [-v var] [-g generic_trap]
        [-s specific_trap] host [message]

        -v var: an optional object id to bind with the message
        -g generic_trap: One of the values:
            0 coldStart
            1 warmStart
            2 linkDown
            3 linkUp
            4 authenticationFailure
            5 egpNeighborLoss
            6 enterpriseSpecific (default value)
        -s specific_trap: a unique number specifying
        the trap type; valid only if generic trap
        value is enterpriseSpecific (default value is 0)
```

snmp_trap is the default command in **SNMP Trap Alert Command** in the **Logging and Alerting** tab of the **Properties Setup** window (Windows GUI) and in the **Control Properties/Logging and Altering** window (OpenLook GUI). You can use the -v flag to send the value of one of the FireWall-1 MIB variables (see "Firewall-1 MIB" on page 242).

## status_alert

status_alert generates an alert. status_alert is meant for use in the **Command** field of the **Status View Actions** window (see "Status View Actions" on page 149 of *Managing FireWall-1 Using the OpenLook GUI*) and in the **Action on Transition** field in the **Options** window (see "Options" on page 206 of *Managing FireWall-1 Using the Windows GUI*).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012782

## fw converthosts

`fw converthosts` converts a file in the `/etc/hosts` format to a file in the `dnsinfo.C` format. For information on why this might be needed as well as a description of the `dnsinfo.C` file format, see "DNS" on page 97 of *Virtual Private Networking with FireWall-1*.

Syntax

```
fw converthosts < input_file > output_file
```

Example

```
fw converthosts < /etc/hosts > /tmp/dnsinfo.C
```

## User Database - Importing and Exporting

### Importing a User Database

To import users into the FireWall-1 User Database from an external source, you must create an ASCII (text) file with the required information and import the file into FireWall-1 using the `fw dbimport` utility.

The import file must conform to the following syntax:

**1**     The first line in the file is an attribute list.

The attribute list can be any partial set of the following attribute set, as long as name is included:

```
{name; groups; destinations; sources; auth_method; fromhour;
tohour; expiration_date; color; days; internal_password;
SKEY_seed; SKEY_passwd; SKEY_gateway; template; comments; userc}
```

**2**     The attributes must be separated by a delimiter character.

The default delimiter is the ; character. However, you can use a different character by specifying the `-d` option in the command line (see below).

**3**     The rest of the file contains lines specifying the values of the attributes per user.

The values are separated by the same delimiter character used for the attribute list.

An empty value for an attribute means use the default value.

**4**     For attributes that contain a list of values (for example, days), enclose the values in curly braces, that is, { }.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012783

Utilities

Values in a list must be separated by commas. If there is only one value in a list, the braces may be omitted.

A + or – character appended to a value list means add to delete the values in the list from the current default user values.

Otherwise the default action is to replace the existing values.

5   Legal values for the days attribute are: MON, TUE, WED, THU, FRI, SAT, SUN.

6   Legal values for the authentication method are: Undefined, S/Key, SecurID, Unix Password, FireWall-1 Password, RADIUS, Defender.

7   Time format is hh:mm.

8   Date format is dd-mmm-yy, where mmm is one of {Jan, Feb, Mar, Apr, May, Jun, Jul, Aug, Sep, Oct, Nov, Dec}.

9   If the S/Key authentication method is used, all the other attributes regarding this method must be provided.

10  If the FireWall-1 password authentication method is used, a valid FireWall-1 password should be given as well.

    The password should be encrypted with the C language encrypt function.

11  Values regarding authentication methods other than the one specified are ignored.

12  The userc field specifies the details of the user's SecuRemote connections, and has three parameters, as follows:

TABLE 10-4 userc parameters

| parameter | values |
|-----------|--------|
| key encryption method | FWZ1, DES, CLEAR, Any |
| data encryption method | FWZ1, DES, CLEAR, Any |
| integrity method | MD5,[blank] = no data integrity |

"Any" means the best method available for the connection. This depends on the encryption methods available to both sides of the connection.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012784

For example:

| userc | means |
|-------|-------|
| {FWZ1,FWZ1,MD5} | key encryption method is FWZ1; data encryption method is FWZ1; data integrity method is MD5 |
| {DES,CLEAR,} | key encryption method is FWZ1; no data encryption; no data integrity |
| {Any,Any,} | use "best" key encryption method; use "best" data encryption method; no data integrity |

**13**     A line beginning with the ! character is considered a comment.

After preparing the import file, execute `fw dbimport` to import the users into the FireWall-1 User Database.

Syntax

```
fw dbimport [-m] [-s] [-v] [-r] [-k errors] [-f file] [-d delim]
```

Explanation

| parameter | meaning |
|-----------|---------|
| -m | Indicates that if an existing user is encountered in the import file, the user's default values will be replaced by the values in the template (the default template or the one given in the attribute list for that user in the import file), and the original values will be ignored. If -m is not specified, then an existing user's original values will be not be modified. |
| -s | Suppress the warning messages issued when an existing user's values are changed by values in the import file. |
| -v | verbose mode |
| -r | dbimport will delete all existing users in the database. |
| -k nerrors | Continue processing until nerror errors are encountered. The line count in the error messages starts from 1 including the attributes line and counting empty or commented out lines. |
| -f file | Specifies the name of the import file. The default import file is $FWDIR/conf/user_def_file. |
| -d | Specifies a delimiter different from the default value (;). |

To ensure that there is no dependency on the previous database values, use the -r flag together with the -m flag.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012785

Utilities

## Exporting a User Database

You can export your User Database to a file using fw dbexport.

The generated file can be in either of two syntaxes:

- the same syntax as the import file for fw dbimport (see "Importing a User Database" on page 285)
- LDIF syntax, which can be imported into an LDAP server



**Warning –** If you use the -a parameter (see below) to specify a list of attributes, and then import the created file using fw dbimport, the attributes not exported will be deleted from the user database.

### Exporting a User Database — dbimport syntax

Syntax (dbimport syntax)

```
fw dbexport [ [-g group | -u user] [-d delim]
    [-a {attrib1, attrib2, ...} ] [-f file] ]
```

Explanation (dbimport syntax)

| parameter | meaning |
|-----------|---------|
| -g | Specifies a group of users to be exported; users are not exported. |
| -u | Specifies that only one user (user) be exported. |
| -d | Specifies a delimiter different from the default value (";"). |
| -a | Specifies the attributes to export, in the form of a comma-separated list between {} characters, for example, -a {name, days}. If there is only one attribute, the {} may be omitted. |
| -f | Specifies the name of the output file. The default output file is $FWDIR/conf/user_def_file. |

### Exporting a User Database — LDIF syntax

Syntax (LDIF syntax)

```
fw dbexport -l [ [-g group | -u user] [-d delim]
    [-a {attrib1, attrib2, ...} ]  -s subtree [-f file]
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012786

**Explanation (LDIF syntax)**

| parameter | meaning |
|-----------|---------|
| -l | Create an LDIF format file for importation by an LDAP server. |
| -g | Specifies a group of users to be exported; users are not exported. |
| -u | Specifies that only one user (user) be exported. |
| -A [-i] | Specifies that all users are to be exported. -i specifies that all groups are to be exported as well. |
| -s | Specifies the branch under which the users are to be added. |
| -a | Specifies the attributes to export, in the form of a comma-separated list between {} characters, for example, -a {name,days}. If there is only one attribute, the {} may be omitted. |
| -f | Specifies the name of the output file. The default output file is $FWDIR/conf/user_def_file. |

**Example (LDIF syntax)**

```
fw dbexport -l -u maryj -s o=WidgetCorp,c=us
```

creates a file consisting of one entry, where the DN is:

```
cn=maryj,o=WidgetCorp,c=us
```

**Notes**

The LDIF file is a text file which you may wish to edit before importing it into an LDAP server. For example, in the FireWall-1 user database, user names may be what are in effect login names (such as "maryj") while in the LDAP server, the DN should be the user's full name ("Mary Jones") and "maryj" the login name.

Another issue is that you may wish to import different groups of users into different branches. In this case, you should run fw dbexport more than once, for example:

```
fw dbexport -f f1 -l -g marketing -s ou=marketing,
    o=WidgetCorp,c=us
fw dbexport -f f2 -l -g rnd -s ou=rnd,o=WidgetCorp,c=uk
```

Next, import the individual files into the LDAP server one after the other. For information on how to do this, refer to the documentation for your LDAP Server.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012787

Utilities

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012788

CHAPTER **11**

# INSPECT

## In This Chapter

| | |
|---|---|
| *Introduction* | *page 291* |
| *INSPECT Reference Manual* | *page 298* |

## Introduction

A FireWall-1 Security Policy is defined by a Rule Base and the properties of the objects (networks, services, hosts, and users) used in the Rule Base. Typically, the system administrator defines a Security Policy using the FireWall-1 GUI (Graphical User Interface). From the Security Policy, FireWall-1 generates an Inspection Script written in the FireWall-1 Language (INSPECT). Inspection Scripts are ASCII files and can also be written using a text editor.

Inspection Code, compiled from the Inspection Script, is then transmitted on a secured control channel from the FireWall-1 Management Center — the computer on which the Security Policy was defined — to the FireWall-1 daemons on the network objects that will enforce the policy. The FireWall-1 daemon loads the Inspection Code into the FireWall-1 FireWall Module.

INSPECT was designed specifically as a firewall language, and so it enables typical firewall actions (for example, accept, reject, log, *etc.*). To meet reliability and efficiency requirements, INSPECT has the following characteristics:

- There are no loops.
- Functions do not support recursion.
- Only a limited form of indirect access is allowed.
- Conditions are short circuits.
- There is no explicit memory allocation.
- Function argument passing is by value only.
- A function returns exactly one value.

291

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Introduction

- Source code is in a single file (except that the C-preprocessor #include directive is allowed), and there is no external linkage.

- The name space (that is, macros, functions, tables and formats) begins at the end of its definition and persists to the end of the file.



**FIGURE 11-1** FireWall Inspection Components - flow of information

The ability to directly edit Inspection Scripts facilitates debugging and enables administrators to tailor Inspection Scripts to their specialized requirements. The rest of this chapter describes the INSPECT language.

**TABLE 11-1** FireWall Inspection Components

| Component | Description |
|---|---|
| Inspection Script | ASCII file (*.pf) in the INSPECT language which is either generated from a Security Policy (*.W file), hand written or some combination of the two |
| Inspection Code | a file (*.fc) compiled from an Inspection Script (*.pf) |
| FireWall Module | a FireWall-1 software module running on a FireWalled host that executes Inspection Code |

## Writing an Inspection Script

The only way to learn a new language is by writing programs in the language. INSPECT is a firewall language, so testing your program requires that you create the program text, successfully compile it, load it to a FireWalled host and verify that the Inspection Code does what you expect it to do. Once you have mastered the details of these mechanical steps, everything else is relatively straightforward and simple.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012790

## A Simple Script

An Inspection Script corresponds to a Security Policy, and its most important elements are rule statements. The following script consists of a single rule statement:

```
accept [ 9 : 1] = 6;
```

This rule statement is read as "accept the packet if the value at byte 9 (for a length of 1 byte) is equal to 6." (In IP packets, byte 9 identifies the protocol, and a value of 6 indicates a TCP packet.) In short, the script accepts TCP packets.

## Testing the Script

To test this simple INSPECT script, proceed as follows:

*1*    Use the fwc command to compile the Inspection Script (fwc name.pf).

The fwc command puts the Inspection code in $FWDIR/tmp. Your simple INSPECT script should compile successfully with no errors.

**Note –** For additional information about the fwc, fwstart and fw load commands, see Chapter 10, "Command Line Interface."

*2*    Verify that your host is FireWalled.

Use the fwstart command to start the FireWall module.

*3*    Use the fw load command to compile the Inspection Script and install the resulting Inspection Code in a single step (fw load name.pf).

*4*    Verify that only TCP packets are allowed to access the current host.

For example, the TELNET protocol is accepted and the PING protocol is rejected.

## INSPECT Syntax

INSPECT's syntax is similar to that of C, but there are differences between the two languages. The rule statement shown above illustrates some of them:

- the = operator means test for equality (rather than assignment)
- the test ([ 9 : 1 ] = 6) is *not* preceded by the if keyword

Since INSPECT uses the C preprocessor (see "Preprocessor" on page 316), the script shown above might be rewritten as follows:

```
#define tcp ([ 9 : 1] = 6)
accept tcp;
```

Chapter 11   INSPECT   293

Introduction

In this script, a pre-processor macro named `tcp` is defined (using the pre-process `#define` directive), and then used in the accept statement. This version of the rule statement is simpler and more readable than the first version.

Taking the idea of using macros one step further, the script might again be rewritten, as follows:

```
#define ip_p [ 9 : 1]
define tcp { ip_p = 6 };
accept tcp;
```

In this version, a macro (`ip_p`) representing the byte that specifies the protocol is defined, and then `tcp` is defined in terms of `ip_p`.

**Note** – `#define` is a C preprocessor directive and `define` is an INSPECT statement. The difference between them is discussed under "define" on page 311.

This two stage definition is useful because it simplifies defining additional protocols, as follows:

```
define tcp { ip_p = 6 };
define udp { ip_p = 17 };
define icmp { ip_p = 1 };
```

### Compound Conditions

A rule statement's condition may be more complicated. For example,

```
accept (tcp, telnet);
```

means: accept the packet if it is both TCP and TELNET. The comma (,) is the logical AND operator.

**Note** – `telnet` and `ftp` are defined in the file `base.def`.

Here is another example:

```
accept (tcp, telnet or ftp);
```

This statement means: accept the packet if it is TCP and either TELNET or FTP.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012792

This statement illustrates the only difference between operator precedence in C and INSPECT. In C, the expression:

```
X && Y || Z // read as "X AND Y OR Z"
```

is understood as ((X AND Y) OR Z), that is, AND takes precedence over (is evaluated before) OR.

In INSPECT, the expression:

```
X and Y or Z
```

is understood as (X AND ((Y OR Z)), that is, OR takes precedence over AND.

Parentheses — "(" and ")" — can be used to force operator precedence. There is no penalty for superfluous parentheses.

Here is a rule statement that illustrates the use of parentheses to force operator precedence:

```
accept (tcp, telnet or ftp) or (udp, snmp);
```

This statement would have quite a different meaning without the parentheses.

The next rule statement looks almost like a rule in the Rule Base Editor:

```
accept                              // Action
  (tcp, telnet or ftp),             // Services
  ((ip_src = doors) or (ip_src = well)),  // Source
  (ip_dst = natasha);               // Destination
```

The first four elements of a rule in the Rule Base (Action, Source, Destination and Services) are expressed in the above rule statement.

**Note** – The definitions of ip_src and ip_dst are not shown here. INSPECT comments have the same syntax as C++ comments.

### Elements of a Rule

In the Rule Base Editor, a rule is composed of six elements, as follows:

**Source** — where the packet is coming from

**Destination** — where the packet is going

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012793

Services — the type of application

Action — what is to be done with the packet

Track — whether to log the packet or generate an alert

Install On — the FireWall Module or Inspection Module that will enforce this rule

You have already seen how the first four elements are expressed in an INSPECT rule statement.

From the point of view of INSPECT's syntax, none of the elements in a rule statement is required. Even a rule statement without an Action can "do something" as a side effect of a condition.

### Track

A rule's Track element is often set to one of the log options. Though there is a log operator in INSPECT, it's more convenient to use the LOG macro, as follows:

```
#include "fwui_head.def"
SRV_tcp(telnet, 23)
SRV_tcp(ftp, 21)
accept                                // Action
  (tcp, telnet or ftp),               // Services
  (ip_src = doors or ip_src = well),  // Source
  (ip_dst = natasha),                 // Destination
  LOG(long,LOG_NOALERT,1);            // Track
```

The SRV_tcp(telnet, 23) statement defines telnet, and SRV_tcp(ftp, 21) defines ftp.

For a description of the LOG macro, see "LOG" on page 316.

The #include statement in the script shown above includes the standard macro definitions. The script is complete and will compile without errors, if the names doors, well, and natasha can all be resolved. (For more information about #include, see "#include" on page 317).

### Scope (Install On)

The last element in a rule is Install On, the FireWalled objects that will enforce the rule. This element is known as the rule's scope, and its syntax is:

```
direction interfaces@hosts
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Writing an Inspection Script

**TABLE 11-2** Scope Elements

| element | meaning |
|---|---|
| direction | inbound (or =>) — incoming<br>outbound (or <=) — outgoing<br>eitherbound (or <>) — incoming and outgoing |
| interfaces | on which network interface(s) to examine packets |
| @ | required separator |
| hosts | on which host(s) to examine packets |

The scope is specified before the action, as follows:

```
#include "fwui_head.def"
SRV_tcp(telnet, 23)
SRV_tcp(ftp, 21)
inbound all@natasha                  // Install On (scope)
accept                               // Action
    (tcp, telnet or ftp),            // Services
    (ip_src = doors or ip_src = well),// Source
    (ip_dst = natasha),              // Destination
    LOG(long,LOG_NOALERT,1);         // Track
```

The scope shown above specifies the rule's scope as inbound packets on all interfaces of the FireWalled host natasha.

inbound, outbound and eitherbound are all macros defined in fwui_head.def.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012795

# EXHIBIT 3
## PART 5

INSPECT Reference Manual

### include Files

The `$FWDIR/lib` directory contains a number of files that are always included by Inspection Scripts generated by FireWall-1. You may find it useful to include some of these files in Inspection Scripts you write yourself.

**TABLE 11-3** Some Useful include Files

| file name | meaning |
|---|---|
| `fwui_head.def` | contains many useful macro definitions — also includes other `*.def` files |
| `formats.def` | contains definitions of log formats that are used in FireWall-1 User Interface, for example, the definitions of the Long format and the Short format |
| `code.def`<br>`base.def` | contain the core logic of the Inspection Module |
| `fwui_trail.def` | contains the implicit drop rule — usually included at the end of an Inspection Script |

# INSPECT Reference Manual

## Introduction

An INSPECT script is compiled into low level code which is run on a stack-based virtual machine.

The virtual machine is placed in the FireWalled machine's kernel. The virtual machine inspects every IP packet passing through the machine by running the code compiled from the Security Policy.

Since FireWall-1 runs on machines with a 32-bit word length, each stack cell is 32-bits wide. INSPECT uses the stack for storing intermediate values. Other storage areas used by INSPECT are registers and tables (as described later).

INSPECT supports 32-bit integers, as well as other special constants (for example, IP-addresses, interfaces, etc.).

## Lexical Conventions

The INSPECT compiler is a single phase compiler. A program consists of a single source file (except for C pre-processor #include file) and is translated in two stages. The first stage is a preprocessor stage, during which the C-preprocessor directives are carried out. In the second stage, the INSPECT Script is transformed into Inspection Code.

INSPECT comments have the same syntax as C++ comments. The characters // introduce a comment.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012796

## Reserved Words

The following words (all in lower case only) are reserved words in INSPECT:

**TABLE 11-4** INSPECT Reserved Words

| | | | |
|---|---|---|---|
| accept | and | call | date |
| day | deffunc | define | delete |
| direction | domains | drop | dynamic |
| expcall | expires | export | format |
| from | fwline | fwrule | get |
| hold | host | hosts | if |
| ifaddr | ifid | in | interface |
| interfaces | keep | limit | log |
| modify | netof | nets | nexpires |
| not | or | packet | packetid |
| pass | record | refresh | reject |
| set | static | to | tod |
| vanish | xor | | |

In addition, the following are also reserved words:

- names of the days of the week (for example, Sunday, sunday and sun),
- names of the months
- constructs of the form [S|s][r|R]n (where n is a decimal number)

It is recommended that you use service and protocol names for their original purpose, that is, when using telnet, ftp, etc, do not hide the system constants (for example, avoid using these names for network objects).

## Constants

### Numeric Constants

There are no floating point constants in INSPECT.

Integer constants can be expressed in the standard formats:

- A number beginning with 0x is understood as a hexadecimal integer, for example 0x4f.
- A number beginning with 0 is understood as an octal integer, for example 0777.
- Otherwise, numbers are understood as decimal integers.

### Time Specification

Three decimal integers separated by two colons (for example, 23:30:00) are understood as a time constant.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012797

INSPECT Reference Manual

### Day in Month Specification

Three character abbreviations or full month names, followed by a day number (for example, Jan 22) are understood as a time constant.

### Day in week Specification

Three character abbreviations or full day names (for example, sun) are understood as a time constant.

### Special FireWall constants

Since INSPECT is designed especially for FireWall purposes, it recognizes the following special communication entities.

- domains
- nets and hosts (expressed as IP-address constants)
- interfaces

Network and communication entities may be used as special constants in either lists or expressions. Special purpose commands that handle some of these entities are described later.

### IP address constant

Four decimal integers separated by three periods (for example, 192.0.0.24), or three decimal integers separated by two periods (for example 192.0.0), or two decimal integers separated by one period (for example, 192.0) are considered constants and are understood as IP addresses.

## Identifiers

### Types

There are five types of identifiers in INSPECT:

- segment registers
- special purpose registers
- dynamic and static tables
- macros
- functions

### Meaning of Identifiers

Identifiers or names refer to variety entities: functions, macros, tables, registers, *etc.* In contrast to function and macro identifiers, tables and registers are storage area designed for the programmer. The compiler is responsible for handling (that is, allocating) these storage areas and the programmer may only store, remove and retrieve data.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012798

Indirect access is limited to storing relative addresses in segment registers (see "Segment Registers" on page 301). The value of a segment register may be interpreted as a relative address in a packet or as a table number (the set command may be used to store these values in a segment register). Some of the INSPECT expressions use segment registers for indirect access.

For example,

```
sr6.[12:1]
```

refers to byte (12 + the contents of segment register sr6).

Names

Identifier names are case-sensitive. INSPECT does not impose a limit to a name's length.

Name Resolution

The compiler tries to resolve names using various external databases, such as /etc/services, based on the context in which the name is used. If a name is defined as an INSPECT identifier (for example, a table, macro, or function) then this definition hides the database value of the name.

## Segment Registers

A segment register is defined as follows:

```
segment-register:
    s[r|R]n
```

where n is a decimal number between 0 and 15. For example, sr6 and sR13 are valid segment register names, but sr16 is not.

Unlike other INSPECT identifiers, segment register names are not case sensitive. So, Sr3, sr3 and sR3 all refer to the same segment register.

A segment register is used to store a base value from which offsets in an expression are calculated. For example, the expression:

```
[12:2]
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012799

INSPECT Reference Manual

refers to 2 bytes beginning at byte 12 of the packet (the first byte is at byte zero), while:

```
sr6.[12:2]
```

refers to 2 bytes beginning at byte (12 + the contents of segment register sr6).

A segment register can be used to store a value for later use. For example:

```
set sr1 [12];
accept sr1 = [14,1];
```

This means: accept the packet if byte 12 equals byte 14.

## Functions

INSPECT uses functions for two primary reasons:

■  to break large computing tasks into smaller ones, clarifying the code

■  to decrease the size of the Inspect code

The INSPECT deffunc operator is evaluated similarly to define but outputs a code rather than identifying inline code.

Consider the following script:

```
#define ip_p [ 9 : 1]
deffunc tcp {ip_p = 6};
accept tcp;
```

The generated code contains a function that checks if the current packet is a TCP packet.

In INSPECT, every function returns exactly one value. The Inspection Code starts by calling the function tcp and then applies the accept statement on the value returned from the function.

Function parameter passing is strictly by value; so, for example, formats cannot be passed as arguments to a function. No recursion is allowed. Moreover, functions must be defined before they are called and there are no function prototypes.

## Tables

There are two types of tables: dynamic (see "Dynamic Tables" on page 304) and static (see "Static Tables" on page 307).

A table consists of attributes and entries.

302    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012800

## Attributes

TABLE 11-5 lists the possible attributes of a FireWall-1 table.

**TABLE 11-5** FireWall-1 Table Attributes

| attribute name | meaning |
|---|---|
| expires | An entry is removed from the table if it is not accessed in this period of time. |
| refresh | reset the expiration timeout when accessed |
| free function $x$ | Call this function when an entry is deleted or expires. |
| hashsize | size of the hash — should be close to table size. |
| modtrap $x$ | Trap the FireWall-1 daemon when the table is modified. |
| intrap $x$ | Trap the FireWall-1 daemon when adding an entry. |
| outtrap $x$ | Trap the FireWall-1 daemon when deleting an entry. |
| keep | Keep the table's entries after a Security Policy is installed. |
| kbuf $x$ | The $x^{th}$ argument in the value section is a pointer to an internal data structure (primarily used in encryption). |
| implies table_name | A entry deleted from this table will be deleted from table_name table as well. |
| limit $x$ | Limit this table to $x$ entries. |
| synch | Synchronize this table if using FireWall-1 synchronization. |

## Entries

An entry can be in the form of a tuple, or of a tuple and a value. Tables are associative — that is, an entry is identified by its value rather than by its position in the table.

For example,

```
<12,24,36>
```

is a tuple with 3 elements, while:

```
<12,24;36>
```

is a tuple with 3 elements, of which the last (36) is the value.

A value may itself be a tuple, for example <12,24;36,48>.

Chapter 11   INSPECT   303

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INSPECT Reference Manual

The action:

```
record <12,24;36> in udp_tab;
```

puts the 3 element tuple <12,24;36> in the table udp_tab (where 36 is the value and <12,24> is the key.

The expression:

```
udp_tab [12,24]
```

returns the table value (in this case the singleton <36>) whose key is <12,24>.

When the value is a tuple, the get statement is used. The expression:

```
get <12,24,36> from udp_tab to sr1
```

returns each of the values from the <12,24,36> entry in udp_tab into the segment registers starting with sr1, sr2 and so on. For example, if the value is a tuple with three elements, the first is stored in sr1, the second in sr2 and the third in sr3.

A table must be explicitly defined before it is used (see examples below). Only dynamic tables support values.

INSPECT has special operators for testing the content of tables and for extracting table values. The expression:

```
udp_tab [12,24]
```

returns the table value whose key is <12,24> and the expression:

```
<12,24> in udp_tab
```

tests if the table contains an entry whose key is <12,24>.

A table must be explicitly defined before it is used.

## Dynamic Tables

A dynamic table is one whose entries change as the Inspection Code is being executed. The number of entries (or tuples) in a dynamic table is not fixed when the table is created, and tuples can be freely added and deleted.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012802

To create a dynamic table, define one using the dynamic keyword. For example, the expression:

```
ThisTab = dynamic {};
```

creates a dynamic table named ThisTab. The table's tuples are not specified when the table is defined because tuples are added and deleted dynamically.

An optional list of attributes may be specified after the {}. The attributes are:

expires n — tuples not updated or written for n seconds are deleted

> If this attribute is specified for a table, it can be overridden for individual elements (see "Adding an Element to a Dynamic Table" on page 306).

refresh — reset the expiration timer on each use (read or write)

limit — sets the maximum number of elements the table can contain

nexpires — elements do not expire, but are removed only when explicitly deleted

> nexpires is the default setting.

keep — do not reset this table when the Security Policy is re-installed

> When a Security Policy is installed on a FireWalled host on which a Security Policy is already installed, the tables are all reset. A table will not be reset if both of the following conditions are true:

- the table was defined with the keep attribute
- the table's name and sequential number (internally assigned by FireWall-1 to each table in accordance with its position in the Inspection Script) are unchanged

expcall — call the given (by number) kernel functions when a table element expires (see "call" on page 311)

### Defining a Dynamic Table

For example, to define a dynamic table whose tuples expire if they are not used for 60 seconds:

```
udp_out = dynamic {} expires 60 refresh;
```

### Table Operations

INSPECT has special commands for modifying the contents of a table.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INSPECT Reference Manual

Adding an Element to a Dynamic Table

To record a tuple in the dynamic table:

```
record <src,sport,dst> in udp_out;
```

To record a tuple in the dynamic table with an expiration timer different from the default expiration timer for the table:

```
record <src,sport,dst @timeout> in udp_out;
```

where timeout is the number of seconds.

To modify a tuple in the dynamic table without resetting the expiration timer to zero:

```
record <12,24;36> in udp_tab;
```

Checking if an Element is in a Dynamic Table

To check if a tuple is in a dynamic table:

```
<src,sport,dst> in udp_out;
```

Deleting an Element from a Dynamic Table

To delete a tuple from the table:

```
delete <src,sport,dst> from udp_out;
```

Example

Here is a simple but powerful example of the use of dynamic tables.

```
#include "fwui_head.def"
udp_out = dynamic {} expires 60 refresh;
accept udp,direction = 1,record <src,sport,dst> in udp_out;
accept udp, direction = 0,<dst,dport,src> in udp_out;
```

■   The context tuple (source, port, and destination) of every outgoing UDP packet (direction = 1) is recorded in the dynamic table udp_out.

306    FireWall-1 Architecture and Administration • September 1998

- A context tuple is deleted after 60 seconds if no corresponding UDP packet is encountered.
- An incoming UDP packet (direction = 0) is accepted only if its context tuple is in udp_out (in other words, if it is a reply to a previously registered outgoing packet).

**Note –** INSPECT short-circuits compound AND conditions as soon as it encounters a FALSE condition, so the record will only execute if direction = 1 is TRUE. The order of the expressions is important here.

For an explanation of direction, see "'Current Packet'" on page 310.

### Static Tables

A static table is one whose elements are fixed when the table is created, and cannot be added and deleted.

To create a static table, define one using the static keyword. A comma-separated list of constant expressions must be specified between the brackets.

For example:

```
GWList = static{gatekeeper,gatekeeper_le0,gatekeeper_le1 };
```

### Lists

A list is a typed static table. The available types are:
- domains
- nets
- hosts
- interfaces
- format

For example:

```
domain_list = domains {.security.com,.iconnet.com };
```

is a domain list. Having defined the list, the condition:

```
ip_src in domain_list
```

tests whether ip_src (the packet's source IP address) belongs to the domain defined by the given networks (.security.com and .iconnet.com).

Chapter 11  INSPECT  307

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012805

INSPECT Reference Manual

Similarly, for a "proper" network (that is, a network whose netmask is the one implied by its class), you can write:

```
net_list = nets { 192.9.200.0, 10.0.0.0, 132.64.0.0 };
```

Then the statement

```
ip_dst in net_list
```

tests whether `ip_dst` belongs to one of the networks in `net_list`.

Format Lists

A format list is a list used in creating log records.

For example, the format list (defined in $FWDIR/lib/formats.def):

```
short = format {
    <"proto", proto, ip_p>,
    <"src", ipaddr, src>,
    <"dst", ipaddr, dst>,
    <"service", port, dport>
};
```

defines a format named short, which consists of a list of four tuples. Each format list tuple is made up of three elements, as follows:

label (for example "src")

type (from a list of predefined types):

- `int` — decimal 32 bit signed integer
- `uint` — decimal 32 bit unsigned integer
- `hex` — hexadecimal representation of a 32 bit unsigned integer
- `ipaddr` — an IP address
- `service`, `port` — tcp or udp port number
- `proto` — IP protocol number
- `string` — an ASCII string (not used in the FireWall Module)

The first two elements of each tuple are used in creating a log dictionary — a record which describes log records. The last element is the actual value written to the log.

The pre-defined format lists are in the file `$FWDIR/lib/formats.def`.

See also "LOG" on page 316 and "log" on page 313.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012806

## Operators

The following operators are available in INSPECT:

TABLE 11-6 FireWall-1 Language Operators

| operator | Meaning | operator | Meaning |
|---|---|---|---|
| + | addition | >> | shift right |
| - | subtraction | << | shift left |
| / | division | | |
| * | multiplication | () | function call |
| % | modular division | [] | table indexing (for example, udp_tab[12,24]) |
| & | bitwise AND | <> and >< | in-out |
| \| | bitwise OR | = and is | equal |
| ^ | bitwise XOR | != and is not | not equal |
| , | logical AND | => | incoming |
| < | less than | or | logical OR |
| > | greater than | xor | logical XOR |
| <= | outgoing or less than or equal to (depending on context) | | |
| >= | greater than or equal to | | |

### Date and Time

Certain operators return information about the current date and time, as follows:

- date— day of the month (0 – 30, where 0 is the first day of the month)
- day — day of the week (0 – 6, where 0 is Sunday)
- tod — time of day (for example, in the statement tod < 08:00:00)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012807

INSPECT Reference Manual

### 'Current Packet'

Rule statements operate on the current packet, that is, the packet being inspected. Certain operators return information about the current packet, as follows:

- direction — 0 (inbound) or 1 (outbound)
- host — canonical IP address of the machine on which the FireWall Module is running
- ifaddr — packet's interface address
- interface — packet's interface (le0, le1, etc.)
- packetid — a unique number assigned to a packet by FireWall-1 as the packet passes through an interface

### INSPECT Commands

INSPECT enables you to define functions in an INSPECT script. The differences between functions and macros are:

- Macros are faster than functions, since there is no pushing and popping of parameters on the stack.
- Using macros gives Inspection Scripts a simple linear structure.
- Using macros avoids recursion problems.
- Using functions leads to smaller Inspection Scripts.

For information on defining macros, see "define" on page 311.

For information on defining functions, see "deffunc" on page 311.

accept

The accept action accepts a packet. For example:

```
accept (tcp, telnet or ftp);
```

accepts the packet if the condition (tcp, telnet or ftp) is TRUE. See also the descriptions of the vanish and drop actions in this section.

