IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN SOFTWARE, LTD., )<br>)<br>Plaintiff-Counterdefendant, )<br>)<br>v. )<br>)<br>SECURE COMPUTING )<br>CORPORATION, *et al.*, )<br>)<br>Defendants- )<br>Counterclaimants. )<br>) | Civil Action No. 06-369 (GMS) |

## ORDER

WHEREAS, on March 12, 2008, at the conclusion of trial in this patent infringement action, the jury entered a verdict in favor of the plaintiff, Finjan Software, Ltd. ("Finjan"), and against Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG (collectively, "Secure Computing") (D.I. 226; D.I. 242);

WHEREAS, on April 7, 2008, Secure Computing filed a Motion for Stay of Enforcement of Judgment (D.I. 247), which is opposed by Finjan; and

WHEREAS, the court will grant the stay only on appropriate terms for Finjan's security[1];

IT IS HEREBY ORDERED THAT:

1. The parties shall negotiate reasonable and appropriate terms for Finjan's security, such as a bond, within thirty (30) days of this Order;

---

[1] *See* Fed. R. Civ. P. 62(b).

2. The parties shall notify the court within thirty (30) days of this Order as to the terms of that security in a joint, non-argumentative letter of no more than two pages. If the parties cannot agree, the court will set a teleconference on the matter.

Dated: May 9, 2008                           /s/ Gregory M. Sleet
                                             CHIEF, UNITED STATES DISTRICT JUDGE