**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

KELLY E. FARNAN

DIRECT DIAL NUMBER
302-651-7705
FARNAN@RLF.COM

May 21, 2008

**BY E-FILING**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re: **Finjan Software, Ltd. v. Secure Computing Corp., et al.,**
    **Civil Action No. 06-369 GMS**

Dear Chief Judge Sleet:

Pursuant to District of Delaware Local Rule 7.1.4, Defendants-counterclaimants Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG ("Secure") respectfully request that Your Honor hear oral argument on: (1) Secure's Motion for Judgment As A Matter of Law Pursuant to Fed. R. Civ. P. 50 And, In The Alternative, Motion For New Trial And/Or Remittitur Pursuant to Fed. R. Civ. P. 59 (D.I. 240, 253); (2) Finjan's Motion to Amend Judgment and For An Accounting of Sales (D.I. 236, 246); (3) Finjan's Motion For Invalidity of U.S. Patent No. 7,185,361 (D.I. 237, 243); (4) Finjan's Motion for Enhanced Damages and Attorneys' Fees, Expenses and Costs (D.I. 238, 245); and (5) Finjan's Motion for Permanent Injunction Pursuant to 35 U.S.C. Section 283 (D.I. 239, 244).

If Your Honor has any questions, counsel is available at the Court's convenience.

Respectfully,

*Kelly E. Farnan*

Kelly E. Farnan (#4395)

KEF/th
cc: Philip A. Rovner, Esq. (via e-filing)

RLF1-3285558-1