IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FINJAN SOFTWARE, LTD., an Israel corporation, | ) ) ) | |
| Plaintiff- Counterdefendant, | ) ) ) ) | |
| v. | ) ) | C. A. No. 06-369 GMS |
| SECURE COMPUTING CORPORATION, a Delaware corporation; CYBERGUARD CORPORATION, a Delaware corporation, WEBWASHER AG, a German corporation and DOES 1 THROUGH 100, | ) ) ) ) ) ) ) ) | |
| Defendants- Counterclaimants. | ) ) | |

## NOTICE OF LODGING

To:  Philip A. Rovner                       Paul J. Andre
     Potter Anderson & Corroon LLP          Lisa Kobialka
     1313 N. Market Street,                 King & Spalding, LLP
     Hercules Plaza, 6th Floor              1000 Bridge Parkway, Suite 100
     Wilmington, DE 19899-0951              Redwood Shores, CA 94065

PLEASE TAKE NOTICE THAT Defendants Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG (collectively, "Defendants"), hereby lodge with the Court a paper copy of the deposition transcript of Shlomo Touboul taken on October 23, 2007, in Jerusalem, Israel. The deposition transcript and accompanying certification have been

manually filed under seal with the Court in paper form only, and a copy has been provided by Defendants to counsel for Plaintiff.

OF COUNSEL:
Ronald J. Schutz
Jake M. Holdreith
Christopher A. Seidl
Trevor J. Foster
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Dated: June 12, 2008

       /s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Kelly E. Farnan (#4395)
farnan@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys For Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the plaintiff at the addresses and in the manner indicated below:

**HAND DELIVERY**

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street,
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

I further certify that on June 12, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

Paul J. Andre
Lisa Kobialka
King & Spalding, LLP
1000 Bridge Parkway, Suite 100
Redwood Shores, CA 94065

/s/Kelly E. Farnan
Kelly E. Farnan (#4395)

RLF1-3155985-1