A more complex use of accept is this:

```
acccept ((condition-list)
or       (TRAP(parameter-list),drop));
```

If the conditions in condition-list are all TRUE, then the packet is accepted, otherwise the TRAP macro is executed and the packet is dropped. This technique (putting the drop statement in the accept statement) is used when the TRAP macro

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012808

can be expected to modify a table in such a way that when the dropped packet is re-transmitted, the conditions in condition-list will all be TRUE and the packet will be accepted.

## call

The call command enables an Inspection Script to call an externally defined function, identified by the first argument. The call command is used extensively to support encryption.

The syntax of the call command is:

```
call (<function number>, <tuple of arguments>)
```

## deffunc

An INSPECT function is defined in exactly the same way an INSPECT macro (as opposed to a preprocessor macro) is defined, except that deffunc is used instead of define. The difference is that define is expanded inline and deffunc is expanded out of line.

Compatibility

FireWall-1 supports the deffunc statement starting with Version 2.1, but earlier versions do not. This means that:

- Inspection Scripts generated by FireWall-1 Version 2.1 and higher will not compile under earlier versions.

  To compile your Version 2.1 and higher Inspection Scripts (under Version 2.1 and higher ) so that the compiled code will run under earlier versions, add the following pre-processor directive in $FWDIR/lib/fwui_head.def:

  ```
  #define deffunc define
  ```

  This directive changes all the function definitions in the script to macro definitions.

- Inspection Code compiled from Inspection Scripts generated by Version 2.1 and higher will not run under earlier versions.

## define

The pre-processor #define directive removes the #defined entity from the compiler's input before compilation. In contrast, the INSPECT define operator is evaluated during compilation and assigns a meaning to an entity in a particular context.

Chapter 11   INSPECT   311

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Consider the following script:

```
#include "fwui_head.def"
#define ip_p [ 9 : 1]
define tcp {ip_p = tcp};
accept tcp;
```

The use of the token tcp twice in the define statement is unambiguous because:

■  The compiler knows the meaning of tcp from its internal tables.

■  The compiler resolves {ip_p = tcp} first.

The compiler understands the accept statement because the only meaning of tcp known to the compiler when it encounters the statement is appropriate to the context in which tcp is used.

Consider the following script:

```
#include "fwui_head.def"
#define ip_p [ 9 : 1]
define tcp {ip_p = 6};
accept (ip_p = tcp);
```

Though tcp has two possible meanings in this script, the accept statement still compiles correctly because only one meaning is appropriate to the context.

drop

The drop action drops a packet without notifying the sender. For example:

```
drop (net_in(ip_src, cp_net_128, cp_net_128_netmask))
```

drops the packet if the condition (net_in(ip_src, cp_net_128, cp_net_128_netmask)) is TRUE. See also the descriptions of the vanish and accept actions in this section.

export

The statement:

```
export {} .xxx ;
```

copies everything in the block — between the { and the } — to the file <name>.xxx, where name is the name of the file being compiled (without the .pf suffix).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012810

For example, the statement:

```
export {} .set
```

in the file abcdef.pf copies the block to abcdef.set.

export is used to make data that is not part of the Inspection Code available to the FireWall Module. The export statement usually appears at the beginning of Inspection Scripts generated by FireWall-1.

hold

The hold action holds a packet in the kernel. The packet is neither passed not rejected. Its status can only be changed by the FireWall-1 daemon.

in

The in operator tests whether a value is in a table. For example, the statement:

```
<dst,dport,src> in udp_out;
```

tests whether the tuple is in the udp_out table.

log

The log command creates a log record in the specified format. For example,

```
log short;
```

creates a log record in the short format. The values of the expressions in the third elements of the format tuples are written to the log record. In addition, the following standard fields are also written to the log record:

- timestamp
- address of FireWalled host (or gateway) that created this log record
- interface
- direction
- action

The first two elements in each format tuple are used in creating a log dictionary, that is, a record which describes log records. A single log file may contain many dictionaries, each of which describes a different set of log records in the file.

See also "Format Lists" on page 308 and "LOG" on page 316.

Chapter 11   INSPECT   313

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INSPECT Reference Manual

modify

The modify command adds a tuple to a dynamic table (as the record operator does). If the tuple already exists, the expiration timer is not reset to zero (in contrast to the record operator). This is true even if the table is defined with the refresh attribute.

For example:

```
modify <src,sport,dst> in udp_out;
```

netof

The netof operator tests whether an IP address is a part of a network. For example, the statement:

```
(netof ip_src = big-net)
```

tests whether ip_src is part of the network big-net, according to the network mask implied by big-net's class.

set

The set command assigns a value to a segment register. For example:

```
set sr6 12;
```

assigns the value 12 to the segment register sr6.

record

The record command adds a tuple to a dynamic table. If the tuple already exists, the expiration timer is reset to zero (in contrast to the modify operator). For example:

```
record <src,sport,dst> in udp_out;
```

adds the tuple <src,sport,dst> to the dynamic table udp_out.

reject

The reject action rejects a packet. For example:

```
reject(tcp, ident);
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012812

Writing an Inspection Script

If the condition (tcp, ident) is TRUE, then reject drops the packet and for TCP, signals the originator that the attempt was forcibly denied.

vanish

The vanish action drops a packet without a trace, and for packets of an established TCP connection, does not perform the mangling described in Chapter 12, "Miscellaneous Security Issues." The drop and reject actions do perform this mangling for packets of an established TCP connection.

## Big Endian and Little Endian

"Big Endian" and "Little Endian" are terms which describe two different hardware conventions for storing data.

### Big Endian

Given the following data at these memory addresses:

| data | 1 | 2 | 3 | 4 |
|---------|------|------|------|------|
| address | 1000 | 1001 | 1002 | 1003 |

In the Big Endian convention, the data types at memory address 1000 have these values:

| long integer | 1234 |
|--------------|------|
| short integer | 12 |
| byte | 1 |

### Little Endian

Given the same data, in the Little Endian convention, the data types at memory address 1000 have these values:

| long integer | 4321 |
|--------------|------|
| short integer | 21 |
| byte | 1 |

### When Used

In the expression:

```
[12,b]
```

the b indicates that the word (4 bytes, the default length when no length is specified) is to be treated as a Big Endian integer.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

INSPECT Reference Manual

To ensure portability, always use b when referring to data in the header of any Big Endian protocol, for example, TCP/IP.

## Macros

### LOG

The LOG macro (defined in the file fwui_head.def) takes three arguments:

■ format — the type of log: long or short

■ alert — the type of alert to issue

The value LOG_NOALERT is predefined.

■ rule number — the number of the rule in the Rule Base invoking the tracking

The LOG macro has the following advantages over the log operator:

■ The LOG macro automatically handles the rule number.

■ The format takes into account the type of packet and writes the appropriate information (program number for RPC, type and sub-type for ICMP and port number for others) to the log.

■ LOG takes into account the **Excessive Log Grace Period** parameter in the **Control Properties/ Logging and Alerting** window.

See also "Format Lists" on page 308 and "LOG" on page 316.

### TRAP

TRAP calls a routine in the FireWall-1 daemon which typically loads a value into a table.

## Preprocessor

### Pre-processor statements

INSPECT uses the C preprocessor to preprocess the Inspection Script source file before compiling it. The following C pre-processor directives have no meaning in the context of a FireWall-1 Inspection Script:

#error

#line

#pragma

The pre-processor directives most commonly used in a INSPECT script are given below:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012814

#define

```
#define XYZ(a,b,c) expression // with parameters
```

or

```
#define XYZ expression // without parameters
```

#include

```
#include "fwui_trail.def"
```

### Conditional Compilation

You can use the pre-processor #ifdef directive to conditionally compile parts of an Inspection Script. The following symbolic constants are defined in each environment:

## Compiling and Installing

To compile an Inspection Script (*.pf file), use the fwc command, which compiles an Inspection Script but does *not* install the resulting Inspection Code (*.fc file).

To compile an Inspection Script and install the resulting Inspection Code in a single step, use the fw load command.

For additional information about these commands, see Chapter 10, "Command Line Interface."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012815

INSPECT Reference Manual

318    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012816

CHAPTER **12**

# Miscellaneous Security Issues

## In This Chapter

| | |
|---|---|
| *Default Security Policy* | *page 319* |
| *Auxiliary Connections* | *page 321* |
| *Established TCP Connections* | *page 322* |
| *The Fast Mode Option* | *page 325* |
| *Generic User* | *page 325* |
| *Redirecting Logging to Another Master* | *page 327* |
| *The TCP SYN Flooding Attack* | *page 329* |

# Default Security Policy

## The Period of Vulnerability

During the boot process, there is a short period of time (measured in seconds) between the point when the gateway becomes able to communicate and the point when the FireWall-1 Security Policy is loaded and is enforced. During this time, (the period of vulnerability) both the gateway and networks behind the gateway are vulnerable to attack, unless you take measures to protect them.

## Protecting the Network

You can protect networks behind the gateway by disabling IP Forwarding in the OS kernel and allowing FireWall-1 to control IP Forwarding. If you do this, there will never be a time when IP Forwarding is on but your Security Policy is not being enforced, so networks behind the gateway are safe.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012817

## Protecting the Gateway

Disabling IP Forwarding protects networks behind the gateway, but it does not protect the gateway itself. For this purpose, FireWall enables you to implement a minimal default Security Policy during the period of vulnerability.

### Standard Default Security Policies

When you install the FireWall Module, you are asked to choose between two default Security Policies:

**1**   drop

The drop default Security Policy drops all communications in and out of the gateway during the period of vulnerability.

If the boot process requires that the gateway communicate with other hosts, then the drop default Security Policy should not be used.

**2**   accept

The accept default Security Policy allows:

- all outgoing communications
- incoming communications on ports through which there were previous outgoing communications
- ICMP packets
- broadcast packets

### User Defined Default Security Policies

You can define your own default Security Policy as follows:

**1**   Create an INSPECT script named `defaultfilter.pf` in `$FWDIR/conf`.

The script may not perform any of the following functions:

- logging
- authentication
- encryption
- content security

**2**   Run `fw defaultgen`.

You must ensure that your Security Policy does not interfere with the boot process.

### Verifying the Default Policy

You can verify that the default Security Policy is indeed loaded as follows:

**1**   Boot the system.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012818

**2**    Before installing another Security Policy, type the following command:

```
$FWDIR/bin/fw stat
```

The command's output should show that `defaultfilter` is installed.

## Auxiliary Connections

### Overview

A number of services establish auxiliary connections that require special handling by FireWall-1. For example, an FTP data connection from the FTP server to the client will be allowed only if the **Enable FTP PORT Data Connections** property in the **Services** tab of the **Properties Setup** window (Windows GUI) or the **Enable Response of FTP Data Connections** property in the **Control Properties/Services** window (OpenLook GUI) is enabled.

Consider the following Rule Base

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|------------|
| FTPClient | FTPServer | Any | Accept | | Gateways |
| Any | Any | Any | Reject | Long Log | Gateways |

If the property is not enabled, the data connection from FTPServer to FTPClient will not be allowed, because there is no rule that allows connections from FTPServer to FTPClient.

If the auxiliary connection is from the client to the server (as with FTP PASV), the auxiliary connection may be improperly handled in some cases (for example, if the server's IP address is translated).

Before a back connection is opened (for example, for FTP), the back connection's destination port is checked against a list of known TCP and UDP services. If the requested port "belongs" to a well known service, the back connection is rejected.

Services that open back connections fall into two categories in FireWall-1 (assuming that there is a rule that allows the initial connection):

■ FireWall-1 allows auxiliary connections only if the appropriate property is enabled.

These are:

■ FTP PORT          ■ FTP PASV

■ RSH/REXEC      ■ RPC Control

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Established TCP Connections

- ■ FireWall-1 allows auxiliary connections only if the service is specifically listed under **Services** in the rule that allows the initial connection.

  These are:

  - ■ VDOLive
  - ■ H.323
  - ■ BackWeb
  - ■ FreeTel
  - ■ NetShow

  - ■ WebTheatre
  - ■ CoolTalk
  - ■ RealAudio
  - ■ MS Exchange services (requires DCE-RPC)
  - ■ sqlnet2

# Established TCP Connections

## Overview

FireWall-1 inspects *all* IP packets against the Security Policy. The first packet of each TCP connection or UDP session is checked against the Rule Base. If the first packet is accepted, FireWall-1 adds the connection to an internal table of open connections (the connections table), in the format:

```
<src-addr,src-port,dst-addr,dst-port,ip-p;enc-key,type,flags>
```

Subsequent packets of an established TCP connection (or UDP session) are checked against the table rather than against the Rule Base.

FireWall-1 considers a packet to be part of an established TCP connection if it is not a SYN/NO-ACK packet, that is, if it is not the first packet of a TCP connections.

You can see the connections table by typing:

```
fw tab -t connections -u
```

on the FireWalled gateway.

One of the first things FireWall-1 does for each packet is to determine whether the packet's TCP connection (or UDP session) is listed in the connections table. If it is, the packet is immediately accepted (and possibly encrypted or decrypted).

There are several advantages to using this method:

*1* FireWall-1 needs some way of accepting replies to valid TCP connections.

Suppose the Rule Base allows connections from A to B, but rejects connections from B to A. If A initiates a connection to B, the replies to that connection must be accepted even though connections from B to A are rejected. By using the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012820

connections table, FireWall-1 is able to differentiate between replies to the original A to B connection (which are allowed to pass) and B to A connections (which are rejected).

**2**   It is very inefficient to scan each packet against the entire Rule Base. It is much more efficient to accept all packets of previously approved connections.

Entries are removed from the connections table when one of the following happens:

- for TCP connections:
    - 20 to 50 seconds after FireWall-1 sees two FIN packets, *or*
    - after the connection is idle for more than TCP_TIMEOUTseconds
- for UDP sessions, the connection is idle for more than UDP_TIMEOUT seconds

These values are set by the user in the **Security Policy** tab of the **Properties Setup** window (Windows GUI).

In addition, the connections table is cleared when a Security Policy is re-loaded (as are as most of the other tables). The new Security Policy is then enforced on the already active connections and sessions.

It may happen that an entry for a connection still taking place is removed, either because the connection was idle for a long time and has been re-activated, or because a new Security Policy was loaded.

For example, suppose your Security Policy accepts allows connections from A to B, but rejects connections from B to A. Suppose you do the following:

**1**   TELNET from A to B.

**2**   Type the command:

```
sleep 100; echo "hello"
```

**3**   Reload the same Security Policy.

After 100 seconds, a packet returns from B to A, carrying the word "hello". Although this packet is part of a valid connection, FireWall-1 rejects it.

To solve this problem, FireWall-1 drops TCP packets that claim to belong to established TCP connections (that is, non - SYN and ACK packets) in a special way. The packet is not actually dropped, but instead all the data is removed from the packet, leaving only the IP and TCP headers, which renders the packet harmless. In addition, the SEQ number of the TCP header is mangled.

When A receives the mangled packet, A immediately responds, because of the mangled SEQ number. If the connection is still valid, this response is matched against the Rule Base, and the connection is re-recorded in the connections table. If the Rule Base indicates that the connection is to be logged, then the packet is logged if **Log**

Chapter 12    Miscellaneous Security Issues    323

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Established TCP Connections

**Established TCP Packets** in the **Logging and Alerting** tab of the **Security Policy** window (Windows GUI) or the **Control Properties/Logging and Alerting** window (OpenLook GUI) is checked. FireWall-1 then restarts the timeout clock.

If the connection has become invalid, the packet is dropped. FireWall-1 notices that it is dropping a reply to a mangled TCP packet and so does not mangle it again but drops it for good.

In rare cases, FireWall-1 logs the mangled packets if the rule that dropped the packet specified a log action. This means that even if a connection is legal, you might see a drop log entry even though the connection continues. To eliminate these spurious log entries, uncheck **Log Established TCP Packets** in the **Logging and Alerting** tab of the **Properties Setup** window (Windows GUI) or the **Control Properties/Logging and Alerting** window (OpenLook GUI) and reload the Security Policy.

Example

Suppose the Rule Base allows host A to initiate an FTP connection with host B, and specifies that the connection be logged. The log then shows an entry for the first packet, but not for subsequent packets (because the Rule Base is checked only for the first packet). Suppose also that the connection times out.

**If the First Packet After the Timeout is Sent by A** — If the first packet after the timeout is sent by A, it is handled as though it were the first packet of the connection. The packet is accepted and the timeout clock is restarted. If the Rule Base specifies logging, the packet is logged.

**If the First Packet After the Timeout is Sent by B** — If the first packet after the timeout is sent by B, FireWall-1 checks the Rule Base. Even if the Rule Base specifies that the packet be dropped or rejected, FireWall-1 mangles the packet and passes it to A. This forces A to request a re-transmission, upon which the Rule Base is checked again as described in "If the First Packet After the Timeout is Sent by A" above.

TABLE 12-1 summarizes the logging options for re-established TCP connections.

**TABLE 12-1** Logging a Re-Established TCP Connections

| Log Established TCP Packets | first packet after timeout sent by A | first packet after timeout sent by B |
|---|---|---|
| checked | packet is logged only if specified by Rule Base — packet is handled just as the connection's first packet was handled | packet is logged only if specified by Rule Base (possibly under last "None of the Above" rule) |
| not checked | packet is not logged | packet is not logged |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012822

## The Fast Mode Option

### Overview

The Fast Mode option takes advantage of the fact that all non-SYN/NO-ACK packets must be part of an established TCP connection. Therefore, a host receiving non-SYN/NO-ACK packets that are not part of an authorized session will consider these packets out of context and require the originator to properly establish the connection by sending a SYN/NO-ACK packet.

When Fast Mode is enabled for a TCP service, FireWall-1 does not enter these connections in the connections table and passes all non-SYN/NO-ACK packets, increasing the connections-per-second rate. Security is not compromised because these packets are all associated with connections already allowed by FireWall-1.

Services that open back connections (for example, FTP, VDOLive, H.323) cannot be used with Fast Mode enabled.

TABLE 12-2 lists the FireWall-1 features that cannot be used if Fast Mode is enabled.

**TABLE 12-2** FireWall-1 Features Incompatible with Fast Mode enabled

| feature | reason for incompatibility |
|---|---|
| encryption | key information is stored in connections table |
| accounting | requires connections table |

For information on how to enable Fast Mode for a TCP service, see "TCP Service Properties" on page 83 of *Managing FireWall-1 Using the Windows GUI* or "TCP Service Properties" on page 66 of *Managing FireWall-1 Using the OpenLook GUI*.

## Generic User

### Overview

If you have already defined a large number of users in an external database, you can define these users in FireWall-1 either by entering them manually or by importing them using the fw dbimport command (see "User Database - Importing and Exporting" on page 285). In either case, all the users will be defined and maintained in both databases.

You can avoid the burden of maintaining multiple user databases by defining a user named "generic*" whom FireWall-1 treats in a special way. FireWall-1 applies the restrictions specified in the **User Properties** window (for example, **Allowed Sources**), but for authentication purposes, uses the name typed in by the user instead of "generic*." In this way, the external authentication server "sees" the user's real name and authenticates him or her accordingly.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012823

Generic User

## Example

### Definition

For example, suppose you have already defined a large number of users to the Security Dynamics database and they are all authenticating themselves with their SecurID cards. Now, you want to integrate this authentication with FireWall-1, but you do not want to define all your SecurID users in the FireWall-1 User Database.

You can use the generic user feature as follows:

**1**   Define a user group named **SecurIDUsers** (for example).

**2**   Define a user named **generic*** as a member of **SecurIDUsers**.

**3**   Specify **SecurID** as the **Authentication Scheme** for **generic***.

**4**   Add a rule to the Rule Base similar to this:

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|-----------|
| SecurIDUsers@Any | tower | telnet | UserAuth | Long Log | Gateways |

**5**   Install the Security Policy.



**Note** – The above rule will not be applied to users who are defined in the FireWall-1 User Database, only to users who are *not* defined in the FireWall-1 User Database.

### Using the Generic User Feature

Suppose that Alice is a SecurID user, but she is not defined in the FireWall-1 User Database. When she TELNETs to tower (and the above rule is applied), the following sequence of events takes place:

**1**   FireWall-1 prompts Alice for her user name.

**2**   Alice enters her name.

**3**   FireWall-1 determines that Alice is an unknown user, that is, that she is *not* defined in the FireWall-1 User Database (or in any LDAP directory accessed by FireWall-1).

**4**   FireWall-1 determines that there is a user named **generic*** defined in the User Database, whose **Authentication Method** is **SecurID**.

If there is no user named **generic***, FireWall-1 issues the "illegal user name" error message and disallows the connection.

**5**   FireWall-1 prompts Alice to enter her SecurID password.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012824

**6**   Alice enters her SecurID password.

**7**   FireWall-1 contacts the SecurID server and asks to authenticate user Alice, supplying the password Alice entered.

**8**   The SecurID server notifies FireWall-1 whether Alice was successfully authenticated.

**9**   FireWall-1 either allows or disallows the connection, based on whether Alice was successfully authenticated.

## Notes

**1**   By using this feature with an external server, you disable FireWall-1's ability to detect invalid user names.

> The responsibility of authenticating the user is passed to the external server. You will only get an alert or log if the authentication fails on the external server. Without this option, it is possible to get an alert or log when an invalid user name is entered.

**2**   By default, all the users defined in the external server are allowed access.

> There is no way to treat the users differently (but see item 3 below). The System Administrator should carefully consider the implications of allowing this blanket access.

**3**   If you wish to deny access to a specific user, define that user in the FireWall-1 User Database and set the user's **Authentication Scheme to Undefined**.

**4**   To disable this feature, delete generic* from the FireWall-1 User Database, or set generic*'s **Authentication Scheme to Undefined**.

**5**   This feature does not work with the S/Key and FireWall-1 Password Authentication Schemes.

> The user **generic*** will always fail S/Key and FireWall-1 Password authentication, because these schemes are implemented directly by FireWall-1 and not by external servers, so their users must be defined in the FireWall-1 User Database.

> Nevertheless, there is still an advantage to be gained by defining a user **generic*** with the FireWall-1 Password Authentication Scheme. An attacker who guesses at a user name will not see the error message "unknown user." Instead, the attacker will see a message indicating that the authentication failed, and will not know whether it is the name or the password that is invalid.

**6**   generic* cannot be used as the name of a real user.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Redirecting Logging to Another Master

### Masters and Logging Modules

A Master is a machine to which FireWall Modules direct logging. The file $FWDIR/conf/masters contains a list of IP addresses (or network object names), one per line. When the FireWall Module starts working, it reads this file to determine where to direct logging.

If the file $FWDIR/conf/masters does not exist, then the FireWall Module directs logging to the machine it is running on.

If the file $FWDIR/conf/masters does exist, then the FireWall Module directs logging to the first IP address in the file to which it can connect (this can also be the IP address of the local machine). If the network object has more than one Interface, then the IP address given in $FWDIR/conf/masters should be the one facing the FireWall Module (that is, connected to the machine on which the FireWall Module is running).

If any of the IP addresses in $FWDIR/conf/masters is preceded by a + symbol, then logging will be directed to all the IP addresses preceded by a + symbol. In this way, it is possible to direct logging to more than one IP address at the same time. If FireWall-1 cannot connect to any of the IP addresses is preceded by a + symbol, then logging will be directed to the first IP address not preceded by a + symbol to which the FireWall Module can connect.

If the connection to the Master goes down, the FireWall Module scans $FWDIR/conf/masters once again, looking for an IP address to which it can connect. If it finds one, it redirects logging to that address. Otherwise, it directs logging to the machine it is running on.

### Examples

For the following $FWDIR/conf/masters file:

```
192.23.45.67
192.34.56.78
192.45.67.89
```

The FireWall Module will log to the first IP address in the file to which it can connect.

For the following $FWDIR/conf/masters file:

```
192.23.45.67
+192.45.67.89
192.34.56.78
+194.98.76.54
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          FIN012826

1  The FireWall Module will attempt to log to both 192.45.67.89 and 194.98.76.54.

2  If the FireWall Module fails to connect to both these IP addresses, it will try to connect to 192.23.45.67.

3  If the FireWall Module fails to connect to 192.23.45.67, it will try to connect to 192.34.56.78.

4  If the FireWall Module also fails to connect to 192.34.56.78 (in other words, if it cannot connect to any of the IP addresses in `$FWDIR/conf/masters`) it will direct logging to itself.

## The TCP SYN Flooding Attack

### The TCP SYN Handshake

TCP (Transport Control Protocol) is a connection-oriented, reliable transport protocol. Two participating hosts must first establish a connection by a three-way handshake between them. TCP assigns sequence numbers to every byte in every segment and acknowledges all data bytes received from the other end.

For example, if host A wants to establish a connection with host B, A begins by sending a SYN packet (a TCP packet with the SYN bit set) to B. B replies with a SYN/ACK packet (a TCP packet with the SYN and ACK bits set). A completes the three-way hand-shake with a TCP ACK packet.



**FIGURE 12-1** TCP SYN handshake

When B receives the SYN packet, it allocates substantial memory for the new connection. If there were no limit to the number of connections, a busy host would quickly exhaust all of its memory trying to process TCP connections. However, there is usually a small upper limit to the number of concurrent TCP connection requests ("backlog queue") a given application can have running on the host.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012827

The TCP SYN Flooding Attack

Typically, the upper limit for each server program (for example, a Web server) running on the host is ten outstanding unacknowledged (un-ACK'd) connection requests. When the backlog queue limit is reached, an attempt to establish another connection will fail until one of the backlogged connection either becomes established (SYN/ACK packet is ACK'd), is reset (a RST packet is received) or times out (usually after 75 seconds).

## How the Attack Works

The following description of a SYN flooding attack is based on an in-depth description published online in Phrack Magazine (http://www.fc.net/phrack/files/p48/p48-13.html).

A client initiates a TCP connection by a request with the SYN flag set in the TCP header. Normally the server replies with a SYN/ACK identified by the source IP address in the IP header. The client then sends an ACK to the server (FIGURE 12-1 on page 329) and data exchange begins.

When the client IP address is spoofed (changed) to that of an unreachable host, the targeted TCP cannot complete the three-way hand-shake and will keep trying until it times out. This is the basis for the SYN flood attack.

The attacking host (Z) sends a small number (less than 10 is sufficient) of SYN requests to the target TCP port (for example, the Web server). The attacking host also spoofs the source IP address as that of another (Z'), currently unreachable host. The process is depicted in FIGURE 12-2.



**FIGURE 12-2** SYN Attack

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012828

FireWall-1 SYNDefender

The source IP address (Z') must be unreachable because the attacker does not want any host to receive the SYN/ACKs from the target TCP, which would elicit a RST from that host (an RST packet is issued when the receiving host does not know what to do with a packet) and thus foil the attack (FIGURE 12-3).



**FIGURE 12-3** The SYN Attack unsuccessful, because Z' is reachable

Instead, until the SYN requests time out, A will not accept any connection requests. If the attacks were, for example, against A's Web server, then that Web server will be inaccessible for some 75 seconds as a result of an attack that lasted less than one second.

## FireWall-1 SYNDefender

Check Point's SYNDefender provides two different approaches for defending against a SYN flooding attack:

■ SYNDefender Gateway

■ SYNDefender Passive Gateway

All three of these solutions are integrated into the FireWall-1 Inspection Module, a high-performance kernel-level process that intercepts all packets before they are observed by the operating system and performs Stateful Inspection on these packets. The system administrator can choose which of the solutions is best suited to a particular environment.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            FIN012829

The TCP SYN Flooding Attack

## SYNDefender Gateway

In order for the resetting of SYN connection attempts to be effective against the SYN flooding attack, the reset timer must be short enough to keep A's backlog queue from filling up, while at the same time long enough to enable users coming over slow links to connect. The SYNDefender Gateway solution surmounts this problem by ensuring that an ACK packet is sent in immediate response to A's SYN/ACK packet.

When A receives the ACK packet, the connection is moved out of the backlog queue and becomes an open connection on A. Internet servers can typically handle hundreds or thousands of open connections, so the SYN flooding attack is no more effective in creating a denial of service condition than a hacker trying to establish an excessive number of valid connections to the server. The backlog queue is effectively kept clear and it is possible to wait longer before resetting connections which have not been completed.

SYNDefender Gateway is depicted in FIGURE 12-4.



**FIGURE 12-4** SYNDefender Gateway

*1*  FireWall-1 intercepts a SYN packet going to host A and records the event in an INPSPECT state table.

*2*  FireWall-1 lets the SYN packet continue on to A.

*3*  FireWall-1 intercept A's SYN/ACK reply to Z and correlates with the corresponding SYN packet sent by Z.

*4*  FireWall-1 lets the SYN/ACK continue on its way to Z.

*5*  FireWall-1 sends an ACK packet to A, which moves the connection out of A's backlog queue.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012830

FireWall-1 SYNDefender

**6** At this point, one of two things will happen, depending on whether the connection attempt is valid.

    **a** If Z's connection attempt is valid, then FireWall-1 will receive an ACK from Z which it will pass on to A.

    A ignores this second redundant ACK since the three-way handshake has already been completed.

    **b** If Z's IP address does not exist, then no ACK packet will return from Z to A and the reset timer will expire. At this point, FireWall-1 resets the connection.

The effectiveness of the SYNDefender Gateway solution is based on quickly moving connection attempts out of the backlog queue. SYN flood connection attempts then fail to fill up the backlog queue and remain as harmless as one of the host's open connections, until the FireWall-1 timer expires and the connection is reset or canceled.

## SYNDefender Passive Gateway

SYNDefender Passive Gateway is similar to SYNDefender Gateway, except that FireWall-1 does not simulate Z's ACK packet to A, and instead waits for Z's ACK before passing it on to A.

The unacknowledged connection remains in A's backlog table, but times out after FireWall's timeout period, which is much shorter than the backlog queue's timeout period.

FIGURE 12-5 depicts SYNDefender Passive Gateway.



**FIGURE 12-5** SYNDefender Passive Gateway

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The TCP SYN Flooding Attack

## Guidelines for Deploying SYNDefender

While there are no strict rules for when to use each of the SYNDefender solutions, some basic guidelines will help establish the appropriate policy for a given situation.

### SYNDefender Gateway

SYNDefender Gateway has two primary advantages:

- Users establishing valid connections with the protected server will not incur any delay in connection setup time.
- There is very little overhead on FireWall-1.

However, since connections are established on the server, that is, moved from the backlog queue, it is important to consider how many established connections the protected server can support relative to the normal load handled by the server.

### Choosing an Appropriate SYNDefender Method

As a first step, you should consider whether you need SYNDefender at all. Since the SYN flooding attack is a "denial of service" attack rather than a security breach, it may be more effective to deploy SYNDefender only after a SYN attack actually occurs.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CHAPTER **13**

# Troubleshooting

## In This Chapter

| | |
|---|---|
| *Display* | *page 335* |
| *Inspecting* | *page 335* |
| *Connectivity* | *page 340* |
| *Log* | *page 340* |
| *Installing Inspection Code* | *page 341* |

## Display

Problems with 24-bit color displays

XView sometimes has problems with 24-bit color displays. You can work around this by specifying 8-bit color when you start the FireWall-1 GUI, as follows:

```
fwui -depth 8
```

## Inspecting

How to know what is really happening?

Use the snoop utility on Solaris 2 or Solaris i386, or etherfind on SunOS 4 or HP-UX to observe the flow of packets through an interface. On NT, use the Network Monitor.

You can connect from the gateway but not through it.

It is important to determine whether FireWall-1 is responsible, or whether the problem persists even after FireWall-1 has been stopped.

*1*    Stop the FireWall Module (fwstop).

335

Inspecting

**2**   Determine whether the problem still exists.

**3**   Correct routing on the network.

If you are using Address Translation, this may be non-trivial.

**4**   Restart FireWall-1 (fwstart).

The system is blocked

Use the procedures in the order listed below to restore access to blocked essential services. If one procedure does not solve the problem, go on to the next one.

**1**   Examine the log file and determine for which services Action is Dropped or Rejected.

If an essential service is blocked, modify the Rule Base and install it again. This procedure assumes that the Rule Base logs dropped and rejected services, which is a good practice in any case.

**2**   Use the GUI to uninstall the Security Policy.

You may use either the Policy menu in the Rule Base Editor or the **Install** menu in the **System Status View** window.

**3**   Uninstall the Security Policy.

```
$FWDIR/bin/fw unload
```

**4**   Stop the FireWall-1 daemon and unload it from the Kernel Module by using the command:

```
$FWDIR/bin/fwstop
```

**5**   Kill the FireWall-1 daemon by using the following sequence of commands:

```
ps ax | grep fwd
kill <pid>
```

**6**   Unload the FireWall Module by using the command:

```
$FWDIR/bin/fw unload
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**7**    Stop the system and then boot the system in single-user mode:

```
boot -s
```

**8**    After the system is booted, remove the state files of the corresponding host by typing:

```
/bin/rm $FWDIR/state/*
```

 **Note –** If $FWDIR is not defined in single user mode, then substitute the directory name.

**9**    Continue the boot process by typing ^D.

You get a message that there are too many internal hosts

This problem is usually the result of an incorrectly specified external interface (in the $FWDIR/conf/external.if file).

When you install or upgrade FireWall-1, the installation script asks you which product you are installing. The installation procedure later asks this question:

```
FireWall-1 detects the number of hosts that your internal network
has. In order to do it correctly, it needs to know the name of
the external network interface of your gateway.
You may wish to select one of the following interfaces:

<a neat output of  ifconfig -a >.
```

If you enter a non-existent interface name, you will get the following message each time you load Inspection Code:

```
"External interface not set by this loading"
```

Then all interfaces will be considered internal and will be counted against the limit.

### Reconfiguring the External Interface

To reconfigure the external interface, reconfigure FireWall-1 and correctly specify the interface name.

Chapter 13    Troubleshooting    337

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Inspecting

Alternatively, write the name of the external interface (for example, "le1") in the (possibly non-existent) file `$FWDIR/conf/external.if`. You may wish to erase the database of internal hosts which FireWall-1 keeps in `$FWDIR/database/fwd.h` and `$FWDIR/database/fwd.hosts` (just delete the file). Next, stop FireWall-1 (`fwstop`) and restart it (`fwstart`).

If the above steps do not correct the problem, the following paragraphs describe some debugging techniques that you can use:

### Extracting the List of Internal Hosts

**1**    First, get FireWall-1's list of the internal hosts.

Check the `/var/adm/messages` file for the start of the list:

```
Jan 6 14:40:11 mutiara unix: FW-1: too many internal hosts
detected
Jan 6 14:40:11 mutiara unix: (192.100.98.167
```

and for the end of the list:

```
...
Jan 10 17:19:08 mutiara unix: FW-1: only 50 internal hosts allowed
```

**2**    Next, go through the list of hosts, as follows:

**a**    If all hosts are valid internal hosts, then your current license is not sufficient and you will have to upgrade to the next class (for example, from FireWall-1/50 to FireWall-1/250).

If some of the hosts have IP addresses that belong to your internal network but you don't recognize them, then ping them or telnet to them to find out if they exist.

If they don't exist, treat those hosts as unknown hosts (see "Monitoring Unknown Hosts" on page 339).

**b**    If all hosts are external hosts, then there are three possibilities:

**i**    You have specified your internal (rather than your external) interface in `$FWDIR/conf/external.if`.

Correct this error and restart FireWall-1, as above (see "Reconfiguring the External Interface" on page 337).

**ii**    There is another path from the external network into your internal network.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Some connections originating in the external network are coming in via that path and are coming out through the FireWalled machine. Proceed to "Monitoring Unknown Hosts" on page 339.

*iii*  Someone from inside your network is trying to spoof other IP addresses.

Proceed to "Monitoring Unknown Hosts" on page 339.

## Monitoring Unknown Hosts

In order to get more information about the IP addresses that FireWall-1 is treating as internal addresses, you must log all connections. Then, for each unknown IP address in the internal host list, find the first connection with the matching IP source.

*1*  In the Rule Base Editor, choose Log under in the Track column for all rules.

The Log will now contain detailed information for every connection.

*2*  Install the Rule Base.

*3*  Wait for the error message "too many internal hosts detected ..." to appear again.

*4*  Extract the list of internal hosts, as above (see "Extracting the List of Internal Hosts" on page 338).

*5*  Match the list against entries in the Log File.

I sometimes see the following error message:

```
fwd: fwauthd: Failed to accept: To many open files
fwd: fwauthd: pipe failed: To many open files
```

This happens when FireWall-1 runs out of file descriptors when using many concurrent encrypted connections.

The solution to the problem is as follows:

*1*  Stop FireWall-1 by typing:

```
/etc/fw/bin/fwstop
```

*2*  Add the following line to the beginning of the fwstart script (in /etc/fw/bin):

```
limit desc 1024
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Connectivity

*3*   Start FireWall-1 by typing:

```
fwstart
```

## Connectivity

When I bring up the user interface to login to the server, I get a message that tells me it cannot connect to the server. I have added an administrator name and password, but it does not work.

The message "cannot connect to server" is usually the result of problems in resolving the server's name to an IP address, or other network problems which prevent the GUI client from connecting to the server.

Check whether the Management Server and the GUI Client can ping each other. You can also try specifying the Management Server's IP address rather than its name in the **Server Name** field.

If the ping fails, or if using an IP address rather than a host name works, then there is a name resolution problem at the network level which is unrelated to FireWall-1.

Also, make sure that the GUI Client appears is listed in your GUI-clients file (`$FWDIR/conf/gui-clients`). See "Client/Server Interaction" on page 224 for additional information.

## Log

There is nothing in the Log Viewer

*1*   Make sure the Log Viewer is not at the bottom of the log file.

*2*   Make sure the selection criteria make sense.

Try disabling them and see what happens.

Fields are truncated when printing a log

When printing a log, some of the fields, for example Src and Dst, are truncated, as in FIGURE 13-1.

```
Time       Action  Service  Src                Dst            Proto S_Po Info
19:22:40   reject  echo     www-b1.broker.ao www.gnu.com      udp   3130 len
19:24:27   reject  echo     www-b1.broker.ao www.gnu.com      udp   3130 len 02
19:26:12   reject  echo     www-b1.broker.ao www.gnu.com      udp   3130 len 94
 8:07:14   reject  ftp      wmxew.br.widget  www.gnu.com      tcp   1377 len 44
 8:09:48   reject  ftp      wmxew.br.widget  www.gnu.com      tcp   1377 len 44
```

**FIGURE 13-1** Log Printout Showing Truncated Fields

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                     FIN012838

The values in the Log File are not truncated. The truncation takes place only when the Log File is printed.

To correct this problem, proceed as follows:

*1*    Quit all running Log Viewers.

*2*    Change the width fields in the file `$FWDIR/conf/logviewer.C` from this:

```
: (Src
        :icon (src.pr)
        :color (blue)
        :width (15
              :  (25)
              )
        :type (text)
        :active (1)
)
```

to this:

```
: (Src
        :icon (src.pr)
        :color (blue)
        :width (25
              :  (25)
              )
        :type (text)
        :active (1)
)
```

Make the change for both Src and Dst.

*3*    To implement the changes, restart the Log Viewer.

## Installing Inspection Code

You receive a tty warning during Security Policy install.

This warning can be safely ignored.

The Master-Client relationship became unsynchronized after FireWall-1 was re-installed.

During the installation process, you are asked to define which Masters control which Clients (FireWalled hosts). It may be that this definition was inadvertently changed when FireWall-1 was re-installed. To correct the problem, proceed as follows:

*1*    Ensure that the Master is listed in the file `$FWDIR/conf/masters` on the Client side.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012839

Installing Inspection Code

2    On the Client, type:

```
fw putkey <master name> <key>
```

3    On the Master, type:

```
fw putkey <client name> <key>
```

4    Stop the FireWall Module by typing:

```
fwstop
```

5    Restart the FireWall Module by typing:

```
fwstart
```

A potential problem is that the Master or Client may have more than one interface and you must specify them all in the putkey command. For example, to perform a putkey on the Client to a Master with two interfaces, type:

```
fw putkey 192.34.45.33 192.34.45.34 <key>
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012840

CHAPTER **14**

# FAQ (Frequently Asked Questions)

## In This Chapter

| | |
|---|---|
| *Installing, Upgrading and Reconfiguring* | *page 343* |
| *Defining Objects and Services* | *page 352* |
| *Daemons* | *page 356* |
| *Security Servers* | *page 356* |
| *Logging* | *page 362* |
| *Security* | *page 363* |
| *FireWall-1/n Issues* | *page 364* |
| *Supported Protocols and Interfaces* | *page 365* |
| *Inspecting* | *page 367* |
| *Administrative Issues* | *page 369* |
| *Performance* | *page 370* |

## Installing, Upgrading and Reconfiguring

How do I move FireWall-1 to another machine?

First of all, you must ensure that you have a valid license for the new machine. Once the license issue is resolved, the simplest procedure is as follows:

*1*   Install FireWall-1 on the new machine.

If your Management Module manages FireWall Modules on other machines, you must repeat the `fw putkey` procedure for all the machines (see "How Can Distributed Configurations Be Managed?" on page 345).

343

Installing, Upgrading and Reconfiguring

**2**  Make a copy of the Security Policy files from the old machine.

For information on which files to backup, see "How do I back up my Security Policy?" on page 344.

**3**  If the new machine is the FireWalled gateway, then define the new machine as a gateway.

In the new machine's **Workstation Properties** window, check the **Gateway** flag.

**4**  Delete the old machine from the Network Object Manager.

Alternatively, you can leave the old machine, but uncheck the **FireWall-1 Installed** flag in its **Workstation Properties** window.

**5**  Restore the Security Policy backup files (see step 2 above) to the new machine.

**6**  Start the GUI on the new machine to confirm that the Security Policy was successfully transferred.

**7**  Install the Security Policy.

The above procedure describes the simplest case: where the Management Module and FireWall Modules are on one machine, and the Security Policy is installed on gateways. If your configuration is more complicated, you will have to modify the procedure accordingly.

How do I back up my Security Policy?

To back up your Security Policy, make copies of the following files:

**TABLE 14-1** Backing Up a Security Policy

| to back up | make a copy of these files |
|---|---|
| network objects | `$FWDIR/conf/objects.C` |
| Rule Base | ■ `$FWDIR/conf/*.W`<br>■ On NT and for Version 3.x on all platforms, copy `$FWDIR/conf/rulebases.fws` |
| user database | `$FWDIR/database/fwauth.NDB*` |

What Objects are Carried Over from the Previous Version?

When you upgrade to a new version of FireWall-1, the installation procedure carries the following elements over to the new version:

■  FireWall-1 database (users and network objects)

■  Key database

■  Rule Base

■  Properties

■  Encryption Parameters

344    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012842

FireWall-1 attempts to merge your database with its own new database. For example, you will have the benefit of services defined in the new version and you will retain the services you defined in the previous version. In the case of a name conflict, the old objects (the ones you defined) will be retained.

### What files are modified during re-configuration?

The following files are created and/or modified during installation and reconfiguration:

- control.map
- masters
- fwauth.keys
- fwauthd.conf
- fw.license
- external.if (for FireWall-1/25, FireWall-1/50, etc.)

### Must I re-install the Security Policy after upgrading?

After upgrading, FireWall-1 loses its state, so you must start the GUI and install the Security Policy.

### If I change the IP address of a network object, when does the change take effect?

You must re-install the Security Policy for the change to take effect.

When you re-install a Security Policy, FireWall-1 internal state tables are cleared, so there is the possibility that some connections may be lost, as follows:

- FTP data connections

  If you have an open FTP connection and the Security Policy is re-installed before the FTP server attempts to open the back connection, then the back connection will be rejected.

- UDP connections
- TCP connections, in very rare circumstances
- An open encrypted session will be dropped if the newly installed Security Policy allows the session to be unencrypted.

If you are concerned about losing these connections, then you should take care to re-install your Security Policy during off-peak hours.

### How Can Distributed Configurations Be Managed?

How do I install or re-configure FireWall-1 when the FireWall Module and the Management Station are different machines?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Installing, Upgrading and Reconfiguring

As an example, consider the distributed FireWall-1 configuration depicted in FIGURE 14-1.



**FIGURE 14-1** Distributed FireWall-1 Configuration

You must install the appropriate FireWall-1 component on each machine.

In this example, the Management Module is deployed in the Client/Server configuration, where guitar is the Management Server and violin is the GUI Client. You would install FireWall-1 as shown in TABLE 14-2.

**TABLE 14-2** FireWall-1 Components

| machine | FireWall-1 component |
|---------|----------------------|
| guitar | Management Module - Management Server |
| violin | Management Module - GUI Client |
| piano | FireWall Module |
| cello | FireWall Module |
| harp | FireWall Module |

Communications within the Management Module

On guitar, the file $FWDIR/conf/gui_clients must list violin as one of the GUI clients authorized to use the Management Server on guitar.

For information on how and when this file is configured, see "Client/Server" on page 224.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012844

Communications between the Management Module and the FireWall Modules

In this context, guitar is the Master (the repository of the Security Policy and the Log File), while cello, piano and harp are the Clients (the recipients and enforcers of the Security Policy).

When you install the FireWall-1 Management Module software, you are asked to specify the IP addresses of the remote FireWall Modules for which the Management Module is defined as Master. Conversely, when you install the FireWall-1 FireWall Module software, you are asked to specify the IP address of the Master. On the basis of this information, FireWall-1 establishes the Master-Client relationship.

The control link is the communication channel between a Master and its Clients.

On the Master and on each of the Clients, the file $FWDIR/lib/control.map defines access privileges and authentication measures for the control link (see"$FWDIR/lib/control.map" on page 348). This file is created when FireWall-1 is installed.

Communications between a Master and its Clients are authenticated according to the specifications in $FWDIR/lib/control.map. If the Encryption feature is installed, then communication is encrypted as well. If the Encryption feature is not installed, then communication is not encrypted.

Modifying an Existing Configuration

If you wish to modify an existing configuration, run fwinstall on all the affected machines and choose the configure option. See "Installing FireWall-1" on page 40 of *Getting Started with FireWall-1* for a description of the installation process.

Alternatively, you can reconfigure FireWall-1 by manually modifying the $FWDIR/conf/masters and $FWDIR/lib/control.map files.

To manually modify the FireWall-1 configuration, proceed as follows on each of the affected hosts (the commands given here are the Unix commands):

*1*  Stop FireWall-1 by typing fwstop.

*2*  Modify $FWDIR/conf/masters and $FWDIR/lib/control.map, as required.

*3*  Use the fw putkey command to synchronize passwords.

For information on how to use the fw putkey command, see "fw putkey" on page 261.

*4*  Start FireWall-1 by typing fwstart.

$FWDIR/conf/masters

The file $FWDIR/conf/masters contains a list of IP addresses (or resolvable names), one per line.

Chapter 14    FAQ (Frequently Asked Questions)    347

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Installing, Upgrading and Reconfiguring

FireWall-1 directs logging to the machine designated as Master, even if the Master is not itself a FireWalled gateway. For additional information, see "Redirecting Logging to Another Master" on page 327.

$FWDIR/lib/control.map

The file $FWDIR/lib/control.map defines access privileges and authentication measures for the control link, for example:

```
MASTERS:    stat/none    */skey
CLIENT : load,db_download,fetch,log/fwa1    */none
  *:        stat/none load,unload,db_download/deny */skey
```

The entry to the left of the colon (:) can be either an IP address, a resolvable name, an asterisk (*), a fully qualified name or the keyword "MASTERS" or "CLIENT".

On Management Stations, the allowed entries are "CLIENT", which defines how the Management Station communicates with the FireWall Modules it manages, and *, which defines how the Management Station expects other hosts to communicate with it.

On FireWall Modules, the allowed entries are "MASTERS", which defines how the FireWall Module expects the Management Station to communicate with it, and CLIENT, which defines how the FireWall Module communicates with the Management Station.

Following the colon are strings in the following format:

```
<access> / <authentication method>
```

For example:

```
stat/none    */skey
```

means no authentication is required for status inquiries, but everything else requires S/Key authentication.

MASTERS means everything listed in $FWDIR/conf/masters.

If the Management Station and FireWall Module define different levels of authentication, then the authentication used is the most secure of the two. For example, if the Management Station expects the FireWall Module to use fwa1 while the FireWall Module expects the Management Station to use S/Key, then fwa1 will be used. If the FireWall Module cannot use fwa1 (usually because the Encryption feature is not installed), then the communication will be denied.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012846

On the Management Station, $FWDIR/conf/masters is empty (or doesn't exist), and $FWDIR/lib/control.map is the standard one created by FireWall-1 during installation.

Following is a list of access operations:

**TABLE 14-3** control.map access operations

| operation | meaning |
|---|---|
| stat | status enquiry |
| tab_stat | get table information |
| get_tab_name | get table id |
| get_logdom | get log format or log domain |
| db_download | download User Database |
| fetch | fetch Security Policy from Master |
| load | load Security Policy |
| unload | unload Security Policy |
| refresh | notify daemon that a new Security Policy was installed |
| getkey | get public encryption key or CA key |

If you have modified control.map, you should restart FireWall-1 (that is, run fwstop and then fwstart) in order for your modifications to take effect.

**TABLE 14-4** Authentication methods

| method | meaning |
|---|---|
| none | The communication is not authenticated. |
| skey | The S/Key authentication method is used. |
| fwa1 | The FireWall-1 fwa1 authentication method is used |
| deny | Permission is always denied. |



**Note –** fwa1 is a highly secure internal FireWall-1 authentication scheme, used primarily for encryption. If the FireWall-1 Encryption feature is not installed, fwa1 cannot be used for authentication.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012847

Installing, Upgrading and Reconfiguring

### Example

FIGURE 14-2 shows an example of the `$FWDIR/lib/control.map` file.

```
#
# This file maps access priviliges and authentication measures
for FW's # control link.
#
MASTERS:stat,getkey,refresh/none                */fwa1.
CLIENT :load,db_download,fetch,log/fwa1          */none
*      :stat,getkey,refresh/none load,db_download/deny */fwa1
```

**FIGURE 14-2** Example of `control.map` file

In this example, the line:

```
MASTERS: stat,getkey,refresh/none  */fwa1
```

indicates that for all the hosts listed in the file `$FWDIR/conf/masters`, stat,
getkey, and refresh functions are not authenticated, while all other functions are
authenticated using fwa1.

The line:

```
CLIENT : load,db_download,fetch,log /fwa1        */none
```

indicates that this host identifies itself to its Master using the fwa1 authentication
scheme for load, db_download, fetch and log, but other functions do not require
any authentication.

Finally, the line:

```
*    : stat,getkey,refresh/none load,db_download/deny */fwa1
```

indicates that for all other hosts:

- stat, getkey and refresh require no authentication
- load and db_download are not allowed
- all other functions require fwa1 authentication

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012848

## Synchronizing Authentication Passwords

The FireWall Modules on the hosts and gateways managed by a Management Station validate communication between them using an authentication password. When you install FireWall-1 on a machine, you are asked to specify an authentication password for this purpose. You must specify the same authentication password for each of the hosts and gateways managed by the same Management Station, as well as for the Management Station.

If you are re-configuring FireWall-1 manually (without using fwinstall), then you must install the authentication passwords yourself on each machine, using fw putkey. For the configuration depicted in FIGURE 14-1 on page 346, this means that you must provide the authentication passwords for three control links by performing fw putkey as follows:

**TABLE 14-5** FireWall-1 distributed configuration - fw putkey

| from | to | and conversely, from | to |
|------|------|------|------|
| guitar | piano | piano | guitar |
| guitar | cello | cello | guitar |
| guitar | harp | harp | guitar |

To do this, proceed as follows:

*1*    Login to guitar and type:

```
fw putkey piano cello harp <key>
```

*2*    Login to piano and type:

```
fw putkey guitar <key>
```

*3*    Login to cello and type:

```
fw putkey guitar <key>
```

*4*    Login to harp and type:

```
fw putkey guitar <key>
```

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    FIN012849

Defining Objects and Services

Only after you have done this will the four machines be able to communicate on the control links.

 **Note –** All machines must have the same name resolution for the other side. In this example, all machines must resolve guitar in the same way (to the same interface).

### "Master" and "Management Module"

The Master serves two functions:

**1**   It is the repository of the Security Policy and allows the Security Policy to be fetched by all the FireWalls for which it is defined as Master.

**2**   FireWall Modules send their log messages to the Master.

On each FireWall, the file $FWDIR/conf/masters contains a list of IP addresses of the machines it regards as its Masters. The FireWall Module attempts to connect to the first Master in the list; if it fails, it tries the second, and so on.

Usually, the Master and the Management Module are the same machine, that is, a FireWall's Management Module is one of the machines listed in $FWDIR/conf/masters. If the Management Module is the first Master in the list, then by definition, it has a copy of the Security Policy. If it is not the first Master, then when the FireWall Module needs to download its Security Policy, it will go down the list of Masters until it finds a Management Module from which it can download a Security Policy.

If for some reason you require that a FireWall Module's Management Module not be one of its Masters, then you will have to ensure that one of the Masters has an up-to-date copy of the Security Policy maintained by the Management Module.

You can direct logging to another Master, or to more than one Master. See "Redirecting Logging to Another Master" on page 327 for information on how to do this.

## Defining Objects and Services

### Which Network Objects Are on My Network?

Refer to the files /etc/hosts and /etc/networks. For Unix systems, see the manual pages for hosts and networks.

If NIS/YP (Network Information Service, formerly Sun Yellow Pages) is running on your system, use the commands ypcat hosts and ypcat networks to access network information. For Unix systems, see the manual pages for ypcat.

### How Do I Define the "Internet" or "Others"?

You might wish to define rules that apply to the "Internet" or to "all other hosts and networks but mine". To do that, you should first define a group network object that includes all network objects that are "mine": all your hosts, networks, domains, groups, etc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   FIN012850

Add the "mine" network object to the source or the destination of the rule you are defining and select it. Then use the menu options **Is Not**. This will put a cross over the "mine" network object, which indicates: any network object that **Is Not** mine (that is, not in "mine" group).

What's the difference between hosts, gateways and interfaces?

In defining network objects, it is important to keep in mind the distinction between hosts, gateways, and interfaces.

A gateway is a host whose **Type** is defined in the **Workstation Properties** window as **Gateway**.

A gateway will have more than one interface, but the gateway itself is a single object and should be defined as such. Each of the interfaces is defined as a separate item in the **Network Interfaces** section of the **Workstation Properties** window.

A host's name is the string returned by the hostname command. The IP address is the one corresponding to the host's name, as given in /etc/hosts, NIS/YP (Yellow Pages) or DNS.

Which Services and Protocols Are on My Network?

Refer to the files /etc/services, /etc/rpc, and /etc/protocols. For Unix systems, see the manual pages for services, rpcinfo, and protocols.

If NIS/YP (Network Information Service, formerly Sun Yellow Pages) is running on your system, use the commands ypcat services and ypcat protocols to access network information. For Unix systems, see the manual pages for ypcat.

Which Services Have More Than One Type?

Some services are available under more than one protocol; that is, they have more than one type. For instance, time and domain are available under both UDP and TCP; nfs is a UDP service and an RPC program. Some services are available under more than one protocol; that is, they have more than one type. For instance, time and domain are available under both UDP and TCP; nfs is a UDP service and an RPC program.

TABLE 14-6 Services available under both TCP and UDP

| service name | port number | service name | port number |
|--------------|-------------|--------------|-------------|
| chargen | 19 | echo | 7 |
| daytime | 13 | sunrpc | 111 |
| discard | 9 | time | 37 |
| domain | 53 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012851

Defining Objects and Services

TABLE 14-7 Services available both as RPC and TCP or UDP

| RPC name | RPC program number | TCP/UDP name | TCP/UDP number |
|----------|-------------------|--------------|----------------|
| portmapper | 100000 | sunrpc | UDP/TCP port 111 |
| nfs | 100003 | nfs | UDP port 2049 |

### Which Services Are Dependent on Other Services?

Common services that require other services to function correctly are listed in TABLE 14-8 on page 354. Some services are available in several types (for instance, nfs could be UDP or RPC). Each type may have different dependencies.

 **Note** – FireWall-1 is supplied with predefined service groups that ensure that access is allowed to all other services required for a service to function properly.

TABLE 14-8 Services Dependent on Other Services

| Service | Type | Number | Required | Recommended |
|---------|------|--------|----------|-------------|
| ypserv | RPC | 100004 | ypbind<br>yppasswd<br>ypupdated<br>ypxfrd | |
| nfs | RPC | 100003 | mountd<br>nlockmgr | ypserv |
| nfsd | UDP | 2049 | mountd | |
| r* (rcp, rsh but not rlogin) | commands | | shell (TCP) | |

### Dual DNS (Internal and External)

In a configuration that includes two Domain Name Servers (DNS) — an internal DNS for resolving internal names and an external DNS for resolving external names — the internal names can be hidden from external users by the following strategy:

- the external DNS has primary entries to a limited number of internal hosts
- the external DNS cannot issue inquiries to the internal DNS
- the internal DNS can issue inquiries to the external DNS

In this way, the internal DNS is restricted to resolving internal names for internal users while external users can gain no knowledge of internal names.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012852

FireWall-1 can be used to enforce this strategy. The external DNS can reside on the FireWalled gateway.

## How Many Rules Are Supported?

Theoretically, the Rule Base Editor can support a large number of rules, and Rule Bases of more than 150 rules are not uncommon. In practice, even very complex policies are normally defined in about 15 rules. Since the rules can contain group objects, a small number of rules is usually sufficient to define the Security Policy.

## Is it necessary to define each of a gateway's interfaces as a separate network object? If yes, are they all gateways, or should the other interfaces be defined as hosts? Why doesn't FireWall-1 treat a gateway and all its interfaces as a single object?

The interface is not a separate network object, but rather part of another network object (gateway, router, etc.). You should *not* define interfaces as network objects. Instead, define interfaces as part of the workstation definition (on the **Interfaces** tab of the **Workstation Properties** window in the Windows GUI, or in the **Network Interfaces** section of the **Workstation Properties** window in the OpenLook GUI).

## Is there a way to allow only specific ports to communicate with a system?

To limit source port number from 2000 to 3000, proceed as follows:

1   In the Services Manager, create a new service of type TCP or UDP.

2   In **Source Port Range**, enter the range 2000 - 3000.

3   Then use the newly created service in your Rule Base.

## How can I control FTP from HTTP?

There is no difference, from FireWall-1's point of view, between an FTP session that originated as such (for example, a user typing ftp elvis.com) and an FTP session created when a user downloads a file by clicking on its name in a Web page. A rule that applies to one applies to the other.

If you wish to enable your users to use FTP from their Web browsers, you must define a rule allowing them to use FTP in general, without reference to HTTP. In addition, you must also:

■   *not* define an FTP proxy to the browser

■   set the **Enable PASV FTP Connections** property (required by some HTTP servers)

## How can I restrict ping information to allow a set of machines to ping freely without restrictions, while preventing other hosts from pinging through the firewall?

Create two rules, one to allow the set of machines to send echo-requests and another to allow that same set of machines to receive echo-replies.

You can combine the two rules, either by putting both services in the same rule or by specifying "echo" (a pre-defined group which includes echo-request and echo-reply) as the service.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012853

Daemons

Because ping is an ICMP service and therefore has no port numbers, it is treated differently from other services, such as FTP and TELNET, which are automatically allowed to return information. The ping information is checked when it leaves and when it comes back, preventing a single rule from allowing a set of machines unrestricted pings, as the returns from the remote machines are dropped by FireWall-1.

## Daemons

`inetd.conf` and the Firewall-1 TELNET Daemon

*Question:* If I am running FireWall-1 with User Authentication, can I still allow a standard TELNET to the FireWalled host itself? In other words, will making a rule that allows TELNET (without User Authentication) re-install the standard `in.telnetd` in `inetd.conf`?

*Answer:* The answer to the second question is no. Once you install the FireWall-1 Security Servers, FireWall-1 modifies `inetd.conf` and comments out the standard TELENT and FTP daemons.

## Security Servers

How can I hide that the fact that FireWall-1 is running from users of authenticated TELNET and FTP services?

If you want users to see only the user defined message file, and not the "FireWall-1 authenticated telnet gw..." message, then add the following line to `objects.C`, under "`:props`":

```
:undo_msg (true)
```

How is FireWall-1 configured in relation to the SecurID ACE software?

The FireWall-1 software uses the standard client library of the ACE/Server. In order to use SecurID, proceed as follows:

1   Install and configure the ACE Server.

You will need an ACE Server somewhere in your network. The ACE Server does not have to reside on the FireWall-1 machine. For information about how to install and configure your ACE server, refer to the SecurID documentation.

2   In FireWall-1, create a user whose authentication scheme is SecurID.

3   Configure your FireWall-1 machine as an ACE Client.

The FireWall-1 software uses the standard client library of the ACE/Server. This means that you don't have to do anything special in order to integrate the software. All you have to do is to prepare the FireWalled machine as an ACE Client.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012854

For information about how to install and configure an ACE Client, refer to the SecurID documentation.

FireWall-1 reads the `sdconf.rec` file to determine the ACE Server and other parameters involving ACE Client-Server communications. So, copy `sdconf.rec` from the ACE Server to the ACE Client.

**TABLE 14-9** `sdconf.rec` directory

| sdconf.rec directory | |
| --- | --- |
| Unix | `/var/ace` |
| Windows NT | `WINNT/SYSTEM32` |

## How can I define an Authentication rule for individual users rather than for groups?

The short answer is that it's not possible, but you can achieve the effect by defining a group for every user. Then you might have a user Alice and a group GrpAlice (with only Alice as a member), a user Bob and a group GrpBob (with only Bob as a member), and so on for each of your users.

The long answer is that it's not clear what the benefit of this would be, since you can define restrictions at the user level that are enforced for each user in a group. For example, suppose you have a rule like this:

| Source | Destination | Services | Action | Track | Install On |
| --- | --- | --- | --- | --- | --- |
| DayUsers@localnet | Any | Any | UserAuth | Short Log | Gateways |

The rule does not apply equally to all the users in the group **DayUsers**. It allows each user access in accordance with his or her access privileges, as defined in each user's **User Properties** window. (This is true if you have chosen the default value, **Intersect with User Database**, in the rule's **User Authentication Action Properties** window.)

Suppose you want to allow Alice access only in the morning, and Bob access only in the afternoon. Just set their access privileges accordingly in their **User Properties** windows. Then, no matter which groups they belong to, they will be allowed access during those times only.

You can also set each user's **Allowed Sources** to his or her own PC. Then Alice and Bob will each be allowed access only during their defined times and only from their own PCs.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012855

Security Servers

On the other hand, suppose you want to restrict Alice to using only FTP and Bob to using only TELNET. Then you really do have to define separate groups, for example, GrpFTP and GrpTELNET, and define Alice as a member (perhaps the only member) of the first group and Bob as a member (perhaps the only member) of the second group, and write two rules:

| Source | Destination | Services | Action | Track | Install On |
|---|---|---|---|---|---|
| GrpFTP@localnet | Any | ftp | UserAuth | Short Log | Gateways |
| GrpTELNET@localnet | Any | telent | UserAuth | Short Log | Gateways |

If these are the only rules in the Rule Base which apply to the members of these groups, then they will be restricted to using the given services, because the default rule will deny them access to all other services.

The interplay between the group's access privileges (as defined in the rule) and the users' access privileges (as defined in the **User Properties** window) gives you considerable flexibility.

Is it possible to authenticate FTP through a Web browser? For example, when the user tries to download a file through the Web browser, he or she should have to enter a name and password. But, when we try this, we get an error message from the browser.

When using a browser without defining a proxy in the browser, all HTTP requests use the HTTP protocol and all FTP requests use the FTP protocol. Only part of the FTP protocol is supported in this mode; only anonymous ftp requests can be performed.

When using a browser with a proxy defined for FTP (this is defined in the browser), the defined proxy should be an HTTP proxy and not an FTP proxy. There is no way of using an FTP proxy for FTP connections when the client is a Web browser — this is a limitation of the Web browser and not of FireWall-1.

When using this configuration, the connection between the browser and the proxy uses the HTTP protocol. It is up to the proxy to convert the request from the HTTP protocol of the FTP protocol:



**FIGURE 14-3** Accessing FTP through an HTTP proxy

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012856

The FireWall-1 HTTP Security Server does not support this kind of protocol conversion. So, if you wish to use the FireWall-1 to authenticate FTP requests from a Web browser, a second proxy which does support this kind of protocol conversion should be installed, and defined to FireWall-1 as the next HTTP proxy. This configuration is shown in FIGURE 14-4.



**FIGURE 14-4** Authenticating FTP through the HTTP Security Server

If you do not define a next proxy to FireWall-1, then you will get an error message "scheme ftp not supported" when you attempt to authenticate an FTP request.

For additional information, see "The HTTP Security Server in Proxy Mode" on page 49.

. How can I go across two or more FireWalls for authenticated services?

TELNET

This is easy enough to do with TELNET — just TELNET to one FireWall after the other in sequence, authenticating yourself each time, until you get to your final destination.

FTP

For FTP, it's a little more complicated. Suppose you have $n$ FireWalls, as in FIGURE 14-5:



**FIGURE 14-5** $n$ FTP authenticating FireWalls

1    FTP to the first FireWall.

2    Then, as your user name, enter:

- the user name on the FTP server and the FTP server IP address (or name), followed by

- the user name and the IP address (or name) of the next authenticating FireWall, one after the other, separated by @ characters, *in reverse order*:

```
FtpUser@FtpServerIP@FW_nUser@FW_nIP@FW_n-1User@FW_n-1IP ...
@FW_2User@FW_2IP
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012857

Security Servers

**3**   As your password, enter each password one after the other, separated by @ characters, *in reverse order*:

```
FtpPass@FW_nPass@FW_{n-1}Pass ... @FW_1Pass
```

HTTP

For HTTP outbound connections, just define the FireWall-1 HTTP Authenticating Server as your proxy in the browser and you will get the authentication prompts, one after the other.

If you are using a Netscape browser or Internet Explorer 3.0, then the authentication for outbound HTTP (when FireWall-1 is defined as a proxy to the browser) and inbound HTTP is done separately, that is, the user is prompted for each authentication separately, as he or she moves outward from the client.

For HTTP inbound connections, enter the list of passwords and users *in reverse order*. Since a password or user name can include a @ character, the passwords in the list are separated in an unusual way:

Suppose you have $n$ FireWalls, as in FIGURE 14-6:



**FIGURE 14-6** n HTTP Authenticating FireWalls

After the $n^{th}$ user enter $2^{n-2}$ @ characters, followed by the $n\text{-}1^{th}$ user and $2^{n-3}$ @ characters, etc.

```
HttpUser(2^{n-1}@)HttpServerIP@FW_nUser(2^{n-2}@)FW_nIP@FW_{n-1}User(2^{n-3}@)
FW_{n-1}IP ... @FW_2User@FW_2IP
```

**What happens if a user forgets the S/Key password?**

Proceed as follows:

**1**   In the user's **User Properties** window, enter a new **Secret Key** (or leave it blank and let one be chosen randomly) and a **Chain Length**.

**2**   Click on **Generate**.

**3**   Click on **Save Chain**.

The keys are then saved to a file.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    FIN012858

**4**   Download the User Database by choosing **Download Database** from the **Policy** menu or clicking on **DB Download** in the **Users Manager** window.

For more information, see "Database Installation" on page 79 of *Managing FireWall-1 Using the Windows GUI* or "User Database Installation" on page 61 of *Managing FireWall-1 Using the OpenLook GUI*.

The former "forgotten" keys are no longer valid, and the new keys will be used for all future authentication.

SMTP

When the FireWall-1 SMTP Security Server detects an error, I expect that it will notify the sender of the mail message (assuming the **Notify Sender on Error** field is checked in the SMTP Resource definition). Instead, I get a "connection to original-MTA failed" error message in the log.

This situation arises when there is no SMTP server between the sender and the FireWall Module. To understand what is happening, consider the networks in FIGURE 14-7.



FIGURE 14-7 *"connection to original-MTA failed"*

Suppose a message sent from localnet is rejected by the FireWall-1 SMTP Security Server. If **Notify Sender on Error** is checked, then the Security Server will attempt to send a mail message to the original source. If that workstation is running Windows NT or Windows 95, there will usually not be a mail server listening on port 25, and the result will be the "connection to original-MTA failed" message in the log. Unix workstations usually do have mail servers installed on port 25.

On the other hand, if the original mail message arrives at the FireWall-1 SMTP Security Server from the Internet, then there will be a mail server on the return path and the notification will be successful.

In practice, this is rarely a problem, since nearly all mail messages will have passed through a mail server before arriving at the FireWall-1 SMTP Security Server.

Chapter 14   FAQ (Frequently Asked Questions)   361

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                      FIN012859

Logging

# Logging

### How Can I Do a Statistical Analysis of My Log File?

Use the command `fw log` and redirect its output to a file. You can then parse the file with standard Unix tools like `perl`, `sort`, `awk`, or `sed`. Alternatively, the file can be used as input to database or spreadsheet programs.

You can also use the `fw logexport` command (see "fw logexport" on page 266) or, if you are using the Windows GUI, you can choose **Export** in the **File** menu.

Some Log entries refer to rule zero (or to rules with negative numbers!), but there are no such rules in the Rule Base.

### Rule Zero

Rule zero is the rule FireWall-1 adds before the rules in Rule Base to implement Anti-Spoofing, dropping of packets with IP options, and some aspects of authentication. Anti-spoofing is implemented before any rules are applied, so anti-spoof track logging shows rule zero as the relevant rule.

For example, if a user fails to log in to an authentication server, then the log shows rule zero because at the time of the failure, the relevant rule (that is, the rule under which the user would have been granted or denied access had the login been successful) is unknown, since the requested service is unknown.

### Rules with Negative Numbers

These are rules added by FireWall-1 to implement certain features. For example, a log entry generated as a result of an `fw sam` command (see "fw sam" on page 269) carries a negative rule number.

### Is there any way I can choose to not log certain services? My Log File is filling up with recurring traffic through certain ports, and I don't know what these services are.

If you do not want these services to be logged, then define a rule (early in the Rule Base) that accepts them without logging them. However, from a security point of view, you should not be allowing communications unless you know what they are, so your first priority should be to identify the nature of the unknown traffic.

### In my Log Viewer, I see some entries where my internal router is the Source and the protocol is ICMP. I have no idea what these entries are, or whether I should be concerned about them.

Some routers send ICMP packets from time to time, and you need not be concerned about it. You can remove the Log entries by adding a rule to the Rule Base that accepts ICMP packets from the internal router but does not log them.

362    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012860

How can I switch my Log File on a periodic basis?

You can do this in NT with the following command:

```
at <time> c:\winnt\fw\bin\fw logswitch
```

## Security

Does Packet Reassembly Pose a Security Risk?

FireWall-1 performs virtual packet reassembly, and does not send a packet until all its fragments have been collected. The algorithm used is stricter than the standard packet reassembly algorithm, and does not permit overlays.

 **Note –** Since IP specifications forbid a router from reassembling IP fragments, FireWall-1 does not send the reassembled packet but rather the fragments as FireWall-1 received them. This is the origin of the term "Virtual Defragmentation."

Do Aliased (or Virtual) Interfaces Pose a Security Risk?

FireWall-1 ignores virtual interfaces, so that inspection and anti-spoofing is performed on the physical interface.

If you want to use virtual interfaces with anti-spoofing, you must define two network objects, one for each subnet, and then create a network group which consists of the two network objects. Then you can put the group in the physical interface's anti-spoofing entry, just as you would if there were another physical network connected to the interface.

How does FireWall-1 prevent session hijacking?

FireWall-1's Encryption feature is the best solution, if you are concerned about this problem. Encryption would prevent hijacking by anyone who does not have the key.

How does FireWall-1 prevent attacks based on TCP sequence number prediction?

Here too, FireWall-1's Encryption feature is the best solution. Even if the attacker knows the sequence number, he or she would be unable to interfere with the encrypted connection.

How does FireWall-1 Deal with IP Options?

FireWall-1 drops packets with IP options, because they are considered to pose a serious security risk.

Is a FireWalled Host Not Secured When It Re-boots?

If IP Forwarding is disabled, then there is no time during the re-boot process during which a protected network is not secured. For further information, see "IP Forwarding" on page 275.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FireWall-1/n Issues

For information about protecting the FireWalled host during the re-boot process, see "Default Security Policy" on page 319.

Can FireWall-1 secure modem connections?

FireWall-1 can secure modem connections provided that:

- the modem is "in front" of the FireWalled gateway, and
- the dial-up lines provide PPP or SLIP connections

If both these conditions are true, then FireWall-1 treats connections via the modems the same ways it treats connections via Ethernet, token ring, etc.

## FireWall-1/*n* Issues

How are these products restricted?

FireWall-1/n products enforce restrictions based on the number of protected hosts. If these restrictions are exceeded, FireWall-1 will issue an error message. These restrictions are:

*1*    number of internal hosts

Up to $n$ nodes behind the gateway are allowed, where $n$ is the number in the product name. For example, FireWall-1/50 is restricted to 50 nodes, FireWall-1/250 is restricted to 250 nodes, *etc.*

A node is defined as a computing device with an IP address. A multi-user computer with one IP address is counted as one node.

This restriction relates to the number of protected hosts. Every host behind FireWall-1 is protected by FireWall-1, even if no connections to the outside are initiated from that host.

Every node protected by FireWall-1 is counted against the limit, even if its IP address is hidden from FireWall-1 by a proxy or by other means.

*2*    number of external interfaces

For all FireWall-1/n products, only one external interface may be connected to the FireWalled machine.

There is *no* restriction on the number of internal interfaces on the FireWalled machine.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012862

**3**    no external FireWall Modules

An additional restriction for these products is that they cannot manage external FireWall Modules, that is, the Management Module and the FireWall Module must both be on the same machine. However, the Management Module can be deployed in a Client/Server configuration.

 **Warning** – If you exceed the restriction on the number of protected hosts, FireWall-1 will display warning messages on the system console notifying you that you have violated the terms of the FireWall-1 license. You should *immediately* upgrade to the appropriate product in order to be in compliance with the terms of the FireWall-1 license. In the meantime, your security is not compromised and FireWall-1 will continue to protect your network.

## Supported Protocols and Interfaces

Can FireWall-1 inspect IPX packets?

Firewall–1 completely ignores other IP level protocols, such as IPX and DecNET, which are processed by a different protocol stack. This means that if these protocol stacks are installed on the gateway they will be passed without being inspected.

Installing protocol stacks on the gateway which are not inspected by FireWall-1 is considered a security risk.

Does FireWall-1 Support the Talk protocol?

FireWall-1 does not currently support the Talk protocol.

Can I Use DES With ACE (SecurId)?

FireWall-1 supports the DES option of the SecurID ACE server.

Does FireWall-1 support PPP, SLIP and X.25?

FireWall-1 supports PPP, SLIP and X.25, but these interfaces must be installed before FireWall-1 starts.

Does FireWall-1 support Kerberos?

FireWall-1 supports the Kerberos service, but the Kerberos authentication scheme is not supported.

Does FireWall-1 support AXENT Pathways' SecureNet Keys?

Starting with FireWall-1 Version 3.0, The FireWall-1 Security Servers support the SecureNet Keys (SNK) authentication scheme. For further information, see Chapter 1, "Authentication.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              FIN012863

Supported Protocols and Interfaces

### Are there any special considerations for ISDN interfaces?

If you are implementing a default Security Policy (see "Default Security Policy" on page 319) on a gateway with ISDN interfaces, FireWall-1 will not recognize the ISDN interfaces. The reason is that during the boot process, the ISDN interfaces are loaded just after the default Security Policy. When the real Security Policy is loaded, FireWall-1 "knows" that it has been loaded before, so it does not scan for new interfaces. There are several possible solutions to this problem:

- Disable the default Security Policy, at the cost of leaving the gateway exposed during the boot process.

- Deploy the default Security Policy only after the ISDN interfaces have been configured, exposing the gateway until that point.

  Since the gateway is only connected to the Internet after the ISDN interfaces are configured, this solution entails a relatively short period of vulnerability.

- Leave the default Security Policy in its normal place and configure the ISDN interfaces after the real Security Policy is loaded.

  In Unix systems, you will get an error message when you add the ISDN interfaces, and you must then uninstall the FireWall-1 kernel and install it, as follows:

```
fw ctl uninstall
fw ctl install
fw fetch localhost
```

For information on the fw ctl command, see "fw ctl" on page 275.

### How does FireWall-1 deal with Secure Socket Layer (SSL) and HTTPS connections?

Since all SSL negotiation, authentication and encryption take place outside the FireWall-1 software (for example, between an HTTP client and an HTTP server), FireWall-1 does not deal with SSL directly.

HTTPS is an HTTP protocol on top of SSL. The default HTTPS port number is 443, as assigned by the Internet Assigned Numbers Authority (IANA). To allow HTTPS connections, create a new service of type TCP and port number 443. Then use HTTPS in your Rule Base. For example:

| Source | Destination | Services | Action | Track | Install On |
|--------|-------------|----------|--------|-------|------------|
| localnet | Any | https | Accept | Short Log | Gateways |

Note that HTTPS is not HTTP, so the FireWall-1 HTTP Authenticating Server doesn't work with HTTPS.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012864

### How Can I Handle Multicast?

Firewall–1 does not treat multicast as a special case, so for FireWall-1, a multicast packet is simply an IP packet with a class D (224.0.0.0 — 239.255.255.255) destination address.

If you wish to specify a rule which will apply to all multicast packets, define a network object (of type network) whose IP address is 224.0.0.0 and whose netmask is 240.0.0.0. This network will encompass all legal multicast destination addresses.

To use multicast with Anti-Spoofing, add the multicast network to all the interfaces to which multicast packets might be sent. You must do this because Anti-Spoofing checks both the destination and source IP addresses.

## Inspecting

### How is a Security Policy enforced on a host's different interfaces?

A Security Policy is enforced on all the interfaces of a FireWalled host or gateway. The only way to restrict the enforcement of a rule to specific interface is by using INSPECT.

On each interface, the Security Policy is enforced differently for incoming and outgoing packets, depending on the rule's **Install On** field.

 **Note** – The terms "outgoing" and "incoming" relate to the machine, not to the networks to which the machine is connected. "Incoming" means entering the machine and "outgoing" means leaving the machine, regardless of the packet's source or destination (see FIGURE 14-8)



**FIGURE 14-8** Incoming and Outgoing Communications

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012865

Inspecting

TABLE 14-10 describes the Security Policy enforced for FireWalled gateways. The information applies to the machines defined as Gateways in the **Workstation Properties** window when a rule's **Install On** field is Gateways.

TABLE 14-10 Gateways - Direction of Enforcement

| Apply Gateway Rules to Interface Direction property | what is enforced for incoming packets | what is enforced for outgoing packets |
|---|---|---|
| **Inbound** | Rule Base and Properties | Properties (most importantly, **Enable Outgoing Packets**) |
| **Outbound** | Properties | Rule Base and Properties |
| **Eitherbound** | Rule Base and Properties | Rule Base and Properties |

TABLE 14-11 describes the Security Policy enforced for FireWalled hosts. The information applies to machines defined as **Host** in the **Workstation Properties** window when a rule's **Install On** field is not **Gateways**.

TABLE 14-11 Hosts - Direction of Enforcement

| Install On | what is enforced for incoming packets | what is enforced for outgoing packets |
|---|---|---|
| **Source** | Properties | Rule Base and Properties |
| **Destination** | Rule Base and Properties | Properties |
| **Targets** (host is explicitly specified) | Rule Base and Properties | Rule Base and Properties |

How can I protect my internal hosts from each other?

Consider the following configuration:



FIGURE 14-9 Protecting Internal Hosts

368    FireWall-1 Architecture and Administration • September 1998

Assume that the Security Policy installed on the gateway does not allow TELNETs to the hosts in localnet. What happens when 194.O.O.2 TELNETs to 194.O.67.14?

The answer is that this TELNET is allowed, because the connection does not pass through the FireWall. 194.O.67.14 responds to 194.O.O.2's ARP request, and 194.O.O.2 routes the connection directly to 194.O.67.14. FireWall-1 on the gateway does not see the connection and does not inspect it.

## When is a Modified Security Policy Implemented?

Changes are implemented when the Security Policy is installed. The only time it is necessary to stop FireWall-1 and restart it is after a FireWalled host's physical interfaces have changed.

## How should FireWall-1 be stopped?

The correct way to stop FireWall-1 is with the fwstop command. If you kill the FireWall-1 daemon, the FireWall Module continues to operate, but there is no logging or authorization, and no new encryption sessions can be started.

Note that when you stop FireWall-1, your network is completely exposed. Disabling IP forwarding will protect the networks behind the gateway, but the gateway itself will still be exposed. The only way to protect the gateway in this case is to physically disconnect the network cables.

# Administrative Issues

## Security Hazards

*Question:* Are there any security hazards the administrator should be aware of when using FireWall-1?

*Answer:* FireWall-1 provides *transparent* connectivity to *all* Internet resources.

Some client-server implementations may pose security hazards, e.g., older versions of sendmail. The administrator should ensure that any application is safe to use before authorizing its use through a firewall. Since FireWall-1 enables the administrator to authorize any application, he or she has to carefully examine each one and assess the risk of allowing the use of that particular application (client or server).

## Unregistered IP Addresses

FireWall-1 enables using a large number of unregistered or concealed internal IP addresses by presenting on external traffic only a small number of registered IP addresses.

FireWall-1's Address Translation feature enables a network to use unregistered Internet addresses or to hide the internal IP addresses. For additional information, see Chapter 5, "Network Address Translation."

Chapter 14    FAQ (Frequently Asked Questions)    369

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Performance

### How Does FireWall-1 Address Vulnerable Applications?

To address vulnerable applications, FireWall-1 can be set up to allow inbound connections of a particular service only to a specific server that has been enhanced to handle possible failures. For example, all inbound SMTP traffic can be directed to a server running an enhanced version of sendmail. By providing such an open solution, the administrator can always acquire the latest and best application for any desired platform.

## Performance

### Does FireWall-1 Introduce Performance Degradation?

FireWall-1 introduces practically no performance degradation. Measurements conducted by several independent testers could not detect any significant decrease in network bandwidth, even at high speeds such as Ethernet and ATM. The tests were conducted by Stanford University, Open Computing magazine, Sun, and CheckPoint. The setup included standard and low-end workstations with complex security rules. At 10 Mbps the bandwidth degradation measured was about 3% and the latency was equivalent to a typical latency introduced by a gateway host.

The theoretical model developed by CheckPoint to predict performance degradation states that the impact approaches zero. This model has been empirically validated. The performance is even better at lower data rates, such as T1 or 56 kbps. For further information on this subject, refer to Rik Farrow's review in the October 1994 issue of *Open Computing*.

In contrast, encryption does have a minor but measurable impact on performance. The Accounting and Live Connection features have a more significant impact.

### What are the Guidelines for Improving FireWall-1 Performance?

Management Module

Installing a Security Policy on a remote FireWall Module can often be speeded up by listing both machines in the hosts (Unix) or lmosts (Windows) files.

FireWall Module

FireWall-1 performance depends on the hardware, the Security Policy, and the characteristics of the network traffic. While the Firewall is inspecting packets, the time of handling a packet spends in the kernel increases. The conclusion is that FireWall-1 has a greater impact on latency (connection latency or transaction latency) and less on the bandwidth.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012868

Benchmarks have shown that, while there is usually little throughput degradation, the latency may well be significantly degraded in some cases. This degradation can as a rule, be successfully addressed. Acquiring faster hardware is always helpful. In addition, the following suggestions should improve performance as well:

*1*    Keep the Rule Base simple.

Performance degrades when there is a very large number of rules, or when the rules are complex.

*2*    Position the most frequently applied rules first in the Rule Base.

For example, if most connections are HTTP packets, the rule which accepts HTTP should be the first rule in the Rule Base. Be sure to keep this rule as simple as possible.

*3*    Disable Accounting and Live Connections.

These features impose a significant overhead on system performance.

*4*    Properties

*a*    FW-1 Control Connections

This property should be disabled if possible.

*b*    Enable **Fast Mode** for selected TCP services.

If you are not using Encryption, Authentication, Live Connections or Accounting, you can enable **Fast Mode** to increase the connections-per-second rate. See "The Fast Mode Option" on page 325 for more information.

*c*    Decrypt on accept

This property should be disabled if you are not using Encryption or SecuRemote.

*5*    Memory

If the Firewall-1 Kernel Module's memory pool is exhausted, more memory should be allocated when Firewall-1 is installed. You can find out how much memory is available by using the following command:

```
fw ctl pstat
```

More memory can be allocated as follows:

For example, suppose we want to allocate 3 Mbytes.

Chapter 14    FAQ (Frequently Asked Questions)    371

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012869

Performance

   *a*   Stop FireWall-1 by typing:

```
fwstop
```

     *i*   For Solaris, add the following line to /etc/system and then reboot:

```
line set fw:fwhemem = 0x300000
```

     *ii*   For SunOs, type:

```
echo "fwhmem ?W300000" | adb -w $FWDIR/modules/fwmod.4.1.x.o
```

     *iii*   For HP-UX, type:

```
echo "fwhmem ?W300000" | adb -w stand/vmunix
```

     *iv*   For NT, set the HKEY_LOCAL_MACHINE\System\
CurrentControlSet\Services\FW1\Parameters\Memory
parameter in the Registry to the desired value.

---

**Caution** – Setting the above parameter to too high a value may hang the machine
during the boot process.

---

   *b*   Restart FireWall-1 by typing:

```
fwstart
```

**6**   Overhead

   Logging, Accounting, Encryption, Live Connections, Network Address Translation
and Security Servers all degrade performance to some extent.

   Logging, Accounting and Security Servers add I/O overhead and context
switches. The degradation in performance might be significant if they are used in
frequently applied rules.

How can I estimate FireWall-1's memory usage?

For the FireWall Module, you can use the following general guidelines:

   ■   Each session requires about 120 bytes of memory, more if the session is
authenticated or if address translation is used.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

- In addition, there is some static overhead as well.
- The FireWall Module does not release the memory used by a session until about 50 seconds after the session ends, so if there are many sessions significantly shorter than a minute, the FireWall Module needs more memory than the number of active sessions would indicate.
- For HTTP, each URL access is a separate session.

The general formula is:

```
MemoryUsage =
((ConcurrentConnections)/(AverageLifetime))*(AverageLifetime
    + 50 seconds)*120
```

## To What Extent is FireWall-1 Fault Tolerant?

The FireWall-1 FireWall Modules will continue inspecting and reporting logs, alerts, and status even if the Master is not active for any reason (host went down, application exited, etc.). Users can define multiple default Masters to which the FireWall Modules will report logs, alerts, and status in the event that the first Master is unavailable. The status and statistics of FireWall Modules can be monitored constantly by a number of Management Stations or SNMP platforms. If the FireWall Module host is rebooted, the FireWall Module can be loaded automatically and brought up with the latest Security Policy installed. The FireWall Module can also be configured to fetch its Security Policy from various Management Stations every time it boots.

The SNMP daemon is used to report status and even if it dies, the only thing that would happen is that in FireWall-1's Status Window or on the SNMP platform, the user would see that it is no longer possible to communicate with the daemon.

The FireWall-1 daemon (fwd) is used to control the FireWall Module. If it dies, the user would not be able to control it, but the FireWall Module would continue to enforce the Security Policy that was last loaded.

As long as a gateway is up and routing, all packets are subject to FireWall-1's FireWall Module inspection. If the gateway reboots, FireWall-1's FireWall Module is immediately loaded into the kernel and the latest Security Policy is loaded into it and enforced. FireWall-1 can be configured so that IP Forwarding is enabled only when the Security Policy is being enforced (see "IP Forwarding" on page 275 for additional information).

The FireWall-1 FireWall Module keeps a local copy of the latest Security Policy, so that even if the Management Station is down when the gateway reboots, the FireWall Module will still load the latest Security Policy.

With respect to logging, the FireWall-1 FireWall Module can be configured to send logs and alerts to a certain host (the Master). If the Master is not available, the FireWall-1 FireWall Module can be configured to attempt logging to another host, and another and another. Even if logging fails, the FireWall Module will still continue to function.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012871

Performance

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012872

CHAPTER **15**

# Directories and Files

## FireWall-1 directories

**TABLE 15-1** FireWall-1 directories

| Directory | Description | Described on |
|-----------|-------------|--------------|
| bin | executable files | page 376 |
| cisco | Cisco routers' executable files (Unix only) | page 377 |
| conf | GUI configuration and files | page 377 |
| database | on FireWalled hosts, holds temporary copy of FireWall-1 database | page 379 |
| doc | documentation and help files (Unix only) | page 380 |
| lib | FireWall-1 language library files | page 380 |
| log | log files | page 383 |
| man | man pages (Unix only) | page 383 |
| modules | Inspection Code module files | page 383 |
| state | state files for hosts | page 384 |
| tmp | temporary files (compilations and internal) and pid (process ID number) | page 384 |
| well | Wellfleet routers' executable and configuration files (Unix only) | page 385 |



**Note –** In Windows, the Install application writes the DeIsl1.isu file in the $FWDIR directory, for use by the UnInstaller.

375

## bin directory

**TABLE 15-2** bin directory

| File | Description |
| --- | --- |
| alert.exe | (NT) |
| cpp | C pre-processor |
| display.bat | NT only |
| fw | command line executable |
| fwalert | executable for alert action |
| fwav | CVP server executable |
| fwavstart | start script for CVP server |
| fwavstop | stop script for CVP server |
| fwc | FireWall-1 compilation script |
| fwinfo | |
| fwinfo.pmr | NT Performance Monitor file |
| fwinfo2 | |
| fwcisco -> ../<br>cisco/fwcisco | link to router command line executable |
| fwciscoload | executable for downloading Access List to Cisco router |
| fwcmsd.exe | |
| fwcomp | FireWall-1 language compiler |
| fwconfig | FireWall-1 configuration |
| fwd | daemon |
| fwell | executable for Wellfleet routers, using SNMP |
| fwinfo | generate debug information regarding the FireWall-1 configuration |
| fwinstall | software installation and configuration script |
| fwlv | GUI Log Viewer |
| fwm | Management Server for Unix and Windows GUI Clients |
| fwsngui | sample Session Authentication agent executable |
| fwstart | start script: load module, start daemons, and install Inspection Code |
| fwstop | stop script: kill daemons, unload module |
| fwui | FireWall-1 GUI |
| fwuninstall | FireWall-1 software un-installation script |
| fwuninst | FireWall-1 software un-installation executable (NT) |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    FIN012874

cisco directory

**TABLE 15-2** bin directory (continued)

| File | Description |
|------|-------------|
| fwxauth | Pops up an authentication window for use with the x11-verify service, but note that Session Authentication with **Contact Agent At** set to **Destination** (see "Session Authentication" in Chapter 1, "Authentication" of *FireWall-1 Architecture and Administration*) is recommended for this kind of authentication. (Unix only) |
| fwxlconf | Address Translation configuration executable |
| gunzip | GNU uncompression executable |
| in.aclientd | Client Authentication daemon |
| in.aftpd | FTP Security Server |
| in.ahttpd | HTTP Security Server |
| in.arlogind | RLOGIN Security Server |
| in.asmtpd | SMTP Security Server |
| in.atelentd. | TELNET Security Server |
| in.lhttpd | Security Server |
| load_agent | Load Measuring Agent ("Load Measuring" on page 239) |
| router_load.exe | |
| sendmail.exe | |
| snmp_trap | SNMP trap executable |
| snmpd | FireWall-1 SNMP daemon |
| status_alert | status_alert executable |
| VIRSIG.DAT | Cheyenne virus signature file |

## cisco directory

**TABLE 15-3** cisco directory

| File | Description |
|------|-------------|
| fwciscoload | executable for downloading Access List to Cisco router |

## conf directory

**TABLE 15-4** conf directory

| File | Description |
|------|-------------|
| *.C | configuration file |
| *.W | Rule Base |
| auth.C | |
| clients | |

Chapter 15    Directories and Files    377

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012875

**TABLE 15-4** conf directory (continued)

| File | Description |
|---|---|
| default.W | default rule-base in FireWall-1 GUI format |
| dnsinfo | DNS configuration file for SecuRemote (see "DNS" on page 97 of *Virtual Private Networking with FireWall-1*) |
| external.if | used by the restricted versions of FireWall-1 — specifies the name of the external interface (for example, "leO" or "EPRO1") on which IP addresses should not be counted against the limit |
| fwauth.NDB | user database — not a text file |
| fwauth.NDB7 | |
| fwauth.NDBBKP | user database backup file |
| fwauthd.conf | created during installation process; corresponds to inetd.conf (see "Security Server Configuration" in Chapter 2, "Security Servers" of *FireWall-1 Architecture and Administration*). During the installation process, the original telnet and ftp are commented out in inetd.conf. |
| fwauth.keys | internal S/Key authentication file |
| fwav.conf | configuration file for Anti Virus CVP server included with FireWall-1 |
| fwmusers | list of FireWall-1 administrators<br>Each line is in the format:<br>*name encrypted-password permission*<br>where *permission* is one of the following:<br><br>| value | meaning |<br>|---|---|<br>| 40000000 | monitor |<br>| 00000000 | read |<br>| 01010101 | read-write |<br>| 00000100 | user | |
| fwopsec.conf | OPSEC configuration file. See the FireWall-1 OPSEC documentation for more information. |
| fwrl.conf | |
| gui-clients | A list of IP addresses (or network object names), one per line, from which GUI Clients may attach to the Management Server |
| serverkeys.* | internal S/Key authentication files |
| logviewer.C | Log Viewer GUI objects and layout file |
| masters | A list of IP addresses (or network object names), one per line. When the FireWall Module starts working, it reads this file to determine where to direct logging. The network objects listed in this file are also those which are allowed to load FireWall Modules to this machine. |
| objects.C | FireWall-1 GUI objects and layout file |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    FIN012876

**TABLE 15-4** conf directory (continued)

| File | Description |
|------|-------------|
| omi.conf | |
| options.conf | FireWall-1 product names (for installation) |
| product.conf | FireWall-1 installed product and options. You should not modify this file. |
| rulebases.fws | combined Rule Bases for Windows GUI |
| slapd.conf | |
| snmp.C | FireWall-1 snmpd configuration file (see Chapter 9, "SNMP and Network Management Tools" of *FireWall-1 Architecture and Administration*) |
| smtp.conf | SMTP Security Server configuration file (see FIGURE 2-5 on page 110 of *FireWall-1 Architecture and Administration*) |
| smtp.conf.org | |
| Standard.W | |
| trapexec.conf | list of programs FireWall-1 kernel module can run |
| xlate.conf | Address Translation configuration file |

## conf/lists directory

This directory contains URL lists.

## conf/ahclientd directory

This directory contains HTML files used by the Client Authentication daemon (aclientd).

## database directory

This directory is on the FireWalled machine, and its files are part of the Security Policy.

**TABLE 15-5** database directory

| File | Description |
|------|-------------|
| authkeys.C | maintained by the local FireWall daemon |
| rules.C | Rule Base - authentication rules |
| fwauth.NDB | user database -- not a text file |
| fwuserauth.NDB | user authentication user database -- not a text file |
| objects.C | downloaded from Management Module |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## doc directory

This directory is for Unix only.

TABLE 15-6 doc directory

| File | Description |
|------|-------------|
| fw.info | GUI FireWall-1 on-line help text |
| fwlv.info | GUI Log Viewer on-line help text |

## database/lists directory

This directory contains URL lists.

## lib directory

TABLE 15-7 lib directory

| File | Description |
|------|-------------|
| *.def | INSPECT include files |
| *.h | INSPECT include files |
| auth.def | Rule Base header definitions include file (authentication) |
| base.def | FireWall-1 language aliases, routines and macro definitions |
| code.def | header definitions include file |
| control.map | maps access privileges and authentication measures for FireWall-1's control link (see "How Can Distributed Configurations Be Managed?" in Chapter 14, "FAQ (Frequently Asked Questions)" of *FireWall-1 Architecture and Administration*) |
| crypt.def | encryption header definitions include file |
| defaultfilter.drop | default "drop" Security Policy |
| default.pf | default Security Policy |
| defaultfilter.boot | default "boot" Security Policy |
| dup.def | debugging header definitions include file |
| eht_set.C | settings for HTML weeding |
| formats.def | log format header definitions include file |
| fwconn.h | structure of the connections table |
| fwctrnm.h | |
| fwctrs.h | (NT only) strings for NT Performance Monitor |
| fwctrs.ini | (NT only) strings for NT Performance Monitor |
| fwf2htbin.gif | |
| fwf2htdir.gif | |
| fwf2htunknown.gif | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012878

lib/ldap directory

**TABLE 15-7** lib directory (continued)

| File | Description |
| --- | --- |
| fwntperf.dll | (NT only) FireWall-1 Performance Monitor DLL |
| fwsnmp.dll | (NT only) FireWall-1 SNMP agent DLL |
| fwui_head.def | Rule Base header definitions include file |
| fwui_trail.def | Rule Base trailing definitions — last "drop everything" rule |
| gps.pro | Postscript log printint prologue |
| init.def | |
| kertabs.def | kernel table definitions |
| kerntabs.h | |
| libsun_av.so | Unix only |
| setup.C | GUI menus setup file |
| snmp | SNMP configuration files sub-directory |
| snmp.def | snmp definition headers |
| std.def | FireWall-1 command line aliases, routines and macros |
| table.def | table definitions include file |
| tcpip.def | FireWall-1 definitions of TCP/IP |
| traps.def | traps definitions include file |
| traps.h | traps include file |
| user.def | site specific INSPECT definitions |
| wellfleet.C | for Bay Networks routers |
| xtreme.def | protocol definitions include file |

## lib/ldap directory

This directory is for NT only.

**TABLE 15-8** lib\ldap directory

| File | Description |
| --- | --- |
| schema.ldif | FireWall-1 LDAP schema |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012879

## lib/snmp directory

For additional information about the FireWall-1 MIB, see "Firewall-1 MIB" on page 242.

TABLE 15-9 lib/snmp directory

| File | Description |
|------|-------------|
| chkpnt.mib | FireWall-1 MIB — contains variable definitions for Firewall-1's SNMP daemon; can be used to incorporate the Check Point MIB into any MIB browser or network management system. |
| mib.txt | FireWall-1 MIB — accessed by the FireWall-1 SNMP daemon (snmpd). |
| mib.txt2 | FireWall-1 MIB — compatible with SNMP managers such as SunNetManager. |
| wellfleet.mib | from Bay Networks |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012880

# EXHIBIT 3
## PART 6

# log directory

TABLE 15-10 log directory

| File | Description |
| --- | --- |
| | FireWall-1 old Log File; name is date log was switched |
| *.pid | FireWall-1 processes process id number, used by fwstop and fw kill |
| aSERVERNAME.log | |
| fw.*alog | FireWall-1 current Accounting Log File |
| fw.*alogptr | pointers to fw.*alog |
| fw.*log | FireWall-1 current Log File |
| fw.*logptr | pointers to fw.log |
| fw.logtrack | a list of log files and unique identifying numbers (based on inode or timestamp) |
| fw.*vlog | FireWall-1 current Active (Live) Connections Log File |
| fw.*vlogptr | pointers to fw.*vlog |
| fwui.log | a text file log of FireWall-1 GUI Client events |
| manage.lock | lock file — This file is created by the Windows GUI Client or by fwm on behalf of a Unix GUI Client and is used to prevent two GUI Clients from simultaneously modifying a Security Policy. It contains the name of the locking process and other identifying information.<br>The file is deleted by the process that created it when that process terminates normally. |

In NT only, the files fw.log, fw.alog and fw.vlog are not the real Log Files, but only pointers to the real Log Files (fw.log0, fw.alog0 and fw.vlog0). This mechanism enables Log Files to be purged and renamed while they appear to be open.

## man directory

This directory is present in Unix only, and holds the man pages.

## modules directory

TABLE 15-11 modules directory

| File | Description |
| --- | --- |
| fw.conf | kernel configuration file (Unix only) |
| fw.mkdev | (Unix only) |
| fw.sys | (NT only) the FireWall-1 driver which is copied to ..\System32\Drivers (in NT 4.0 this file is copied to two different locations) |
| fwmod.* | kernel modules (Unix only) |

Chapter 15    Directories and Files    383

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012881

## state directory

The names of the files in this directory depend on whether the machine is a Master or a FireWalled host. If the machine is a Master, then there is a set of the files listed below for each of the managed hosts. In each set, the file names correspond to the host names.

If the machine is a managed host, then there is only one set of files, and the file names are hostname.*.

For example, if a Master named elvis manages hosts lisa and marie, then on elvis there would be two sets of files: lisa.* and marie.*. On lisa, there is a set of files named lisa.*, and on marie there is a set of files named marie.*.

**TABLE 15-12** state directory

| File | Description |
|------|-------------|
| default.bin | default filter |
| fwrlconf | loading configuration file |
| hostname.ctlver | the Management Module version that created the current Security Policy |
| hostname.db | users/encryption database |
| hostname.fc | last filter code file for host *hostname* |
| hostname.ft | last filter tables file for host *hostname* |
| hostname.ifs | last state of "myhost": filter name and interfaces |
| hostname.lg | last filter log and alert formats for *hostname* |
| hostname.objects | network objects database |
| hostname.set | portions of Rule Base (.W) |
| local.arp | Establishes correspondence between IP addresses and MAC addresses for NT (see "From the Outside" on page 166 for an example of when this file is needed). |

## tmp directory

**TABLE 15-13** tmp directory

| File | Description |
|------|-------------|
| default.fc | filter code (assembler) compiled from default.pf |
| default.ft | tables file derived from default.pf |
| default.lg | filter log and alert formats derived from default.pf |
| fwd.pid | |
| fwm.pid | |
| slapd.pid | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012882

## well directory

This directory is for Unix only.

TABLE 15-14 well directory

| File | Description |
|------|-------------|
| fwell -> ../bin/ fwell | see "bin directory" on page 376 |
| wellfleet.C | configuration file |
| wellfleet.mib | SNMP MIB describing interaction between FireWall-1 and Bay Networks routers |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012883

386    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CHAPTER **16**

# Services

## In This Chapter

| | |
|---|---|
| TCP Services | page 387 |
| UDP Services | page 393 |
| RPC Services | page 397 |
| ICMP Services | page 398 |
| Other IP Protocol Services | page 399 |

## TCP Services

**TABLE 16-1** TCP Services

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| AOL (America OnLine) | 5190 | protocol used by AOL clients to connect to AOL through a network connection, as opposed to a dial-up connection | Yes | |
| chargen | 19 | A TCP chargen server sends an unending stream of characters until the client terminates the connection. | No | This is also a UDP service. |
| Connected OnLine Backup | 16384 | PC agents that wake up occasionally and back up their encrypted data to the Connected backup server across the Internet. | Yes | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TCP Services

**TABLE 16-1** TCP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| Cooltalk | 6499, 6500 | a voice communication protocol | Yes | To enable auxiliary (back) data connections for this service, you must specifically list this service under **Services** in the Rule Base. UDP is used for the voice connection. |
| daytime | 13 | A daytime server returns date and time of day in text format. | Yes | This is also a UDP service. |
| discard | 9 | A discard server discards whatever it is sent by a client. | Yes | This is also a UDP service. |
| DNS | 53 | Domain Name System — a distributed database used to map host names to IP addresses | Yes | This is also a UDP service. TCP DNS is used for Domain Name Download, while UDP DNS is used for Domain Name Queries. |
| echo | 7 | An echo server sends the client whatever the client sent the server. | Yes | This is also a UDP service. |
| exec | 512 | | Yes | see "rexec" on page 391 |
| finger | 79 | a protocol that provides information about users on a specified host | Yes | |
| ftp | 21 | File Transfer Protocol — a protocol for copying files between hosts | Yes | To enable auxiliary data connections, check **Enable FTP PORT Data Connections** in the **Services** tab of the **Properties Setup** window. |
| gopher | 70 | a menu driven front end to other Internet services, such as Archie, anonymous FTP and WAIS | Yes | |
| http | 80 | HyperText Transfer Protocol — a protocol used to implement the World Wide Web | Yes | |
| https | 443 | a version of HTTP that uses SSL for encryption | Yes | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012886

**TABLE 16-1** TCP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| H.323 | 1720 | client-to-client audio-visual application | Yes | To enable auxiliary (back) data connections for this service, you must specifically list this service under **Services** in the Rule Base.<br><br>■ H.225 static connection sets up H.245 dynamic connection on dynamic TCP port, which opens two dynamic UDP connections with successive port numbers (that is, if first connection ports are A and B then second connection uses A+1 and B+1).<br><br>■ NAT Support |
| ident | 113 | a protocol used for user identification | Yes | |
| imap | 143 | Internet Mail Access Protocol | Yes | |
| irc | 6670, 6680 | Internet Relay Chat — a protocol for on-line "chat" conversations over the Internet | Yes | |
| kerberos | 750 | an authentication service | Yes | as *kerberos*<br>This is also a UDP service. The Kerberos authentication scheme is *not* supported by FireWall-1. |
| ldap | 389 | Lightweight Directory Access Protocol (simple X500 protocol). | Yes | |
| ldap-ssl | 636 | Lightweight Directory Access Protocol over SSL. | Yes | |
| LiveLan | 1720 | H.323 based applications such as LiveLAN | Yes | see "H.323" on page 389 |
| login | 513 | | Yes | see "rlogin" on page 391 |
| Lotus Notes | 1352 | a proprietary protocol developed by Lotus to implement its Notes application | Yes | |
| Microsoft Conferencing | | a voice conferencing and remote application sharing protocol | Yes | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012887

TCP Services

**TABLE 16-1** TCP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| Microsoft Exchange | | messaging center (mail, news, users directory) | Yes | To enable auxiliary data connections for this service, you must specifically list this service under **Services** in the Rule Base.<br><br>■ The client requests service on DCE-RPC mapper (port 135), then initiates TCP connection to port it received from mapper.<br>■ experimental support<br>■ You must specifically allow DCE-RPC under **Services** in the Rule Base. |
| Microsoft NetMeeting | 1503 | voice communication (one to one or conference) and application sharing over the Internet | Yes | Uses H.323. |
| Microsoft NetShow | 1755 | streaming client–server multimedia | Yes | To enable auxiliary data connections for this service, you must specifically list this service under **Services** in the Rule Base.<br><br>■ The client sends port command to server, and the server starts UDP on that port to the client.<br>■ NAT support |
| Microsoft SQL Server 6.0 | 1433 | a data replication server | Yes | |
| Mosaic | | | Yes | a group consisting of archie, ftp, gopher and http |
| nbsession | 139 | | Yes | belongs to the NBT group |
| NBT | | A NetBIOS extension defining an expanded application interface | Yes | |
| netstat | 15 | | Yes | |
| nntp | 119 | a protocol used to transmit news | Yes | |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY    FIN012888

**TABLE 16-1** TCP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| ntp | 123 | time protocol with synchronization — a protocol providing access over to Internet to systems with precise clocks | Yes | This is also a UDP service. |
| Open Windows | 2000 | | Yes | |
| PointCast | 80 | a protocol for viewing news in TV like fashion | No | |
| pop2 | 109 | Post Office Protocol — a mail protocol that allows a remote mail client to read mail from a server | Yes | |
| pop3 | 110 | Post Office Protocol — a modified version of pop2 | Yes | |
| RAS | | Remote Access Service | Yes | |
| RealAudio | 7070 | a protocol for the transmission of high quality sound on the Internet | Yes | To enable auxiliary (back) data connections for this service, you must specifically list this service under **Services** in the Rule Base. |
| rexec | 512 | a protocol that provides remote execution facilities with authentication | Yes | as *exec*<br>To enable stderr, check **Enable RSH/ REXEC Reverse stderr Connections** in the **Services** tab of the **Properties Setup** window. |
| rlogin | 513 | remote login — a protocol that enables remote login between hosts | Yes | as *login*<br>To enable stderr, check **Enable RSH/ REXEC Reverse stderr Connections** in the **Services** tab of the **Properties Setup** window. |
| rsh | 514 | remote shell — a protocol that allows commands to be executed on another system | Yes | as *shell*<br>To enable stderr, check **Enable RSH/ REXEC Reverse stderr Connections** in the **Services** tab of the **Properties Setup** window. |
| SecurID | | a protocol used by an authentication service product of Security Dynamics Technologies, Inc. | Yes | SecurID is a group consisting of the services required to implement SecurId. |
| securidprop | 5510 | a SecurID service | Yes | |

Chapter 16    Services    391

TCP Services

**TABLE 16-1** TCP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| smtp | 25 | Simple Mail Transfer Protocol — a protocol widely used for the transmission of e-mail | Yes | |
| SQLNet | 1521, 1525 | an Oracle protocol for transmission of SQL queries | Yes | To enable auxiliary data connections for this service, you must specifically list this service under **Services** in the Rule Base. This service can work in two modes:<br><br>■ In the first, the client connects to the server using TCP port 1521.<br><br>■ In the second, the client connects to a manager server on TCP 1521 or 1525. This server sends the client a new server IP and port, then the client connects to the new server. |
| Sybase SQL | > 1024 | client–server database | No | uses a static TCP port (defined in the Sybase setup) above 1024 |
| TACACS+ | 49 | an authentication protocol | Yes | as *TACACSplus* |
| telnet | 23 | Telecommunications Network Protocol — a remote terminal protocol enabling any terminal to login to any host | Yes | |
| time | 37 | a service that returns the time of day as a binary number | Yes | This is also a UDP service. |
| uucp | 540 | Unix to Unix Copy | Yes | |
| Vosaic | 1235 | audio and video based on VDP (Video Datagram Protocol) | Yes | also uses UDP ports 61801-61821 |
| VDO-Live | 7000 | a protocol for the transmission of high quality video on the Internet | Yes | To enable auxiliary (back) data connections for this service, you must specifically list this service under **Services** in the Rule Base. |
| wais | 210 | Wide Area Information Servers — a tool for keyword searches, based on database content, of databases on the Internet | Yes | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012890

**TABLE 16-1** TCP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| Webtheatre | 12468 | live audio & video streaming | Yes | To enable auxiliary data connections for this service, you must specifically list this service under **Services** in the Rule Base.<br><br>■ Client opens TCP port 12468 by default for control. For each media stream request there is a port command from client to server including the RTP (UDP) port the client is waiting on. The audio passes on the RTP port and the control on the RTCP port (RTCP port = RTP port +1).<br><br>■ NAT support |
| WinFrame | 1494 | remote LAN access | Yes | |
| X11 | 6000 – 6063 | a windowing system protocol | Yes | |

## UDP Services

**TABLE 16-2** UDP Services

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| archie | 1525 | a tool for keyword searches, based on file names, of files on the Internet available through FTP | Yes | |
| BackWeb | 370 | a UDP service similar to PointCast | Yes | source port 371 To enable auxiliary data connections for this service, you must specifically list this service under **Services** in the Rule Base. |
| biff | 512 | | Yes | |

Chapter 16    Services    393

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

UDP Services

**TABLE 16-2** UDP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| bootp | 67 | Bootstrap Protocol — a protocol for booting diskless systems | Yes | |
| chargen | 19 | A UPD chargen server sends a datagram containing a random number of characters in response to each datagram sent by a client. | No | This is also a TCP service. |
| CU-SeeMe | 7648 – 7652 | video, audio and chat (client to client); needs video camera | Yes | |
| daytime | 13 | A daytime server returns date and time of day in text format. | Yes | This is also a TCP service. |
| discard | 9 | A discard server discards whatever it is sent by a client. | Yes | This is also a TCP service. |
| dns | 53 | Domain Name System — a distributed database used to map host names to IP addresses | Yes | This is also a TCP service. TCP DNS is used for Domain Name Download, while UDP DNS is used for Domain Name Queries. |
| echo | 7 | An echo server sends the client whatever the client sent the server. | Yes · | This is also a TCP service. |
| FreeTel | 21300, 21301 | a voice communication protocol | Yes | To enable auxiliary data connections for this service, you must specifically list this service under **Services** in the Rule Base. |
| InternetPhone | 22555 | a protocol for the transmission of voice quality sound over the Internet | Yes | |
| ISAKMP | 500 | an encryption protocol | Yes | |
| kerberos | 750 | an authentication service | Yes | This is also a TCP service. The Kerberos authentication scheme is *not* supported by FireWall-1. |
| name | 42 | | Yes | |
| nbdatagram | 138 | | Yes | belongs to the NBT group |
| nbname | 137 | | Yes | belongs to the NBT group |
| nfsd | 2049 | | Yes | belongs to the NFS group |

394    FireWall-1 Architecture and Administration • September 1998

TABLE 16-2 UDP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| ntp | 123 | time protocol with synchronization — a protocol providing access over to Internet to systems with precise clocks | Yes | This is also a TCP service. |
| OnTime | 1622 | client/server calendar services | Yes | |
| RADIUS | 1645 | an authentication protocol | Yes | |
| RAS | | Remote Access Service | Yes | |
| RDP | 259 | an internal FireWall-1 protocol used for establishing encrypted sessions | Yes | |
| rip | 520 | Routing Information Protocol — a protocol used to implement dynamic routing | Yes | |
| SecurID | | a protocol used by an authentication service product of Security Dynamics Technologies, Inc. | Yes | SecurID is a group consisting of the services required to implement SecurId. |
| securid-udp | 5510 | a SecurID service | Yes | |
| snmp | 161 | a protocol used for managing network resources | Yes | See also Chapter 9, "SNMP and Network Management Tools". |
| snmp-read | 161 | read only snmp | Yes | |
| snmp-trap | 162 | a notification to the manager by SNMP of some event of interest | Yes | |
| StreamWorks | 1558 | a protocol for the transmission of high quality video (Xing) | Yes | |
| syslog | 514 | a protocol that allows a computer to send logs to other computer | Yes | |
| TACACS | 49 | an authentication protocol | Yes | |
| TFTP | 69 | Trivial File Transfer Protocol — a small, simple file transfer protocol used primarily in booting diskless systems | Yes | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      FIN012893

UDP Services

**TABLE 16-2** UDP Services (continued)

| Service Name | normal port number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| time | 37 | a service that returns the time of day as a binary number | Yes | This is also a TCP service. |
| traceroute | >33000 | a TCP/IP debugging application that shows the route followed by IP packets | Yes | |
| who | 513 | a service that provides information on who is logged on to the local network | Yes | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    FIN012894

## RPC Services

TABLE 16-3 RPC Services

| Service Name | program number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| DCE-RPC | | a protocol similar to Sun RPC Portmapper | Yes | Experimental support for use with Microsoft Exchange. |
| lockmanager | 100021 | a protocol used for the transmission of lock requests | Yes | as *nlockmgr* |
| mountd | 100005 | a protocol used for the transmission of file mount requests | Yes | belongs to the NFS group |
| NFS | | Network File System — a protocol that provides transparent file access over a network | Yes | a group that includes all the services that are required for NFS. |
| nfsprog | 100003 | | Yes | belongs to the NFS group |
| NIS | | Network Information System — a protocol that provides a network accessible system administration database, widely known as Yellow Pages | Yes | NIS is a group that includes all the services that are required for NIS. |
| nisplus | 100300 | | Yes | |
| pcnfsd | 150001 | | Yes | belongs to the NFS group |
| rstat | 100001 | a protocol used to obtain performance data from a remote kernel | Yes | |
| rwall | 100008 | a protocol used to write to all users in a network | Yes | |
| ypbind | 100007 | | Yes | belongs to the NIS group |
| yppasswd | 100009 | | Yes | belongs to the NIS group |
| ypserv | 100004 | | Yes | belongs to the NIS group |
| ypupdated | 100028 | | Yes | belongs to the NIS group |
| ypxfrd | 100069 | | Yes | belongs to the NIS group |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012895

ICMP Services

# ICMP Services

TABLE 16-4 ICMP Services

| Service Name | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|
| dest-unreach | an ICMP message indicating that the destination is unreachable | Yes | |
| source-quench | an ICMP message indicating that the system cannot process datagrams at the rate at which they are being received | Yes | |
| info-req | an obsolete ICMP message | Yes | |
| info-reply | an obsolete ICMP message | Yes | |
| mask-request | an ICMP message requesting a diskless system's subnet mask | Yes | |
| mask-reply | an ICMP message in reply to a mask-request message | Yes | |
| param-prblm | an ICMP message indicating invalid data in an earlier message | Yes | |
| ping: echo-request, echo-reply | The ping program tests whether another host is available, and measures the time between the request (echo-request) and the reply (echo-reply). | Yes | |
| redirect | an ICMP error message sent by a router in response to a misdirected datagram | Yes | |
| time-exeeded | an ICMP error message indicating routing loops or reassembly failure | Yes | |
| timestamp (request, reply) | ICMP messages (request and reply) enabling systems to query each other for the current time | Yes | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Other IP Protocol Services

TABLE 16-5 Other IP Protocol Services

| Service Name | IP protocol number | Description | pre-defined in FireWall-1 | Comments |
|---|---|---|---|---|
| egp | 8 | a protocol used to implement dynamic routing | Yes | |
| ggp | 3 | a protocol used to implement dynamic routing | Yes | |
| igrp | 9 | a protocol used to implement dynamic routing | Yes | |
| ospf | 89 | a protocol used to implement dynamic routing | Yes | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012897

Other IP Protocol Services

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CHAPTER **17**

# FireWall-1 – Windows Interaction

## In This Chapter

| | |
|---|---|
| *Registry* | *page 401* |
| *Windows NT Performance Monitoring* | *page 405* |
| *Windows NT Event Viewer* | *page 407* |

## Registry

FireWall-1 modifies the Windows Registry under HKEY_LOCAL_MACHINE as follows:

### SOFTWARE\CheckPoint\

### FireWall-1 GUI

These values relate to the FireWall-1 Windows GUI.

**TABLE 17-1** SOFTWARE\CheckPoint\FireWall-1 GUI

| Value Name | Value Data |
|---|---|
| Vendor | The value determines the GUI icon. |
| Version | The FireWall-1 version |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Registry

## FireWall-1 GUI\4.0

**TABLE 17-2** FireWall GUI\4.0

| Value Name | Value Data |
|---|---|
| Build | Build number |

## FW1

These values relate to the Management Server and the FireWall Module.

**TABLE 17-3** SOFTWARE\CheckPoint\FW1

| Value Name | Value Data |
|---|---|
| AddSnmp | flag indicating whether the connection was made to NT SNMP. If NT SNMP is not installed, FireWall-1 adds an SNMP extension.<br><br>■ 0x0 — Connection made to NT SNMP<br><br>■ 0x1 — FireWall-1 SNMP extension was added |
| Encryption | flag indicating whether encryption is installed<br><br>■ 0x0 — non VPN<br><br>■ 0x1 — VPN |
| FireWall | flag indicating whether FireWall Module is installed |
| FWDIR | directory under which FireWall-1 software is installed |
| Management | flag indicating whether Management Server is installed |
| ProductName | product number of installed product (for example, CPFW-IGW-1) |
| Unlimit | flag indicating whether unlimited gateway is installed (used by configuration application) |

## FW1\CurrentVersion

There are no values under this key.

## FW1\SnmpAgent

This value serves to make the connection between NT SNMP and the FireWall-1 SNMP agent.

**TABLE 17-4** SOFTWARE\FW1\SnmpAgent

| Value Name | Value Data |
|---|---|
| Pathname | FireWall-1 SNMP DLL |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012900

# SYSTEM\

## CurrentControlSet\Services\FW1

**TABLE 17-5** SYSTEM\CurrentControlSet\Services\FW1

| Value Name | Value Data |
|---|---|
| DependOnService | standard NT service attribute (not modifiable) |
| DisplayName | "FireWall-1" |
| Error Control | NT value |
| Group | "NDISWAN" |
| ImagePath | location of binary |
| LoadMode | indicates which stage of the two stage process is taking place |
| Start | 0x2 - automatic |
| Type | 0x1 - kernel driver |

## CurrentControlSet\Services\FW1\Linkage

**TABLE 17-6** SYSTEM\CurrentControlSet\Services\FW1\Linkage

| Value Name | Value Data |
|---|---|
| Bind | device below to which FireWall-1 is bound |
| Export | name under which FireWall-1 is exported above |
| Route | NT value - set automatically during boot |

## CurrentControlSet\Services\FW1\Parameters

**TABLE 17-7** SYSTEM\CurrentControlSet\Services\FW1\Parameters

| Value Name | Value Data |
|---|---|
| Debug | debug level |
| IPForwarding | flag indicated whether |
| License | license string |
| NewRAS | 0x1 - indicates Microsoft Remote Access Service was installed after FireWall-1 installation |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Registry

## CurrentControlSet\Services\FW1\Performance

**TABLE 17-8** SYSTEM\CurrentControlSet\Services\FW1\Performance values

| Value Name | Value Data |
| --- | --- |
| Library | DLL containing functions for Close, Collect and Open values |
| Close | function (in Library DLL above) |
| Connect | function (in Library DLL above) |
| Open | function (in Library DLL above) |
| FirstCounter | Performance Monitor data |
| FirstHelp | Performance Monitor data |
| LastCounter | Performance Monitor data |
| LastHelp | Performance Monitor data |

## CurrentControlSet\Services\FW0 (for NT 4.0 only)

Under NT 4.0, the FireWall-1 driver is loaded in a two-stage process, as follows:

**TABLE 17-9** FireWall-1 driver - two stage loading process (NT 4.0)

| Step | Module Loading |
| --- | --- |
| 1 | TCP |
| 2 | FW0 (FireWall-1 first stage) |
| 3 | NDIS |
| 4 | NDISWAN |
| 5 | FW1 (FireWall-1 second stage) |

The FW0 values relate to the first stage.

**TABLE 17-10** SYSTEM\CurrentControlSet\Services\FW0

| Value Name | Value Data |
| --- | --- |
| DisplayName | "FireWall-1" |
| Error Control | NT value |
| Group | "PNP_TDI" |
| ImagePath | location of binary - another copy of the FW1 binary |
| LoadMode | indicates which stage of the two stage process is taking place |
| Start | ■ 0x02 — automatic startup<br><br>■ 0x03 — manual startup<br><br>■ 0x04 — startup disabled |
| Type | 0x1 - kernel driver |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012902

## CurrentControlSet\Services\FW1SVC

**TABLE 17-11** SYSTEM\CurrentControlSet\Services\FW1SVC

| Value Name | Value Data |
| --- | --- |
| DisplayName | "Check Point FireWall-1 daemon" |
| Error Control | NT value |
| Group | "NDIS" |
| ImagePath | location of binary - another copy of the FW1 binary |
| ObjectName | NY attribute |
| Start | ■ 0x02 — automatic startup<br><br>■ 0x03 — manual startup<br><br>■ 0x04 — startup disabled |
| Type | 0x1 - kernel driver |

## CurrentControlSet\Services\FW1SVC\Security

There are no FireWall-1 values under this key.

## CurrentControlSet\Services\FW1-<NIC>\Parameters\Tcpip

These values are copied from the real NIC at boot time.

# Windows NT Performance Monitoring

FireWall-1 provides performance statistics for the Windows NT Performance Monitor.

To view FireWall-1 statistics, proceed as follows:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Windows NT Performance Monitoring

**1** Open the **Performance Monitor** (in the **Administrative Tools** group).



FIGURE 17-1 Performance Monitor window

**2** Select the **Add Counter** button ( ) in the toolbar.

The **Add to Chart** window (FIGURE 17-2) is displayed.



FIGURE 17-2 Add to Chart window

**3** In the **Add to Chart** window, select **FireWall-1** under **Object**.

The **Counters** listbox shows all the FireWall-1 counters available.

**4** Choose a counter you wish to monitor and click on **Add**.

You may choose as many counters as you like.

406    FireWall-1 Architecture and Administration • September 1998

**5**     If you wish to see an definition of each counter (under **Counter Definition** at the bottom of the window), click on **Explain**.

**6**     Select **Done** to close the **Add to Chart** window.

The Performance Monitor window then shows the FireWall-1 statistics (see FIGURE 17-1). For the most part, these are the same statistics that are available in the FireWall-1 System Status View.

## Windows NT Event Viewer

FireWall-1 posts System and Application (but not Security) events to the Windows NT Event Log. You can use the Windows NT Event Viewer application to view the Event Log.

FireWall-1 events are those whose Source is one of the following:

- FW1
- FireWall-1
- FW1SVC

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Windows NT Event Viewer

408    FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APPENDIX **A**

# Glossary

## A

**Access Control List (ACL)**

A sequential list of permit and deny conditions that define the connections permitted to pass through a device, usually a *router. ACL syntax is arcane and specific to individual vendors, and a *security policy based on ACLs is difficult to maintain.

**ActiveX**

A programming environment developed by Microsoft Corporation; a direct competitor to Sun Microsystems' *Java. ActiveX presents a security risk because its executable ActiveX control files run on the client and can be used to gain illicit access to its files.

**ActiveX Stripping**

The ability to prevent *ActiveX programs from being executed on the client by removing all ActiveX programs from HTML pages as they are downloaded.

**Address Resolution Protocol (ARP)**

The *protocol used inside networks to bind high level *IP addresses to low-level physical hardware addresses.

**anti-spoofing**

A method used to protect a network against *IP spoofing attacks by verifying that a packet's source and destination *IP addresses are appropriate to the interface through which the packet passes, for example, that a packet entering the local network from the outside carries an external source IP address.

A simple precaution against IP spoofing attacks is to hide internal IP addresses so that outside users cannot learn what they are.

409

**anti-virus**

A mechanism that provides detection, inoculation, logging and alerting capabilities to disarm *viruses on a local disk or in files as they are transferred on the network.

**API**

see "Application Programming Interface (API)"

**application gateway**

A *firewall that uses *proxies to provide security.

Historically, application level gateways suited the Internet's common uses and needs. However, as the Internet has become a dynamic environment in which new protocols, services and applications appear almost daily, proxies are no longer able to cope with the diversity of the Internet, or to fulfill the new business needs, high bandwidth and security requirements of networks.

**application layer**

The top network communication layer in a *protocol stack. The application layer is concerned with the semantics of work, such as how to format an e-mail message for display on the screen. A message's routing information is processed by lower layers of the network stack (see "layered communication model").

**Application Programming Interface (API)**

A well-defined set of functions, syntax or languages that enable application programs to communicate with one another and exchange data.

**ARP**

see "Address Resolution Protocol (ARP)"

**Asynchronous Transfer Mode (ATM)**

A method for dynamically allocating bandwidth using a fixed packet size (called a cell). These cells can carry data, voice, and video at high speeds.

**ATM**

see "Asynchronous Transfer Mode (ATM)"

**audit**

In network security, examining and evaluating the relative security of a network.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012908

**authentication**

A method of verifying that an object is really what it appears to be: that a user or a computer is not being impersonated by another user or computer, or that a message received is the same message that was sent (that is has not been tampered with).

Users are authenticated by a challenge-response mechanism: the user is asked to provide information (for example, a *password or *token) presumably known to no one else. Computers may be authenticated in a similar way. In addition, human users can be authenticated by biometric means, such as verifying fingerprints or retinal images.

Authenticating a message verifies its integrity, usually by means of a *digital signature.

**authentication algorithm**

An algorithm, such as MD5, used to calculate the *digital signature by which a message's integrity is verified.

# B

**B1, B2 level**

In the U.S., the National Security Agency's rating system for network security. Ratings are certified by the National Computer Security Center. A B1 rating describes a basic level of enterprise-wide Internet security and is equivalent to the European E3 rating (*see* "E3"). A B2 rating describes a much higher level of security typically used to protect military systems.

**bridge**

A device, with two interfaces connecting two networks, that replicates packets appearing on one interface and transmits them on the other interface.

**broadcast**

A message sent to every destination on the network, in contrast to *multicast and *unicast.

# C

**certificate**

A *digital signature encrypted with the (for example, *RSA) private key of the *Certificate Authority (CA) who sent the message that includes the certificate, intended to generate confidence in the legitimacy of the public key contained in the message.

The recipient can verify that the message was indeed sent by the CA by computing the message's digital signature, decrypting the transmitted digital signature using the CA's public key (reliably available from an out-of-band

Appendix A    Glossary    411

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

source such as a printed directory) and comparing the two. If they are the same, then the message was sent by someone who knows the CA's private key; presumably this can only be the CA.[1]

**Certificate Authority (CA)**

A trusted third party from which information (for example, a person's public key) can be reliably obtained, even over an insecure channel.

For example, if Alice and Bob obtain each other's public keys over an insecure channel such as the Internet, they must be certain that the keys are genuine. Alice cannot simply ask Bob for his public key, because there is the danger that Charlie might intercept Alice's request and send Alice his own key instead. Charlie would then be able to read all of Alice's encrypted messages to Bob.

The CA certifies the information it provides by generating a *certificate. Anyone receiving the information verifies the certificate as proof of the information's validity.

**community**

In SNMP, a community is a logical group of managed devices and NMSs in the same administrative domain.

**computationally unfeasible**

Impossible in practical terms though not theoretically so. For example, it is computationally unfeasible to compute the private part of a *public key pair from the public part, because the only known method — the "brute force" approach of trying all the possibilities one after the other — would take millions of years.

**connectionless communication**

A scheme in which communication occurs outside of any context, that is, replies and requests are not distinguishable. Connectionless communication avoids the overhead inherent in maintaining a connection's context, but at the risk of allowing transmission errors to go undetected. Streaming services usually use connectionless communication protocols such as *UDP, because they must attain high transmission speeds and there is no advantage in sending a retransmitted packet out of sequence.

---

1. Purists would object to saying "encrypted with the private key" and "decrypted with the public key." The words "encrypted" and "decrypted" are used here in their common senses of hiding and revealing.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

content security

The ability to specify the content of a communication as an element of a security policy, in contrast to defining a security policy on the basis of header information only. Effective content security requires that a firewall understand the internal details of the protocols and services it monitors.

An example of content security is enforcing *anti-virus checking for downloaded files, disallowing emails from or to specified email addresses, or allowing access to Web pages containing certain words only during specified time periods.

Content Vectoring
Protocol (CVP)

An *OPSEC API that enables integration of third-party content security applications such as anti-virus software into FireWall-1. The CVP API has been adopted by a wide variety of security vendors.

# D

Data Encryption
Standard (DES)

An widely-used *secret key *encryption algorithm endorsed as an official standard by the U.S. government in 1977. To address security concerns resulting from the relatively short (56 bit) key length, triple-DES (encrypting under three different DES keys in succession, believed to be equivalent to doubling the DES key length to 112 bits) is often employed.

data link layer (DLL)

*see* "layered communication model"

Appendix A    Glossary    413

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Demilitarized Zone
(DMZ)**

A computer or a network located outside the trusted or secure network but still protected from the unsecure network (Internet). Network administrators often isolate public resources such as HTTP servers in a DMZ so that an intruder who succeeds in breaching security cannot continue on to the internal network.



FIGURE A-1    A network with a Demilitarized Zone

In FIGURE A-1, the DMZ is protected by the FireWalled gateway but is at the same time isolated from the private network. There is no way of connecting from the DMZ to the private network without going through the *firewall.

**denial of service attack**

An attack with the purpose of overwhelming the target with spurious data to the point where it is no longer able to respond to legitimate service requests, in contrast to an attack whose purpose is to penetrate the target system. Examples of denial of service attacks are SYN and "ping of death."

**dial-up line**

A telecommunication line available only after a dialling procedure, such as an ordinary telephone line, in contrast to a *leased line.

**Diffie-Hellman key
exchange scheme**

A public key scheme, invented by Whitfield Diffie and Martin Hellman, used for sharing a secret key without communicating any secret information, thus avoiding the need for a secure channel. Once the correspondents have computed the shared secret key, they can use it to encrypt communications between them.

414  FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



FIGURE A-2  Diffie-Hellman Key Exchange

Under the Diffie-Hellman scheme, each correspondent has a public-private key pair. They agree on a secret key as follows (FIGURE A-2):

- Bob gets Alice's public key (from a *Certificate Authority) and performs a calculation involving his own private key and Alice's public key.

- Alice gets Bob's public key (from a Certificate Authority) and performs a calculation involving her own private key and Bob's public key

The results of both calculations are the same, and serves as the secret key. In this way, a secret key can be agreed on without any secret information being communicated. There is no opportunity for an eavesdropper to determine the secret key.

An additional advantage of this scheme is that only one key pair needs to be managed for each correspondent.

**digital signature**

The result of a complex calculation on the contents of a message. Changing even one bit in the message results in a completely different digital signature. Moreover, it is *computationally unfeasible to compose a message:

Appendix A    Glossary    415

with a given digital signature. A digital signature is used to verify a message's integrity, that is, to ensure that it has not been tampered with. *See also* certificate.

**directory service**

A standard database providing distributed, scalable, client/server-based repositories of data that are read much more frequently than modified (for example, user definitions, user profiles, and network resource definitions). Users and applications can access these directories through directory access protocols (DAPs). In network environments, example DAPs include the Novell Directory Services (NDS) and *X.500 directory access protocols. Another widely-used DAP is LDAP (*see* "Lightweight Directory Access Protocol (LDAP)").

**DMZ**

*see* "Demilitarized Zone (DMZ)"

# E

**E3**

A verifiable level of security required by European governments for any Internet firewalls employed over any of its networks. Products meeting this level of security (roughly equivalent to the U.S. B1 "Orange Book" level) are certified by the Information Technology Security Evaluation and Certification organization (ITSEC) in the United Kingdom and by the Logica Evaluation Defence Signals Directorate (DSD) in Australia. *See also* "B1, B2 level".

"E3" also refers to a high speed transmission line in Europe equivalent to the T3 transmission line in the United States.

**encapsulated encryption**

An *encryption scheme in which an entire packet, including the header, is encrypted, and a new header appended to the packet. Encapsulated encryption hides the true source and destination but increases a packet's length, in contrast to *in-place encryption.

**encryption**

The transformation of a message so that the encrypted message can only be read with the aid of some additional information (the *key) known to the sender and the intended recipient alone.

In *secret key (symmetric) encryption, the same key is used to both encrypt a message and then to decrypt it. In *public key (asymmetric) encryption, two mathematically-related keys are used: one to encrypt the message and the other to decrypt it.

**encryption algorithm**

An algorithm, such as *DES, for encrypting and decrypting data. An encryption algorithm is one element of an *encryption scheme.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

encryption domain

The computers and networks on whose behalf a *gateway encrypts and decrypts communications.

encryption scheme

A mechanism for encrypting and authenticating messages as well as managing and distributing keys, such as *FWZ, *IPsec, *SKIP and *ISAKMP. An encryption scheme consists of three elements:

- an *encryption algorithm that performs the actual encryption
- an *authentication algorithm for ensuring message integrity
- a *key management protocol for generating and exchanging keys

enterprise-wide security management

The consistent application and management of a security policy in a complex, distributed network environment, usually including corporate *intranets and *extranets.

extranet

In contrast to the Internet, which provides universal access to network-based information, and an *intranet, which is accessible only within an enterprise, an extranet enables a company and its partners or customers to collaborate, communicate and exchange documents in a secured network environment. extranets typically utilize virtual private networks that allow authorized users to access specific information, such as technical documentation or inventory information (see "Virtual Private Network (VPN)").

# F

File Transfer Protocol (FTP)

A widely-used TCP-based protocol for copying files between hosts. In security environments, FTP commands can be controlled via *authentication schemes, *content security schemes, file name restrictions, and *anti-virus programs.

firewall

A combination of hardware and software resources positioned between the local (trusted) network and the Internet (see FIGURE A-3). The firewall ensures that all communication between an organization's network and the

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012915

Internet conform to the organization's security policy. Firewalls track and control communications, deciding whether to pass, reject, encrypt or log communications.



FIGURE A-3   A network protected by a firewalled gateway

**FireWall Module**

A FireWall-1 security application, similar to an *Inspection Module, that provides the additional functionality of *user authentication, *content security, *encryption, *Network Address Translation, and *high availability.

**Fortezza**

A family of security algorithms that ensure data integrity (Secure Hash Algorithm), authentication, non-repudiation (Digital Signature Algorithm), and confidentiality (Key Exchange Algorithm and Skipjack Algorithm). "Fortezza-enabled" and "Fortezza Certified" are terms applied to commercial hardware and software products that use one or more of these Fortezza security algorithms.

**frame**

The packet transmitted by the *data link layer.

**FTP**

*see* "File Transfer Protocol (FTP)"

**FWDIR**

An environment variable specifying the directory in which FireWall-1 is installed.

**FWZ**

Check Point's domestic and worldwide exportable *encryption scheme, offering *Diffie-Hellman key exchange, multiple *encryption algorithms, *authentication, and *Certificate Authority capabilities.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012916

# G

**gateway**

A device positioned between two networks through which all communications between the networks must pass. A gateway is a natural choice for enforcing a security policy and providing encryption and authentication services.

**gateway stealthing**

Disallowing connections that originate or terminate on a *gateway while allowing connections to pass through the gateway, thereby making the gateway transparent (or "invisible") to the networks which it connects.

# H

**header**

The portion of a packet, preceding the actual data, containing source and destination addresses, checksums and other fields. A header is analogous to the envelope of a letter sent by ordinary mail. In order to deliver the message (letter), it is only necessary to act on the information (address) in the header (envelope).

A communication can have several layers of headers. For example, a mail message includes an application layer header specifying, the message originator, date and time. At the lower layers, the packets in which the mail message is transmitted carry IP headers and TCP headers.

**high availability**

A hardware and software configuration in which a device takes over the tasks of another device that has gone down.

**host**

A computer connected to a network.

**HTTP**

*see* "Hypertext Transfer Protocol (HTTP)"

**hub**

A device that connects computers, servers and peripherals together in a local area network (LAN). Hubs typically repeat signals from one computer to the others on the *LAN. Hubs may be passive or intelligent and can be stacked together to form a single managed environment. *See also* "switch" and "router".

**Hypertext Transfer Protocol (HTTP)**

A standard protocol for transferring files on the World Wide Web.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# I

**IETF**

see "Internet Engineering Task Force (IETF)"

**in-place encryption**

A mechanism by which only the data in an IP packet is encrypted, while the header is not encrypted. In-place encryption leaves headers exposed, but preserves the packet's length, in contrast to *encapsulated encryption.

**Information Technology Security Evaluation and Certification Scheme (ITSEC)**

An organization dedicated to evaluating the security features of information technology products and systems and to certifying the level of assurance that can be placed on them.

**INSPECT**

Check Point's high-level scripting language for expressing a *Security Policy. An INSPECT script is compiled into machine code and loaded into an *Inspection Module for execution.

**Inspection Code**

Inspection Code compiled from an Inspection Script and loaded into a FireWall-1 FireWall Module for enforcement.

**Inspection Module**

A FireWall-1 security application embedded in the operating system kernel, between the data link and network layers, that enforces a FireWall-1 *Security Policy. See also "FireWall Module".

**Inspection Script**

The ASCII file generated from the *Security Policy by FireWall-1 is known as an Inspection Script.

An Inspection Script can also be written using a text editor.

**Internet**

A public network connecting many thousands of computer networks in a three-level hierarchy including backbone networks (for example, NSFNET, MILNET), mid-level networks and stub networks. The Internet utilizes multiple communication protocols (especially TCP/IP) to create a worldwide communications medium.

**Internet Engineering Task Force (IETF)**

The principle body engaged in the development of new Internet standard specifications. IETF identifies solutions to technical problems and makes recommendations to the Internet Engineering Steering Group (IESG)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012918

regarding the standardization of protocols and protocol usage in the Internet, and facilitates the transfer of technology developed by the Internet Research Task Force (IRTF) to the wider Internet community. IETF also provides a forum for the exchange of information between vendors, users and researchers interested in improving various aspects of the Internet. The IETF meets three times a year and is comprised entirely of volunteers.

**Internet Protocol (IP)**

The network layer for the TCP/IP protocol suite. IP is a connectionless, best-effort packet switching protocol designed to provide the most efficient delivery of packets across the Internet.

**Internet Protocol Security Standard (IPSec)**

An encryption and authentication scheme supporting multiple encryption and authentication algorithms.

**Internet Security Association Key Management Protocol (ISAKMP)**

A standard protocol for authentication and key exchange; part of the key management scheme used for negotiating virtual private networks (VPNs) as defined in the IETF IPSec working group. This key management scheme is mandated for deployment in IPv6.

**Internet Service Provider (ISP)**

A provider of access to the Internet. In some cases, these providers own the network infrastructure, while other lease network capacity from a third party.

**intranet**

An internal private network, managed according to Internet protocols, but accessible only inside the organization.

**IP**

*see* "Internet Protocol (IP)"

**IPSec**

*see* "Internet Protocol Security Standard (IPSec)"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**IP address**

The 32-bit address defined by the Internet Protocol to uniquely identify Internet hosts and servers. A typical IP Address, shown here in conventional IP "dot" notation, consists of the following parts:



FIGURE A-4   IP Address

The first bits of the Class ID specify a network's class. Most local networks are of class C (Class ID byte = 110XXXXX; Class ID ≥ 192 in IP dot notation). Class C networks can have up to 254 hosts. Larger networks can be either class B or Class A.

The Net ID identifies the network. Because an IP address consists of both a network identifier (NetID) and a host identifier (HostID), it does not identify a host, but rather a network connection (interface). If a host or gateway is connected to several networks, it will have several IP addresses.

By convention, host ID 0 refers to the network itself; that is, a network's address ends in zeros. This scheme enables IP addresses to specify networks as well as hosts. A host identifier of all 1s is reserved for broadcast.

**IP spoofing**

A technique whereby an intruder attempts to gain access by altering a packet's IP address to make it appear as though the packet originated in a part of the network with higher access privileges (for example, the IP address of a workstation in the local network). This form of attack is only possible if a network's internal IP addresses have been exposed (*see* "anti-spoofing").

**ISP**

see "Internet Service Provider (ISP)"

**ISAKMP**

*see* "Internet Security Association Key Management Protocol (ISAKMP)"

**ITSEC**

see "Information Technology Security Evaluation and Certification Scheme (ITSEC)"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012920

# J

**Java**

A platform-independent programming environment developed by Sun Microsystems and supported by numerous vendors, including Microsoft. Java presents a security risk because Java applets run on the client and can be used to gain illicit access to its files.

**Java Stripping**

The ability to prevent *Java code from being executed on the client by removing all Java tags from HTML pages as they are downloaded.

# K

**Kerberos**

An authentication service developed by the Project Athena team at MIT. Kerberos uses secret keys for encryption and authentication. Unlike a public key authentication system, it does not produce digital signatures; Kerberos was designed to authenticate requests for network resources rather than to authenticate authorship of documents. Thus, Kerberos does not provide for third-party verification of documents.

**key**

Information used to encrypt and decrypt data. There are two kinds of keys: *secret keys and *public keys.

**key management**

A mechanism for distributing encryption keys in a public key scheme. Key management is performed by a *Management Station and includes key generation, certification (although this can also be performed by an external *Certificate Authority) and key distribution. Key management can either be manual or automated.

# L

**LAN**

*see* "Local Area Network (LAN)"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**layered communication model**

The conceptual division of communication tasks into a "layered model." The fundamental characteristic of the layered model is that each layer processes the same object processed by the corresponding layer at the other end of the communication.

The X.25 protocols shown in FIGURE A-5 are based on the OSI model.



FIGURE A-5  OSI seven layer communication model

The TCP/IP model, consisting of four software layers and one hardware layer, is illustrated in FIGURE A-6.



FIGURE A-6  TCP/IP communication model

**leased line**

A dedicated telecommunications access line that is "leased" from a vendor, and thus always available, in contrast to a *dial-up line. The physical medium may be copper or fiber optic, providing a wide range of line speeds.

424  FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Lightweight Directory Access Protocol (LDAP)**

A mechanism for Internet clients to access and manage a database of directory services over a TCP/IP connection. A simplification of the X.500 directory access protocol, LDAP is gaining significant support from major Internet vendors.

**load balancing**

The ability to distribute processing loads among multiple servers to improve performance and reduce access times. Load balancing is often transparent to the user and improves Internet security by reducing the risks associated with certain attacks and by applying greater resources to the task of monitoring and filtering network traffic. A variety of algorithms may be used to determine how best to distribute traffic over these servers.

**Local Area Network (LAN)**

A data network intended to serve an area of only a few square kilometers or less (more typically, an individual organization). LANs consist of software and equipment such as cabling, hubs, switches and routers, enabling communication between computers and the sharing of local resources such as printers, databases, and file and video servers.

**Logging and Event API (LEA)**

An *OPSEC API that enables an application to securely receive and process both real-time and historical logging and auditing events generated by FireWall-1. LEA can be used by a variety of applications to complement firewall management.

# M

**MAC address**

The physical hardware address of a device connected to a network.

**Managed Internet Security Services**

Bundled security services, including secure *Internet, *intranet and *extranet, provided by an *ISP. Typically, the ISP handles management and support for the security services, which can be implemented as part of the Internet service implementation or customized to client needs.

**Management Module**

The FireWall-1 module in which a FireWall-1 *Security Policy is defined. *See also* "Management Station".

**Management Server**

The FireWall-1 application, controlled by a GUI on a client, that manages a FireWall-1 *Security Policy. *See also* "Management Station".

Appendix A   Glossary   425

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Management Station**

The workstation on which a FireWall-1 *Management Module runs. If the Management Module is deployed in Client/Server mode, then the Graphical User Interface (GUI) can be run on another workstation, while the Management Station runs the *Management Server that supports the GUI.

**Manual IPsec**

*see* "IPSec".

**Master**

In FireWall-1, the station to which logs and alerts are directed.

The Master also maintains the most recent Inspection Code for each of the FireWalled systems it controls. If a FireWalled system loses its Inspection Code for any reason, it can retrieve an up-to-date copy from the Master. In practice, the Master and Management Station are usually on the same system, but Failover Masters can be defined.

**multicast**

A message sent to all the destinations in a specific group of hosts in a network, in contrast to *broadcast and *unicast.

**multi-homed host**

A computer with two or more physical network connections is often referred to as a multi-homed host.

# N

**NAT**

*see* "Network Address Translation"

**network address**

The network portion of an IP address. Depending on the class of network, this may comprise the first one to three bytes of an IP address, with the remainder being the host or server address.

**Network Address Translation**

Translating an internal network's real IP addresses to "false" IP addresses, either to prevent exposing the real addresses or to enable hosts with "invalid" addresses to communicate on the Internet, thus avoiding the need to change a network's IP addresses (a formidable, error-prone task).

**NIC**

Network Interface Card; also Network Information Center, an organization that provides services to Internet networks and users.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# O

**Open Platform for
Secure Enterprise
Connectivity (OPSEC)**

An open, industry-wide alliance, driven by Check Point Software
Technologies, to ensure interoperability at the policy level between security
products. Interoperability is achieved through a combination of published
APIs, industry-standard protocols, and a high-level scripting language.
OPSEC encourages partnerships in the areas of infrastructure (network
products and services), framework (security products), and passport
(applications developers).

**OPSEC**

*see* "Open Platform for Secure Enterprise Connectivity (OPSEC)"

# P

**packet**

A unit of data as sent across a network.

**packet filter**

A type of *firewall that examines only the network layer, typically
implemented by *routers. This type of firewall cannot support dynamic
protocols and cannot apply application intelligence to the data stream.

**password**

a short string of characters, knowledge of which is required to gain access to
some resource. Passwords are considered unreliable security devices because
they are relatively easy to guess at, and people tend not to take strict
precautions against their disclosure. *See also* "token".

**PPP (Point-to-Point
Protocol)**

A method for transmitting packets over serial point-to-point links, such as a
*dial-up line.

**PPTP (Point-to-Point
Tunneling Protocol)**

An extension to PPP that encapsulates different protocols, including IPX and
Appletalk, into an IP data stream so that they can be transmitted over the
Internet.

**protocol**

A formal description of message formats and the rules required to
accomplish some task.

Appendix A    Glossary    427

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

protocol stack

A synonym (in practice if not in theory) for the *communication layers as supported by an operating system.

proxy

An application-layer implementation of a service that provides additional functionality (for example, security or caching) that is not part of the original service.

Application gateways use proxies to implement firewalls. A proxy's primary advantage is its ability to provide partial communication-derived state, full application-derived state information and partial communication information.

The disadvantages of using proxies as firewalls are:

- limited connectivity — each service needs its own proxy, so the number of available services and their scalability are limited, and there is usually a significant delay before a new service can be implemented (a new proxy must be written)

- limited technology — application gateways cannot provide proxies for UDP, RPC and other services from common protocol families

- performance — application level implementation entails a discernible performance penalty

In addition, proxies are vulnerable to OS and application level bugs, overlook information contained in lower layers, and in the case of traditional proxies, are rarely transparent.

public key

A scheme in which each correspondent has a pair of mathematically related keys: a public key known to everyone, and a private key known only to its owner.

- The *RSA public key scheme is used for encryption as follows: if Bob wants to send Alice an encrypted message, he encrypts the message with Alice's public key. The encrypted message can only be decrypted with Alice's private key, which only Alice knows.

- The *Diffie-Hellman public key scheme is used for sharing a secret key without communicating any secret information, thus avoiding the need for a secure channel.

The disadvantage of public key encryption is that it is much slower than *secret key encryption.

The terminology can be confusing, because "public key" is sometimes used to mean both keys together (in the context of schemes) and sometimes to mean only the public part of the key.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Public Key
Infrastructure (PKI)**

A set of security services, usually provided by a *Certificate Authority, enabling *authentication, *encryption and certificate management using *public key encryption technology.

**public network**

Any computer network, such as the Internet, that offers long-distance inter-networking using open, publicly accessible telecommunications services, in contrast to a *WAN or *LAN.

# R

**RC2, RC4**

A widely used *encryption method developed by Rivest Corporation for RSA Data Security.

**Remote Authentication
Dial In Service
(RADIUS)**

A centralized network-authentication scheme developed by Livingston Enterprises and proposed as a standard to the IETF, which includes *authentication, authorization, and accounting features and may also include the ability to pass-through authentication to proxy servers.

**Request For Comments
(RFC)**

A numbered series of documents, available from *NIC, which are the primary means of technical discussion about the Internet. Some RFCs define standards.

**Resource Reservation
Protocol (RSVP)**

A *unicast and *multicast signaling *protocol, designed to install and maintain reservation state information at each router along the path of a stream of data. RSVP-enabled applications may improve the quality of service across IP networks. Networked multimedia applications, many of which benefit from a predictable end-to-end connection, are likely to be initial users of RSVP-signaled services.

**RFC**

*see* "Request For Comments (RFC)"

Appendix A   Glossary   429

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**router**

A device providing network-to-network transmission capabilities, including routing, segmenting and filtering. Most routers support multiple communications protocols, such as ISDN and Ethernet. By examining only packet headers, routers can:

- pass the packets between networks running different protocols
- determine which network should receive the packet
- determine whether to block the transmission

**Rule Base**

An ordered set of rules that defines a FireWall-1 *Security Policy. A rule describes a communication in terms of its source, destination and service, and specifies whether the communication should be accepted or rejected, as well as whether it is to be logged. Each communication is tested against the Rule Base; if it does not match any of the rules, it is dropped.

**RSA**

A public key scheme used for *encryption and *digital signatures, invented in 1977 by Ron Rivest, Adi Shamir and Leonard Adelman; also a company founded by them to market products based on their inventions.

# S

**SAM**

see "Suspicious Activity Monitoring Protocol (SAM)"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**secret key**
A key used to both encrypt and decrypt data.



FIGURE A-7   Encrypting and decrypting with a secret key

Ensuring the key's secrecy is critical, since anyone who knows the key can decrypt and read the message.

Secret key encryption is simple and fast, but has some disadvantages:

- A secure channel is required by which the correspondents can agree on a key before their first encrypted communication.

  Direct face-to-face negotiation may be impractical or unfeasible, and the correspondents may have to agree on a key by mail or telephone or some other insecure means.

- The number of keys required can quickly become unmanageable, since there must be a different key for each pair of possible correspondents.

Public (asymmetric) key systems, where each correspondent has a pair of keys, can solve both of these problems (see "public key").

**Secure Hypertext Transfer Protocol (S-HTTP)**

A security-enhanced version of *HTTP providing a variety of mechanisms to enable confidentiality, *authentication and integrity. Unlike SSL, which layers security beneath application protocols like HTTP, NNTP, and Telnet, S-HTTP adds message-based security to HTTP. SSL and S-HTTP can co-exist by layering S-HTTP on top of SSL.

**Secure Socket Layer (SSL)**

A protocol combining *RSA *public key encryption and the services of a *Certificate Authority to provide a secure environment for electronic commerce and communications. SSL provides three levels of security server authentication:

- verification of the identity of the server using a *certificate

- *encryption, which ensures the privacy of client-server communications by encrypting the data stream

Appendix A   Glossary   431

■   integrity, which verifies that the contents of the message arrive at their destination in the same form as they were sent.

**Security Policy**

A Security Policy is defined in terms of firewalls, services, users, and the rules that govern the interactions between them. Once these have been specified, an *Inspection Script is generated and then installed on the firewalled hosts or gateways. These gateways can enforce the Security Policy on a per-user basis, enabling verification not only of the communication's source, destination and service, but the authenticity of the user as well. A user-based Security Policy also allows control based on content. For example, mail to or from certain addresses can be rejected or redirected, access can be denied to specific URLs, and anti-virus checking of transferred files can be performed.

**S-HTTP**

*see* "Secure Hypertext Transfer Protocol (S-HTTP)"

**Simple Key Management for Internet Protocols (SKIP)**

An automated *key management system developed by Sun Microsystems and proposed to the IETF as a standard *IPSec key management scheme. SKIP adds key management functionality to IPSec. Several vendors have successful implementations of SKIP, and both SKIP and *ISAKMP can be deployed/implemented within the IPSec framework.

**Simple Mail Transfer Protocol (SMTP)**

A *protocol used to transfer electronic mail between computers. Subsequently enhanced to support not only e-mails but file attachments as well, SMTP's flexibility poses a challenge to security systems.

**Simple Network Management Protocol (SNMP)**

A *protocol for managing nodes on an IP network. In security environments, SNMP is used to communicate management information (monitoring, configuration and control) between the network management stations and network elements (for example, devices such as hosts, gateways and servers).

**SKIP**

*see* "Simple Key Management for Internet Protocols (SKIP)"

**SMTP**

*see* "Simple Mail Transfer Protocol (SMTP)"

**SNMP**

*see* "Simple Network Management Protocol (SNMP)"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012930

SSL

*see* "Secure Socket Layer (SSL)"

**state information**

Information describing the context of a communication. There are two types of state information: communication derived and application derived.

- Communication-derived state information is extracted from past communications and is compared against current attempts to access or manipulate information. For example, an outgoing PORT command of an *FTP session can be saved so that a later incoming FTP data connection can be verified against it.

- Application-derived state information is extracted from other applications to verify user access. For example, an *extranet application may be used to allow a previously authenticated access through the firewall for authorized services only.

**Stateful Inspection**

A technology developed and patented by Check Point that provides the highest level of security currently available. A stateful *Inspection Module accesses and analyzes all the data derived from all communication layers. This state and context data is stored and updated dynamically, providing virtual session information for tracking connectionless protocols.



FIGURE A-8   Stateful Inspection

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Cumulative data from the communication and application states, network configuration and security rules are all used to decide on an appropriate action, either accepting, rejecting or encrypting the communication (FIGURE A-8).

Any traffic not explicitly allowed by the *Security Policy is dropped.

TABLE A-1    Technology Comparison

| firewall capability | routers | proxies | Stateful Inspection |
|---|---|---|---|
| communication information | Partial | Partial | Yes |
| communication-derived state | No | Partial | Yes |
| application-derived state | No | Yes | Yes |
| information manipulation | Partial | Yes | Yes |

**stub network**

A network that carries only packets to and from local hosts. Even if it has paths to more than one network, a stub network does not carry traffic for other networks. Stub networks are the third and last layer of the Internet network topography.

**subnet**

A physically independent network segment, which shares a network address with other portions of the network. Subnets enable greater security from unauthorized internal access by dividing the intranet into discrete managed portions.

**Suspicious Activity Monitoring Protocol (SAM)**

An *OPSEC API used to integrate third party intrusion detection applications into firewalls.

**switch**

A hub-like device that maximizes the performance of a high-speed connection by providing a dedicated link between two devices via MAC-layer addresses.

**symmetric key**

see "secret key"

# T

**TELNET (Telecommunications Network Protocol)**

A remote terminal protocol enabling any terminal to login to another host.

**TCP**

*see* "Transmission Control Protocol"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TCP/IP

*see* "Transmission Control Protocol over Internet Protocol (TCP/IP)"

token

A *password that can be used only once, typically generated as needed by a hardware device. Tokens are considered to be secure because even if one is revealed, it cannot be misused because it is no longer valid after its first use.

Transmission Control Protocol

An connection-oriented and stream-oriented Internet standard transport layer protocol, in contrast to the connectionless UDP protocol ("User Datagram Protocol (UDP)").

Transmission Control Protocol over Internet Protocol (TCP/IP)

The common name for the suite of UNIX-based protocols developed by the U.S. Department of Defense in the 1970s. TCP/IP is the primary language of the Internet.

# U

UDP

*see* "User Datagram Protocol (UDP)"

unicast

A message sent to a single destination, in contrast to *broadcast and *multicast.

Uniform Resource Locator (URL)

An address format used by Internet communications protocols such as the *Hyper Text Transfer Protocol (HTTP) popularized by the World Wide Web. URLs typically identify the type of service required to access an item, its location on an Internet host and the file name or item name on that machine.

URL

*see* "Uniform Resource Locator (URL)"

URL Filtering Protocol (UFP)

An *OPSEC API that enables the integration of third-party application to categorize and control access to specific URL addresses.

user authentication

The process of verifying that a user is actually who he or she claims to be. *See also* "authentication".

Appendix A    Glossary    435

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                FIN012933

**User Datagram Protocol (UDP)**

An Internet-standard transport layer protocol which adds a level of reliability and multiplexing to IP. UDP is a connectionless protocol, making no distinction between the originator of the request and the response to it. Connectionless protocols are problematic in a security environment, but can be tracked and controlled using communication-derived state information (*see* "state information").

# V

**Virtual Private Network (VPN)**

A network with some public segments in which data passing over its public segments is encrypted to achieve secure communications. A VPN is significantly less expensive and more flexible than a dedicated private network.

**virus**

A program that replicates itself on computer systems by incorporating itself into other programs which are shared among computer systems. Once in the new host, a virus may damage data in the host's memory, display unwanted messages, crash the host or, in some cases, simply lie dormant until a specified event occurs (for example, the turning of a new year).

**VPN**

*see* "Virtual Private Network (VPN)"

# W

**WAN**

*see* "Wide Area Network (WAN)"

**Web Server**

A network device that stores and serves up any kind of data file, including text, graphic images, video, or audio. Its stored information can be accessed via the Internet using standard protocols, most often *HTTP.

**Wide Area Network (WAN)**

A (usually private) geographically large network. A WAN is typically constructed to span numerous locations within a single city.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

World Wide Web
(WWW)

A hypertext-based information service providing access to multimedia, complex documents and databases via the Internet. Web application programs can access many other Internet services as well, including Gopher, Usenet news, file transfer, remote connectivity and even special access to data on the local network.

WWW

*see* "World Wide Web (WWW)"

# X

X.25

A widely-used set of *protocols based on the OSI model. *See also* "layered communication model".

X.500

A *protocol used for communication between a user and an X.500 directory services system. Multiple X.500 directory system agents may be responsible for the directory information for a single organization or organizational unit.

X.509

A certification methodology providing authenticated, encrypted access to private information, which establishes a trust model enabling certain transactions such as those involving money or funds. For example, X.509 certificates are used in the *ISAKMP encryption scheme to obtain public keys and to verify the authenticity of the parties in an exchange.

Appendix A    Glossary    437

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

438  FireWall-1 Architecture and Administration • September 1998

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Master Index

## SYMBOLS

#define
  difference between #define and define, AA-302,
    AA-311
$FWDIR/conf/smtp.conf
  description, AA-111
$FWDIR/conf/xlate.conf
  explanation of fwx_translation table, AA-215
$FWDIR/log/fw.log, AA-265
.EPF files, VP-122

## NUMERICS

3Com routers
  managing in the rule base, WI-47, OL-46
  setup, WI-42

## A

abandon parameter
  smtp.conf, AA-111
Accept Domain Name Download, OL-111, OL-115
Accept Domain Name Queries, OL-111, OL-115
Accept ICMP, WI-145, OL-111, OL-116
Accept Outgoing Packets, OL-110
Accept Outgoing Packets property, WI-178
Accept RIP, OL-110, OL-115
Accept UDP Replies, OL-110
access
  limiting to specific ports, AA-355
  restoring, to blocked system, AA-336
Access Control
  logging, AA-225
Access Lists
  managing imported access lists, OL-140
  Properties, WI-148, OL-115
  router, installing, WI-200, OL-142
  router, uninstalling, OL-142
  Wellfleet, AA-280
Account Management, AA-135, WI-94
  defining users in both LDAP and
    FireWall-1, AA-142, AA-154
Account Management Client, WI-74
  installation error message, AM-10
  installing, AM-8
  JRE installation, AM-13
  location on CD-ROM, AM-8
  minimum requirements, AM-7
  operating systems, AM-7
  platforms, AM-7
  uninstalling, AM-13
Account Management for Enterprise Console, GS-81
Account Unit
  defined differently in AM Client and
    FireWall-1, AM-55
  description of, AM-4

| LEGEND | | | | | |
|---|---|---|---|---|---|
| AA | Architecture and Administration | AM | Account Management Client | GS | Getting Started with FireWall-1 |
| OL | Managing FireWall-1 Using the OpenLook GUI | VP | Virtual Private Networking with FireWall-1 | WI | Managing FireWall-1 Using the Windows GUI |

managing users on, WI-75
properties, AM-17
step by step instructions on how to use in Security
    Policy, AA-140
Account Unit Properties window
    Encryption tab, AM-18
    General tab, AM-17
accounting, AA-240, WI-214, OL-153
    and synchronized FireWalls, AA-234
    incompatible with FASTPATH, AA-325
ACE
    configuring FireWall-1 to work with ACE
        software, AA-356
    sdconf.rec file, AA-357
    using DES option with FireWall-1, AA-365
Action Selection window, WI-231
active connections, AA-240, WI-215, OL-154
ActiveX, WI-123, OL-87
Additional Information Selection dialog box, OL-163
Additional Information Selection window, WI-233
additional reading, GS-26
add-on products, GS-81
address range, WI-61
    defining, AA-177
Address Translation
    and auxiliary connections, AA-321
    and FTP PASV, AA-321
    and SecuRemote, VP-91
    communications between hosts in different internal
        networks, AA-196, AA-198
    compound conditions, AA-176
    configuring, AA-189
    differences between the Command Line Interface and
        the GUI, AA-190
    different configurations on different network
        objects, AA-216
    explanation of fwx_translation table, AA-215
    FTP port command, AA-171
    gateway with three interfaces, AA-194
    gateway with two interfaces, AA-191
    Hide mode, AA-158, AA-159
    hiding the gateway's internal address, AA-211,
        AA-215
    installing on selected hosts, AA-189

interaction with anti-Spoofing, AA-205
internal host with illegal IP address tries to
    communicate with external host with same IP
    address, AA-214
multiple translation, AA-176
need for, AA-155
PIX, AA-199
reply packets, AA-166
restrictions on rshell service, AA-171
restrictions on sqlnet2 service, AA-171
restrictions on Xing service, AA-171
routing considerations, AA-165
Rule Base, AA-210
Static Destination mode, AA-164
Static Source mode, AA-162
translation both source and destination, AA-176
using with Encryption on the same system, AA-213
Address Translation configuration utility, AA-283
Address Translation Rules
    generating automatically, AA-171
Address Translation tab, WI-158
    Network Properties window, WI-33
    Workstation Properties window, WI-30
administrators
    adding or deleting, AA-225
AIX, see IBM AIX
alert command
    anti spoof, WI-147
    anti-spoof, WI-147, OL-114
    mail, WI-147, OL-113
    popup, WI-147, OL-113
    SNMP, WI-147
    SNMP Trap, WI-147, OL-113
    User Authentication, WI-147, OL-114
    user authentication, WI-147
    user defined, WI-147, OL-113
alert.exe file, AA-376
alerts
    received by, WI-207
    sent to, WI-207
alias, AM-61
aliased interfaces, AA-363
America OnLine, AA-387
Anti Spoof Alert Command, WI-147

| LEGEND | | |
|---|---|---|
| AA   Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      FIN012938

anti-spoof Alert Command, WI-147, OL-114
anti-spoofing, GS-99, WI-25, WI-48, OL-35, OL-47
   compatibility with Address Translation, AA-205
   example, WI-26
   interaction with Address Translation, AA-205
AOL, AA-387
application
   silently dropping, WI-173, OL-132
Apply Gateway Rules to Interface Direction
   property, AA-368
Apply Selection, WI-237, OL-165
Archie, OL-68
archie, AA-393
ARP, AA-233
aSERVERNAME.log file, AA-383
auth.C file, AA-377
auth.def file, AA-380
authenticated services
   going across two or more FireWalls, AA-359
authentication
   and synchronized FireWalls, AA-233
   authentication methods, AA-28
   authentication schemes, AA-30
   comparison of different types, AA-29
   re-authenticating an FWZ SecuRemote
      connection, AA-151
   transparent authentication, AA-28
   when to use each type, AA-29
Authentication methods, AA-28
Authentication Passwords
   synchronizing, AA-351
authkeys.C file, AA-379
authrules.C file, AA-379
Auto Scoping, WI-38, OL-39
auxiliary connections, AA-321
AXENT Pathways Defender, AA-30, AA-51, AM-48
   defining as server, WI-101
AXENT Pathways SecureNet, AA-365

**B**

back connection
   requested port, AA-321
back connections, AA-325, WI-85, OL-67
   encrypting, VP-71

backup
   backing up a Security Policy, AA-344
backward compatibility
   Version 4.0 and earlier versions, GS-34
BackWeb, AA-322, AA-393
base.def file, AA-380
Basic Encryption Protocol, VP-133
Basic Session Key, VP-24
Bay Networks router, GS-8, GS-74, GS-77, GS-97,
   WI-170, WI-197, OL-39, OL-139
   defining network object as, WI-22, WI-41, OL-33
   installing Encryption Module on, GS-77
   installing FireWall-1 on, WI-36, OL-39
   setup, WI-41, OL-41
before installing FireWall-1, GS-31
bibliography, GS-25
Big Endian, AA-315
Blackbox Properties, WI-48, WI-53
Block Intruder window, WI-216
Block Request window, WI-217
blocked system, restoring access to, AA-336
blocking connections, AA-269
boot process
   protecting networks during, AA-319
   protecting the gateway during, AA-320
bootp, AA-394
broadcast packets
   prevent them from being identified as spoofed
      packets, OL-37

**C**

cannot connect to the server
   error message, AA-340
CD-ROM
   location of files on, AM-8
certificate, AA-151
Certificate Authority, WI-106, VP-5
   changing its public key, VP-71
   ENTRUST, VP-46
   function of, VP-5
Certificate Authority Keys window, VP-70
Certificate Discovery Protocol, VP-9
Certifying a Public Key, VP-5
chargen, AA-387, AA-394

| LEGEND | | |
|---|---|---|
| AA   Architecture and Administration | AM   Account Management Client | GS   Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP   Virtual Private Networking with FireWall-1 | WI   Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Check Point
    home page, GS-29
checksum errors, WI-148, OL-114, VP-39
chkpnt.mib file, AA-382
Cisco, GS-8
    fwciscoload, AA-273
    setup, OL-40
Cisco PIX firewall
    setup, WI-56, WI-57
Cisco router
    defining network object as, OL-33
    setup, WI-40
Client Authentication
    authorizing services, AA-77, AA-82
    configuring, AA-78
    configuring support for HTTPS, AA-94
    defining on a per-user rather than a per-group
        basis, AA-357
    logging, example of, AA-87
    overview, AA-75
    sign on methods, AA-76
    signing on through a Web browser, AA-91
    Single Sign On System Extension, AA-98
    timeouts, AA-84
    tracking, AA-83
Client Authentication Sign On Methods
    fully automatic sign on, AA-77
    manual sign on, AA-76
    manual sign on through a Web browser, AA-91
    manual sign on using TELNET, AA-87
    partially automatic sign on, AA-76
    using fully automatic sign on, AA-93
    using partially automatic sign on, AA-92
Client Encryption
    meaning of Destination, VP-90
CLIENT keyword
    $FWDIR/conf/masters file, AA-350
Client/Server deployment of Management
    Module, AA-224
clients file, AA-377
clocks
    synchronizing for SKIP, VP-132
code.def file, AA-380

color, AA-178, AA-179, WI-84, WI-87, WI-88,
    WI-91
Column menu, WI-219
Column Selection menu, WI-225
comment, AA-178, AA-179, WI-84, WI-86, WI-87,
    WI-88, WI-91, OL-72, OL-73
    adding to a rule, WI-172
communication
    between FireWall-1 components on different
        machines, AA-345
compartmentalization
    Account Units, AM-5
compatibility
    Version 4.0 and earlier versions, GS-34
compiler, FireWall-1, AA-279
compiling a Security Policy, AA-257
conf/masters, AA-327, AA-341, AA-347
configuration
    Security Servers, AA-123
configurations
    managing distributed FireWall-1
        configurations, AA-345
Conn. ID, WI-215, WI-217, OL-154, OL-155
Connected OnLine Backup, AA-387
connection to original-MTA failed
    error message, AA-361
connections
    blocking, WI-215
    different routes for, AA-230
    inhibiting or blocking, AA-269
    lost when Security Policy re-installed, AA-345
    terminating, WI-215
connections table, AA-322, AA-325
connections, enabling outgoing, OL-110
contains operator, AM-33
Content Vectoring Server, see CVP Server
control connection
    accepting, WI-143
    authentication and encryption, WI-143, OL-109
    encrypting, AA-347
control information
    sending to Kernel Module, AA-275
Control Properties, OL-107
    displaying windows, WI-8, OL-21
    interaction with Rule Base, OL-132

| LEGEND | | | |
|---|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 | |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012940

settings for SecuRemote Client, VP-92
Control Properties windows, OL-21
control.map, AA-348
    access operations, list of, AA-349
control.map file, AA-380
    modified during FireWall-1 reconfiguration, AA-345
CoolTalk, AA-322
    enabling back connections, AA-388
cpp file, AA-375
creating an object in the LDAP directory, AM-24
creating groups, GS-34
crypt.def file, AA-380, VP-98
ctlver file, AA-384
CU-SeeMe, AA-394
CVP checking
    URI resource, OL-87, OL-97, OL-100
CVP Inspection
    step by step procedure, AA-133
CVP Inspection
    FTP resource, WI-131
    SMTP resource, WI-127
    URI resource, WI-123
CVP Server, AA-378, WI-98
    defining, OL-78
    how it is invoked, AA-129
    step by step procedure for using, AA-133
CVP Server Properties window, WI-98, OL-78

**D**
data field values
    of rule, modifying, OL-130
date, AA-309
Date Selection Criteria window, WI-226
day, AA-309, OL-59
daytime, AA-388, AA-394
DB Download, WI-64, OL-56
DCE-RPC, AA-390, AA-397
    required by MS Exchange, AA-322
DecNET
    inspecting, AA-365
Decryption on Accept, OL-110
default directory
    FireWall-1, GS-43
default rule, GS-91

default Security Policy, GS-66, AA-319, AA-320,
    AA-380
    restrictions under IBM AIX, GS-59
    verifying that it is loaded, AA-320
default.bin file, AA-384
default.fc file, AA-384
default.ft file, AA-384
default.lg file, AA-384
default.pf file, AA-380, AA-384
default.W file, AA-378
default_server, WI-124, OL-98
default_server parameter
    smtp.conf, AA-111
defaultfilter, AA-380
defaultfilter.boot file, AA-380
defaultfilter.drop file, AA-380
deffunc, AA-311
define, AA-302, AA-311
    difference between define and #define, AA-302,
        AA-311
DES
    using ACE (SecurID) DES with FireWall-1, AA-365
Destination Selection window, WI-228, WI-230,
    OL-159, OL-164
dest-unreach, AA-398
Different Routes for Connections, AA-230
Diffie-Hellman scheme, VP-3
Digital Signature, VP-4
direction of enforcement, AA-367
directory
    installing FireWall-1 in a directory other than the
        default directory, GS-43
discard, AA-388, AA-394
display_bat file, AA-376
displaying
    System Status View Window, GS-11, GS-128,
        WI-202, OL-145
distributed FireWall-1 configuration
    diagram, GS-35
distributed management
    configuring FireWall-1 for, AA-345
DN
    logging in using, AA-152
DNS, AA-388, OL-68

| LEGEND | | |
|---|---|---|
| AA   Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    FIN012941

encryption in SecuRemote, VP-93, VP-97
reverse resolving IP addresses using, OL-54
dns, AA-394
DNS, dual, AA-354
dnsinfo file, AA-378
dnsinfo.C file, AA-285
domain
  defining properties of, OL-28, OL-53
  load balancing algorithm, AA-237
  using a domain object in a rule, WI-34, OL-53
Domain Name Download, WI-144, OL-111, OL-115
domain name download, enabling, WI-144, WI-149, OL-111, OL-115
Domain Name Queries, WI-144, OL-111, OL-115
domain name queries, enabling, WI-144, WI-148, OL-111, OL-115
Drop
  differences from Reject, WI-167, OL-125
dropping an application, WI-173, OL-132
dup.def file, AA-380

**E**
echo, AA-388, AA-394
echo-reply, AA-355, AA-398
echo-request, AA-355, AA-398
egp, AA-399
ebt_set.C file, AA-380
Elapsed column
  method of calculation, WI-214, WI-215, OL-153, OL-154
embedded systems
  where to install license, GS-69
Enable Domain Name Download, WI-144, WI-149
Enable Domain Name Queries, WI-144, WI-148
Enable ICMP, WI-144, WI-149, OL-108
Enable Outgoing Packets, WI-144
Enable Outgoing Packets property, AA-368
Enable Response of FTP Data Connections, WI-145, OL-112
Enable RIP, WI-144, WI-148
Enable UDP Replies, WI-143
encapsulation
  SecuRemote, VP-94
encryption

and synchronized FireWalls, AA-233
basic definitions, VP-1
changing keys, VP-32
communications with external networks, VP-30
configuration examples, VP-17
DNS, VP-97
incompatible with FASTPATH, AA-325
key hierarchy, VP-24
key management, VP-16
using with Address Translation on the same system, AA-213
Virtual Encryption Session, VP-23
encryption algorithm
  choosing for SecuRemote users, VP-59
encryption domain, VP-16
Encryption Module, GS-81
  installing on Bay Networks and Xylan, GS-77
Encryption Properties window, VP-56
encryption rule
  integrating in a Rule Base, VP-22
encryption scheme mismatch, WI-148, OL-114, VP-39
End User License Agreement, AM-8
ends with operator, AM-33
Enforcement Point
  definition of, GS-73
enforcing and installing, difference between, WI-173, OL-133
enterprise ID, AA-242
ENTRUST Certificate Authority, VP-46, VP-122
Entrust Certificates, VP-122
Entrust Public Key Infrastructure, VP-45
Entrust users
  creating profiles, VP-123
  recovering profiles, VP-123
ENTRUST.INI file, VP-122
error message
  "connection to original-MTA failed", AA-361
  No Response from Server, WI-6
error_server parameter
  smtp.conf, AA-111
established TCP, WI-48, OL-47
established TCP connections, AA-322
  enabling, OL-115

| LEGEND | | |
|---|---|---|
| AA Architecture and Administration | AM Account Management Client | GS Getting Started with FireWall-1 |
| OL Managing FireWall-1 Using the OpenLook GUI | VP Virtual Private Networking with FireWall-1 | WI Managing FireWall-1 Using the Windows GUI |

Index-vi    FireWall-1 User Guide Master Index • September 1998

established TCP packets, WI-147, OL-114
established TCP sessions, AA-322
evaluation license
    ordering, GS-69
evaluation package
    license for, GS-69
Excessive Log Grace Period, WI-146, OL-113
exec, AA-388
expiration, OL-59
expires, AA-303
explicitly defined rules
    interaction with implicit rules, WI-177
Exportable
    checkbox in Host Properties window, VP-87
Extended Encryption Protocol, VP-140
external FireWall Module
    not managed by FireWall-1/n, GS-79, AA-365
external FireWalled object, WI-22, WI-32, WI-36,
    WI-49, WI-54
external group, AA-141
    creating, WI-75
    deleting, WI-78
    modifying, WI-78
    when changes take effect, WI-75, WI-78
external interface
    hiding IP address, AA-159, VP-86
    not set by this loading
        error message, AA-337
    of gateway, specifying for ISAKMP/
        OAKLEY, GS-33, VP-28
    of gateway, specifying for SKIP, VP-25
    reconfiguring, AA-337
    specifying IP address of, VP-131
external interfaces
    restricted in FireWall-1/n, GS-79, AA-364
external users
    managing, WI-74
external.if file, AA-337, AA-378
    modified during FireWall-1 reconfiguration, AA-345

F
Fast mode, WI-85, OL-67
Fastpath, WI-85, OL-67
fault tolerance, AA-373
Fetch command (Named Masks window), WI-182

field, data
    modifying value of, OL-130
Find Date, WI-222
Find in all Fields window, WI-223
Find menu, WI-223
Find window, WI-222
finger, AA-388
FireWall, GS-76, AA-221
FireWall daemon
    stopping, AA-256
FireWall Inspection Components, AA-292
FireWall Module, GS-81
    description of, AA-223
    minimum requirements (Windows), GS-40
    starting, AA-256
FireWall Module and Inspection Module, differences
    between, GS-76, AA-221
FireWall Modules
    restrictions on synchronization, AA-232
FireWall Synchronization
    example, AA-230
    implementation, AA-230
FireWall synchronization
    overview, AA-229
FireWall-1
    administrative issues, AA-369
    before installing, GS-31
    configuration, AM-3
    Home Page, GS-29
    installing in a directory other than the default
        directory, GS-43
    killing the daemon and fw stop, difference
        between, AA-369
    mailing list, GS-29
    performance, GS-24
    reconfiguring, AA-254, AA-255
    stopping, AA-359
    uninstalling, GS-68
    upgrading to a new version of, GS-34
    Web Page, GS-29
FireWall-1
    disabling (NT), GS-54
    loss of state after upgrading, GS-35
    reconfiguring (NT), GS-55

| | LEGEND | |
|---|---|---|
| AA   Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012943

stopping (NT), GS-54
  stopping inspection (NT), GS-54
  uninstalling (NT), GS-54
  uninstalling (Unix), GS-68
FireWall-1 Adapter
  removing, VP-110
  restrictions on adding and removing, VP-93
FireWall-1 authentication password
  installing, AA-261
FireWall-1 components on different machines
  communication between, AA-345
FireWall-1 Control Connections, OL-109
FireWall-1 daemon
  sending signal to, AA-278
FireWall-1 driver
  loading process, AA-404
FireWall-1 FireWall daemon
  stopping, AA-256
FireWall-1 FireWall Module
  starting, AA-256
FireWall-1 HP OpenView Extension
  installing, AA-244, AA-245, AA-246
  specifying the Management Server for FireWalled
    objects, AA-247
FireWall-1 HP OpenView extension
  default SNMP port for FireWalled objects, AA-246
  FireWall discovery, AA-246
FireWall-1 license, see license
FireWall-1 password
  advantage over OS password, AA-30
FireWall-1 SNMP daemon, AA-241
FireWall-1 software
  installation problems, GS-67
  reconfiguring, GS-68
  upgrading, GS-67
FireWall-1 version number
  displaying, AA-267
FireWall1, upgrading to a new version of
  objects carried over from previous version, GS-34
FireWall-1/n products
  restrictions, GS-79, AA-364
FireWall-1license
  installing, GS-69
  obtaining, GS-69
FireWalled gateway

definition of, GS-73
FireWalled host
  definition of, GS-73
  displaying status of, AA-264
FireWalled, defined, GS-73
first IP address, AA-177
first port, AA-178
format file
  name displayed in status bar, WI-213
format lists, AA-308
formats.def file, AA-380
free function, AA-303
FreeTel, AA-322, AA-394
FTP, GS-18, AA-29, AA-321, AA-325, WI-85,
  OL-67
  authenticated session, description of, GS-19
  authenticating through the HTTP Security
    Server, AA-358
  back connection, AA-345
  back connections, encrypting, VP-71
  data connection, AA-345
  data connection, enabling response of, WI-145,
    OL-112
  file names logged for authenticated
    sessions, AA-103, WI-218, OL-155
  from HTTP, AA-355
  get and put logged for User Authenticated
    FTP, AA-103
  PORT command, AA-345
  User Authentication, GS-18, AA-29
  using with SecuRemote Client, VP-92
ftp, AA-388
ftp back connections
  encrypting, VP-71
FTP daemon, AA-356
FTP data connections, AA-321, AA-388, WI-145
FTP PASV, AA-321
  enabling FTP Passive Connections, WI-145,
    OL-112
FTP PASV connections, OL-112
FTP proxy
  defining to browser, AA-355, AA-358
FTP resource
  CVP inspection, WI-131

| LEGEND | | | |
|---|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

matching, AA-108
FTP resources
    command matching, AA-108
    file name matching, AA-108
    matching, AA-108
fw command, AA-256
fw converthosts, AA-285
fw ctl, AA-275
fw dbimport, AA-287
fw fetch command, AA-259
fw file, AA-376
fw gen command, AA-278
fw kill, AA-383
fw lichosts command, AA-265
fw log command, AA-265
fw logswitch command, AA-260
fw printlic, AA-262
fw printlic command, AA-268
fw putkey, AA-261, AA-341, AA-351
fw putlic command, AA-261, AA-262
fw sam command, AA-269
fw stat command, AA-264
fw tab command, AA-283
fw unload command, AA-259, AA-266, AA-267
fw.alog file, AA-383
fw.alogptr file, AA-383
fw.conf file, AA-383
fw.info file, AA-380
fw.license file
    modified during FireWall-1 reconfiguration, AA-345
fw.log file, AA-383
fw.logptr file, AA-383
fw.logtrack file, AA-383
fw.mkdev file, AA-383
fw.sys file, AA-383
fw.vlog file, AA-383
fw.vlogptr file, AA-383
FW1_clntauth, AA-97
fw1allowed-dst, AA-148, AM-39
fw1allowed-src, AA-148, AM-39
fw1allowed-vlan, AA-148, AM-39
fw1authmethod, AA-146, AM-37
fw1auth-server, AA-147, AM-38
fw1day, AA-148, AM-39

fw1enc-fwz-expiration, AA-148, AM-39
fw1expiration-date, AA-148, AM-39
fw1groupTemplate, AA-149, AM-40
fw1hour-range-from, AA-148, AM-39
fw1hour-range-to, AA-148, AM-39
fw1person, AA-34, AM-35
fw1pwdLastMod, AA-147, AA-151, AM-38
fw1Skey-mdm, AA-147, AM-38
fw1Skey-passwd, AA-147, AM-38
fw1Skey-seed, AA-147, AM-38
fw1sr-auth-track, AA-149, AM-40
fw1SR-datam, AA-148, AM-39
fw1SR-keym, AA-148, AM-39
fw1SR-mdm, AA-148, AM-39
fw1template, AM-35
fwa1, AA-262
    definition of, AA-349
fwa1 authentication, AA-350
fvalert file, AA-376
fwauth.keys file, AA-378
    modified during FireWall-1 reconfiguration, AA-345
fwauth.NDB file, AA-378, AA-379
fwauth.NDB7 file, AA-378
fwauth.NDBBKP file, AA-378
fwauthd.conf, AA-97
fwauthd.conf file, AA-378
    modified during FireWall-1 reconfiguration, AA-345
fwav file, AA-376
fwav.conf file, AA-378
fwavstart file, AA-376
fwavstop file, AA-376
fwc, AA-279
fwc file, AA-376
fwcisco file, AA-376
fwciscoload, AA-273
fwciscoload file, AA-376, AA-377
fwcmsd.exe file, AA-376
fwcomp file, AA-376
fwconfig
    installing a license using, AA-262
fwconfig file, AA-376
fwconn.h file, AA-380
fwctrnm.h file, AA-380
fwctrs.h file, AA-380

| LEGEND | | |
|---|---|---|
| AA   Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

fwctrs.ini file, AA-380
fwd file, AA-376
fwd.h file, AA-337
fwd.hosts file, AA-337
fwd.pid file, AA-384
FWDIR
    importance of setting correctly, GS-43
fwell file, AA-376, AA-385
fwf2htbin.gif file, AA-380
fwf2htdir.gif file, AA-380
fwf2htunknown.gif file, AA-380
fwinfo debugging tool
    incorrect functioning, GS-43
fwinfo file, AA-376
fwinfo.pmr file, AA-376
fwinfo2 file, AA-376
fwinstall file, AA-376
fwlv file, AA-376
fwiv.info file, AA-380
fwm file, AA-376
fwm.pid file, AA-384
fwmod.* files, AA-383
fwmusers file, AA-378
fwntperf.dll file, AA-381
fwopsec.conf file, AA-271, AA-378
fwrl.conf file, AA-378
fwrlconf file, AA-384
fwsngui file, AA-376
fwsnmp.dll file, AA-381
fwstart, GS-59, AA-234, AA-277
fwstart file, AA-376
fwstop, GS-59, AA-277, AA-383
    and killing the FireWall-1 daemon, difference
        between, AA-369
fwstop file, AA-376
fwui file, AA-376
fwui.log file, AA-383
fwui_head.def file, AA-381
fwui_trail.def file, AA-381
fwuninst file, AA-376
fwuninstall file, AA-376
fwuserauth.NDB file, AA-379
fwx_translation table
    explanation of fields in, AA-215

fwxauth file, AA-377
fwxdconf, AA-189, AA-283
fwxdconf file, AA-377

## G
gateway
    cannot connect through, AA-335
    defining network object as, WI-22, OL-33
    defining properties of, OL-23, OL-28, OL-83
    getting its key before installing a Security Policy on
        it, VP-53, VP-54
    hiding IP address of external interface, AA-159,
        VP-86
    specifying communication direction of rules
        on, WI-142, OL-109
gateway, protecting, GS-91
gateways
    defining interfaces as separate objects, AA-355
    direction of enforcement on, AA-368
generic services
    service properties, WI-88, OL-73
generic user, AA-325, WI-72, OL-61
ggp, AA-399
Global Pool, AA-201
gopher, AA-388
GoTo Menu, OL-169
gps.pro file, AA-381
grace period between logs of similar packets, OL-113
greater than operator, AM-33
    compatibility with LDAP versions, AM-33
group
    form of DN, AM-59
groups
    adding elements to, OL-57, OL-65
    defining properties of, OL-28
GUI Client
    minimum requirements, GS-39, VP-105
GUI Clients
    adding or deleting, AA-224
GUI windows
    closing, WI-8, OL-21
    displaying, WI-8, OL-21
gui-clients file, AA-378

| LEGEND | | | |
|---|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 | |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**H**

H.323, AA-322, AA-325, AA-389, WI-85, OL-67
    enabling back connections, AA-389
hashsize, AA-303
heuristic check of Rule Base, WI-173, OL-131
hidden rules, WI-178
    displaying, WI-179
    unhiding, WI-179
Hide mode, AA-159
Hide Repeating Lines option, OL-165
Hide/Unhide menu, WI-219
hiding IP addresses, AA-369
hiding rules, WI-178
High Availability, AA-229
    encrypting connections between synchronized
        FireWalls, AA-233
    SKIP, AA-233
    synchronizing different version FireWall
        Modules, AA-233
    synchronizing FireWall Modules on different
        platforms, AA-232
    synchronizing FireWall Modules with different
        Security Policies, AA-233
high availability
    Account Units, AM-5
hijacking sessions, AA-363
HKEY_LOCAL_MACHINE, AA-401
hostname command, AA-353, VP-131
hosts
    defining network objects as, WI-22, OL-33
    defining properties of, OL-23, OL-28
    direction of enforcement on, AA-368
    list of those protected by FireWall-1/n
        product, AA-265
hosts file, GS-33, AA-370, WI-22, WI-36, OL-28,
    OL-38
Hosts, Gateways and Interfaces
    distinction between, AA-353
hour, OL-59
HP
    FireWall-1 HP OpenView extension, AA-243
HP OpenView, see FireWall-1 HP OpenView extension
HP-UX 10
    transitional links option, GS-56

HTML, AA-380
HTML Weeding, WI-123
HTML weeding, AA-380
HTTP
    allowing FTP sessions from, AA-355
    blocking JAVA applets, OL-87
    restricting inbound, AA-48
    restricting internal user's access to JAVA
        applets, OL-87
    restricting outbound, AA-48
    User Authentication, GS-18, AA-29
    using a Server for Null Requests, AA-50
    using reauthentication options, AA-47
http, AA-388
HTTP Authenticating Server
    blocking JAVA applets, OL-87
HTTP Security Server
    as proxy, AA-112
    configuring multiple ports, AA-56
    defining as a Security Proxy, AA-51
    defining an HTTP proxy, AA-50
    error messages, AA-56
    overview, AA-44
    putting a proxy behind, AA-45
    support for FTP, AA-112
    support for HTTPS, AA-113, AA-116
HTTP Servers
    defining, AA-45
HTTPS, AA-356
    authenticating outbound, AA-51
    using URI Resource rules with, AA-115
    with non-transparent authentication, AA-60
https, AA-388

**I**

IANA, AA-170, AA-366
IBM AIX
    IP Forwarding, GS-59
    overwriting previous installation, GS-59
    separate JRE installation, AM-13
    X/Motif library version, GS-59
icense
    overwriting, AA-263
ICMP, WI-144, WI-145, OL-111

| | LEGEND | | |
|---|---|---|---|
| AA Architecture and Administration | AM Account Management Client | | GS Getting Started with FireWall-1 |
| OL Managing FireWall-1 Using the OpenLook GUI | VP Virtual Private Networking with FireWall-1 | | WI Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

accepting, OL-116
    enabling, WI-144, WI-149, OL-111, OL-116
    match string, WI-88, WI-89, OL-72, OL-73
ICMP Redirect
    enabling, WI-145, WI-149, OL-111, OL-116
ident, AA-389
igrp, AA-399
imap, AA-389
implicit drop rule, GS-91
implicit rules
    interaction with explicitly defined rules, WI-177
    toggling display of, WI-10
Implied Pseudo-Rules option on View menu, WI-178
implies, AA-303
in.aclientd file, AA-377
in.aftpd file, AA-377
in.ahttpd file, AA-377
in.arlogind file, AA-377
in.asmtpd file, AA-377
in.atelentd file, AA-377
in.lhttpd file, AA-377
in.telnetd, AA-356
incoming communications
    Security Policy enforced on, AA-367
inetd.conf, AA-356
inetOrgPerson, AM-34, AM-35
Info field
    get and put logged for authenticated FTP, WI-218,
        OL-155
info-reply, AA-398
info-req, AA-398
inhibiting connections, AA-269
init.def file, AA-381
inode, AA-383
inside net, WI-59, OL-52
INSPECT
    accept, AA-310
    backwards compatibility, AA-311
    call, AA-311
    compatibility between FireWall-1 versions, AA-311
    compiler, AA-279
    compound conditions, AA-294
    constants, AA-299
    current packet, AA-310

date, AA-309
day, AA-309
day in month specification, AA-300
day in week specification, AA-300
delete, AA-306
direction, AA-310
drop, AA-312
dynamic tables, AA-304
elements of a rule, AA-295
expcall attribute, AA-305
expires attribute, AA-305
export, AA-312
format lists, AA-308
function definitions, AA-311
get, AA-304
hex, AA-308
hold, AA-313
host, AA-310
identifier names, AA-301
ifaddr, AA-310
in, AA-313
include files, AA-298
Install On, AA-296
int, AA-308
interface, AA-310
IP address constant, AA-300
ipaddr, AA-308
keep attribute, AA-305
limit attribute, AA-305
lists, AA-307
log, AA-313
LOG macro, AA-316
macros, AA-316
modify, AA-306, AA-314
name resolution, AA-301
netof, AA-314
nexpires attribute, AA-305
numeric constants, AA-299
operators, AA-309
packetid, AA-310
port, AA-308
pre-processor, AA-300
preprocessor, AA-316
proto, AA-308

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012948

record, AA-306, AA-314
refresh attribute, AA-305
reject, AA-314
reserved words, AA-299
rule, elements of, AA-295
scope, AA-296
segment register, AA-301
service, AA-308
set, AA-314
static tables, AA-307
string, AA-308
tables, AA-302
time specification, AA-299
tod, AA-309
Track, AA-296
TRAP macro, AA-316
uint, AA-308
vanish, AA-315
INSPECT tables
  displaying, AA-283
Inspection Code
  compiling from Inspection Script, WI-174, OL-133
  installing, AA-317, OL-138
Inspection Code Loading, WI-196, OL-61, OL-139
Inspection Module
  architecture, GS-13
  defined, GS-4
  fetching last installed on host, AA-259
  network objects allowed to load, AA-378
Inspection Module and FireWall Module, differences
  between, GS-76, AA-221
Inspection Module tables, displaying, using command-
  line interface, AA-283
Inspection Script
  backwards compatibility, AA-311
  compiling, AA-279, AA-317
  compiling Inspection Code from, WI-174, OL-133
  generating from Rule Base, AA-278
  generating using command-line interface, AA-278
  manually editing, WI-174, OL-133
  viewing, WI-194, OL-137
  writing, AA-292
Install On field
  NAT tab, AA-173

installation
  HP-UX, AM-10
  IBM AIX, AM-12
  Solaris, AM-9
  Unix, AM-9
  Windows, AM-8
installing
  router access list, WI-200, OL-142
  Rule Base on hosts, OL-148
  Security Policy, WI-193
installing a FireWall-1 authentication
  password, AA-261
installing a FireWall-1 license, GS-69
installing a FireWall-1 license, AA-252
installing and enforcing, difference between, WI-173,
  OL-133
installing FireWall-1, GS-31
installing the Account Management Client, AM-8
Insufficient Information problem, AA-104
Integrated FireWalls
  general properties, WI-53
  PIX setup, WI-56
  TimeStep setup, WI-55
Integrated Firewalls, WI-52
interface data
  fetching automatically, WI-24
Interface names
  Bay routers, AA-222
Interface Selection Criteria window, WI-227
Interface Selection dialog box, WI-227, OL-158
interfaces
  aliased, AA-363
  defining a gateway's interfaces as separate
    objects, AA-355
  defining as an object, AA-355
  how Security Policy is enforced on
    different, AA-367
  network, properties of, WI-24, OL-33, OL-40
  result of failing to define, WI-23, WI-24, OL-34
  virtual, AA-363
interfaces, external
  restricted in FireWall-1/50 and FireWall-1/
    250, GS-79, AA-364, AA-365
internal FireWalled object, WI-22, WI-32, WI-36,
  WI-49, WI-54

| | LEGEND | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

internal hosts
    number restricted in FireWall-1/n, GS-79, AA-364
    too many, AA-337
internal interfaces
    not restricted in FireWall-1/n, GS-79, AA-364
internal network objects, WI-64, OL-24, OL-84
internal password, AM-48
    advantage over OS password, AM-48
Internet
    defining to FireWall-1, AA-352
InternetPhone, AA-394
intrap, AA-303
intruders
    blocking connections from or to suspected, WI-215
IP Address, WI-32, WI-49
IP addresses
    hiding, AA-369
    resolving updated, if modified, OL-171
    unregistered, AA-369
    when does changing take effect, AA-345
    which to use when directing logging to, AA-328
IP Forwarding, GS-34, AA-275
    controlling status of with FireWall-1, AA-275
    enabling and disabling, AA-276
    enabling and disabling on HPUX 10, AA-275
    enabling and disabling on IBM AIX, AA-277
    enabling and disabling on Solaris 2, AA-275
    enabling and disabling on Windows NT, AA-277
    IBM AIX, GS-59, AA-275, AA-277
IP Options, AA-363, WI-147
    track dropping of, OL-114
IP Tunnels, WI-43
IPSec
    reply packets not returning, VP-131
IPSec session key
    expiration in the course of an encrypted
        session, VP-38
IPX
    inspecting, AA-365
IPX packets
    inspecting, AA-365
irc, AA-389
is not operator, AM-33
is operator, AM-33

ISAKMP, AA-394
    reply packets not returning, VP-131
ISAKMP negotiations
    logging, VP-38
ISAKMP SA
    expiration in the course of an encrypted
        session, VP-38
ISAKMP/OAKLEY
    specifying the encrypting gateway's IP
        address, GS-33, VP-28
ISDN interfaces, AA-366

**J**

JAVA, WI-123, OL-87
    blocking JAVA applets, WI-123, OL-87
Java
    separate installation for IBM AIX, AM-13
    version required for Account Management
        Client, AM-13
JAVA applets
    already in cache, WI-123, OL-87
Java Runtime Environment, see JRE
JAVA Script, WI-123, OL-87
JRE
    installing on IBM AIX, AM-13

**K**

kbuf, AA-303
keep, AA-303
Kerberos, AA-365
kerberos, AA-389, AA-394
Kernel Module
    sending control information to, AA-275
kerntabs.h file, AA-381
kertabs.def file, AA-381
keys
    fetching over Internet, VP-26, VP-30, VP-48,
        VP-49, VP-53, VP-54, VP-71

**L**

last IP address, AA-177
last port, AA-178
LDAP, WI-74
    Account Unit, AA-139, AA-140, AM-4
    defining users in both LDAP and

| LEGEND | | |
|---|---|---|
| AA Architecture and Administration | AM Account Management Client | GS Getting Started with FireWall-1 |
| OL Managing FireWall-1 Using the OpenLook GUI | VP Virtual Private Networking with FireWall-1 | WI Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012950

FireWall-1, AA-142, AA-154
exporting users from the FireWall User
    Database, AA-152
port number for SSL connection, WI-106, AM-1
port number for standard connection, AM-1
schema checking, AA-153
security issues, AA-153
version with which FireWall- is compliant, AA-152
LDAP Account Unit
    step by step instructions on how to use in Security
        Policy, AA-140
LDAP Server
    enabling connections from FireWall Module
        to, OL-109
    SSL, AM-18
LDAP server, see also Account Unit
LDAP servers
    indexing, AA-153
    optimizing, AA-153
ldap service, AA-389
LDAP Version 2.0, AA-152
LDAP Version 3.0, AA-152, AM-18, AM-33
LDAPservers
    defining, WI-102
ldap-ssl, AA-389
LDIF syntax, AA-288
less than operator, AM-33
    compatibility with LDAP versions, AM-33
libsun_sv.so file, AA-381
license
    confirming that you are using correct
        licenses, GS-70
    deleting, AA-263
    displaying, AA-268
    for evaluation package, GS-69
    installing, GS-69, AA-262
    installing on host, AA-261, AA-262
    obtaining, GS-68
    printing, AA-268
    reconfiguring with fwconfig, GS-61, AA-255
    removing, AA-263
    removing old licenses, GS-69
    where to install, GS-68
    where to install for embedded systems, GS-69

license.rtf, AM-8
license.txt, AM-8
limit, AA-303
Little Endian, AA-315
live connections, AA-240, OL-154
LiveLan, AA-389
lmhosts file, GS-33, AA-370, WI-22, WI-36,
    OL-28, OL-38
Load Agents
    defining parameters, WI-155, OL-121
Load Agents Port property, AA-240
Load Balancing, AA-234
    defining parameters, WI-155, OL-121
    step by step instructions, AA-237
load balancing algorithms, AA-236
Load Measurement Interval property, AA-240
Load Measuring, AA-239
load_agent file, AA-377
loading a Security Policy, AA-257
local.arp, AA-384
local.arp file, AA-168
locking, AA-383
locking mechanism
    used to prevent simultaneous updates, AA-225
lockmanager, AA-397
Log
    rule number zero, AA-362
    rule with negative number, AA-362
log
    established TCP packets, AA-324
    grace period between similar packets, OL-113
    printing, WI-239, OL-172
    redirect logging to another Master, AA-327
    saving, WI-239, OL-172
    scrolling, WI-222, OL-157
    viewing, WI-211, OL-151
Log entries, selecting by
    additional information, WI-233
    destination, WI-227
    DstKeyID, WI-233
    information, WI-233
    interface, WI-227
    number, WI-226
    origin, WI-227

| LEGEND | | |
|---|---|---|
| AA   Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

port, WI-226
rule, WI-226
service, WI-227
source, WI-227
SrcKeyID, WI-233
type, WI-230
user, WI-227
Log File
  creating new, AA-260
  deleting, WI-239
  displaying contents of, AA-265
  exporting, AA-266, WI-240
  miscellaneous functions, WI-239
  name displayed in title bar, WI-213
  opening another, WI-238
  printing, WI-239
  reload, WI-240
  saving, WI-239
  starting a new, WI-239
  stop updating, WI-240
log file
  analysis of, AA-362
  creating new, OL-171
  creating new, using command-line
    interface, AA-260
  deleting, OL-171
  displaying, using command-line interface, AA-265,
    AA-269
  exporting to ASCII file, AA-266
  managing, WI-238, OL-171
  navigating and searching in, WI-222, OL-169
  periodically switching, AA-363
  saving, WI-239, OL-172
  searching for a text string in, WI-223, OL-170
  statistical analysis of, AA-362
LOG macro, AA-316
Log Server
  definition of, WI-212
Log Viewer, GS-128, WI-211, OL-151
  displaying, WI-8, OL-21
  hiding data fields, OL-157
  nothing in, AA-340
  selection criteria, WI-225, OL-157
logging

Access Control, AA-225
  packets as dropped though connection
    continues, AA-324
  redirecting to additional Masters, AA-327
  redirecting to another Master, AA-327
  when the FireWalled Gateway is not the Management
    Station, AA-327
  where to direct, AA-378
Logging and Alerting
  Security Policy, WI-146, OL-113, VP-36
Logical Servers, AA-237
  step by step instructions on using, AA-237
  using HTTP Logical Servers in rule, AA-239
logical servers, WI-61, OL-25
  persistent server mode, AA-238
login, AA-389
  with DN or user name, AA-152
logviewer.C file, AA-378
Lotus Notes, AA-389

M
Mail Alert Command, WI-147, OL-113
manage.lock file, AA-225, AA-383
Management Module
  definition of, GS-74
  description of, AA-223
Management Point
  definition of, GS-74
Management Server, AA-279
  definition of, GS-74
  description of, AA-224
  minimum requirements (Unix), GS-55
  minimum requirements (Windows), GS-39
  name displayed in status bar, WI-213
  name of executable, AA-224
  problems in connecting to, WI-5
  timeout in connecting to, WI-6
Management Station
  definition of, GS-74
Managing 3Com Filters
  routers, WI-47, OL-46
mangling
  packets of an established TCP connection, AA-315,
    AA-323, AA-324

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012952

masking rules, WI-178
mask-reply, AA-398
mask-request, AA-398
masks
    applying, WI-183
Master
    defining a network object as, AA-378
    fetching Security Policy from, AA-259
    redirect logging to additional Masters, AA-327
    redirect logging to another Master, AA-327
    redirecting logging to another Master, WI-239
    which IP address to use when directing logging
        to, AA-328
MASTERS
    parameter in control.map file, AA-348
masters file
    description of, AA-378
    modified during FireWall-1 reconfiguration, AA-345
MASTERS keyword
    $FWDIR/conf/masters file, AA-348
match, WI-88, WI-89, OL-72
memory usage, AA-372
MIB, AA-242
    chkpnt.mib file, AA-242
    chkpnt.mib file source code, AA-248
    location, AA-382
    mib.txt file, AA-382
    mib.txt2 file, AA-382
    RFC support, AA-241
    Wellfleet, AA-385
mib.txt file, AA-382
Microsoft Conferencing, AA-389
Microsoft Exchange, AA-390
Microsoft NetMeeting, AA-390
Microsoft NetShow, AA-390
Microsoft RRAS, WI-44
Microsoft SQL Server, AA-390
MIME
    stripping specified types of attachments from
        message, WI-126, OL-97
MIME attachments
    definable in an SMTP Resource, WI-126, OL-97
    definition syntax in SMTP Resource, WI-126,
        OL-97

minimum requirements
    Account Management Client, AM-7
    FireWall Module, GS-40
    FireWall Module (Windows), GS-40
    FireWall-1 (Unix), GS-55
    GUI Client, GS-39
    GUI client, GS-39, VP-105
    Management Server, GS-39, GS-55, AM-7
    Management Server (Unix), GS-55
    Management Server (Windows), GS-39
    SecuRemote Client, VP-105
    Unix platforms, GS-55
modem connections
    securing, AA-364
modtrap, AA-303
monitoring system status, GS-128, WI-201, OL-145
Mosaic, AA-390
mountd, AA-397
MS Exchange, AA-322
multicast, AA-367
multiple adapters, VP-109

N

name, AA-177, AA-178, AA-394, WI-84, WI-85,
    WI-87, WI-88, WI-91, OL-72, OL-73
named, WI-144, WI-149
nbdatagram, AA-394
nbname, AA-394
nbsession, AA-390, WI-48, OL-47
NBT, AA-390
NDIS3.1, VP-103
negate rules, WI-47, OL-46
net mask, WI-32
NetBEUI, see NBT
NetShow, AA-322
netstat, AA-390
network configuration
    modifying, VP-109
network interface properties, WI-24, OL-33, OL-40
network object
    creating, GS-108, GS-121, GS-122, WI-18
    creating groups of network objects, WI-59
    defining, WI-15, OL-23, OL-75, OL-83
    defining properties of, OL-23, OL-28, OL-83

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

deleting, WI-19, OL-27, VP-67
editing existing, WI-19, WI-96, OL-26, OL-84
group, WI-59, WI-107, WI-139, OL-81,
    OL-106
group, adding service to, WI-91
group, defining properties of, WI-68, OL-65,
    OL-102
group, deleting service from, WI-92
internal, WI-64, OL-24, OL-84
modifying, WI-19
properties, WI-15, WI-93, WI-94, OL-23,
    OL-75, OL-83, OL-103
network object group
    deleting from, WI-60
network object properties
    resolving updated, if modified, OL-171
network objects
    limit of 240 objects in XView menu, OL-32
    which are on my network?, AA-352
Network Objects Manager, OL-24, OL-84
    displaying, WI-8
Network Objects Manager window, OL-20
NFS, AA-397
nfsd, AA-394
nfsprog, AA-397
NIS, AA-397
nisplus, AA-397
nntp, AA-390
node
    definition of, GS-74
nodes
    number restricted in FireWall-1/n, GS-79, AA-364
Non-Transparent Authentication
    and HTTP, AA-58
Non-transparent Authentication
    prompt_for destination parameter, AA-43
Notify Sender on Error field, AA-361
NT and Unix
    syntax differences, AA-253
ntp, AA-391, AA-395
Number Selection Criteria window, WI-226

O
object

creating in LDAP directory, AM-24
objects.C file, AA-43, AA-378, AA-379
omi.conf file, AA-379
On Line option, OL-165
one-time passwords, VP-121
OnTime, AA-395
Open Platform for Secure Enterprise Connectivity, see
    OPSEC
Open Security Extension, GS-81
Open Windows, AA-391
OpenView, see FireWall-1 HP OpenView extension
OPSEC, AA-128, AA-133
OPSEC-certified products
    obtaining evaluation copies, AA-128, AA-133
Options window, WI-237
options.conf file, AA-379
organization, AM-25
Organizational Unit
    creating, AM-24
organizationalPerson, AM-34, AM-35
organizationalUnitName, AM-24
OS Password, AM-47
ospf, AA-399
outgoing communications
    Security Policy enforced on, AA-367
outgoing connections, enabling, OL-110
outgoing packets
    accepting, WI-144
outtrap, AA-303
Overview, GS-4, AM-1
overwriting previous AIX installation, GS-59

P
packet filter
    installing Security Policy on, WI-197, OL-139
Packet Key, VP-24
packet reassembly, AA-363
    security risks associated with, AA-363
param-prblm, AA-398
password
    echoing, VP-121
    erasing, VP-121
    expiration, VP-121
    limitation on length in Windows, GS-48

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

verifying, AA-146, AM-37
password expiration, AA-151
PASV
    enable FTP PASV, WI-145
    enabling FTP Passive Connections, WI-145,
        OL-112
pcnfsd, AA-397
Perfect Forward Secrecy, VP-63
performance
    improving, AA-370
    monitoring on Windows NT platforms, AA-405
performance guidelines, AA-370
Performance Monitor, AA-380
period of vulnerability, AA-366
    description of, AA-319
PERMIT/Gate
    setup, WI-55, OL-50
person, AM-34, AM-35
ping, AA-398
    allowing unrestricted, AA-355
PIX Address Translation
    managing, AA-199
PIX authentication, WI-59, OL-52
PIX blackbox
    authentication properties, WI-56
    encryption properties, WI-57
    location of management server, WI-59, OL-52
    management guidelines, WI-59, OL-52
PointCast, AA-391
Policy, see Security Policy
pop2, AA-391
pop3, AA-391
PopUp Alert Command, WI-147, OL-113
port 161
    failure to bind to, AA-241
port 256, AA-234
port number, WI-84
    assigning in Address Translation Hide
        mode, AA-159
ports
    limiting access to specific ports, AA-355
Ports Range
    defining, AA-178
postmaster parameter
    smtp.conf, AA-111

Power Management
    possible conflict with SecuRemote, VP-94
PPP, AA-365
pre-processor directives, AA-316
pre-processor statements, AA-316
pre-shared secret, AA-151
printing
    log entries, WI-239, OL-172
printing a log
    truncated fields, AA-340
privilege level, AA-225
product.conf file, AA-271
products.conf file, AA-379
prog number, WI-87, OL-70
program number, WI-87
prologue, WI-89, OL-72
prologue, adding to rules, WI-89, OL-72, OL-73
prompt_for_destination
    User Authentication, AA-43
properties
    interaction with Rule Base, WI-177
    network object, WI-15, WI-93, WI-94, OL-23,
        OL-28, OL-75, OL-83, OL-103
    of defined object, displaying, WI-82, OL-64
    of network interface, WI-24, OL-33, OL-40
    of service object, defining, WI-81, OL-63
    time object, WI-135
Properties button
    displaying Control Properties windows using, OL-21
Properties Setup
    settings for SecuRemote Client, VP-92
Properties Setup windows, WI-141
protocol, AA-179
    which available on network?, AA-353
Protocol Selection Criteria window, WI-233
Protocol Selection dialog box, OL-162
Protocol Selection window, WI-233
Protocol Type, OL-67
protocol type, WI-84
proxy
    putting behind FireWall-1 HTTP Authenticating
        Server, AA-45
Public Key
    certifying, VP-5

| | LEGEND | | |
|---|---|---|---|
| AA | Architecture and Administration | AM Account Management Client | GS Getting Started with FireWall-1 |
| OL | Managing FireWall-1 Using the OpenLook GUI | VP Virtual Private Networking with FireWall-1 | WI Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012955

Public Key Distribution System, VP-2
Public Key Infrastructure, VP-45

**R**
RADIUS, AA-30, AA-395, AM-48
    defining server, WI-99
    enabling connections from FireWall Module to
        server, WI-143, OL-109
    Server Properties window, OL-79
RADIUS Servers
    Server Groups, WI-107
radius_versions, WI-100, OL-79
random
    load balancing algorithm, AA-237
range of addresses, WI-61
RAS, AA-391, AA-395
RDP, AA-395
reading, further, GS-26
RealAudio, AA-322, AA-391
    enabling back connections, AA-391
    using with SecuRemote Client, VP-92
re-configuration
    files modified during, AA-343, AA-345
reconfiguration options, AA-255
reconfiguring FireWall-1, AA-254, AA-255
redirect, AA-398
refresh, AA-303
Refresh Network Database utility, OL-171
refreshing
    modified IP addresses, OL-171
Registry
    FireWall-1 entries, AA-401
Reject
    differences from Drop, WI-168, OL-125
remote sites
    Account Units, AM-5
Reply Timeout, WI-143, OL-110
resend_period parameter
    smtp.conf, AA-111
reserved port, OL-70
Resolve Address option, OL-165
resouce
    deleting, OL-85
resource
    group, defining properties of, WI-132

resources
    and synchronized FireWalls, AA-233
    defining properties of, OL-83
restrictions
    data not encrypted, VP-93
    modifying the network configuration after installing
        SecuRemote, VP-94
    power management, VP-94
    removing and adding FireWall adapter, VP-93
    TCP stacks supported by SecuRemote, VP-93
    timeout, VP-93
    user password, VP-93
reverse DNS, WI-118, OL-91
REXEC, OL-112
rexec, AA-391
RFC 1155, AA-241
RFC 1155 - 1213, AA-241
RFC 1156, AA-241
RFC 1157, AA-241
RFC 1521, WI-127, OL-97
RFC 1558, AM-33
RFC 1631, AA-171
RFC 1631 compliant Address Translation
    feature, AA-156
RFC 1825, VP-8, VP-9
RFC 1826, VP-9
RFC 1827, VP-8
RFC 1828, VP-9
RFC 1829, VP-8
RFC 1852, VP-9
RFC 1858, WI-43, OL-43
RFC 1918, AA-170
RIP, WI-144, OL-110
rip, AA-395
RIP, enabling, WI-144, WI-148, OL-110, OL-115
RLOGIN
    User Authentication, GS-18, AA-29
rlogin, AA-391
Rock Ridge format, GS-57, AA-244, AM-10
round robin
    load balancing algorithm, AA-237
round trip
    load balancing algorithm, AA-237
Route Recording, WI-43

| LEGEND | | | | |
|---|---|---|---|---|
| AA | Architecture and Administration | AM | Account Management Client | GS  Getting Started with FireWall-1 |
| OL | Managing FireWall-1 Using the OpenLook GUI | VP | Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    FIN012956

Router Access Lists
    importing, WI-197
    managing imported access lists, WI-198
    verifying and viewing, WI-199
router Interface
    specifying name of, WI-38
router_load.exe file, AA-377
routers
    anti-spoofing capabilities, WI-39, OL-40
    anti-spoofing on, WI-38, OL-39
    auto scoping, WI-38, OL-39
    defining network object as, OL-33
    defining properties of, OL-38, OL-48
    definition of, GS-74
    installing access lists on, WI-200, OL-142
    installing Security Policy on, WI-170, WI-194,
        OL-137
    uninstalling access lists on, OL-142
Routing and Remote Access Service, see Microsoft RRAS
Routing Information Protocol, enabling, WI-144,
    WI-148, OL-110, OL-115
routing problems, VP-143
RPC
    enable FireWall-1 to control, WI-146, OL-112
    securing, GS-17
    service properties, WI-86, OL-70
RPC Control, AA-321
RPC Services
    restriction on use with SecuRemote, VP-92
RRAS
    see Microsoft RRAS
RSA, VP-104
RSH, OL-112
    back connections, encrypting, VP-71
rsh, AA-391
RSH/REXEC, AA-321
rshell
    and Address Translation, AA-171
rshell back connections
    encrypting, VP-71
rstat, AA-397
Rule Base
    adding a new rule, AA-180, WI-160, OL-128
    converting files for Client-Server
        configuration, AA-280

    deleting rule from, AA-188, WI-172, OL-129
    display, WI-158, OL-124
    generating Inspection Script from, AA-278
    generating Inspection Script from, using command-
        line interface, AA-278
    interaction with Control Properties, OL-132
    interaction with Properties, WI-177
    masking rules, WI-178
    number of rules supported, AA-354
    sequential application of rules, exception
        to, AA-104
    using ping in, AA-355
    verifying, WI-173, OL-131
Rule Base editor tabs, WI-158
Rule Base Editor window, OL-21
rule zero
    in Log Viewer, meaning of, AA-362, WI-218,
        OL-156
rulebases.fws file, AA-379
rules
    adding and inserting, WI-160
    adding to Rule Base, AA-180, WI-160, OL-128
    consistency and redundancy check of, WI-173,
        OL-131
    copying to clipboard, WI-161
    cutting to clipboard, WI-161
    default, GS-91
    deleting, WI-160
    deleting from Rule Base, AA-188, WI-172,
        OL-129
    direction of enforcement, GS-93, GS-96, OL-108
    disabling, WI-193
    hiding, WI-178
    how executed, WI-157, OL-124
    masking, WI-178
    modifying, WI-161, OL-130
    modifying data field values, OL-130
    pasting from clipboard, WI-161
rules, see also Security Policy
rundir parameter
    smtp.conf, AA-111
rwall, AA-397

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**S**

S/Key, AA-30, VP-121, AM-48
   authentication specified in control.map file, AA-348
   fwa1 authentication, AA-252
   Secret Key minimum length, WI-68, WI-69,
     OL-60, AM-49
   when a user forgets the password, AA-360
SA
   expiration in the course of an encrypted
     session, VP-38
saving
   log entries, WI-239, OL-172
   log file, WI-239, OL-172
scan_period parameter
   smtp.conf, AA-111
schema checking, AM-46
Secret Key
   sharing, VP-2
Secure Socket Layer, AA-365
Secure Socket Layer, see SSL
SecuRemote
   and synchronized FireWalls, AA-234
   configuration example, VP-74, VP-86
   encapsulated session, VP-94
   implementation, VP-73
   other FireWalls along path from Client, VP-91
   other FireWalls along the path, VP-91
   restrictions, VP-91
SecuRemote Client
   and other firewalls along the path to the SecuRemote
     Server, VP-91
   responding to unauthenticated topology requests
     from, VP-36
SecuRemote connection
   reauthenticating, AA-151
SecuRemote connections
   encapsulating, VP-55
SecuRemote daemon
   description of, VP-104
SecuRemote kernel module
   description of, VP-103
SecuRemote user
   defining more than one encryption scheme
     for, VP-78, VP-81
   defining properties of, VP-77

SecurID, AA-30, AA-274, AA-391, AA-395,
   VP-121, AM-48
securidprop, AA-391
Security Policy
   and ISDN interfaces, AA-366
   backing up, AA-344
   compiling, AA-257
   creating new, WI-159
   default, GS-66, AA-319, AA-320, AA-380
   downloading to Cisco router, AA-273
   fetching from Master, AA-259
   installing, WI-193
   installing on hosts, OL-148
   loading, AA-257
   modified, when implemented, AA-369
   opening, WI-159
   preventing two GUI Clients from simultaneously
     modifying, AA-383
   removing from selected hosts, OL-148
   retrieving one installed on FireWall, WI-159
   uninstalling, AA-259
   viewing an installed Security Policy, WI-159
Security Policy, see Rule Base
Security Servers
   configuration file, AA-123
   FTP resource matching, AA-108
   incoming connections, AA-107
   interaction with OPSEC products, AA-120
   outgoing connections, AA-107
   sending signal to, AA-278
   using to authenticate other services, AA-125
Select menu, WI-224
Selection, WI-237
selection criteria for Log Viewer, WI-225, OL-157
selection criteria list, OL-164
Selection Criteria Manager, WI-225, OL-157,
   OL-166
Selection Criteria window, WI-225
sendmail.exe file, AA-377
server
   logical, WI-61
server load
   load balancing algorithm, AA-236
server object

**LEGEND**

AA Architecture and Administration — AM Account Management Client — GS Getting Started with FireWall-1
OL Managing FireWall-1 Using the OpenLook GUI — VP Virtual Private Networking with FireWall-1 — WI Managing FireWall-1 Using the Windows GUI

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   FIN012958

adding a server to a group, WI-108
creating, WI-95
creating groups of server objects, WI-107, OL-81
defining, WI-93, WI-94
deleting, WI-96
deleting a server from a group, WI-109
modifying, WI-96
SERVER_TIMEOUT, WI-6
serverkeys file, AA-378
servers
    logical, OL-25
ServerTimeout, WI-6
service
    restoring access to, blocked, AA-336
    which available on network?, AA-353
service object
    creating new, WI-82
    defining, WI-81, OL-63
    deleting, WI-83, OL-65
    modifying, WI-83
Service Properties window, WI-91, OL-65
service properties, generic, OL-73
service properties, RPC, OL-70
service properties, UDP, OL-68
Service Selection Criteria window, WI-235
services
    dependence on other services, AA-354
    which have more than one type, AA-353
Services Manager, WI-82, OL-64
    displaying, WI-8
Services Manager window, OL-20
Session Authentication
    configuring, AA-67
    overview, AA-66
Session Authentication Agent
    required for Session Authentication, AA-29
Session Authentication agent
    configuring, AA-69
    pre-configuring, AA-70
session hijacking, AA-363
    preventing, AA-363
Session Key, VP-24
setup.C file, AA-381, WI-100, OL-79
Show, WI-238

Show All, AM-25
Show Null Matches option, OL-164
shutdown command, GS-68
Single Sign On System Extension, AA-98
Single SignOn
    SecuRemote, VP-125
size limit, AM-31
SKIP
    clock synchronization, VP-132
    rekey policy mismatch, WI-146, OL-114, VP-39
    restrictions on using with High Availability, AA-233
    specifying the encrypting gateway's IP
        address, WI-21, OL-31, VP-25
SKIP key
    changing, OL-121, VP-38
slapd.conf
    modifying, AM-25
slapd.conf file, AA-379
slapd.pid file, AA-384
SLIP, AA-365
SMTP
    badly formed header, WI-123, OL-95
    pipe, WI-123, OL-95
    source routing, WI-124, OL-95
SMTP resource
    CVP inspection, WI-127
    restricting message size, WI-127, OL-97
SMTP Security Server, AA-109, AA-361
    configuration file, AA-111
    supported protocols, AA-110
smtp service, AA-392
smtp.conf file, AA-379, WI-124, OL-98
smtp.conf.org file, AA-379
smtp_rfc822 property, WI-123, OL-95
SNMP, WI-46, OL-45
    FireWall-1 daemon, GS-11
    FireWall-1 MIB, AA-382
    trap, AA-284
snmp, AA-395
SNMP daemon
    FireWall-1, AA-241
    FireWall-1 MIB, AA-382
    inital keys, AA-242
    initial communities, AA-242

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management  Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

optional, AA-241
    read and write communities (keys), AA-242
snmp file, AA-381
snmp service, AA-395
SNMP Trap Alert Command, WI-147
SNMP Trap Alert command, WI-147, OL-113
SNMP traps, AA-242
snmp.C file, AA-242, AA-379
snmp.def file, AA-381
snmp_trap, AA-284
snmp_trap file, AA-377
snmpd file, AA-377
snmp-trap, AA-395
SOFTWARE\CheckPoint\FireWall-1 GUI, WI-6
sounds like operator, AM-33
Source Object Selection Criteria window, WI-228
source port range, WI-84, WI-86, OL-66, OL-68
source-quench, AA-398
Specific Sign-on, AA-82
SPI
    defining, VP-66
    using, VP-65
spoof tracking, GS-99
spoofing, GS-99, AA-338, WI-25, OL-35
SQLNet, AA-392
sqlnet2, AA-322
    and Address Translation, AA-171
Src Routing, WI-43
SrcSpoofing (3Com), WI-43
SSL, AA-366, AM-1, AM-3, AM-25
    default, AM-18
    negotiating parameters for, AM-20
    port number for LDAP connection, WI-106
SSL connections, WI-106
SSL fingerprint
    confirming with the LDAP Server's system
        administrator, AM-20
Standard Sign-on, AA-82
Standard.W file, AA-379
starts with operator, AM-33
state directory, AA-384
state tables
    cleared when Security Policy re-installed, AA-345
Static Destination mode, AA-164

Static Source mode, AA-162
status
    of FireWalled hosts, displaying, AA-264
    of hosts, displaying using command-line
        interface, AA-264
status display
    updating and changing, WI-204, OL-147
status_alert, AA-284
status_alert file, AA-377
std.def file, AA-381
stderr
    rsh/rexec reverse stderr connections, AA-391,
        WI-146
stdin
    message describing alert available in, OL-114
Steelhead, see Microsoft RRAS
StreamWorks, AA-395
suggested reading, GS-26
SunNetManager, AA-382
suspected intruders
    blocking connections to and from, WI-215
switch
    defining network object as, OL-33
    definition of, GS-74
    setup, WI-49
    Xylan, WI-49, OL-48, OL-49
Sybase SQL, AA-392
synch, AA-303
synchronization
    timing issues, AA-232
synchronized FireWall Modules
    restrictions on implementation, AA-232
synchronized FireWalls
    resources, AA-233
    restrictions, AA-232
synchronizing FireWall Modules
    on different platforms, AA-232
SYNDefender, OL-116
    guidelines for choosing between methods, AA-333
    when changes to Maximum Sessions take
        effect, WI-150
SYNDefender Gateway
    description of, AA-331
SYNDefender.Passive Gateway
    description of, AA-333

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIN012960

syntax differences
    NT and Unix, AA-253
syslog, AA-395, WI-45, OL-44
syslogd, WI-45, OL-44
System Status
    displaying, WI-8
system status
    changing and updating display of, WI-204,
        OL-147
    monitoring, GS-128
System Status View window, GS-128
System Status window, GS-11, WI-202, OL-146

**T**

table.def file, AA-381
tables
    synchronizing, AA-303
TACACS, AA-30, AA-273, AA-395, AM-48
TACACS authentication connection, AA-274
TACACS Server
    enabling connections from FireWall Module
        to, WI-143, OL-109
TACACS servers
    defining, WI-100
TACACS+, AA-392
Talk protocol, AA-365
TCP
    service properties, WI-83
TCP connections
    established, AA-322
TCP sequence number prediction, AA-363
TCP Session Timeout, WI-143, OL-109
TCP sessions
    established, AA-322
TCP Stacks
    supported by SecuRemote, VP-93
tcpip.def file, AA-381
TELNET
    FireWall-1 daemon, AA-356
    User Authentication, GS-18, AA-29
telnet, AA-392
TELNET daemon, AA-356
template
    changing, AM-58
    creating, AM-57

    deleting, AM-58
    effect of modifications to on attached users, AM-58
    user, OL-57
tftp, AA-395
time object
    creating, WI-136
    creating groups of time objects, WI-139, OL-106
    defining, WI-135, OL-103
    deleting, WI-136
    editing existing, WI-136
    groups, WI-139
    modifying, WI-136
    properties, WI-135
time object group
    deleting from, WI-140
time service, AA-392, AA-396
Time Stamping, WI-43
time-exeeded, AA-398
timeout, OL-69, OL-71
    caused by delay of entering user name and
        password, VP-93
    connection to Management Server, WI-6
timeout parameter
    smtp.conf, AA-111
timestamp, AA-383, AA-398
timestamp reply, AA-398
timestamp request, AA-398
TimeStep, WI-55
    setup, WI-55
TimeStep Integrated FireWall
    setup, WI-55
timing issues
    synchronization, AA-232
Tiny Fragments, WI-43
tmp directory, AA-384
tod, AA-309
topology download, VP-83, VP-112
traceroute, AA-396
transitional links option, GS-56
Transparent Authentication, AA-28
trap
    SNMP, AA-284
TRAP macro, AA-316
trapexec.conf file, AA-379

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

traps.def file, AA-381
traps.h file, AA-381
tree object
    creating in LDAP directory, AM-24
troubleshooting
    installation, VP-142
    no SecuRemote Server along route, VP-143
    routing, VP-143
truncated fields
    when printing a log, AA-340
tty warning, AA-341
two or more FireWalls
    going across for authenticated services, AA-359
Type Selection Criteria window, WI-230

**U**

UDP
    enabling replies, WI-143, OL-110
    service properties, WI-85, OL-68
UDP Replies, OL-110
UDP response, WI-45, OL-44
UFP Server
    step by step procedure for using, AA-131
UFP server, OL-77
UFP Servers, WI-96, OL-77
UFP servers
    defining, WI-96
uninstalling
    router access list, OL-142
uninstalling a Security Policy, AA-259
uninstalling SecuRemote, VP-108
uninstalling the Account Management Client, AM-13
Unix and NT syntax differences, AA-253
Unix platforms
    minimum requirements, GS-55
Unknown Network Objects, WI-199, OL-140
upgrading
    FireWall-1 loses its state after, GS-35
    objects carried over from previous version, GS-34
    reinstalling Security Policy after, AA-345
    to the current version from earlier versions, GS-34
    what objects are carried over from previous
        version, AA-344
URI Specification File
    format, WI-121, OL-94

URL Filtering, AA-130
URL filtering
    step by step procedure, AA-130
user
    changing the template to which a user is
        attached, AM-44
    defining new, AM-44
    deleting, AM-45
    generic, AA-325, WI-72, OL-61
    group, defining properties of, WI-73
    modifying, AM-44
    restricting internal user's access to JAVA
        applets, WI-123
User Authentication
    authentication rule, WI-175, OL-134
    defining on a per-user rather than a per-group
        basis, AA-357
    deployment, AA-32
    description of, GS-98
    GUI interface, AA-41
    overview, AA-31
    tracking and timeout parameters, AA-36
User Authentication Alert Command, WI-147,
    OL-114
User Database
    downloading, AA-264, WI-64, WI-79, OL-56
    exporting, AA-285
    importing, AA-285
    installing, see User Database, downloading
    when changes take effect, WI-78, OL-61, OL-138
User Defined Alert Command, WI-147, OL-113
user group
    adding to source of rule, WI-162
    in rule, WI-162
    restricting access based on, WI-162
User Password
    restrictions, VP-93
user properties, WI-66, OL-58
user.def file, AA-381
userc.c file
    installing standard version of, VP-82, VP-83,
        VP-106, VP-111
User-Defined Service Properties
    Example, WI-89, OL-74
users

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

defining in both LDAP and FireWall-1, AA-142,
AA-154
exporting from FireWall-1 database to LDAP
directory, AA-152
restricting internal user's access to JAVA
applets, WI-123, OL-87
Users Manager
displaying, WI-8
Users Manager window, OL-20
Uses H.323, AA-390
utilities, OL-143
utilities, additional, OL-149
uucp, AA-392

**V**

Valid Addresses, WI-25
value of data field
modifying, OL-130
VDO-Live, AA-392
enabling back connections, AA-392
VDOLive, AA-322, AA-325, WI-85, OL-67
using with SecuRemote Client, VP-92
version
specifying the FireWall-1 version, WI-23
version 3.0 and earlier
compatibility with Version 4.0, GS-34
version 4.0
compatibility with earlier versions, GS-34
version number
displaying, AA-267
View menu, WI-178
viewing
Inspection Script, WI-194, OL-137
log, WI-211, OL-151
VIRSIG.DAT file, AA-377
Virtual Encryption Session, VP-23
virtual interfaces, AA-363
Virtual Link encryption features, WI-59, OL-52
virtual packet reassembly, AA-363
Vosaic, AA-392
VPN-1 Module, GS-81
VPN-1 Secure Center
configuration, AM-4
VPN-1 SecuRemote/n, GS-81

**W**

WAIS, OL-68
wais, AA-392
WebTheatre, AA-322, AA-393
Wellfleet
managing Access Lists, AA-280
Wellfleet See Bay Networks
Wellfleet, see Bay Networks
wellfleet.C file, AA-381, AA-385
wellfleet.mib file, AA-382, AA-385
who service, AA-396
Width window, WI-220
Windows NT
monitoring performance, AA-405
Windows Registry, AA-372
FireWall-1 entries, AA-401
WinFrame, AA-393
workstation objects
listing in hosts and lmhosts files, WI-22, WI-36,
OL-28, OL-38
www.opsec.com, AA-120

**X**

X.25, AA-365
X/Motif
obtaining a license for, GS-69
starting the GUI, GS-88, WI-4
starting the Log Viewer, WI-212
starting the System Status View, WI-202
where to install license, GS-69
X/Motif libraries
version used by FireWall-1, GS-59, GS-68
X11, AA-393
Xing, AA-395
and Address Translation, AA-171
xlate.conf file, AA-379
Xlated Destination Port Selection Criteria
window, WI-230
Xlated Dst Selection Criteria window, WI-229
Xlated Source Port Selection Criteria window, WI-230
Xlated Src Selection Criteria window, WI-229
xtreme.def file, AA-381
XView
limitation on number of menu objects, OL-32

| LEGEND | | |
|---|---|---|
| AA  Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL  Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Xylan, GS-74, GS-77, GS-97
    installing Encryption Module on, GS-77
Xylan switch
    defining network object as, OL-33
    setup, WI-49, OL-48, OL-49

**Y**

ypbind, AA-397
yppasswd, AA-397
ypserv, AA-397
ypupdated, AA-397
ypxfrd, AA-397

| LEGEND | | |
|---|---|---|
| AA   Architecture and Administration | AM  Account Management Client | GS  Getting Started with FireWall-1 |
| OL   Managing FireWall-1 Using the OpenLook GUI | VP  Virtual Private Networking with FireWall-1 | WI  Managing FireWall-1 Using the Windows GUI |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

FIN012964